Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.  Criminal No.  17-51  (BAH)

RAUL FLORES-HERNANDEZ   Category  B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on  2/8/2021  from  Calendar Committee

to  Judge Beryl A. Howell   by direction of the Calendar Committee.

(Defendant is No Longer a Fugitive)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc:  Judge Beryl A. Howell   & Courtroom Deputy
Calendar Committee

U.S. Attorney's Office – Judiciary Square Building, Room 5133

Statistical Clerk