## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )     **Case No. 17-CR-51 (BAH)** |
| RAUL FLORES-HERNANDEZ, | ) |
| also known as "El Tio," | ) |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

The United States, by and through its attorney, Katharine A. Wagner, of the United States Department of Justice, Criminal Division, Narcotic and Dangerous Drug Section (hereinafter, the "Government"), and the Defendant Raul Flores-Hernandez (hereinafter, the "Defendant"), by his attorney, Sandi Rhee, Esq., hereby inform the Court of the current status of the above-captioned case in advance of the status conference scheduled for June 24, 2022.

The United States respectfully submits this Joint Status Report concerning the Defendant.

1.      On March 8, 2017, a federal grand jury sitting in the District of Columbia returned a single-count Indictment charging the Defendant with conspiring to distribute five kilograms or more of cocaine, intending and knowing that the cocaine would be unlawfully imported into the United States, in violation of 18 U.S.C. §§ 959(a), 960(b)(1)(B)(ii), and 963.

2.      Subsequently, the Defendant was charged with narcotics offenses in two additional indictments in the Southern District of California.

3.      On February 5, 2021, the Defendant was extradited to the District of Columbia, and he made his initial appearance and was arraigned on February 9, 2021.  In light of the extradition, the Southern District of California and the Narcotic and Dangerous Drug Section have agreed to combine their cases in this District.

4.      The next status conference in this matter was scheduled for June 10, 2022 in person, but was continued to June 24, 2022.  The Court had previously requested that the parties file a joint status report on June 3, 2022 in advance of the scheduled status conference.

5.      The parties have engaged in a lengthy discovery practice, complicated by the combination of the three cases in this District, and the Government continues to make disclosures if and when it receives additional discoverable material.

6.      The parties have explored a potential resolution of this case short of trial, but, at the upcoming status conference, will ask the Court to set a trial date for April 2023, or a date thereafter that is convenient for the Court.  The Government expects that trial will last approximately three weeks.  Once the Court sets a trial date, the parties will confer and propose a briefing schedule.

7.      The parties will also seek to exclude time from the Speedy Trial clock from June 24, 2022 until the date of the scheduled trial pursuant to 18 U.S.C. § 3161(h)(7(A).  Such an exclusion is in the interest of justice because the parties need time to prepare for trial, including identifying and preparing any pretrial motions and arranging for witnesses to travel, including from abroad.  Accordingly, the interests in delay outweigh the benefit to the Defendant and to the public of a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) and (ii).

Respectfully submitted this 2nd day of June, 2022.

ARTHUR G. WYATT
Chief
Narcotic and Dangerous Drug Section

_____/s/ Sandi Rhee_____          _____/s/ Katharine A. Wagner_____
SANDI RHEE, ESQ.                          KATHARINE A. WAGNER
228 S. Washington St., Ste. 300           Katharine A. Wagner
Alexandria, VA 22314                      Narcotic and Dangerous Drug Section
                                          Criminal Division
Counsel for Defendant                     U.S. Department of Justice
                                          145 N Street, N.E., 2nd Floor
                                          Washington, D.C. 20530

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a copy of this motion has been served by electronic mail on counsel for the Defendant this 3rd day of June, 2022.

                                      */s/ Katharine A. Wagner*
                                        Assistant Deputy Chief
                                        Narcotic and Dangerous Drug Section
                                        Criminal Division
                                          U.S. Department of Justice
                                        145 N Street, N.E.
                                        Washington, D.C. 20530
                                        (202) 598-2285