UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 17-CR-51 (BAH) |
| v. | : |
| RAUL FLORES HERNANDEZ, | : |
| also known as "El Tio," | : |
| Defendant. | : |

**JOINT RESPONSE TO AUGUST 14, 2023 MINUTE ORDER**

The United States and Defendant Raul Flores Hernandez, through undersigned counsel, respectfully submit this response to the Court's August 14, 2023 Minute Order ("Minute Order") directing the parties to notify the Court of (1) the precise issues to be addressed at the evidentiary hearing, (2) whether we seek an opportunity to submit post-hearing briefing, and if so, a proposed briefing scheduled, and (3) two proposed dates for sentencing in November 2023.

The United States and the Defendant disagree about the scope of the Defendant's criminal conduct, the quantity of cocaine attributable to the Defendant, the Defendant's role as a leader in the drug trafficking organization, whether the Defendant bribed or attempted to bribe law enforcement to facilitate commission of the offense, and whether the Defendant used an aircraft other than a regularly scheduled commercial air carrier to import or export a controlled substance.

The parties request an opportunity to submit post-hearing briefing and propose the following schedule:

1. Sentencing Hearing: September 6-8, 2023.

2. Supplemental briefs due on September 29, 2023.

3. Responses due on October 13, 2023.

4. Replies due on October 20, 2023.

The parties proposed sentencing dates are November 3 and November 8, 2023. Government counsel is unavailable November 9-13, and Defendant's counsel is unavailable November 13-17.

Respectfully submitted this 16th day of August, 2023.

                                      MARLON COBAR, Acting Chief
                                      Criminal Division
                                      Narcotic and Dangerous Drug Section
                                      United States Department of Justice

| /s/ Sandi Rhee | /s/ Melanie L. Alsworth |
|---|---|
| Sandi Rhee | Melanie L. Alsworth |
| Counsel for Raul Flores Hernandez | Acting Assistant Deputy Chief |
| | Kirk Handrich |
| | Jonathan Hornok |
| | Trial Attorneys |
| | Narcotic and Dangerous Drug Section |
| | Criminal Division |
| | U.S. Department of Justice |
| | 145 N Street NE, 2nd Floor East |
| | Washington, D.C. 20530 |