UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 17-CR-51 (BAH)** |
| v. : | |
| **RAUL FLORES HERNANDEZ,** : | |
| also known as "El Tio," : | |
| **Defendant.** : | |

**JOINT MOTION TO AMEND AUGUST 16, 2023, SCHEDULING ORDER**

The United States and Defendant Raul Flores Hernandez, through undersigned counsel, respectfully ask that the Court amend its August 16, 2023 Scheduling Order ("Scheduling Order"), which provided the following briefing schedule after the conclusion of the evidentiary hearing scheduled for September 6, 7, and 8, 2023:

(1) By September 29, 2023, the government shall file any supplemental memorandum;

(2) By October 13, 2023, the defendant shall file any supplemental memorandum in response ;

(3) By October 20, 2023, the government shall any reply; and

(4) On November 3, 2023, at 10:30 AM the parties are DIRECTED to appear for a sentencing hearing in this matter.

Because one of the witnesses contracted COVID-19, the evidentiary hearing was not concluded until September 18. At the conclusion of the hearing, counsel for Mr. Flores asked for an opportunity to supplement the record with recorded jail calls, and English translations, of one of the government's witnesses. The parties and the Court then discussed amending the briefing

schedule, and the Court directed the parties to confer and make a recommendation. Accordingly, the parties propose the following schedule:

1. By November 1, 2023, the defendant shall file any supplemental exhibits.

2. By November 15, 2023, the government shall file any supplemental memorandum and, if the defendant files supplemental exhibits, any rebuttal exhibits.

3. By December 1, 2023, the defendant shall file any supplemental memorandum in response.

4. By December 8, 2023, the government shall file any reply.

The parties proposed sentencing dates are January 3 and 9, 2024. Government counsel is unavailable November 6 through 23, and Defendant's counsel is unavailable December 15 through January 1.

Respectfully submitted this 29th day of September 2023.

                                            MARLON COBAR, Acting Chief
                                            Criminal Division
                                            Narcotic and Dangerous Drug Section
                                            United States Department of Justice

| */s/ Sandi Rhee* | */s/ Jonathan Hornok* |
|---|---|
| Sandi Rhee | Melanie L. Alsworth |
| Counsel for Raul Flores Hernandez | Acting Assistant Deputy Chief |
| | Kirk Handrich |
| | Jonathan Hornok |
| | Trial Attorneys |
| | Narcotic and Dangerous Drug Section |
| | Criminal Division |
| | U.S. Department of Justice |
| | 145 N Street NE, 2nd Floor East |
| | Washington, D.C. 20530 |