# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 17 CR 51 (BAH)
)
RAUL FLORES HERNANDEZ )

## NOTICE OF APPEAL

Name and address of appellant:   **RAUL FLORES HERNANDEZ**

Name and address of appellant's attorney:

Sandi S. Rhee
228 S Washington St., Ste. 300
Alexandria, Virginia 22314

Robert Feitel
1300 Pennsylvania, NW, Suite 190-515
Washington, D.C. 20004

Offense:   Conspiracy to Distribute 5 kgs or more of cocaine

Concise statement of judgment or order, giving date, and any sentence:

Plea to the indictment without a written agreement. Sentenced to 262 months after a contested sentencing hearing.

Name and institution where now confined, if not on bail:   Central Virginia Regional Jail - Orange, Virginia

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

1/24/2024
DATE

/s/ Raul Flores Hernandez (SSR)
APPELLANT

/s/ Sandi S. Rhee
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [ ]
PAID USDC FEE [ ]
PAID USCA FEE [✔]

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | ✔ | |
| Has counsel ordered transcripts? | ✔ | |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | ✔ | |