UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
 *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
UNITED STATES OF AMERICA,          )  Criminal Action
                                   )  No. 17-051
vs.                                )
                                   )
RAUL FLORES-HERNANDEZ,             )  September 6, 2023
                                   )  9:39 a.m.
              Defendant.           )  Washington, D.C.
 *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

**TRANSCRIPT OF HEARING**
**BEFORE THE HONORABLE BERYL A. HOWELL,**
**UNITED STATES DISTRICT COURT JUDGE**

<u>**APPEARANCES**</u>:

FOR THE UNITED STATES:
MELANIE ALSWORTH
KIRK KENNETH HANDRICH
JONATHAN R. HORNOK
DOJ-CRM
145 N Street NE
Washington, DC 20530
(202) 514-0917
Email: melanie.alsworth2@usdoj.gov
Email: kirk.Handrich@usdoj.gov
Email: jonathan.hornok@usdoj.gov

KYLE MARTIN
DOJ-USAO
Criminal Division
880 Front Street
San Diego, CA 92101-8807
(619) 546-8874
Email: kyle.martin@usdoj.gov

FOR THE DEFENDANT:
SANDI RHEE
228 S Washington St.
Suite 300
Alexandria, VA 22314
(571) 800-6900
Email:  sandirheelaw@gmail.com

***(Appearances Continued)***

**APPEARANCES** (Continued):


FOR THE DEFENDANT:

                        ROBERT FEITEL
                        1300 Pennsylvania Avenue NW
                        Washington, DC 20008
                        (202) 255-6637
                        Email: rf@rfeitellaw.com



ALSO PRESENT:        Alex Velado, USDOJ, Paralegal
                     Kyle Novick, DEA
                     Teresa Roman, Spanish Language Interpreter
                     Olga Beleno, Spanish Language Interpreter


Court Reporter:      Elizabeth Saint-Loth, RPR, FCRR
                     Official Court Reporter


            Proceedings reported by machine shorthand.
        Transcript produced by computer-aided transcription.

1           **P R O C E E D I N G S**

2           THE COURTROOM DEPUTY:  Your Honor, this is

3   Criminal Case 17-051, United States of America versus Raul

4   Flores-Hernandez.

5           Also, for the record, Interpreters Teresa Roman

6   and Olga Beleno have been sworn for this matter.

7           Would the parties please come forward to the

8   lectern and identify yourselves for the record.  We'll start

9   with government counsel first this morning.

10          MS. ALSWORTH:  Good morning, Your Honor.

11  Melanie Alsworth appearing on behalf of the United States.

12          THE COURT:  You have quite the crowd with you this

13  morning, Ms. Alsworth.

14          MS. ALSWORTH:  I do, Your Honor.  And I told

15  Mr. Feitel earlier it's quite embarrassing, but I will

16  introduce everyone for the Court.

17          Alex Velado is our paralegal, he is seated right

18  here behind me.  Next to him is Kirk Handrich, he's a trial

19  attorney at NDDS.  Seated next to him --

20          THE COURT:  Okay.  What was his name?

21          MS. ALSWORTH:  Kirk Handrich.  And --

22          THE COURT:  And he is from?

23          MS. ALSWORTH:  Our Narcotic and Dangerous Drug

24  Section.

25          THE COURT:  Okay.

1          MS. ALSWORTH:  Seated next to him is Kyle Martin.

2     Kyle Martin has not formally entered an appearance.  He is

3     an AUSA in the Southern District of California.

4          THE COURT:  Because of those Southern District of

5     California indictments?

6          MS. ALSWORTH:  That's correct, Your Honor.

7          And he did start the paperwork.  He submitted

8     something with the Court but hasn't received the

9     finalized -- whatever he needs to actually file the notice

10    of appearance.  If you have questions, I will let him

11    explain.  That's the extent of my knowledge.

12         Then moving around to the opposite side of the

13    table, we have Jonathan Hornok; he is also a trial attorney

14    with our Narcotics and Dangerous Drug Section.  Next to him

15    is Kyle Novick from DEA.

16         THE COURT:  Thank you.  All right.

17         MS. RHEE:  Good morning, Your Honor.

18    Sandy Rhee for Mr. Raul Flores-Hernandez.  And aside from

19    Mr. Raul Flores-Hernandez, I have Attorney Robert Feitel who

20    just entered an appearance yesterday to help me out.

21         THE COURT:  Good.  Always nice to see you,

22    Mr. Feitel and Ms. Rhee.

23         Good morning, Mr. Flores-Hernandez.

24         THE DEFENDANT:  Good morning.

25         THE COURT:  And the interpreters have been sworn,

1    Mr. Coates?

2              THE COURTROOM DEPUTY:  That is correct, Your

3    Honor.

4              THE COURT:  All right.  So we're here for the

5    evidentiary hearing in support of the drug quantity and a

6    number of the enhancements that the government has taken a

7    position need to apply to make an accurate guideline

8    determination in this case.  Just so we're all on the same

9    page, I want to make sure we focus the testimony on those

10   issues.

11             As I understand it, the parties agree that

12   Mr. Flores-Hernandez is in Criminal History Category I and

13   that the government is not objecting to him receiving a

14   3-point reduction for acceptance of responsibility under

15   Section 3(e) of the guidelines.

16             And what the parties are disputing is the amount

17   of cocaine for which Mr. Flores-Hernandez is responsible and

18   underlying his charge and whether it's a base-offense level

19   of 38 or 36, which is whether or not it's below or over 450

20   kilograms of cocaine, whether the 2 offense level for use of

21   an aircraft to import drugs is applicable under Section

22   2D1.1(b)(3)(B), whether the 2 offense levels for bribing or

23   attempting to bribe law enforcement officers is applicable

24   under Section 2D1.1(b)(11), and whether the 4 offense levels

25   for being an organizer or a leader of 5 or more participants

1    is applicable under the guideline at Section 3B1.1(a).

2          And then, depending on the resolution of those

3    issues, the last issue would be whether the new proposed

4    sentencing commission amendment to Section 4C1.1 would be

5    applicable and should be applied now rather than waiting for

6    the amendment to become effective.  And since the commission

7    has already decided that it's going to be retroactive -- in

8    my sentencings I am trying to deal with the retroactivity

9    early at my sentencings even before the effective date of

10   that amendment.

11         So those are the five issues that I have in front

12   of me from where I sit.

13         Does the government agree, Ms. Alsworth?

14         MS. ALSWORTH:  Yes, Your Honor.

15         Just to briefly reiterate, to make sure I didn't

16   miss anything, the full scope of his conduct -- he has

17   admitted conduct from 2007 forward.  The government

18   obviously alleges it's more; his role, the bribery

19   enhancement, the aircraft enhancement and also the possible

20   application of the new guidelines provision.

21         Thank you.

22         THE COURT:  Ms. Rhee, did I miss anything?

23         MS. RHEE:  No, Your Honor.

24         THE COURT:  Okay.  Just in terms of some cleanup

25   issues, I did issue a sealed memorandum and order in

 1   connection with the government's request for a protective

 2   order.  Has that memorandum and order issue been disclosed

 3   to the defense?

 4          I just want to make that clear for the record.

 5          MS. ALSWORTH:  Your Honor, I did make the

 6   disclosure just this morning.  It's totally my fault in the

 7   delay.  Ms. Wagner alerted me that I needed to send it

 8   before she left.  We disclosed the written motions but did

 9   not include a copy of the order and Mr. Feitel flagged that

10   for me, so I made sure we got it to him that morning.

11          THE COURT:  Didn't my order require --

12          MS. ALSWORTH:  It specifically said --

13          THE COURT:  -- prior disclosure?

14          MS. ALSWORTH:  It did.  It specifically said two

15   weeks before, which was the same timing as the *Jencks* and

16   *Giglio* material.

17          THE COURT:  And you disclosed the full sealed

18   memorandum and order.

19          MS. ALSWORTH:  We disclosed a copy of the Court's

20   order and the order to seal.

21          THE COURT:  When you say "the Court's order," I

22   issued a memorandum and order.  Did you produce the entire

23   memorandum and order?

24          MS. ALSWORTH:  I believe I did.

25          May I double-check just to see?

1              THE COURT:  Mr. Feitel -- let me just cut to the

2       chase.

3              Mr. Feitel, what did you receive this morning from

4       the government -- or Ms. Rhee, since she said she turned it

5       over to Mr. Feitel?

6              MR. FEITEL:  Good morning, Your Honor.

7              I will be in charge of cross-examining Mr. Pinedo,

8       so I will respond.

9              We received a copy of the Court's memorandum

10      opinion and order.  We also received a copy of the

11      government's previously filed motion to seal, along with

12      some exhibits that were annexed thereto.

13             What we did not receive until this morning -- I

14      promised that I would speak slowly.

15             What we did not receive until this morning was the

16      government's responsive pleadings to the Court's memorandum

17      opinion and order in which the government asked for a week

18      or so after the conclusion of this proceeding to unseal the

19      materials.  I believe the Court granted that request.  And

20      since we have the materials I don't think there is any

21      prejudice that I can identify for the fact that we didn't

22      get the unsealing order and the government's motion, so

23      we're satisfied with that information.

24             But before the witness testifies, I do have some

25      other issues to raise.  I will leave it to Your Honor to

 1    complete the Court's checklist of matters.

 2              THE COURT:  All right.  Good.

 3              So that memorandum and order is going to be

 4    unsealed in one week -- refresh my recollection -- from

 5    today?

 6              MS. ALSWORTH:  That is what it says, Your Honor.

 7    Within one week from the conclusion of the evidentiary

 8    hearing.

 9              THE COURT:  All right.  So for purposes of my

10    recollection of where we are.  Okay.

11              The next thing on my checklist that I wanted to

12    clear up before we start bringing witnesses in is the

13    defense Rule 17(c) subpoenas.

14              Have you received a response to that, Ms. Rhee --

15              MS. RHEE:  No, Your Honor.

16              THE COURT:  -- for the recorded inmate calls?

17              MS. RHEE:  The response from the government?

18              THE COURT:  No.  Have you received a response --

19              MS. RHEE:  I have received nothing.  I just

20    assumed that --

21              THE COURT:  -- from the jail?

22              MS. RHEE:  No, Your Honor.  I have received

23    nothing.  I assumed that Your Honor had not ruled because I

24    had not seen anything at all.

25              THE COURT:  What?

```
 1               I'm sorry.  I granted your motion for the
 2     Rule 17(c) subpoenas.  And it was -- could my courtroom
 3     deputy please pull that and print out that order?
 4               THE COURTROOM DEPUTY:  Sure.
 5               MS. RHEE:  I did not see that.
 6               THE COURT:  I did that shortly -- could my
 7     courtroom deputy --
 8               MS. RHEE:  Because it was placed under seal, it's
 9     usually the clerk's office who would contact me to pick it
10     up and I have not been contacted by the clerk's office.
11               THE COURTROOM DEPUTY:  It was on the 30th of
12     August, Your Honor.
13               THE COURT:  That I granted it.
14               (Whereupon, the Court and staff confer.)
15               THE COURT:  It was forwarded to you.
16               MS. RHEE:  I don't believe I have seen it.
17               THE COURT:  Can you forward it again to Ms. Rhee
18     and to Mr. Feitel?
19               THE COURTROOM DEPUTY:  Sure.
20               THE COURT:  Ms. Alsworth, did you receive a copy
21     of the order granting the motion for the 17(c) subpoenas?
22               MS. ALSWORTH:  I don't specifically recall seeing
23     the order, Your Honor.  I remember the government filed a
24     response.  I don't recall seeing anything after that.
25               THE COURT:  Mr. Coates, can you print it out,
```

1     please.

2                    THE COURTROOM DEPUTY:  Sure.

3                    THE COURT:  All right.  Well, if somebody had

4     followed up about whether I had issued the order -- because

5     for any of you who practice in front of me, I usually deal

6     with these things quite promptly.  So it should have been a

7     puzzle to you why I had not ruled within 24 hours.

8                    Can I have a copy, too, please.

9                    THE COURTROOM DEPUTY:  Sure.

10                   THE COURT:  So on August 30th the sealed minute

11    order granting without objection by the government

12    defendant's 57 motion Rule 17(c) subpoena duces tecum for

13    recorded jail telephone calls was granted, and that was

14    forwarded by my courtroom deputy within three minutes that

15    same day of August 30th.  All right.

16                   MS. RHEE:  I take responsibility, Your Honor.  I

17    had a lot going on with the discovery that I received.  I am

18    not blaming Mr. Coates.  I am sure it's probably my fault

19    that I just missed the email.

20                   THE COURT:  Okay.  Well, are you ready to proceed

21    today?

22                   MS. RHEE:  Sure.  Yes, Your Honor.

23                   THE COURT:  Okay.  Good.

24                   Now that we have gotten all of those matters

25    resolved, we know where we are.

```
 1                  Is the government ready to move forward with its
 2         first witness?
 3                  MS. ALSWORTH:  Yes, Your Honor.
 4                  I will turn it over to Mr. Handrich, he is going
 5         to be handling evidence.
 6                  THE COURT:  And it's not Handrick, it's Handrich.
 7                  MR. HANDRICH:  It's Handrich or Handrich.  But
 8         if -- I mean, I guess, when my parents -- grandparents came
 9         over it was Handrich, but that ended a long time ago.
10                  THE COURT:  You look very familiar.  Were you here
11         in front of me before?
12                  MR. HANDRICH:  I was in front of you on the
13         Gerardo Gonzalez Valencia sentencing.
14                  THE COURT:  Who is the government's first witness?
15                  MR. HANDRICH:  The government would call Mario
16         Pinedo Alvarez Correa.
17                  MR. FEITEL:  Your Honor, if I could be heard.
18                  THE COURT:  Sure.  I'm sorry.  Just one second.  I
19         need to return to Mr. Feitel.
20                  MR. HANDRICH:  Our witness is right outside the
21         courtroom, not in custody.
22                  THE COURT:  Mario Pinedo Alvarez Correa is outside
23         of the courtroom, not someone who is detained.  You can
24         relax.  Thank you.
25                  Mr. Feitel, I'm sorry.  Please proceed.
```

1          MR. FEITEL:  I would like to put a few things on

2     the record.

3          THE COURT:  Of course.

4          MR. FEITEL:  I have tried to resolve some of these

5     issues with the government.  We were successful.

6          Mr. Handrich advised me that all of the reports of

7     the DEA or law enforcement investigation of Mr. Pinedo have

8     been turned over to the defense; I accept his

9     representations.  I will say that I think it curious, given

10    the level of his drug trafficking, all I received were two

11    reports about him.  But the government says that they turned

12    over what they turned over, and I accept that at face value.

13         In addition, I asked the government if they were

14    going to turn over -- a special visa application to allow

15    Mr. Pinedo to remain in the United States has been filed by

16    the government on Mr. Pinedo's behalf.  I had asked if I

17    could see it because the contents of the S visas sometimes

18    explains why law enforcement wants to keep the person in the

19    United States.  Depending on the reasons, it might be

20    relevant to a fruitful cross-examination; I don't have that

21    information.

22         THE COURT:  Okay.  So you want the -- just so I

23    can get all -- Mr. Pinedo Alvarez Correa has four names.  So

24    that the record is clear and I am following correctly, he

25    likes to be called Mr. Pinedo?  That's what you are calling

 1     him, Mr. Feitel.

 2              Mr. Handrich, what does he like to be called?

 3              MR. HANDRICH:  So I was going to address him as

 4     Alvarez Correa, but I think he also goes by Pinedo as well.

 5     We can keep it consistent if we want to use Pinedo.

 6              THE COURT:  It would certainly be easier for me.

 7              MR. HANDRICH:  Yes.  There is no other witness who

 8     has a similar name so I think it would be clear on the

 9     record if we use "Pinedo."

10              THE COURT:  Okay.  Thank you.

11              We have another agreement, Mr. Feitel.  We are

12     going to call this witness by the same name -- everybody,

13     every party, and the Court -- Mr. Pinedo.

14              MR. FEITEL:  I am trying to resolve things to the

15     extent they can be resolved.

16              THE COURT:  Okay.  So for Mr. Pinedo what you

17     would like is his S visa application?

18              MR. FEITEL:  Yes.

19              In addition -- this defendant, as Your Honor may

20     recall -- this witness, excuse me -- voluntarily surrendered

21     to the United States; he has never been charged.  He came

22     into this country illegally.  He was a potential witness

23     against Mr. Beltrán Leyva who was prosecuted in this

24     courthouse and then later against Mr. Joaquin Guzman, who

25     was tried in the Southern District of New York.

1          I would like to see what was said about him in

2     connection with the S visa because I believe that it's

3     related to his prior potential testimony against the others.

4          In addition, he was signed up for a period of time

5     as a DEA informant and according to the government he was

6     decertified in 2015.  Mr. Handrich has said that the reason

7     for the decertification was because he entered this country

8     illegally.  I have no reason to doubt the representation,

9     but it's a matter of professional responsibility.  I would

10    like to see the underlying documents because sometimes

11    defense lawyers see things that other people don't see

12    because we have a different perspective on the world.

13         THE COURT:  What you want to see is -- I mean,

14    perhaps you know better than I do.  There is a formal

15    decertification document that explains the reason for the

16    decertification and that's what you have requested and have

17    not received?  Is that what you are saying, Mr. Feitel?

18         MR. FEITEL:  To be fair, I asked about it this

19    morning.

20         And I know -- what I can say is I know that for

21    the Federal Bureau of Investigation there is a

22    decertification form.  I have never seen anyone decertified

23    by the DEA.  I imagine there is a process because you have

24    to take the person off the books; you don't just wave a

25    wand.  I also think the person's name needs to be entered

1    into the DEA database, which is called NADDIS, so that

2    everyone who looks him up in the future knows about it.  I

3    will leave that to the government.

4            There are two other things that have caught my

5    attention about this case.  The first is, as Your Honor,

6    noted in your ruling, in 2019 the defendant suffered a

7    mental health trauma in which he was involuntarily

8    hospitalized.  I have seen the reports of his arrest but I

9    haven't seen the underlying medical records that go with it.

10           According to my understanding and Your Honor's

11   opinion, the defendant was depressed, he had suicidal

12   thoughts, and I think that he was not sleeping and the like.

13   It does occur to me that his self-reporting of his symptoms

14   may or may not be complete given that he was laboring at the

15   time under an illness that was so great it required him to

16   be involuntarily committed.

17           If, for example, while in inpatient status he

18   admitted to hallucinations or hearing voices, or the like, I

19   think that would also be probative for all of the reasons

20   Your Honor articulated in the Court's decision.

21           I don't know if the government has them.  I

22   believe that they say they do not.  One of the things I

23   thought is it would be useful to know if they're available.

24           THE COURT:  What was the response you got --

25           MR. FEITEL:  I don't think the government

 1    has records.

 2              THE COURT:  All right.  I will ask them about

 3    that.

 4              Anything else?

 5              MR. FEITEL:  A never-ending list.  You know, the

 6    last person in the case always has a million things to bring

 7    up, so...

 8              The second to last one is that the defendant --

 9    excuse me, the witness owns a company that is apparently

10    involved in some way, shape or form --

11              THE COURT:  Mr. Feitel, I am having some trouble

12    hearing you.  Could you move that microphone forward?

13              MR. FEITEL:  That never happens.

14              THE COURT:  I am trying to listen very carefully.

15    Speak up.

16              MR. FEITEL:  The witness indicated to the

17    government that he has a glass company of sorts, it's called

18    GlassITech, G-L-A-S-S-I-T-E-C or T-E-C-H.  And the

19    government advised that they have records that indicate

20    that, in a one-year span, over $715,000 in wire transfers

21    were made involving the defendant's corporation and that the

22    wire transfers were connected to a British Virgin Islands

23    holding company.  There are apparently some 30-odd

24    transactions.

25              I have asked the government for the dates, times,

1    and amounts of the wire.  I will be clear with Your Honor

2    why I am asking and why I think it should be done.

3           Mr. Pinedo has a history of money laundering.  In

4    his statements to the government, he indicated that he used

5    Mexican banks and Mexican exchange houses, which I know Your

6    Honor knows are called casas de cambios because I was here

7    for the Gonzalez sentencing as well.  I think this is an

8    extraordinarily large amount of money to be sent in a short

9    period of time for someone involved in glass.  As Ms. Rhee

10   opined last night, that's a lot of glass.

11          If it is, in fact, some money laundering scheme,

12   which I plan to ask Mr. Pinedo about, it seems to me that it

13   would be prudent to advise him that if, in fact, he is

14   involved in money laundering he has a Fifth Amendment

15   protection.  It's not my job to warn him; but I thought, as

16   a matter of professional responsibility, I would tell the

17   Court, as opposed to my surprising everyone.  I told

18   Mr. Handrich about it also.

19          Finally, Mr. Pinedo talks a lot about things that

20   he allegedly did in his life in drug trafficking and money

21   laundering.  And as Your Honor knows from experience in

22   these cases, a lot of the things that the witnesses

23   testified to were sort of in the air.  They talk about the

24   names, dates, and places of events that transpired.

25          In the Gerardo Valencia case there was some

1    corroborating information about the sharks and about other

2    seizures.  But in this case there is no evidence that we

3    have been provided with that shows that anything that

4    Mr. Pinedo talked about, in terms of the money or the drugs,

5    is confirmed by a seizure; most of it is not.

6            I did notice, in reviewing Mr. Pinedo's reports,

7    that he had drug trafficking and money laundering dealings

8    with three people who have since been either extradited to

9    this country or arrested by this country, and at least three

10   of them I know are in cooperation.  I had asked the

11   government -- I can identify who they are, I am not sure

12   that it matters to Your Honor.

13           But I asked the government if they would provide

14   me the reports of interviews with those cooperating

15   witnesses so I can see whether or not those persons mention

16   the events that Mr. Pinedo references.  And there is one in

17   particular that I think is starkly important.  Mr. Pinedo

18   alleges that he was kidnapped by Edgar Valdez Villarreal,

19   who is known as Barbie.  And that --

20           THE COURT:  What is he known as?

21           MR. FEITEL:  La Barbie, B-A-R-B-I-E.

22           I would say he is a big trafficker.  I mean, he

23   was prosecuted in New York -- no, he was prosecuted in

24   Texas.  I think he may have been a witness or a potential

25   witness in the trial against a recent Mexican police

1    officer.  In any event --

2         THE COURT:  And La Barbie is Edgar Valdez

3    Villarreal?

4         MR. FEITEL:  Yes.  That's his nickname.

5         So one of the things, I think, prudent counsel

6    would want to know -- and I would imagine the government

7    would want to know -- Mr. -- I will call him "Barbie" for

8    ease of reference -- is in cooperation.

9         I think it's a fair inference that they asked him

10   about his violence and his prior acts of violence.  I think

11   it would be useful to know if he admitted that he committed

12   this kidnapping against Mr. Pinedo or whether he was asked

13   about it.

14        THE COURT:  So if I am following you, of the three

15   people that Mr. Pinedo talks about -- well, he talks about

16   drug dealing with a whole bunch of people --

17        MR. FEITEL:  Yes.

18        THE COURT:  -- but among the people he engaged in

19   drug trafficking with included three people who are now

20   cooperating, and one of those three people is Barbie?

21        MR. FEITEL:  Yes.

22        THE COURT:  Okay.

23        MR. FEITEL:  Another person is Javier Calle Serna;

24   his last name is spelled C-A-L-L-E, S-E-R-N-A.  Mr. Serna

25   was prosecuted in the Eastern District of New York.  He is

1  called Comba, C-O-M-B-A; it's a play on the word

2  combatiente, or combatant in Spanish.

3          Mr. Calle Serna surrendered.  But he was the

4  leader of a group of collectors in Colombia.  By that I mean

5  that they used violent means, such as kidnapping, extortion,

6  and the like to help other drug traffickers collect their

7  drug debts.  They were prosecuted.  And Mr. Calle Serna who

8  cooperated -- and I believe he is actually out and living in

9  Miami, Florida with his wives and families.

10          So one of the things that Mr. Pinedo says is that

11  he owed all sorts of money to Calle Serna.  Calle Serna

12  voluntarily came to this country.  He got an extraordinarily

13  large sentence reduction.  I think he was the subject of

14  enormous proffer sessions.  He also surrendered his

15  organization.  So I would like to see if he ever said

16  anything about these debts and these losses.  I think it's

17  probative to cross-examine Mr. Pinedo.

18          THE COURT:  About the debts and losses that

19  Mr. Pinedo owed him?

20          MR. FEITEL:  Well, Mr. Pinedo is clear that he

21  lost $2 million and then another million that belonged to

22  Calle Serna.

23          In all of the things that I can do -- I understand

24  that some of this is a little far afield.  But if Calle

25  Serna never said anything in any proffer session about this

 1    matter, I think it would cast doubt on the witness's

 2    credibility.

 3              THE COURT:  Okay.  What else?

 4              MR. FEITEL:  There is one more witness in that

 5    position, his name is Jorge Chaitelly.  His last name is

 6    spelled C-H-A-I-T-E-L-L-Y.  Mr. Chaitelly is a Lebanese

 7    national who was arrested and prosecuted in the Southern

 8    District of New York for money laundering.

 9              There is discussion in Mr. Pinedo's --

10              THE COURT:  Another Eastern District of New York

11    prosecution?

12              MR. FEITEL:  I'm sorry, I believe Southern.

13              THE COURT:  Southern District.

14              MR. FEITEL:  Mr. Chaitelly also was in cooperation.

15              Mr. Pinedo talks about owing money with

16    Mr. Chaitelly and then having met in a restaurant, and the

17    like.  I would like to know if Mr. Chaitelly ever mentioned

18    him as well.  Because if he did not, I think it would

19    undercut the truthfulness or the credibility of the witness,

20    Mr. Pinedo.

21              So I realize it's somewhat far afield.  But due

22    diligence I think requires someone -- there is a lot -- as I

23    said, there are a lot of things that cooperating witnesses

24    testify about but there is no real --

25              THE COURT:  Yes.  But can I tell you, Mr. Feitel,

1    in order to believe Mr. Pinedo I have got to have every

2    little -- every person who might be living in the

3    United States with whom he had drug dealings or any other

4    kind of dealings with come in here -- troop in here and

5    testify to see whether they cooperated, remember, or

6    don't -- because a lot of this is decades old now.

7              How long is this evidentiary hearing going to

8    last?

9              I mean, they have to, at an evidentiary hearing,

10   establish that the guy is credible; that what he says about

11   Mr. Flores-Hernandez establishes the facts that they want to

12   establish, which are four, by a preponderance.  We already

13   have a number of -- four witnesses here at this evidentiary

14   hearing to establish it.  I am sure that, having been

15   through this a number of times, one is going to corroborate

16   the other in different ways.  Really?

17             We need to have this stretch on for weeks to hear

18   everybody else who might have corroborating evidence troop

19   in here?  I don't need that and they don't need that.  This

20   is not a trial beyond a reasonable doubt.  So what is --

21             MR. FEITEL:  My request is --

22             THE COURT:  I mean, what?  As to bringing in La

23   Barbie, Javier Calle and Jorge Chaitelly, you want more

24   witnesses coming in here, other than the four or five --

25   four, three cooperators and Agent Novick?  We need more?

 1          MR. FEITEL:  I do not want the witnesses.  I want

 2    the reports of their interviews.

 3          Mr. Flores's position is that Mr. Pinedo has

 4    invented this testimony against him.  To the extent that he

 5    has talked about other people, and those other witnesses

 6    have reports that exist about him that contradict what he

 7    says, it supports the inference that he invented testimony

 8    against others in the same way that he's invented against

 9    Mr. Flores.

10          I don't need the witnesses; I don't think they

11    would come.  I would like to see the reports.  If it turns

12    out that the reports say nothing, I will be glad to submit

13    something to Your Honor after the fact about --

14          THE COURT:  Okay.  Let me hear from the

15    government.

16          Just going through Mr. Feitel's list, the S visa

17    application; does the government have access to that?

18    Doesn't the government have to support it, or something for

19    an S visa?

20          MR. HANDRICH:  Well, Judge, Mr. Feitel may have

21    misspoke.  All of our correspondence is the deferred action

22    paperwork at this time; that was what was requested by

23    Ms. Rhee and Mr. Feitel.

24          We have turned over, in our discovery letter, a

25    detailed explanation of the assistance the FBI gave in the

 1     deferred action.  Deferred action is just forms, and then an

 2     agency says:  We support this deferred action.

 3             THE COURT:  And the deferred action being

 4     deportation and exclusion?

 5             MR. HANDRICH:  Meaning -- right.  A deferred

 6     action means you don't have legal status but you are not

 7     going to be deported, and then that can be renewed when it

 8     expires.

 9             THE COURT:  Is that the same thing as an S visa?

10             MR. HANDRICH:  No.  An S visa would be a visa that

11     gives you legal status in the United States.

12             THE COURT:  Okay.  So there is no S visa

13     application to turn over is what you are saying?

14             MR. HANDRICH:  That wasn't asked for.  And I would

15     have to just double-check if there is an application.  But

16     all of the correspondence had to do with a deferred action,

17     which is something completely different.

18             THE COURT:  I am going to interrupt you for just

19     one second.

20             Mr. Feitel, did you see something that references

21     an S visa application?

22             MR. FEITEL:  I try to be careful of what I say.

23             (Whereupon, counsel confer.)

24             MR. HANDRICH:  So what Mr. Feitel is just

25     referencing is that the FBI said they would assist with an

1    S visa.  I can double-check if that process has happened.

2          But what is currently in place is a deferred

3    action, and that's how he is currently in the United States.

4          THE COURT:  Okay.  So you are going to check on

5    that; you are going to get back to Mr. Feitel.

6          Then, Mr. Feitel, you will report back whether you

7    are withdrawing a request for an S visa application because

8    it doesn't exist.

9          All right.  Then we have a decertification, in

10   2015, of the witness because he entered the country

11   illegally and whether there is any documentation of any such

12   decertification, or whatever the DEA may call a notice to

13   agents not to use this person as an informant.

14         MR. HANDRICH:  Yes.  We reviewed the DEA source

15   files and we turned over the information that was in them,

16   concerning his decertification, in the form of a letter

17   which was:  He entered the country illegally, I believe it

18   was, in 2012.  At the time he was a DEA source signed up,

19   and they deactivated him shortly after that.  I provided the

20   details in the letter of that.  So I think it's clear based

21   on the information passed to defense counsel why the DEA

22   took the action it did.

23         The witness is going to testify to the exact

24   circumstances of:  He knew he was entering illegally.

25   Why -- he will explain why he did.  And then he will explain

1    what happened to him as a consequence of that.

2            THE COURT:  All right.  So based on what

3    Mr. Handrich has said, Mr. Feitel, I don't think there is

4    anything more to which the government has access or to which

5    you are entitled on your point number two.

6            Then with respect to medical records.

7            MR. HANDRICH:  Yes.  So we don't have medical

8    records.  If we did, we would turn them over as long as it

9    was relevant and admissible.  Anything that wasn't protected

10   we would obviously turn over.  We don't have any medical

11   records.

12           We have the FBI report documenting what occurred,

13   and then the local law enforcement report which we turned

14   over.  It's obviously clear from those reports the symptoms

15   that Mr. Pinedo said he was experiencing at the time.  We

16   have no reason to believe [sic] him.  We did make an

17   argument which Your Honor disagreed with, which is totally

18   fine --

19           THE COURT:  Well, you don't have any choice.  But

20   there you go.

21           MR. HANDRICH:  Right.  I mean, I was going -- I am

22   going to ask the witness about it; he can explain it, and he

23   can be cross-examined.

24           Our position, I may -- not to preview too much.

25   Depending on where Mr. Feitel goes, I may object to some of

1   the line of questioning because there is no reason to

2   believe that because of trauma endured through a kidnapping

3   and threats to his life unrelated to the kidnapping and

4   having suicidal thoughts, that doesn't mean a person is not

5   competent to testify; that doesn't mean a person doesn't

6   have a good memory; it doesn't mean that the person suffers

7   from anything else that would impair them to be able to

8   truthfully and accurately recall information under oath.

9          So the first point is:  We have nothing to turn

10   over.  But number two, I don't see how it would be relevant

11   at this hearing if we did have them.

12          THE COURT:  All right.  And then let's get to the

13   glass company that Mr. Pinedo has been running for -- what

14   period of time?

15          MR. HANDRICH:  So the wire transfers Mr. Feitel

16   talked about were between 2017 and 2018.  I believe the

17   glass company was in existence before that.

18          We became -- the government became aware of the

19   wire transfers, spoke to Mr. Pinedo about it.  I will

20   address also the potential privilege issue.

21          Mr. Pinedo is represented by Mr. Puig; he has had

22   an attorney.  He knew law enforcement was looking at this

23   when the information became available.  He spoke to law

24   enforcement about it, so I don't think there is any need to

25   advise the witness.  He clearly knows, and he was -- he had

1    a lawyer during this entire time.  He clearly know --

2              THE COURT:  Where is Mr. Puig?

3              MR. HANDRICH:  Puig, P-U-I-G.

4              THE COURT:  Puig.  Is Mr. Puig in D.C.?

5              MR. HANDRICH:  I believe he is based out of

6    Florida.

7              THE COURT:  Okay.  And does Mr. Puig know that his

8    client is testifying here today?

9              MR. HANDRICH:  Yes.

10             THE COURT:  Okay.  It may be that I am going to

11   want to have Mr. Puig at least on the phone at some point

12   this morning.  Can you alert him to that?

13             MR. HANDRICH:  Yes.

14             THE COURT:  All right.  And the government is

15   still investigating these $715,000 in wire transfers?

16             MR. HANDRICH:  No.  The government was never --

17   other than looking at some of the information and speaking

18   to him about it, the government has no reason to believe

19   this is criminal activity for many reasons.  On top of that,

20   we turned it over, obviously, in an abundance of caution.

21             The witness will explain what his business was,

22   what was going on.  It may not be actually *Brady* or *Giglio*

23   material but we wanted to err on the side of overproduction,

24   and so we provided the information.

25             THE COURT:  Okay.  And then do you want to respond

1    to the request for the interview reports for the people who,

2    according to Mr. Feitel, have been cooperating with the

3    government -- I don't know whether they have been

4    cooperating with the DEA or with FBI or other law

5    enforcement agencies -- Mr. La Barbie, Mr. Calle Serna, and

6    Mr. Jorge Chaitelly?

7              MR. HANDRICH:  I think Your Honor hit the nail on

8    the head.

9              Not to be facetious, but this is a fishing

10   expedition for -- number one, we don't even know if any

11   proffer notes exist in relation to the specific topics

12   outlined by defense counsel.  And also, I can't say that any

13   of these people are cooperating or not.  I know they pled

14   guilty in court.

15             THE COURT:  But you don't even know, having pled

16   guilty, whether they are doing so pursuant to a cooperation

17   agreement?

18             MR. HANDRICH:  Correct.  Cases are under seal and

19   also cases -- there are protective orders in relation to

20   portions of the cases.

21             And I think you kind of drilled down on the most

22   important part.  Normally, when there is a proffer --

23   right? -- and we're going to have proffer notes discussed in

24   this case; you have seen it in prior hearings in front of

25   Your Honor.  Agents determine what they want to talk about,

1    and what they talk about with cooperating witnesses is

2    potential indictments and future prosecutions.

3           The incidents that are pointed out by Ms. Rhee and

4    Mr. Feitel about losing money -- I believe there's two

5    different -- $2 million lost for these two traffickers,

6    Calle Serna and Chaitelly, and the kidnapping for

7    Mr. Villarreal -- there would be no reason to talk to them

8    about because they're not relevant to prosecutions or

9    investigations that are ongoing.  These are incidents that

10   occurred well back in time that don't have any relevance to

11   future cases especially for people who have already pled

12   guilty, right?  It's not a question of their criminal

13   conduct.

14          Just to give Your Honor just a slight preview of

15   the testimony you are going to hear from Mr. Pinedo, I

16   believe you are going to hear that for both this defendant

17   and El Chapo, El Mayo, Hector Beltrán Leyva of the Beltrán

18   Leyva organization -- because of the connections of this

19   witness and his father to both Colombian sources of supply

20   for cocaine and money launderers, that he may have laundered

21   over a billion dollars for these drug traffickers during the

22   time he was working with them directly, going from Colombia

23   to Mexico and back, and ultimately living in Mexico.

24          So $2 million, to us a tremendous sum of money;

25   it's a drop in the bucket to the sort of drug traffickers

 1    and the defendant in the big scheme of things.

 2              As it relates to the kidnapping, you are going to

 3    hear -- we'll see how it goes -- it was a very traumatic

 4    event for the witness.  Most people who La Barbie kidnapped

 5    were murdered, and many of the people that were kidnapped

 6    with him were murdered in front of him.  The only reason the

 7    government is bringing this out -- because it has no

 8    relation to the issues before the Court for the sentencing

 9    hearing -- is to understand the questions that we expect

10    that are going to be asked of the witness on

11    cross-examination.

12              Your Honor is going to be able to make a

13    determination of credibility when you see how he describes

14    this event and how it affected him.

15              THE COURT:  All right.

16              So with that, Mr. Feitel, I am going to hear back

17    from you on this S visa application, which likely doesn't

18    exist.

19              The decertification sounds to me like you have

20    gotten what you need or what you -- what they have got, in

21    terms of that.

22              In terms of the medical records, the government

23    doesn't have those medical records; they're from some years

24    ago in a totally different state.  So I am not going to

25    compel the government in some way to go tracking through to

 1    get those medical records.  You have other reports from law

 2    enforcement officers who were there at the time who can

 3    explain what the symptoms were.  So I am not going to force

 4    the government to do something else to get you more medical

 5    records.

 6              With respect to the wire transfer request that you

 7    have, the government seems well aware of the Fifth Amendment

 8    potential liability.  I will caution the witness about that.

 9    I will want Mr. Puig on the phone just to confirm that.  But

10    it sounds to me as if the government, to the extent it's

11    investigated this, doesn't believe that there is potential

12    criminal liability.  So there you go.

13              And then with respect to the report of interviews,

14    to the extent any might exist because I am now understanding

15    that it is not completely clear that La Barbie is a

16    cooperator or Mr. Calle Serna is a cooperator or

17    Mr. Chaitelly is a cooperator -- maybe they are.  But even

18    if they are, as you can tell, I am a little skeptical about

19    having a free flow of everybody involved in cartel

20    activities between Colombia and Mexico over the course of

21    decades -- having to have the government produce all of

22    those reports from its files to you in order to enable me to

23    assess this witness's credibility under the standard

24    applicable at a sentencing hearing given what I anticipate

25    will be other cooperation by other witnesses of more key

1          parts of the testimony against this defendant.

2                    Okay.  So Mr. Feitel.

3                    MR. FEITEL:  I promise to be brief.

4                    When Your Honor gets Mr. Puig on the phone and

5          warns the witness, I think he also might be warned that he

6          has potential liability if he has failed to pay taxes on the

7          money that the DEA has paid him in cash throughout his

8          tenure.  He did promise in his form when he signed up that

9          he would be responsible for taxes; it seems to be honoring

10         the breach, in my experience.

11                   THE COURT:  All right.  Thank you.  I will take

12         all of the help I can get.  Thank you, Mr. Feitel.

13                   Okay.  Are we now ready to proceed?

14                   MR. HANDRICH:  Yes.  If I can go it get the

15         witness, Your Honor?

16                   And then there is an FBI agent here who can -- I

17         can ask for these two issues so we can start having someone

18         work on it, the S visa and making contact with the attorney.

19                   THE COURT:  Thank you.  Would you like to have a

20         five-minute break to get the witness, get him on the stand

21         and communicate those --

22                   MR. HANDRICH:  Sure.  I don't want to hold the

23         Court up.  Yes.  If the Court is okay, we can take a

24         five-minute break.

25                   THE COURT:  I am not a patient person watching

 1    water boil here waiting for you to do your thing.  We'll

 2    take a short break for five minutes.

 3              (MARIO PINEDO ALVAREZ CORREA, Government witness

 4    sworn.)

 5              THE COURT:  Mr. Pinedo Alvarez Correa, how do you

 6    like to be referred to, as Mr. Pinedo, Mr. Alvarez Correa?

 7    What name would you like to be referred to as?

 8              THE WITNESS:  Pinedo.

 9              THE COURT:  Pinedo.  Am I saying that correctly?

10              THE WITNESS:  Pinedo, P-I-N-E-D-O.

11              THE COURT:  Pinedo?

12              THE WITNESS:  Yes.

13              THE COURT:  All right.

14              Please proceed, Mr. Handrich.

15              MR. HANDRICH:  Thank you, Judge.

16                        DIRECT EXAMINATION

17    BY MR. HANDRICH:

18    Q.  Good morning, sir.  Could you tell us your full name and

19    spell it.

20    A.  Mario Pinedo Alvarez Correa.

21    Q.  Could you spell that for us?

22    A.  M-A-R-I-O; P-I-N-E-D-O.

23    Q.  Throughout the course of your life, have you gone by any

24    other aliases, names, or nicknames?

25    A.  Yes.

1    Q.  What are they?

2    A.  Montaner, Cantante, Costeño, and Ñoño.

3            THE INTERPRETER:  Interpreter can spell that out,

4    if the Court would like.

5            THE COURT:  All right.

6            THE INTERPRETER:  M-O-N-T-A-N-E-R.  Cantante is

7    C-A-N-T-A-N-T-E.  Costeño is C-O-S-T-E-Ñ-O.  And Ñoño is

8    Ñ-O-Ñ-O.

9            THE COURT:  Okay.  Thank you.

10   BY MR. HANDRICH:

11   Q.  How old are you today?

12   A.  52.

13   Q.  Where were you born?

14   A.  Barranquilla, Colombia.

15   Q.  Obviously you are testifying in Spanish today.

16          Do you read, write, or understand English?

17   A.  Yes.

18   Q.  Today would you feel more comfortable testifying using

19   only English or testifying in Spanish using the translators?

20   A.  In Spanish.

21   Q.  You said that you grew up in Colombia.  Could you tell

22   us a little bit about your family?  Did you have a mother

23   and father and any siblings?

24   A.  Yes.

25   Q.  Could you tell us who is in your family?

1    A.   My dad, Samuel Pinedo; nine siblings on my dad's side.

2    On his second marriage, I have five siblings with another

3    wife by the name of Jacqueline.

4    Q.   Sir, I want to skip by your time as a kid.  But by the

5    time you became a teenager did you learn how your father

6    made money?

7    A.   Yes.

8    Q.   Could you tell us about what you learned?

9             THE COURT:  Mr. Pinedo, you can move this

10   microphone.  It's movable.  So you can be more comfortable.

11   I see you are straining to get up close.  It might be

12   better.

13            Proceed.  Sorry to interrupt.

14   BY MR. HANDRICH:

15   Q.   Could you tell us about what you learned when you were a

16   teenager about how your father made money?

17   A.   Yes.  Through drug trafficking.

18   Q.   About how old do you remember being when you realized

19   your father was a drug trafficker?

20   A.   Between 13 and 15.

21   Q.   What kind of drugs did your father traffic?

22   A.   Marijuana and cocaine.

23   Q.   Did he do anything else to earn a living, or was his

24   full-time occupation moving cocaine and marijuana?

25   A.   He only did drugs.

 1               MR. HANDRICH:  If I could show the witness for

 2     identification purposes what's been marked Government

 3     Exhibit 4.

 4               THE COURT:  Yes, you may.

 5     BY MR. HANDRICH:

 6     Q.  Sir, we have a map that shows a portion of Mexico down

 7     to the top part of South America.  Are you familiar with the

 8     various locations that are shown in this map?

 9     A.  Yes.

10     Q.  Do you see the town where you were born?

11     A.  Yes.

12     Q.  Could you show it -- is it signified on the map?

13               THE COURT:  Excuse me just one second.

14               Yes, Ms. Rhee.

15               MS. RHEE:  This screen is not working.

16               THE COURT:  Thank you for bringing that to our

17     attention, Ms. Rhee.

18               MR. FEITEL:  I agree to the admissibility of the

19     map, Your Honor.  It goes without saying, I hope.

20               THE COURT:  Okay.

21               Is it working now?

22               MR. FEITEL:  Yes, Your Honor.

23     BY MR. HANDRICH:

24     Q.  So as indicated --

25               THE COURT:  Do you have copies of the exhibits you

```
 1    are going to use for the Court?
 2              MR. HANDRICH:  Yes.
 3              Would you like us to hand up the folder to Your
 4    Honor?
 5              THE COURT:  No.  I would like you tonight to put
 6    it into a notebook with all of the government's exhibits so
 7    I have it in one place.  I thought perhaps you had just
 8    forgotten to give me the government's exhibit notebook.
 9    Let's have it in a notebook, nicely presented.  You can do
10    that tonight, unless you have it right there.
11              MR. HANDRICH:  I think it is.
12              THE COURT:  That looks more like it.
13              MS. ALSWORTH:  My apologies, Your Honor.
14              THE COURT:  I don't want loose paper flying
15    around.  Got it.  Okay.
16              MR. HANDRICH:  Sorry about that, Your Honor.  I
17    thought we did have it.  I didn't want to say we did if we
18    didn't.
19              THE COURT:  Okay.
20    BY MR. HANDRICH:
21    Q.  Is this the town you and your family lived in growing up
22    until you became an adult?
23    A.  Yes.
24    Q.  There is another portion of the map in Colombia, Cali,
25    that is marked.  Can you explain to Your Honor the
```

1    significance of Cali in relation to cocaine trafficking in

2    Colombia and in relation to Mexico?

3    A.  Well, Cali is a place where there are many drug

4    traffickers.

5    Q.  Did your father work with other drug traffickers based

6    in the Cali area?

7    A.  Yes.

8    Q.  From various parts of Colombia, including Cali, were

9    these major sources of supply as you got older and you got

10   involved in the drug trade that you learned supplied cocaine

11   to cartels and traffickers in Mexico?

12   A.  Yes.

13           MR. HANDRICH:  Your Honor, I would move for

14   admission of Government Exhibit 4.  And we can take that

15   down for the time being.

16           THE COURT:  There has been no objection, it's

17   admitted.

18           (Government Exhibit 4 admitted.)

19   BY MR. HANDRICH:

20   Q.  Do you have an older brother by the name of Samuel?

21   A.  Yes.

22   Q.  How much older?

23   A.  He is about 15, 16 years older.

24   Q.  Did he also get involved in narcotics and cocaine

25   trafficking?

1     A.  Yes.

2     Q.  So after you learned that your father was a full-time

3     drug trafficker, did you meet any of his partners in cocaine

4     trafficking that came to visit him, meaning your father, in

5     Colombia after 13, 14, 15 years old?

6              Did you meet any of these Mexican traffickers?

7              MR. FEITEL:  Objection.

8              THE COURT:  Just one second.

9              THE INTERPRETER:  The interpreter will --

10             THE COURT:  Let me just hear the objection first.

11             MR. FEITEL:  I think there is some fair amount of

12    leading that is permissible to get to a place where things

13    are important, but I object to this leading question.

14             THE COURT:  Can we get beyond 13, 14, and 15 years

15    old before we start stopping the leading, because we're

16    still at age 15.

17             MR. FEITEL:  I have read the report, so I do think

18    this bears on the defendant's -- there is going to be an

19    identification about him as having dealt, I think, with his

20    father, that's why I object to the leading.  There must be

21    another way to get to this without suggesting the answers.

22             THE COURT:  Okay.  I will sustain the objection

23    because the leading -- that was a very compound question

24    with a lot built into it as part of the lead.  I will

25    sustain the objection.

```
 1                 MR. HANDRICH:  I will rephrase.
 2     BY MR. HANDRICH:
 3     Q.  Were you living in a home with your father?
 4                 THE COURT:  At what age?
 5                 MR. HANDRICH:  As a teenager, at 15 through 18.
 6     A.  Yes.
 7     Q.  Did he ever bring anyone he worked with to your home?
 8     A.  Yes.
 9     Q.  Were any of these people from Mexico?
10     A.  Yes.
11     Q.  Do you see --
12                 THE COURT:  This is during the same time period,
13     between the ages of 15 and 18?
14                 MR. HANDRICH:  Yes.
15     BY MR. HANDRICH:
16     Q.  Do you see any of your father's partners in drug
17     trafficking in the courtroom here today?
18     A.  Yes.
19     Q.  Can you identify that person, first, if you know him by
20     name?
21     A.  Yes.  Raul Flores.
22     Q.  You also know him by another name, El Tio?
23                 THE COURT:  Sustained.
24                 MR. HANDRICH:  That's what the witness testified
25     to.
```

1          THE INTERPRETER:  Interpreter correction.  The
2     witness had said "El Tio."  The interpreter did not hear it
3     well.
4          THE COURT:  Okay.  I see.  All right.
5          Let's move on.
6     BY MR. HANDRICH:
7     Q.  And I saw you pointed by finger.  What clothing is Raul
8     Flores wearing today?
9     A.  Orange colored.
10          MR. HANDRICH:  Indicating an identification of the
11     defendant both by name, nickname, and clothing.
12          THE COURT:  Let the record so reflect that an
13     in-court identification has been made.
14     BY MR. HANDRICH:
15     Q.  Do you recall how many times you saw the defendant at
16     your father and your home?
17     A.  Could you repeat the question, please.
18     Q.  Do you recall how many times you saw the defendant in
19     Colombia at your home?
20     A.  Yes.  About five times to ten times.
21     Q.  Did your father have any other business partners that
22     were major traffickers that you remember meeting when you
23     were a teenager?
24     A.  Yes.
25     Q.  Could you tell us some of those names that you remember

1    meeting?

2    A.  El Chapo.

3    Q.  Do you know El Chapo's real name?

4    A.  Yes.

5    Q.  Could you tell us?

6    A.  Joaquin Guzman.

7    Q.  Is this the El Chapo who was later arrested and

8    prosecuted and convicted as one of the heads of the Sinaloa

9    cartel?

10   A.  Yes.

11   Q.  Is there anyone else you remember meeting as a teenager?

12   A.  Yes.

13   Q.  Could you tell us who?

14   A.  Miguel Angel.  Angel, Miguel Angel.

15   Q.  Did you overhear or learn anything about what business

16   dealings your father had?  Let's just talk specifically with

17   the defendant.

18   A.  Yes.

19   Q.  What did you learn?

20            THE INTERPRETER:  Interpreter will ask for a

21   clarification.

22   A.  El Tio, he was his partner; and he would bring falluca

23   [sic] --

24            THE INTERPRETER:  The question the interpreter

25   asked.

1      A.   -- smuggled things from the United States into Mexico,

2      and that was the time they started working together.

3      BY MR. HANDRICH:

4      Q.   Did there come a time that either your father or El

5      Chapo or any other trafficker introduced the defendant to

6      cocaine trafficking instead of contraband trafficking?

7      A.   Yes.

8      Q.   Could you explain?

9      A.   Yes.   It was through my dad that I learned that he was

10     introduced through El Chapo and by Hector Beltrán, they

11     would bring in through trucks together -- smuggling things.

12     Q.   And what were they bringing in trucks?

13     A.   What they were bringing or they were taking?

14     Q.   Both.

15     A.   Cocaine and money.

16     Q.   So El Chapo and Hector Beltrán Leyva were working with

17     your father in moving cocaine out of Colombia and money back

18     to Colombia?

19     A.   Yes.

20     Q.   And Hector Beltrán and El Chapo introduced the defendant

21     to moving cocaine beyond just moving contraband?

22             MR. FEITEL:   Objection.   Leading.

23             THE COURT:   This is a lot of leading.

24             MR. HANDRICH:   Okay.

25             THE COURT:   Sustained.

```
 1                   MR. HANDRICH:   Okay.
 2      BY MR. HANDRICH:
 3      Q.  So what did you learn from your father about how the
 4      defendant got involved in cocaine trafficking?  How did that
 5      happen?
 6      A.  Yes.  That they were introduced, that they would do this
 7      business and would deal with cocaine through El Tio.
 8      Q.  So when you were a teenager, were you attending high
 9      school?
10      A.  Yes.
11      Q.  Did you graduate?
12      A.  Yes.
13      Q.  Did you go to any further school after high school?
14      A.  Yes.
15      Q.  And what was that?
16      A.  I studied until second year of law school.
17      Q.  How old were you at your second year of law school?
18      A.  I was 22, 24, somewhere there.
19      Q.  Why did you stop going to law school?
20      A.  Because I got married and had to work.
21      Q.  Okay.  And what type of work did you do?
22      A.  Woodworks.
23      Q.  Can you just explain a little bit further.  What was the
24      job you did each day?
25      A.  I worked creating things for the construction companies,
```

 1     such as stairs, windows.

 2              (In English):  Railings.

 3              THE INTERPRETER:  Railings for the buildings.

 4              THE WITNESS (in English):  Balconies.

 5              THE INTERPRETER:  Thank you.

 6              THE WITNESS (through Interpreter):  Balconies.

 7              THE COURT:  So what was your job?

 8              I'm sorry.  I am not understanding what you did

 9     for a living.

10              THE WITNESS:  I had a company that hired

11     architects that did that kind of work for the construction

12     companies.

13              THE COURT:  So you built balconies for buildings,

14     is that what you did?

15              THE WITNESS:  Yes.

16     BY MR. HANDRICH:

17     Q.  And how many years did you do that?

18     A.  About five years.

19     Q.  Did there come a time that you stopped doing that type

20     of work?

21     A.  Yes.

22     Q.  Why did you stop?

23     A.  Because the economy in the country went down, south.

24     The building companies started all losing money, they were

25     declaring bankrupt.  Nobody was paying me.  I had lots of

1   debts with the banks, and so I had to find another way of

2   making a living.

3   Q.  After you stopped going to law school and got married,

4   were you still living in your father's home or had you moved

5   into your own place?

6   A.  I lived in my in-law's house, but I would go on a daily

7   basis to my father's house.

8   Q.  During this entire time period, was your father still a

9   cocaine trafficker?

10  A.  Yes.

11  Q.  What about your older brother Samuel?  At this time, was

12  he involved in cocaine trafficking?

13  A.  Yes.

14        MR. HANDRICH:  If I could show the witness

15  Government Exhibit No. 5 for identification purposes.

16  Q.  Do you recognize the photograph?

17  A.  Yes.

18  Q.  Where do you remember -- other than here in the

19  courtroom today, where else have you seen this photograph?

20  A.  In my house.

21  Q.  Where at in your house was this photo located?

22  A.  In my father's room.

23  Q.  Starting on the left-hand side, there is a woman with

24  brownish-looking hair and a light-colored outfit.  If you

25  can go one person at a time from the left, and tell us if

1    you recognize any of the people in the photograph.  But go

2    person by person.

3    A.  Jacqueline, that's my stepmother, my dad's wife; then my

4    father.

5    Q.  Which person is your father?

6    A.  Second person, left to right.  Next to Jacqueline.

7    Q.  Do you know who the third person is from the left?

8    A.  I don't know.

9    Q.  What about the person in the center of the photograph

10   bent over?

11   A.  I don't know.

12   Q.  The next person has their face blurred out in the photo.

13   Do you know the person in the photo?

14   A.  Yes.

15   Q.  Who is that?

16   A.  El Gordo.  This is Miguel Angel.

17   Q.  Then there is a man with a mustache to that person's

18   left.  Who is that?

19   A.  Yes.

20   Q.  Who is that?

21   A.  El Chapo.

22   Q.  Do you know the woman next to El Chapo?

23   A.  Yes.

24   Q.  Who is that?

25   A.  His wife.

1    Q.  And either from looking at the location of the photo or

2    from what your father told you, do you know where this photo

3    was taken?

4              MR. FEITEL:  Objection, Your Honor.  That, I

5    think, assumes facts not in evidence, the part about -- what

6    your father might have told you about it part.

7              THE COURT:  I am going to sustain the objection to

8    the leading.

9    BY MR. HANDRICH:

10   Q.  Do you know where the photo was taken?

11   A.  Yes, in Mexico.

12   Q.  Do you know the exact location in Mexico or just that it

13   was in Mexico?

14   A.  I only know it was in Mexico.

15   Q.  And how do you know that?

16   A.  Because my dad was over there.  And so when he came back

17   from Mexico he showed me this photograph.

18   Q.  Now, after you stopped working in the wood business,

19   what did you do to make a living?

20             THE INTERPRETER:  The interpreter would ask:

21   Stopped working in the?

22             MR. HANDRICH:  Woodworking business.

23   A.  Drug trafficking.

24   BY MR. HANDRICH:

25   Q.  So why did you decide to get involved in drug

1    trafficking?

2    A.  Because I had a lot of debt, and I needed money to pay

3    it.

4    Q.  So how did you get involved in drug trafficking?

5    A.  I called my brother Samuel and I asked him for a job.

6    Q.  Where was your brother living when you called him and

7    asked him for a job?

8    A.  In Mexico.

9    Q.  Do you know where?

10   A.  Yes.

11   Q.  Where at?

12   A.  In Mexico City.

13   Q.  And what was your brother doing in Mexico City to

14   transact this business of being a drug trafficker?

15   A.  He would bring cocaine from Colombia to Mexico.

16   Q.  And was he working with traffickers in Mexico?

17   A.  Yes.

18   Q.  Are any of those people here today?

19   A.  Yes.

20   Q.  Who is that?

21            MR. FEITEL:  Your Honor, basis for the

22   statement --

23   A.  (In English):  El Tio.

24            MR. FEITEL:  -- the reason for why he knows that.

25            THE COURT:  I am sure we're going to get to that.

1    Overruled.

2    BY MR. HANDRICH:

3    Q.  Did you have discussions with your brother on which

4    traffickers he was working with in Mexico?

5    A.  Yes.

6    Q.  And what did he tell you when you spoke to him about his

7    business dealings with El Tio, the defendant?

8              MR. FEITEL:  Objection.  Leading.

9              THE COURT:  Yes.  All you have to do is say:

10   What, if anything, did your brother say to you about El Tio?

11   That would not be a leading question.  So why don't you ask

12   that.

13             MR. HANDRICH:  Yes.

14   BY MR. HANDRICH:

15   Q.  What, if anything, did your brother tell you about his

16   business dealings with El Tio?

17   A.  Yes.  That they were partners.

18   Q.  And did he explain to you partners in what?

19   A.  Bringing cocaine from Colombia to Mexico.

20   Q.  Were you able to start working with your brother when

21   you asked him for help to find work?

22   A.  Yes.

23   Q.  Could you just -- after speaking to your brother, could

24   you explain to us what happened next, in terms of where you

25   moved to or what you did?

1    A.   Yes.  I moved from Barranquilla to Mexico, and I stayed

2    there working with him.

3    Q.   Where did you move to?

4    A.   To Mexico City.

5    Q.   When you got there, did your brother task you or tell

6    you what you would be doing?

7    A.   Yes.

8    Q.   What did he ask you to do?

9    A.   That I had to begin from below, that I had to do the

10   hard work.

11   Q.   And did he explain to you what that meant?  Like what

12   was the actual hard work you were going to have to do?

13   A.   Yes.  That I had to get the cocaine from where it was

14   coming from in tanks and take them -- take it to the

15   safehouses and then sell it.

16   Q.   So did your brother explain to you how he was getting

17   cocaine from Colombia up to Mexico?

18   A.   Yes.

19   Q.   How was he able to do that?

20   A.   It would be brought in tanks that carried oil.  And in

21   the ends of the tanks the coc- -- that's where the cocaine

22   was placed.

23   Q.   Where did the tanks originate from?

24   A.   Colombia.

25   Q.   How did they get to Mexico?

```
 1    A.   Through the ports.

 2    Q.   Once it got to the port, what occurred?

 3    A.   We would take it to a storage area, we would remove the

 4    liquid, and then the cocaine.

 5    Q.   After the cocaine was taken out of the tanker, where did

 6    it go?

 7    A.   It was handed over to the partners, and they would sell

 8    it.

 9    Q.   So that was my next question.

10         Who were your brother's partners for these loads

11    of cocaine coming in oil tankers?

12    A.   We had Pujo, P-U-J-O.  It was Pujo, and his first name

13    was Orlando.  It was Sonrisas, whose name is Jimmy Cabezas;

14    it was my brother Samuel, and El Tio.

15    Q.   And Pujo, was he Mexican or Colombian?

16    A.   Colombian.

17    Q.   What about Sanchez?

18    A.   It's the same person.

19    Q.   Okay.  Do you recall approximately what year you moved

20    to Mexico City and began working with your brothers on these

21    oil tankers?

22    A.   Yes.

23    Q.   What year?

24    A.   2003.

25    Q.   When you said -- earlier you testified that your brother
```

1   said you had to start at the bottom and do the dirty work.

2   Could you explain to Her Honor what that actually meant once

3   you started receiving the tankers?

4   A.  Yes.  Once the oil was out, so we -- first we would take

5   the oil out of the tank.  We would get inside the tank.  We

6   would close the walls at the ends of the tank, and we will

7   be taking the cocaine out.

8   Q.  Did you make a drawing, a visual depiction of what these

9   tankers looked like and where the openings were and where

10  the cocaine was stored?

11  A.  Yes.

12  Q.  And was that then turned into a computer visual or a

13  computer depiction or drawing of what you described?

14  A.  Yes.

15          MR. HANDRICH:  If we could show the witness

16  Government Exhibit 7 for identification purposes.  There are

17  three pages.  I will identify this as page 1 of Government

18  Exhibit 7.

19  BY MR. HANDRICH:

20  Q.  So we see a drawing on the screen.  Could you describe

21  what we're looking at here?

22  A.  This is the tank.

23  Q.  Would the tanks be loaded in some sort of other

24  container when they arrived in the port?

25  A.  I didn't understand the question.  Could you please

1    repeat it.

2    Q.  When the tankers arrived at the port, were they inside a

3    container or were the tankers themselves offloaded off the

4    ships?

5    A.  Yes.  As you see the container, you can see that they

6    are open so that you can see that the tanks are open

7    themselves.

8              MR. HANDRICH:  So let's look at page 2.

9              MR. FEITEL:  Your Honor, would it help if we

10   stipulated that you can move cocaine inside tankers?

11             I am okay with that.  I am sure that people do it.

12   We'll accept the fact that that's how people move cocaine.

13   I am not sure how any of this would be necessary.  We'll

14   stipulate that he moved cocaine in tankers or that --

15             THE COURT:  All right.

16             MR. HANDRICH:  The "he" is the question.  Who are

17   we stipulating to?

18             THE COURT:  Well, I think we're going to get to a

19   third photograph because I want to know precisely what this

20   fellow did, this witness did, which looks like we might be

21   getting to the last photograph.  Move it along.

22             MR. HANDRICH:  Yes.  So if we can just go to

23   page 2 for a moment.

24   BY MR. HANDRICH:

25   Q.  So we see what the tanker looked like when it's in a

1    truck?

2    A.  Yes.

3    Q.  If we go to the third page.

4           So if you could -- we see two figures of people.

5    Could you describe -- when you first started working with

6    your brother, does this depiction show what you would do to

7    get the cocaine out of the tanker?

8    A.  Yes.

9    Q.  So could you describe that for us?

10   A.  Yes, of course.

11          Well, we would get the oil out.  Then we would get

12   inside the tank and we would open the ends of the tank, and

13   we would take the cocaine out.

14   Q.  Okay.  And when you say "the ends," these are the two

15   darker shaded areas at the very end, the left and the right

16   side of the tanker?

17   A.  Correct.

18   Q.  How is the cocaine itself bundled when you got it out?

19          THE INTERPRETER:  May the interpreter make a

20   correction, Your Honor?

21   A.  Well, we would be using the machine, which is a grinding

22   machine.  And we will be opening the exit, and that way we

23   would be taking out the cocaine.

24   BY MR. HANDRICH:

25   Q.  Right.  And so then, once you got it out, what did it --

1     how is it bundled?  Or what container was the cocaine in

2     once you took it out of the ends of the tanker?

3     A.  Well, then we would take out the cocaine.  We would put

4     the cocaine in cars.  And after that the cocaine would be

5     delivered to the offices or the houses, and it would be

6     delivered to the partners.  It would be delivered to the

7     partners.

8              THE COURT:  Did you personally ever go inside a

9     tanker?

10             THE WITNESS:  Yes.  Correct.

11             THE COURT:  And after the oil was released, did

12    you wash it out in any way before you sent -- you personally

13    or some other person went inside the tanker?

14             THE WITNESS:  Yes.  We were -- several of us, we

15    cleaned the tank, and we were two people inside the tank.

16             THE COURT:  And was there a trap door in either

17    end to get the cocaine out, or did you break a seal in some

18    way?

19             THE WITNESS:  Yes.  We will break the ends of the

20    tank.  And through the ends of the tank we would be taking

21    out the cocaine.

22             THE COURT:  So it was sealed with metal and you

23    drilled?  Explain that more.

24             THE WITNESS:  So, Your Honor, yes.  The ends would

25    have -- would be covered or sealed by a metal sheet, and

1      then we would remove the seal and we would take the cocaine

2      out that way.

3      BY MR. HANDRICH:

4      Q.  Just to follow up on Her Honor's question, you are using

5      a power tool to cut into the metal, correct?

6      A.  Yes, of course.  We had to do it because it was quite,

7      you know, heavy.

8                  THE COURT:  Did you ever actually see that?

9                  THE WITNESS:  Yes, of course.  I was there.

10                 THE COURT:  Did you hold the power tool to open a

11     seal?

12                 THE WITNESS:  Yes.

13                 THE COURT:  And did you actually pull cocaine out

14     of one of the ends of a tanker like this?

15                 THE WITNESS:  Yes.  Correct.

16     BY MR. HANDRICH:

17     Q.  So on each side of the tanker, when a tanker came in,

18     how much cocaine was in each end?

19     A.  About 1,000 kilos.

20     Q.  On each side?

21     A.  Correct.

22     Q.  And earlier, just a minute ago, you talked about you

23     actually at times were inside the tanker.  What kind of

24     power tool did you have to use to cut the metal on the end

25     of the tank?

1    A.  We would be using grinders in order to remove the metal

2    part of the seal of the tank.

3    Q.  Did the defendant and/or your brother and his partner

4    have anyone there watching what was going on or receiving

5    the cocaine?

6              MR. FEITEL:  Objection, Your Honor.

7              I think there is a nonleading way to ask the

8    question.  For example, who was there watching, if anyone?

9    Just for example.

10             THE COURT:  I know.

11             The leading questions undermine the credibility of

12   your witness, just so you know.  So every time Mr. Feitel

13   raises a leading objection he is actually helping you, which

14   is why some defense lawyers just sit and let you undermine

15   the credibility of your own witness because you are planting

16   every word in his mouth.

17             But, Mr. Feitel, since we don't have a jury, is

18   trying to --

19             MR. FEITEL:  I can't control myself.

20             THE COURT:  He can't control himself because the

21   leading questions are significant here.

22             And as a purely legal matter, the objection is

23   sustained.

24   BY MR. HANDRICH:

25   Q.  Okay.  So who, if anyone, would receive the cocaine or

1    was present when the cocaine was taken out?

2    A.   Present were my brother and Pujo.

3    Q.   How often would loads in tankers come in?

4    A.   Every week, every two weeks.

5    Q.   Okay.  Were you involved going to every tanker that came

6    in?

7    A.   Yes.

8    Q.   Do you recall approximately how many tankers came in

9    during the time you were working for your brother and

10   assisting him with the tankers?

11   A.   Yes.  More than 53 tanks.

12          THE COURT:  More than 53?

13          THE WITNESS:  Yes.  Something in between 53 and

14   56.

15          THE COURT:  And over what period of time is this?

16          THE WITNESS:  That took place in about a two-year

17   period.

18          THE COURT:  Starting in 2003?

19          THE WITNESS:  Yes.

20          THE COURT:  Okay.

21   BY MR. HANDRICH:

22   Q.   First off, did you have conversations with any of the

23   people involved in the operation about where the cocaine

24   would go after it was offloaded from the tanker?

25   A.   Yes.

```
 1    Q.  Who did you speak to?

 2    A.  With my brother.

 3    Q.  Where was the cocaine going?

 4    A.  To the United States.

 5    Q.  All of the cocaine, or a portion of the cocaine?

 6    A.  Part of the cocaine.

 7    Q.  Do you know what portion?

 8    A.  Yes.  All that was delivered to El Tio.

 9    Q.  How much was delivered to El Tio?

10    A.  Excuse me?  How much was delivered to him?

11    Q.  Yes.  Out of each load, how much was delivered to

12    El Tio?

13    A.  Half of the load was for El Tio.

14    Q.  And what would be the total size of the loads for each

15    tanker, approximately how much?

16    A.  Each load would be something between 1,000 and 2,000

17    kilos.

18    Q.  Okay.  Now, during this time period -- and I am talking

19    about 2003 to 2004 -- would you meet or speak to El Tio

20    during this time frame?

21    A.  I saw him several times.

22    Q.  Where do you recall -- once you first moved to Mexico,

23    where do you first recall meeting him or seeing him?

24    A.  Well, from the time I went to Mexico, I saw El Tio 20

25    times more, more than 20 times.
```

1    Q.  And I am just asking you -- I know it's a long time ago.

2           Do you recall where you first saw him after you

3    moved to Mexico City?

4    A.  You mean where I saw him?

5    Q.  Yes.

6    A.  Yes.  In Mexico City.

7    Q.  What was the occasion where you remember first seeing

8    him in Mexico City?

9    A.  When I was with my brother and with Pujo, and we were

10   at -- El Tio was at a hotel and they were talking about

11   business.

12   Q.  When you say "they were talking about business," what

13   kind of business were they talking about?

14   A.  Related to cocaine.

15   Q.  Okay.  And going back to when the tankers are offloaded,

16   where exactly -- what port or city are you in when the

17   tankers are being offloaded?

18   A.  The tanks will arrive in Manzanillo, and they would be

19   downloaded in Guadalajara.

20   Q.  How would you get from Mexico City to Manzanillo or

21   Guadalajara?

22   A.  To Guadalajara, I would go there by car or by plane.

23   Q.  In any of your times going to Guadalajara, did you

24   learn -- either through -- when you were in Mexico City or

25   your trips to Guadalajara -- where the defendant lived at?

```
1              THE INTERPRETER:  This is the interpreter:  May I
2    have a repetition, please?
3              MR. HANDRICH:  Yes.
4    BY MR. HANDRICH:
5    Q.  Either when you were in Mexico City or on one of your
6    trips to Guadalajara, did you learn where the defendant
7    lived at?
8              THE INTERPRETER:  Thank you.
9    A.  Yes.
10   BY MR. HANDRICH:
11   Q.  Where was that?
12   A.  In Guadalajara.
13   Q.  In any of your trips to Guadalajara, did you go to his
14   house?
15   A.  Yes.
16   Q.  How many times do you recall visiting him at his house?
17   A.  Once I went there with my father.  Well, at the next
18   time, I -- my brother and I went alone and -- my father was
19   with us.  And we were taking my father so my father would be
20   spending the night at his house.  So I went to El Tio's
21   house about two or three times.
22   Q.  And could you just describe for us what the house looked
23   like?
24   A.  It was a big house, a very beautiful house.
25   Q.  What, if anything, was in it that you recall seeing?
```

1    A.  Well, once you enter the house you would see a fishbowl,

2    a fish tank.  In the back you would see, basically, a soccer

3    playground, a place to -- a soccer field.

4         There was a big dining room.  And there were

5    several pictures depicting El Tio and his family, and those

6    were similar to, let's say, medieval times.  And the roof

7    was kind of a dome and, actually, it was beautiful.  It was

8    a beautiful house.

9    Q.  Now, going back to the cocaine, you said half of the

10   loads would go to the United States.

11        Do you know where in the United States the cocaine

12   was headed?

13   A.  No.

14   Q.  Did the defendant have people that worked for him that

15   would accept his portion of the cocaine?

16        THE WITNESS:  I didn't understand the

17   interpretation.

18        (In English):  Could you repeat me again, sir,

19   because I don't understand the...

20        MR. HANDRICH:  Yes.  I will rephrase the question.

21   BY MR. HANDRICH:

22   Q.  Did the defendant have workers or people who work for

23   him who would receive his portion of the cocaine?

24   A.  Yes.

25   Q.  Did you come to learn and know any of those people?

1    A.   Yes.

2    Q.   Who were they?

3    A.   There was Chani (phonetic), there was Cachoro

4    (phonetic).   There was Licenciado.

5    Q.   Were any of those people related to the defendant?

6    A.   No.   They worked with him.

7    Q.   I want to ask you about Licenciado.   What, if anything,

8    did you learn about him from your contact with him?

9            THE INTERPRETER:   Interpreter would ask for a

10   repetition, sir.

11   BY MR. HANDRICH:

12   Q.   What, if anything, did you learn about Licenciado?

13           THE WITNESS:   Licenciado.

14   A.   Licenciado was an important person that worked with

15   El Tio.

16   Q.   Did he have a position other than as a drug trafficker?

17   A.   Yes.   He worked with the government.

18   Q.   What part of the government?

19   A.   With the PGR.

20   Q.   Could you explain to Her Honor what the PGR does in

21   Mexico?

22   A.   It is, in Spanish, called the Procuraduría General de la

23   Republica.   It is a very important government entity,

24   generally translated as the general attorney's office, that

25   works with police, law enforcement, and that part of the

1    government.

2    Q.  Did he wear any type of uniform?

3    A.  No.

4    Q.  Did you ever see any identification or a badge that he

5    showed you?

6    A.  Yes.

7    Q.  What did you see?

8    A.  A badge.

9    Q.  What was his involvement -- just explain exactly what

10   you would see him do on behalf of El Tio.

11   A.  He was in charge of -- all of the loads would arrive and

12   be delivered.  He was the one that would get ahold of the

13   people that had to work.

14   Q.  And when you say "get ahold of the people who had to

15   work," who are you referring to?

16   A.  (In English):  Can you repeat me, again, sir.

17   Q.  Who are the people that he was arranging or getting to

18   work?

19   A.  Licenciado was the person who would pay everybody at the

20   ports and wherever they would be working.

21   Q.  Would this be including -- did you ever see him pay

22   uniform police?

23            MR. FEITEL:  Your Honor, objection.  Leading.

24            MR. HANDRICH:  Okay.  I will --

25            THE COURT:  Sustained.

1    BY MR. HANDRICH:

2    Q.  Sir, describe what kind of officials or people at the

3    port that you saw him work with or interact with.

4    A.  I knew that he was the person who would pay everyone

5    government related.  But I did not see -- would not see or

6    didn't ever see any police officer.

7    Q.  Okay.  Was he -- if you know, was he paid for his

8    assistance?

9    A.  Who do you mean?

10              MR. HANDRICH:  If I could just --

11              THE INTERPRETER:  Licenciado?  Who do you mean?

12              MR. HANDRICH:  Yes.

13              THE WITNESS:  Well, he was a partner with El Tio.

14   I don't know how much he got paid for it, but he was a

15   partner.

16              THE COURT:  Is this a good breaking point?

17              MR. HANDRICH:  Sure.

18              THE COURT:  Let's take a 15-minute break.  We'll

19   break for lunch, just for planning purposes, at one o'clock.

20              (Whereupon, a recess was taken.)

21              THE COURT:  Please step up to the witness stand.

22   Have a seat.

23              Let's proceed.

24              MR. HANDRICH:  Just remember you are still under

25   oath, sir.

1    BY MR. HANDRICH:

2    Q.  We were talking about Licenciado; I will come back to

3    him in a moment.

4          Earlier this morning, when you came into the

5    courtroom and saw the defendant, did you observe anything?

6    A.  Yes.

7    Q.  What did you see?

8    A.  When he looked at me he did this, (indicating).

9          MR. HANDRICH:  Indicating, for the record, that

10   the witness stuck out his tongue and touched the end of it

11   with his pointer finger.

12   BY MR. HANDRICH:

13   Q.  When you saw that, did you understand what that motion

14   meant?

15   A.  Yes.

16   Q.  What did it mean?

17   A.  Watch out with your tongue.

18   Q.  Do you have any fear being here today testifying against

19   this particular defendant?

20   A.  Yes.  Of course.

21   Q.  And why is that?

22   A.  Because, when he saw me, he did this (indicating).

23         MR. HANDRICH:  Indicating, for the record, the

24   same motion described before.

25         THE WITNESS:  You can see it in the cameras.

1    BY MR. HANDRICH:

2    Q.  Now, going back to the people that worked for the

3    defendant, approximately how many people in total did you

4    see working in the defendant's cocaine trafficking

5    organization?

6    A.  About 20 people.

7    Q.  What were the variety of jobs or tasks that they did for

8    him?

9    A.  They were bodyguards or people that worked for him.

10   Q.  And that was my next question.

11          About the times you did see the defendant in

12   Mexico, either in Guadalajara or Mexico City, did he have

13   security?

14   A.  Yes.  He had people.

15   Q.  How many?

16   A.  About five.

17   Q.  Were these men?

18   A.  Yes.

19   Q.  What, if anything, did they have on them?

20   A.  I never saw anything on them, but I knew they protected

21   him.

22   Q.  When you saw the defendant, did you ever know him to

23   carry a firearm?

24   A.  No.

25   Q.  Now, going back to Licenciado --

```
 1                THE COURT:  Can you spell that if you know how?
 2                MR. HANDRICH:  Yes.
 3                THE COURT:  Or do you know how to spell that name
 4      that people are saying?
 5                THE WITNESS:  Licenciado.  Licenciado.
 6      It's L-Y-S --
 7                THE INTERPRETER:  The interpreter can help.
 8                THE WITNESS:  Licenciado.
 9                THE INTERPRETER:  Licenciado in Spanish is spelled
10      L-I-C-E-N --
11                THE WITNESS (in English):  Yes.
12                THE COURT:  L-I-C-E-N --
13                THE INTERPRETER:  -- N-C-I-A-D-O.
14                It means graduate from college.  It is a formal
15      address form.
16                THE COURT:  Thank you.
17      BY MR. HANDRICH:
18      Q.  And working with your brother Pujo and the defendant,
19      did you ever learn Licenciado's actual full name?
20      A.  No.
21      Q.  Now, you said there were approximately 53 to 56 oil
22      tankers that came from Colombia that were full of cocaine.
23      Just so we're clear, how much, approximately, total was in
24      each tanker that came up between the 53 to 56 tankers?
25      A.  1,000 to 2,000 kilos.
```

1    Q.  Now, did you have any involvement during this two-year

2    period, 2003 to 2004, in the money that would come back from

3    the sale of cocaine?

4    A.  Yes.

5    Q.  Explain that for us.

6    A.  When the cocaine was sold we were paid.  We would bring

7    it to the office, and then it would be sent to Colombia so

8    that they could use it for the transactions.

9    Q.  When the money came back, what type of currency was it

10   in?

11   A.  In dollars.

12   Q.  Could you explain to Her Honor how you and other people

13   in the organization would get the money back to Colombia?

14   A.  Yes.  I'd send the money through human couriers in

15   airplanes of the Copa Airlines.  The money was vacuum

16   packed.  And I would have the people all set up at the

17   airport.

18           With each person I would send 2 point --

19           (In English):  2 million.  2.2 million --

20           (Through Interpreter):  -- 2.2 -- 2.2 billion

21   dollars with each person -- pesos [sic].

22           THE INTERPRETER:  I mean --

23           THE WITNESS (in English):  No, dollars.  Dollars.

24           THE INTERPRETER:  2.2 -- Interpreter will...

25           (Whereupon, the interpreter and witness confer.)

1          THE WITNESS (in English):  No, no.

2          $2.25 million in each -- in each luggage.

3          THE INTERPRETER:  The interpreter will...

4          Yes.  The interpreter correction is because the

5    billions and millions are different in Spanish, I wanted to

6    make it clear.

7          So the interpretation is as follows:

8          THE WITNESS:  I would send $2,200,000 [sic] with

9    each human courier vacuum packed.

10         MR. HANDRICH:  Just so we're clear, Your Honor.

11   In Spanish billions is millions, so there was a problem with

12   the translation there, in terms of the amount for each

13   courier.

14         THE COURT:  All right.

15   BY MR. HANDRICH:

16   Q.  When you say "dollars," is this United States currency?

17   A.  That's correct.

18   Q.  What was the money going back to Colombia for?

19   A.  To buy more cocaine to be sent again back to Mexico.

20   Q.  During 2003 to 2004, do you recall approximately how

21   much money in total for the defendant that you sent back to

22   Colombia?

23   A.  It was a lot of money that was sent.

24   Q.  Was it more than 10 million?

25   A.  Yes.

1    Q.  Was it more than 50 million?

2    A.  About that, yes.

3    Q.  Now, why did the oil tanker scheme to move cocaine to

4    Mexico -- why did that come to an end?

5    A.  I left because I had an argument with Pujo and my

6    brother.

7    Q.  Describe what occurred.

8    A.  (In English):  I had a disagreement with my brother and

9    Pujo, that is the --

10   Q.  Sir, can you describe exactly what led up to the

11   argument or disagreement and then what occurred?

12   A.  Of course.

13        At that time, Sonrisas was sending low-grade

14   cocaine.  And my brother, Pujo, and the buyers didn't want

15   to pay the price that was being charged at the time.

16        And they told me that I was to sell it for 8,200,

17   and that we could keep what was charged for us.  Because at

18   that time the only thing that we were getting was 10,000 per

19   load, that was what we were receiving.

20   Q.  Were you able to sell this low-quality cocaine?

21   A.  Yes.  Because I was in the streets, I knew everybody,

22   and so I did sell it.  And so when I went back to the office

23   I had sold it and I brought 8,400, which means this was 400

24   [sic] extra dollars.  And my brother and Pujo said that that

25   was too much for me to keep, that that money was to go to

1    the office, and that's where the argument ensued.

2    Q.  What occurred during the argument?

3    A.  Well, there were kicks and fists thrown between my

4    brother and his partner.  And I was told:  Get out of here,

5    you no longer work with us.

6    Q.  Meaning you were fighting with both his --

7    A.  (In English):  Fighting with my brother and Pujo, yeah.

8    Because they don't have work -- to work to the agreement

9    with me.  Because mostly they need to pay me 400 for each

10   one.  But when I paid, they said, Hey, it's too much for

11   you, and no.  No way.

12   Q.  So they -- just so we're clear, and let's let the

13   translator translate.

14           They wanted to pay you $10,000.  You wanted your

15   profit of 2- to $400 per kilogram instead, which was a lot

16   more money?

17   A.  That's correct.

18   Q.  So at that time did you stop working with your brother

19   and Pujo?

20   A.  Yes.

21   Q.  What about the defendant?  Did you stop working with him

22   at that time?

23   A.  Yes.

24   Q.  When is the next time you came in contact or did

25   business with the defendant?

1    A.  This was much later on, when I was on my own with my own

2    group.  And at the time the people who were working there

3    were, for example, Lagartija, Memo, El Turko, Toy

4    (phonetic).  But, no, I received the money from El Tio --

5    not from El Tio, but from Santiaguito.

6    Q.  Sir, you just mentioned a bunch of names, so let's just

7    break it down.

8         You went out on your own and started your own

9    operation?

10   A.  That is correct.

11   Q.  So explain to Her Honor what operation you started after

12   you stopped working with your brother?

13   A.  Sending money or money laundering.

14   Q.  Who were you doing money laundering for?

15   A.  Well, me -- within the structure, it was Memo working,

16   Toy, El Paisa, myself.  I was working for the Sinaloa

17   cartel; that is, El Chapo, Mayo, Rey, and Nacho.

18        And Toy was in charge of working with the Beltrán

19   Leyvas with Arturo, Indio, and La Barbie.  And Paisa was in

20   charge of working with the people from the Zetas.

21   Q.  Okay.  So let's take those one -- so these people you

22   are talking about are partners of yours working with you to

23   launder money for drug cartels?

24   A.  That's correct.

25   Q.  So you mentioned "Toy."  Do you know, is that a nickname

1    or the person's actual name?

2    A.   That's a nickname, but he is Isaac Ramirez Maldonado.

3    Q.   Now, I want to ask you about Paisa.  Is that an actual

4    name or a nickname?

5    A.   That is a nickname.  His name is Manuel Alfonso Niño.

6    Q.   Beyond these two men, did anyone else work directly with

7    the three of you?

8    A.   Yes.  Memo.

9    Q.   And is that a name or a nickname?

10   A.   That's his nickname, but his name is Guillermo Sandoval.

11   Q.   So explain how the operation worked, what you-all would

12   actually do to take drug proceeds and launder it.

13   A.   Well, in my case, I worked with the Sinaloa cartel.

14   They would hand me the money, I would charge 12 to 15

15   percent.  I would first change the bills, the $20 bills for

16   $100 bills.  We would, again, change the $20 bills to $100

17   bills.  We would vacuum pack that, and put them in

18   suitcases.

19   Q.   Okay.  Then what?

20   A.   We would send it to Colombia, to Peru, to Ecuador,

21   Panama, wherever any of them needed the money.

22   Q.   How would you send it?

23   A.   Through human couriers.

24   Q.   In what way?

25   A.   We would put the -- it would be sent through people

1    in -- as a carry-on -- in a suitcase, as a carry-on.  We

2    would pay to all of the security in the airports, and we

3    send the suitcases in first class.

4    Q.  Which -- did you have a particular airport or two that

5    you would use?

6    A.  We would use Benito Juarez Airport in Mexico City.

7    Q.  Why that airport?

8    A.  Because that's where we had control over.

9    Q.  Now, on a weekly basis, how much money would you be

10   getting from the Sinaloa cartel?

11   A.  On my end I would receive a lot of money, 40, 30, that

12   was, me.  Toy, who would receive money from the Beltrán

13   Leyvas and La Barbie, he would get 10 to 15 per week.  And

14   Paisa, who would receive money from the Zetas, he would

15   receive a similar amount, between 10 to 15 per week.

16   Q.  When you say 30 or 40 or 10 or 15, what amount?

17   A.  (In English):  Millions.

18          (Through Interpreter):  Millions.

19   Q.  When did you start this operation?

20   A.  It was from 2004, 2005 until I was kidnapped, which was

21   2010, so about five years.

22   Q.  So if I understand you correctly, your operation with

23   the people you are working with every week is moving over

24   $50 million in drug proceeds back to South America to

25   purchase additional cocaine?

1    A.  That's correct.  Yes.

2    Q.  Now, at some point after 2004 you started this

3    operation.  Approximately what year did you come back into

4    contact with either the defendant or someone working for the

5    defendant?

6    A.  Not with him.  It was with Santiaguito and Enriquito he

7    would say -- he would give me money and he would say:  This

8    is from El Tio.

9    Q.  So these two people, the names you just told us, are

10   those nicknames or their actual names?

11   A.  They're the nicknames.

12   Q.  Do you know the real names?

13   A.  No.

14   Q.  Had you met them previously prior to the time you were

15   approached by them?

16   A.  (In English):  Can you repeat it again.

17   Q.  I will rephrase.

18           You testified they came to you to move money, they

19   said, on behalf of El Tio.  When you saw them or were

20   approached or contacted by them, were these people you had

21   already known and met years prior?

22   A.  Yes.

23   Q.  And how did you know them?

24   A.  Because we would work together when we would take the

25   drug from the tanks in the 2003 to 2004 period.

1    Q.  How do you recall, first, either one of these two

2    gentlemen contacting you?  Was it in person, was it on the

3    phone?  Was it in some other way?

4    A.  It was through phone or radio.  We used Nextel.  So they

5    would contact me and, you know, they were part of the family

6    by then.

7    Q.  Okay.  And when you say phone, "Nextel," this is a

8    device that, at that time, in the mid 2000s --

9              MR. FEITEL:  Objection.  I think this is where I

10   would ask the Court to state it's leading.

11             THE COURT:  Sustained.

12             MR. HANDRICH:  Okay.  Let me rephrase.

13   BY MR. HANDRICH:

14   Q.  Could you explain -- when you used the term "radio" or

15   "phone," can you explain the device to Her Honor?

16   A.  Well, it was a phone that you would press on, and it

17   would make the noise, boop-boop [descriptive sound], and you

18   could talk.

19   Q.  Could it be used like a telephone or a radio, like a CB

20   radio?

21   A.  That's right.

22   Q.  What did they ask you to do on behalf of the defendant?

23   A.  To send that money to Colombia.

24   Q.  And so what did you arrange with them?  What were you

25   going to do?

1    A.  Send the money and deliver it to a contact in Colombia.

2    Q.  Who would deliver this money to you?

3    A.  Enriquito.

4    Q.  How often would he deliver money to you?

5    A.  It was on a different frequency because I no longer had

6    so much contact with El Tio by then, so it wasn't very

7    regularly.

8    Q.  How many times do you recall receiving money?

9    A.  Over ten times.

10   Q.  Do you recall approximately how much money was given to

11   you on behalf of the defendant?

12   A.  About 20 million.

13   Q.  What type of currency was given to you?

14   A.  In dollars.

15   Q.  Just so we're clear, when you use the term "dollars,"

16   that's United States dollars?

17   A.  That's correct.

18   Q.  What period of time -- you said somewhere over ten

19   times.  What period of time was this?  How long did this go

20   on for?

21   A.  This was since -- after I stopped working with my

22   brother, that was 2007, 2008, until I was kidnapped in 2010.

23   And after that, I heard nothing from El Tio.

24   Q.  Okay.  And was -- other than when you stopped working

25   with the defendant when the tanker scheme came to an end,

 1    did you lose -- was he unavailable or not in Guadalajara

 2    during any of that period?

 3             THE INTERPRETER:  Interpreter will ask for a

 4    repetition.  Sorry.

 5    BY MR. HANDRICH:

 6    Q.  After you stopped working with him in 2004, was there a

 7    period of time when he wasn't in Guadalajara or he wasn't

 8    living in that area?

 9    A.  El Tio or myself?

10             El Tio was in Guadalajara.

11    Q.  Okay.  Now, you have mentioned a couple of times a

12    kidnapping.  Do you know the person who kidnapped you?

13    A.  Yes.  It was La Barbie, Edgar Valdez Villarreal.

14    Q.  You had mentioned earlier you were working with -- Toya

15    (phonetic) and yourself were working with the Beltrán Leyva

16    organization; is that correct?

17    A.  That's right.

18    Q.  Does La Barbie have any association with that drug

19    trafficking organization?

20    A.  Yes.

21    Q.  What did you learn about his connection to the

22    organization?

23    A.  Well, I used to see him.  Supposedly we were friends.

24    He was the armed section for Arturo Beltrán.  He was a

25    partner to Indio.  And when the war started, he wanted me to

1    give him money for the war, and I said no.

2    Q.  And when you say "the war," who was at war?

3    A.  It was Beltrán Leyvas with the Sinaloa cartel, because

4    Mochomo, that is Hector and Arturo's brother, had been

5    taken.

6    Q.  When you say "been taken," what does that mean?

7    A.  He had been jailed.  And according to Hector and La

8    Barbie, that had been a treason on the part of El Chapo.

9    Q.  So they attributed Chapo [sic] being involved in the

10   arrest of Mochomo?

11   A.  That's what they said.

12   Q.  Okay.  And why did you not want to get involved with

13   these two large cartels fighting back and forth in a war?

14   A.  (In English):  Can you repeat me again.

15   Q.  Why did you not want to get involved by giving money to

16   one side when the two sides are fighting?  Why did you not

17   want to do that?

18   A.  Because I don't agree with killings.  You know, I was

19   working more in an illegal bank, if you will, but I don't

20   like to participate in assassinations or killings.

21   Q.  Okay.  Sir, I'll apologize now, but I need to ask you

22   about a few specifics related to your kidnapping.

23           Do you recall when it happened?

24   A.  Yes.  It was 2010.

25           I was at the hospital Angeles de las Romas [sic]

1    with my attorney.  And I had meeting with some people that

2    were supposedly going to give me money.  And when we left --

3    when we went out, I was stopped by four patrols who told me:

4    Costenio, we have you for money laundering.

5    Q.  Now, let's go back.  You were in Mexico at the time?

6    A.  Yes.

7    Q.  Can you just explain for the judge -- I know you a gave

8    a location.  Can you just explain what's there and where

9    that is located in relation to Mexico City?

10   A.  Well, this is located in the outskirts of Mexico City in

11   a place called Wicilucas (phonetic), but let's call it

12   Inter Lomas (phonetic) to make it easier.  That's where I

13   was stopped -- I was kidnapped by La Barbie.  Well, it was

14   the police that stopped me, and I was taken to a safehouse.

15   Q.  Do you know where -- were you able to see where the

16   safehouse was after you were taken by the police?

17            THE INTERPRETER:  The interpreter will --

18   A.  Myself and my attorney were taken to this.

19            Well, no.  I couldn't see because I was

20   blindfolded.  And I was also -- my hands were also secured.

21   I couldn't say.  But by what I could hear, it was a

22   safehouse, and there were more people there.

23   BY MR. HANDRICH:

24   Q.  What's the next thing you remember seeing after you got

25   to the safehouse?

1    A.  There I was tortured.  I was tortured there.  I heard

2    when they raped girls.

3    Q.  Sir, just one minute.

4         Let the translator finish your last answer.

5    A.  I could hear --

6         THE INTERPRETER:  Can I have some water is what

7    the witness is asking for.

8    A.  I was tortured.  I heard when they were raping girls.  I

9    was hit many times.  Barbie wanted me to give him

10   $25 million.

11        I heard them killing people.  I saw them cutting

12   the heads of people.  I saw them cutting the arms of people.

13   All this to intimidate me.

14        They -- this marked my life.  This marked me

15   forever.  I was tortured.  Barbie killed people in front of

16   me; it was horrible.  I saw 16-year-old girls being raped by

17   this son of a bitch.  And I'm sorry for my language.

18        THE WITNESS (in English):  I apologize for my

19   language, Your Honor.

20   BY MR. HANDRICH:

21   Q.  So we'll move on in just a moment from this.  But do you

22   know how many people you saw murdered in front of you?

23   A.  It was over ten.

24   Q.  You said you were tortured --

25        THE COURT:  Did you know the people who were being

1    murdered?

2              THE WITNESS:  No.

3              THE COURT:  They were strangers to you?

4              THE WITNESS:  Yes.  But it was horrible to see

5    people suffering.

6              THE COURT:  Was your attorney kidnapped with you?

7              THE WITNESS:  Yes.

8              THE COURT:  What happened to your attorney?

9              THE WITNESS:  He was freed because I became

10   friendly with one of the custodians there.  I --

11             (In English):  I prepared my freedom.

12             THE WITNESS (through Interpreter):  Well, I would

13   hear Angel talking to his wife about having to do a bone

14   marrow for his son, and that's when I figured out he had

15   leukemia.  And so I would ask one of the men there, you

16   know, Angel, let me borrow a phone.

17             And he would ask what for?  And I would say

18   because my son is dying, and I want to say my last goodbyes.

19   So he asked me what does my son have.  He has leukemia, I

20   said.  It was all a lie, of course, but these were the rules

21   I had for him to lend me his phone.

22             So is it true?  I said, Yes, it is.  It is.  He

23   has leukemia.  I am going to die here, he is going to die.

24   So lend me your phone so I could say goodbye to him.

25             So I would ask him how much money do you need for

1   your son's treatment?  He said he needed 500,000 Mexican

2   pesos or 50,000 U.S. dollars.

3   BY MR. HANDRICH:

4   Q.  Let me just interrupt you.

5           So if I understand you correctly, you were able to

6   get access to a phone through one of the people that was

7   holding you captive; is that correct?

8   A.  That's right.

9   Q.  Did you actually get a phone at some point from this

10  person?

11  A.  Yes.  That's right.

12  Q.  Who, if anyone, did you call?

13  A.  My wife.

14  Q.  After this time, were you able to figure out a way to

15  secure your release from captivity?

16  A.  Yes.  Because when I called, someone triangulated the

17  call, and that's when the police were able to locate it.

18  And the federal police came and freed us all.

19  Q.  How long were you in captivity?

20  A.  57 days.

21  Q.  And you said there were other people that were also

22  captive when the police came that you saw?

23  A.  Yes.  By then it was -- that safehouse, there were just

24  myself and my attorney, Javier Sanchez.

25  Q.  After the police found you, did you go back into

1   laundering money the way you had before you were kidnapped?

2   A.  Yes, but not at the same level I was before because I

3   was traumatized.  I went to Panama.  I had spoken to El

4   Chapo.  And he said, you know, stay low, be calm, wait; go

5   somewhere else.  Wait until La Barbie is either caught or

6   killed.

7            THE COURT:  When the federal police came to

8   release you from the safehouse, was anybody arrested?

9            THE WITNESS:  Yes.  Eleven people were arrested.

10           THE COURT:  And those were people who were working

11  for El Barbie?

12           THE WITNESS:  Yes.

13           THE COURT:  Proceed.

14  BY MR. HANDRICH:

15  Q.  If you know, was El Barbie arrested in relation to your

16  kidnapping?

17  A.  No.  It wasn't for my kidnapping.  He was arrested on

18  August the 31st of 2010.

19           MR. FEITEL:  Your Honor, I don't believe there is

20  a question pending.

21           THE COURT:  It's whether he was arrested.

22           So Barbie was ultimately arrested, to your

23  knowledge?

24           THE WITNESS:  Yes.

25           THE COURT:  Do you know what he was arrested for?

```
 1                    THE WITNESS:  Yes.

 2                    THE COURT:  And you said that it was not for your

 3      kidnapping; is that correct?

 4                    THE WITNESS:  No.  He wasn't arrested for my

 5      kidnapping, but he was arrested for drug trafficking.

 6                    THE COURT:  All right.

 7      BY MR. HANDRICH:

 8      Q.  Sir, you told us you moved to Panama.

 9                    Did there come a period of time that you came into

10      contact, after moving to Panama, with United States law

11      enforcement?

12      A.  Yes.

13                    THE COURT:  All right.  It's about one o'clock.

14      We're now at Panama, so I think this is a good place to stop

15      for lunch.  I will see you all back at two o'clock.

16                    (Whereupon, a luncheon recess was taken.)

17                    THE COURT:  Please continue with direct

18      examination.

19                         DIRECT EXAMINATION (continued)

20      BY MR. HANDRICH:

21      Q.  Good afternoon again.

22                    Sir, you were -- when we left off before the lunch

23      break, you were describing how you came in contact with

24      United States law enforcement.  Could you explain to the

25      judge how that happened?
```

1    A.   Yes.   That happened in Panama.   It was because I already

2    had a lot of issues regarding money confiscation.   One of

3    the partners, whose name is Manuel Alfonso Nino, said that

4    we should turn ourselves in to Justice because they were in

5    hot pursuit of us.

6              So it was then that I contacted Ivan Alvarez who

7    was the person who was in contact with the group that was

8    handling my case in Florida, the name is Florida 10.

9    Q.   What agency were these law enforcement officials with?

10   A.   With DEA.

11   Q.   How did you first make contact with the DEA agents?

12   A.   It was in the month of January 2012 in Nassau, Bahamas.

13   Q.   And just describe what happened in the Bahamas.

14   A.   Well, there was an agent who had my case, and this agent

15   was following me.   And I arrived in time, and I had a case

16   regarding money laundering.

17   Q.   Did you actually meet with the DEA agents in the

18   Bahamas?

19   A.   Yes.

20             THE COURT:   So you did not go to the Bahamas to

21   meet with the DEA agents, but one was following you when you

22   were there?

23             THE WITNESS:   Yes.   I met with the agent who was

24   following me.   And there were more agents there.

25             THE COURT:   All right.

1    BY MR. HANDRICH:

2    Q.  Did you have a lawyer at this time?

3    A.  Yes.

4    Q.  Just so we're clear, because it may be a phrase that you

5    are using, was the meeting in the Bahamas arranged ahead of

6    time between you and the DEA?

7    A.  That is correct.

8              THE COURT:  Okay.  Well, that was totally

9    misunderstood.  All right.  Go.  Proceed.

10   BY MR. HANDRICH:

11   Q.  After the initial meeting with the DEA, did they -- what

12   was your relationship with the DEA after the initial

13   meeting?

14   A.  (In English):  Can you repeat the answer [sic].

15             (Through Interpreter):  Well, the thing is I

16   couldn't understand the interpretation quite well.

17   Q.  At that time, after that meeting, were you signed up to

18   work for -- with the DEA?

19   A.  That is correct.

20   Q.  Did they sign you up officially as a source?

21   A.  That is correct.

22   Q.  After you were signed up as a source, did you work with

23   the DEA to collect information for their cases?

24   A.  Yes.

25   Q.  And were you charged in that time frame, in the first

1    year that you met them, with any crimes?

2    A.   They said that I was involved with money laundering.

3    Q.   But no charges were presented to you at that time?

4    A.   No.

5    Q.   How long did you work for the DEA as a source?

6    A.   Until 2014.

7    Q.   What happened in 2014?

8    A.   Well, I was working with them.  And El Paisa -- we were

9    trying to provide routes, and the people who were working

10   with us.  And El Paisa wanted for us to continue working,

11   but then he wanted to kill me.

12             So I told the DEA people:  Well, I am going to be

13   killed.  What can I do?  I mean, I can't go to Colombia; I

14   can't go to Mexico.  I need help.

15   Q.   And just so we're clear, Paisa [sic] -- the DEA was

16   aware of your partner as well during this time frame?

17   A.   Yes.  Of course.

18   Q.   Was he a source as well?

19   A.   Yes.

20   Q.   So with the threat that you had from your partner, what

21   did you do?

22   A.   Well, I came to the United States because my whole

23   family and I would be killed.

24   Q.   Where did you come into the United States at?

25   A.   You mean where I live or when I came to --

1          (In English):  When I came?

2     Q.  When you first came.

3     A.  To Miami.

4     Q.  And how do you get to Miami?

5     A.  Well, I entered via Bahamas.  I rented a boat, and I

6     gained entrance to Homestead.

7     Q.  Okay.  So you paid a boat to actually go across the

8     Caribbean to Miami and drop you off; is that correct?

9     A.  Yes.

10    Q.  Was your family with you?

11    A.  No.  No.  They were already here.

12    Q.  When you did this, did you know you were illegally

13    entering the United States?

14    A.  Yes.  Correct.

15    Q.  What did the DEA do when they found out you had

16    illegally entered the United States?

17    A.  Well, they -- well, they were upset and they

18    disconnected me.  So it was a matter of my life, and the DEA

19    people didn't understand that.

20    Q.  Okay.  Did they keep you as a source or were you

21    deactivated as a source?

22    A.  I was disactivated [sic] as a source.  It was until my

23    legal state would be fixed.

24    Q.  Now, at a later point in time, did you begin working as

25    a source for any other law enforcement agency?

1    A.  Yes.

2    Q.  Who was that?

3    A.  For the FBI.

4    Q.  When did that start?

5    A.  Around 2015, 2016, more or less.  Yeah.

6    Q.  Since that time, have you received any assistance with

7    staying in the country from the FBI?

8    A.  Help in the sense of?  Well, what do you mean to say

9    when you say "help."

10   Q.  Yeah.  So in terms of being able to stay in the

11   United States and not be deported, have you received any

12   assistance from the FBI?

13   A.  Well, it is because I am -- they have helped me.  But it

14   is -- when it is time for me to testify, they paid my

15   expenses.  But as to promise me something, no, they haven't

16   promised anything to me.

17   Q.  Right.  So, to clarify, no one from the FBI has promised

18   you anything in regards to your cooperation; is that

19   correct?

20   A.  No.

21   Q.  And have they helped you in terms of your immigration

22   status to be able to stay in the United States?

23   A.  Yes.

24   Q.  What is your current immigration status?

25   A.  I have an S visa.

1    Q.  And prior to that -- do you have an S visa or are you

2    trying to get an S visa?

3              MR. FEITEL:  I will withdraw the objection.  I

4    will let it be.

5              THE COURT:  You may answer.

6              THE WITNESS (in English):  Can you repeat me

7    again?

8    BY MR. HANDRICH:

9    Q.  Do you have an S visa currently, or are you attempting

10   to get an S visa?

11   A.  I have a visa, an S visa.

12   Q.  Okay.  Prior to today testifying, have you actually had

13   to come into court and testify at a trial?

14   A.  No.

15             You mean prior trials, or this one?  The thing is,

16   I don't --

17   Q.  Right.  So obviously you are here today.

18             Have you prepared and gone over testimony with

19   prosecutors other than myself to prepare for other cases in

20   other trials?

21   A.  Yes.

22   Q.  In any of those cases, were you disclosed to the

23   defendant as a witness?

24   A.  Yes.

25   Q.  Which defendants?

1    A.  For El Chapo, but I wasn't called; meaning, I didn't

2    testify.

3              THE COURT:  Let me just make -- I am lost.

4              Is this the first time you have testified in a

5    court, today?

6              THE WITNESS:  Yes.

7              THE COURT:  But before your testimony today, were

8    there other cases where you thought you might have to

9    testify?

10             THE WITNESS:  I didn't understand the question.

11             THE COURT:  Well, this is -- you never testified

12   in the El Chapo trial?

13             THE WITNESS (in English):  No.

14             THE COURT:  But you just testified that your name

15   was disclosed as a witness in a trial; is that right?

16             THE WITNESS:  No, I don't know.  Well, I was going

17   to participate but -- I don't know.

18             THE COURT:  Do you know whether your name was

19   disclosed as a possible witness in any other case?

20             THE WITNESS:  I don't know.  I don't know.

21             THE COURT:  Okay.  I wasn't really understanding

22   how he could answer the way he did to your question.

23             MR. HANDRICH:  I will move on.

24   BY MR. HANDRICH:

25   Q.  Now, based on your testimony today and when you have

1    talked to agents and prosecutors before, it was clear you

2    were involved in cocaine trafficking for a long period of

3    time; is that correct?

4    A.  Yes.

5              THE COURT:  I want to go back to one thing.

6              During the time that you were working as a source

7    for the DEA, between 2012 until 2014, were you paid for the

8    information you provided to the DEA?

9              THE WITNESS:  They paid me for my travel expenses,

10   not for the information.  They paid for my expenses.

11             THE COURT:  And the expenses that you had were

12   what?  Was it to travel to meet with the DEA?  Is that the

13   kind of expenses you are talking about?

14             THE WITNESS:  Yes.  Also, to get together with

15   people who were involved in drug trafficking.

16   BY MR. HANDRICH:

17   Q.  Same question related to your time working for the FBI.

18   Were you paid any money by the FBI?

19   A.  Yes.  They have paid for my expenses, they have.

20   Q.  Now, based on your testimony, it's clear you were also

21   involved in money laundering for a long period of time; is

22   that correct?

23   A.  Yes.

24   Q.  So you have -- do you admit that you committed criminal

25   conduct that you could be charged with here in the

1    United States?

2    A.  Yes.

3    Q.  Have you ever been arrested for any of these crimes you

4    have told us about?

5    A.  No.

6    Q.  Have you ever been arrested or convicted of anything

7    other than what we talked about here today?

8    A.  No.

9    Q.  Sir, I am just going to wrap it up here in a minute.  I

10   just want to go back.

11           Earlier you told us, when you were still in

12   Mexico, that you used an airport to move money to Colombia.

13           Do you recall testifying to that?

14   A.  The airport in Mexico?  The Benito Juarez Airport.

15   Q.  And you testified that people were paid so that you-all

16   could get the couriers and the money on the plane.  Is that

17   what you testified to?

18   A.  That's correct.

19   Q.  Could you explain to the judge exactly who was paid and

20   how that worked?

21   A.  I would pay the commander of the airport and I would pay

22   the couriers.

23   Q.  How much would you pay the commander?

24   A.  $50,000.

25   Q.  How often?

1    A.  Every week.

2    Q.  Is the commander of an airport a law enforcement

3    official in Mexico?

4          MR. FEITEL:  Objection.  Leading.  It also calls

5    for a legal conclusion.  If he knows.

6          MR. HANDRICH:  I will rephrase the question.

7    BY MR. HANDRICH:

8    Q.  Was he employed by the government of Mexico?

9    A.  Si [sic].

10   Q.  How would you describe his role at the airport?  What

11   were his responsibilities?

12         MR. FEITEL:  Your Honor, I object.  If we can

13   have -- generally, if we can have the basis for knowledge

14   before we have the answer in this particular instance.

15         MR. HANDRICH:  I will --

16         THE COURT:  Can you lay the foundation for what he

17   saw the commander do, why he was paying the commander, what

18   he understood his role to be, that's why he was paying him.

19   And then we'll get to that.  Thanks.

20   BY MR. HANDRICH:

21   Q.  Did you meet with the commander in person?

22   A.  Yes.

23   Q.  Were you the one actually paying him the money?

24   A.  At the beginning, yes.  Afterwards, I would send my

25   workers.

1    Q.  When you met with him did you discuss his

2    responsibilities at the airport?

3    A.  Yes.  He provided us the security and the support so

4    that everything would work out fine.

5    Q.  By "security" and "support," this is uniformed people at

6    the airport assisting --

7                MR. FEITEL:  Objection.  This is exactly the point

8    that a legal witness needs to testify about.

9                THE COURT:  Yes.

10               And what do you mean by "security" and "support"?

11   What did you expect him to do for you?

12               THE WITNESS:  That everything was going to work

13   out fine, that we would have no problems.  That's why we

14   were paying the government.

15   BY MR. HANDRICH:

16   Q.  Who were the people that worked -- that were under his

17   command at the airport?

18   A.  Do you mean under my command, or the drug trafficker who

19   handled the airport at the time?

20   Q.  No.  I am asking specifically about the airport

21   commander.  Who were his employees who worked under him?

22   A.  It would be everybody working under him, the officers

23   that were working for him; law enforcement for the airport.

24   Q.  Can you just explain to the judge what type of law

25   enforcement that the Benito Juarez Airport had?

```
1     A.  Federal police.
2             THE COURT:  And how was it communicated to the
3     commander that certain passengers going through the airport
4     worked for you and were to get special treatment?
5             THE WITNESS:  We would send him photographs of the
6     passenger or passengers -- because there were several -- and
7     he would set aside a gate for us to go through, a screening,
8     a security filter for us to be able to send -- to bring the
9     suitcases in.
10    BY MR. HANDRICH:
11    Q.  Now, going back to -- you described for us, when you are
12    using the airport, you are laundering money for the Sinaloa
13    cartel; the Beltrán Leyva cartel; the Zetas; and also, for a
14    period of time, the defendant.  Do you recall that
15    testimony?
16    A.  Yes, that's right.
17    Q.  And the money you were paying the airport commander,
18    whose money was that?  Where was that coming from?
19    A.  It would come from the U.S.
20    Q.  And who did that money belong to?  Where were you
21    getting the money from to make payments?
22    A.  From all of the Mexican cartels.
23    Q.  You testified earlier about a worker who you had
24    previously known since 2003, 'Ranquito (phonetic), contacted
25    you through a phone call.  Just so we're clear, you called
```

1    him 'Ranquito.  And did you also call him by another name?

2    A.  The one --

3              (In English):  It's the same guy.  It's the same

4    guy.  Two names, pero it's the same guy.  It's Shortly [sic]

5    and Riquito (phonetic).  That is the reason I spelled that

6    name, Enriquito (phonetic) or Santiaguito.

7    BY MR. HANDRICH:

8    Q.  Right.  So you were identifying him by two different

9    ways you knew to call him; is that correct?

10   A.  That is correct.

11   Q.  How did you know that the money he was delivering to you

12   was from the defendant?

13             MR. FEITEL:  Judge, leading.

14             THE COURT:  Overruled.

15   A.  Because he would tell me that that money was coming from

16   El Tio.

17   BY MR. HANDRICH:

18   Q.  During this time frame, did you work with anyone else

19   named El Tio?

20   A.  No.

21   Q.  When he said to you, "This is El Tio's money," who did

22   you understand that El Tio was?

23   A.  From Raul Flores.

24   Q.  You said you met 'Ranquito back when the oil tankers

25   were coming in in 2003, 2004.  What was he doing at that

1     time when you met him?

2     A.  I met Enriquito inside one of the tanks.

3     Q.  When you say "inside" of the tank, he would be a person

4     that would enter to take apart the tanker just like you

5     were?

6     A.  (In English):  Yes, because --

7                 (Through Interpreter):  Yes, that's right.

8     Q.  And during that two-year period, 2003 to 2004, were you

9     in meetings where the defendant was present?

10    A.  Yes.

11    Q.  Do you recall what was discussed in those meetings?

12    A.  We would talk about the drugs and we would talk about my

13    dad.  They were friends, so we would joke around and hang

14    out, as they said.

15    Q.  Did the defendant have a name or nickname for you and

16    your dad?

17    A.  (In English):  Sorry for laughing.  Respect, no?  I

18    remember in that time with Licenciado, they say me also

19    Yogi.

20                 (Through Interpreter):  My dad would go -- he used

21    the name of Yogi Bear, also Yogi for my dad.  And I'm sorry

22    I am laughing.

23                 He would also -- since my dad was Yogi Bear, I was

24    the son of Yogi Bear.

25    Q.  What did the reference Yogi Bear refer to?

1   A.  Because my dad was very heavy and I was small.  It was a

2   sort of a joke, on the friendly side of the joke.

3   Q.  Now, you've told us how things worked at the airport to

4   be able to get money through the gate.

5          How were -- when the tankers were coming in, how

6   were you-all able to not have law enforcement look at or

7   seize the cocaine in the tankers?

8   A.  It was Licenciado, the one who was in charge of taking

9   care of security.

10  Q.  Licenciado, is that the individual you identified was a

11  partner with the defendant?  Correct?

12  A.  That's correct.

13         MR. HANDRICH:  Court's indulgence for one moment.

14  BY MR. HANDRICH:

15  Q.  When is the last time before today that you remember

16  seeing the defendant?

17  A.  I once went to Guadalajara with my father.  We flew into

18  Guadalajara, and I left my dad there with El Tio.  He was to

19  spend two nights over with him.  That was the last time I

20  saw him.

21  Q.  When you say you "left" your dad, where did you take

22  your dad?

23  A.  To El Tio's house.

24  Q.  In Guadalajara?

25  A.  In Guadalajara.

1   Q.  Do you recall what year that was?

2   A.  No.  I can't remember right now.

3   Q.  Was it before or after the kidnapping?

4   A.  Before I was kidnapped.

5          MR. HANDRICH:  Okay.  Thank you, sir.  That's all

6   the questions I have.

7          Judge, if I may, I would just ask to admit

8   Exhibits 5 and 7.

9          THE COURT:  Any objection?

10         MR. FEITEL:  No.

11         THE COURT:  Hearing no objection, Government

12  Exhibits 5, 6, and 7?  Did you say 5 through 7 or 5 and 7?

13         MR. HANDRICH:  So the total I think is -- so I

14  think I did ask to admit Exhibit 4 already.  Your Honor said

15  it's admitted.  So it's, additionally, 5 and 7.

16         THE COURT:  Okay.  Admitted.

17         (Government's Exhibits 5 and 7 admitted.)

18         MR. HANDRICH:  May I -- I am going to come back to

19  the table in a moment.

20         May I step back one moment?

21         THE COURT:  Yes.  All my attention is going to be

22  on Mr. Feitel.

23         MR. FEITEL:  Your Honor, I am going to proceed

24  subject to hearing more about the S visa information,

25  perhaps, sometime before I end my cross.

```
 1                    THE COURT:  Let me ask you, do you carry your S
 2      visa with you?
 3                    THE WITNESS (in English):  No.
 4                    (Through Interpreter):  No.  Because that is a
 5      paper that we are given.  And I carry with me a work permit
 6      and driver's license, so I don't have that one with me.
 7                    THE COURT:  How big is the S visa?  I mean, is it
 8      a little piece of paper or is it a --
 9                    THE WITNESS:  (Gesturing.)  Big.
10                    THE COURT:  Does it have a big "S" on it
11      somewhere?
12                    THE WITNESS:  No.  It just has S visa, my name,
13      and that's it.
14                    THE COURT:  Okay.
15                    MR. FEITEL:  If I can proceed, Your Honor.
16                    THE COURT:  Yes, you may.
17                              CROSS-EXAMINATION
18      BY MR. FEITEL:
19      Q.  Mr. Pinedo, you grew up in a big drug-trafficking family
20      in Colombia, yes?
21      A.  That's correct.
22      Q.  You were also a big drug trafficker yourself, yes?
23      A.  That's correct.
24      Q.  You testified that you moved approximately 2,000 kilos
25      of cocaine every week for more than two years and that it
```

1    was 56 loads in total.

2              Do you remember that testimony?

3    A.  I did not move the cocaine, I worked with my brother.

4    That was done by my brother, by Sonrisas, by his

5    partners Sonrisas and El Tio.  I worked for my brother

6    removing the cocaine.

7    Q.  So you participated in the conspiracy to send all this

8    cocaine to the United States, didn't you?

9    A.  I participated in removing the cocaine from the tanks.

10   I did not participate in the conspiracy.

11   Q.  You knew the cocaine was going to the United States,

12   didn't you?

13   A.  El Tio's, yes.  My brother's, no.  It stayed there; and

14   he knows it very well because he bought it.

15   Q.  So your brother's cocaine did not come to the

16   United States?

17   A.  That I know of, no, it didn't.

18   Q.  What happened to it?

19   A.  It was sent to the people in Mexico.  El Tio would pay

20   for it there as well, in Mexico.

21   Q.  And the cocaine that your brother sold to people in

22   Mexico, what do you think happened to it?

23   A.  I don't know.

24   Q.  Do you remember during an interview you had with U.S.

25   law enforcement agents you told them that almost all of the

1    cocaine in Mexico comes to the United States, whether people

2    want to admit it or not?

3    A.  Yes.

4    Q.  So when I asked you the question where did the cocaine

5    that your brother sold go to, you know full well that the

6    answer was the United States, don't you?

7    A.  Yes.

8    Q.  And for all of the cocaine that was sent to the

9    United States that you removed from those tankers, you have

10   not spent a day or even a night in jail, have you?

11   A.  That's correct.

12   Q.  There's never been any charges brought against you in

13   this country, correct?

14   A.  Never.

15   Q.  Do you have any idea what the penalty is for trafficking

16   in the kind of quantities of cocaine that you were involved

17   here in the United States?

18   A.  Yes.

19   Q.  What would that be to your understanding?

20   A.  But, as I said, I worked and I accepted my charges.  I

21   accepted my guilt.

22   Q.  What guilt have you accepted in the United States,

23   Mr. Pinedo?

24   A.  That I moved drugs and I moved money in Mexico, that's

25   all.

1    Q.  And what punishment have you paid for all of that

2    criminal activity?

3    A.  I'm sorry?

4    Q.  What punishment has been imposed on you as a result of

5    all of your illegal activity in Mexico?

6    A.  No.  I have had no punishment.  The only punishment I

7    had was that I was kidnapped.

8    Q.  You were also involved in extraordinarily large

9    quantities of money laundering involving drug proceeds,

10   weren't you?

11   A.  Yes.

12   Q.  And do you remember telling the agents in one of your

13   interviews that you may have moved as much as 3 billion,

14   with a "B," dollars in U.S. currency for other drug

15   traffickers?

16   A.  It was not that amount.  It was less.

17   Q.  Do you remember telling the agents that you moved

18   $500 million in bank accounts and casas de cambios in 2006?

19   A.  Yes.

20   Q.  Do you remember telling the agents that you moved at

21   least 120 to $150 million in a two-year period for Beltrán

22   Leyva and his cartel?

23   A.  Yes.

24   Q.  All of the money that you moved was criminal proceeds

25   from drug trafficking, correct?

1    A.  Yes.

2    Q.  And you haven't paid a day, let alone a night or an hour

3    or five minutes in jail for all of that criminal activity,

4    have you?

5    A.  That's correct.

6    Q.  You must owe an enormous debt of gratitude for the DEA

7    and FBI agents who worked on your case, huh?

8    A.  Yes.

9    Q.  Many, many other Colombians have been extradited to the

10   United States and faced very long periods of incarcerations

11   in jail, haven't they?

12   A.  Yes.

13   Q.  And many of American -- many other Mexican drug

14   traffickers have also been extradited to the United States

15   and received very significant periods of jail sentences,

16   correct?

17   A.  Yes.

18   Q.  But not you?

19   A.  No, because I have -- no, because I have cooperated with

20   Justice.  I have helped in catching drug traffickers.  I

21   have helped with seizures.

22   Q.  And you think that for that reason you are entitled to a

23   pass on ever going to jail?

24   A.  That's correct.

25   Q.  In your time as a drug trafficker, you also used phony

1    identification documents, didn't you?

2    A.  Yes.

3    Q.  You had a false Venezuelan passport?

4    A.  Yes.

5    Q.  Do you remember the name it was in?

6    A.  Yes.

7    Q.  What was the name?

8    A.  Jose Bracho (phonetic).

9    Q.  Did you also have phony, false Mexican passports?

10   A.  Yes.

11   Q.  Do you recall that one of them was in the name of Moises

12   Martinez Fisher?

13   A.  Yes.

14   Q.  And you've told the police officers in this and other

15   cases you don't remember the full name of the other false

16   passport that you had?

17   A.  Yes.

18   Q.  And you used these false passports to hide your true

19   identity when you traveled from place to place?

20   A.  Yes.

21   Q.  And so every time you entered or leave the country with

22   a false passport it was, essentially, a false statement that

23   you made; it was a lie?

24   A.  What country do you mean?

25   Q.  Every time you used a false passport that wasn't your

1    true name, that was telling -- that was making a false

2    statement, wasn't it?

3    A.  Yes.

4    Q.  And you told the agency you used these false identity

5    documents more than 30 times, correct?

6    A.  Yes.

7    Q.  In fact, when you first met the agents in the Bahamas,

8    you traveled to the Bahamas with a false passport, false

9    identification document, correct?

10   A.  Yes.

11   Q.  Where are the passports now, the false ones?

12   A.  I don't know.  I don't know.  I don't know what

13   happened, whether they were discarded or whatever.  They

14   would be expired by now.

15   Q.  The question wasn't were they expired.

16           The question was, what happened to them?

17   A.  They were never used again.

18   Q.  Did you throw them away?

19   A.  Yes.

20   Q.  It was clear that I was asking you what happened to

21   them, correct, when you were telling me all this stuff about

22   them being expired, yes?

23   A.  Well, I don't remember exactly what happened to them,

24   but in any case, I don't have those passports anymore.

25   Q.  Are you sure you didn't destroy them on purpose to make

1   sure that no one ever found them?

2   A.  What is true is that I don't have them.

3   Q.  And you don't recall what happened to them either?

4   A.  No.

5   Q.  When you went with the agents to the Bahamas, did you

6   tell them that you entered the country on a false passport?

7   A.  Yes.

8   Q.  Did they make a copy of the false passport that you had

9   with you?

10  A.  Yes.

11  Q.  You also told the agents that sometimes to avoid

12  detection you dressed up like a Jewish person.  Do you

13  remember saying that?

14  A.  Yes.

15  Q.  What would that involve?

16  A.  I didn't want to call attention to myself.

17  Q.  Mr. Pinedo, I meant how did you dress up to look like a

18  Jewish person?

19  A.  I would use -- wear a kippah.  I would put a black suit

20  and black tie just like all other Jews.

21  Q.  Not to pry, but are you Jewish yourself?

22  A.  I have Jewish blood, yes.

23  Q.  The point of my question is, you dressed up the way that

24  you thought that Jewish people dressed.  Is that because you

25  thought that it would help make you look less likely to be

1    involved in criminal activity?

2    A.  Yes.

3    Q.  Did you dress up in any other costumes like any other

4    ethnic group to avoid detection at the airports?

5    A.  No.

6    Q.  You told the agents that there came a time when you got

7    a gun when you lived in Mexico.  Do you remember telling

8    them that?

9    A.  Yes.

10   Q.  And what type of gun did you have?

11   A.  It was a present from El Rey Zambada who was the brother

12   of Mayo.  It was a 765 one.

13   Q.  I am going to have to ask again based on a community

14   [sic].  I am not understanding.

15           What type of weapon was it, Mr. Pinedo?

16   A.  It was an automatic pistol.

17   Q.  What caliber was it?

18   A.  It was a 765.  But I don't know what kind of caliber is

19   765 gun.

20   Q.  Is 765 the millimeter capacity of the bullets that fit

21   into the weapon?

22   A.  Well, the thing is, I don't know because I don't know

23   about weapons.

24   Q.  Except that you knew it was a 767 [sic] caliber weapon

25   and that you got it from Rey Zambada.  Other than that, you

1    don't know anything about guns, yes?

2    A.  Well, yes, because you said 765 [sic].  He gave it to

3    me, and I said, Oh.  That's all.

4    Q.  Do you keep the gun loaded in your house?

5            THE INTERPRETER:  The interpreter needs repetition

6    please.

7            THE COURT:  Mr. Feitel, could you repeat the

8    question?

9            THE WITNESS:  Can you repeat again, sir?  Excuse

10   me.

11   BY MR. FEITEL:

12   Q.  Did you have the weapon loaded?

13   A.  No.

14   Q.  Did you have bullets for it?

15   A.  Yes.  It had the magazine and it had the bullets.

16   Q.  Do you remember telling the agents that you got the

17   weapon after you were kidnapped for your personal

18   protection?

19   A.  Yes.  At home.

20   Q.  And so you thought it would protect you by having the

21   weapon in your house but none of the bullets inside of the

22   gun?

23   A.  That is correct.

24   Q.  With respect to the cocaine that you were sending in the

25   tankers, since you personally emptied out the tanker loads,

1    do you remember whether there were markings on any of the

2    cocaine?

3    A.  Yes.

4    Q.  Has anyone else ever asked you about the marks on the

5    cocaine, any law enforcement agency ever asked you about

6    that?

7    A.  No.  Well, the truth is I don't remember.  That happened

8    a long time ago.  I don't remember.

9    Q.  Mr. Pinedo, do you remember you said --

10             THE COURT:  I'm sorry to interrupt.

11             You don't remember whether there were markings on

12   the cocaine, or you don't remember what the markings were?

13             THE WITNESS:  I didn't know anything about the

14   cocaine marks.

15             (In English):  Sorry for laughing.  I'm sorry.

16             (Through Interpreter):  Well, I apologize for

17   laughing.  But the thing is when cocaine is sent from

18   Colombia it has marks, sometimes it is like a rabbit mark --

19             THE COURT:  Like a what mark?

20             THE INTERPRETER:  A rabbit.

21             THE COURT:  A rabbit.

22             THE INTERPRETER:  A rabbit mark --

23             THE WITNESS (in English):  A rabbit.

24             (Through Interpreter):  -- or sometimes it is a

25   number sign it has.  So I really don't remember.  I'm sorry,

1   but I don't remember.

2   BY MR. FEITEL:

3   Q.  The markings that you are talking about which are

4   impressions, those impressions are only visible if you

5   unwrap the cocaine, correct?

6   A.  Yes.

7   Q.  Do you remember telling the agents that you never tested

8   the cocaine, you never were involved in it?

9            THE INTERPRETER:  One more time, please.

10           Could you please speak up a little bit for the

11   interpreter?  Thank you.

12   BY MR. FEITEL:

13   Q.  Do you remember telling the agents that you never tested

14   the cocaine and never were involved in verifying its quality

15   level?

16   A.  Did you say "test"?  Is that what you said?

17   Q.  Mr. Pinedo, you know that routinely people who buy

18   cocaine test its purity, correct?

19   A.  Yes.

20   Q.  And that's exactly the problem that you had with your

21   brother and your associates because you were getting

22   inferior quality cocaine?

23   A.  Yes, but I wasn't in charge of testing.

24   Q.  If you never looked -- do you remember telling the

25   agents that you never tested the purity of the cocaine and

1    were not present when cocaine was tested for its purity?

2    A.  I don't remember.

3    Q.  Well, were you ever present when cocaine was tested for

4    its purity?

5    A.  Well, yes, but I don't remember when.  That is the

6    truth, I don't remember.

7    Q.  Because it would be inconsistent with never having seen

8    anyone test the cocaine with knowing what the markings were

9    that were impressed on the cocaine, correct?

10   A.  Well, the thing is, those are not impressions.  All the

11   kilos had marks.  Outside the kilo there were marks.  All of

12   them had marks, but I don't remember the mark.  I don't

13   remember.  That is the truth, sir.

14   Q.  Mr. Pinedo, when you contacted the DEA in 2012, you had

15   several large outstanding debts to other drug traffickers in

16   Mexico and Colombia, correct?

17   A.  That's correct.

18   Q.  You had lost about $2 million that belonged to Javier

19   Calle Cernas, also known as Comba?

20   A.  Yes.

21   Q.  And the Combas are a group of violent drug collectors in

22   Colombia, correct?

23   A.  Yes.

24   Q.  So it would be extraordinarily dangerous for someone to

25   owe them $2 million that they lost, yes?

1    A.  Yes.

2    Q.  You also told the agents that you had lost $3.3 million

3    for someone named Giorgio Chitelli (phonetic)?  Do you

4    remember that?

5              THE WITNESS (in English):  Can you repeat me

6    again, sir?  The translation is not good.

7              THE INTERPRETER:  I'm sorry.  Can you please

8    repeat that?  I apologize.  Can you please repeat that?  I

9    think the translation is not accurate.

10   BY MR. FEITEL:

11   Q.  Do you remember telling the agents that in November --

12   excuse me.  Do you remember telling the agents that you had

13   lost $3.3 million that belonged to a money launderer named

14   Giorgio Chitelli?

15   A.  (In English):  In Panama.  Yes.

16              (Through Interpreter):  The DEA, they catched

17   [sic] the money.  Yes, it's true.  And more money, more for

18   more people.

19   Q.  Are you trying to tell us that you owed a lot more than

20   the millions to the Combas and the money you lost for

21   Giorgio Chitelli?

22   A.  Yes.  And the DEA seizure it -- seized it.

23   Q.  And at the same time you learned that the DEA was

24   investigating you, correct?

25   A.  Yes.

1  Q.  So your decision to contact the DEA wasn't because you

2  had become tired of drug trafficking and you decided that

3  this was morally and criminally blameworthy.  It was because

4  you were in serious trouble with both U.S. law enforcement

5  and with other people that you owed a lot of money to,

6  correct?

7  A.  Sir, I was already very tired of that lifestyle, and I

8  didn't want to -- I wanted to stop the suffering.

9  Q.  The suffering that you are referring to would be your

10  own suffering?

11  A.  Yes.  Yes.  I am talking about my personal issues, my

12  family issues.  I didn't want that kind of life anymore.

13  Q.  Well, Mr. Pinedo, if you had not lost all of the money,

14  you would still be drug trafficking and money laundering

15  today, wouldn't you?

16         THE INTERPRETER:  The interpreter needs

17  repetition, please.

18         THE WITNESS (in English):  Can you repeat again,

19  sir?  I'm sorry.

20  BY MR. FEITEL:

21  Q.  If you had not lost all the money and the DEA hadn't

22  been trying to arrest you, you would still be working as a

23  drug trafficker or money laundering up until today, wouldn't

24  you?

25  A.  No.  Yes.  I mean no.

1    From the time I was kidnapped I decided that I

2    wasn't going to live that kind of life, whether you believe

3    it or not.

4    Q.  Mr. Pinedo, I don't want to know where precisely you

5    live.  I don't want to know your address.  But where do you

6    currently live in the United States?

7    MR. FEITEL:  I will withdraw it, if people are

8    concerned.

9    THE COURT:  Please withdraw that question.

10    MR. FEITEL:  Sure.

11    BY MR. FEITEL:

12    Q.  Without reference to where you live, what kind of

13    lifestyle do you have in the United States?

14    A.  Well, I live a very peaceful life.  I work honestly.  I

15    live with my family, my children.

16    Q.  Do you own a home?

17    A.  Yes.

18    Q.  Do you know its approximate value?

19    A.  Yes.

20    Q.  What would that be?

21    A.  It would be $460,000.

22    Q.  Do you own any cars?

23    THE INTERPRETER:  I'm sorry?

24    BY MR. FEITEL:

25    Q.  Do you own any cars?

```
 1              THE INTERPRETER:  Thank you.
 2   A.  Yes, of course.
 3   BY MR. FEITEL:
 4   Q.  How many?
 5   A.  Three.
 6   Q.  What kind of cars do you own?
 7   A.  A Hyundai Palisades; a Nissan Rogue; Nissan, a Nissan
 8   car.
 9   Q.  What kind of job do you have?
10   A.  Excuse me?
11   Q.  What type of work do you have?
12   A.  Well, I have a family business.  I devote myself to
13   selling food and food products in general.
14   Q.  Do you also own a glass company?
15   A.  No.  Not anymore.
16   Q.  Does that mean you previously had a glass company?
17   A.  Yes.  I did have a glass company with a partner.
18   Q.  Do you remember the name of the company?
19   A.  Yes.  Correct.
20   Q.  What was the name of the company?
21   A.  GlassITech.
22   Q.  Have the prosecutors in this case or the agents asked
23   you why it was that the GlassITech company received more
24   than $718,000 in wire transfers?
25   A.  Well, I don't know.  I mean, this is an industry that is
```

1    well paid.  And my partners -- I mean, I don't know what the

2    purpose of the question is.

3            THE COURT:  All right.  So I think we have come to

4    the point where -- have you been able to get into contact

5    with Mr. Puig?

6            I am going to interrupt your cross-examination.

7            MR. HANDRICH:  So I believe the FBI contacted his

8    office earlier today so we do have a phone number for him.

9            THE COURT:  All right.  So let me just have my

10   courtroom deputy put him on the phone.

11           THE COURTROOM DEPUTY:  Okay.

12           THE COURT:  And while my courtroom deputy is doing

13   that, Mr. Pinedo, you know that everything that you say here

14   today is under oath and is on the record.

15           Do you understand that?

16           THE WITNESS:  Yes.

17           THE COURT:  And your responses to any questions

18   that you give here today could be used against you should

19   the government decide you should be prosecuted for any

20   criminal activity.

21           Do you understand that?

22           THE WITNESS:  Si [sic].

23           THE COURT:  Have you spoken to your lawyer about

24   the fact that you are coming to testify here at trial under

25   oath and on the record?

1          THE WITNESS:  No.  I haven't talked to my attorney

2     today.  He doesn't know.

3          THE COURT:  So he doesn't know that you are here

4     testifying today?

5          THE WITNESS (in English):  No.

6          No.

7          THE COURT:  Okay.  And some of the questions that

8     are being asked may -- focused on how it is you have gained

9     a certain amount of money to engage in wire transfers

10    overseas, particularly with respect to your glass factory or

11    glass business --

12         THE WITNESS (in English):  GlassITech.  Okay.  Can

13    I respond?

14         THE COURT:  No.  Just listen to my questions and

15    answer my questions.

16         THE WITNESS:  Okay.

17         THE COURT:  So you understand that these wire

18    transfers overseas -- if they're not totally legitimate may

19    subject you to some criminal liability.

20         Do you understand that?

21         THE WITNESS:  Okay.  Well, ma'am, I want to say

22    that I didn't make any kind of transfers.  I personally

23    didn't make any kind of transfers through GlassITech.

24    Those, I mean, the name -- the shareholders, they were my

25    partners, one of them is Jose Pasage (phonetic).

```
 1                    THE INTERPRETER:  Correction.  Passage.

 2                    THE WITNESS (in English):  Joseph Pasage.  This is

 3          a family from --

 4                    THE COURT:  Okay.  I don't need the explanation

 5          for the wire transfers.  But to the extent that there was

 6          anything illegal about the wire transfers, your testifying

 7          about them here today could present some criminal risk,

 8          liability risk to you.

 9                    Do you understand that?

10                    THE WITNESS:  Yes.

11                    THE COURT:  And have you spoken to your lawyer

12          about any of these -- your glass business or any wire

13          transfers associated with your glass business?

14                    THE WITNESS:  No.

15                    THE COURT:  You can just say yes or no.

16                    THE WITNESS (in English):  No.

17                    THE COURT:  Before you answer questions about the

18          wire transfers, do you want to have an opportunity to talk

19          to your lawyer before you answer questions about it?

20                    THE WITNESS:  Yes.  Of course.  But I don't have

21          that telephone here [sic].

22                    THE COURT:  All right.  So I am just going to talk

23          to my courtroom deputy for a second.

24                    (Whereupon, the Court and staff confer.)

25                    MR. FEITEL:  I know what number they're calling.
```

1    They're calling his office.  I believe I have a cell number

2    for Mr. Puig.

3             THE COURT:  Okay.  Why don't we take -- before we

4    go any further into the wire transfer business, I don't know

5    the details of it; it may be totally legitimate, I don't

6    know.

7             Why don't we take a 15-minute break for government

8    counsel to put the witness on the phone with his counsel

9    with the telephone numbers supplied by Mr. Feitel that might

10   be an alternative number from the one the government has

11   supplied to my courtroom deputy who has been unable

12   successfully to reach Mr. Puig about that.  We will give

13   Mr. Pinedo an opportunity to talk to his counsel about

14   whether or not he wants to respond to questions about the

15   glass business wire transfers.

16             All right.  15 minutes.

17             Mr. Feitel, please give the phone number to

18   government counsel.  You can use your phone to take care of

19   that.

20             (Whereupon, a recess was taken.)

21             THE COURT:  All right.  So I understand from my

22   courtroom deputy that no one was able to get in touch with

23   Mr. Puig.  Is that right?

24             MR. HANDRICH:  No.  We were able to get ahold of

25   Mr. Puig, and the witness did have an opportunity to speak

1    to him on the phone.

2              THE COURT:  Good.  And so having spoken to your

3    attorney, do you wish to proceed here and answer any and all

4    questions about any wire transfers connected to your glass

5    business?

6              THE WITNESS:  Yes.

7              THE COURT:  All right.  Mr. Feitel.

8    BY MR. FEITEL:

9    Q.  Mr. Pinedo, are you familiar with a company called

10   Blaine Resources, LTD, which is incorporated in the British

11   Virgin Islands?

12   A.  (In English):  No.

13             (Through Interpreter):  No.

14   Q.  So you have no idea why they would have wired some

15   $718,000 in a one-year period to GlassITech?

16   A.  No.

17   Q.  And is it your testimony that you aren't running the

18   company so you are really not responsible for what happens

19   there?

20   A.  No.

21   Q.  No, you are not responsible?

22   A.  No.  If I don't know -- I don't have the company

23   anymore.

24   Q.  And that was your same position about whether you were

25   criminally responsible for the 100,000 kilos that was

1     transported in the false containers that had oil in it?

2              MR. HANDRICH:  Objection, Judge.

3              The characterization within the question was in

4     relation about five previous questions.

5              THE COURT:  It is not clear to me that he was

6     working at the glass company or had any connection to the

7     glass company at the time of the wire transfers, so I am

8     going to sustain the objection.  So there you go.

9     BY MR. FEITEL:

10    Q.  Mr. Pinedo, even though you testified on direct that you

11    were never paid anything but expenses by the FBI, isn't it

12    true that you received $47,300 from them in -- between March

13    of 2017 and September of '21?

14             THE INTERPRETER:  Until what month?

15             Interpreter asks.

16             MR. FEITEL:  Until September of 2021.

17             THE COURT:  And this is what organization?

18             MR. FEITEL:  The FBI.

19             THE WITNESS:  Yes.

20    BY MR. FEITEL:

21    Q.  Did it slip your mind on direct examination that you

22    were paid that amount of money by the FBI?

23             MR. HANDRICH:  Objection.  He testified he was

24    paid money on direct examination.

25             MR. FEITEL:  I will --

1                    THE COURT:  Sustained.

2                    Mr. Feitel, sustained.

3          BY MR. FEITEL:

4          Q.  Mr. Pinedo, you testified on direct examination that you

5          received money from the DEA for reimbursement, correct?

6          A.  Correct.

7          Q.  And you testified on direct that you received

8          reimbursement for travel expenses from the FBI, correct?

9          A.  Yes.

10         Q.  You also received additional money from the FBI because

11         of the information that you provided the FBI; isn't that

12         also correct?

13         A.  Yes.

14         Q.  Do you remember that you received approximately $47,000

15         from the FBI between March of the year 2017 and September of

16         the year 2021?

17         A.  Yes.

18         Q.  And you were just recently paid almost $15,000 on

19         August 23rd of this year from the FBI, correct?

20         A.  Yes.

21         Q.  And all of the payments that the FBI made to you were in

22         cash, correct?

23         A.  Yes.

24         Q.  Do you recall, in the form that you signed when you

25         became an FBI informant, promising that you would take care

1   of payment of taxes for the money that you earned from the

2   FBI?

3   A.  Yes.

4   Q.  Do you report the money that you get from the FBI in

5   cash on your taxes that you file with the United States

6   government?

7   A.  Yes.

8   Q.  Do you file state taxes as well?

9   A.  Of course.

10  Q.  And you report all of the money that the FBI pays you in

11  cash on your tax returns?

12  A.  No.

13          (In English):  Can you repeat me again?  I'm

14  confused.

15  Q.  Mr. Pinedo, do you report the money that the FBI gives

16  you in cash on your tax returns?

17  A.  I don't remember.

18  Q.  Would it help if I gave you a moment to think about it?

19          Mr. Pinedo?

20          MR. HANDRICH:  Judge, I have an objection.

21          Mr. Feitel hasn't established through questions --

22  we're talking about, potentially, two different types of

23  money; reimbursements -- I don't know if he's established

24  that reimbursement money for travel expenses are reported on

25  tax returns versus potential money that's income --

1    right? -- for work may have to be.  I don't think he's --

2            THE COURT:  I thought Mr. Feitel's questions had

3    made it clear that he received reimbursement from the DEA

4    and from the FBI.  And the $47,000 he got from the FBI and

5    the $17,000 [sic] he got from the FBI --

6            MR. HANDRICH:  15- --

7            THE COURT:  -- was for information, not for

8    reimbursement.

9            MR. FEITEL:  It was only 15- in August.

10           THE COURT:  15- in August.  It was not 17-?

11           MR. FEITEL:  No, ma'am.

12           THE COURT:  It was 15-?

13           MR. FEITEL:  Yes.

14           THE COURT:  So, I mean, maybe I misunderstood, but

15   I thought that's how he was structuring the questions.

16           MR. HANDRICH:  He didn't ask the witness whether

17   that money was reimbursement or payments; he didn't ask

18   that.

19           THE COURT:  Well, let's just get to the heart of

20   this, since Mr. Feitel's questions -- or maybe it's the

21   setup.  But let's just be clear.

22           When you received $47,000 from the FBI for the

23   period of March 2017 through September 2021, did you

24   understand that to be payment for information or

25   reimbursement for your expenses?

1          THE WITNESS:  It was paying for reimbursements and

2     payments, so I don't -- I don't remember.

3          And as to the 15,000 of this year, I have not

4     declared that yet because I just received it.  It's this

5     year or maybe last week that I just received this money.

6          THE COURT:  All right.  So let's just deal with

7     the recent payment of 15,000.  Was that payment for

8     information or for reimbursement?

9          THE WITNESS:  For information.

10          THE COURT:  And out of the $47,000 that you

11     received from the FBI, was that in part for reimbursement of

12     expenses and in part for information?

13          THE WITNESS:  Yes.

14          THE COURT:  And do you know out of the $47,000 how

15     much was for information alone?

16          THE WITNESS:  No.

17          THE COURT:  Whatever amount that was, did you

18     report that on your income taxes?

19          THE WITNESS:  No.

20          THE COURT:  All right.

21     BY MR. FEITEL:

22     Q.  Mr. Pinedo, in 2015 you entered the United States

23     illegally, correct?

24     A.  Yes.

25     Q.  You came on a boat from the Bahamas to the

1    United States?

2    A.  Yes.

3    Q.  And you took a boat to avoid entering the country where

4    you would have to present identification documents at the

5    border, correct?

6    A.  No.

7    Q.  Why did you come on a boat from the Bahamas?

8    A.  Because I didn't have a visa.

9    Q.  So you entered the country illegally, correct?

10   A.  Yes.

11   Q.  And you knew that it was illegal, correct?

12   A.  Yes.

13   Q.  And you used the boat because you were able to avoid

14   having to go through United States Customs to enter the

15   United States, correct?

16   A.  Yes.

17   Q.  You know it's a crime to enter the United States

18   illegally?

19   A.  Yes.

20   Q.  You have not been prosecuted for that offense, have you?

21   A.  No.

22   Q.  And you told -- you contacted the government and they

23   learned that you had entered the country illegally, correct?

24   A.  Yes.

25   Q.  And you still are here in the United States because you

1   have received deferred actions, and now you have an S visa;

2   is that correct?

3   A.  Yes.

4   Q.  Do you have an immigration attorney?

5   A.  No.

6   Q.  Does the FBI take care of all of these issues about

7   immigration in your favor?

8   A.  Yes.

9   Q.  So you owe them even a bigger debt of gratitude than you

10  do for not prosecuting you, correct?

11  A.  Yes.

12  Q.  Did it occur to you that if you needed to leave your

13  country of origin and come to the United States that you

14  could have gone to the border and ask for asylum?

15  A.  No.

16  Q.  You didn't know that?

17  A.  Yes.

18  Q.  Were you aware that you could have gone to the border

19  and asked for asylum as a method of entering the

20  United States back in 2015?

21  A.  No.

22  Q.  You didn't know that was available?

23  A.  No.

24  Q.  What kind of boat did you come from the Bahamas to the

25  United States on?

1    A.   In a boat.

2    Q.   Was it a row boat or was it more like a yacht?

3    A.   It was a motor boat.

4    Q.   What was the capacity of the boat?

5    A.   For 8 people.

6    Q.   How much did you pay for the trip?

7    A.   I don't remember.

8    Q.   Would it help if I gave you a moment to think about how

9    much you paid to illegally enter this country?

10   A.   I think it was somewhere between 10,000 and $20,000.   I

11   don't remember well.

12   Q.   Did you pay in cash?

13   A.   Yes.

14   Q.   Was it money that you had in cash from drug trafficking

15   or money laundering activities?

16   A.   No.

17   Q.   How did you earn the money?

18   A.   They were my in-laws, they gave it to my wife.

19   Q.   So if it was money that was lent to you, wouldn't it

20   make sense that you remember exactly how much you had to

21   borrow?

22   A.   I don't remember.

23   Q.   Mr. Pinedo, you were kidnapped by the Mexican trafficker

24   who uses the nickname El Barbie, correct?

25   A.   Yes.

1    Q.  And you know that Mexican cartels are violent

2    organizations that use force and violence to get their way,

3    correct?

4    A.  (In English):  The translation was bad, I didn't

5    understand it.

6    Q.  You knew that Mexican cartels use violence as a means of

7    accomplishing their criminal goals, don't you?

8    A.  Yes.

9    Q.  And you knew that in 2010 when you were kidnapped,

10   correct?

11   A.  Yes.

12   Q.  And during the kidnapping, you managed to bribe one of

13   the guards, correct?

14   A.  Yes.

15   Q.  And you were able to have your wife make a payment of

16   $50,000 to the guard, correct?

17   A.  Yes.

18   Q.  Do you remember telling the agents in this case that you

19   offered the guard a million dollars to let you go?

20   A.  Yes.

21   Q.  And do you remember telling the agents that the guard

22   said there are a lot of people here and your response was

23   just:  Kill them all?

24   A.  Yes.

25   Q.  So it's basically you first, and everything and everyone

1    else thereafter, correct?

2    A.  I didn't understand.

3    Q.  You would have been okay if all of those other innocent

4    kidnapping victims were killed as long as you went free,

5    correct?

6    A.  No.

7    Q.  But, nonetheless, you did tell the agents that you told

8    the guard:  Kill them all, correct?

9    A.  But I meant all the ones that had kidnapped me.  I told

10   the guard:  Take me out of here.

11            And he said:  But there's 30.

12            And I said:  Well, kill them all and take me out

13   of here.

14   Q.  Excuse me, Mr. Pinedo, there is no question pending.

15   Thank you.

16            Mr. Pinedo, I want to ask you some questions about

17   your mental health.

18            In June of 2019 you had an incident in which you

19   notified the FBI that you wanted to kill yourself, correct?

20   A.  Yes.

21   Q.  You told the agents that you had been having trouble

22   sleeping for a week or so, correct?

23   A.  Yes.

24   Q.  You told the agents that you were having nightmares,

25   correct?

1    A.   Correct.

2    Q.   Do you know why it was the FBI that was contacted as

3    opposed to someone else, like maybe a doctor?

4    A.   I did not get in touch with the FBI; it was my wife that

5    called the FBI.

6    Q.   Do you know why she called the FBI?

7    A.   Because I left a note for her.

8    Q.   And what did the note say?

9    A.   That I was going to commit suicide.

10   Q.   And why did your wife call the FBI then?

11   A.   Because it was the only person she knew, I don't know.

12   Q.   Mr. Pinedo, in the United States you understand that

13   when someone is in mental distress the recommendation is to

14   dial the numbers 9-1-1 and alert an operator that something

15   is going on, correct?

16   A.   Yes.

17   Q.   Does your family believe that the FBI are your

18   guardians, they're in charge of you here in the

19   United States?

20            THE INTERPRETER:  Could the interpreter have a

21   repetition?

22            MR. FEITEL:  Sure.

23   BY MR. FEITEL:

24   Q.   Does the FBI believe that the FBI are your guardians

25   here in the United States and it's their job to look after

1     you?

2     A.  Yes.

3     Q.  Mr. Pinedo, you were involuntarily committed to a mental

4     facility for several days, correct?

5     A.  You mean involuntarily or voluntarily?

6     Q.  Isn't it true that in June of 2019 you were

7     involuntarily committed to a mental facility for examination

8     and treatment?

9     A.  I went there voluntarily.

10    Q.  Were you treated by doctors at the facility?

11    A.  Yes.

12    Q.  In addition to the depression that you were feeling and

13    the nightmares, were you suffering from any other symptoms?

14    A.  No.

15    Q.  Were you having hallucinations from lack of sleep?

16    A.  No.

17    Q.  Were you treated with medication?

18    A.  Yes.

19    Q.  Do you remember what they treated you with?

20    A.  I don't remember.

21    Q.  Are you taking any medication for mental health issues

22    currently?

23    A.  Yes.

24    Q.  What are you taking?

25    A.  Zoloft for depression.

1   Q.   Do you know the quantity that you take?

2   A.   Yes.

3   Q.   How much is it?

4   A.   One 5 milligram pill.

5   Q.   Are you taking any other medications currently for

6   mental health issues?

7   A.   No.

8   Q.   Mr. Pinedo, do you have any other nicknames, including

9   the nickname Luis?

10  A.   No.

11  Q.   You testified that your family was good friends with the

12  defendant's family, correct?

13  A.   Yes.

14  Q.   You had been to his home in Mexico, you testified to,

15  correct?

16  A.   Yes.

17  Q.   And you testified that you had met with him -- I think

18  you said about five to ten times; is that correct?

19  A.   Yes.

20  Q.   You said that your father had a friendship with the

21  defendant?

22  A.   Yes.

23  Q.   Do you know the defendant's family?

24  A.   Yes.

25  Q.   How many children does he have?

1   A.  I know Junior.  I know his younger son.  And I know his

2   wife.  I don't know anybody else from his family.

3   Q.  So if Mr. Flores had ten children, you would know two

4   out of the ten?

5   A.  Yes.

6   Q.  Mr. Pinedo, after you were kidnapped, you went back to

7   being a money launderer, correct?

8   A.  Yes.

9   Q.  And so the kidnapping didn't stop you from continuing to

10  being a criminal, correct?

11  A.  Correct.

12  Q.  And the only reason you ever contacted U.S. law

13  enforcement was you decided it was the best of the terrible

14  options that were facing you, correct?

15  A.  No.

16  Q.  When you surrendered or when you first contacted the

17  DEA, did you provide them with any messaging or

18  communications between yourself and Mr. Flores?

19  A.  No.

20  Q.  That's because you don't have any, correct?

21  A.  No.

22  Q.  You don't have any voice messages that were exchanged

23  between you and Mr. Flores either, do you?

24  A.  No.

25  Q.  And you don't have any pictures of you with Mr. Flores

 1    either, correct?

 2    A.  No.

 3          MR. FEITEL:  All right.  If I could have one

 4    second to consult.

 5          THE COURT:  Yes.

 6          MR. FEITEL:  It's better safe than sorry.

 7    BY MR. FEITEL:

 8    Q.  Is your father the godfather for some of Mr. Flores's

 9    children?

10    A.  Yes.

11    Q.  But you don't know their names?

12    A.  Kevin.

13    Q.  So now we're three for ten?

14    A.  We are talking about one, not ten.

15          MR. FEITEL:  I have nothing further at this time,

16    Your Honor.

17          THE COURT:  All right.  How long will your

18    redirect be?

19          MR. HANDRICH:  Hopefully, less than a minute.

20          THE COURT:  Okay.

21                    REDIRECT EXAMINATION

22    BY MR. HANDRICH:

23    Q.  Sir, either the event -- the kidnapping that occurred in

24    2010 or the suicidal thoughts that you had in 2019, do

25    either of those events affect your ability to recall or

1    perceive things that you experienced or happened in the

2    past?

3    A.  Well, because of what happened to me, meaning that

4    I cannot -- the horrible things I saw, that has caused me to

5    have nightmares.  And nightmares, you know, seeing heads

6    being cut off and hands being cut off, that -- we live

7    altered -- that altered my mental state.

8    Q.  So you have a clear memory of all of the things that you

9    have done and has happened to you in your life?

10                  MR. FEITEL:  Objection.  Leading.

11                  THE COURT:  Overruled.

12                  THE WITNESS (in English):  Yes.  Every day.

13   A.  (Through Interpreter):  Every day.

14                  MR. HANDRICH:  Thank you, sir.  That's all the

15   questions I have.

16                  THE COURT:  Mr. Pinedo, you are excused, meaning

17   you can leave the courtroom.

18                  THE WITNESS:  Thank you.

19                  MR. HANDRICH:  May I just step out for a moment to

20   let him know the FBI agent he was here with isn't here

21   anymore?

22                  THE COURT:  Okay.  There is another agent here.

23                  MR. HANDRICH:  Sure.  Thank you.  I didn't see

24   that.

25                  THE COURT:  Okay.  I have an appointment at 4:30,

1    so we're going to break now rather than going all the way to

2    5:00.  Let's see.

3            Tomorrow morning, can we start at 9:00?

4            MS. ALSWORTH:  Yes, Your Honor.  9:00 is fine.

5            May I raise something quickly with the Court?

6            We learned today that one of our witnesses tested

7    positive for COVID.  I am not sure what the court's current

8    protocols are, and whether or not if he is feeling better on

9    Friday if he can come to court and testify or if that's just

10   not going to happen.

11           MR. FEITEL:  I would like to be heard.

12           THE COURT:  I think the CDC guidelines are that

13   once you've tested positive for COVID you have to stay away

14   from everybody else in isolation for five days, and then if

15   you test positive, wear a mask.  Maybe.  I haven't checked

16   recently.

17           Mr. Feitel, I will hear from you.

18           MR. FEITEL:  Yes, Your Honor.  I had a trial

19   scheduled before Judge Kotelly, Your Honor may have heard

20   about it, for early July.

21           One of the defense attorneys for the codefendant

22   works in a really big law firm, contracted COVID.  He was

23   really sick.  And then he tested negative, said he felt

24   better.  He conducted meetings with his co-counsel in the

25   case.  As Your Honor can imagine, he relapsed the next day,

1    tested positive for the following days; and I think some

2    other people in his firm tested positive.  Judge Kotelly was

3    astonishingly unhappy about this for obvious reasons.  I do

4    not want to contract COVID yet again.  I think two times is

5    enough for everybody.

6              THE COURT:  Okay.  So is this witness in a

7    facility with electronic equipment so that he can testify

8    perhaps electronically?

9              MS. ALSWORTH:  He is not in custody, but it's

10   possible that we can work out some arrangement where he can

11   testify remotely.

12             THE COURT:  So why don't you confer with Ms. Rhee

13   and Mr. Feitel about whether he can testify remotely since

14   we're all quite experienced with that at this point.  Let's

15   see where we go from there.

16             But you have other witnesses?

17             MS. ALSWORTH:  We do, Your Honor.  We have two

18   other witnesses that are available.

19             THE COURT:  And haven't been around the witness

20   who has tested --

21             MS. ALSWORTH:  That's accurate.  We have not, no.

22             THE COURT:  That's also good news for all of us.

23             All right.  I will see you in the morning at 9:00

24   a.m.

25             (Whereupon, the proceeding concludes.)

1                           **<u>CERTIFICATE</u>**

2

3              I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby

4      certify that the foregoing constitutes a true and accurate

5      transcript of my stenographic notes, and is a full, true,

6      and complete transcript of the proceedings to the best of my

7      ability.

8              This certificate shall be considered null and void

9      if the transcript is disassembled and/or photocopied in any

10     manner by any party without authorization of the signatory

11     below.

12

        Dated this 21st day of September, 2023.

13

        /s/ Elizabeth Saint-Loth, RPR, FCRR

14     Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25

## $

**$10,000** [1] - 75:14
**$100** [1] - 77:16
**$15,000** [1] - 129:18
**$150** [1] - 109:21
**$17,000** [1] - 131:5
**$2,200,000** [1] - 73:8
**$2.25** [1] - 73:2
**$20** [2] - 77:15, 77:16
**$20,000** [1] - 135:10
**$25** [1] - 85:10
**$400** [1] - 75:15
**$460,000** [1] - 121:21
**$47,000** [5] - 129:14, 131:4, 131:22, 132:10, 132:14
**$47,300** [1] - 128:12
**$50** [1] - 78:24
**$50,000** [2] - 98:24, 136:16
**$500** [1] - 109:18
**$715,000** [2] - 17:20, 29:15
**$718,000** [2] - 122:24, 127:15

## '

**'21** [1] - 128:13
**'Ranquito** [3] - 101:24, 102:1, 102:24

## /

**/s** [1] - 146:13

## 1

**1** [1] - 55:17
**1,000** [3] - 59:19, 62:16, 71:25
**10** [5] - 73:24, 78:13, 78:15, 78:16, 90:8
**10,000** [2] - 74:18, 135:10
**100,000** [1] - 127:25
**12** [1] - 77:14
**120** [1] - 109:21
**13** [3] - 37:20, 41:5, 41:14
**1300** [1] - 2:4
**14** [2] - 41:5, 41:14
**145** [1] - 1:13
**15** [16] - 37:20, 40:23, 41:5, 41:14, 41:16, 42:5, 42:13, 77:14, 78:13, 78:15, 78:16, 126:16, 131:6, 131:9, 131:10,

131:12
**15,000** [2] - 132:3, 132:7
**15-minute** [2] - 68:18, 126:7
**16** [1] - 40:23
**16-year-old** [1] - 85:16
**17** [1] - 131:10
**17(c** [4] - 9:13, 10:2, 10:21, 11:12
**17-051** [2] - 1:3, 3:3
**18** [2] - 42:5, 42:13

## 2

**2** [12] - 5:20, 5:22, 21:21, 31:5, 31:24, 56:8, 56:23, 72:18, 72:19, 75:15, 118:18, 118:25
**2,000** [3] - 62:16, 71:25, 106:24
**2.2** [4] - 72:19, 72:20, 72:24
**20** [4] - 62:24, 62:25, 70:6, 81:12
**20008** [1] - 2:4
**2000s** [1] - 80:8
**2003** [9] - 54:24, 61:18, 62:19, 72:2, 73:20, 79:25, 101:24, 102:25, 103:8
**2004** [9] - 62:19, 72:2, 73:20, 78:20, 79:2, 79:25, 82:6, 102:25, 103:8
**2005** [1] - 78:20
**2006** [1] - 109:18
**2007** [2] - 6:17, 81:22
**2008** [1] - 81:22
**2010** [6] - 78:21, 81:22, 83:24, 88:18, 136:9, 142:24
**2012** [4] - 26:18, 90:12, 97:7, 118:14
**2014** [3] - 92:6, 92:7, 97:7
**2015** [5] - 15:6, 26:10, 94:5, 132:22, 134:20
**2016** [1] - 94:5
**2017** [4] - 28:16, 128:13, 129:15, 131:23
**2018** [1] - 28:16
**2019** [4] - 16:6, 137:18, 139:6, 142:24
**202** [2] - 1:14, 2:5
**2021** [3] - 128:16,

129:16, 131:23
**2023** [2] - 1:5, 146:12
**20530** [1] - 1:19
**21st** [1] - 146:12
**22** [1] - 46:18
**22314** [1] - 1:23
**228** [1] - 1:22
**23rd** [1] - 129:19
**24** [2] - 11:7, 46:18
**255-6637** [1] - 2:5
**2D1.1(b)(11** [1] - 5:24
**2D1.1(b)(3)(B** [1] - 5:22

## 3

**3** [1] - 109:13
**3(e** [1] - 5:15
**3-point** [1] - 5:14
**3.3** [2] - 119:2, 119:13
**30** [4] - 78:11, 78:16, 112:5, 137:11
**30-odd** [1] - 17:23
**300** [1] - 1:22
**30th** [3] - 10:11, 11:10, 11:15
**31st** [1] - 88:18
**36** [1] - 5:19
**38** [1] - 5:19
**3B1.1(a)** [1] - 6:1

## 4

**4** [5] - 5:24, 38:3, 40:14, 40:18, 105:14
**40** [2] - 78:11, 78:16
**400** [2] - 74:23, 75:9
**450** [1] - 5:19
**4:30** [1] - 143:25
**4C1.1** [1] - 6:4

## 5

**5** [9] - 5:25, 48:15, 105:8, 105:12, 105:15, 105:17, 140:4
**50** [1] - 74:1
**50,000** [1] - 87:2
**500,000** [1] - 87:1
**514-0917** [1] - 1:14
**52** [1] - 36:12
**53** [5] - 61:11, 61:12, 61:13, 71:21, 71:24
**546-8874** [1] - 1:19
**56** [4] - 61:14, 71:21, 71:24, 107:1
**57** [2] - 11:12, 87:20
**571** [1] - 1:23
**5:00** [1] - 144:2

## 6

**6** [2] - 1:5, 105:12
**619** [1] - 1:19

## 7

**7** [8] - 55:16, 55:18, 105:8, 105:12, 105:15, 105:17
**765** [5] - 114:12, 114:18, 114:19, 114:20, 115:2
**767** [1] - 114:24

## 8

**8** [1] - 135:5
**8,200** [1] - 74:16
**8,400** [1] - 74:23
**800-6900** [1] - 1:23
**880** [1] - 1:18

## 9

**9-1-1** [1] - 138:14
**92101-8807** [1] - 1:18
**9:00** [3] - 144:3, 144:4, 145:23
**9:39** [1] - 1:5

## A

**a.m** [2] - 1:5, 145:24
**ability** [2] - 142:25, 146:7
**able** [19] - 28:7, 32:12, 52:20, 53:19, 74:20, 84:15, 87:5, 87:14, 87:17, 94:10, 94:22, 101:8, 104:4, 104:6, 123:4, 126:22, 126:24, 133:13, 136:15
**abundance** [1] - 29:20
**accept** [4] - 13:8, 13:12, 56:12, 65:15
**acceptance** [1] - 5:14
**accepted** [3] - 108:20, 108:21, 108:22
**access** [3] - 24:17, 27:4, 87:6
**accomplishing** [1] - 136:7
**according** [4] - 15:5, 16:10, 30:2, 83:7
**accounts** [1] - 109:18
**accurate** [4] - 5:7, 119:9, 145:21, 146:4
**accurately** [1] - 28:8

**action** [9] - 24:21, 25:1, 25:2, 25:3, 25:6, 25:16, 26:3, 26:22
**Action** [1] - 1:3
**actions** [1] - 134:1
**activities** [2] - 33:20, 135:15
**activity** [6] - 29:19, 109:2, 109:5, 110:3, 114:1, 123:20
**acts** [1] - 20:10
**actual** [5] - 53:12, 71:19, 77:1, 77:3, 79:10
**addition** [4] - 13:13, 14:19, 15:4, 139:12
**additional** [2] - 78:25, 129:10
**additionally** [1] - 105:15
**address** [4] - 14:3, 28:20, 71:15, 121:5
**admissibility** [1] - 38:18
**admissible** [1] - 27:9
**admission** [1] - 40:14
**admit** [4] - 97:24, 105:7, 105:14, 108:2
**admitted** [8] - 6:17, 16:18, 20:11, 40:17, 40:18, 105:15, 105:16, 105:17
**adult** [1] - 39:22
**advise** [2] - 18:13, 28:25
**advised** [2] - 13:6, 17:19
**affect** [1] - 142:25
**affected** [1] - 32:14
**afield** [2] - 21:24, 22:21
**afternoon** [1] - 89:21
**afterwards** [1] - 99:24
**age** [2] - 41:16, 42:4
**agencies** [1] - 30:5
**agency** [5] - 25:2, 90:9, 93:25, 112:4, 116:5
**agent** [6] - 34:16, 90:14, 90:23, 143:20, 143:22
**Agent** [1] - 23:25
**agents** [29] - 26:13, 30:25, 90:11, 90:17, 90:21, 90:24, 97:1, 107:25, 109:12, 109:17, 109:20, 110:7, 112:7, 113:5, 113:11, 114:6,

115:16, 117:7,
117:13, 117:25,
119:2, 119:11,
119:12, 122:22,
136:18, 136:21,
137:7, 137:21,
137:24
**ages** [1] - 42:13
**ago** [5] - 12:9, 32:24,
59:22, 63:1, 116:8
**agree** [4] - 5:11, 6:13,
38:18, 83:18
**agreement** [3] - 14:11,
30:17, 75:8
**ahead** [1] - 91:5
**ahold** [3] - 67:12,
67:14, 126:24
**aided** [1] - 2:13
**air** [1] - 18:23
**aircraft** [2] - 5:21, 6:19
**Airlines** [1] - 72:15
**airplanes** [1] - 72:15
**Airport** [3] - 78:6,
98:14, 100:25
**airport** [18] - 72:17,
78:4, 78:7, 98:12,
98:14, 98:21, 99:2,
99:10, 100:2, 100:6,
100:17, 100:19,
100:20, 100:23,
101:3, 101:12,
101:17, 104:3
**airports** [2] - 78:2,
114:4
**alert** [2] - 29:12,
138:14
**alerted** [1] - 7:7
**Alex** [2] - 2:7, 3:17
**Alexandria** [1] - 1:23
**Alfonso** [2] - 77:5,
90:3
**aliases** [1] - 35:24
**allegedly** [1] - 18:20
**alleges** [2] - 6:18,
19:18
**allow** [1] - 13:14
**almost** [2] - 107:25,
129:18
**alone** [3] - 64:18,
110:2, 132:15
**ALSO** [1] - 2:7
**ALSWORTH** [21] -
1:11, 3:10, 3:14,
3:21, 3:23, 4:1, 4:6,
6:14, 7:5, 7:12, 7:14,
7:19, 7:24, 9:6,
10:22, 12:3, 39:13,
144:4, 145:9,
145:17, 145:21
**Alsworth** [4] - 3:11,

3:13, 6:13, 10:20
**altered** [2] - 143:7
**alternative** [1] -
126:10
**ALVAREZ** [1] - 35:3
**Alvarez** [8] - 12:16,
12:22, 13:23, 14:4,
35:5, 35:6, 35:20,
90:6
**Amendment** [2] -
18:14, 33:7
**amendment** [3] - 6:4,
6:6, 6:10
**America** [3] - 3:3,
38:7, 78:24
**AMERICA** [1] - 1:3
**American** [1] - 110:13
**amount** [10] - 5:16,
18:8, 41:11, 73:12,
78:15, 78:16,
109:16, 124:9,
128:22, 132:17
**amounts** [1] - 18:1
**Angel** [4] - 44:14,
49:16, 86:13, 86:16
**angel** [1] - 44:14
**Angeles** [1] - 83:25
**annexed** [1] - 8:12
**answer** [10] - 85:4,
91:14, 95:5, 96:22,
99:14, 108:6,
124:15, 125:17,
125:19, 127:3
**answers** [1] - 41:21
**anticipate** [1] - 33:24
**apart** [1] - 103:4
**apologies** [1] - 39:13
**apologize** [4] - 83:21,
85:18, 116:16, 119:8
**appearance** [3] - 4:2,
4:10, 4:20
**Appearances** [1] -
1:25
**APPEARANCES** [2] -
1:9, 2:1
**appearing** [1] - 3:11
**applicable** [5] - 5:21,
5:23, 6:1, 6:5, 33:24
**application** [9] - 6:20,
13:14, 14:17, 24:17,
25:13, 25:15, 25:21,
26:7, 32:17
**applied** [1] - 6:5
**apply** [1] - 5:7
**appointment** [1] -
143:25
**approached** [2] -
79:15, 79:20
**approximate** [1] -
121:18

**architects** [1] - 47:11
**area** [3] - 40:6, 54:3,
82:8
**areas** [1] - 57:15
**argument** [5] - 27:17,
74:5, 74:11, 75:1,
75:2
**armed** [1] - 82:24
**arms** [1] - 85:12
**arrange** [1] - 80:24
**arranged** [1] - 91:5
**arrangement** [1] -
145:10
**arranging** [1] - 67:17
**arrest** [3] - 16:8,
83:10, 120:22
**arrested** [14] - 19:9,
22:7, 44:7, 88:8,
88:9, 88:15, 88:17,
88:21, 88:22, 88:25,
89:4, 89:5, 98:3,
98:6
**arrive** [2] - 63:18,
67:11
**arrived** [3] - 55:24,
56:2, 90:15
**articulated** [1] - 16:20
**Arturo** [2] - 76:19,
82:24
**Arturo's** [1] - 83:4
**aside** [2] - 4:18, 101:7
**assassinations** [1] -
83:20
**assess** [1] - 33:23
**assist** [1] - 25:25
**assistance** [4] - 24:25,
68:8, 94:6, 94:12
**assisting** [2] - 61:10,
100:6
**associated** [1] -
125:13
**associates** [1] -
117:21
**association** [1] -
82:18
**assumed** [2] - 9:20,
9:23
**assumes** [1] - 50:5
**astonishingly** [1] -
145:3
**asylum** [2] - 134:14,
134:19
**attempting** [2] - 5:23,
95:9
**attending** [1] - 46:8
**attention** [4] - 16:5,
38:17, 105:21,
113:16
**attorney** [12] - 3:19,
4:13, 28:22, 34:18,

84:1, 84:18, 86:6,
86:8, 87:24, 124:1,
127:3, 134:4
**Attorney** [1] - 4:19
**attorney's** [1] - 66:24
**attorneys** [1] - 144:21
**attributed** [1] - 83:9
**August** [7] - 10:12,
11:10, 11:15, 88:18,
129:19, 131:9,
131:10
**AUSA** [1] - 4:3
**authorization** [1] -
146:10
**automatic** [1] - 114:16
**available** [4] - 16:23,
28:23, 134:22,
145:18
**Avenue** [1] - 2:4
**avoid** [4] - 113:11,
114:4, 133:3, 133:13
**aware** [4] - 28:18,
33:7, 92:16, 134:18

---

**B**

**B-A-R-B-I-E** [1] -
19:21
**bad** [1] - 136:4
**badge** [2] - 67:4, 67:8
**Bahamas** [12] - 90:12,
90:13, 90:18, 90:20,
91:5, 93:5, 112:7,
112:8, 113:5,
132:25, 133:7,
134:24
**balconies** [3] - 47:4,
47:6, 47:13
**bank** [2] - 83:19,
109:18
**bankrupt** [1] - 47:25
**banks** [2] - 18:5, 48:1
**Barbie** [22] - 19:19,
19:21, 20:2, 20:7,
20:20, 23:23, 30:5,
32:4, 33:15, 76:19,
78:13, 82:13, 82:18,
83:8, 84:13, 85:9,
85:15, 88:5, 88:11,
88:15, 88:22, 135:24
**Barranquilla** [2] -
36:14, 53:1
**base** [1] - 5:18
**base-offense** [1] -
5:18
**based** [7] - 26:20,
27:2, 29:5, 40:5,
96:25, 97:20, 114:13
**basis** [4] - 48:7, 51:21,
78:9, 99:13

**Bear** [4] - 103:21,
103:23, 103:24,
103:25
**bears** [1] - 41:18
**beautiful** [3] - 64:24,
65:7, 65:8
**became** [7] - 28:18,
28:23, 37:5, 39:22,
86:9, 129:25
**become** [2] - 6:6,
120:2
**BEFORE** [1] - 1:8
**began** [1] - 54:20
**begin** [2] - 53:9, 93:24
**beginning** [1] - 99:24
**behalf** [6] - 3:11,
13:16, 67:10, 79:19,
80:22, 81:11
**behind** [1] - 3:18
**Beleno** [2] - 2:9, 3:6
**belong** [1] - 101:20
**belonged** [3] - 21:21,
118:18, 119:13
**below** [3] - 5:19, 53:9,
146:11
**Beltrán** [13] - 14:23,
31:17, 45:10, 45:16,
45:20, 76:18, 78:12,
82:15, 82:24, 83:3,
101:13, 109:21
**Benito** [3] - 78:6,
98:14, 100:25
**bent** [1] - 49:10
**BERYL** [1] - 1:8
**best** [2] - 141:13,
146:6
**better** [5] - 15:14,
37:12, 142:6, 144:8,
144:24
**between** [16] - 28:16,
33:20, 37:20, 42:13,
61:13, 62:16, 71:24,
75:3, 78:15, 91:6,
97:7, 128:12,
129:15, 135:10,
141:18, 141:23
**beyond** [4] - 23:20,
41:14, 45:21, 77:6
**big** [10] - 19:22, 32:1,
64:24, 65:4, 106:7,
106:9, 106:10,
106:19, 106:22,
144:22
**bigger** [1] - 134:9
**billion** [3] - 31:21,
72:20, 109:13
**billions** [2] - 73:5,
73:11
**bills** [5] - 77:15, 77:16,
77:17

3

**bit** [3] - 36:22, 46:23, 117:10
**bitch** [1] - 85:17
**black** [2] - 113:19, 113:20
**Blaine** [1] - 127:10
**blameworthy** [1] - 120:3
**blaming** [1] - 11:18
**blindfolded** [1] - 84:20
**blood** [1] - 113:22
**blurred** [1] - 49:12
**boat** [11] - 93:5, 93:7, 132:25, 133:3, 133:7, 133:13, 134:24, 135:1, 135:2, 135:3, 135:4
**bodyguards** [1] - 70:9
**boil** [1] - 35:1
**bone** [1] - 86:13
**books** [1] - 15:24
**boop** [2] - 80:17
**boop-boop** [1] - 80:17
**border** [3] - 133:5, 134:14, 134:18
**born** [2] - 36:13, 38:10
**borrow** [2] - 86:16, 135:21
**bottom** [1] - 55:1
**bought** [1] - 107:14
**Bracho** [1] - 111:8
**Brady** [1] - 29:22
**breach** [1] - 34:10
**break** [11] - 34:20, 34:24, 35:2, 58:17, 58:19, 68:18, 68:19, 76:7, 89:23, 126:7, 144:1
**breaking** [1] - 68:16
**bribe** [2] - 5:23, 136:12
**bribery** [1] - 6:18
**bribing** [1] - 5:22
**brief** [1] - 34:3
**briefly** [1] - 6:15
**bring** [7] - 17:6, 42:7, 44:22, 45:11, 51:15, 72:6, 101:8
**bringing** [7] - 9:12, 23:22, 32:7, 38:16, 45:12, 45:13, 52:19
**British** [2] - 17:22, 127:10
**brother** [39] - 40:20, 48:11, 51:5, 51:6, 51:13, 52:3, 52:10, 52:15, 52:20, 52:23, 53:5, 53:16, 54:14, 54:25, 57:6, 60:3, 61:2, 61:9, 62:2,

63:9, 64:18, 71:18, 74:6, 74:8, 74:14, 74:24, 75:4, 75:7, 75:18, 76:12, 81:22, 83:4, 107:3, 107:4, 107:5, 107:21, 108:5, 114:11, 117:21
**brother's** [3] - 54:10, 107:13, 107:15
**brothers** [1] - 54:20
**brought** [3] - 53:20, 74:23, 108:12
**brownish** [1] - 48:24
**brownish-looking** [1] - 48:24
**bucket** [1] - 31:25
**building** [1] - 47:24
**buildings** [2] - 47:3, 47:13
**built** [2] - 41:24, 47:13
**bullets** [4] - 114:20, 115:14, 115:15, 115:21
**bunch** [2] - 20:16, 76:6
**bundled** [2] - 57:18, 58:1
**Bureau** [1] - 15:21
**business** [20] - 29:21, 43:21, 44:15, 46:7, 50:18, 50:22, 51:14, 52:7, 52:16, 63:11, 63:12, 63:13, 75:25, 122:12, 124:11, 125:12, 125:13, 126:4, 126:15, 127:5
**buy** [2] - 73:19, 117:17
**buyers** [1] - 74:14
**BY** [72] - 35:17, 36:10, 37:14, 38:5, 38:23, 39:20, 40:19, 42:2, 42:15, 43:6, 43:14, 45:3, 46:2, 47:16, 50:9, 50:24, 52:2, 52:14, 55:19, 56:24, 57:24, 59:3, 59:16, 60:24, 61:21, 64:4, 64:10, 65:21, 66:11, 68:1, 69:1, 69:12, 70:1, 71:17, 73:15, 80:13, 82:5, 84:23, 85:20, 87:3, 88:14, 89:7, 89:20, 91:1, 91:10, 95:8, 96:24, 97:16, 99:7, 99:20, 100:15, 101:10, 102:7, 102:17, 104:14, 106:18, 115:11, 117:2,

117:12, 119:10, 120:20, 121:11, 121:24, 122:3, 127:8, 128:9, 128:20, 129:3, 132:21, 138:23, 142:7, 142:22

## C

**C-A-N-T-A-N-T-E** [1] - 36:7
**C-H-A-I-T-E-L-L-Y** [1] - 22:6
**C-O-S-T-E-Ñ-O** [1] - 36:7
**CA** [1] - 1:18
**Cabezas** [1] - 54:13
**Cachoro** [1] - 66:3
**Cali** [5] - 39:24, 40:1, 40:3, 40:6, 40:8
**caliber** [2] - 114:17, 114:18, 114:24
**California** [2] - 4:3, 4:5
**calle** [1] - 33:16
**Calle** [11] - 20:23, 21:3, 21:7, 21:11, 21:22, 21:24, 23:23, 30:5, 31:6, 118:19
**CALLE** [1] - 20:24
**calm** [1] - 88:4
**cambios** [2] - 18:6, 109:18
**cameras** [1] - 69:25
**cannot** [1] - 143:4
**Cantante** [2] - 36:2, 36:6
**capacity** [2] - 114:20, 135:4
**captive** [2] - 87:7, 87:22
**captivity** [2] - 87:15, 87:19
**car** [2] - 63:22, 122:8
**care** [4] - 104:9, 126:18, 129:25, 134:6
**careful** [1] - 25:22
**carefully** [1] - 17:14
**Caribbean** [1] - 93:8
**carried** [1] - 53:20
**carry** [5] - 70:23, 78:1, 106:1, 106:5
**carry-on** [2] - 78:1
**cars** [4] - 58:4, 121:22, 121:25, 122:6
**cartel** [9] - 33:19, 44:9, 76:17, 77:13, 78:10, 83:3, 101:13,

109:22
**cartels** [6] - 40:11, 76:23, 83:13, 101:22, 136:1, 136:6
**casas** [2] - 18:6, 109:18
**case** [16] - 5:8, 16:5, 17:6, 18:25, 19:2, 30:24, 77:13, 90:8, 90:14, 90:15, 96:19, 110:7, 112:24, 122:22, 136:18, 144:25
**Case** [1] - 3:3
**cases** [10] - 18:22, 30:18, 30:19, 30:20, 31:11, 91:23, 95:19, 95:22, 96:8, 111:15
**cash** [7] - 34:7, 129:22, 130:5, 130:11, 130:16, 135:12, 135:14
**cast** [1] - 22:1
**catched** [1] - 119:16
**catching** [1] - 110:20
**Category** [1] - 5:12
**caught** [2] - 16:4, 88:5
**caused** [1] - 143:4
**caution** [2] - 29:20, 33:8
**CB** [1] - 80:19
**CDC** [1] - 144:12
**cell** [1] - 126:1
**center** [1] - 49:9
**Cernas** [1] - 118:19
**certain** [2] - 101:3, 124:9
**certainly** [1] - 14:6
**CERTIFICATE** [1] - 146:1
**certificate** [1] - 146:8
**certify** [1] - 146:4
**Chaitelly** [9] - 22:5, 22:6, 22:14, 22:16, 22:17, 23:23, 30:6, 31:6, 33:17
**change** [2] - 77:15, 77:16
**Chani** [1] - 66:3
**Chapo** [15] - 31:17, 44:2, 44:7, 45:5, 45:10, 45:16, 45:20, 49:21, 49:22, 76:17, 83:8, 83:9, 88:4, 96:1, 96:12
**Chapo's** [1] - 44:3
**characterization** [1] - 128:3
**charge** [9] - 5:18, 8:7, 67:11, 76:18, 76:20,

77:14, 104:8, 117:23, 138:18
**charged** [5] - 14:21, 74:15, 74:17, 91:25, 97:25
**charges** [3] - 92:3, 108:12, 108:20
**chase** [1] - 8:2
**check** [4] - 7:25, 25:15, 26:1, 26:4
**checked** [1] - 144:15
**checklist** [2] - 9:1, 9:11
**children** [4] - 121:15, 140:25, 141:3, 142:9
**Chitelli** [3] - 119:3, 119:14, 119:21
**choice** [1] - 27:19
**circumstances** [1] - 26:24
**City** [14] - 51:12, 51:13, 53:4, 54:20, 63:3, 63:6, 63:8, 63:20, 63:24, 64:5, 70:12, 78:6, 84:9, 84:10
**city** [1] - 63:16
**clarification** [1] - 44:21
**clarify** [1] - 94:17
**class** [1] - 78:3
**cleaned** [1] - 58:15
**cleanup** [1] - 6:24
**clear** [24] - 7:4, 9:12, 13:24, 14:8, 18:1, 21:20, 26:20, 27:14, 33:15, 71:23, 73:6, 73:10, 75:12, 81:15, 91:4, 92:15, 97:1, 97:20, 101:25, 112:20, 128:5, 131:3, 131:21, 143:8
**clearly** [2] - 28:25, 29:1
**clerk's** [2] - 10:9, 10:10
**client** [1] - 29:8
**close** [2] - 37:11, 55:6
**clothing** [2] - 43:7, 43:11
**co** [1] - 144:24
**co-counsel** [1] - 144:24
**Coates** [3] - 5:1, 10:25, 11:18
**coc** [1] - 53:21
**cocaine** [95] - 5:17, 5:20, 31:20, 37:22, 37:24, 40:1, 40:10, 40:24, 41:3, 45:6,

45:15, 45:17, 45:21, 46:4, 46:7, 48:9, 48:12, 51:15, 52:19, 53:13, 53:17, 53:21, 54:4, 54:5, 54:11, 55:7, 55:10, 56:10, 56:12, 56:14, 57:7, 57:13, 57:18, 57:23, 58:1, 58:3, 58:4, 58:17, 58:21, 59:1, 59:13, 59:18, 60:5, 60:25, 61:1, 61:23, 62:3, 62:5, 62:6, 63:14, 65:9, 65:11, 65:15, 65:23, 70:4, 71:22, 72:3, 72:6, 73:19, 74:3, 74:14, 74:20, 78:25, 97:2, 104:7, 106:25, 107:3, 107:6, 107:8, 107:9, 107:11, 107:15, 107:21, 108:1, 108:4, 108:8, 108:16, 115:24, 116:2, 116:5, 116:12, 116:14, 116:17, 117:5, 117:8, 117:14, 117:18, 117:22, 117:25, 118:1, 118:3, 118:8, 118:9

**codefendant** [1] - 144:21

**collect** [2] - 21:6, 91:23

**collectors** [2] - 21:4, 118:21

**college** [1] - 71:14

**Colombia** [30] - 21:4, 31:22, 33:20, 36:14, 36:21, 39:24, 40:2, 40:8, 41:5, 43:19, 45:17, 45:18, 51:15, 52:19, 53:17, 53:24, 71:22, 72:7, 72:13, 73:18, 73:22, 77:20, 80:23, 81:1, 92:13, 98:12, 106:20, 116:18, 118:16, 118:22

**Colombian** [3] - 31:19, 54:15, 54:16

**Colombians** [1] - 110:9

**colored** [2] - 43:9, 48:24

**COLUMBIA** [1] - 1:1

**Comba** [2] - 21:1, 118:19

**COMBA** [1] - 21:1

**Combas** [2] - 118:21, 119:20

**combatant** [1] - 21:2

**combatiente** [1] - 21:2

**comfortable** [2] - 36:18, 37:10

**coming** [8] - 23:24, 53:14, 54:11, 101:18, 102:15, 102:25, 104:5, 123:24

**command** [2] - 100:17, 100:18

**commander** [9] - 98:21, 98:23, 99:2, 99:17, 99:21, 100:21, 101:3, 101:17

**commission** [2] - 6:4, 6:6

**commit** [1] - 138:9

**committed** [5] - 16:16, 20:11, 97:24, 139:3, 139:7

**communicate** [1] - 34:21

**communicated** [1] - 101:2

**communications** [1] - 141:18

**community** [1] - 114:13

**companies** [3] - 46:25, 47:12, 47:24

**company** [17] - 17:9, 17:17, 17:23, 28:13, 28:17, 47:10, 122:14, 122:16, 122:17, 122:18, 122:20, 122:23, 127:9, 127:18, 127:22, 128:6, 128:7

**compel** [1] - 32:25

**competent** [1] - 28:5

**complete** [3] - 9:1, 16:14, 146:6

**completely** [2] - 25:17, 33:15

**compound** [1] - 41:23

**computer** [3] - 2:13, 55:12, 55:13

**computer-aided** [1] - 2:13

**concerned** [1] - 121:8

**concerning** [1] - 26:16

**concludes** [1] - 145:25

**conclusion** [3] - 8:18, 9:7, 99:5

**conduct** [4] - 6:16,

6:17, 31:13, 97:25

**conducted** [1] - 144:24

**confer** [5] - 10:14, 25:23, 72:25, 125:24, 145:12

**confirm** [1] - 33:9

**confirmed** [1] - 19:5

**confiscation** [1] - 90:2

**confused** [1] - 130:14

**connected** [2] - 17:22, 127:4

**connection** [4] - 7:1, 15:2, 82:21, 128:6

**connections** [1] - 31:18

**consequence** [1] - 27:1

**considered** [1] - 146:8

**consistent** [1] - 14:5

**conspiracy** [2] - 107:7, 107:10

**constitutes** [1] - 146:4

**construction** [2] - 46:25, 47:11

**consult** [1] - 142:4

**contact** [14] - 10:9, 34:18, 66:8, 75:24, 79:4, 80:5, 81:1, 81:6, 89:10, 89:23, 90:7, 90:11, 120:1, 123:4

**contacted** [10] - 10:10, 79:20, 90:6, 101:24, 118:14, 123:7, 133:22, 138:2, 141:12, 141:16

**contacting** [1] - 80:2

**container** [4] - 55:24, 56:3, 56:5, 58:1

**containers** [1] - 128:1

**contents** [1] - 13:17

**continue** [2] - 89:17, 92:10

**Continued** [2] - 1:25, 2:1

**continued** [1] - 89:19

**continuing** [1] - 141:9

**contraband** [2] - 45:6, 45:21

**contract** [1] - 145:4

**contracted** [1] - 144:22

**contradict** [1] - 24:6

**control** [3] - 60:19, 60:20, 78:8

**conversations** [1] - 61:22

**convicted** [2] - 44:8, 98:6

**cooperated** [3] - 21:8, 23:5, 110:19

**cooperating** [7] - 19:14, 20:20, 22:23, 30:2, 30:4, 30:13, 31:1

**cooperation** [6] - 19:10, 20:8, 22:14, 30:16, 33:25, 94:18

**cooperator** [3] - 33:16, 33:17

**cooperators** [1] - 23:25

**Copa** [1] - 72:15

**copies** [1] - 38:25

**copy** [7] - 7:9, 7:19, 8:9, 8:10, 10:20, 11:8, 113:8

**corporation** [1] - 17:21

**Correa** [7] - 12:16, 12:22, 13:23, 14:4, 35:5, 35:6, 35:20

**CORREA** [1] - 35:3

**correct** [87] - 4:6, 5:2, 30:18, 57:17, 58:10, 59:5, 59:15, 59:21, 73:17, 75:17, 76:10, 76:24, 79:1, 81:17, 82:16, 87:7, 89:3, 91:7, 91:19, 91:21, 93:8, 93:14, 94:19, 97:3, 97:22, 98:18, 102:9, 102:10, 104:11, 104:12, 106:21, 106:23, 108:11, 108:13, 109:25, 110:5, 110:16, 110:24, 112:5, 112:9, 112:21, 115:23, 117:5, 117:18, 118:9, 118:16, 118:17, 118:22, 119:24, 120:6, 122:19, 129:5, 129:8, 129:12, 129:19, 129:22, 132:23, 133:5, 133:9, 133:11, 133:15, 133:23, 134:2, 134:10, 135:24, 136:3, 136:10, 136:13, 136:16, 137:1, 137:5, 137:8, 137:19, 137:22, 137:25, 138:1, 138:15, 139:4, 140:12, 140:15,

140:18, 141:7, 141:10, 141:11, 141:14, 141:20, 142:1

**Correct** [1] - 129:6

**correction** [4] - 43:1, 57:20, 73:4, 125:1

**correctly** [4] - 13:24, 35:9, 78:22, 87:5

**correspondence** [2] - 24:21, 25:16

**corroborate** [1] - 23:15

**corroborating** [2] - 19:1, 23:18

**Costenio** [1] - 84:4

**Costeño** [2] - 36:2, 36:7

**costumes** [1] - 114:3

**counsel** [10] - 3:9, 20:5, 25:23, 26:21, 30:12, 126:8, 126:13, 126:18, 144:24

**country** [18] - 14:22, 15:7, 19:9, 21:12, 26:10, 26:17, 47:23, 94:7, 108:13, 111:21, 111:24, 113:6, 133:3, 133:9, 133:23, 134:13, 135:9

**couple** [1] - 82:11

**courier** [2] - 73:9, 73:13

**couriers** [4] - 72:14, 77:23, 98:16, 98:22

**course** [13] - 13:3, 33:20, 35:23, 57:10, 59:6, 59:9, 69:20, 74:12, 86:20, 92:17, 122:2, 125:20, 130:9

**court** [5] - 30:14, 43:13, 95:13, 96:5, 144:9

**COURT** [225] - 1:1, 1:8, 3:12, 3:20, 3:22, 3:25, 4:4, 4:16, 4:21, 4:25, 5:4, 6:22, 6:24, 7:11, 7:13, 7:17, 7:21, 8:1, 9:2, 9:9, 9:16, 9:18, 9:21, 9:25, 10:6, 10:13, 10:15, 10:17, 10:20, 10:25, 11:3, 11:10, 11:20, 11:23, 12:6, 12:10, 12:14, 12:18, 12:22, 13:3, 13:22, 14:6, 14:10, 14:16, 15:13, 16:24, 17:2,

17:11, 17:14, 19:20, 20:2, 20:14, 20:18, 20:22, 21:18, 22:3, 22:10, 22:13, 22:25, 23:22, 24:14, 25:3, 25:9, 25:12, 25:18, 26:4, 27:2, 27:19, 28:12, 29:2, 29:4, 29:7, 29:10, 29:14, 29:25, 30:15, 32:15, 34:11, 34:19, 34:25, 35:5, 35:9, 35:11, 35:13, 36:5, 36:9, 37:9, 38:4, 38:13, 38:16, 38:20, 38:25, 39:5, 39:12, 39:14, 39:19, 40:16, 41:8, 41:10, 41:14, 41:22, 42:4, 42:12, 42:23, 43:4, 43:12, 45:23, 45:25, 47:7, 47:13, 50:7, 51:25, 52:9, 56:15, 56:18, 58:8, 58:11, 58:16, 58:22, 59:8, 59:10, 59:13, 60:10, 60:20, 61:12, 61:15, 61:18, 61:20, 67:25, 68:16, 68:18, 68:21, 71:1, 71:3, 71:12, 71:16, 73:14, 80:11, 85:25, 86:3, 86:6, 86:8, 88:7, 88:10, 88:13, 88:21, 88:25, 89:2, 89:6, 89:13, 89:17, 90:20, 90:25, 91:8, 95:5, 96:3, 96:7, 96:11, 96:14, 96:18, 96:21, 97:5, 97:11, 99:16, 100:9, 101:2, 102:14, 105:9, 105:11, 105:16, 105:21, 106:1, 106:7, 106:10, 106:14, 106:16, 115:7, 116:10, 116:19, 116:21, 121:9, 123:3, 123:9, 123:12, 123:17, 123:23, 124:3, 124:7, 124:14, 124:17, 125:4, 125:11, 125:15, 125:17, 125:22, 126:3, 126:21, 127:2, 127:7, 128:5, 128:17, 129:1, 131:2, 131:7, 131:10, 131:12, 131:14, 131:19, 132:6, 132:10,

132:14, 132:17, 132:20, 142:5, 142:17, 142:20, 143:11, 143:16, 143:22, 143:25, 144:12, 145:6, 145:12, 145:19, 145:22
**Court** [17] - 2:10, 2:11, 3:16, 4:8, 8:19, 10:14, 14:13, 18:17, 32:8, 34:23, 36:4, 39:1, 80:10, 125:24, 144:5, 146:14
**Court's** [7] - 7:19, 7:21, 8:9, 8:16, 9:1, 16:20, 104:13
**court's** [1] - 144:7
**courthouse** [1] - 14:24
**COURTROOM** [8] - 3:2, 5:2, 10:4, 10:11, 10:19, 11:2, 11:9, 123:11
**courtroom** [14] - 10:2, 10:7, 11:14, 12:21, 12:23, 42:17, 48:19, 69:5, 123:10, 123:12, 125:23, 126:11, 126:22, 143:17
**covered** [1] - 58:25
**COVID** [4] - 144:7, 144:13, 144:22, 145:4
**creating** [1] - 46:25
**credibility** [6] - 22:2, 22:19, 32:13, 33:23, 60:11, 60:15
**credible** [1] - 23:10
**crime** [1] - 133:17
**crimes** [2] - 92:1, 98:3
**criminal** [13] - 29:19, 31:12, 33:12, 97:24, 109:2, 109:24, 110:3, 114:1, 123:20, 124:19, 125:7, 136:7, 141:10
**Criminal** [4] - 1:3, 1:17, 3:3, 5:12
**criminally** [2] - 120:3, 127:25
**CRM** [1] - 1:12
**CROSS** [1] - 106:17
**cross** [7] - 8:7, 13:20, 21:17, 27:23, 32:11, 105:25, 123:6
**cross-examination** [3] - 13:20, 32:11, 123:6
**CROSS-**

**EXAMINATION** [1] - 106:17
**cross-examine** [1] - 21:17
**cross-examined** [1] - 27:23
**cross-examining** [1] - 8:7
**crowd** [1] - 3:12
**curious** [1] - 13:9
**currency** [4] - 72:9, 73:16, 81:13, 109:14
**current** [2] - 94:24, 144:7
**custodians** [1] - 86:10
**custody** [2] - 12:21, 145:9
**Customs** [1] - 133:14
**cut** [5] - 8:1, 59:5, 59:24, 143:6
**cutting** [2] - 85:11, 85:12

# D

**D.C** [2] - 1:6, 29:4
**dad** [12] - 37:1, 45:9, 50:16, 103:13, 103:16, 103:20, 103:21, 103:23, 104:1, 104:18, 104:21, 104:22
**dad's** [2] - 37:1, 49:3
**daily** [1] - 48:6
**Dangerous** [2] - 3:23, 4:14
**dangerous** [1] - 118:24
**darker** [1] - 57:15
**database** [1] - 16:1
**date** [1] - 6:9
**Dated** [1] - 146:12
**dates** [2] - 17:25, 18:24
**days** [4] - 87:20, 139:4, 144:14, 145:1
**DC** [2] - 1:13, 2:4
**de** [4] - 18:6, 66:22, 83:25, 109:18
**DEA** [39] - 2:8, 4:15, 13:7, 15:5, 15:23, 16:1, 26:12, 26:14, 26:18, 26:21, 30:4, 34:7, 90:10, 90:11, 90:17, 90:21, 91:6, 91:11, 91:12, 91:18, 91:23, 92:5, 92:12, 92:15, 93:15, 93:18, 97:7, 97:8, 97:12, 110:6, 118:14,

119:16, 119:22, 119:23, 120:1, 120:21, 129:5, 131:3, 141:17
**deactivated** [2] - 26:19, 93:21
**deal** [4] - 6:8, 11:5, 46:7, 132:6
**dealing** [1] - 20:16
**dealings** [6] - 19:7, 23:3, 23:4, 44:16, 52:7, 52:16
**dealt** [1] - 41:19
**debt** [3] - 51:2, 110:6, 134:9
**debts** [5] - 21:7, 21:16, 21:18, 48:1, 118:15
**decades** [2] - 23:6, 33:21
**decertification** [8] - 15:7, 15:15, 15:16, 15:22, 26:9, 26:12, 26:16, 32:19
**decertified** [2] - 15:6, 15:22
**decide** [2] - 50:25, 123:19
**decided** [4] - 6:7, 120:2, 121:1, 141:13
**decision** [2] - 16:20, 120:1
**declared** [1] - 132:4
**declaring** [1] - 47:25
**DEFENDANT** [3] - 1:21, 2:2, 4:24
**Defendant** [1] - 1:6
**defendant** [43] - 14:19, 16:6, 16:11, 17:8, 31:16, 32:1, 34:1, 43:11, 43:15, 43:18, 44:17, 45:5, 45:20, 46:4, 52:7, 60:3, 63:25, 64:6, 65:14, 65:22, 66:5, 69:5, 69:19, 70:3, 70:11, 70:22, 71:18, 73:21, 75:21, 75:25, 79:4, 79:5, 80:22, 81:11, 81:25, 95:23, 101:14, 102:12, 103:9, 103:15, 104:11, 104:16, 140:21
**defendant's** [6] - 11:12, 17:21, 41:18, 70:4, 140:12, 140:23
**defendants** [1] - 95:25
**defense** [8] - 7:3, 9:13, 13:8, 15:11,

26:21, 30:12, 60:14, 144:21
**deferred** [9] - 24:21, 25:1, 25:2, 25:3, 25:5, 25:16, 26:2, 134:1
**delay** [1] - 7:7
**deliver** [3] - 81:1, 81:2, 81:4
**delivered** [8] - 58:5, 58:6, 62:8, 62:9, 62:10, 62:11, 67:12
**delivering** [1] - 102:11
**depicting** [1] - 65:5
**depiction** [3] - 55:8, 55:13, 57:6
**deportation** [1] - 25:4
**deported** [2] - 25:7, 94:11
**depressed** [1] - 16:11
**depression** [2] - 139:12, 139:25
**deputy** [6] - 10:3, 10:7, 11:14, 123:10, 123:12, 125:23, 126:11, 126:22
**DEPUTY** [8] - 3:2, 5:2, 10:4, 10:11, 10:19, 11:2, 11:9, 123:11
**describe** [9] - 55:20, 57:5, 57:9, 64:22, 68:2, 74:7, 74:10, 90:13, 99:10
**described** [3] - 55:13, 69:24, 101:11
**describes** [1] - 32:13
**describing** [1] - 89:23
**descriptive** [1] - 80:17
**destroy** [1] - 112:25
**detailed** [1] - 24:25
**details** [2] - 26:20, 126:5
**detained** [1] - 12:23
**detection** [2] - 113:12, 114:4
**determination** [2] - 5:8, 32:13
**determine** [1] - 30:25
**device** [2] - 80:8, 80:15
**devote** [1] - 122:12
**dial** [1] - 138:14
**die** [2] - 86:23
**Diego** [1] - 1:18
**different** [9] - 15:12, 23:16, 25:17, 31:5, 32:24, 73:5, 81:5, 102:8, 130:22
**diligence** [1] - 22:22
**dining** [1] - 65:4

**DIRECT** [2] - 35:16, 89:19

**direct** [6] - 89:17, 128:10, 128:21, 128:24, 129:4, 129:7

**directly** [2] - 31:22, 77:6

**dirty** [1] - 55:1

**disactivated** [1] - 93:22

**disagreed** [1] - 27:17

**disagreement** [2] - 74:8, 74:11

**disassembled** [1] - 146:9

**discarded** [1] - 112:13

**disclosed** [7] - 7:2, 7:8, 7:17, 7:19, 95:22, 96:15, 96:19

**disclosure** [2] - 7:6, 7:13

**disconnected** [1] - 93:18

**discovery** [2] - 11:17, 24:24

**discuss** [1] - 100:1

**discussed** [2] - 30:23, 103:11

**discussion** - 22:9

**discussions** [1] - 52:3

**disputing** [1] - 5:16

**distress** [1] - 138:13

**DISTRICT** [3] - 1:1, 1:1, 1:8

**District** [7] - 4:3, 4:4, 14:25, 20:25, 22:8, 22:10, 22:13

**Division** [1] - 1:17

**doctor** [1] - 138:3

**doctors** [1] - 139:10

**document** [2] - 15:15, 112:9

**documentation** [1] - 26:11

**documenting** [1] - 27:12

**documents** [4] - 15:10, 111:1, 112:5, 133:4

**DOJ** [2] - 1:12, 1:17

**DOJ-CRM** [1] - 1:12

**DOJ-USAO** [1] - 1:17

**dollars** [13] - 31:21, 72:11, 72:21, 72:23, 73:16, 74:24, 81:14, 81:15, 81:16, 87:2, 109:14, 136:19

**dome** [1] - 65:7

**done** [3] - 18:2, 107:4, 143:9

**door** [1] - 58:16

**double** [3] - 7:25, 25:15, 26:1

**double-check** [3] - 7:25, 25:15, 26:1

**doubt** [3] - 15:8, 22:1, 23:20

**down** [5] - 30:21, 38:6, 40:15, 47:23, 76:7

**downloaded** [1] - 63:19

**drawing** [3] - 55:8, 55:13, 55:20

**dress** [2] - 113:17, 114:3

**dressed** [3] - 113:12, 113:23, 113:24

**drilled** [2] - 30:21, 58:23

**driver's** [1] - 106:6

**drop** [2] - 31:25, 93:8

**drug** [45] - 5:5, 13:10, 18:20, 19:7, 20:16, 20:19, 21:6, 21:7, 23:3, 31:21, 31:25, 37:17, 37:19, 40:3, 40:5, 40:10, 41:3, 42:16, 50:23, 50:25, 51:4, 51:14, 66:16, 76:23, 77:12, 78:24, 79:25, 82:18, 89:5, 97:15, 100:18, 106:19, 106:22, 109:9, 109:14, 109:25, 110:13, 110:20, 110:25, 118:15, 118:21, 120:2, 120:14, 120:23, 135:14

**Drug** [2] - 3:23, 4:14

**drug-trafficking** [1] - 106:19

**drugs** [6] - 5:21, 19:4, 37:21, 37:25, 103:12, 108:24

**duces** [1] - 11:12

**due** [1] - 22:21

**during** [7] - 29:1, 31:21, 42:12, 48:8, 61:9, 62:18, 62:20, 72:1, 73:20, 75:2, 82:2, 92:16, 97:6, 102:18, 103:8, 107:24, 136:12

**dying** [1] - 86:18

---

# E

**early** [2] - 6:9, 144:20

**earn** [2] - 37:23,

135:17

**earned** [1] - 130:1

**ease** [1] - 20:8

**easier** [2] - 14:6, 84:12

**Eastern** [2] - 20:25, 22:10

**economy** [1] - 47:23

**Ecuador** [1] - 77:20

**Edgar** [3] - 19:18, 20:2, 82:13

**effective** [2] - 6:6, 6:9

**either** [15] - 19:8, 45:4, 50:1, 58:16, 63:24, 64:5, 70:12, 79:4, 80:1, 88:5, 113:3, 141:23, 142:1, 142:23, 142:25

**El** [63] - 31:17, 42:22, 43:2, 44:2, 44:3, 44:7, 44:22, 45:4, 45:10, 45:16, 45:20, 46:7, 49:16, 49:21, 49:22, 51:23, 52:7, 52:10, 52:16, 54:14, 62:8, 62:9, 62:12, 62:13, 62:19, 62:24, 63:10, 64:20, 65:5, 66:15, 67:10, 68:13, 76:3, 76:4, 76:5, 76:16, 76:17, 79:8, 79:19, 81:6, 81:23, 82:9, 82:10, 83:8, 88:3, 88:11, 88:15, 92:8, 92:10, 96:1, 96:12, 102:16, 102:19, 102:21, 102:22, 104:18, 104:23, 107:5, 107:13, 107:19, 114:11, 135:24

**electronic** [1] - 145:7

**electronically** [1] - 145:8

**Eleven** [1] - 88:9

**Elizabeth** [2] - 2:10, 146:13

**ELIZABETH** [1] - 146:3

**Email** [6] - 1:14, 1:15, 1:15, 1:19, 1:24, 2:5

**email** [1] - 11:19

**embarrassing** [1] - 3:15

**employed** [1] - 99:8

**employees** [1] - 100:21

**emptied** [1] - 115:25

**enable** [1] - 33:22

**end** [9] - 57:15, 58:17, 59:18, 59:24, 69:10,

74:4, 78:11, 81:25, 105:25

**ended** [1] - 12:9

**ending** [1] - 17:5

**ends** [9] - 53:21, 55:6, 57:12, 57:14, 58:2, 58:19, 58:20, 58:24, 59:14

**endured** [1] - 28:2

**enforcement** [21] - 5:23, 13:7, 13:18, 27:13, 28:22, 28:24, 30:5, 33:2, 66:9, 89:11, 89:24, 90:9, 93:25, 99:2, 100:23, 100:25, 104:6, 107:25, 116:5, 120:4, 141:13

**engage** [1] - 124:9

**engaged** [1] - 20:18

**English** [39] - 36:16, 36:19, 47:2, 47:4, 51:23, 65:18, 67:16, 71:11, 72:19, 72:23, 73:1, 74:8, 75:7, 78:17, 79:16, 83:14, 85:18, 86:11, 91:14, 93:1, 95:6, 96:13, 102:3, 103:6, 103:17, 106:3, 116:15, 116:23, 119:5, 119:15, 120:18, 124:5, 124:12, 125:2, 125:16, 127:12, 130:13, 136:4, 143:12

**enhancement** [2] - 6:19

**enhancements** [1] - 5:6

**enormous** [2] - 21:14, 110:6

**Enriquito** [4] - 79:6, 81:3, 102:6, 103:2

**ensued** [1] - 75:1

**enter** [5] - 65:1, 103:4, 133:14, 133:17, 135:9

**entered** [13] - 4:2, 4:20, 15:7, 15:25, 26:10, 26:17, 93:5, 93:16, 111:21, 113:6, 132:22, 133:9, 133:23

**entering** [4] - 26:24, 93:13, 133:3, 134:19

**entire** [3] - 7:22, 29:1, 48:8

**entitled** [2] - 27:5,

110:22

**entity** [1] - 66:23

**entrance** [1] - 93:6

**equipment** [1] - 145:7

**err** [1] - 29:23

**especially** [1] - 31:11

**essentially** [1] - 111:22

**establish** [3] - 23:10, 23:12, 23:14

**established** [2] - 130:21, 130:23

**establishes** [1] - 23:11

**ethnic** [1] - 114:4

**event** [4] - 20:1, 32:4, 32:14, 142:23

**events** [3] - 18:24, 19:16, 142:25

**evidence** [4] - 12:5, 19:2, 23:18, 50:5

**evidentiary** [5] - 5:5, 9:7, 23:7, 23:9, 23:13

**exact** [2] - 26:23, 50:12

**exactly** [8] - 63:16, 67:9, 74:10, 98:19, 100:7, 112:23, 117:20, 135:20

**examination** [8] - 13:20, 32:11, 89:18, 123:6, 128:21, 128:24, 129:4, 139:7

**EXAMINATION** [4] - 35:16, 89:19, 106:17, 142:21

**examine** [1] - 21:17

**examined** [1] - 27:23

**examining** [1] - 8:7

**example** [4] - 16:17, 60:8, 60:9, 76:3

**except** [1] - 114:24

**exchange** [1] - 18:5

**exchanged** [1] - 141:22

**exclusion** [1] - 25:4

**excuse** [8] - 14:20, 17:9, 38:13, 62:10, 115:9, 119:12, 122:10, 137:14

**excused** [1] - 143:16

**Exhibit** [7] - 38:3, 40:14, 40:18, 48:15, 55:16, 55:18, 105:14

**exhibit** [1] - 39:8

**Exhibits** [3] - 105:8, 105:12, 105:17

**exhibits** [3] - 8:12, 38:25, 39:6

**exist** [5] - 24:6, 26:8, 30:11, 32:18, 33:14
**existence** [1] - 28:17
**exit** [1] - 57:22
**expect** [2] - 32:9, 100:11
**expedition** [1] - 30:10
**expenses** [11] - 94:15, 97:9, 97:10, 97:11, 97:13, 97:19, 128:11, 129:8, 130:24, 131:25, 132:12
**experience** [2] - 18:21, 34:10
**experienced** [2] - 143:1, 145:14
**experiencing** [1] - 27:15
**expired** [3] - 112:14, 112:15, 112:22
**expires** [1] - 25:8
**explain** [28] - 4:11, 26:25, 27:22, 29:21, 33:3, 39:25, 45:8, 46:23, 52:18, 52:24, 53:11, 53:16, 55:2, 58:23, 66:20, 67:9, 72:5, 72:12, 76:11, 77:11, 80:14, 80:15, 84:7, 84:8, 89:24, 98:19, 100:24
**explains** [2] - 13:18, 15:15
**explanation** [2] - 24:25, 125:4
**extent** [6] - 4:11, 14:15, 24:4, 33:10, 33:14, 125:5
**extortion** [1] - 21:5
**extra** [1] - 74:24
**extradited** [3] - 19:8, 110:9, 110:14
**extraordinarily** [4] - 18:8, 21:12, 109:8, 118:24

# F

**face** [2] - 13:12, 49:12
**faced** [1] - 110:10
**facetious** [1] - 30:9
**facility** [4] - 139:4, 139:7, 139:10, 145:7
**facing** [1] - 141:14
**fact** [7] - 8:21, 18:11, 18:13, 24:13, 56:12, 112:7, 123:24
**factory** [1] - 124:10
**facts** [2] - 23:11, 50:5

**failed** [1] - 34:6
**fair** [3] - 15:18, 20:9, 41:11
**falluca** [1] - 44:22
**false** [15] - 111:3, 111:9, 111:15, 111:18, 111:22, 111:25, 112:1, 112:4, 112:8, 112:11, 113:6, 113:8, 128:1
**familiar** [2] - 12:10, 38:7, 127:9
**families** [1] - 21:9
**family** [17] - 36:22, 36:25, 39:21, 65:5, 80:5, 92:23, 93:10, 106:19, 120:12, 121:15, 122:12, 125:3, 138:17, 140:11, 140:12, 140:23, 141:2
**far** [2] - 21:24, 22:21
**father** [29] - 31:19, 36:23, 37:5, 37:16, 37:19, 37:21, 40:5, 41:2, 41:4, 41:20, 42:3, 43:16, 43:21, 44:16, 45:4, 45:17, 46:3, 48:8, 49:4, 49:5, 50:2, 50:6, 64:17, 64:18, 64:19, 104:17, 140:20, 142:8
**father's** [4] - 42:16, 48:4, 48:7, 48:22
**fault** [2] - 7:6, 11:18
**favor** [1] - 134:7
**FBI** [43] - 24:25, 25:25, 27:12, 30:4, 34:16, 94:3, 94:7, 94:12, 94:17, 97:17, 97:18, 110:7, 123:7, 128:11, 128:18, 128:22, 129:8, 129:10, 129:11, 129:15, 129:19, 129:21, 129:25, 130:2, 130:4, 130:10, 130:15, 131:4, 131:5, 131:22, 132:11, 134:6, 137:19, 138:2, 138:4, 138:5, 138:6, 138:10, 138:17, 138:24, 143:20
**FCRR** [3] - 2:10, 146:3, 146:13
**fear** [1] - 69:18

**Federal** [1] - 15:21
**federal** [3] - 87:18, 88:7, 101:1
**Feitel** [40] - 3:15, 4:19, 4:22, 7:9, 8:1, 8:3, 8:5, 10:18, 12:19, 12:25, 14:1, 14:11, 15:17, 17:11, 22:25, 24:20, 24:23, 25:20, 25:24, 26:5, 26:6, 27:3, 27:25, 28:15, 30:2, 31:4, 32:16, 34:2, 34:12, 60:12, 60:17, 105:22, 115:7, 126:9, 126:17, 127:7, 129:2, 130:21, 144:17, 145:13
**FEITEL** [81] - 2:3, 8:6, 12:17, 13:1, 13:4, 14:14, 14:18, 15:18, 16:25, 17:5, 17:13, 17:16, 19:21, 20:4, 20:17, 20:21, 20:23, 21:20, 22:4, 22:12, 22:14, 23:21, 24:1, 25:22, 34:3, 38:18, 38:22, 41:7, 41:11, 41:17, 45:22, 50:4, 51:21, 51:24, 52:8, 56:9, 60:6, 60:19, 67:23, 80:9, 88:19, 95:3, 99:4, 99:12, 100:7, 102:13, 105:10, 105:23, 106:15, 106:18, 115:11, 117:2, 117:12, 119:10, 120:20, 121:7, 121:10, 121:11, 121:24, 122:3, 125:25, 127:8, 128:9, 128:16, 128:18, 128:20, 128:25, 129:3, 131:9, 131:11, 131:13, 132:21, 138:22, 138:23, 142:3, 142:6, 142:7, 142:15, 143:10, 144:11, 144:18
**Feitel's** [3] - 24:16, 131:2, 131:20
**fellow** [1] - 56:20
**felt** [1] - 144:23
**few** [2] - 13:1, 83:22
**field** [1] - 65:3
**Fifth** [2] - 18:14, 33:7
**fighting** [4] - 75:6, 75:7, 83:13, 83:16

**figure** [1] - 87:14
**figured** [1] - 86:14
**figures** [1] - 57:4
**file** [3] - 4:9, 130:5, 130:8
**filed** [3] - 8:11, 10:23, 13:15
**files** [2] - 26:15, 33:22
**filter** [1] - 101:8
**finalized** [1] - 4:9
**finally** [1] - 18:19
**fine** [4] - 27:18, 100:4, 100:13, 144:4
**finger** [2] - 43:7, 69:11
**finish** [1] - 85:4
**firearm** [1] - 70:23
**firm** [2] - 144:22, 145:2
**first** [25] - 3:9, 12:2, 12:14, 16:5, 28:9, 41:10, 42:19, 54:12, 55:4, 57:5, 61:22, 62:22, 62:23, 63:2, 63:7, 77:15, 78:3, 80:1, 90:11, 91:25, 93:2, 96:4, 112:7, 136:25, 141:16
**fish** [1] - 65:2
**fishbowl** [1] - 65:1
**Fisher** [1] - 111:12
**fishing** [1] - 30:9
**fists** [1] - 75:3
**fit** [1] - 114:20
**five** [14] - 6:11, 23:24, 34:20, 34:24, 35:2, 37:2, 43:20, 47:18, 70:16, 78:21, 110:3, 128:4, 140:18, 144:14
**five-minute** [2] - 34:20, 34:24
**fixed** [1] - 93:23
**flagged** [1] - 7:9
**flew** [1] - 104:17
**Flores** [15] - 3:4, 4:18, 4:19, 4:23, 5:12, 5:17, 23:11, 24:9, 42:21, 43:8, 102:23, 141:3, 141:18, 141:23, 141:25
**FLORES** [1] - 1:5
**Flores's** [2] - 24:3, 142:8
**FLORES-HERNANDEZ** [1] - 1:5
**Flores-Hernandez** [7] - 3:4, 4:18, 4:19, 4:23, 5:12, 5:17, 23:11

**Florida** [4] - 21:9, 29:6, 90:8
**flow** [1] - 33:19
**flying** [1] - 39:14
**focus** [1] - 5:9
**focused** [1] - 124:8
**folder** [1] - 39:3
**follow** [1] - 59:4
**followed** [1] - 11:4
**following** [6] - 13:24, 20:14, 90:15, 90:21, 90:24, 145:1
**follows** [1] - 73:7
**food** [2] - 122:13
**FOR** [4] - 1:1, 1:10, 1:21, 2:2
**force** [2] - 33:3, 136:2
**foregoing** [1] - 146:4
**forever** [1] - 85:15
**forgotten** [1] - 39:8
**form** [6] - 15:22, 17:10, 26:16, 34:8, 71:15, 129:24
**formal** [2] - 15:14, 71:14
**formally** [1] - 4:2
**forms** [1] - 25:1
**forth** [1] - 83:13
**forward** [5] - 3:7, 6:17, 10:17, 12:1, 17:12
**forwarded** [2] - 10:15, 11:14
**foundation** [1] - 99:16
**four** [6] - 13:23, 23:12, 23:13, 23:24, 23:25, 84:3
**frame** [4] - 62:20, 91:25, 92:16, 102:18
**free** [2] - 33:19, 137:4
**freed** [2] - 86:9, 87:18
**freedom** [1] - 86:11
**frequency** [1] - 81:5
**Friday** [1] - 144:9
**friendly** [2] - 86:10, 104:2
**friends** [3] - 82:23, 103:13, 140:11
**friendship** [1] - 140:20
**front** [6] - 6:11, 11:5, 12:11, 12:12, 30:24, 32:6, 85:15, 85:22
**Front** [1] - 1:18
**fruitful** [1] - 13:20
**full** [10] - 6:16, 7:17, 35:18, 37:24, 41:2, 71:19, 71:22, 108:5, 111:15, 146:5
**full-time** [2] - 37:24, 41:2
**future** [3] - 16:2, 31:2,

31:11

# G

gained [2] - 93:6, 124:8
gate [2] - 101:7, 104:4
general [2] - 66:24, 122:13
General [1] - 66:22
generally [2] - 66:24, 99:13
gentlemen [1] - 80:2
Gerardo [2] - 12:13, 18:25
gesturing [1] - 106:9
Giglio [2] - 7:16, 29:22
Giorgio [3] - 119:3, 119:14, 119:21
girls [3] - 85:2, 85:8, 85:16
given [6] - 13:9, 16:14, 33:24, 81:10, 81:13, 106:5
glad [1] - 24:12
glass [16] - 17:17, 18:9, 18:10, 28:13, 28:17, 122:14, 122:16, 122:17, 124:10, 124:11, 125:12, 125:13, 126:15, 127:4, 128:6, 128:7
GLASSITEC [1] - 17:18
GlasslTech [6] - 17:18, 122:21, 122:23, 124:12, 124:23, 127:15
goals [1] - 136:7
godfather [1] - 142:8
Gonzalez [2] - 12:13, 18:7
goodbye [1] - 86:24
goodbyes [1] - 86:18
Gordo [1] - 49:16
government [57] - 3:9, 5:6, 5:13, 6:13, 6:17, 8:4, 8:17, 9:17, 10:23, 11:11, 12:1, 12:15, 13:5, 13:11, 13:13, 13:16, 15:5, 16:3, 16:21, 16:25, 17:17, 17:19, 17:25, 18:4, 19:11, 19:13, 20:6, 24:15, 24:17, 24:18, 27:4, 28:18, 29:14, 29:16, 29:18, 30:3, 32:7, 32:22, 32:25, 33:4, 33:7,

33:10, 33:21, 40:18, 66:17, 66:18, 66:23, 67:1, 68:5, 99:8, 100:14, 123:19, 126:7, 126:10, 126:18, 130:6, 133:22
Government [7] - 35:3, 38:2, 40:14, 48:15, 55:16, 55:17, 105:11
Government's [1] - 105:17
government's [7] - 7:1, 8:11, 8:16, 8:22, 12:14, 39:6, 39:8
grade [1] - 74:13
graduate [2] - 46:11, 71:14
grandparents [1] - 12:8
granted [4] - 8:19, 10:1, 10:13, 11:13
granting [2] - 10:21, 11:11
gratitude [2] - 110:6, 134:9
great [1] - 16:15
grew [2] - 36:21, 106:19
grinders [1] - 60:1
grinding [1] - 57:21
group [5] - 21:4, 76:2, 90:7, 114:4, 118:21
growing [1] - 39:21
Guadalajara [16] - 63:19, 63:21, 63:22, 63:23, 63:25, 64:6, 64:12, 64:13, 70:12, 82:1, 82:7, 82:10, 104:17, 104:18, 104:24, 104:25
guard [5] - 136:16, 136:19, 136:21, 137:8, 137:10
guardians [2] - 138:18, 138:24
guards [1] - 136:13
guess [1] - 12:8
guideline [2] - 5:7, 6:1
guidelines [3] - 5:15, 6:20, 144:12
Guillermo [1] - 77:10
guilt [2] - 108:21, 108:22
guilty [3] - 30:14, 30:16, 31:12
gun [1] - 114:7, 114:10, 114:19, 115:4, 115:22

guns [1] - 115:1
guy [4] - 23:10, 102:3, 102:4
Guzman - 14:24, 44:6

# H

hair [1] - 48:24
half [2] - 62:13, 65:9
hallucinations [2] - 16:18, 139:15
hand [3] - 39:3, 48:23, 77:14
handed [1] - 54:7
handled [1] - 100:19
handling [2] - 12:5, 90:8
HANDRICH [131] - 1:11, 12:7, 12:12, 12:15, 12:20, 14:3, 14:7, 24:20, 25:5, 25:10, 25:14, 25:24, 26:14, 27:7, 27:21, 28:15, 29:3, 29:5, 29:9, 29:13, 29:16, 30:7, 30:18, 34:14, 34:22, 35:15, 35:17, 36:10, 37:14, 38:1, 38:5, 38:23, 39:2, 39:11, 39:16, 39:20, 40:13, 40:19, 42:1, 42:2, 42:5, 42:14, 42:15, 42:24, 43:6, 43:10, 43:14, 45:3, 45:24, 46:1, 46:2, 47:16, 48:14, 50:9, 50:22, 50:24, 52:2, 52:13, 52:14, 55:15, 55:19, 56:8, 56:16, 56:22, 56:24, 57:24, 59:3, 59:16, 60:24, 61:21, 64:3, 64:4, 64:10, 65:20, 65:21, 66:11, 67:24, 68:1, 68:10, 68:12, 68:17, 68:24, 69:1, 69:9, 69:12, 69:23, 70:1, 71:2, 71:17, 73:10, 73:15, 80:12, 80:13, 82:5, 84:23, 85:20, 87:3, 88:14, 89:7, 89:20, 91:1, 91:10, 95:8, 96:23, 96:24, 97:16, 99:6, 99:7, 99:15, 99:20, 100:15, 101:10, 102:7, 102:17, 104:13, 104:14, 105:5, 105:13,

105:18, 123:7, 126:24, 128:2, 128:23, 130:20, 131:6, 131:16, 142:19, 142:22, 143:14, 143:19, 143:23
handrich [3] - 13:6, 18:18, 27:3
Handrich [10] - 3:18, 3:21, 12:4, 12:6, 12:7, 12:9, 14:2, 15:6, 35:14
Handrick [1] - 12:6
hands [2] - 84:20, 143:6
hang [1] - 103:13
hard [2] - 53:10, 53:12
head [1] - 30:8
headed [1] - 65:12
heads [3] - 44:8, 85:12, 143:5
health [4] - 16:7, 137:17, 139:21, 140:6
hear [12] - 23:17, 24:14, 31:15, 31:16, 32:3, 32:16, 41:10, 43:2, 84:21, 85:5, 86:13, 144:17
heard [7] - 12:17, 81:23, 85:1, 85:8, 85:11, 144:11, 144:19
hearing [12] - 5:5, 9:8, 16:18, 17:12, 23:7, 23:9, 23:14, 28:11, 32:9, 33:24, 105:11, 105:24
HEARING [1] - 1:7
hearings [1] - 30:24
heart [1] - 131:19
heavy [2] - 59:7, 104:1
Hector [6] - 31:17, 45:10, 45:16, 45:20, 83:4, 83:7
help [12] - 4:20, 21:6, 34:12, 52:21, 56:9, 71:7, 92:14, 94:8, 94:9, 113:25, 130:18, 135:8
helped [4] - 94:13, 94:21, 110:20, 110:21
helping [1] - 60:13
hereby [1] - 146:3
HERNANDEZ [1] - 1:5
Hernandez [7] - 3:4, 4:18, 4:19, 4:23, 5:12, 5:17, 23:11

hide [1] - 111:18
high [2] - 46:8, 46:13
himself [1] - 60:20
hired [1] - 47:10
History [1] - 5:12
history [1] - 18:3
hit [2] - 30:7, 85:9
hold [2] - 34:22, 59:10
holding [2] - 17:23, 87:7
home [8] - 42:3, 42:7, 43:16, 43:19, 48:4, 115:19, 121:16, 140:14
Homestead [1] - 93:6
honestly [1] - 121:14
Honor [68] - 3:2, 3:10, 3:14, 4:6, 4:17, 5:3, 6:14, 6:23, 7:5, 8:6, 8:25, 9:6, 9:15, 9:22, 9:23, 10:12, 10:23, 11:16, 11:22, 12:3, 12:17, 14:19, 16:5, 16:20, 18:1, 18:6, 18:21, 19:12, 24:13, 27:17, 30:7, 30:25, 31:14, 32:12, 34:4, 34:15, 38:19, 38:22, 39:4, 39:13, 39:16, 39:25, 40:13, 50:4, 51:21, 55:2, 56:9, 57:20, 58:24, 60:6, 66:20, 67:23, 72:12, 73:10, 76:11, 80:15, 85:19, 88:19, 99:12, 105:14, 105:23, 106:15, 142:16, 144:4, 144:18, 144:19, 144:25, 145:17
Honor's [2] - 16:10, 59:4
HONORABLE [1] - 1:8
honoring [1] - 34:9
hope [1] - 38:19
hopefully [1] - 142:19
HORNOK [1] - 1:12
Hornok [1] - 4:13
horrible [3] - 85:16, 86:4, 143:4
hospital [1] - 83:25
hospitalized [1] - 16:8
hot [1] - 90:5
hotel [1] - 63:10
hour [1] - 110:2
hours [1] - 11:7
house [16] - 48:6, 48:7, 48:20, 48:21, 64:14, 64:16, 64:20, 64:21, 64:22, 64:24,

65:1, 65:8, 104:23, 115:4, 115:21
**houses** [2] - 18:5, 58:5
**HOWELL** [1] - 1:8
**human** [3] - 72:14, 73:9, 77:23
**Hyundai** [1] - 122:7

**I**

**idea** [2] - 108:15, 127:14
**identification** [10] - 38:2, 41:19, 43:10, 43:13, 48:15, 55:16, 67:4, 111:1, 112:9, 133:4
**identified** [1] - 104:10
**identify** [5] - 3:8, 8:21, 19:11, 42:19, 55:17
**identifying** [1] - 102:8
**identity** [2] - 111:19, 112:4
**illegal** [4] - 83:19, 109:5, 125:6, 133:11
**illegally** [12] - 14:22, 15:8, 26:11, 26:17, 26:24, 93:12, 93:16, 132:23, 133:9, 133:18, 133:23, 135:9
**illness** [1] - 16:15
**imagine** [3] - 15:23, 20:6, 144:25
**immigration** [4] - 94:21, 94:24, 134:4, 134:7
**impair** [1] - 28:7
**import** [1] - 5:21
**important** [5] - 19:17, 30:22, 41:13, 66:14, 66:23
**imposed** [1] - 109:4
**impressed** [1] - 118:9
**impressions** [3] - 117:4, 118:10
**in-court** [1] - 43:13
**in-law's** [1] - 48:6
**in-laws** [1] - 135:18
**incarcerations** [1] - 110:10
**incident** [1] - 137:18
**incidents** [2] - 31:3, 31:9
**include** [1] - 7:9
**included** [1] - 20:19
**including** [3] - 40:8, 67:21, 140:8
**income** [2] - 130:25,

132:18
**inconsistent** [1] - 118:7
**incorporated** [1] - 127:10
**indicate** [1] - 17:19
**indicated** [3] - 17:16, 18:4, 38:24
**indicating** [3] - 43:10, 69:9, 69:23
**indicating)** [2] - 69:8, 69:22
**indictments** [2] - 4:5, 31:2
**Indio** [2] - 76:19, 82:25
**individual** [1] - 104:10
**indulgence** [1] - 104:13
**industry** [1] - 122:25
**inference** [2] - 20:9, 24:7
**inferior** [1] - 117:22
**informant** [3] - 15:5, 26:13, 129:25
**information** [20] - 8:23, 13:21, 19:1, 26:15, 26:21, 28:8, 28:23, 29:17, 29:24, 91:23, 97:8, 97:10, 105:24, 129:11, 131:7, 131:24, 132:8, 132:9, 132:12, 132:15
**initial** [2] - 91:11, 91:12
**inmate** [1] - 9:16
**innocent** [1] - 137:3
**inpatient** [1] - 16:17
**inside** [11] - 55:5, 56:2, 56:10, 57:12, 58:8, 58:13, 58:15, 59:23, 103:2, 103:3, 115:21
**instance** [1] - 99:14
**instead** [2] - 45:6, 75:15
**Inter** [1] - 84:12
**interact** [1] - 68:3
**interpretation** [3] - 65:17, 73:7, 91:16
**INTERPRETER** [34] - 36:3, 36:6, 41:9, 43:1, 44:20, 44:24, 47:3, 47:5, 50:20, 57:19, 64:1, 64:8, 66:9, 68:11, 71:7, 71:9, 71:13, 72:22, 72:24, 73:3, 82:3, 84:17, 85:6, 115:5,

116:20, 116:22, 117:9, 119:7, 120:16, 121:23, 122:1, 125:1, 128:14, 138:20
**Interpreter** [16] - 2:8, 2:9, 47:6, 72:20, 72:24, 78:18, 86:12, 91:15, 103:7, 103:20, 106:4, 116:16, 116:24, 119:16, 127:13, 143:13
**interpreter** [21] - 36:3, 41:9, 43:1, 43:2, 44:20, 44:24, 50:20, 57:19, 64:1, 66:9, 71:7, 72:25, 73:3, 73:4, 82:3, 84:17, 115:5, 117:11, 120:16, 128:15, 138:20
**Interpreters** [1] - 3:5
**interpreters** [1] - 4:25
**interrupt** [5] - 25:18, 37:13, 87:4, 116:10, 123:6
**interview** [2] - 30:1, 107:24
**interviews** [4] - 19:14, 24:2, 33:13, 109:13
**intimidate** [1] - 85:13
**introduce** [1] - 3:16
**introduced** [4] - 45:5, 45:10, 45:20, 46:6
**invented** [2] - 24:4, 24:7, 24:8
**investigated** [1] - 33:11
**investigating** [2] - 29:15, 119:24
**Investigation** [1] - 15:21
**investigation** [1] - 13:7
**investigations** [1] - 31:9
**involuntarily** [5] - 16:7, 16:16, 139:3, 139:5, 139:7
**involve** [1] - 113:15
**involved** [24] - 17:10, 18:9, 18:14, 33:19, 40:10, 40:24, 46:4, 48:12, 50:25, 51:4, 61:5, 61:23, 83:9, 83:12, 83:15, 92:2, 97:2, 97:15, 97:21, 108:16, 109:8, 114:1, 117:8, 117:14

**involvement** [2] - 67:9, 72:1
**involving** [2] - 17:21, 109:9
**Isaac** [1] - 77:2
**Islands** [2] - 17:22, 127:11
**isolation** [1] - 144:14
**issue** [4] - 6:3, 6:25, 7:2, 28:20
**issued** [2] - 7:22, 11:4
**issues** [14] - 5:10, 6:3, 6:11, 6:25, 8:25, 13:5, 32:8, 34:17, 90:2, 120:11, 120:12, 134:6, 139:21, 140:6
**itself** [1] - 57:18
**Ivan** [1] - 90:6

**J**

**Jacqueline** [3] - 37:3, 49:3, 49:6
**jail** [7] - 9:21, 11:13, 108:10, 110:3, 110:11, 110:15, 110:23
**jailed** [1] - 83:7
**January** [1] - 90:12
**Javier** [4] - 20:23, 23:23, 87:24, 118:18
**Jencks** [1] - 7:15
**Jewish** [5] - 113:12, 113:18, 113:21, 113:22, 113:24
**Jews** [1] - 113:20
**Jimmy** [1] - 54:13
**Joaquin** [2] - 14:24, 44:6
**job** [7] - 18:15, 46:24, 47:7, 51:5, 51:7, 122:9, 138:25
**jobs** [1] - 70:7
**joke** [3] - 103:13, 104:2
**Jonathan** [1] - 4:13
**JONATHAN** [1] - 1:12
**jonathan.hornok@ usdoj.gov** [1] - 1:15
**Jorge** [2] - 22:5, 23:23, 30:6
**Jose** [2] - 111:8, 124:25
**Joseph** [1] - 125:2
**Juarez** [3] - 78:6, 98:14, 100:25
**Judge** [5] - 24:20, 35:15, 128:2, 144:19, 145:2

**JUDGE** [1] - 1:8
**judge** [7] - 84:7, 89:25, 98:19, 100:24, 102:13, 105:7, 130:20
**July** [1] - 144:20
**June** [2] - 137:18, 139:6
**Junior** [1] - 141:1
**jury** [1] - 60:17
**Justice** [2] - 90:4, 110:20

**K**

**keep** [6] - 13:18, 14:5, 74:17, 74:25, 93:20, 115:4
**KENNETH** [1] - 1:11
**Kevin** [1] - 142:12
**key** [1] - 33:25
**kicks** [1] - 75:3
**kid** [1] - 37:4
**kidnapped** [17] - 19:18, 32:4, 32:5, 78:20, 81:22, 82:12, 84:13, 86:6, 88:1, 105:4, 109:7, 115:17, 121:1, 135:23, 136:9, 137:9, 141:6
**kidnapping** [17] - 20:12, 21:5, 28:2, 28:3, 31:6, 32:2, 82:12, 83:22, 88:16, 88:17, 89:3, 89:5, 105:3, 136:12, 137:4, 141:9, 142:23
**kill** [5] - 92:11, 136:23, 137:8, 137:12, 137:19
**killed** [5] - 85:15, 88:6, 92:13, 92:23, 137:4
**killing** [1] - 85:11
**killings** [2] - 83:18, 83:20
**kilo** [1] - 118:11
**kilogram** [1] - 75:15
**kilograms** [1] - 5:20
**kilos** [6] - 59:19, 62:17, 71:25, 106:24, 118:11, 127:25
**kind** [19] - 23:4, 30:21, 37:21, 47:11, 59:23, 63:13, 65:7, 68:2, 97:13, 108:16, 114:18, 120:12, 121:2, 121:12, 122:6, 122:9,

124:22, 124:23,
134:24
**kippah** [1] - 113:19
**Kirk** [2] - 3:18, 3:21
**KIRK** [1] - 1:11
**kirk.Handrich@**
  **usdoj.gov** [1] - 1:15
**knowing** [1] - 118:8
**knowledge** [3] - 4:11,
88:23, 99:13
**known** [5] - 19:19,
19:20, 79:21,
101:24, 118:19
**knows** [7] - 16:2, 18:6,
18:21, 28:25, 51:24,
99:5, 107:14
**Kotelly** [2] - 144:19,
145:2
**KYLE** [1] - 1:16
**Kyle** [4] - 2:8, 4:1, 4:2,
4:15

---

### L

**laboring** [1] - 16:14
**lack** [1] - 139:15
**Lagartija** [1] - 76:3
**Language** [2] - 2:8,
2:9
**language** [2] - 85:17,
85:19
**large** [5] - 18:8, 21:13,
83:13, 109:8, 118:15
**las** [1] - 83:25
**last** [13] - 6:3, 17:6,
17:8, 18:10, 20:24,
22:5, 23:8, 56:21,
85:4, 86:18, 104:15,
104:19, 132:5
**laughing** [4] - 103:17,
103:22, 116:15,
116:17
**launder** [2] - 76:23,
77:12
**laundered** [1] - 31:20
**launderer** [2] - 119:13,
141:7
**launderers** [1] - 31:20
**laundering** [18] - 18:3,
18:11, 18:14, 18:21,
19:7, 22:8, 76:13,
76:14, 84:4, 88:1,
90:16, 92:2, 97:21,
101:12, 109:9,
120:14, 120:23,
135:15
**law** [26] - 5:23, 13:7,
13:18, 27:13, 28:22,

28:23, 30:4, 33:1,
46:16, 46:17, 46:19,
48:3, 66:25, 89:10,
89:24, 90:9, 93:25,
99:2, 100:23,
100:24, 104:6,
107:25, 116:5,
120:4, 141:12,
144:22
**law's** [1] - 48:6
**laws** [1] - 135:18
**lawyer** [5] - 29:1, 91:2,
123:23, 125:11,
125:19
**lawyers** [2] - 15:11,
60:14
**lay** [1] - 99:16
**lead** [1] - 41:24
**leader** [2] - 5:25, 21:4
**leading** [18] - 41:12,
41:13, 41:15, 41:20,
41:23, 45:22, 45:23,
50:8, 52:8, 52:11,
60:11, 60:13, 60:21,
67:23, 80:10, 99:4,
102:13, 143:10
**learn** [11] - 37:5,
44:15, 44:19, 46:3,
63:24, 64:6, 65:25,
66:8, 66:12, 71:19,
82:21
**learned** [8] - 37:8,
37:15, 40:10, 41:2,
45:9, 119:23,
133:23, 144:6
**least** [3] - 19:9, 29:11,
109:21
**leave** [6] - 8:25, 16:3,
111:21, 134:12,
143:17
**Lebanese** [1] - 22:6
**lectern** [1] - 3:8
**led** [1] - 74:10
**left** [13] - 7:8, 48:23,
48:25, 49:6, 49:7,
49:18, 57:15, 74:5,
84:2, 89:22, 104:18,
104:21, 138:7
**left-hand** [1] - 48:23
**legal** [6] - 25:6, 25:11,
60:22, 93:23, 99:5,
100:8
**legitimate** [2] -
124:18, 126:5
**lend** [2] - 86:21, 86:24
**lent** [1] - 135:19
**less** [4] - 94:5, 109:16,
113:25, 142:19
**letter** [3] - 24:24,
26:16, 26:20

**leukemia** [3] - 86:15,
86:19, 86:23
**level** [5] - 5:18, 5:20,
13:10, 88:2, 117:15
**levels** [2] - 5:22, 5:24
**Leyva** [7] - 14:23,
31:17, 31:18, 45:16,
82:15, 101:13,
109:22
**Leyvas** [3] - 76:19,
78:13, 83:3
**liability** [5] - 33:8,
33:12, 34:6, 124:19,
125:8
**LICEN** [2] - 71:10,
71:12
**Licenciado** [16] - 66:4,
66:7, 66:12, 66:13,
66:14, 67:19, 68:11,
69:2, 70:25, 71:5,
71:8, 71:9, 103:18,
104:8, 104:10
**Licenciado's** [1] -
71:19
**license** [1] - 106:6
**lie** [2] - 86:20, 111:23
**life** [9] - 18:20, 28:3,
35:23, 85:14, 93:18,
120:12, 121:2,
121:14, 143:9
**lifestyle** [2] - 120:7,
121:13
**light** [1] - 48:24
**light-colored** [1] -
48:24
**likely** [2] - 32:17,
113:25
**line** [1] - 28:1
**liquid** [1] - 54:4
**list** [2] - 17:5, 24:16
**listen** [2] - 17:14,
124:14
**live** [8] - 92:25, 121:2,
121:5, 121:6,
121:12, 121:14,
121:15, 143:6
**lived** [5] - 39:21, 48:6,
63:25, 64:7, 114:7
**living** [11] - 21:8, 23:2,
31:23, 37:23, 42:3,
47:9, 48:2, 48:4,
50:19, 51:6, 82:8
**load** [4] - 62:11, 62:13,
62:16, 74:19
**loaded** [3] - 55:23,
115:4, 115:12
**loads** [7] - 54:10, 61:3,
62:14, 65:10, 67:11,
107:1, 115:25
**local** [1] - 27:13

**locate** [1] - 87:17
**located** [3] - 48:21,
84:9, 84:10
**location** [3] - 50:1,
50:12, 84:8
**locations** [1] - 38:8
**Lomas** [1] - 84:12
**look** [6] - 12:10, 56:8,
104:6, 113:17,
113:25, 138:25
**looked** [5] - 5:9,
56:25, 64:22, 69:8,
117:24
**looking** [3] - 28:22,
29:17, 48:24, 50:1,
55:21
**looks** [5] - 16:2, 39:12,
56:20
**loose** [1] - 39:14
**lose** [1] - 82:1
**losing** [2] - 31:4,
47:24
**losses** [2] - 21:16,
21:18
**lost** [10] - 21:21, 31:5,
96:3, 118:18,
118:25, 119:2,
119:13, 119:20,
120:13, 120:21
**LOTH** [1] - 146:3
**Loth** [2] - 2:10, 146:13
**low** [3] - 74:13, 74:20,
88:4
**low-grade** [1] - 74:13
**low-quality** [1] - 74:20
**LTD** [1] - 127:10
**luggage** [1] - 73:2
**Luis** [1] - 140:9
**lunch** [3] - 68:19,
89:15, 89:22
**luncheon** [1] - 89:16
**LYS** [1] - 71:6

---

### M

**M-O-N-T-A-N-E-R** [1] -
36:6
**ma'am** [2] - 124:21,
131:11
**machine** [3] - 2:12,
57:21, 57:22
**magazine** [1] - 115:15
**major** [2] - 40:9, 43:22
**Maldonado** [1] - 77:2
**man** [1] - 49:17
**managed** [1] - 136:12
**manner** [1] - 146:10
**Manuel** [2] - 77:5, 90:3
**Manzanillo** [2] - 63:18,
63:20

**map** [5] - 38:6, 38:8,
38:12, 38:19, 39:24
**March** [3] - 128:12,
129:15, 131:23
**marijuana** [2] - 37:22,
37:24
**MARIO** [2] - 35:3,
35:22
**Mario** [3] - 12:15,
12:22, 35:20
**mark** [4] - 116:18,
116:19, 116:22,
118:12
**marked** [4] - 38:2,
39:25, 85:14
**markings** [5] - 116:1,
116:11, 116:12,
117:3, 118:8
**marks** [4] - 116:4,
116:14, 116:18,
118:11, 118:12
**marriage** [1] - 37:2
**married** [2] - 46:20,
48:3
**marrow** [1] - 86:14
**Martin** [2] - 4:1, 4:2
**MARTIN** [1] - 1:16
**Martinez** [1] - 111:12
**mask** [1] - 144:15
**material** [2] - 7:16,
29:23
**materials** [2] - 8:19,
8:20
**matter** [6] - 3:6, 15:9,
18:16, 22:1, 60:22,
93:18
**matters** [3] - 9:1,
11:24, 19:12
**Mayo** [3] - 31:17,
76:17, 114:12
**mean** [31] - 12:8,
15:13, 19:22, 21:4,
23:9, 23:22, 27:21,
28:4, 28:5, 28:6,
63:4, 68:9, 68:11,
69:16, 72:22, 83:6,
92:13, 92:25, 94:8,
95:15, 100:10,
100:18, 106:7,
111:24, 120:25,
122:16, 122:25,
123:1, 124:24,
131:14, 139:5
**meaning** [6] - 25:5,
41:4, 75:6, 96:1,
143:3, 143:16
**means** [5] - 21:5, 25:6,
71:14, 74:23, 136:6
**meant** [5] - 53:11,
55:2, 69:14, 113:17,

137:9
**medical** [8] - 16:9,
27:6, 27:7, 27:10,
32:22, 32:23, 33:1,
33:4
**medication** [2] -
139:17, 139:21
**medications** [1] -
140:5
**medieval** [1] - 65:6
**meet** [7] - 41:3, 41:6,
62:19, 90:17, 90:21,
97:12, 99:21
**meeting** [9] - 43:22,
44:1, 44:11, 62:23,
84:1, 91:5, 91:11,
91:13, 91:17
**meetings** [2] - 103:9,
103:11, 144:24
**MELANIE** [1] - 1:11
**Melanie** [1] - 3:11
**melanie.alsworth2@**
**usdoj.gov** [1] - 1:14
**Memo** [2] - 76:3, 76:15
**memo** [1] - 77:8
**memorandum** [8] -
6:25, 7:2, 7:18, 7:22,
7:23, 8:9, 8:16, 9:3
**memory** [2] - 28:6,
143:8
**men** [3] - 70:17, 77:6,
86:15
**mental** [8] - 16:7,
137:17, 138:13,
139:3, 139:7,
139:21, 140:6, 143:7
**mention** [1] - 19:15
**mentioned** [5] - 22:17,
76:6, 76:25, 82:11,
82:14
**messages** [1] - 141:22
**messaging** [1] -
141:17
**met** [11] - 22:16,
79:14, 79:21, 90:23,
92:1, 100:1, 102:24,
103:1, 103:2, 112:7,
140:17
**metal** [5] - 58:22,
58:25, 59:5, 59:24,
60:1
**method** [1] - 134:19
**Mexican** [12] - 18:5,
19:25, 41:6, 54:15,
87:1, 101:22,
110:13, 111:9,
135:23, 136:1, 136:6
**Mexico** [56] - 31:23,
33:20, 38:6, 40:2,
40:11, 42:9, 45:1,

50:11, 50:12, 50:13,
50:14, 50:17, 51:8,
51:12, 51:13, 51:15,
51:16, 52:4, 52:19,
53:1, 53:4, 53:17,
53:25, 54:20, 62:22,
62:24, 63:3, 63:6,
63:8, 63:20, 63:24,
64:5, 66:21, 70:12,
73:19, 74:4, 78:6,
84:5, 84:9, 84:10,
92:14, 98:12, 98:14,
99:3, 99:8, 107:19,
107:20, 107:22,
108:1, 108:24,
109:5, 114:7,
118:16, 140:14
**Miami** [4] - 21:9, 93:3,
93:4, 93:8
**microphone** [2] -
17:12, 37:10
**mid** [1] - 80:8
**might** [10] - 13:19,
23:2, 23:18, 33:14,
34:5, 37:11, 50:6,
56:20, 96:8, 126:9
**Miguel** [3] - 44:14,
49:16
**milligram** [1] - 140:4
**millimeter** [1] - 114:20
**million** [20] - 17:6,
21:21, 31:5, 31:24,
72:19, 73:2, 73:24,
74:1, 78:24, 81:12,
85:10, 109:18,
109:21, 118:18,
118:25, 119:2,
119:13, 136:19
**millions** [5] - 73:5,
73:11, 78:17, 78:18,
119:20
**mind** [1] - 128:21
**minute** [7] - 11:10,
34:20, 34:24, 59:22,
85:3, 98:9, 142:19
**minutes** [4] - 11:14,
35:2, 110:3, 126:16
**miss** [2] - 6:16, 6:22
**missed** [1] - 11:19
**misspoke** [1] - 24:21
**misunderstood** [2] -
91:9, 131:14
**Mochomo** [2] - 83:4,
83:10
**Moises** [1] - 111:11
**moment** [9] - 56:23,
69:3, 85:21, 104:13,
105:19, 105:20,
130:18, 135:8,
143:19

**money** [103] - 18:3,
18:8, 18:11, 18:14,
18:20, 19:4, 19:7,
21:11, 22:8, 22:15,
31:4, 31:20, 31:24,
34:7, 37:6, 37:16,
45:15, 45:17, 47:24,
51:2, 72:2, 72:9,
72:13, 72:14, 72:15,
73:18, 73:21, 73:23,
74:25, 75:16, 76:4,
76:13, 76:14, 76:23,
77:14, 77:21, 78:9,
78:11, 78:12, 78:14,
79:7, 79:18, 80:23,
81:1, 81:2, 81:4,
81:8, 81:10, 83:1,
83:15, 84:2, 84:4,
86:25, 88:1, 90:2,
90:16, 92:2, 97:18,
97:21, 98:12, 98:16,
99:23, 101:12,
101:17, 101:18,
101:20, 101:21,
102:11, 102:15,
102:21, 104:4,
108:24, 109:9,
109:24, 119:13,
119:17, 119:20,
120:5, 120:13,
120:14, 120:21,
120:23, 124:9,
128:22, 128:24,
129:5, 129:10,
130:1, 130:4,
130:10, 130:15,
130:23, 130:24,
130:25, 131:17,
132:5, 135:14,
135:15, 135:17,
135:19, 141:7
**Montaner** [1] - 36:2
**month** [2] - 90:12,
128:14
**morally** [1] - 120:3
**morning** [18] - 3:9,
3:10, 3:13, 4:17,
4:23, 4:24, 7:6, 7:10,
8:3, 8:6, 8:13, 8:15,
15:19, 29:12, 35:18,
69:4, 144:3, 145:23
**most** [3] - 19:5, 30:21,
32:4
**mostly** [1] - 75:9
**mother** [1] - 36:22
**motion** [7] - 8:11,
8:22, 10:1, 10:21,
11:12, 69:13, 69:24
**motions** [1] - 7:8
**motor** [1] - 135:3

**mouth** [1] - 60:16
**movable** [1] - 37:10
**move** [15] - 12:1,
17:12, 37:9, 40:13,
43:5, 53:3, 56:10,
56:12, 56:21, 74:3,
79:18, 85:21, 96:23,
98:12, 107:3
**moved** [15] - 48:4,
52:25, 53:1, 54:19,
56:14, 62:22, 63:3,
89:8, 106:24,
108:24, 109:13,
109:17, 109:20,
109:24
**moving** [7] - 4:12,
37:24, 45:17, 45:21,
78:23, 89:10
**MR** [210] - 8:6, 12:7,
12:12, 12:15, 12:17,
12:20, 13:1, 13:4,
14:3, 14:7, 14:14,
14:18, 15:18, 16:25,
17:5, 17:13, 17:16,
19:21, 20:4, 20:17,
20:21, 20:23, 21:20,
22:4, 22:12, 22:14,
23:21, 24:1, 24:20,
25:5, 25:10, 25:14,
25:22, 25:24, 26:14,
27:7, 27:21, 28:15,
29:3, 29:5, 29:9,
29:13, 29:16, 30:7,
30:18, 34:3, 34:14,
34:22, 35:15, 35:17,
36:10, 37:14, 38:1,
38:5, 38:18, 38:22,
38:23, 39:2, 39:11,
39:16, 39:20, 40:13,
40:19, 41:7, 41:11,
41:17, 42:1, 42:2,
42:5, 42:14, 42:15,
42:24, 43:6, 43:10,
43:14, 45:3, 45:22,
45:24, 46:1, 46:2,
47:16, 48:14, 50:4,
50:9, 50:22, 50:24,
51:21, 51:24, 52:2,
52:8, 52:13, 52:14,
55:15, 55:19, 56:8,
56:9, 56:16, 56:22,
56:24, 57:24, 59:3,
59:16, 60:6, 60:19,
60:24, 61:21, 64:3,
64:4, 64:10, 65:20,
65:21, 66:11, 67:23,
67:24, 68:1, 68:10,
68:12, 68:17, 68:24,
69:1, 69:9, 69:12,
69:23, 70:1, 71:2,

71:17, 73:10, 73:15,
80:9, 80:12, 80:13,
82:5, 84:23, 85:20,
87:3, 88:14, 88:19,
89:7, 89:20, 91:1,
91:10, 95:3, 95:8,
96:23, 96:24, 97:16,
99:4, 99:6, 99:7,
99:12, 99:15, 99:20,
100:7, 100:15,
101:10, 102:7,
102:13, 102:17,
104:13, 104:14,
105:5, 105:10,
105:13, 105:18,
105:23, 106:15,
106:18, 115:11,
117:2, 117:12,
119:10, 120:20,
121:7, 121:10,
121:11, 121:24,
122:3, 123:7,
125:25, 126:24,
127:8, 128:2, 128:9,
128:16, 128:18,
128:20, 128:23,
128:25, 129:3,
130:20, 131:6,
131:9, 131:11,
131:13, 131:16,
132:21, 138:22,
138:23, 142:3,
142:6, 142:7,
142:15, 142:19,
142:22, 143:10,
143:14, 143:19,
143:23, 144:11,
144:18
**MS** [32] - 3:10, 3:14,
3:21, 3:23, 4:1, 4:6,
4:17, 6:14, 6:23, 7:5,
7:12, 7:14, 7:19,
7:24, 9:6, 9:15, 9:17,
9:19, 9:22, 10:5,
10:8, 10:16, 10:22,
11:16, 11:22, 12:3,
38:15, 39:13, 144:4,
145:9, 145:17,
145:21
**murdered** [4] - 32:5,
32:6, 85:22, 86:1
**must** [2] - 41:20,
110:6
**mustache** [1] - 49:17

## N

**N-C-I-A-D-O** [1] -
71:13
**Nacho** [1] - 76:17
**NADDIS** [1] - 16:1

**nail** [1] - 30:7
**name** [41] - 3:20, 14:8, 14:12, 15:25, 20:24, 22:5, 35:7, 35:18, 37:3, 40:20, 42:20, 42:22, 43:11, 44:3, 54:12, 54:13, 71:3, 71:19, 77:1, 77:4, 77:5, 77:9, 77:10, 90:3, 90:8, 96:14, 96:18, 102:1, 102:6, 103:15, 103:21, 106:12, 111:5, 111:7, 111:11, 111:15, 112:1, 122:18, 122:20, 124:24
**named** [3] - 102:19, 119:3, 119:13
**names** [10] - 13:23, 18:24, 35:24, 43:25, 76:6, 79:9, 79:10, 79:12, 102:4, 142:11
**Narcotic** [1] - 3:23
**Narcotics** [1] - 4:14
**narcotics** [1] - 40:24
**Nassau** [1] - 90:12
**national** [1] - 22:7
**NDDS** [1] - 3:19
**NE** [1] - 1:13
**necessary** [1] - 56:13
**need** [14] - 5:7, 12:19, 23:17, 23:19, 23:25, 24:10, 28:24, 32:20, 75:9, 83:21, 86:25, 92:14, 125:4
**needed** [5] - 7:7, 51:2, 77:21, 87:1, 134:12
**needs** [5] - 4:9, 15:25, 100:8, 115:5, 120:16
**negative** [1] - 144:23
**never** [19] - 14:21, 15:22, 17:5, 17:13, 21:25, 29:16, 70:20, 96:11, 108:12, 108:14, 112:17, 117:7, 117:8, 117:13, 117:14, 117:24, 117:25, 118:7, 128:11
**never-ending** [1] - 17:5
**new** [2] - 6:3, 6:20
**New** [5] - 14:25, 19:23, 20:25, 22:8, 22:10
**news** [1] - 145:22
**next** [15] - 3:18, 3:19, 4:1, 4:14, 9:11, 49:6, 49:12, 49:22, 52:24, 54:9, 64:17, 70:10,

75:24, 84:24, 144:25
**Nextel** [2] - 80:4, 80:7
**nice** [1] - 4:21
**nicely** [1] - 39:9
**nickname** [11] - 20:4, 43:11, 76:25, 77:2, 77:4, 77:5, 77:9, 77:10, 103:15, 135:24, 140:9
**nicknames** [4] - 35:24, 79:10, 79:11, 140:8
**night** [4] - 18:10, 64:20, 108:10, 110:2
**nightmares** [4] - 137:24, 139:13, 143:5
**nights** [1] - 104:19
**nine** [1] - 37:1
**Nino** [1] - 90:3
**Nissan** [3] - 122:7
**Niño** [1] - 77:5
**nobody** [1] - 47:25
**noise** [1] - 80:17
**none** [1] - 115:21
**nonetheless** [1] - 137:7
**nonleading** [1] - 60:7
**normally** [1] - 30:22
**note** [2] - 138:7, 138:8
**notebook** [3] - 39:6, 39:8, 39:9
**noted** [1] - 16:6
**notes** [3] - 30:11, 30:23, 146:5
**nothing** [6] - 9:19, 9:23, 24:12, 28:9, 81:23, 142:15
**notice** [3] - 4:9, 19:6, 26:12
**notified** [1] - 137:19
**November** [1] - 119:11
**Novick** [3] - 2:8, 4:15, 23:25
**null** [1] - 146:8
**number** [12] - 5:6, 23:13, 23:15, 27:5, 28:10, 30:10, 116:25, 123:8, 125:25, 126:1, 126:10, 126:17
**numbers** [2] - 126:9, 138:14
**NW** [1] - 2:4

### O

**o'clock** [3] - 68:19, 89:13, 89:15
**oath** [4] - 28:8, 68:25,

123:14, 123:25
**object** [4] - 27:25, 41:13, 41:20, 99:12
**objecting** [1] - 5:13
**objection** [25] - 11:11, 40:16, 41:7, 41:10, 41:22, 41:25, 45:22, 50:4, 50:7, 52:8, 60:6, 60:13, 60:22, 67:23, 80:9, 95:3, 99:4, 100:7, 105:9, 105:11, 128:2, 128:8, 128:23, 130:20, 143:10
**observe** [1] - 69:5
**obvious** [1] - 145:3
**obviously** [6] - 6:18, 27:10, 27:14, 29:20, 36:15, 95:17
**occasion** [1] - 63:7
**occupation** [1] - 37:24
**occur** [2] - 16:13, 134:12
**occurred** [7] - 27:12, 31:10, 54:2, 74:7, 74:11, 75:2, 142:23
**OF** [3] - 1:1, 1:3, 1:7
**offense** [5] - 5:18, 5:20, 5:22, 5:24, 133:20
**offered** [1] - 136:19
**office** [8] - 10:9, 10:10, 66:24, 72:7, 74:22, 75:1, 123:8, 126:1
**officer** [2] - 20:1, 68:6
**officers** [4] - 5:23, 33:2, 100:22, 111:14
**offices** [1] - 58:5
**Official** [1] - 2:11
**official** [2] - 99:3, 146:14
**officially** [1] - 91:20
**officials** [2] - 68:2, 90:9
**offloaded** [4] - 56:3, 61:24, 63:15, 63:17
**often** [3] - 61:3, 81:4, 98:25
**oil** [11] - 53:20, 54:11, 54:21, 55:4, 55:5, 57:11, 58:11, 71:21, 74:3, 102:24, 128:1
**old** [6] - 23:6, 36:11, 37:18, 41:5, 41:15, 46:17
**older** [5] - 40:9, 40:20, 40:22, 40:23, 48:11
**Olga** [2] - 2:9, 3:6
**once** [10] - 54:2, 55:2,

55:4, 57:25, 58:2, 62:22, 64:17, 65:1, 104:17, 144:13
**one** [59] - 9:4, 9:7, 12:18, 16:22, 17:8, 17:20, 19:16, 20:5, 20:20, 21:10, 22:4, 23:15, 25:19, 30:10, 38:13, 39:7, 41:8, 44:8, 48:25, 59:14, 64:5, 67:12, 68:19, 75:10, 76:21, 80:1, 83:16, 85:3, 86:10, 86:15, 87:6, 89:13, 90:2, 90:21, 94:17, 95:15, 97:5, 99:23, 102:2, 103:2, 104:8, 104:13, 105:20, 106:6, 109:12, 111:11, 113:1, 114:12, 117:9, 124:25, 126:10, 126:22, 127:15, 136:12, 140:4, 142:3, 142:14, 144:6, 144:21
**one-year** [2] - 17:20, 127:15
**ones** [2] - 112:11, 137:9
**ongoing** [1] - 31:9
**open** [4] - 56:6, 57:12, 59:10
**opening** [1] - 57:22
**openings** [1] - 55:9
**operation** [7] - 61:23, 76:9, 76:11, 77:11, 78:19, 78:22, 79:3
**operator** [1] - 138:14
**opined** [1] - 18:10
**opinion** [3] - 8:10, 8:17, 16:11
**opportunity** [3] - 125:18, 126:13, 126:25
**opposed** [2] - 18:17, 138:3
**opposite** [1] - 4:12
**options** [1] - 141:14
**orange** [1] - 43:9
**order** [23] - 6:25, 7:2, 7:9, 7:11, 7:18, 7:20, 7:21, 7:22, 7:23, 8:10, 8:17, 8:22, 9:3, 10:3, 10:21, 10:23, 11:4, 11:11, 23:1, 33:22, 60:1
**orders** [1] - 30:19
**organization** [8] - 21:15, 31:18, 70:5,

72:13, 82:16, 82:19, 82:22, 128:17
**organizations** [1] - 136:2
**organizer** [1] - 5:25
**origin** [1] - 134:13
**originate** [1] - 53:23
**Orlando** [1] - 54:13
**ourselves** [1] - 90:4
**outfit** [1] - 48:24
**outlined** [1] - 30:12
**outside** [3] - 12:20, 12:22, 118:11
**outskirts** [1] - 84:10
**outstanding** [1] - 118:15
**overhear** [1] - 44:15
**overproduction** [1] - 29:23
**Overruled** [1] - 52:1
**overruled** [2] - 102:14, 143:11
**overseas** [2] - 124:10, 124:18
**owe** [3] - 110:6, 118:25, 134:9
**owed** [4] - 21:11, 21:19, 119:19, 120:5
**owing** [1] - 22:15
**own** [12] - 48:5, 60:15, 76:1, 76:8, 120:10, 121:16, 121:22, 121:25, 122:6, 122:14
**owns** [1] - 17:9

### P

**P-I-N-E-D-O** [2] - 35:10, 35:22
**P-U-I-G** [1] - 29:3
**P-U-J-O** [1] - 54:12
**pack** [1] - 77:17
**packed** [2] - 72:16, 73:9
**page** [5] - 5:9, 55:17, 56:8, 56:23, 57:3
**pages** [1] - 55:17
**paid** [22] - 34:7, 68:7, 68:14, 72:6, 75:10, 93:7, 94:14, 97:7, 97:9, 97:10, 97:18, 97:19, 98:15, 98:19, 109:1, 110:2, 123:1, 128:11, 128:22, 128:24, 129:18, 135:9
**Paisa** [7] - 76:16, 76:19, 77:3, 78:14, 92:8, 92:10, 92:15

**Palisades** [1] - 122:7
**Panama** [7] - 77:21, 88:3, 89:8, 89:10, 89:14, 90:1, 119:15
**paper** [3] - 39:14, 106:5, 106:8
**paperwork** [2] - 4:7, 24:22
**Paralegal** [1] - 2:7
**paralegal** [1] - 3:17
**parents** [1] - 12:8
**part** [13] - 30:22, 38:7, 41:24, 50:5, 50:6, 60:2, 62:6, 66:18, 66:25, 80:5, 83:8, 132:11, 132:12
**participants** [1] - 5:25
**participate** [3] - 83:20, 96:17, 107:10
**participated** [2] - 107:7, 107:9
**particular** [4] - 19:17, 69:19, 78:4, 99:14
**particularly** [1] - 124:10
**parties** [3] - 3:7, 5:11, 5:16
**partner** [10] - 44:22, 60:3, 68:13, 68:15, 75:4, 82:25, 92:16, 92:20, 104:11, 122:17
**partners** [14] - 41:3, 42:16, 43:21, 52:17, 52:18, 54:7, 54:10, 58:6, 58:7, 76:22, 90:3, 107:5, 123:1, 124:25
**parts** [2] - 34:1, 40:8
**party** [2] - 14:13, 146:10
**Pasage** [3] - 124:25, 125:1, 125:2
**pass** [1] - 110:23
**passed** [1] - 26:21
**passenger** [1] - 101:6
**passengers** [2] - 101:3, 101:6
**passport** [7] - 111:3, 111:16, 111:22, 111:25, 112:8, 113:6, 113:8
**passports** [4] - 111:9, 111:18, 112:11, 112:24
**past** [1] - 143:2
**patient** [1] - 34:25
**patrols** [1] - 84:3
**pay** [15] - 34:6, 51:2, 67:19, 67:21, 68:4,

74:15, 75:9, 75:14, 78:2, 98:21, 98:23, 107:19, 135:6, 135:12
**paying** [7] - 47:25, 99:17, 99:18, 99:23, 100:14, 101:17, 132:1
**payment** [5] - 130:1, 131:24, 132:7, 136:15
**payments** [4] - 101:21, 129:21, 131:17, 132:2
**pays** [1] - 130:10
**peaceful** [1] - 121:14
**penalty** [1] - 108:15
**pending** [2] - 88:20, 137:14
**Pennsylvania** [1] - 2:4
**people** [75] - 15:11, 19:8, 20:15, 20:16, 20:18, 20:19, 20:20, 24:5, 30:1, 30:13, 31:11, 32:4, 32:5, 42:9, 49:1, 51:18, 56:11, 56:12, 57:4, 58:15, 61:23, 65:14, 65:22, 65:25, 66:5, 67:13, 67:14, 67:17, 68:2, 70:2, 70:3, 70:6, 70:9, 70:14, 71:4, 72:12, 72:16, 76:2, 76:20, 76:21, 77:25, 78:23, 79:9, 79:20, 84:1, 84:22, 85:11, 85:12, 85:15, 85:22, 85:25, 86:5, 87:6, 87:21, 88:9, 88:10, 92:9, 92:12, 93:19, 97:15, 98:15, 100:5, 100:16, 107:19, 107:21, 108:1, 113:24, 117:17, 119:18, 120:5, 121:7, 135:5, 136:22, 145:2
**per** [4] - 74:18, 75:15, 78:13, 78:15
**perceive** [1] - 143:1
**percent** [1] - 77:15
**perhaps** [4] - 15:14, 39:7, 105:25, 145:8
**period** [22] - 15:4, 18:9, 28:14, 42:12, 48:8, 61:15, 61:17, 62:18, 72:2, 79:25, 81:18, 81:19, 82:2, 82:7, 89:9, 97:2, 97:21, 101:14,

103:8, 109:21, 127:15, 131:23
**periods** [2] - 110:10, 110:15
**permissible** [1] - 41:12
**permit** [1] - 106:5
**pero** [1] - 102:4
**person** [36] - 13:18, 15:24, 17:6, 20:23, 23:2, 26:13, 28:4, 28:5, 28:6, 34:25, 42:19, 48:25, 49:2, 49:5, 49:6, 49:7, 49:9, 49:12, 49:13, 54:18, 58:13, 66:14, 67:19, 68:4, 72:18, 72:21, 80:2, 82:12, 87:10, 90:7, 99:21, 103:3, 113:12, 113:18, 138:11
**person's** [3] - 15:25, 49:17, 77:1
**personal** [2] - 115:17, 120:11
**personally** [4] - 58:8, 58:12, 115:25, 124:22
**persons** [1] - 19:15
**perspective** [1] - 15:12
**Peru** [1] - 77:20
**pesos** [2] - 72:21, 87:2
**PGR** [2] - 66:19, 66:20
**phone** [20] - 29:11, 33:9, 34:4, 80:3, 80:4, 80:7, 80:15, 80:16, 86:16, 86:21, 86:24, 87:6, 87:9, 101:25, 123:8, 123:10, 126:8, 126:17, 126:18, 127:1
**phonetic** [7] - 66:3, 82:15, 84:11, 84:12, 101:24, 102:6, 119:3
**phonetic)** [5] - 66:4, 76:4, 102:5, 111:8, 124:25
**phony** [2] - 110:25, 111:9
**photo** [6] - 48:21, 49:12, 49:13, 50:1, 50:2, 50:10
**photocopied** [1] - 146:9
**photograph** [7] - 48:16, 48:19, 49:1, 49:9, 50:17, 56:19, 56:21

**photographs** [1] - 101:5
**phrase** [1] - 91:4
**pick** [1] - 10:9
**pictures** [2] - 65:5, 141:25
**piece** [1] - 106:8
**pill** [1] - 140:4
**PINEDO** [1] - 35:3
**Pinedo** [67] - 8:7, 12:16, 12:22, 13:7, 13:15, 13:23, 13:25, 14:4, 14:5, 14:9, 14:13, 14:16, 18:3, 18:12, 18:19, 19:4, 19:16, 19:17, 20:12, 20:15, 21:10, 21:17, 21:19, 21:20, 22:15, 22:20, 23:1, 24:3, 27:15, 28:13, 28:19, 28:21, 31:15, 35:5, 35:6, 35:8, 35:9, 35:10, 35:11, 35:20, 37:1, 37:9, 106:19, 108:23, 113:17, 114:15, 116:9, 117:17, 118:14, 120:13, 121:4, 123:13, 126:13, 127:9, 128:10, 129:4, 130:15, 130:19, 132:22, 135:23, 137:14, 137:16, 138:12, 139:3, 140:8, 141:6, 143:16
**Pinedo's** [3] - 13:16, 19:6, 22:9
**pistol** [1] - 114:16
**place** [11] - 26:2, 39:7, 40:3, 41:12, 48:5, 61:16, 65:3, 84:11, 89:14, 111:19
**placed** [2] - 10:8, 53:22
**places** [1] - 18:24
**plan** [1] - 18:12
**plane** [2] - 63:22, 98:16
**planning** [1] - 68:19
**planting** [1] - 60:15
**play** [1] - 21:1
**playground** [1] - 65:3
**pleadings** [1] - 8:16
**pled** [3] - 30:13, 30:15, 31:11
**point** [12] - 27:5, 28:9, 29:11, 68:16, 72:18, 79:2, 87:9, 93:24, 100:7, 113:23,

123:4, 145:14
**pointed** [2] - 31:3, 43:7
**pointer** [1] - 69:11
**police** [13] - 19:25, 66:25, 67:22, 68:6, 84:14, 84:16, 87:17, 87:18, 87:22, 87:25, 88:7, 101:1, 111:14
**port** [5] - 54:2, 55:24, 56:2, 63:16, 68:3
**portion** [6] - 38:6, 39:24, 62:5, 62:7, 65:15, 65:23
**portions** [1] - 30:20
**ports** [2] - 54:1, 67:20
**position** [6] - 5:7, 22:5, 24:3, 27:24, 66:16, 127:24
**positive** [5] - 144:7, 144:13, 144:15, 145:1, 145:2
**possible** [3] - 6:19, 96:19, 145:10
**potential** [9] - 14:22, 15:3, 19:24, 28:20, 31:2, 33:8, 33:11, 34:6, 130:25
**potentially** [1] - 130:22
**power** [3] - 59:5, 59:10, 59:24
**practice** [1] - 11:5
**precisely** [2] - 56:19, 121:4
**prejudice** [1] - 8:21
**prepare** [1] - 95:19
**prepared** [2] - 86:11, 95:18
**preponderance** [1] - 23:12
**PRESENT** [1] - 2:7
**present** [8] - 61:1, 61:2, 103:9, 114:11, 118:1, 118:3, 125:7, 133:4
**presented** [2] - 39:9, 92:3
**press** [1] - 80:16
**preview** [2] - 27:24, 31:14
**previous** [1] - 128:4
**previously** [4] - 8:11, 79:14, 101:24, 122:16
**price** [1] - 74:15
**print** [2] - 10:3, 10:25
**privilege** [1] - 28:20
**probative** [2] - 16:19, 21:17

**problem** [2] - 73:11, 117:20
**problems** [1] - 100:13
**proceed** [11] - 11:20, 12:25, 34:13, 35:14, 37:13, 68:23, 88:13, 91:9, 105:23, 106:15, 127:3
**proceeding** [2] - 8:18, 145:25
**proceedings** [1] - 146:6
**Proceedings** [1] - 2:12
**proceeds** [4] - 77:12, 78:24, 109:9, 109:24
**process** [2] - 15:23, 26:1
**Procuraduría** [1] - 66:22
**produce** [2] - 7:22, 33:21
**produced** [1] - 2:13
**products** [1] - 122:13
**professional** [2] - 15:9, 18:16
**proffer** [5] - 21:14, 21:25, 30:11, 30:22, 30:23
**profit** [1] - 75:15
**promise** [3] - 34:3, 34:8, 94:15
**promised** [3] - 8:14, 94:16, 94:17
**promising** [1] - 129:25
**promptly** [1] - 11:6
**proposed** [1] - 6:3
**prosecuted** [9] - 14:23, 19:23, 20:25, 21:7, 22:7, 44:8, 123:19, 133:20
**prosecuting** [1] - 134:10
**prosecution** [1] - 22:11
**prosecutions** [2] - 31:2, 31:8
**prosecutors** [3] - 95:19, 97:1, 122:22
**protect** [1] - 115:20
**protected** [2] - 27:9, 70:20
**protection** [2] - 18:15, 115:18
**protective** [2] - 7:1, 30:19
**protocols** [1] - 144:8
**provide** [3] - 19:13, 92:9, 141:17
**provided** [6] - 19:3,

26:19, 29:24, 97:8, 100:3, 129:11
**provision** [1] - 6:20
**prudent** [2] - 18:13, 20:5
**pry** [1] - 113:21
**Puig** [14] - 28:21, 29:2, 29:3, 29:4, 29:7, 29:11, 33:9, 34:4, 123:5, 126:2, 126:12, 126:23, 126:25
**Pujo** [12] - 54:12, 54:15, 61:2, 63:9, 71:18, 74:5, 74:9, 74:14, 74:24, 75:7, 75:19
**pull** [2] - 10:3, 59:13
**punishment** [4] - 109:1, 109:4, 109:6
**purchase** [1] - 78:25
**purely** [1] - 60:22
**purity** [4] - 117:18, 117:25, 118:1, 118:4
**purpose** [2] - 112:25, 123:2
**purposes** [5] - 9:9, 38:2, 48:15, 55:16, 68:19
**pursuant** [1] - 30:16
**pursuit** [1] - 90:5
**put** [8] - 13:1, 39:5, 58:3, 77:17, 77:25, 113:19, 123:10, 126:8
**puzzle** [1] - 11:7

# Q

**quality** [3] - 74:20, 117:14, 117:22
**quantities** [2] - 108:16, 109:9
**quantity** [2] - 5:5, 140:1
**questioning** [1] - 28:1
**questions** [20] - 4:10, 32:9, 60:11, 60:21, 105:6, 123:17, 124:7, 124:14, 124:15, 125:17, 125:19, 126:14, 127:4, 128:4, 130:21, 131:2, 131:15, 131:20, 137:16, 143:15
**quickly** [1] - 144:5
**quite** [6] - 3:12, 3:15, 11:6, 59:6, 91:16, 145:14

# R

**rabbit** [5] - 116:18, 116:20, 116:21, 116:22, 116:23
**radio** [4] - 80:4, 80:14, 80:19, 80:20
**railings** [2] - 47:2, 47:3
**raise** [2] - 8:25, 144:5
**raises** [1] - 60:13
**Ramirez** [1] - 77:2
**raped** [2] - 85:2, 85:16
**raping** [1] - 85:8
**rather** [2] - 6:5, 144:1
**RAUL** [1] - 1:5
**Raul** [6] - 3:3, 4:18, 4:19, 42:21, 43:7, 102:23
**reach** [1] - 126:12
**read** [2] - 36:16, 41:17
**ready** [3] - 11:20, 12:1, 34:13
**real** [3] - 22:24, 44:3, 79:12
**realize** [1] - 22:21
**realized** [1] - 37:18
**really** [6] - 23:16, 96:21, 116:25, 127:18, 144:22, 144:23
**reason** [12] - 15:6, 15:8, 15:15, 27:16, 28:1, 29:18, 31:7, 32:6, 51:24, 102:5, 110:22, 141:12
**reasonable** [1] - 23:20
**reasons** [4] - 13:19, 16:19, 29:19, 145:3
**receive** [10] - 8:3, 8:13, 8:15, 10:20, 60:25, 65:23, 78:11, 78:12, 78:14, 78:15
**received** [26] - 4:8, 8:9, 8:10, 9:14, 9:18, 9:19, 9:22, 11:17, 13:10, 15:17, 76:4, 94:6, 94:11, 110:15, 122:23, 128:12, 129:5, 129:7, 129:10, 129:14, 131:3, 131:22, 132:4, 132:5, 132:11, 134:1
**receiving** [5] - 5:13, 55:3, 60:4, 74:19, 81:8
**recent** [2] - 19:25, 132:7
**recently** [2] - 129:18,

144:16
**recess** [3] - 68:20, 89:16, 126:20
**recognize** [2] - 48:16, 49:1
**recollection** [2] - 9:4, 9:10
**recommendation** [1] - 138:13
**record** [11] - 3:5, 3:8, 7:4, 13:2, 13:24, 14:9, 43:12, 69:9, 69:23, 123:14, 123:25
**recorded** [2] - 9:16, 11:13
**records** [10] - 16:9, 17:1, 17:19, 27:6, 27:8, 27:11, 32:22, 32:23, 33:1, 33:5
**redirect** [1] - 142:18
**REDIRECT** [1] - 142:21
**reduction** [2] - 5:14, 21:13
**refer** [1] - 103:25
**reference** [3] - 20:8, 103:25, 121:12
**references** [2] - 19:16, 25:20
**referencing** [1] - 25:25
**referred** [2] - 35:6, 35:7
**referring** [2] - 67:15, 120:9
**reflect** [1] - 43:12
**refresh** [1] - 9:4
**regarding** [2] - 90:2, 90:16
**regards** [1] - 94:18
**regularly** [1] - 81:7
**reimbursement** [9] - 129:5, 129:8, 130:24, 131:3, 131:8, 131:17, 131:25, 132:8, 132:11
**reimbursements** [2] - 130:23, 132:1
**reiterate** [1] - 6:15
**relapsed** [1] - 144:25
**related** [6] - 15:3, 63:14, 66:5, 68:5, 83:22, 97:17
**relates** [1] - 32:2
**relation** [8] - 30:11, 30:19, 32:8, 40:1, 40:2, 84:9, 88:15, 128:4
**relationship** [1] -

91:12
**relax** [1] - 12:24
**release** [2] - 87:15, 88:8
**released** [1] - 58:11
**relevance** [1] - 31:10
**relevant** [4] - 13:20, 27:9, 28:10, 31:8
**remain** [1] - 13:15
**remember** [55] - 10:23, 23:5, 37:18, 43:22, 43:25, 44:11, 48:18, 63:7, 68:24, 84:24, 103:18, 104:15, 105:2, 107:2, 107:24, 109:12, 109:17, 109:20, 111:5, 111:15, 112:23, 113:13, 114:7, 115:16, 116:1, 116:7, 116:8, 116:9, 116:11, 116:12, 116:25, 117:1, 117:7, 117:13, 117:24, 118:2, 118:5, 118:6, 118:12, 118:13, 119:4, 119:11, 119:12, 122:18, 129:14, 130:17, 132:2, 135:7, 135:11, 135:20, 135:22, 136:18, 136:21, 139:19, 139:20
**remotely** [2] - 145:11, 145:13
**remove** [3] - 54:3, 59:1, 60:1
**removed** [1] - 108:9
**removing** [2] - 107:6, 107:9
**renewed** [1] - 25:7
**rented** [1] - 93:5
**repeat** [15] - 43:17, 56:1, 65:18, 67:16, 79:16, 83:14, 91:14, 95:6, 115:7, 115:9, 119:5, 119:8, 120:18, 130:13
**repetition** [6] - 64:2, 66:10, 82:4, 115:5, 120:17, 138:21
**rephrase** [5] - 42:1, 65:20, 79:17, 80:12, 99:6
**report** [9] - 26:6, 27:12, 27:13, 33:13, 41:17, 130:4,

15

130:10, 130:15, 132:18
**reported** [2] - 2:12, 130:24
**Reporter** [3] - 2:10, 2:11, 146:14
**reporting** [1] - 16:13
**reports** [13] - 13:6, 13:11, 16:8, 19:6, 19:14, 24:2, 24:6, 24:11, 24:12, 27:14, 30:1, 33:1, 33:22
**representation** [1] - 15:8
**representations** [1] - 13:9
**represented** [1] - 28:21
**Republica** [1] - 66:23
**request** [6] - 7:1, 8:19, 23:21, 26:7, 30:1, 33:6
**requested** [2] - 15:16, 24:22
**require** [1] - 7:11
**required** [1] - 16:15
**requires** [1] - 22:22
**resolution** [1] - 9:14
**resolve** [2] - 13:4, 14:14
**resolved** [2] - 11:25, 14:15
**Resources** [1] - 127:10
**respect** [6] - 27:6, 33:6, 33:13, 103:17, 115:24, 124:10
**respond** [4] - 8:8, 29:25, 124:13, 126:14
**response** [6] - 9:14, 9:17, 9:18, 10:24, 16:24, 136:22
**responses** [1] - 123:17
**responsibilities** [2] - 99:11, 100:2
**responsibility** [4] - 5:14, 11:16, 15:9, 18:16
**responsible** [5] - 5:17, 34:9, 127:18, 127:21, 127:25
**responsive** [1] - 8:16
**restaurant** [1] - 22:16
**result** [1] - 109:4
**retroactive** [1] - 6:7
**retroactivity** [1] - 6:8
**return** [1] - 12:19
**returns** [3] - 130:11,

130:16, 130:25
**reviewed** [1] - 26:14
**reviewing** [1] - 19:6
**Rey** [3] - 76:17, 114:11, 114:25
**rf@rfeitellaw.com** [1] - 2:5
**Rhee** [12] - 4:18, 4:22, 6:22, 8:4, 9:14, 10:17, 18:9, 24:23, 31:3, 38:14, 38:17, 145:12
**RHEE** [1] - 1:21, 4:17, 6:23, 9:15, 9:17, 9:19, 9:22, 10:5, 10:8, 10:16, 11:16, 11:22, 38:15
**Riquito** [1] - 102:5
**risk** [2] - 125:7, 125:8
**Robert** [1] - 4:19
**ROBERT** [1] - 2:3
**Rogue** [1] - 122:7
**role** [6] - 6:18, 99:10, 99:18
**Roman** [2] - 2:8, 3:5
**Romas** [1] - 83:25
**roof** [1] - 65:6
**room** [2] - 48:22, 65:4
**routes** [1] - 92:9
**routinely** [1] - 117:17
**row** [1] - 135:2
**RPR** [3] - 2:10, 146:3, 146:13
**Rule** [3] - 9:13, 10:2, 11:12
**ruled** [2] - 9:23, 11:7
**rules** [1] - 86:20
**ruling** [1] - 16:6
**running** [2] - 28:13, 127:17

## S

**S-E-R-N-A** [1] - 20:24
**safe** [1] - 142:6
**safehouse** [6] - 84:14, 84:16, 84:22, 84:25, 87:23, 88:8
**safehouses** [1] - 53:15
**Saint** [2] - 2:10, 146:13
**SAINT** [1] - 146:3
**Saint-Loth** [2] - 2:10, 146:13
**SAINT-LOTH** [1] - 146:3
**sale** [1] - 72:3
**Samuel** [5] - 37:1, 40:20, 48:11, 51:5,

54:14
**San** [1] - 1:18
**Sanchez** [2] - 54:17, 87:24
**SANDI** [1] - 1:21
**sandirheelaw@ gmail.com** [1] - 1:24
**Sandoval** [1] - 77:10
**sandy** [1] - 4:18
**Santiaguito** [3] - 76:5, 79:6, 102:6
**satisfied** [1] - 8:23
**saw** [22] - 43:7, 43:15, 43:18, 62:21, 62:24, 63:2, 63:4, 68:3, 69:5, 69:13, 69:22, 70:20, 70:22, 79:19, 85:11, 85:12, 85:16, 85:22, 87:22, 99:17, 104:20, 143:4
**scheduled** [1] - 144:19
**scheme** [4] - 18:11, 32:1, 74:3, 81:25
**school** [7] - 46:9, 46:13, 46:16, 46:17, 46:19, 48:3
**scope** [1] - 6:16
**screen** [2] - 38:15, 55:20
**screening** [1] - 101:7
**seal** [8] - 7:20, 8:11, 10:8, 30:18, 58:17, 59:1, 59:11, 60:2
**sealed** [5] - 6:25, 7:17, 11:10, 58:22, 58:25
**seat** [1] - 68:22
**seated** [2] - 3:17, 4:1
**Seated** [1] - 3:19
**second** [11] - 12:18, 17:8, 25:19, 37:2, 38:13, 41:8, 46:16, 46:17, 49:6, 125:23, 142:4
**section** [1] - 82:24
**Section** [7] - 3:24, 4:14, 5:15, 5:21, 5:24, 6:1, 6:4
**secure** [1] - 87:15
**secured** [1] - 84:20
**security** [7] - 70:13, 78:2, 100:3, 100:5, 100:10, 101:8, 104:9
**see** [5] - 4:21, 7:25, 10:5, 13:17, 15:1, 15:10, 15:11, 15:13, 19:15, 21:15, 23:5, 24:11, 25:20, 28:10, 32:3, 32:13, 37:11, 38:10, 42:11, 42:16,

43:4, 55:20, 56:5, 56:6, 56:25, 57:4, 59:8, 65:1, 65:2, 67:4, 67:7, 67:10, 67:21, 68:5, 68:6, 69:7, 69:25, 70:4, 70:11, 82:23, 84:15, 84:19, 86:4, 89:15, 143:23, 144:2, 145:15, 145:23
**seeing** [8] - 10:22, 10:24, 62:23, 63:7, 64:25, 84:24, 104:16, 143:5
**seize** [1] - 104:7
**seized** [1] - 119:22
**seizure** [2] - 19:5, 119:22
**seizures** [2] - 19:2, 110:21
**self** [1] - 16:13
**self-reporting** [1] - 16:13
**sell** [5] - 53:15, 54:7, 74:16, 74:20, 74:22
**selling** [1] - 122:13
**send** [13] - 7:7, 72:14, 72:18, 73:8, 77:20, 77:22, 78:3, 80:23, 81:1, 99:24, 101:5, 101:8, 107:7
**sending** [3] - 74:13, 76:13, 115:24
**sense** [2] - 94:8, 135:20
**sent** [10] - 18:8, 58:12, 72:7, 73:19, 73:21, 73:23, 77:25, 107:19, 108:8, 116:17
**sentence** [1] - 21:13
**sentences** [1] - 110:15
**sentencing** [5] - 6:4, 12:13, 18:7, 32:8, 33:24
**sentencings** [2] - 6:8, 6:9
**September** [6] - 1:5, 128:13, 128:16, 129:15, 131:23, 146:12
**serious** [1] - 120:4
**Serna** [11] - 20:23, 20:24, 21:3, 21:7, 21:11, 21:22, 21:25, 30:5, 31:6, 33:16
**session** [1] - 21:25
**sessions** [1] - 21:14
**set** [2] - 72:16, 101:7
**setup** [1] - 131:21

**several** [6] - 58:14, 62:21, 65:5, 101:6, 118:15, 139:4
**shaded** [1] - 57:15
**shall** [1] - 146:8
**shape** [1] - 17:10
**shareholders** [1] - 124:24
**sharks** [1] - 19:1
**sheet** [1] - 58:25
**ships** [1] - 56:4
**short** [2] - 18:8, 35:2
**shorthand** [1] - 2:12
**Shortly** [1] - 102:4
**shortly** [2] - 10:6, 26:19
**show** [5] - 38:1, 38:12, 48:14, 55:15, 57:6
**showed** [2] - 50:17, 67:5
**shown** [1] - 38:8
**shows** [2] - 19:3, 38:6
**Si** [2] - 99:9, 123:22
**siblings** [3] - 36:23, 37:1, 37:2
**sic** [12] - 27:16, 44:23, 73:8, 74:24, 83:9, 83:25, 92:15, 93:22, 102:4, 114:24, 119:17, 131:5
**sic]** [7] - 72:21, 91:14, 99:9, 114:14, 115:2, 123:22, 125:21
**sick** [1] - 144:23
**side** [9] - 4:12, 29:23, 37:1, 48:23, 57:16, 59:17, 59:20, 83:16, 104:2
**sides** [1] - 83:16
**sign** [2] - 91:20, 116:25
**signatory** [1] - 146:10
**signed** [6] - 15:4, 26:18, 34:8, 91:17, 91:22, 129:24
**significance** [1] - 40:1
**significant** [2] - 60:21, 110:15
**signified** [1] - 38:12
**similar** [3] - 14:8, 65:6, 78:15
**Sinaloa** [4] - 44:8, 76:16, 77:13, 78:10, 83:3, 101:12
**sit** [2] - 6:12, 60:14
**size** [1] - 62:14
**skeptical** [1] - 33:18
**skip** [1] - 37:4
**sleep** [1] - 139:15
**sleeping** [2] - 16:12,

137:22
**slight** [1] - 31:14
**slip** [1] - 128:21
**slowly** [1] - 8:14
**small** [1] - 104:1
**smuggled** [1] - 45:1
**smuggling** [1] - 45:11
**so..** [1] - 17:7
**soccer** [2] - 65:2, 65:3
**sold** [4] - 72:6, 74:23, 107:21, 108:5
**someone** [10] - 12:23, 18:9, 22:22, 34:17, 79:4, 87:16, 118:24, 119:3, 138:3, 138:13
**sometime** [1] - 105:25
**sometimes** [5] - 13:17, 15:10, 113:11, 116:18, 116:24
**somewhat** [1] - 22:21
**somewhere** [5] - 46:18, 81:18, 88:5, 106:11, 135:10
**son** [6] - 85:17, 86:14, 86:18, 86:19, 103:24, 141:1
**son's** [1] - 87:1
**Sonrisas** [4] - 54:13, 74:13, 107:4, 107:5
**Sorry** [1] - 116:15
**sorry** [19] - 10:1, 12:18, 12:25, 22:12, 37:13, 39:16, 47:8, 82:4, 85:17, 103:17, 103:21, 109:3, 116:10, 116:15, 116:25, 119:7, 120:19, 121:23, 142:6
**sort** [4] - 18:23, 31:25, 55:23, 104:2
**sorts** [2] - 17:17, 21:11
**sound** [1] - 80:17
**sounds** [2] - 32:19, 33:10
**source** [11] - 26:14, 26:18, 91:20, 91:22, 92:5, 92:18, 93:20, 93:21, 93:22, 93:25, 97:6
**sources** [2] - 31:19, 40:9
**south** [1] - 47:23
**South** [2] - 38:7, 78:24
**southern** [1] - 22:13
**Southern** [5] - 4:3, 4:4, 14:25, 22:7, 22:12

**span** [1] - 17:20
**Spanish** [10] - 2:8, 2:9, 21:2, 36:15, 36:19, 36:20, 66:22, 71:9, 73:5, 73:11
**speaking** [2] - 29:17, 52:23
**special** [2] - 13:14, 101:4
**specific** [1] - 30:11
**specifically** [5] - 7:12, 7:14, 10:22, 44:16, 100:20
**specifics** [1] - 83:22
**spell** [5] - 35:19, 35:21, 36:3, 71:1, 71:3
**spelled** [2] - 20:24, 22:6, 71:9, 102:5
**spend** [1] - 104:19
**spending** [1] - 64:20
**spent** [1] - 108:10
**spoken** [4] - 88:3, 123:23, 125:11, 127:2
**St** [1] - 1:22
**staff** [2] - 10:14, 125:24
**stairs** [1] - 47:1
**stand** [2] - 34:20, 68:21
**standard** [1] - 33:23
**starkly** [1] - 19:17
**start** [10] - 3:8, 4:7, 9:12, 34:17, 41:15, 52:20, 55:1, 78:19, 94:4, 144:3
**started** [8] - 45:2, 47:24, 55:3, 57:5, 76:8, 76:11, 79:2, 82:25
**starting** [2] - 48:23, 61:18
**state** [5] - 32:24, 80:10, 93:23, 130:8, 143:7
**statement** [3] - 51:22, 111:22, 112:2
**statements** [1] - 18:4
**STATES** [4] - 1:1, 1:3, 1:8, 1:10
**States** [48] - 3:3, 3:11, 13:15, 13:19, 14:21, 23:3, 25:11, 26:3, 45:1, 62:4, 65:10, 65:11, 73:16, 81:16, 89:10, 89:24, 92:22, 92:24, 93:13, 93:16, 94:11, 94:22, 98:1, 107:8, 107:11,

107:16, 108:1, 108:6, 108:9, 108:17, 108:22, 110:10, 110:14, 121:6, 121:13, 130:5, 132:22, 133:1, 133:14, 133:15, 133:17, 133:25, 134:13, 134:20, 134:25, 138:12, 138:19, 138:25
**status** [5] - 16:17, 25:6, 25:11, 94:22, 94:24
**stay** [4] - 88:4, 94:10, 94:22, 144:13
**stayed** [2] - 53:1, 107:13
**staying** [1] - 94:7
**stenographic** [1] - 146:5
**step** [3] - 68:21, 105:20, 143:19
**stepmother** [1] - 49:3
**still** [9] - 29:15, 41:16, 48:4, 48:8, 68:24, 98:11, 120:14, 120:22, 133:25
**stipulate** [1] - 56:14
**stipulated** [1] - 56:10
**stipulating** [1] - 56:17
**stop** [7] - 46:19, 47:22, 75:18, 75:21, 89:14, 120:8, 141:9
**stopped** [11] - 47:19, 48:3, 50:18, 50:21, 76:12, 81:21, 81:24, 82:6, 84:3, 84:13, 84:14
**stopping** [1] - 41:15
**storage** [1] - 54:3
**stored** [1] - 55:10
**straining** [1] - 37:11
**strangers** [1] - 86:3
**Street** [2] - 1:13, 1:18
**streets** [1] - 74:21
**stretch** [1] - 23:17
**structure** [1] - 76:15
**structuring** [1] - 131:15
**stuck** [1] - 69:10
**studied** [1] - 46:16
**stuff** [1] - 112:21
**subject** [3] - 21:13, 105:24, 124:19
**submit** [1] - 24:12
**submitted** [1] - 4:7
**subpoena** [1] - 11:12
**subpoenas** [3] - 9:13,

10:2, 10:21
**successful** [1] - 13:5
**successfully** [1] - 126:12
**suffered** [1] - 16:6
**suffering** [5] - 86:5, 120:8, 120:9, 120:10, 139:13
**suffers** [1] - 28:6
**suggesting** [1] - 41:21
**suicidal** [3] - 16:11, 28:4, 142:24
**suicide** [1] - 138:19
**suit** [1] - 113:19
**suitcase** [1] - 78:1
**suitcases** [3] - 77:18, 78:3, 101:9
**Suite** [1] - 1:22
**sum** [1] - 31:24
**supplied** [3] - 40:10, 126:9, 126:11
**supply** [2] - 31:19, 40:9
**support** [6] - 5:5, 24:18, 25:2, 100:3, 100:5, 100:10
**supports** [1] - 24:7
**supposedly** [2] - 82:23, 84:2
**surprising** [1] - 18:17
**surrendered** [4] - 14:20, 21:3, 21:14, 141:16
**sustain** [4] - 41:22, 41:25, 50:7, 128:8
**sustained** [7] - 42:23, 45:25, 60:23, 67:25, 80:11, 129:1, 129:2
**sworn** [3] - 3:6, 4:25, 35:4
**symptoms** [4] - 16:13, 27:14, 33:3, 139:13

**T**

**T-E-C-H** [1] - 17:18
**table** [2] - 4:13, 105:19
**talks** [4] - 18:19, 20:15, 22:15
**tank** [14] - 55:5, 55:6, 55:22, 57:12, 58:15, 58:20, 59:25, 60:2, 65:2, 103:3
**tanker** [19] - 54:5, 56:25, 57:7, 57:16, 58:2, 58:9, 58:13, 59:14, 59:17, 59:23, 61:5, 61:24, 62:15, 71:24, 74:3, 81:25, 103:4, 115:25

**tankers** [20] - 54:11, 54:21, 55:3, 55:9, 56:2, 56:3, 56:10, 56:14, 61:3, 61:8, 61:10, 63:15, 63:17, 71:22, 71:24, 102:24, 104:5, 104:7, 108:9, 115:25
**tanks** [11] - 53:14, 53:20, 53:21, 53:23, 55:23, 56:6, 61:11, 63:18, 79:25, 103:2, 107:9
**task** [1] - 53:5
**tasks** [1] - 70:7
**tax** [3] - 130:11, 130:16, 130:25
**taxes** [6] - 34:6, 34:9, 130:1, 130:5, 130:8, 132:18
**tecum** [1] - 11:12
**teenager** [6] - 37:5, 37:16, 42:5, 43:23, 44:11, 46:8
**telephone** [4] - 11:13, 80:19, 125:21, 126:9
**ten** [9] - 43:20, 81:9, 81:18, 85:23, 140:18, 141:3, 141:4, 142:13, 142:14
**tenure** [1] - 34:8
**Teresa** [2] - 2:8, 3:5
**term** [2] - 80:14, 81:15
**terms** [8] - 6:24, 19:4, 32:21, 32:22, 52:24, 73:12, 94:10, 94:21
**terrible** [1] - 141:13
**test** [4] - 117:16, 117:18, 118:8, 144:15
**tested** [11] - 117:7, 117:13, 117:25, 118:1, 118:3, 144:6, 144:13, 144:23, 145:1, 145:2, 145:20
**testified** [18] - 18:23, 42:24, 54:25, 79:18, 96:4, 96:11, 96:14, 98:15, 98:17, 101:23, 106:24, 128:10, 128:23, 129:4, 129:7, 140:11, 140:14, 140:17
**testifies** [1] - 8:24
**testify** [14] - 22:24, 23:5, 26:23, 28:5, 94:14, 95:13, 96:2, 96:9, 100:8, 123:24,

144:9, 145:7,
145:11, 145:13
**testifying** [9] - 29:8,
36:15, 36:18, 36:19,
69:18, 95:12, 98:13,
124:4, 125:6
**testimony** [13] - 5:9,
15:3, 24:4, 24:7,
31:15, 34:1, 95:18,
96:7, 96:25, 97:20,
101:15, 107:2,
127:17
**testing** [1] - 117:23
**Texas** [1] - 19:24
**THE** [349] - 1:1, 1:8,
1:10, 1:21, 2:2, 3:2,
3:12, 3:20, 3:22,
3:25, 4:4, 4:16, 4:21,
4:24, 4:25, 5:2, 5:4,
6:22, 6:24, 7:11,
7:13, 7:17, 7:21, 8:1,
9:2, 9:9, 9:16, 9:18,
9:21, 9:25, 10:4,
10:6, 10:11, 10:13,
10:15, 10:17, 10:19,
10:20, 10:25, 11:2,
11:3, 11:9, 11:10,
11:20, 11:23, 12:6,
12:10, 12:14, 12:18,
12:22, 13:3, 13:22,
14:6, 14:10, 14:16,
15:13, 16:24, 17:2,
17:11, 17:14, 19:20,
20:2, 20:14, 20:18,
20:22, 21:18, 22:3,
22:10, 22:13, 22:25,
23:22, 24:14, 25:3,
25:9, 25:12, 25:18,
26:4, 27:2, 27:19,
28:12, 29:2, 29:4,
29:7, 29:10, 29:14,
29:25, 30:15, 32:15,
34:11, 34:19, 34:25,
35:5, 35:8, 35:9,
35:10, 35:11, 35:12,
35:13, 36:3, 36:5,
36:6, 36:9, 37:9,
38:4, 38:13, 38:16,
38:20, 38:25, 39:5,
39:12, 39:14, 39:19,
40:16, 41:8, 41:9,
41:10, 41:14, 41:22,
42:4, 42:12, 42:23,
43:1, 43:4, 43:12,
44:20, 44:24, 45:23,
45:25, 47:3, 47:4,
47:5, 47:6, 47:7,
47:10, 47:13, 47:15,
50:7, 50:20, 51:25,
52:9, 56:15, 56:18,

57:19, 58:8, 58:10,
58:11, 58:14, 58:16,
58:19, 58:22, 58:24,
59:8, 59:9, 59:10,
59:12, 59:13, 59:15,
60:10, 60:20, 61:12,
61:13, 61:15, 61:16,
61:18, 61:19, 61:20,
64:1, 64:8, 65:16,
66:9, 66:13, 67:25,
68:11, 68:13, 68:16,
68:18, 68:21, 69:25,
71:1, 71:3, 71:5,
71:7, 71:8, 71:9,
71:11, 71:12, 71:13,
71:16, 72:22, 72:23,
72:24, 73:1, 73:3,
73:8, 73:14, 80:11,
82:3, 84:17, 85:6,
85:18, 85:25, 86:2,
86:3, 86:4, 86:6,
86:7, 86:8, 86:9,
86:12, 88:7, 88:9,
88:10, 88:12, 88:13,
88:21, 88:24, 88:25,
89:1, 89:2, 89:4,
89:6, 89:13, 89:17,
90:20, 90:23, 90:25,
91:8, 95:5, 95:6,
96:3, 96:6, 96:7,
96:10, 96:11, 96:13,
96:14, 96:16, 96:18,
96:20, 96:21, 97:5,
97:9, 97:11, 97:14,
99:16, 100:9,
100:12, 101:2,
101:5, 102:14,
105:9, 105:11,
105:16, 105:21,
106:1, 106:3, 106:7,
106:9, 106:10,
106:12, 106:14,
106:16, 115:5,
115:7, 115:9,
116:10, 116:13,
116:19, 116:20,
116:21, 116:22,
116:23, 117:9,
119:5, 119:7,
120:16, 120:18,
121:9, 121:23,
122:1, 123:3, 123:9,
123:11, 123:12,
123:16, 123:17,
123:22, 123:23,
124:1, 124:3, 124:5,
124:7, 124:12,
124:14, 124:16,
124:17, 124:21,
125:1, 125:2, 125:4,
125:10, 125:11,

125:14, 125:15,
125:16, 125:17,
125:20, 125:22,
126:3, 126:21,
127:2, 127:6, 127:7,
128:5, 128:14,
128:17, 128:19,
129:1, 131:2, 131:7,
131:10, 131:12,
131:14, 131:19,
132:1, 132:6, 132:9,
132:10, 132:13,
132:14, 132:16,
132:17, 132:19,
132:20, 138:20,
142:5, 142:17,
142:20, 143:11,
143:12, 143:16,
143:18, 143:22,
143:25, 144:12,
145:6, 145:12,
145:19, 145:22
**the..** [1] - 65:19
**themselves** [2] - 56:3,
56:7
**thereafter** [1] - 137:1
**thereto** [1] - 8:12
**third** [3] - 49:7, 56:19,
57:3
**thoughts** [3] - 16:12,
28:4, 142:24
**threat** [1] - 92:20
**threats** [1] - 28:3
**three** [12] - 11:14,
19:8, 19:9, 20:14,
20:19, 20:20, 23:25,
55:17, 64:21, 77:7,
122:5, 142:13
**throughout** [2] - 34:7,
35:23
**throw** [1] - 112:18
**thrown** [1] - 75:3
**tie** [1] - 113:20
**timing** [1] - 7:15
**Tio** [34] - 42:22, 43:2,
44:22, 46:7, 51:23,
52:7, 52:10, 52:16,
54:14, 62:8, 62:9,
62:12, 62:13, 62:19,
62:24, 63:10, 65:5,
66:15, 67:10, 68:13,
76:4, 76:5, 79:8,
79:19, 81:6, 81:23,
82:9, 82:10, 102:16,
102:19, 102:22,
104:18, 107:5,
107:19
**Tio's** [4] - 64:20,
102:21, 104:23,
107:13

tired [2] - 120:2, 120:7
**today** [27] - 9:5, 11:21,
29:8, 36:11, 36:15,
36:18, 42:17, 43:8,
48:19, 51:18, 69:18,
95:12, 95:17, 96:5,
96:7, 96:25, 98:7,
104:15, 120:15,
120:23, 123:8,
123:14, 123:18,
124:2, 124:4, 125:7,
144:6
**together** [4] - 45:2,
45:11, 79:24, 97:14
**tomorrow** [1] - 144:3
**tongue** [2] - 69:10,
69:17
**tonight** [2] - 39:5,
39:10
**took** [4] - 26:22, 58:2,
61:16, 133:3
**tool** [3] - 59:5, 59:10,
59:24
**top** [2] - 29:19, 38:7
**topics** [1] - 30:11
**tortured** [5] - 85:1,
85:8, 85:15, 85:24
**total** [6] - 62:14, 70:3,
71:23, 73:21,
105:13, 107:1
**totally** [6] - 7:6, 27:17,
32:24, 91:8, 124:18,
126:5
**touch** [2] - 126:22,
138:4
**touched** [1] - 69:10
**town** [2] - 38:10, 39:21
**Toy** [5] - 76:3, 76:16,
76:18, 76:25, 78:12
**Toya** [1] - 82:14
**tracking** [1] - 32:25
**trade** [1] - 40:10
**traffic** [1] - 37:21
**trafficker** [12] - 19:22,
37:19, 41:3, 45:5,
48:9, 51:14, 66:16,
100:18, 106:22,
110:25, 120:23,
135:23
**traffickers** [15] - 21:6,
31:5, 31:21, 31:25,
40:4, 40:5, 40:11,
41:6, 43:22, 51:16,
52:4, 109:15,
110:14, 110:20,
118:15
**trafficking** [27] -
13:10, 18:20, 19:7,
20:19, 37:17, 40:1,
40:25, 41:4, 42:17,

45:6, 46:4, 48:12,
50:23, 51:1, 51:4,
70:4, 82:19, 89:5,
97:2, 97:15, 106:19,
108:15, 109:25,
120:2, 120:14,
135:14
**transact** [1] - 51:14
**transactions** [2] -
17:24, 72:8
**transcript** [4] - 2:13,
146:5, 146:6, 146:9
**TRANSCRIPT** [1] - 1:7
**transcription** [1] -
2:13
**transfer** [2] - 33:6,
126:4
**transfers** [17] - 17:20,
17:22, 28:15, 28:19,
29:15, 122:24,
124:9, 124:18,
124:22, 124:23,
125:5, 125:6,
125:13, 125:18,
126:15, 127:4, 128:7
**translate** [1] - 75:13
**translated** [1] - 66:24
**translation** [4] - 73:12,
119:6, 119:9, 136:4
**translator** [2] - 75:13,
85:4
**translators** [1] - 36:19
**transpired** [1] - 18:24
**transported** [1] -
128:1
**trap** [1] - 58:16
**trauma** [2] - 16:7, 28:2
**traumatic** [1] - 32:3
**traumatized** [1] - 88:3
**travel** [4] - 97:9, 97:12,
129:8, 130:24
**traveled** [2] - 111:19,
112:8
**treason** [1] - 83:8
**treated** [3] - 139:10,
139:17, 139:19
**treatment** [3] - 87:1,
101:4, 139:8
**tremendous** [1] -
31:24
**trial** [9] - 3:18, 4:13,
19:25, 23:20, 95:13,
96:12, 96:15,
123:24, 144:18
**trials** [2] - 95:15,
95:20
**triangulated** [1] -
87:16
**tried** [2] - 13:4, 14:25
**trip** [1] - 135:6

**trips** [3] - 63:25, 64:6, 64:13
**troop** [2] - 23:4, 23:18
**trouble** [3] - 17:11, 120:4, 137:21
**truck** [1] - 57:1
**trucks** [2] - 45:11, 45:12
**true** [9] - 86:22, 111:18, 112:1, 113:2, 119:17, 128:12, 139:6, 146:4, 146:5
**truth** [3] - 116:7, 118:6, 118:13
**truthfully** [1] - 28:8
**truthfulness** [1] - 22:19
**try** [1] - 25:22
**trying** [8] - 6:8, 14:14, 17:14, 60:18, 92:9, 95:2, 119:19, 120:22
**Turko** [1] - 76:3
**turn** [7] - 12:4, 13:14, 25:13, 27:8, 27:10, 28:9, 90:4
**turned** [9] - 8:4, 13:8, 13:11, 13:12, 24:24, 26:15, 27:13, 29:20, 55:12
**turns** [1] - 24:11
**two** [32] - 7:14, 13:10, 16:4, 27:5, 28:10, 31:4, 31:5, 34:17, 57:4, 57:14, 58:15, 61:4, 61:16, 64:21, 72:1, 77:6, 78:4, 79:9, 80:1, 83:13, 83:16, 89:15, 102:4, 102:8, 103:8, 104:19, 106:25, 109:21, 130:22, 141:3, 145:4, 145:17
**two-year** [4] - 61:16, 72:1, 103:8, 109:21
**type** [9] - 46:21, 47:19, 67:2, 72:9, 81:13, 100:24, 114:10, 114:15, 122:11
**types** [1] - 130:22

**U**

**U.S** [6] - 87:2, 101:19, 107:24, 109:14, 120:4, 141:12
**ultimately** [2] - 31:23, 88:22
**unable** [1] - 126:11
**unavailable** [1] - 82:1

**under** [16] - 5:14, 5:21, 5:24, 6:1, 10:8, 16:15, 28:8, 30:18, 33:23, 68:24, 100:16, 100:18, 100:21, 100:22, 123:14, 123:24
**undercut** [1] - 22:19
**underlying** [3] - 5:18, 15:10, 16:9
**undermine** [2] - 60:11, 60:14
**understood** [1] - 99:18
**unhappy** [1] - 145:3
**uniform** [2] - 67:2, 67:22
**uniformed** [1] - 100:5
**UNITED** [4] - 1:1, 1:3, 1:8, 1:10
**United** [48] - 3:3, 3:11, 13:15, 13:19, 14:21, 23:3, 25:11, 26:3, 45:1, 62:4, 65:10, 65:11, 73:16, 81:16, 89:10, 89:24, 92:22, 92:24, 93:13, 93:16, 94:11, 94:22, 98:1, 107:8, 107:11, 107:16, 108:1, 108:6, 108:9, 108:17, 108:22, 110:10, 110:14, 121:6, 121:13, 130:5, 132:22, 133:1, 133:14, 133:15, 133:17, 133:25, 134:13, 134:20, 134:25, 138:12, 138:19, 138:25
**unless** [1] - 39:10
**unrelated** [1] - 28:3
**unseal** [1] - 8:18
**unsealed** [1] - 9:4
**unsealing** [1] - 8:22
**unwrap** [1] - 117:5
**up** [31] - 9:12, 10:10, 11:4, 15:4, 16:2, 17:7, 17:15, 26:18, 34:8, 34:23, 36:21, 37:11, 39:3, 39:21, 53:17, 59:4, 68:21, 71:24, 72:16, 74:10, 91:17, 91:20, 91:22, 98:9, 106:19, 113:12, 113:17, 113:23, 114:3, 117:10, 120:23
**upset** [1] - 93:17

**USAO** [1] - 1:17
**USDOJ** [1] - 2:7
**useful** [2] - 16:23, 20:11
**uses** [1] - 135:24

**V**

**VA** [1] - 1:23
**vacuum** [3] - 72:15, 73:9, 77:17
**Valdez** [3] - 19:18, 20:2, 82:13
**Valencia** [2] - 12:13, 18:25
**value** [2] - 13:12, 121:18
**variety** [1] - 70:7
**various** [2] - 38:8, 40:8
**Velado** [2] - 2:7, 3:17
**Venezuelan** [1] - 111:3
**verifying** [1] - 117:14
**versus** [2] - 3:3, 130:25
**via** [1] - 93:5
**victims** [1] - 137:4
**Villarreal** [4] - 19:18, 20:3, 31:7, 82:13
**violence** [4] - 20:10, 136:2, 136:6
**violent** [3] - 21:5, 118:21, 136:1
**Virgin** [2] - 17:22, 127:11
**visa** [27] - 13:14, 14:17, 15:2, 24:16, 24:19, 25:9, 25:10, 25:12, 25:21, 26:1, 26:7, 32:17, 34:18, 94:25, 95:1, 95:2, 95:9, 95:10, 95:11, 105:24, 106:2, 106:7, 106:12, 133:8, 134:1
**visas** [1] - 13:17
**visible** [1] - 117:4
**visit** [1] - 41:4
**visiting** [1] - 64:16
**visual** [2] - 55:8, 55:12
**voice** [1] - 141:22
**voices** [1] - 16:18
**void** [1] - 146:8
**voluntarily** [4] - 14:20, 21:12, 139:5, 139:9
**vs** [1] - 1:4

**W**

**Wagner** [1] - 7:7
**wait** [2] - 88:4, 88:5
**waiting** [2] - 6:5, 35:1
**walls** [1] - 55:6
**wand** [1] - 15:25
**wants** [2] - 13:18, 126:14
**war** [5] - 82:25, 83:1, 83:2, 83:13
**warn** [1] - 18:15
**warned** [1] - 34:5
**warns** [1] - 34:5
**wash** [1] - 58:12
**Washington** [4] - 1:6, 1:13, 1:22, 2:4
**watch** [1] - 69:17
**watching** [3] - 34:25, 60:4, 60:8
**water** [2] - 35:1, 85:6
**wave** [1] - 15:24
**ways** [2] - 23:16, 102:9
**weapon** [6] - 114:15, 114:21, 114:24, 115:12, 115:17, 115:21
**weapons** [1] - 114:23
**wear** [3] - 67:2, 113:19, 144:15
**wearing** [1] - 43:8
**week** [11] - 8:17, 9:4, 9:7, 61:4, 78:13, 78:15, 78:23, 99:1, 106:25, 132:5, 137:22
**weekly** [1] - 78:9
**weeks** [3] - 7:15, 23:17, 61:4
**whole** [2] - 20:16, 92:22
**Wicilucas** [1] - 84:11
**wife** [10] - 37:3, 49:3, 49:25, 86:13, 87:13, 135:18, 136:15, 138:4, 138:10, 141:2
**will..** [2] - 72:24, 73:3
**windows** [1] - 47:1
**wire** [18] - 17:20, 17:22, 18:1, 28:15, 28:19, 29:15, 33:6, 122:24, 124:9, 124:17, 125:5, 125:6, 125:12, 125:18, 126:4, 126:15, 127:4, 128:7
**wired** [1] - 127:14
**wish** [1] - 127:3
**withdraw** [3] - 95:3,

121:7, 121:9
**withdrawing** [1] - 26:7
**WITNESS** [78] - 35:8, 35:10, 35:12, 47:4, 47:6, 47:10, 47:15, 58:10, 58:14, 58:19, 58:24, 59:9, 59:12, 59:15, 61:13, 61:16, 61:19, 65:16, 66:13, 68:13, 69:25, 71:5, 71:8, 71:11, 72:23, 73:1, 73:8, 85:18, 86:2, 86:4, 86:7, 86:9, 86:12, 88:9, 88:12, 88:24, 89:1, 89:4, 90:23, 95:6, 96:6, 96:10, 96:13, 96:16, 96:20, 97:9, 97:14, 100:12, 101:5, 106:3, 106:9, 106:12, 115:9, 116:13, 116:23, 119:5, 120:18, 123:16, 123:22, 124:1, 124:5, 124:12, 124:16, 124:21, 125:2, 125:10, 125:14, 125:16, 125:20, 127:6, 128:19, 132:1, 132:9, 132:13, 132:16, 132:19, 143:12, 143:18
**witness** [48] - 8:24, 12:2, 12:14, 12:20, 14:7, 14:12, 14:20, 14:22, 17:9, 17:16, 19:24, 19:25, 22:4, 22:19, 26:10, 26:23, 27:22, 28:25, 29:21, 31:19, 32:4, 32:10, 33:8, 34:5, 34:15, 34:20, 35:3, 38:1, 42:24, 43:2, 48:14, 55:15, 56:20, 60:12, 60:15, 68:21, 69:10, 72:25, 85:7, 95:23, 96:15, 96:19, 100:8, 126:8, 126:25, 131:16, 145:6, 145:19
**witness's** [2] - 22:1, 33:23
**witnesses** [14] - 9:12, 18:22, 19:15, 22:23, 23:13, 23:24, 24:1, 24:5, 24:10, 31:1, 33:25, 144:6, 145:16, 145:18

**wives** [1] - 21:9
**woman** [2] - 48:23, 49:22
**wood** [1] - 50:18
**woodworking** [1] - 50:22
**woodworks** [1] - 46:22
**word** [2] - 21:1, 60:16
**worker** [1] - 101:23
**workers** [2] - 65:22, 99:25
**works** [2] - 66:25, 144:22
**world** [1] - 15:12
**wrap** [1] - 98:9
**write** [1] - 36:16
**written** [1] - 7:8

## Y

**yacht** [1] - 135:2
**year** [18] - 17:20, 46:16, 46:17, 54:19, 54:23, 61:16, 72:1, 79:3, 92:1, 103:8, 105:1, 109:21, 127:15, 129:15, 129:16, 129:19, 132:3, 132:5
**years** [9] - 32:23, 40:23, 41:5, 41:14, 47:17, 47:18, 78:21, 79:21, 106:25
**yesterday** [1] - 4:20
**Yogi** [6] - 103:19, 103:21, 103:23, 103:24, 103:25
**York** [5] - 14:25, 19:23, 20:25, 22:8, 22:10
**you-all** [3] - 77:11, 98:15, 104:6
**younger** [1] - 141:1
**yourself** [5] - 82:15, 106:22, 113:21, 137:19, 141:18
**yourselves** [1] - 3:8

## Z

**Zambada** [2] - 114:11, 114:25
**Zetas** [3] - 76:20, 78:14, 101:13
**Zoloft** [1] - 139:25

## Ñ

**Ñ-O-Ñ-O** [1] - 36:8

**Ñoño** [2] - 36:2, 36:7