```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
UNITED STATES OF AMERICA,          )  Criminal Action
                                   )  No. 17-051
vs.                                )
                                   )
RAUL FLORES-HERNANDEZ,             )  September 7, 2023
                                   )  9:31 a.m.
              Defendant.           )  Washington, D.C.
   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

**TRANSCRIPT OF HEARING**
**BEFORE THE HONORABLE BERYL A. HOWELL,**
**UNITED STATES DISTRICT COURT JUDGE**

<u>**APPEARANCES**</u>:

FOR THE UNITED STATES:
                         MELANIE ALSWORTH
                         KIRK KENNETH HANDRICH
                         JONATHAN R. HORNOK
                         DOJ-CRM
                         145 N Street NE
                         Washington, DC 20530
                         (202) 514-0917
                         Email: melanie.alsworth2@usdoj.gov
                         Email: kirk.handrich@usdoj.gov
                         Email: jonathan.hornok@usdoj.gov

                         KYLE MARTIN
                         DOJ-USAO
                         Criminal Division
                         880 Front Street
                         San Diego, CA 92101-8807
                         (619) 546-8874
                         Email: kyle.martin@usdoj.gov


FOR THE DEFENDANT:
                         SANDI RHEE
                         228 S Washington St.
                         Suite 300
                         Alexandria, VA 22314
                         (571) 800-6900
                         Email:  sandirheelaw@gmail.com


*(Appearances Continued)*

**<u>APPEARANCES</u> (Continued):**


FOR THE DEFENDANT:

                          ROBERT FEITEL
                          1300 Pennsylvania Avenue NW
                          Washington, DC 20008
                          (202) 255-6637
                          Email: rf@rfeitellaw.com



ALSO PRESENT:      Alex Velado, USDOJ, Paralegal
                      Kyle Novick, DEA


Court Reporter:   Elizabeth Saint-Loth, RPR, FCRR
                      Official Court Reporter


            Proceedings reported by machine shorthand.
        Transcript produced by computer-aided transcription.

1                    **P R O C E E D I N G S**

2              THE COURTROOM DEPUTY:  Your Honor, this is

3    Criminal Case 17-051, United States of America versus Raul

4    Flores-Hernandez.

5              Also, Your Honor, for the record, Interpreters

6    Teresa Roman, Janet McFadden, and Susana Martin have been

7    sworn in this matter.

8              Would the parties please come forward to the

9    lectern and identify yourselves for the record.  We'll start

10   with government counsel first this morning.

11             MS. ALSWORTH:  Thank you, Mr. Coates.

12             Good morning, Your Honor.

13             Melanie Alsworth appearing for the government.

14   Same as yesterday, I am here with Alex Velado, our

15   paralegal; Kirk Handrich from the Narcotic and Dangerous

16   Drug Section; Kyle Martin from the Southern District of

17   California; Jonathan Hornok, from the Narcotic and Dangerous

18   Drug Section; and Special Agent Novick.

19             THE COURT:  Thank you.

20             MR. FEITEL:  Good morning, Your Honor.

21             Sandi Rhee and Robert Feitel for the defendant.

22             I am doing the introduction today because I wanted

23   to advise Your Honor that at 1:00 p.m. I need to be in front

24   of Judge Nichols for a pretrial conference.

25             Ms. Rhee will be here throughout the proceedings.

```
1              THE COURT:  At 1:00 p.m.?

2              MR. FEITEL:  At 1:00 p.m.  It's a pretrial

3     conference.  It was scheduled --

4              THE COURT:  No, that is no problem.  We'll just

5     take our lunch break at 1:00 p.m.  You will just have a

6     shorter lunch break.

7              MR. FEITEL:  Thank you, Your Honor.

8              THE COURT:  It's not going to be painful for me.

9     It might be for you.

10             MR. FEITEL:  Ms. Rhee has advised that I don't

11    need to eat lunch, but she will be here throughout the

12    proceedings.

13             THE COURT:  All right.  So where are we on the

14    witness with COVID?

15             MS. ALSWORTH:  Yes, Your Honor.  We have confirmed

16    that he is available to testify.  I am not sure whether the

17    Court prefers to send him a Zoom link.  I talked with

18    defense counsel.  And the last conversation I had, we didn't

19    have an agreement about whether or not they would --

20             THE COURT:  You did not have an agreement?

21             MS. ALSWORTH:  We did not have an agreement.

22    Alternatively, we have a declaration that we can submit and

23    we are ready to file that today from the witness.

24             THE COURT:  Okay.  Well, I am not sure if that's a

25    good alternative if they want to cross-examine the witness.
```

1    How is that going to be satisfactory?

2                   What's your thinking on that one?

3                   MS. ALSWORTH:  That if they -- if we can find

4    another date if he is unavailable and they want to have a

5    live witness here, which I don't think that they're entitled

6    to under the sentencing rules -- I don't think they have a

7    right to have a live witness to cross-examine.  We have got

8    some case law on that -- correct? -- from the D.C. Circuit.

9                   I think we can do it by video is what I am saying.

10   So if the Court is inclined --

11                  THE COURT:  You can do it remotely?

12                  MS. ALSWORTH:  Correct.  Yes.

13                  THE COURT:  They certainly have a right to impeach

14   a witness presented at a sentencing hearing.

15                  MS. ALSWORTH:  I understand that, Your Honor.

16   It's just the live witness issue.  I should have been more

17   clear.

18                  THE COURT:  Okay.  What case law are you relying

19   on for -- that they don't have a right to cross-examine

20   witnesses presented at an evidentiary hearing?

21                  MS. ALSWORTH:  Yes.

22                  THE COURT:  Okay.  So Ms. Rhee.

23                  MS. RHEE:  Good morning, Your Honor.

24                  I have spoken to my client about the witness who

25   has COVID, and he is adamant that he would like for this

```
1    witness to be in person.  If this were just a technical

2    witness or an expert --

3              THE COURT:  Which witness is it, by the way?

4              MS. RHEE:  I can't pronounce his name, but I know

5    it's like Jack Sinuhe --

6              THE COURT:  Is it Jack Sinuhe?

7              MS. ALSWORTH:  It is, Your Honor.

8              THE COURT:  That's the one with COVID.

9              MS. RHEE:  My client's position is that the -- his

10   testimony is just pure lies.  So he wants --

11             THE COURT:  Okay.  I get it.  All right.  Is this

12   witness fairly local, easy to get here?

13             MS. ALSWORTH:  He is not, Your Honor.  We would

14   have to make travel arrangements for him to get here.

15             THE COURT:  We will just set a resumption of the

16   evidentiary hearing date for say -- let's say, ten days from

17   now.  If not this week, then Monday -- give me that date

18   since I don't have my calendar.

19             THE COURTROOM DEPUTY:  Your Honor, that should be

20   the 18th.

21             THE COURT:  September 18.  We will just do that.

22   Hopefully, he will be recuperated by then.  You will just

23   have to make yourselves available; that's all there is to it.

24             MS. ALSWORTH:  I'm sorry, Your Honor.  What was

25   the date, Monday?
```

1          THE COURT:  Monday, September 18.

2          MS. ALSWORTH:  Okay.  Thank you.

3          THE COURT:  So we'll set it for that date.

4          If he starts testing negative and, you know, he is

5     tested after five days, which brings us to the middle of

6     next week, and he has tested negative for a few days, I

7     think that means he is clear and he can come in and he can

8     testify with a mask on.

9          Do you-all have an objection to him testifying

10    with a mask on?

11         MS. RHEE:  No.  We don't, Your Honor.

12         THE COURT:  Okay.  So why don't you get a report

13    from him on a daily basis of whether he is still testing

14    positive and make sure this witness is available

15    September 18, starting at 9:30 in the morning.  If he can do

16    it earlier, you will let me know what his status is; and

17    we'll reschedule it for at some point next week, at the end

18    of the week, which maybe we will all be masked with K-95

19    masks.  I think we still have leftover stashes.  We do.

20    Okay.

21         So, with that, do you think we're going to be able

22    to finish the other two witnesses today?

23         MS. ALSWORTH:  I hope that's the case.

24         THE COURT:  All right.  Well, let's call your next

25    witness.

```
 1                    MS. ALSWORTH:  It's Elpidio Mojarro Ramirez.

 2                    (ELPIDIO MOJARRO RAMIREZ, Government witness,

 3          sworn.)

 4                    THE COURTROOM DEPUTY:  May the record reflect,

 5          Your Honor, that the witness is now sworn.

 6                    THE COURT:  Thank you.

 7                    Please proceed, Ms. Alsworth.

 8                    MS. ALSWORTH:  Thank you, Your Honor.

 9                    THE WITNESS:  Do I get one?  I can't hear.

10                    THE COURT:  Yes.  You can have one?

11                    No?  Because it's a hearing --

12                    THE WITNESS:  Okay.  If she can step closer.

13                    MS. ALSWORTH:  You will let us know if you have

14          trouble hearing?

15                    THE WITNESS:  No.

16                    THE COURT:  Will you let us know?

17                    THE WITNESS:  Yes, of course.

18                    MS. ALSWORTH:  Thank you.

19                              DIRECT EXAMINATION

20          BY MS. ALSWORTH:

21          Q.  Could you please state your full name.

22          A.  Elpidio Mojarro Ramirez.

23          Q.  Have you ever used any other names?

24          A.  Yes, of course.

25          Q.  What was that?
```

```
1    A.  Augustine Reyes Garza; Jose Rivera Pichardo [sic].

2    Q.  Any others?

3    A.  No.

4    Q.  Thank you.

5            Have you ever used any nicknames?

6    A.  Yes.

7    Q.  What nicknames have you used?

8    A.  Pilo or Don Pilo.

9    Q.  And where are you from?

10           THE INTERPRETER:  Interpreter requests repetition.

11   A.  San Cristóbal de la Barranca, Jalisco, Mexico.

12   Q.  Do you understand some English?

13   A.  Yes.

14   Q.  Are you more comfortable today testifying with the

15   assistance of an interpreter who is speaking Spanish?

16   A.  Yes.

17   Q.  Are you currently incarcerated?

18   A.  Yes.

19   Q.  Have you been convicted of conspiracy to distribute

20   cocaine for importation into the United States?

21   A.  Yes.

22   Q.  Have you also been convicted of conspiracy to distribute

23   cocaine on board an aircraft registered in the United States

24   in the same case?

25   A.  Yes.
```

```
1    Q.   Did you plead guilty to those charges?

2    A.   Yes.

3    Q.   And as part of that guilty plea, did you agree to

4    cooperate with the government?

5    A.   That is correct.

6    Q.   And were you required to meet with agents and

7    prosecutors as part of that cooperation?

8    A.   Yes.

9    Q.   Does the cooperation also include testifying at hearings

10   like the one we're having today?

11   A.   Yes.

12   Q.   Does your agreement with the government obligate you to

13   tell the truth?

14   A.   That is correct.

15   Q.   Have you been promised or guaranteed anything in return

16   for your cooperation?

17   A.   No.

18   Q.   Have you been sentenced yet?

19   A.   No.

20   Q.   Do you know how much prison time you are facing?

21   A.   Yes.

22   Q.   How much?

23   A.   20 to life.

24   Q.   And you understand that life is the maximum?

25   A.   Correct.
```

1    Q.  Are you hoping to receive a reduction in your sentence

2    in exchange for your testimony here today?

3    A.  Yes.

4    Q.  Who ultimately decides what sentence you will receive?

5    A.  The judge.

6    Q.  When you were distributing cocaine, were you working on

7    behalf of a particular organization?

8    A.  Yes.

9    Q.  Can you tell us which one?

10   A.  The Milenio Cartel.

11   Q.  When did you first become involved in the distribution

12   of cocaine for the Milenio Cartel?

13   A.  2000, 2003.

14   Q.  What was your role in the cartel when you started?

15   A.  I transported.  I transported merchandise; the cocaine.

16   Q.  Can you describe more specifically what a transporter

17   does?

18   A.  Yes.  For example, I would be given the cocaine in

19   Honduras or Guatemala, and I would transport it in trucks

20   with secret compartments to Mexico City or Guadalajara.

21   Q.  Did you ever use airplanes to transport cocaine?

22   A.  No.  The cartel did, but I did not.  Well, not until the

23   end when I attempted to.

24   Q.  Okay.  Did you have any roles with the -- any additional

25   roles or other roles with the Milenio Cartel?

1    A.  Yes.  As time went by, I was placed in charge of

2    receiving all of the merchandise, sort of like an

3    accountant.

4    Q.  Okay.  Would you refer to yourself as an accountant for

5    the cartel?

6    A.  Yes.  Because I was in charge of delivering the

7    merchandise, receiving the money, and given payment.

8    Q.  Who was your boss when you were working with Milenio

9    Cartel?

10   A.  Oscar Nava Valencia.

11   Q.  Did he have a nickname?

12   A.  Yes.  El Lobo.

13   Q.  Was Lobo [sic] the leader of the Milenio Cartel at that

14   time?

15   A.  Yes.

16   Q.  I would like to ask you a couple more specific questions

17   about your role as the accountant.

18   A.  Okay.

19   Q.  What sort of information would you need to have to carry

20   out your role as an accountant effectively?

21   A.  For example, I would receive the merchandise.  I was

22   given the order to deliver it -- to either deliver it to

23   certain people or I would sell it.

24          When I was paid I would then give the payments --

25   I was ordered to pass out the payments and carry the

1    accounting.

2    Q.   What does that mean, to carry the accounting?

3    A.   Maintain a written account of balances and of the

4    numbers and, at the end of the month, settle accounts with

5    Lobo.

6    Q.   Okay.  And would these accounts -- were they investor

7    accounts?

8    A.   Yes, of course.

9    Q.   Let me back up really quickly and make sure I clarify

10   one term.

11   A.   Okay.

12   Q.   You used the term "merchandise."  And what does that

13   mean specifically to you?

14   A.   Cocaine or marijuana.

15   Q.   Okay.  And how would you delineate -- strike that.

16           Did you have a method for keeping up with the

17   different investors?

18   A.   Yes, of course.

19   Q.   How would you do that?

20   A.   Nicknames or -- yes, nicknames.

21   Q.   And to make payments to investors or to distribute money

22   to inventors, what other information would you need?

23   A.   Well, the investors were normally -- we normally deliver

24   merchandise to investors.

25   Q.   Okay.

```
1    A.  What's the question?

2          MS. ALSWORTH:  I will move forward.

3    BY MS. ALSWORTH:

4    Q.  As the accountant, how would you learn how much

5    merchandise was available for investors?

6    A.  Lobo would tell me.  Lobo would tell me what amount each

7    investor had.

8    Q.  Did you also discuss prices with Lobo?

9    A.  Yes.

10   Q.  While you were working with the Milenio Cartel, were you

11   aware of the price of a kilogram of cocaine, what it costs?

12         THE INTERPRETER:  Interpreter requests repetition.

13         MS. ALSWORTH:  Sure.

14   BY MS. ALSWORTH:

15   Q.  When you were working with the Milenio Cartel, did you

16   become aware of the price of a kilogram of cocaine?

17   A.  Yes.

18   Q.  Did this price fluctuate through time?

19   A.  Yes.  It varied.

20   Q.  Was the Milenio Cartel paid any fees from investors?

21   A.  Yes.  He would charge them a percentage.

22   Q.  What would this percentage cover?

23   A.  Normally, it was charged when it would be imports.  A

24   percentage was charged for making arrangements at port to

25   pay -- well, yes, the arrangements.
```

1    Q.   What arrangements?

2    A.   To make arrangements with the needy or the people who

3    run the X-ray machines.

4    Q.   And what sort of arrangements do you have to make with

5    those individuals?

6    A.   We have to talk to them and pay a percentage; like, for

7    example, $500 per kilo or sometimes even $1,000 per kilo.

8    Q.   And these payments go to people who are working at ports

9    of entry?

10   A.   That's correct; like the commanders.

11   Q.   Okay.  Did you keep written records when you were the

12   accountant for the Milenio Cartel?

13   A.   Of course.

14   Q.   What happened to those records, if anything?

15   A.   Every month, after we settled the accounting, we would

16   shred them.  We destroyed them and we would just keep the

17   balances.

18   Q.   And what would the balances tell you?

19   A.   The balance for the month.  Like, for example, if

20   $5 million had come in and 4 million was paid out, then

21   1 million was left, that was the balance.  And the

22   merchandise, if 1,000 kilos had come in and we had handed

23   out 950, then the balance was 50.

24   Q.   Why would the records be destroyed at the end of the

25   month?

1    A.   Safety.

2    Q.   And what do you mean by safety?

3    A.   Well, in case something happened; like in case the

4    police showed up or a raid or something, they wouldn't find

5    anything.

6    Q.   So does that mean it's safety to protect the cartel?

7    A.   Correct.

8    Q.   Do you recognize the name Raul Flores-Hernandez?

9    A.   Yes, of course.

10   Q.   Do you see this person in court today?

11   A.   Yes.

12   Q.   And if you could, please describe what he is wearing and

13   where he is sitting.

14   A.   Yes.  It's the gentleman sitting there with, I think, an

15   orange uniform.  I am color blind.

16   Q.   Is he sitting next to anyone?

17   A.   Yes.  The lady that's right there.

18          MS. ALSWORTH:  Your Honor, may the record reflect

19   that he's made an in-court identification.

20          THE COURT:  Let the record so reflect.

21   BY MS. ALSWORTH:

22   Q.   Do you know whether or not Mr. Flores goes by any

23   nicknames?

24   A.   El Tio.

25   Q.   When did you first learn who the defendant was?

1    A.   Mr. Raul Flores is a very well-known person in

2    Guadalajara; from the '90s, the '80s, and even more in the

3    2000s.

4    Q.   Did you and Mr. Flores ever run in the same circles?

5    A.   I'm sorry?

6    Q.   Did you-all run in the same social circles?

7    A.   That's correct.

8    Q.   Can you describe to the best of your recollection when

9    that started, when you first remember seeing him, and why?

10   A.   When I had more contact with him -- when I began to have

11   more contact with him was in the 2000s -- not physical

12   contact, but when I knew that he existed.

13   Q.   Okay.  Well, can you tell us about that?

14   A.   Yes.  Because he belonged to the Sinaloa Cartel.

15        When you are a member of a cartel, like, for

16   example, in the Milenio Cartel, we had to know who was

17   moving merchandise in Guadalajara.

18   Q.   Why would you need to know that information?

19   A.   Like, because in Guadalajara there were -- there were

20   two cartels in Guadalajara; the Milenio Cartel and the

21   Sinaloa Cartel.  And so, for example, if merchandise arrived

22   in Guadalajara and it began selling in the market and we did

23   not know who it was -- belonged to, we would -- we would

24   seize part of it; and that's how we would come to learn who,

25   which person or which cartel -- yeah, well, which person it

1    belonged to.  And then, separately, there were a lot of

2    people who were working independently.

3    Q.  Can you give us an example of some of these people that

4    worked independently?

5    A.  Like the Quintero, the Sanchezes, the Villa-Lobos, the

6    Flores-Hernandez.

7    Q.  Just briefly.  If you could try to speak into the

8    microphone when you are answering the questions because

9    sometimes you are turning towards the interpreter and it's

10   hard to hear.

11   A.  Very well.

12   Q.  Thank you.

13          Now, you just described Mr. Flores as someone who

14   operates independently and as someone who belongs to the

15   Sinaloa Cartel.  Can you explain that?

16   A.  Yes.  He worked independently but protected by the

17   cartel.  He was like an operative of the Sinaloa Cartel.

18   Like, for example, when he would make a deal, Chapo would

19   have a percentage of that.

20   Q.  When who would make a deal, Mr. Flores?

21   A.  Yes.

22   Q.  And who is Chapo?

23   A.  Chapo Guzmán.  Joaquín.  Joaquín Guzmán.  Joaquín Guzmán

24   Loera, his nickname is Chapo.  He was the boss of the

25   Sinaloa Cartel.

1    Q.  Thank you.  Do you recall when you first learned that
2    Mr. Flores was involved in drug trafficking?
3    A.  One time, when Lobo mentioned to me that he would be
4    making a business deal with him.
5    Q.  And did he use that terminology, a business deal?
6    A.  That's right.  That's what we would always call it.  We
7    would call it a deal, a business deal.
8             We would never say like -- well, yes, it was a
9    deal, a business deal; like our business was drug
10   trafficking.
11   Q.  Would you ever be that blunt and describe it that way
12   when you are talking with Lobo?
13   A.  Yes.
14   Q.  What about when you were out in public, would you use
15   that kind of terminology?
16   A.  Yes.
17   Q.  While you were working for the Milenio Cartel and acting
18   as the accountant, did you ever learn of any specific drug
19   loads that Mr. Flores was involved with?
20   A.  Yes.  In 2009.
21   Q.  Can you tell us about that?
22   A.  Yes.  When there is an exporting -- when there is
23   exporting being done and it involves a new business, we
24   begin doing something that we call priors.
25   Q.  What does that mean?

1    A.   It's when you ship merchandise to a company without any

2    drugs in it and so that by the time that the drug shipment

3    is made, that company is already registered, but first the

4    shipments are made without any drugs in it.

5    Q.   I am going to try to say this back to you in a way that

6    I understand to make sure we are using the same terminology.

7    A.   Okay.

8    Q.   You said "prior."  Is this like a test run?

9    A.   Yes.

10   Q.   And in the test run is it your testimony that no drugs

11   are involved?

12   A.   That's correct.

13   Q.   And what's the purpose of doing this?

14   A.   So that the company can be seen as an active company

15   making shipments.  And then, as I mentioned before, the

16   company then becomes recorded as a company that is working

17   and it's less likely to catch the eye of the authorities.

18   Q.   So it appears legitimate?

19   A.   That's correct.

20   Q.   And you mentioned that in 2009 was the first time that

21   you became aware that Mr. Flores may be involved in one of

22   these priors?

23   A.   Yes.  Because we had somebody in charge for all exports

24   whom we refer to as El Chivito, that was his name.  Well,

25   that's the name that he was known by.  Nobody knew -- well,

1    I didn't know him by any other name.

2    Q.  That's his nickname?

3    A.  That's correct, yes.

4    Q.  You said El Chivito was responsible for arranging the

5    importer export -- I'm sorry.  I didn't hear what you said.

6    A.  Imports.

7    Q.  And what does it mean that he is in charge of that?

8    A.  Because he was the one who would make the arrangements

9    and paid for -- well, he would purchase the merchandise.

10   Yes, the merchandise; like, what we would be using.  And he

11   would be the one to pay the tariffs, and all of that.

12   Q.  And what do you mean by "tariffs"?

13   A.  The tax.  The tariff tax that's collected.

14   Q.  Okay.  Is this a legal tax or an illegal tax?

15   A.  No, they're legal.  No.  So all merchandise has tariffs,

16   some you pay less for.

17   Q.  How is the merchandise transported?

18             THE COURT:  Excuse me just one second.

19             MS. RHEE:  I'm sorry, Your Honor.

20             I am having trouble hearing the interpreter on

21   this side.  I wonder -- I don't know if she has a

22   microphone.  I am having trouble hearing her.

23             THE INTERPRETER:  I do.

24             MS. RHEE:  I am struggling to hear.

25             THE INTERPRETER:  How about now?

```
 1              MS. RHEE:  Yes.  Thank you, Your Honor.

 2              THE COURT:  Please proceed.

 3      BY MS. ALSWORTH:

 4      Q.  In this particular transaction, in 2009, how is the

 5      merchandise being transported?

 6      A.  In wood.

 7      Q.  What particular mode of transportation?

 8      A.  It was wood flooring in containers.

 9      Q.  Was it by land, sea, or air?

10      A.  Ships.

11      Q.  And so the tariffs were for the ship?

12      A.  Well, it's for the port.  It's what the government does.

13              MS. ALSWORTH:  Okay.

14              THE COURT:  I'm sorry.  I am really not following

15      this.

16              In 2009, there was cocaine being transported in

17      wood?  Is that what I heard?

18              THE WITNESS:  Yes.  Correct.  But, like, wood

19      flooring.  I don't know what it's called.

20              THE COURT:  In wood flooring?

21              THE WITNESS:  Yes.  In boards.  Like what you make

22      floors with.

23              THE COURT:  What you make floors with.  Okay.  And

24      that wood was put into containers?

25              THE WITNESS:  Yes.
```

```
1              THE COURT:  And those containers were transported

2      from what place to what place in a shipment?

3              THE WITNESS:  From South America to Manzanillo

4      Mexico.

5              THE COURT:  And you had arrangements made at the

6      port to pay the tariffs not on the ship but on the wood in

7      the containers; is that right?

8              THE WITNESS:  Yes, correct.

9              THE COURT:  All right.

10     BY MS. ALSWORTH:

11     Q.  Just to clarify.  The judge asked you if you did it.

12     Was it you personally or was it someone else that did it?

13     A.  No.  I'm sorry.  It was El Chivito who did it.  He had

14     all of the arrangements made, and he was in charge of all of

15     the logistics for imports for Milenio.

16             THE COURT:  In 2009, how many of these shipments

17     in wood containers on ships were you involved in?

18             THE WITNESS:  There were three trial runs made.

19     And in 2009, 500 kilos were sent of cocaine -- well, cocaine

20     and ephedrine.

21             THE INTERPRETER:  I'm sorry.  Interpreter will

22     correct, in 2010.

23             MS. ALSWORTH:  May I proceed, Your Honor.

24             THE COURT:  Yes.

25     MS. ALSWORTH:
```

1    Q.   So the trial runs are in 2009.  And --

2    A.   And part of 2010.

3    Q.   Okay.  And then the decision is made to move forward

4    with a load that's actually got narcotics in it?

5    A.   Yes.

6    Q.   And was this the load that you believe Mr. Flores was

7    involved with?

8    A.   Yes.  That's correct.

9    Q.   Can you tell us what happened to that load?

10   A.   It was seized at port in Manzanillo in June 2010.

11   Q.   What happened as a result of that seizure?

12   A.   It was seized.

13   Q.   What did you do?

14   A.   I don't understand the question you are asking.

15   Q.   Okay.  After the load was seized, were you asked to do

16   anything?

17   A.   No.

18   Q.   Did you ever go to the port?

19   A.   No.

20   Q.   Who told you that the load was seized?

21            THE INTERPRETER:  Interpreter requests repetition.

22   A.   I was the one who ordered SEMAR to seize it.  SEMAR is

23   the secretary of the Navy.

24   Q.   Okay.  So let's -- tell us about that.

25   A.   Okay.  Well, this is a story.

1          In 2009, Oscar Nava Valencia was arrested, around

2     November 2009.  And then the person left in charge is Juan

3     Carlos Nava Valencia, alias Tigre; he is the one left in

4     charge after him.

5          THE INTERPRETER:  Your Honor, the mic is cutting

6     off.  Is there a second unit?

7          THE WITNESS:  May I have some water?

8          (Proceeding pauses.)

9          MS. ALSWORTH:  Ready to proceed?

10          THE WITNESS:  Yes.

11     MS. ALSWORTH:

12     Q.  Okay.  You said in 2009 that Lobo was arrested.

13     A.  Right.  So he was arrested in 2009, and then Juan Carlos

14     is left in charge.  He continued with those loads.

15          And then, in May 2010, Juan Carlos Nava Valencia

16     is arrested, and that's when I am left in charge of the

17     cartel.

18     Q.  Okay.

19     A.  When I am left in charge of the cartel, I called Chivito

20     in and I asked him what merchandise is en route because I

21     was now in charge.  He told me that there were two loads

22     coming in from South America.  He led me to understand that

23     they were coming from Bolivia.  Though you might say that

24     Bolivia does not have access to the sea, but Bolivia has a

25     treaty with Chile, and the ships leave through Chile.

1          So he tells me that there are two trips coming up,

2     one that was 1,000 kilos that belonged to other people --

3     well, that didn't belong to Mr. Flores; and Mr. Flores's was

4     coming, that one had 500 kilos.

5          So around that time they kidnapped Chino [sic] --

6     no, I'm sorry, Chivito.  And the cartel Jalisco New

7     Generation, Generación, who were the ones who had kidnapped

8     him, got from him all of the information about the

9     containers that were going to be arriving.

10          They were somehow able to steal the merchandise,

11     the 1,000 kilos, because when we got the container out there

12     was no longer any merchandise in there.  So as we were

13     attempting to get out Mr. Flores's from the port -- and I

14     had asked the people from the Navy to keep an eye on that

15     container because -- since they had already stolen the

16     merchandise from the other one.

17          And around those days they called me and they told

18     me that container that you asked us to keep an eye on has

19     just been moved to a location that's not the right one and

20     we believe that they are going to steal from that one as

21     well.  And so I asked them to break -- I asked them to break

22     them.  When I say "break them," I am asking them to seize it

23     because I preferred that it be seized instead of having the

24     cartel Jalisco New Generation also rob that one.  And that's

25     how I know that it was seized.

1    Q.   Okay.  So let me ask you a couple of follow-up

2    questions.  You have mentioned the people at the port a

3    couple of times.  You said that they provided you with

4    information.

5    A.   Yes.

6    Q.   What was your relationship with them?

7    A.   I was paying off the port commander and the commander --

8    what's it called? -- the one who does the investigations.

9    Q.   At the port?

10   A.   Intelligence.

11   Q.   You were paying these people?

12   A.   Yes.  Of course.

13   Q.   And what was the purpose of you paying them?

14   A.   So they would keep me updated.  And, separately, I would

15   also give the commander information which he would then

16   forward so they can carry out seizures.

17              THE COURT:  And what port are we talking about?

18              THE WITNESS:  Manzanillo.

19   MS. ALSWORTH:

20   Q.   When you first learned that this load was coming in 2010

21   and that there were 500 kilos on it that were for

22   Mr. Flores, did you know what type of drug or did you have

23   information about what type of drug was being sent?

24   A.   It was my understanding that it was 450 kilos of cocaine

25   and 50 kilos of ephedrine.

1    Q.   And you remember that as being your initial knowledge?

2    A.   Yes.

3    Q.   Moments ago you testified that at some point you became

4    the leader of the Milenio Cartel.

5    A.   Yes.

6    Q.   How long were you the leader of the Milenio Cartel?

7    A.   16 months.

8    Q.   And why did you stop being the leader of the Milenio

9    Cartel?

10   A.   Because Juan Carlos Nava Valencia was released from

11   prison in June 2011 -- correction -- got out of prison in

12   June 2011.

13   Q.   And what happened at that point?

14   A.   I gave the cartel over to him because it was -- belonged

15   to him.  He was the leader.

16   Q.   Did you continue working for Milenio Cartel?

17   A.   Yes, but no longer very active.

18   Q.   I'm sorry.  Did you say you were no longer very active?

19   I didn't hear.

20   A.   Yes; that's correct.

21   Q.   I am going to ask you a couple of questions that might

22   be a little out of order in terms of the timing of your

23   taking over Milenio Cartel.

24            Where is Chiapas?

25   A.   Chiapas?  Southern Mexico.

1    Q.  And do you know whether any cartel or other organization

2    controlled the area in Chiapas when you were working for

3    Milenio Cartel?

4    A.  Chiapas was controlled by the Sinaloa Cartel and the

5    Beltráns.  Well, at that time they were the same group so,

6    yes, it was the Sinaloa Cartel.

7    Q.  And did you mention someone else?  I'm sorry, I

8    didn't --

9    A.  The Beltrán Leyvas.

10   Q.  Who are the Zetas?

11   A.  Yes.  They're there, but they're in Tamaulipas.  And

12   they also have people near the area of Veracruz, but like

13   right near Chiapas.

14   Q.  At some point did the Sinaloa and the Zetas go to war

15   over the area of Chiapas?

16   A.  Yes.

17   Q.  Do you recall when that was?

18   A.  Not exactly.  I don't remember exactly.  Like around

19   2006, 2007.

20   Q.  And during this time period in 2006, 2007, did the

21   Milenio Cartel send you somewhere else?

22   A.  Like, to do what?  To pick up merchandise?

23   Q.  Were you ever sent to another country?

24   A.  To pick up merchandise, yes; to Honduras, to Guatemala,

25   to Nicaragua.

1    Q.  Do you remember ever going to Venezuela or having

2    dealings with anyone in Venezuela?

3    A.  Yes.  Of course.

4    Q.  And can you tell us whether or not those dealings had

5    anything to do with Mr. Flores?

6    A.  Yes.  Yes.

7    Q.  Okay.  What do you remember about that?

8    A.  So when I had a plane seized that was coming with

9    merchandise from Venezuela to Honduras, there was a man

10   named Valde [sic]; that I knew him as Valderrama.  I knew

11   him as Valderrama.

12           THE INTERPRETER:  Interpreter requests repetition.

13   A.  His real name is Dixon [sic], but at that time I did not

14   know his real name.

15           When the plane was lost -- when the plane fell, I

16   went and confronted him because he was the one who had made

17   arrangements for the plane to leave Venezuela, but it was

18   shot down as it was leaving Venezuela.  So I was asking that

19   he at least pay me back for the plane.

20   Q.  I think we're talking about two different people.

21           Are you talking about Dixon right now?

22           MS. RHEE:  Objection, Your Honor.  Leading.

23           THE COURT:  Overruled.

24   A.  Yes.  I'm talking about Dixon.

25           MS. ALSWORTH:  Thank you.

```
 1                THE COURT:  And when did this occur?

 2                THE WITNESS:  2014 -- like, beginning of 2015.

 3                THE COURT:  And the plane that was supposed to

 4      leave Venezuela in 2015 was supposed to go where?

 5                THE WITNESS:  To Honduras.

 6                THE COURT:  And when it left Venezuela, did it

 7      have any illegal merchandise on it?

 8                THE WITNESS:  Yes.  It had 1,500 kilos.

 9                THE COURT:  And did you arrange with the person

10      named Dixon for this plane to leave Venezuela safely?

11                THE WITNESS:  Dixon made the arrangements.  Yes, I

12      made a deal with Dixon but Dixon made the arrangements,

13      supposedly, with the generals in Venezuela so that the plane

14      could leave safely.  And I was going to pay Dixon $600,000

15      for making those arrangements but once the load was

16      successful.

17                THE COURT:  All right.

18                MS. ALSWORTH:  May I proceed?

19                THE COURT:  Yes.

20      BY MS. ALSWORTH:

21      Q.  And to be clear, did Mr. Flores have any involvement in

22      that load?

23      A.  No.  But rather to explain why there is Dixon after

24      Mr. Flores.

25                MS. ALSWORTH:  I will follow up, Your Honor.  I
```

 1   think we're talking about different things.

 2          THE WITNESS:  All right.  So once I am collecting

 3   this money from him, Dixon tells me he is going to introduce

 4   me to somebody from Guadalajara.

 5   MS. ALSWORTH:

 6   Q.  Okay.  We'll get there in just a second.

 7          Right now I would like to focus my questions on

 8   something that you said earlier.  You testified that in

 9   2006, 2007, that you may have been sent to another country,

10   Venezuela.

11   A.  No.  I was never sent to Venezuela.

12   Q.  Okay.  I am misunderstanding.  Thank you.

13   A.  In 2006, 2007, I didn't have anything to do with planes

14   because there was somebody else in Milenio who was in charge

15   of handling everything with planes.

16   Q.  Okay.  Beginning in 2015, were you working with any

17   cartel?

18          THE INTERPRETER:  Interpreter will repeat.

19   A.  No.  I was working independently.

20   Q.  And then the plane that you just described that was shot

21   down, is that what you were doing when you were working

22   independently?

23   A.  That's correct.

24   Q.  Okay.  And between 2015 and moving forward a couple of

25   years, did you have any personal meetings with Mr. Flores?

```
1   A.  Between 2015 and now?

2   Q.  Yes.

3   A.  Yes.

4   Q.  Do you recall how many meetings you had with Mr. Flores?

5   A.  Approximately five.

6   Q.  Why did you meet with him?

7   A.  Because Mr. Dixon sent me -- well, he asked me to talk

8   to him because Mr. Flores supposedly had planes and was

9   going to help me get planes.

10  Q.  How did you introduce yourself to Mr. Flores?

11  A.  Jose Rivera.

12  Q.  And this is not your true name?

13          You are shaking your head.

14  A.  No.

15  Q.  Thank you.

16          Why didn't you give him your true name?

17          THE INTERPRETER:  One moment.  Interpreter seeks

18  repetition.

19  A.  Because he was very -- well, first of all, I did not

20  know -- want people to know that I was in Guadalajara

21  because I had been having issues with the cartel Jalisco New

22  Generation since 2010.

23  Q.  In addition to face-to-face meetings, did you have phone

24  contact with Mr. Flores?

25  A.  Yes.  Of course.  Several times.
```

1   Q.  Did you recognize Mr. Flores's voice during that time

2   period?

3   A.  Of course.

4   Q.  When you arranged to meet with Mr. Flores in person,

5   where would those meetings take place?

6   A.  In Andares; the shopping mall Andares.

7   Q.  In the shopping mall where?

8   A.  Andares; in Zapopan, Jalisco, Mexico.

9   Q.  Why would you choose to meet at a shopping mall?

10  A.  For my safety.

11  Q.  Can you give us some more detail about that.  Why was it

12  safer to meet there?

13  A.  Because there would be lots of people there, lots of

14  exits.  I could have two cars there because of the parking,

15  and there were movie theaters I could go into.  There were

16  lots of places I could go into, lots of exits.

17  Q.  Did you have a meeting with the defendant in person on

18  or about January 9, 2017?

19  A.  Yes.

20  Q.  Did you record this meeting?

21  A.  Yes.

22  Q.  Have you listened to this recording since you made it?

23  A.  Yes.

24  Q.  Are you aware that a transcript of this recording has

25  also been made?

1    A.  Yes.

2    Q.  Have you looked over that transcript as well?

3    A.  That's correct.

4            MS. ALSWORTH:  Your Honor, at this time I would

5    move to introduce Government's Exhibit 1, which is an audio

6    recording; Government's Exhibit 2, which is the transcript;

7    and Government's Exhibit 3, which is the transcript and the

8    audio merged for the Court's convenience to follow along.

9            THE COURT:  Any objection?

10           MS. RHEE:  Yes, Your Honor.

11           THE WITNESS:  Am I going to listen to this?

12           THE COURT:  Let me just hear the objection first,

13   a legal question.

14           Your objection is, Ms. Rhee?

15           It can't be hearsay; it can't be relevance; it

16   can't be authentication; so I am puzzled.

17           MS. RHEE:  I think that there is no dispute that

18   the recording is incomplete on its face.

19           My understanding -- I think that the government

20   should proffer where the rest of it is.  I think on the

21   transcripts --

22           THE COURT:  You haven't talked to them about that?

23           MS. RHEE:  I have, Your Honor.

24           THE COURT:  Okay.

25           MS. RHEE:  On the transcripts -- I don't know if

1    it's on this one.  But I saw where it says it's a body wire.

2    But then in one of the reports it says that he used his

3    telephone, and he had turned the camera light off so

4    Mr. Flores wouldn't know that he was being recorded.

5         But our position is that this is the first time

6    that these two individuals had met; that there is -- in the

7    beginning of the recording where they're introducing

8    themselves.

9         We have no idea what the other parts say.  We

10   don't know how the government came by the evidence.  For all

11   we know, there is exculpatory information in the audio.  He

12   had access to --

13        THE COURT:  What's the government told you about

14   whether this is complete, not complete, or --

15        MS. RHEE:  They acknowledge that it's not

16   complete, Your Honor.

17        THE COURT:  Okay.  Well.

18        MS. RHEE:  And so because we don't know the

19   circumstances, we would argue that this goes to more than --

20   this could be a 5-minute conversation in a 30-minute

21   conversation, in an hour-long conversation.  So we would

22   argue that based on the circumstances that it goes to more

23   than just the weight, it would go to the admissibility of

24   this transcript and the audio.

25        THE COURT:  Why shouldn't I sustain this

1       objection?  I have no idea what this man is doing; doing a

2       recording, why he did it, how he did it.  I have no

3       information.

4              So what is this?  Why shouldn't I sustain --

5              MS. ALSWORTH:  I can clarify.

6              THE COURT:  I mean, you haven't created any kind

7       of foundation for what is going on here and why I should

8       just be dumping into the record some stuff.  Those are all

9       very legitimate objections --

10             MS. ALSWORTH:  I can clarify.

11             THE COURT:  -- to what this is.

12             MS. ALSWORTH:  Understood, Your Honor.

13             May I question the witness?

14             THE COURT:  I think you should --

15             MS. ALSWORTH:  Absolutely.

16             THE COURT:  -- before you start moving stuff into

17      evidence where I am, now, very skeptical of it.

18             MS. ALSWORTH:  Of course, Your Honor.

19      MS. ALSWORTH:

20      Q.  Mr. Mojarro Ramirez, can you explain how you made this

21      recording on January -- on the date that we previously --

22             THE COURT:  January 9th, 2017.

23             MS. ALSWORTH:  Thank you.

24      A.  With my phone.

25      Q.  And can you explain specifically how you did that.

1    A.  You have the ability to record on it.  You just turn on

2    the application, and it allows you to record, and you record

3    it.

4    Q.  Where did you place the phone when you were making this

5    recording?

6    A.  On the table.

7    Q.  Do you know whether or not the entire meeting was

8    recorded?

9    A.  I don't remember if it's the entire conversation.  But

10   when I pressed it -- like, when I was sitting there with

11   him, I pressed the button as if -- I acted as if I was

12   making a phone call and I pressed the button, and I put it

13   down.  I put the phone down.

14   Q.  Did this happen after you and Mr. Flores were already

15   together?

16   A.  That's correct.

17   Q.  At some point did you stop the recording?

18   A.  I don't think -- I don't think so.  I don't remember.

19   Q.  Okay.  Would you have stopped the recording at the end

20   of the meeting?

21   A.  Yes.  Yes.

22   Q.  At some point did you provide this recording to the DEA?

23   A.  Immediately.

24   Q.  Did you make any alterations to the recording before you

25   turned it over to the DEA?

1    A.  No.

2              THE COURT:  Did you make this recording at the

3    request of the DEA?

4              THE WITNESS:  That's correct.

5              THE COURT:  So when did you start working with the

6    DEA?

7              THE WITNESS:  Two thousand -- 2015.

8              THE COURT:  Did you set up the meeting with this

9    defendant at the direction of the DEA?

10             THE WITNESS:  That's correct.

11             THE COURT:  All right.  Well, that is providing

12   some more context for what is going on here.

13             MS. ALSWORTH:  May I follow up?

14             THE COURT:  Okay.

15   MS. ALSWORTH:

16   Q.  Who were you working with at the DEA?

17   A.  With agent Kyle Moray.

18   Q.  And you are saying that he told you to go meet with the

19   defendant and to record the meeting?

20   A.  I told him that I was going to record it.

21   Q.  You said that you were going to record the meeting, this

22   meeting that happened in Mexico?

23   A.  Yes.

24   Q.  Do you recall Agent Moray telling you not to go meet

25   with the defendant?

1    A.   That I know what?

2    Q.   Do you recall him telling you not to go meet with the

3    defendant?

4    A.   Yes.  Because he said that it was too -- it was very

5    dangerous to do so.  He said it was too dangerous for me to

6    go to Guadalajara and do that.

7    Q.   Did you make a decision to go anyway?

8    A.   Yes.  That's correct.

9    Q.   Was it during that meeting that you made the recording?

10   A.   Yes.

11   Q.   And then turned it over to Agent Moray?

12   A.   Immediately.

13            THE COURT:  All right.  So with that additional

14   context, do you want to renew your objection or withdraw

15   your objection?

16            MS. RHEE:  Yes, Your Honor, because I think at

17   this point it's even more confusing.

18            I received no DEA reports, no paperwork whatsoever

19   on the possibility of this individual recording any

20   conversation or being told not to record any conversation or

21   even any paperwork that a recording had been received by the

22   DEA prior to this.  There are just no reports.  And this is

23   the first time I am learning that he had discussed the

24   possibility of recording with the DEA.

25            THE COURT:  Is there no DEA report about receipt

1     of a recorded -- surreptitiously recorded conversation?

2             MS. ALSWORTH:  I don't recall seeing a report in

3     the discovery.  No, Your Honor.  I don't recall seeing a

4     report.

5             Let me clarify.  The only information that I do

6     have -- just to be clear, in the 3500 material that was

7     produced there are proffer notes with the defendant, and

8     there is a reference to the recording that was made on the

9     January 9th date.  And the proffer notes, I believe, are

10    dated January 16th of 2017, and those were produced to the

11    defense.

12            THE COURT:  All right.  But there was no

13    surveillance being conducted, because if there was

14    surveillance one would expect there would be a DEA-6 report

15    of some kind --

16            MS. ALSWORTH:  I don't have any information about

17    surveillance, Your Honor.

18            THE COURT:  -- to confirm that this recording is

19    of this defendant.

20            MS. ALSWORTH:  Well, he has testified that he

21    recognizes the voice, and I believe that Ms. Rhee has pretty

22    much admitted the same.  I don't think there is any dispute

23    that it's Mr. Hernandez that is on this recording --

24    Mr. Flores.

25            THE COURT:  Well, is that right? -- that there is

1    no dispute that this is a recording with this defendant?

2                MS. RHEE:  I think the dispute is the fact that

3    this is not -- this audio is not complete.

4                THE COURT:  Okay.

5                MS. RHEE:  There is a much longer conversation --

6                THE COURT:  Okay.  Well, then I misunderstood.

7                I thought you said that your position was that

8    this defendant had never before met this witness.  So I

9    presumed from that, to the extent that this witness says he

10   is in a recording with this defendant, you were disputing

11   that it was the defendant.

12               I clearly made a leap that was incorrect.

13               If you are conceding that Mr. Flores-Hernandez's

14   voice is actually recorded on this tape --

15               MS. RHEE:  That is correct.

16               But our position is that it was their very first

17   meeting and there is much more to the conversation than what

18   is on this recording.

19               THE COURT:  Okay.  Well, that very well may be.

20               The objection is overruled.  You can admit

21   Government's Exhibits 1, 2, and 3.

22               MS. ALSWORTH:  Thank you, Your Honor.

23               I do want to clarify one other point that Ms. Rhee

24   raised.  She notified the government and has had

25   conversations with us about the incomplete condition of the

 1    recording.  The first I heard of it was this morning, and
 2    she has had this recording for a while now.  It went out in
 3    discovery a long time ago.
 4         THE COURT:  Okay.  Can you explain why this
 5    witness says that he turned the recording over immediately
 6    to the DEA agent?
 7         I wondered if the DEA agent didn't know he was in
 8    Guadalajara, didn't want him to be in Guadalajara, how
 9    immediate that can be, and was this recording turned over
10    only on the 17th of January?
11         MS. ALSWORTH:  I don't have information from the
12    agent, Your Honor.  I can ask --
13         THE COURT:  Or in the proffer notes that you just
14    referenced?  Which means it might not have been on
15    January 9, which is what I would -- that it was turned over
16    to the agent because that's how I would interpret
17    "immediately."  But you would -- but it might not have been
18    turned over actually to the agent until January 17th, almost
19    a week later?
20         MS. ALSWORTH:  Your Honor, it's not specific as to
21    when the recording was received.  It says that the recording
22    was made on January 9.  And they had a follow-up phone
23    interview -- and I stand corrected on the date, it was
24    February 13th, 2017, so just under a month later that they
25    had a follow-up interview about the recording.

1           THE COURT:  It doesn't say when the recording went

2     into the hands --

3           MS. ALSWORTH:  It does not.

4           THE COURT:  All right.

5           When you say that the recording -- that you gave

6     the recording immediately to the DEA agent, what do you mean

7     by "immediately"?

8           THE WITNESS:  That after I left him, about 20

9     minutes later I sent it to Mr. Moray.

10          THE COURT:  Okay.  So you didn't meet the DEA

11    agent physically to turn over the recording?  You sent it

12    via an email attachment?

13          THE WITNESS:  Yes.

14          THE COURT:  All right.  Proceed.

15          MS. ALSWORTH:  Thank you, Your Honor.

16          And just to clarify, Exhibits 1, 2, and 3 are

17    admitted?

18          THE COURT:  Yes.

19          MS. ALSWORTH:  Thank you.

20          (Government's Exhibits 1, 2, and 3 admitted.)

21          MS. ALSWORTH:  Mr. Velado, if you could please

22    begin playing the audio.

23          (Whereupon, an exhibit was published.)

24          THE COURT:  Can you stop it for a moment.

25          Ms. Alsworth, you are not going to go back over

1   this tape again, right?

2          MS. ALSWORTH:  No, Your Honor.  I just have some

3   follow-up questions.  I am not going to replay it.

4          THE COURT:  Because if you are not going to use

5   this tape to find out from him what are they talking about,

6   what are they referring to -- I would like to do that one

7   time.

8          MS. ALSWORTH:  Okay.

9          THE COURT:  I don't want you thinking we're going

10  to sit here, look at all of this stuff, and then you are

11  going to go back and replay it a second time.  I just want

12  to make sure you understand, one time.

13         MS. ALSWORTH:  I understand, Your Honor.

14         THE COURT:  We are now halfway through this.  You

15  haven't asked one question of this witness --

16         MS. ALSWORTH:  We are.

17         THE COURT:  -- to give any context here.  Is that

18  your plan?

19         MS. ALSWORTH:  Initially, it was, Your Honor.

20         I can change gears.  That's only because the

21  recording restarts every time we pause it.  We practiced

22  with it last night.  We were having a lot of trouble with

23  the presentation.  My plan was to play the full recording

24  and then ask specific questions about language in the

25  recording.

1          If it helps Your Honor, I can go back and do that

2     now to save time if that is your preference.

3          THE COURT:  Well, this is a lot of chitchat.  I

4     don't understand the context of what they're talking about.

5     So this is a bloody waste of time unless you are going to

6     use this witness for a purpose here.

7          MS. ALSWORTH:  Understood, Your Honor.

8          THE COURT:  Otherwise, I can just read the

9     transcript and scratch my head myself.

10          MS. ALSWORTH:  I can go back and clarify.

11          May I proceed?

12          THE COURT:  Yes.

13          MS. ALSWORTH:  Okay.

14          Mr. Velado, if you could return to the beginning

15     of the recording, please.

16          THE COURT:  Oh my goodness.

17          MS. ALSWORTH:  I will be brief, Your Honor.  I am

18     looking at lines 16 through 18 -- 16 through 24.

19          THE COURT:  Well, do you want to have him

20     recognize the voices first?

21          MS. ALSWORTH:  Yes, Your Honor.

22     MS. ALSWORTH:

23     Q.  Mr. Mojarro, do you recognize the voices in this

24     recording?

25     A.  Yes.

1    Q.  And who are they?

2    A.  Me and Mr. Flores.

3    Q.  And at one point Mr. Flores says, "We did tests"; is

4    that correct?

5    A.  Yes.

6    Q.  What do you understand that to mean?

7    A.  The priors.  The trial runs I had mentioned.

8    Q.  And also in this same portion of the conversation, he

9    says, "They used to say [sic] a thousand [sic]."  Do you

10   know what that means?

11          MS. RHEE:  Objection, Your Honor.  The witness's

12   understanding.

13          THE COURT:  Overruled.

14          THE WITNESS:  The what?

15   MS. ALSWORTH:

16   Q.  Mr. Flores says, "They used to say 1,000."

17   A.  100,000 or 1,000?

18   Q.  Would you like for us to play it again so you can hear?

19   A.  Yes.

20          (Whereupon, an exhibit was published.)

21   Q.  Could you hear that time?

22   A.  I don't understand which part you are referring to.

23   Q.  Did you hear Mr. Flores say, "They used to say 1,000"?

24   A.  What I understand is that this -- what I understand is

25   that Mr. Flores is talking that Mr. -- correction -- that

1    Valderrama would send him 1,000 kilos; that he would send

2    him 1,000 kilos.  And then -- okay, Mr. Flores is

3    complaining that Valderrama was asking that he send him

4    money in advance, and then he would send the 1,000.

5    Q.  So you did hear that language?

6    A.  I think I am not understanding clearly.  Maybe it's not

7    being understood.

8              Mr. Flores did not want to send money in order to

9    receive the merchandise.  He was saying:  If you send me

10   1,000 kilos I will receive them for you and I will assume

11   responsibility for them.  That's what he is saying.

12   Q.  Did you hear Mr. Flores say, "First let's do it small,

13   and then grow from here"?

14   A.  Yes.  That's correct.

15   Q.  And what did that mean to you?

16   A.  To start out sending small loads and then go -- grow

17   from there.

18             MS. ALSWORTH:  Mr. Velado, if you could go back

19   to -- it looks like time stamp 2 minutes in, and it's

20   lines 17 and 18.

21             THE WITNESS:  I can't hear it well.

22             MS. ALSWORTH:  You can't hear it well?

23             THE WITNESS:  No, I can't.

24             MS. ALSWORTH:  Can you hear that better now?

25             THE WITNESS:  A little.

```
 1              MS. ALSWORTH:  All right.  Alex, if you could
 2     please replay those couple of lines from 13 to 19.
 3              (Whereupon, an exhibit was published.)
 4              MS. ALSWORTH:  Pause it please.
 5     MS. ALSWORTH:
 6     Q.  Did you hear the name El Chivo?
 7     A.  Yes.
 8     Q.  Who is El Chivo?
 9     A.  He was the one in charge of the -- doing the trial runs
10     and sending the merchandise.
11     Q.  Is this the individual that you were discussing earlier?
12     A.  I'm sorry?
13     Q.  Is this the individual that you were discussing earlier
14     that got kidnapped by CJNG?
15     A.  That's correct.
16              MS. ALSWORTH:  Mr. Velado, if you could go down
17     to -- (indicating.)
18              (Whereupon, an exhibit was published.)
19     MS. ALSWORTH:
20     Q.  Mr. Mojarro, did you hear a reference in there to "efe"
21     [sic]?
22     A.  Yes.
23     Q.  And what does that mean?
24     A.  Ephedrine.
25     Q.  Did you also hear the word "perito"?
```

```
 1    A.  I'm sorry.

 2    Q.  Perito?

 3    A.  Chiquito?

 4    Q.  No.

 5    A.  Which word?  Perico [sic]?

 6    Q.  Yes.

 7            THE WITNESS (in English):  That means coke.

 8    A.  That means coke, cocaine.

 9    Q.  How about a reference to Chiquito?

10    A.  That's Chapo.

11    Q.  Okay.

12    A.  It means little or chapo, short.

13    Q.  Who is Chapo?

14    A.  Joaquín Guzmán Loera.

15            MS. ALSWORTH:  Mr. Velado, if you could play what

16    looks like -- on the recording time stamp 3, beginning at 13.

17            (Whereupon, an exhibit was published.)

18            MS. ALSWORTH:  Pause it please.

19    BY MS. ALSWORTH:

20    Q.  Mr. Mojarro, did you again hear the reference to "efe"?

21    A.  Yes.

22    Q.  And does that have the same reference, meaning

23    ephedrine?

24    A.  That's correct.

25    Q.  And in this conversation did you hear Mr. Flores say,
```

1    "He gave me 500 or 400"?

2    A.  Yes.

3    Q.  What did you understand that to mean?

4    A.  Kilos of cocaine.

5    Q.  Did you clarify with him that it was ephedrine?

6    A.  Or ephedrine, yes.

7              MS. ALSWORTH:  Thank you.

8              Mr. Velado, if you could now play what looks

9    like -- on the transcript it's time stamped "6," and

10   beginning at 14 seconds in.

11             (Whereupon, an exhibit was published.)

12             MS. ALSWORTH:  Pause, please.

13   MS. ALSWORTH:

14   Q.  Mr. Mojarro, was this a discussion about transportation?

15   A.  Yes.

16   Q.  Transportation of what?

17   A.  Cocaine.

18             MS. ALSWORTH:  Mr. Velado, if you could play from

19   time stamp 8 minutes in beginning at 8 seconds.

20             (Whereupon, an exhibit was published.)

21   BY MS. ALSWORTH:

22   Q.  Mr. Mojarro, did you hear Mr. Flores say, "Let's do it

23   with small ones"?

24   A.  Yes.

25   Q.  And he says quantities, 200, 100 and 100?

1    A.  Yes.

2    Q.  What did that mean to you?

3    A.  To do small ones, to do loads of 200 and 100 -- or 100.

4    Q.  Why would you want to do small ones?

5    A.  He wanted to -- he wanted to -- us not to invest so much

6    money, to not risk a lot.

7    Q.  When it says 200, 100 or 100, what weight did you

8    understand that to mean?

9            THE INTERPRETER:  Interpreter will repeat.

10   A.  What did what mean?

11   Q.  What quantity or what weight are we talking about?

12   A.  So if you're saying 100 kilos, 100 kilos, and 200,

13   that's 400 kilos.

14   Q.  Okay.  So "100" is kilograms?

15   A.  Yes.

16           MS. ALSWORTH:  Thank you.

17           Mr. Velado, if we could jump a couple of seconds

18   in and begin at time stamp 8:20.

19           (Whereupon, an exhibit was published.)

20           MS. ALSWORTH:  Can you pause it there.

21   BY MS. ALSWORTH:

22   Q.  Mr. Mojarro, did you hear Mr. Flores make a reference to

23   a car?

24   A.  Yes.

25   Q.  And what did you understand that to mean?

1    A.  He's referring to a plane.

2              MS. ALSWORTH:  Mr. Velado, if we can jump ahead

3    briefly and play 9 minutes, 13 seconds in.

4              (Whereupon, an exhibit was published.)

5              MS. ALSWORTH:  You can pause it.  Thank you.

6    BY MS. ALSWORTH:

7    Q.  Was there a reference to C90 in there?

8    A.  Yes.  Yes.  That's a plane, C90 King Air.

9              MS. ALSWORTH:  Mr. Velado, if you can now play at

10   time stamp 11 -- 11 minutes, 4 seconds.

11             (Whereupon, an exhibit was published.)

12             MS. ALSWORTH:  Pause it, please.

13   BY MS. ALSWORTH:

14   Q.  Mr. Mojarro, did you hear Mr. Flores say, "I sell to

15   you, I deliver to you"?

16   A.  Yes.

17   Q.  And then he says, "Just have the company get started"?

18   A.  Yes.

19   Q.  What did that mean to you?

20   A.  That the person who was going to be selling him the

21   plane had told him that he would sell him the plane and

22   deliver it to him, and he needed to change the paperwork to

23   change the name.

24   Q.  Does the "name" mean the registration?

25   A.  Yes.

1           MS. ALSWORTH:  Mr. Velado, if you could now play

2     from time stamp 11 minutes --

3           May I have just a moment?

4           (Whereupon, government counsel confer.)

5           MS. ALSWORTH:  Your Honor, I would just like to

6     clarify for the record.  I keep saying "time stamp," it's

7     not a time stamp.  I believe they are actually page numbers.

8           And so I just want to clarify that when I say "11

9     minutes" or "12 minutes," that's the page.  And what I am

10    calling "seconds" are actually line numbers.  I apologize.

11          THE COURT:  Okay.

12          MS. ALSWORTH:  Thank you.

13          All right.  Mr. Velado, if you could, again, go to

14    page 11.

15          (Whereupon, an exhibit was published.)

16    BY MS. ALSWORTH:

17    Q.  Mr. Mojarro, did you hear Mr. Flores say, "I imagine

18    they're going to arrive, let's say where in Cancun, you drop

19    it off before you go to the airport and you come in clean"?

20    A.  Yes.

21    Q.  And he also says, "You put a GPS on those things"?

22    A.  Yes.

23    Q.  What, if anything, did that mean to you?

24    A.  We started speaking about this because the captain that

25    I had had told me that the tail of those planes could be

1    open -- correction -- the back of those planes could be

2    opened, and you could drop off merchandise like bombs.

3            And so that's what he said; that the merchandise

4    could be dropped like bombs before arriving to the airport.

5    And the example that he gave was the Cancun airport, where

6    the merchandise would be dumped but with GPS placed on the

7    sacks or the bags of the kilos, and then we can pick it up

8    later.

9    Q.  When you say "merchandise" and "kilos" what are you

10   referring to?

11   A.  Cocaine.

12           MS. ALSWORTH:  May I have just a moment, Your

13   Honor?

14           THE COURT:  We have been going now for a couple of

15   hours, so let's take a 15-minute break.

16           (Whereupon, a recess was taken.)

17           THE COURT:  Ms. Alsworth, are you ready?

18           MS. ALSWORTH:  Yes, Your Honor.  Thank you.

19   BY MS. ALSWORTH:

20   Q.  Mr. Mojarro, is it fair to say that you have been a drug

21   trafficker for a really long time?

22   A.  Yes.

23   Q.  How long would you say?

24   A.  Since 1985.

25           THE WITNESS (in English):  '86.

1    A.  '86.

2    Q.  85, 86?

3    A.  Yes.

4    Q.  And how old were you when you started?

5    A.  29, 30 years old.  No, I was 30.

6    Q.  Okay.  How would you characterize the people that you've

7    worked with in the drug trafficking world over the years?

8    And by that I mean:  What level would you describe these

9    people as being at?

10   A.  What level in what sense?

11   Q.  Would you deal with people who were street-level drug

12   dealers?

13   A.  No.

14   Q.  What types of people would you deal with?

15   A.  Well, I started out with people -- I have always

16   worked -- I have always ended up working with leaders, with

17   people who move a lot of merchandise.

18   Q.  And what would you consider Raul Flores?

19   A.  Someone who moves -- someone who moves a lot of

20   merchandise.  Someone who moved a lot of merchandise.

21   Q.  Do you know if there was any connection between

22   Mr. Flores and El Chivito?

23   A.  Yes.

24   Q.  Can you tell us what that connection was?

25   A.  That trip -- correction -- that load that they were

1    organizing, the 500-kilo one -- because those 500 kilos were

2    just the first loads to something bigger.

3          We should remember that this involves Mr. Flores,

4    Mr. Joaquín Guzmán Loera, Mr. Valencia.  And they weren't

5    going to just bring in 500 kilos; these are people that

6    brought thousands of kilos.

7          MS. ALSWORTH:  I have no further questions.

8          THE COURT:  Ms. Rhee.

9          MS. RHEE:  May I proceed, Your Honor?

10          THE COURT:  Yes.  Of course.

11                          CROSS-EXAMINATION

12    BY MS. RHEE:

13    Q.  Good morning, Mr. Mojarro.

14    A.  Good morning.

15    Q.  Sir, you just testified that you have been a drug

16    trafficker for a very long time, correct?

17    A.  That's correct.

18    Q.  And so you have been a drug trafficker pretty much your

19    entire life?

20    A.  From 30 years on, yes -- 30 years old on, yes.

21    Q.  And drug trafficking is the only real job you have ever

22    had; isn't that correct?

23    A.  Of course not.

24    Q.  But you started trafficking in drugs since 1985 through

25    '86, that was about 40 years ago?

1    A.  I don't know.

2    Q.  As part of your plea agreement in this case, you

3    understand that it's the government that has the sole

4    discretion in requesting a reduction in your sentence,

5    correct?

6    A.  The government or the judge.  Are you saying request?

7    Q.  Yes.  The government is the one -- the prosecutors in

8    your case have the sole discretion to ask the judge for a

9    reduction, correct?

10   A.  Yes.  That's correct.

11   Q.  And in your plea agreement, you pled to a level --

12   importation and distribution of more than 450 kilograms of

13   cocaine, correct?

14   A.  Yes; that's correct.

15   Q.  Sir, I want to just turn your attention to a charge you

16   had from the Southern District of Texas.  Do you remember

17   that case?

18   A.  Of course.

19   Q.  As part of your plea agreement in that case, the

20   government dismissed several counts, correct?

21   A.  I believe so.

22   Q.  And they also agreed for your guilty plea to limit the

23   quantity of cocaine to ten pounds, correct?

24   A.  Correct.

25   Q.  And you were sentenced to 97 months, correct?

1    A.  Yes; that's correct.

2    Q.  And then afterwards you appealed that sentence, correct?

3    A.  No.

4    Q.  No?

5          MS. RHEE:  Your Honor, if I may approach the

6    witness.  I have a Pacer docket that shows that he appealed

7    the sentence in his case.

8          THE COURT:  Okay.

9          MS. RHEE:  The government has a copy already.

10          THE WITNESS:  That I appealed?  I pled.

11   BY MS. RHEE:

12   Q.  Yes.  But then you moved to vacate that sentence,

13   correct?

14   A.  To do what?

15   Q.  To correct the sentence because it was too high,

16   correct?

17          THE COURT:  Why don't you show him the document.

18          THE WITNESS:  Those were the guidelines.  They

19   gave me 97 months.

20          MS. RHEE:  If I may approach the witness.

21          THE COURT:  It may be that the lawyer as a

22   practice filed --

23          MS. RHEE:  He filed this pro se.

24          THE COURT:  Pro se.  I see.  Okay.

25          Well, show him the documents.

```
 1              What's the number you have on that, Ms. Rhee?

 2              MS. RHEE:  It's Defense Exhibit 1.  It's in

 3      English.

 4      BY MS. RHEE:

 5      Q.  But it shows that you --

 6              THE COURT:  Well, why don't you ask him if he

 7      recognizes that.

 8              MS. RHEE:  I'm sorry?

 9              THE COURT:  Why don't you ask him if he recognizes

10      that.

11              THE WITNESS:  I don't know what this means.

12              THE COURT:  Do you not understand what it says

13      because it's in English?  Do you need it translated?

14              THE WITNESS:  Yes.

15              THE COURT:  Can you please translate it for him?

16              THE INTERPRETER:  Yes, ma'am.

17              THE WITNESS:  I have never asked for a reduction.

18              THE COURT:  Not the whole title of it, just if

19      there is substance on it.

20              (Whereupon, the interpreter interprets.)

21              THE COURT:  Do you recognize the document now?

22              THE INTERPRETER:  The interpreter will repeat.

23              THE WITNESS:  No.  I have never seen this before.

24      In 1990 I was fine to serving my time.

25              THE COURT:  All right.
```

```
 1                    MS. RHEE:  I can just move on, Your Honor.
 2                    THE WITNESS:  I don't know what this means.
 3                    MS. RHEE:  That's fine.
 4    BY MS. RHEE:
 5    Q.  But, actually, you weren't fine serving your time, were
 6    you?
 7    A.  I'm sorry?
 8    Q.  Well, you escaped from prison, didn't you?
 9    A.  Yes.  That's correct.
10                    Well, I fled from a field.  It was a field.
11    Q.  You weren't allowed to walk away, were you?  You knew
12    you were in prison, didn't you?
13    A.  Yes.
14                    MS. RHEE:  Your Honor, if I may show him this
15    "Wanted" poster from the U.S. Marshals' website?  I just
16    want to confirm that it's him.
17                    THE COURT:  All right.  What's the exhibit number?
18                    MS. RHEE:  It's Defense Exhibit 2.
19                    If I may approach the witness?
20                    THE COURT:  Yes.
21                    THE WITNESS:  This is me.
22    BY MS. RHEE:
23    Q.  So, again, you weren't happy or fine with serving the
24    sentence that you received in that case, correct?
25    A.  But what I am saying is that I did not appeal it, I
```

1    don't know how or where you got this from.  I don't

2    understand.

3    Q.  Okay.  Well, let's just move on from that.  Forget about

4    the appeal.

5            My question is:  You were not fine with the

6    sentence that you received; isn't that correct?

7    A.  No.  No, it wasn't the sentence.  I left because I was

8    going to be deported either way.

9    Q.  And so you thought you would help the U.S. government

10   out by just walking away from your prison sentence?

11   A.  No.

12   Q.  So can you tell us how you escaped and how you made it

13   back to Mexico?

14   A.  I left walking.  My brother-in-law picked me up, and I

15   left.

16   Q.  Did your brother-in-law know that you had escaped from a

17   prison -- a federal prison facility?

18   A.  He knew that I was escaping a field, yes.

19            THE COURT:  When did this happen?

20            I have no idea about this defendant's background

21   per se.  You-all have the background; I mean, I don't.

22            So what -- when did this happen?

23            MS. RHEE:  This happened in 1993, Your Honor.

24            THE COURT:  I see.  Okay.

25            And did he plead guilty and was he charged?  In

1    what year?

2              MS. RHEE:  He pled guilty in nineteen -- I'm

3    sorry, Your Honor.

4              I can go back and --

5              THE COURT:  1987?

6              THE WITNESS:  I served four years, almost five.

7              MS. RHEE:  He was sentenced on December the 15th,

8    1988.  He pled guilty on October 4th, nineteen --

9              THE COURT:  Was he extradited on those charges?

10             MS. RHEE:  No.  He was arrested in McAllen, Texas,

11   Your Honor, is my understanding.

12             THE COURT:  All right.

13             MS. RHEE:  I can show him the documents --

14             THE COURT:  So this is a different charge from the

15   one on which he is presently cooperating?

16             MS. ALSWORTH:  That is correct.

17             THE COURT:  How many other arrests does he have?

18   I usually don't find out about prior arrests and prior

19   convictions on cross-examination; I usually find out about

20   that on direct.

21             How many prior convictions does this witness have?

22             MS. ALSWORTH:  If you can give me just a moment,

23   Your Honor, I can look it up.

24             THE COURT:  All right.  We're not going to

25   interrupt the cross; we'll just let Ms. Rhee go to town.

1              Go ahead, Ms. Rhee.

2              MS. RHEE:  Well, I can tell you what the *Giglio*

3    material says; that he was convicted in, I believe, 1975 for

4    illegal presence in this country, and he was deported.

5              Then he was charged in 1988 and convicted of drug

6    trafficking -- conspiracy with possession with intent to

7    distribute ten pounds of cocaine; and that's what he

8    testified to earlier.

9              THE COURT:  And that's the 1988 sentencing?

10             MS. RHEE:  Yes, Your Honor.  And that's what was

11   agreed to.

12             THE COURT:  Okay.

13             MS. RHEE:  And I have all of the documents from

14   Pacer.  I can show it to him.

15             THE COURT:  That's okay.  Proceed with your cross.

16             MS. RHEE:  If I may approach the witness, Your

17   Honor, with Defense Exhibit No. 3, and Defense Exhibit

18   No. 4.

19   BY MS. RHEE:

20   Q.  Mr. Mojarro, do you recognize those documents at all?

21   If you can take a few minutes to look at those.

22   A.  Isn't this in English?

23   Q.  Yes, it is.

24   A.  Yes.  This is when I pled guilty to the ten pounds.

25   Q.  And it shows your sentence?

1    A.  Yes, 97 months.

2    Q.  Where it shows that you were committed to the custody of

3    the United States Bureau of Prisons?

4    A.  Yes.

5    Q.  And document -- Defense Exhibit No. 4 shows that your

6    judge -- excuse me.

7              Document No. 3 shows that the judge was Judge

8    Hinojosa, do you see that?

9    A.  Yes.

10   Q.  And on Document No. 3, it shows standard conditions of

11   supervision, correct?

12   A.  Yes.

13   Q.  And page 4 of 4 --

14             MS. ALSWORTH:  Your Honor, may I interrupt?

15             If I can get some clarification as to which

16   document she's referring to.

17             THE COURT:  Exhibit 3.

18             MS. ALSWORTH:  Mine aren't marked.  I just have

19   copies of unmarked papers.

20   BY MS. RHEE:

21   Q.  And it shows that one of the conditions that you agreed

22   to was that you -- in Number 1, page 4 of 4, it says, "The

23   defendant shall not commit another federal, state, or local

24   crime"; isn't that correct?

25   A.  Yes.

1   Q.  And you agreed to that condition?

2   A.  That's correct.

3   Q.  And so you understood that walking away from the prison

4   camp was a violation of the law, correct?

5   A.  Correct.

6   Q.  But you did it anyway, correct?

7   A.  Yes.

8   Q.  By the way, you were incarcerated in a Bureau of Prisons

9   facility in North Dakota, correct?

10  A.  Yes, at the North Dakota field.  It was a minimum

11  security location.

12  Q.  Where was your brother-in-law living at the time that he

13  came to pick you up?

14  A.  Chicago.

15  Q.  How long did you have -- did you plan with your

16  brother-in-law to come and pick you up at a certain time?

17  A.  Yes.  I told him to pick me up at a certain time.  He

18  didn't plan it, I told him.

19  Q.  So you calculated the amount of time that it would take

20  you to get to a telephone or some location where you can

21  hang out until your brother-in-law came to get you?

22  A.  No.  No.  I told him to go by there at a certain time,

23  and then I got in the car and I left.

24          THE INTERPRETER:  Interpret requests permission.

25  A.  In Jackson, South Dakota, the cars would go by through

1    the middle of the field.  It was like an old university.

2    Q.  Did you hitchhike to a location out of the camp?

3    A.  No.  My brother-in-law went through the camp, and I got

4    in the car and I left.

5    Q.  Your brother-in-law came to the federal prison to come

6    pick you up -- correct? -- then?

7    A.  I will repeat.

8            It wasn't a penitentiary.  It was a camp.  It was

9    a minimum security camp, and the cars would drive through

10   the middle of the camp.  Like, from the unit where I lived

11   to get to the cafeteria you had to cross the street.

12   Q.  Okay.  But your brother-in-law knew you were serving a

13   federal prison sentence, correct?

14   A.  Yes; correct.

15   Q.  And he didn't -- you didn't tell him that you finished

16   your sentence early, did you?

17           THE COURT:  Ms. Rhee, can we move on?

18           MS. RHEE:  We can move on, Your Honor.

19           THE COURT:  I am sure he is never going to be

20   placed in a minimum security camp again.

21           MS. RHEE:  Let's hope not, Your Honor.

22   BY MS. RHEE:

23   Q.  How did you get to Mexico then?

24   A.  In the same car.

25   Q.  So he drove you to the border that same day?

```
1    A.  Yes.  The time it took us to get to the border.
2    Q.  Okay.  So within a year of your escape, you were right
3    back to drug trafficking, weren't you?
4    A.  Yes.
5    Q.  Except this time you aligned yourself with a violent
6    drug trafficking cartel, didn't you?
7               MS. ALSWORTH:  Objection.
8               THE COURT:  Overruled.
9               THE WITNESS:  No.  From 1993 to around the
10   2000s -- I did not belong to any cartel until around 2002.
11   BY MS. RHEE:
12   Q.  So how are you a drug trafficker when you first arrived
13   back in Mexico in 1993?
14   A.  I was an independent one.
15   Q.  Is this when you took on your other name, Augustine
16   Reyes Garza?
17   A.  That's correct.
18   Q.  And the other name that you also used was Jose Rivera --
19   and I didn't hear the last part of that, the second part of
20   the last name.  What was that name, the last name?
21   A.  The last one?  Pichardo.
22   Q.  Pincharro?
23   A.  Pichardo.
24   Q.  Did you have any fake ID with the name Augustine Reyes
25   Garza?
```

1    A.   Yes.  Of course, I had all the paperwork; passport, and

2    everything.

3    Q.   You had a passport in the name of Augustine Reyes Garza,

4    is that what you said?

5    A.   That's correct.

6    Q.   And what country issued that passport?

7    A.   Mexico.

8    Q.   Did you have a driver's license in that name?

9    A.   Yes.

10   Q.   Did you travel with that false passport?

11   A.   It wasn't.  It was a legal passport; I got it legally.

12   Q.   Okay.  So you got --

13   A.   Yes, I used it for travel.

14   Q.   Okay.  So in order to get -- okay.  Let's just go back.

15        What is your real name?

16   A.   Elpidio Mojarro Ramirez.  You have it here.

17   Q.   And in order to get a passport from the Mexican

18   government with the name Augustine Reyes Garza, what

19   documentation did you have to provide?

20   A.   Birth certificate, all of the documents, like -- it's

21   Mexico.

22   Q.   Those documents were false, weren't they?

23   A.   In theory they were false, but they were legitimate

24   because I could use them to travel all over the world and

25   everything.

1    Q.  Did you have to bribe some people to get those kind of

2    identification in a false name?

3    A.  Of course.

4    Q.  Did you also have false identification under the name

5    Jose Rivera Pichardo?

6    A.  That's correct.

7    Q.  Are there any other names that you used?

8    A.  No.

9    Q.  And under this name Augustine Reyes Garza, you also had

10   properties, correct?

11   A.  Yes.

12   Q.  Were you also a fugitive from Honduras under the name of

13   Augustine Reyes Garza?

14   A.  I have never been detained in Honduras.

15   Q.  Do you know if there is an open investigation against

16   you in the name of Augustine Reyes Garza from Honduras?

17   A.  I don't believe so.

18   Q.  You knew that you were on, at one point, the U.S.

19   department -- the OFAC list, correct?

20   A.  Yes.  Under the name Augustine Reyes Garza.

21          MS. RHEE:  Your Honor, if I can show him -- I

22   would like to show him a document from the U.S. Department

23   of Treasury website showing that he was on the OFAC list as

24   Augustine Reyes Garza.  If I --

25          THE WITNESS:  I have it.

1     BY MS. RHEE:

2     Q.  You have this?

3     A.  Yes, of course.

4              THE COURT:  What exhibit number?

5              MS. RHEE:  Exhibit No. 5.

6              THE WITNESS:  Your Honor, why does Mr. Flores keep

7     laughing every time that I speak.  Perhaps to him this is a

8     game but to me this is something serious.

9              THE COURT:  I have noticed.

10             MS. RHEE:  If I can have just a second with

11    Mr. Flores.

12             (Whereupon, Ms. Rhee and the defendant confer.)

13             MS. RHEE:  If I may proceed, Your Honor.

14             THE COURT:  Yes.

15    BY MS. RHEE:

16    Q.  Mr. Mojarro, did you also provide a different date of

17    birth to go along with your fake name?

18    A.  Yes, because that was the date on the birth certificate

19    that I got.

20    Q.  Do you see here (indicating), that's your photo; isn't

21    it?

22    A.  That's correct.

23    Q.  And these are the two businesses that you own in the

24    name of Augustine Reyes Garza in Mexico?

25    A.  That's correct.

1    Q.  And these were all on the OFAC list, correct?

2    A.  That's correct.

3    Q.  Are you still on the OFAC list?

4    A.  I don't know.

5    Q.  So you don't know if the government helped you get off

6    that OFAC list?

7    A.  I have no idea.

8    Q.  So you testified that you were -- you started working

9    with the Milenio Cartel in what year?

10   A.  Approximately around 2002, 2000.

11   Q.  You were working with Oscar Nava Valencia, El Lobo?

12   A.  That's correct.

13   Q.  And his brother Juan Carlos Nava Valencia, El Tigre?

14   A.  Correct.

15   Q.  And you also worked with the Cuinis, correct?

16   A.  No.  The Cuinis worked with us.

17   Q.  Okay.

18   A.  There is a difference.

19   Q.  Your organization and the Cuinis moved drugs together,

20   correct?

21            That's the only question.

22   A.  I would like to clear up something to you.

23   Q.  If you can just answer the questions, please.

24   A.  What's the question?

25   Q.  The question is:  Your organization, the Milenio Cartel,

1    and the Cuinis moved drugs together; isn't that correct?

2    A.  Yes; that's correct.

3                THE COURT:  But I would like to hear the

4    clarification he had about the relationship between the

5    Cuinis and us.

6                THE INTERPRETER:  The interpreter will repeat.

7                THE WITNESS:  Well, that I never purchased

8    merchandise, I was only transporting.  And so if Lobo had

9    any business dealings with the Cuinis, that was something

10   completely separate.

11               MS. RHEE:  I'm sorry, I didn't --

12               THE INTERPRETER:  The interpreter will repeat.

13               THE WITNESS:  So if Lobo had any dealings with the

14   Cuinis, that was something completely separate.

15   BY MS. RHEE:

16   Q.  But you were Lobo's right-hand man, weren't you?

17   A.  Yes.  I was his accountant.

18   Q.  But you were more than just his accountant.  You were a

19   leader in that organization, weren't you?

20   A.  Not while Lobo was there.

21   Q.  But you gave Lobo orders?

22   A.  Orders to the people that I had, yes, who helped me move

23   merchandise or deliver money, yes.

24   Q.  And you made payments to them, to people?

25   A.  Yes.  I would do it based on what Lobo would order me to

```
 1    do.
 2             MS. RHEE:  Just a second, Your Honor.
 3    BY MS. RHEE:
 4    Q.  Did you travel -- when you were working with the Milenio
 5    Cartel, you traveled with bodyguards, correct?
 6    A.  Never.
 7    Q.  Did you yourself ever carry arms?
 8    A.  For hunting.
 9    Q.  But not on a daily basis?
10    A.  No.
11    Q.  So if I can just talk about your plea agreement in this
12    case.  Your guideline level was 41, correct?
13    A.  Correct.
14    Q.  And that's not even taking into consideration your
15    criminal history, correct?
16    A.  Correct.
17    Q.  So without looking at criminal history category, you are
18    looking at somewhere between 27 to 33 -- a 27- to 33-year
19    sentence, correct?
20    A.  Correct.
21    Q.  And because this is your second offense, you know that
22    there is a 20-year mandatory minimum, correct?
23    A.  Correct.
24    Q.  You know that the government does not have to file
25    anything asking the court to go below that 20-year mandatory
```

1  minimum, correct?

2  A.  Correct.

3  Q.  So you understand the only way to get your sentence

4  reduced is through cooperating, correct?

5  A.  Correct.

6  Q.  Because you really understand how the criminal justice

7  system works by this point, correct?

8  A.  Yes.

9  Q.  Were you arrested in 1975 for being illegal in this

10  country?

11  A.  Yes.

12  Q.  How much time did you do in that case?

13  A.  What do you mean?

14  Q.  Did you get a sentence in that case?

15  A.  For being illegal?

16  Q.  In this country, yes.

17  A.  No.  I did not serve time.  I was deported.

18  Q.  Were you brought before a court in that case?

19  A.  Not that I recall.

20  Q.  So can you tell us how you were deported then?

21  A.  They arrested me, they held me for a day -- they

22  arrested me, they held me for one day, then they put me on a

23  bus and took me from Chicago, I think, to El Paso, Texas,

24  and they deported me.  In 1975 things were very different

25  than they are today.

1    Q.  Were you on an immigration bus?

2    A.  That's correct.

3    Q.  Do you know an individual by the name Salvador Samora

4    [sic]?

5    A.  I don't remember.

6    Q.  You met him in jail here.  He has a nickname by the name

7    of Chava?

8    A.  I don't remember.

9    Q.  Do you remember telling someone that you were going to

10   be out of jail soon because of your cooperation?

11   A.  Not that I can recall.

12   Q.  And so you didn't tell your friend Jairo [sic] that you

13   were only going to serve about five years?  You don't

14   remember that either?

15   A.  I don't recall having mentioned it.

16   Q.  As part of your plea agreement, the government said that

17   they would try to find a way for you to remain in the

18   United States if the need arose, correct?

19   A.  That they had promised me?

20   Q.  No.  No.  No.

21        That if the need arose, that the government may

22   help you remain in the United States after you finish your

23   sentence?

24   A.  Yes.

25   Q.  And, in fact, the government has already helped your

1    daughter to get a visa to remain in the United States,

2    haven't they?

3    A.  Now I have to laugh like Mr. Flores does.

4         I mean, if you know so much, all of my children

5    are U.S. citizens.

6         MS. RHEE:  I'm sorry, Your Honor.  There is a

7    *Giglio* letter where the government states that they assisted

8    his daughter into the United States which I can't seem to

9    locate.

10        I will come back to it later, Your Honor.

11   BY MS. RHEE:

12   Q.  So you are saying all of your children are American

13   citizens; is that correct?

14   A.  That's correct.

15   Q.  And the government -- I'm sorry.

16   A.  That's correct.

17   Q.  And the government didn't help one of your daughters to

18   get a visa and into the United States; is that correct?

19   A.  None of my daughters.

20   Q.  You have a daughter that you keep in touch with in

21   New York; isn't that correct?

22   A.  My daughter is not in New York; she is in Mexico.

23   Q.  Okay.  But you have a daughter that you contact

24   regularly, correct?

25   A.  Correct.  I maintain contact with all of my children.

1    Q.  And one of those daughters has contact with other

2    inmates at the jails, doesn't she?

3    A.  I don't know if she speaks with inmates.

4    Q.  So she hasn't done any three-way calls for you?

5    A.  No.

6    Q.  Have any of your children done three-way calls for you

7    with other inmates at different jails?

8    A.  Not that I know of.

9    Q.  Are you familiar with a magazine called *El Proceso*?

10    A.  Yes.

11    Q.  Do you get a subscription?

12    A.  Never.

13    Q.  So you just read the *El Proceso* magazines that are in

14    the jails, correct?

15    A.  At the jail I am at right now, no newspapers or

16    magazines come in.

17    Q.  Okay.  Well, how about when you were at the D.C. CTF,

18    you had access to *El Proceso* magazine, correct?

19    A.  Sometimes, yes.  Some people receive them, and I would

20    read them.

21    Q.  And that's where you actually read about Mr. Flores's

22    son Junior and a friend of his, Omar Caro, isn't it?

23    A.  Of course not.

24    Q.  Because those articles said that Omar Caro was the son

25    of Caro Quintero.

```
 1              THE INTERPRETER:  Interpreter will rephrase.
 2   A.  Omar Caro Quintero went to school with a woman that I
 3   was seeing in Mexico --
 4   Q.  Okay.
 5   A.  -- that's how.
 6   Q.  That's how what?
 7   A.  That's how I know him.
 8   Q.  But the articles weren't talking about Omar Caro
 9   Quintero?
10   A.  You are the one who brought him up, not me.
11   Q.  Okay.  Because you told the government that you had met
12   Raul Flores Castro, also known as "Junior" and his friend
13   Omar Caro?
14   A.  Yes, because they were at a party; Omar Caro Quintero
15   and his son was there.
16   Q.  So let's talk about the party that you allegedly went
17   to.  When was that party?
18   A.  It was at Mr. Flores's birthday.
19   Q.  So when was that party?
20   A.  It was, like, 2016 or 2017.
21   Q.  2016 or 2017?
22   A.  Yes.
23   Q.  The answer to -- the party that you allegedly went to
24   was in 2016 or 2017, correct?
25   A.  That's correct.
```

1    Q.  And where did you say that the party was held at?

2    A.  At a ranch or at a farm belonging to Mr. Flores.

3    Q.  Okay.  But where?

4    A.  In Zapopan -- what's it called?  I don't remember the

5    name of the place, but it was in Guadalajara.

6    Q.  And you stated that you had been invited, correct?

7    A.  That I had been invited?

8    Q.  Yes.  You told the government that you had been invited

9    to this party, correct?

10   A.  Correct.

11   Q.  Can you tell us how you had been invited?

12   A.  Mr. Flores invited me.

13   Q.  Did you get an invitation card, an email, a phone call,

14   a text?

15   A.  I don't remember whether it was, like, at one of the

16   meetings that he mentioned it, and he invited me.  And then

17   he provided me with the address and then he provided me with

18   the phone number for one of his nephews so that he could

19   come pick me up from an Oxo [sic] store, so that he could

20   pick me up and I could go.

21   Q.  And because someone picked you up, you didn't actually

22   drive to this location, correct?

23   A.  No.  I did drive.  I followed him.

24   Q.  In this era, 2016, 2017, you were in cooperation with

25   the government, weren't you?

1    A.   That's correct.

2    Q.   So when did you tell the DEA agent that you had been

3    invited and that you were going to a party for

4    Mr. Flores-Hernandez?

5    A.   Did I tell them that I was going to go?

6    Q.   Did you tell the law enforcement agents that you had

7    received an invitation to Mr. Flores's birthday party?

8    A.   I really don't remember.

9    Q.   Do you remember if you told them that you went to the

10   party at Mr. Flores's ranch somewhere in Guadalajara?

11   A.   I don't rem- -- right when I went I don't remember if I

12   told them or if I told them later.   I really don't remember.

13   Q.   Okay.   Earlier you testified, on direct, that when you

14   told the DEA agent Kyle Moray that you were going to meet

15   with Mr. Flores somewhere he told you not to go because it

16   would be too dangerous, didn't you?

17   A.   Correct.

18   Q.   And here you were going to a party at his farm and you

19   don't remember whether you told the DEA agent that you were

20   invited or whether you had gone?

21   A.   I don't remember, but I had to play my role.   I could

22   not -- if the gentleman invited me, I could not refuse

23   because I did not want him to discover that I was turning

24   over information.

25   Q.   The meeting where you recorded Mr. Flores and yourself

1    talking was in January of 2017, correct?

2    A.  If that's the date then that's the date.  I don't recall

3    the date.  But if that's the date that's there, then that's

4    the date.

5    Q.  Well, you testified that when you were asked to meet

6    Mr. Flores that you wanted to meet someplace in public,

7    correct?

8    A.  Yes.

9    Q.  And that against the advice of the DEA agent you went to

10   meet Mr. Flores, correct?

11   A.  Correct.

12   Q.  And you testified that you wanted to make sure that

13   there were lots of exits and lots of people, correct?

14   A.  Correct.

15   Q.  And yet you don't remember whether you told the agent

16   that you were going to this party at his house, correct?

17   A.  Yes.  And there were also a lot of people at his house.

18   He did not invite me to his house for a private

19   conversation.

20   Q.  Did you travel with any bodyguards when you were invited

21   to his party?

22   A.  Yes, with the woman that I was seeing and her brother,

23   and her son.

24   Q.  The truth is, Mr. Mojarro, you were never invited to a

25   birthday party for Mr. Flores-Hernandez, were you?

1    A.  Of course he invited me.

2    Q.  And the truth is you never went to any birthday party

3    for Mr. Flores-Hernandez, isn't that true?

4    A.  No.  Of course I attended.  Of course I went with him.

5    Q.  And that someone told you about the party of Mr. Flores?

6    A.  No.  I went to the party.  They served carnitas which

7    his brother prepared.  And then Junior came up to me and

8    started talking to me then.

9    Q.  I'm sorry.  You said someone's brother was cooking.

10   Whose brother was cooking?

11   A.  His brother.  He told me that his brother had been the

12   one to prepare the carnitas because we told him that they

13   were very good.

14   Q.  Did he tell you what his brother's name was?

15   A.  No.

16   Q.  So let's talk about the meeting that you had with

17   Mr. Flores that you recorded.

18   A.  Okay.

19   Q.  So can we assume that the government didn't put --

20   excuse me.

21          You testified that the government was against you

22   meeting with Mr. Flores, correct?

23   A.  It's not that they were against it, it's that it would

24   be dangerous for me to go to Guadalajara.

25   Q.  So where were you living at the time then?

1    A.   Mexico City.

2    Q.   In the conversations, you address Mr. Flores in the

3    "usted," form, correct?

4    A.   I always refer to people who are either older or -- who

5    are old or who are bosses within drug trafficking as "sir."

6    Q.   So did you refer to Oscar Nava Valencia in the "usted"

7    form?

8    A.   Of course.   And he is -- we share a godfamily

9    relationship, so I would call him "compadre."

10   Q.   But the truth is, Mr. Mojarro, it was the first time

11   that you met Mr. Flores that day, isn't that correct?

12   A.   When?

13   Q.   In January of 2017.

14   A.   No.   I had already seen him with Lobo.

15   Q.   I'm sorry.   I'm sorry, I interrupted you.

16   A.   With Lobo.

17   Q.   You didn't start recording immediately upon meeting

18   Mr. Flores that day, did you?

19   A.   Of course not, I had to greet him.

20   Q.   And part of the greeting was:   It's nice to meet you,

21   wasn't it?

22   A.   Yes, because to me to know a person does not mean just

23   seeing that person, it means having spoken to that person;

24   it means having greeted that person.   And I had not -- I had

25   never spoken to him; I had never greeted him.

1    Q.  I'm sorry.  I don't understand.

2         You never -- you had never spoken to Mr. Flores,

3    is that what you said?

4    A.  Yes.  Yes.  That I had not spent time with him, I had

5    never had a conversation with him.

6    Q.  Okay.  So you said you recorded the conversation on your

7    phone, correct?

8    A.  Yes, correct.

9    Q.  What application did you use on your phone?

10   A.  I don't remember which application I used.

11   Q.  So you didn't have to download a special application for

12   it?

13   A.  I really don't remember.

14   Q.  You said that you sent the recording to the DEA agent in

15   this case, Kyle Moray, about 20 minutes after the

16   conversation?

17   A.  I think something around that.  It could have been more

18   time or it could have been less time.

19   Q.  Well, how much longer could it have been?

20   A.  I really don't remember what time it was.  It was after

21   I had left there.

22   Q.  Did you send the recording to Agent Moray by email or

23   text or -- how did you send it to the agent?

24   A.  I really don't remember how I did it, whether I did it

25   via text, but I sent it to him.

1          MS. RHEE:  Your Honor, I think -- Mr. Feitel left

2     already.  I was going to say shall we take a break now so he

3     can run to the other courtroom?

4          THE COURT:  He is already gone.  But we can take a

5     break now until 2.

6          MS. RHEE:  Thank you, Your Honor.

7          THE COURTROOM DEPUTY:  This Honorable Court is in

8     recess until two o'clock p.m.

9          (Whereupon, a luncheon recess was taken.)

10          MS. RHEE:  Your Honor, there is another matter

11     that I just want to bring to your attention briefly that I

12     think might put the phone call that was played for

13     Mr. Mojarro into a different context.

14          THE COURT:  Is this something that the witness

15     should hear or should we be talking on the husher?  I don't

16     know what you are going to bring up.

17          MS. RHEE:  It doesn't really have anything to do

18     with --

19          THE COURT:  This witness.

20          MS. RHEE:  Not really.  Well, maybe to err on the

21     side of caution we can -- I guess after.  After Mr. Mojarro

22     finishes testifying I will bring it up again, Your Honor.

23          THE COURT:  Okay.

24     BY MS. RHEE:

25     Q.  Good afternoon, Mr. Mojarro.

1      A.   Good afternoon.

2               MS. RHEE:   So, Your Honor, I understand that the

3      government will not be introducing Mr. Mojarro's indictment,

4      statement of facts, or plea agreement, so I am going to be

5      moving to introduce them.   And so I will briefly -- I can

6      introduce them if there is no objection or I can briefly go

7      over them with him.

8               THE COURT:   Do you want to go over them with him?

9               MS. RHEE:   Do I want to?   No, Your Honor, I don't.

10              THE COURT:   Well, that's just spare time.   But I

11     am interested in seeing them, so what are the exhibit

12     numbers?

13              MS. RHEE:   They are Government Exhibit 3500

14     EMR1 --

15              THE COURT:   Let's have a defense exhibit --

16              MS. RHEE:   I can do that, too, Your Honor.

17              These would be Defense Exhibits 6, 7, and 8, Your

18     Honor.

19              THE COURT:   And they are the...

20              MS. RHEE:   It's the information, the statement of

21     facts, and the plea agreement, Your Honor.

22              THE COURT:   Okay.

23              Is there any objection to their admission?

24              MS. ALSWORTH:   There is none.

25              THE COURT:   They're admitted.

1          MS. RHEE:  Thank you, Your Honor.

2          (Defense Exhibits 6, 7, and 8, admitted.)

3          MS. ALSWORTH:  Your Honor, there is one caveat.

4          I believe that those documents are still under

5    seal and that case is under seal.  So we may have to make a

6    motion to have this part of the transcript sealed until that

7    is made -- his plea agreement and the documents --

8          THE COURT:  I'm sorry.  How is it possible for

9    that case to still be under seal when this particular

10   witness is testifying in front of me for the second time?

11   So it's not -- it's clear that he is cooperating.  He has

12   testified probably under his own name.  All of this has been

13   revealed.

14          Have you not gone and had that case unsealed yet?

15          MS. ALSWORTH:  There is another trial attorney

16   that is handling that, and so let me check and see -- that

17   particular case.

18          THE COURT:  Okay.  Because if it hasn't been done,

19   don't you think it should be?

20          MS. ALSWORTH:  Yes.  I don't disagree.

21          MS. RHEE:  If I may proceed, Your Honor.

22          THE COURT:  You may.

23   BY MS. RHEE:

24   Q.  Good afternoon, again, Mr. Mojarro.

25   A.  Good afternoon.

1    Q.  Sir, I asked you about your businesses in Mexico.

2    A.  Yes.

3    Q.  And your properties that you still have in Mexico.

4    A.  No.

5    Q.  Do you still have those businesses in Mexico?

6    A.  No.

7    Q.  Have you completed the form with pretrial services for

8    your assets?

9    A.  Yes.

10   Q.  And you didn't list any of your -- you don't have any

11   properties listed, correct?

12   A.  No.  I don't remember.

13   Q.  How are you putting money on other people's

14   commissaries?

15   A.  Money in other people's commissaries?  Like who?

16   Q.  I am asking you.

17   A.  I don't recall having put it for anybody.

18   Q.  Okay.  I am going to briefly go over the recording that

19   you testified about earlier.

20             MS. RHEE:  Your Honor, I made three copies.  I

21   don't have -- they're not in the same format as the

22   government had.  So if I can hand up Your Honor a copy and

23   then I will hand the witness a copy so that I can talk about

24   or ask him questions about the transcript.

25             THE COURT:  Okay.  It's not the same -- you are

1      using a different transcript from the one that is in --

2                MS. RHEE:  No, it's in a different format.

3                THE COURT:  Okay.  Well, it has to be marked as a

4      defense exhibit so that the record makes sense and it can be

5      followed with the appropriate exhibit.  Do you see what I

6      mean?

7                MS. RHEE:  Yes, Your Honor.  So this would be

8      Defense Exhibit No. 9, Your Honor.

9                THE COURT:  And it's your version of the same

10     January 9, 2017, transcript?

11               MS. RHEE:  It's not my version.  It's what the

12     government provided to me.  But they provided it in a

13     different format than what we had reviewed earlier in court.

14               THE COURT:  Okay.  Fine.  Got it.

15               MS. ALSWORTH:  Your Honor, may I see what she is

16     referring to?

17               THE COURT:  Just so the record is clear, Defense

18     Exhibit 9 is a transcript with Spanish on the left and

19     English on the right, which does have a different appearance

20     from the transcript the government was using as a

21     demonstrative when it reviewed this recording.

22               MS. ALSWORTH:  I believe this is Government's

23     Exhibit 2, just in a different format.

24               MS. RHEE:  I don't know if Your Honor could hear.

25     She said it's Government Exhibit 2 but in a different

1    format, Your Honor.

2              THE COURT:  Okay.  Fine.  We'll use Defense

3    Exhibit 9.

4              MS. RHEE:  Okay.  May I approach the witness to

5    hand him this document, Your Honor?

6              THE COURT:  Yes, you may.

7    BY MS. RHEE:

8    Q.  If you can just take a look at that transcript; that's

9    something that you testified about earlier, Mr. Mojarro?

10   A.  Okay.

11   Q.  And while you were recording, obviously, Mr. Flores was

12   not aware that you were recording, correct?

13   A.  Correct.

14   Q.  At this time you testified that you were cooperating

15   with the DEA, correct?

16   A.  Correct.

17   Q.  And by this time you knew you were facing some

18   significant jail time if you were ever arrested for your

19   drug-trafficking activities, correct?

20   A.  Yes.

21   Q.  So you were -- against the advice of the DEA agent, you

22   went ahead and met with Mr. Flores, correct?

23   A.  That's correct.  But he knew that I was going there.

24   Despite the fact that he did not agree with it, I told him

25   that I would be there.  He just recommended that I not do

1    it.

2    Q.  And at this point, because of the amount of time that

3    you were facing, you were desperate to try to look for

4    benefits for yourself, correct?

5    A.  No, because at that time I didn't know how long.

6    Q.  You had previously received a 97-month sentence for ten

7    pounds of cocaine, correct?

8    A.  Yes.  That's correct.

9    Q.  So when you made this recording and met with Mr. Flores,

10   you were attempting to get incriminating evidence, correct?

11   A.  No.  I was trying to get in contact with him so that he

12   could be arrested.

13   Q.  I'm sorry.  You were trying to get in touch with

14   Mr. Flores so that Mr. Flores could be arrested?

15   A.  That was the idea, because I gave over the phone number

16   so that he could be located.  And I did this so that

17   Mr. Moray could know that I was in contact with him and that

18   it was the person that he was looking for.

19   Q.  Okay.  So you are testifying that you had Mr. Flores's

20   telephone number, is that what you are saying?

21   A.  Because he gave it to me.  This was not the first

22   meeting we had.

23   Q.  Okay.  Could you just please answer the questions,

24   Mr. Mojarro, so that it's not as confusing.

25              Did you say just now that you had the phone number

1    of Mr. Flores and you were trying to get it to the DEA

2    agents; is that correct?

3    A.  No.  No.  I had already given it to the DEA agent.

4    Q.  His phone number, correct?  Is that what you are saying?

5    A.  Yes.  Yes.

6    Q.  Okay.  And you met with Mr. Flores so the DEA would know

7    where he was and arrest him?  Is that what you are saying?

8    A.  Yes.

9    Q.  And before this meeting -- so you are saying you told

10   the agent in this case where you were going to be meeting

11   with Mr. Flores, correct?

12   A.  Correct.

13   Q.  Did they tell you they were coming to get him?

14   A.  No.

15   Q.  So your purpose of recording the phone call was to

16   attempt to get incriminating evidence against Mr. Flores;

17   isn't that true?

18   A.  Yes.

19   Q.  Because your plan was to turn it over to the DEA,

20   correct?

21   A.  Well, not me turn him over, but have them arrest him.

22   Q.  No.  I'm sorry.

23        Your plan was to turn over the recording to the

24   government, correct?

25   A.  Correct.

1    Q.  And one of the reasons that you did that was so that you

2    could get a benefit in the future for your cooperation,

3    correct?

4    A.  Correct.

5    Q.  Okay.  So if I can turn your attention to this document,

6    could you please turn to page 4.

7          The numbers are on the upper right-hand corner.

8    A.  Correct.

9    Q.  And on this entire page -- where it's blacked out, I

10   believe that is your name.  I think it has Mojarro on there,

11   correct?

12   A.  Okay.

13   Q.  And on this page, the first person -- actually, the only

14   person who mentions "efe" [sic] is you, correct?

15   A.  The one that's crossed out here?

16   Q.  Well, the first time you mention it -- and I don't have

17   the number.  About three-quarters of the way down, you say

18   that something did get caught because they were -- but that

19   efe did get caught, perito [sic].  Do you see that?

20   A.  Yes.  That efe and perico fell, both things.

21   Q.  But you are the one who mentions it, correct?

22   A.  Yes.

23   Q.  And then Mr. Flores doesn't really give you an answer.

24   He says, "It was him, it was him."  Do you see that?

25   A.  Yes.

```
 1   Q.  And then again you mention "efe," "F," correct?
 2   A.  Yes.  "F," yes.
 3   Q.  And then, if you go to the following page, page 5,
 4   toward the bottom of the page --
 5   A.  Where?  The bottom?
 6   Q.  Toward the bottom where it says, "He gave me" -- "he
 7   gave me 500, 400 over there," correct?
 8            And again -- do you see that?
 9            And again you say "F."  But the "F" could also
10   mean --
11   A.  Yes.  But may I answer to you what he is saying here --
12   Q.  If you could just answer --
13   A.  -- before "F"?
14   Q.  Well, it's on here.
15            But my question to you is:  It's you that mentions
16   "F," correct?
17   A.  Yes.
18   Q.  And "F" could also mean effectivo [sic], can't it?
19   A.  Not to me.
20   Q.  Okay.  Then if I can turn your attention to page 6.  So
21   here, toward the bottom, you say to him, "Oh, you didn't
22   have the chance because Chiquito was in a boat."
23            Do you see that?
24   A.  Yes.
25   Q.  And Mr. Flores -- obviously not understanding what you
```

1    are talking about -- says, "And were they also caught?"

2            Do you see that?

3    A.  Yes.

4    Q.  But you were going to correct it, weren't you?

5            Because, on the top of page 7, you say, "No, no,

6    no.  Those" -- unintelligible -- "no, they left a boat in

7    very good shape for Chapo."  And then we can't hear what

8    Mr. Flores says, but you say "Chiquito."

9    A.  Yes.  Because I made a mistake because I had mentioned

10   Chapo to him and he said Chiquito.  And I should not have

11   mentioned "Chapo" because there were other people present.

12   And I answered -- I corrected him telling him Chiquito.

13   Q.  Because you were frustrated with him for not

14   understanding what you were talking about, correct?

15   A.  He understood what I was talking about because I had

16   explained it to him.

17   Q.  Okay.

18   A.  Because if you see further back --

19   Q.  And then I want to turn your attention to page 10.

20   A.  Why don't we call attention to page 5?

21   Q.  If you can turn to page 10, please.

22            So here you mention first some individual named

23   Valderrama, correct?

24   A.  Where?

25   Q.  About a third of the way down where you say, "And what

1    have you heard about Valderrama?"

2    A.  Yes.

3    Q.  And he says -- and you say, "It's the Colombian guy."

4    And he says -- and you respond, "I used to know him as

5    Valderrama, but you used to know him as Nelson.  What is his

6    name?"

7             Do you see that?

8    A.  Yes.

9    Q.  And he says "Wilson"?  You say, "Oh, yeah, that's him."

10   A.  Yes.  I will say again:  This is not the first time that

11   Mr. Flores and I had spoken.  We had already spoken.  And

12   some time had already gone by since I had mentioned

13   Valderrama to him.  He knows who Valderrama is.

14   Q.  Okay.  If you can turn to page 16.  At the top of the

15   page -- at the very top --

16   A.  Here?

17   Q.  -- it says -- Mr. Flores is talking about putting money

18   on a plane, effectivo; correct?

19   A.  Where does it say that?

20   Q.  On the very top of page 16.

21   A.  Yes.  He is saying that this is a plane that has been

22   discontinued, and it's not -- it does not cost very much.

23             THE INTERPRETER:  Interpreter requests repetition.

24             THE WITNESS:  He says that it's from World War II.

25             MS. RHEE:  Thank you.

1    BY MS. RHEE:

2    Q.  Sir, you testified earlier that you were the head of the

3    Milenio Cartel from May 2010 for about 16 months?

4    A.  Correct.

5    Q.  And I believe that you had previously testified in

6    another hearing that you stopped being the leader of the

7    Milenio Cartel in October 2011; is that correct?

8    A.  Correct.  2011.

9    Q.  I'm sorry.  Did you respond?

10   A.  No.  I was just counting the months.

11   Q.  And around that time some elements of the Milenio Cartel

12   broke off, correct?

13   A.  Yes.  In May 2010.

14   Q.  And are you familiar with an individual by the name of

15   Ramiro Pozos Gonzalez, also known as El Molca?

16   A.  Yes.  Of course.

17   Q.  And you worked with him?

18   A.  No.  He worked at Milenio -- correction -- he worked in

19   Milenio.

20           Well, at that time, yes.

21   Q.  So you worked with him.  How long did you work with him?

22   A.  He has been in Milenio since before I arrived.

23   Q.  So if you arrived at Milenio in 2000 and you worked

24   there until October of 2011, you worked with him for 11

25   years, correct?

1    A.  Yes.

2    Q.  And he broke off and started the La Resistencia Cartel;

3    is that correct?

4    A.  Yes.

5          La Resistencia -- I can't explain?  I know I

6    cannot explain it to you.  Yes.

7    Q.  After the Milenio Cartel broke off, why didn't you just

8    align yourself with El Molca's cartel or the Cuinis or

9    Mencho?

10   A.  Because I don't betray, and I was not going to betray

11   the cartel.

12          MS. RHEE:  Your Honor, if I could just have a

13   couple of minutes.  I will be brief.

14          (Whereupon, Ms. Rhee and the defendant confer.)

15          MS. RHEE:  Just one last question, Mr. Mojarro.

16   BY MS. RHEE:

17   Q.  When Oscar Nava Valencia and Juan Carlos Nava Valencia

18   were incarcerated and the Milenio Cartel did not have a

19   head, you fought in a brutal battle to be the head of the

20   Milenio Cartel; didn't you?

21   A.  I was the leader of the Milenio Cartel.  I did not fight

22   to become so.

23   Q.  So they just let you become the head because you were

24   the accountant?

25   A.  Because the group in which Molca was put me there

1   because I was next in line, including Molca.  Molca never

2   stopped being Milenio.

3   Q.  Okay.  So Molca put you in power, is that what you are

4   saying?

5   A.  Not just him but several.  There were 15 or 20 plaza

6   bosses.

7   Q.  And those people put you in power, is that what you are

8   saying?

9   A.  They placed me in charge.

10   Q.  Really, I have just one question now.

11           When you were working as the right-hand man of El

12   Lobo, did you sign documents for him, sign checks for him,

13   just sign things on his behalf?

14   A.  We drug traffickers don't send checks or make contracts.

15   Q.  Did you ever sign anything on behalf of Lobo?

16   A.  Like what?

17   Q.  Maybe a document to get a false passport, a false

18   driver's licenses, false birth certificate.

19   A.  Not in his name, no.

20   Q.  Not in his name, is that what you said?

21   A.  Yes, not for him.

22           MS. RHEE:  I have nothing further, Your Honor.

23           THE COURT:  Any redirect?

24           MS. ALSWORTH:  No, Your Honor.  Thank you.

25           THE COURT:  All right.  Mr. Mojarro, you are

```
 1    excused.
 2              THE WITNESS:  Thank you.
 3              Should I just leave this here?
 4              THE COURT:  Yes.
 5              (Whereupon, the witness was excused.)
 6              THE COURT:  All right.  Do you want to call the
 7    agent now?
 8              MS. ALSWORTH:  Yes, Your Honor.
 9              THE COURT:  Okay.
10              MS. ALSWORTH:  Kevin Novick.
11              (KEVIN NOVICK, Government's witness, sworn.)
12              THE COURT:  Good afternoon, Agent.
13              THE WITNESS:  Good afternoon, Your Honor.
14              MS. ALSWORTH:  May I proceed, Your Honor?
15              THE COURT:  Yes, please.
16              MS. ALSWORTH:  Thank you.
17                        DIRECT EXAMINATION
18    BY MS. ALSWORTH:
19    Q.  All right.  Could you please state your name for the
20    record.
21    A.  Yes.  My name is Kevin Novick.  Last name is spelled
22    N-O-V-I-C-K.
23    Q.  And where are you employed?
24    A.  I am currently employed as a special agent with the Drug
25    Enforcement Administration, that's the DEA, assigned to the
```

1    Los Angeles field division.

2    Q.  And how long have you been a DEA agent?

3    A.  I have been a DEA agent since the end of March 2017, so

4    just around six and a half years roughly.

5    Q.  And did you receive any special training on narcotics

6    investigations upon joining the DEA?

7    A.  I did.  I attended a 20-week basic agent training course

8    held at Quantico, Virginia, where they go over and you learn

9    how to be a special agent, conduct narcotics-related

10   investigations.

11   Q.  And have you received on-the-job training as well?

12   A.  I have.  I received both on-the-job training as well as

13   formal classroom training post -- receiving my -- my

14   credentials as a special agent.

15   Q.  Any additional specialized training that you have

16   received?

17             MR. FEITEL:  Your Honor, I am not -- I am not

18   objecting.  I know that Agent Novick testified at the

19   trial of -- at the contested sentencing of Mr. Valencia

20   Gonzalez.  If the government moved his introductory remarks

21   about his experience into evidence from that case, I would

22   stipulate that that's exactly his experience, and I imagine

23   Your Honor would recall it as well.

24             THE COURT:  That would be great.

25             MS. ALSWORTH:  So moved.

1          THE COURT:  Okay.  So we can move on.

2          MS. ALSWORTH:  Correct.

3          THE COURT:  But you are going to have to just get

4     a copy of that.

5          MS. ALSWORTH:  I believe that we have one that was

6     attached -- yes, we do.  I will do that.  Thank you, Your

7     Honor.

8          THE COURT:  Okay.  Let's just move on to the heart

9     of things.

10          MS. ALSWORTH:  Thanks.

11     BY MS. ALSWORTH:

12     Q.  And based upon your training and experience, have you

13     learned where cocaine is typically produced?

14     A.  I have, yes.

15     Q.  Where is that?

16     A.  So typically, cocaine is manufactured in the Andean

17     Ridge that comprises the countries of Colombia, Ecuador,

18     Bolivia, and Peru.  It starts off as the cocoa leaf, that

19     cocoa leaf is farmed and then, from there, manufactured into

20     cocaine.

21          MS. ALSWORTH:  May I have just a minute, Your

22     Honor.

23          THE COURT:  Yes.

24     BY MS. ALSWORTH:

25     Q.  And based on your training and experience, have you

1    learned generally how cocaine that's manufactured in other

2    countries like this region you've described is illicitly

3    exported?

4    A.  I have, yes.

5    Q.  And can you just describe that, please?

6    A.  Yes.  So that Andean Ridge region is commonly known as

7    the "departure zone" or "supply zone," "supply area."  And

8    drug trafficking organizations within that area manufacture,

9    cultivate, and make cocaine.

10            From that area, cocaine is then exported out of

11   the Andean Ridge to areas that have a higher demand by other

12   drug trafficking organizations or the same one to places

13   such as like Central America, Mexico, where it can then be

14   transported to the United States.

15   Q.  And as a DEA agent, have you participated in

16   investigations involving Mexican drug trafficking

17   organizations who import controlled substances, cocaine,

18   into the United States?

19   A.  I have, yes.

20   Q.  And in investigating these other organizations, can you

21   describe some of the mechanisms or techniques that you would

22   use?

23   A.  Yes.  So regarding transporting cocaine and other

24   controlled substances, there's three primary means of

25   conveyance.  The first being land; so that would be

1    utilizing vehicles of some sort -- trucks, tractor trailers,

2    vehicles with hidden compartment -- and transporting it from

3    the source area or source zone, that Andean Ridge region,

4    north through Central America to Mexican.

5              Another means of conveyance would be air; that

6    would be utilizing both commercial and private aircraft on

7    both normal or -- or regulated airfields and clandestine

8    airfields to transport from that same region to Central

9    America or Mexico.

10             And then there is the maritime route, which would

11   use essentially any seaworthy vessel to include container

12   ships, cargo vessels, semisubmersibles, go-fast to transport

13   cocaine from that source area north or to wherever the

14   destination may be.

15   Q.  When you are working on investigations, how do you go

16   about collecting information?

17   A.  We utilize a variety of different investigative

18   techniques that include Title III intercepts, or

19   intercepting phone calls or text messages; utilizing

20   confidential sources; debriefing cooperating witnesses;

21   conducting both physical and electronic surveillance;

22   working with partner nation law enforcement, such as law

23   enforcement in Mexico or Peru or elsewhere.  Yeah.

24   Q.  And as a DEA agent, have you become familiar with the

25   price of cocaine in both Mexico and the United States?

1    A.  I have, yes.

2    Q.  You started with the DEA in 2017?

3    A.  I graduated from Quantico in 2017.  I began Quantico in

4    November 2016, so -- 2016, 2017, yes.

5    Q.  And in the course of your work as a DEA agent, do you

6    often -- or have you had an occasion where you have worked

7    on investigations that are more historical in nature?

8    A.  Yes.

9    Q.  And by that I mean originated before you became a DEA

10   agent?

11   A.  Correct.

12   Q.  Okay.  And in those circumstances, how would you be able

13   to determine the price of a particular controlled

14   substances?

15   A.  Have discussions with agents who were involved in

16   investigation at that time or had knowledge of what prices

17   may be at that time; talk to confidential sources or

18   cooperating witnesses that were involved in drug trafficking

19   at that time, as well as utilize other documents.  There is

20   a lot of government organizations that put out prices of

21   different drugs at different points in time, both in the

22   United States as well as throughout the world.

23   Q.  Okay.  And have you had an occasion to research the

24   price of cocaine in the United States in the two thousand --

25   let's say 2010 to 2017?

1    A.  Yes.

2    Q.  And what sources did you use to do that research?

3    A.  For the 2010 to 2017 -- or in the 2010s, I have spoken

4    with other agents who were involved in drug trafficking

5    investigations prior to me being a special agent, coupled

6    with my knowledge from being an officer in the Coast Guard

7    and being involved in the interdiction of narcotic vessels,

8    as well as those other resources provided by either other

9    government entities or available open source as well.

10   Q.  And based on that information, can you estimate what the

11   price of cocaine was in the United States in two thousand --

12   in that time period, 2010 to 2017?

13   A.  Yes.

14   Q.  And what is that?

15   A.  Well, specifically for Los Angeles, the price of cocaine

16   from 2010 to -- or in the 2010s would be between 18,000 to

17   26,000, roughly, per kilogram; and that would be in Los

18   Angeles.

19   Q.  And you specified the Los Angeles area; does that have

20   some relevance?

21   A.  It does in that I am -- I am assigned to Los Angeles, so

22   there is that nexus there.  It's also close to the southwest

23   border where cocaine is typically smuggled into the

24   United States, so the prices may be a little bit lower

25   compared to elsewhere in the United States.

1    Q.   Okay.  And what about 2000 to 2010?

2    A.   From 2000 to 2010, in the United States, the price of

3    cocaine varied from around 10,000 per kilo up to 26,000 per

4    kilo.

5    Q.   And, again, is this the Los Angeles area or a more --

6    A.   Oh, sorry.  Correct.  Yes, that would be the Los Angeles

7    area.

8    Q.   Okay.  And how about the 1990s to 2000?

9    A.   For the 1990s-to-2000 time frame, again, in Los Angeles

10   it would be roughly 20 to 30,000.

11   Q.   Are you familiar with the defendant Raul Hernandez --

12   Flores-Hernandez?

13   A.   Raul Flores-Hernandez, yes, I am.

14   Q.   How are you familiar with him?

15   A.   I am one of the case agents assigned to the -- to his

16   investigation in Los Angeles.  A lot of that investigation

17   occurred prior to me being a special agent, but I was

18   involved in his extradition as well and anything that came

19   after that.

20   Q.   Okay.  How were you involved in his extradition?

21   A.   I was one of the agents here in Los Angeles when he

22   arrived and helped transport him from the airport to D.C.

23   Jail where he was held overnight before his initial

24   appearance.

25   Q.   Did you transport him to court for his initial

1    appearance?

2    A.  I think the -- the U.S. Marshals did that.

3            We have a pretty good relationship with the

4    U.S. Marshals here in D.C., with our group.  And so I

5    believe they -- if I remember correctly, they took care of

6    coordinating the transportation.  We worked with them to get

7    him from the airport to D.C. Jail.

8    Q.  Okay.  And I apologize, I was reading.

9            Did you have to do any paperwork when you brought

10   him to the jail for his initial appearance?

11   A.  I did.  So I was one of the agents involved in his

12   booking questions or booking paperwork.

13   Q.  Does that include biographical information?

14   A.  It does, yes.

15   Q.  Okay.  And do you recall whether or not you asked

16   Mr. Flores for his date of birth?

17   A.  Yes.

18   Q.  Do you recall what that was?

19   A.  October 3, 1952.

20   Q.  And do you know whether or not Mr. Flores used any

21   nicknames?

22   A.  The nickname that I -- I know the most is "El Tio," and

23   that's from my involvement in the investigation or what I

24   had learned from others.

25   Q.  Okay.  Do you have any knowledge of other investigations

1    from other DEA offices that were being conducted into

2    Mr. Flores around the same time as this investigation in

3    L.A.?

4    A.  Yes.  I know that there were several DEA offices that

5    had investigations into him and his organization.

6    Q.  And do you know if any of the other offices were located

7    in California?

8    A.  Yes.  One of the offices was the -- or is the San Ysidro

9    office of -- for DEA, which is located in the San Diego

10   field division.

11   Q.  And, again, you didn't participate in that case?

12   A.  Correct.  I was not -- I did not participate in the

13   active investigation for that case.

14   Q.  Okay.  And before coming to court today, have you

15   reviewed reports from that particular case?

16   A.  I have, yes.

17   Q.  Okay.  Would those be DEA reports?

18   A.  Some were DEA reports.

19           I believe DEA San Ysidro worked with HSI located

20   in that same area, and they had a joint investigation going.

21   So I have also read some HSI reports related to it as well.

22   Q.  Okay.  And have you taken a look at anything else from

23   that investigation before coming to court today?

24   A.  I have reviewed Blackberry Messenger intercepts,

25   affidavits associated with those intercepts.  Yeah.

1    Q.  How about line sheets?

2    A.  Oh, sorry.  Yeah.  The -- the line sheets from those

3    intercepts, yes.

4    Q.  Okay.  Do you know when the investigation led by DEA San

5    Ysidro began?

6    A.  2014, early 2015 time frame.

7    Q.  Who specifically were they targeting?

8    A.  They were targeting his son; however, also him as well.

9    Q.  Okay.  And what was the defendant's status at that time,

10   if you know?

11   A.  At that time, when they initiated that investigation, he

12   was currently -- the defendant was currently in jail in

13   Mexico.

14   Q.  Do you know when he was released from custody in Mexico?

15   A.  He was released from custody in Mexico, I believe, the

16   end of April 2015.

17   Q.  And you've mentioned that you reviewed wiretap

18   affidavits and orders and line sheets; is that correct?

19   A.  Yes.  Correct.

20   Q.  And do you recall whether or not there was a device

21   identified as BBM 33 in those documents?

22   A.  There was, yes.

23   Q.  Okay.  And do you know whether or not the user of that

24   device was identified?

25   A.  The user of that device was identified, yes.

1    Q.  Okay.  And can you explain how the user of that device

2    was identified, please?

3    A.  Yes.  In their investigation, they identified the user

4    of Blackberry Device 33 through several different ways.

5              First, in around August of 2016, a device that was

6    previously believed to be used by the defendant messaged an

7    individual saying that he was going to be changing a PIN --

8    or his Blackberry PIN, and would be sending that soon.

9    About ten minutes after that, the -- the recipient received

10   a new PIN, which was the PIN for Blackberry Device 33, and

11   had the screen name "Tio."  The PIN was accepted by the

12   recipient.  And the user of Blackberry Device 33 then said

13   that they were the one that had the birthday on the 3rd or

14   were turning 18 on the 3rd, indicating that they had a

15   birthday on the 3rd of the month.

16             Additionally, in multiple intercepts with

17   Blackberry Device 33, the user was referred to as "Tio,"

18   which is a common nickname for the defendant.

19             Additionally, DEA -- excuse me, DEA San Ysidro,

20   upon receiving intercepts on the Blackberry Device 33,

21   regarding travel or meetings that were going to be occurring

22   in Mexico, coordinated with the DEA Guadalajara office and

23   were able -- and DEA Guadalajara was able to send a Mexican

24   Federal Police unit out to conduct surveillance.  And on at

25   least four of those occasions, the defendant was ID'd as

1    being in that same location where the meeting was discussed

2    previously on a Blackberry device -- or Blackberry

3    Device 33.

4              And then lastly, on October 3 of 2016, which is

5    the defendant's birthday, the user of Blackberry Device 33

6    received multiple happy birthday wishes or incoming messages

7    saying "happy birthday."

8    Q.  And this Blackberry Device 33, did it have PIN number

9    2BE -- 2, B as in boy, E as in elephant, 01490?

10   A.  Yes.

11   Q.  And I would like to direct your attention to a seizure

12   of cocaine that occurred in Peru on or about November 9th of

13   2016.  Are you familiar with the circumstances surrounding

14   that seizure?

15   A.  Yes, I am.

16   Q.  And have you reviewed law enforcement reports prior to

17   your testimony today?

18   A.  I have, yes.

19             THE COURT:  What was the date of the Peru seizure?

20   BY MS. ALSWORTH:

21   Q.  What was the date of the seizure?

22   A.  November 9, 2016, Your Honor.

23   Q.  And do you recall what was actually, in fact, seized?

24   A.  79.75 kilograms of cocaine was seized on that date in

25   two black bags located in a container that was going to be

1    placed on a ship.

2    Q.  And based on the reports that you have reviewed, do you

3    know what the destination of that ship was supposed to be?

4    A.  It was departing from the -- from Callao, Lima or -- I'm

5    sorry, Callao, Peru, which is essentially Lima, Peru, and

6    was going to the Port of Manzanillo located in Mexico.

7    Q.  Okay.  Now, after you reviewed the reports relating to

8    that seizure, did you also once again look at the wiretap

9    interceptions from BBM 33?

10   A.  I did, yes.

11   Q.  Okay.  And did you look at those interceptions in the

12   weeks and days leading up to that particular seizure?

13   A.  Yes, I did.

14   Q.  Okay.  And before coming to court today, did you take a

15   look at those same interceptions and the translations that

16   have been described?

17   A.  Yes.

18   Q.  Or transcribed?

19   A.  Yes, I have.

20   Q.  Okay.  Thank you.

21        Did they appear accurate, based on what you know?

22   A.  Yes.

23   Q.  And just to clarify, you do speak Spanish?

24   A.  Yeah.  So I would say my -- my Spanish level is -- I am

25   not fluent.  I am not a native speaker, but I -- I would say

1      I have conversational Spanish.

2              I feel comfortable reading news articles,

3      documents, holding a conversation with somebody, debriefing

4      informants, interviews, things like that.

5      Q.  Okay.  Thank you.

6              MS. ALSWORTH:  Your Honor, I am going to be moving

7      to admit several exhibits.  If I may have just a moment to

8      confer with Mr. Feitel.

9              THE COURT:  Yes.

10             MS. ALSWORTH:  Your Honor, having conferred with

11     Mr. Feitel, I don't believe there is any objection to the

12     government's admission of the following exhibits:

13     Government Exhibits 18, 21, 31, 46, 50, 54, 58, and 62.

14             THE COURT:  Is that correct, Mr. Feitel and

15     Ms. Rhee?

16             MR. FEITEL:  Excuse me, Your Honor?

17             THE COURT:  Is that correct, you have no objection

18     to admission of those --

19             MR. FEITEL:  I mean, subject to cross-examination.

20     Again, moving on -- we're not objecting, if you're asking.

21             THE COURT:  Okay.  They will be admitted:  18, 21,

22     31, 46, 50, 54, 58, and 62.

23             MS. ALSWORTH:  Thank you, Your Honor.

24             (Government's Exhibits 18, 21, 31, 46, 50, 54, 58,

25     and 62, admitted.)

```
1              MS. ALSWORTH:  Mr. Velado, if you could please
2       pull up Government's Exhibit 18, just the first page,
3       please.  If you could zoom in on what appears to be under
4       Item 1, the graph or chart.
5              Thank you.
6              (Whereupon, an exhibit was published.)
7       BY MS. ALSWORTH:
8       Q.  Agent Novick, do you recognize this?
9       A.  I do, yes.
10      Q.  Okay.  And can you tell us what this is, please?
11      A.  It was an image that was intercepted over Blackberry
12      Device 33.  The image itself is a spreadsheet -- and it
13      looks like an Excel spreadsheet -- that on the left-hand --
14      or the very left-hand column has cargo vessels, and then the
15      subsequent columns, going left to right, have different
16      ports of call for that specific vessel, along with the
17      dates.
18              With the -- so you can see on the top, in the gray
19      column, it says "Callao," which is -- is Lima, Peru.  And
20      then, above that, it says "1RA llegada" -- I understand that
21      to be primera llegada or first arrival.
22              And then, in the blue column, it says "Callao"
23      again.  And then 2DA llegada, so that would be second day
24      llegada or second arrival.
25      Q.  And what are the other columns?  What do they represent?
```

1    A.   The other columns represent the different dates that the

2    specific vessel located on the far left will be in or

3    departing that -- that port.

4    Q.   Have you seen spreadsheets similar to this in other

5    cases?

6    A.   In other investigations that I have worked on, I have

7    seen other spreadsheets similar to this where cargo vessels

8    are listed on a spreadsheet with different ports of call.

9    Yes.

10   Q.   Okay.  And if you can, explain what the first and

11   second -- you called them something, I'm sorry the term's

12   escaping me -- what that means.

13   A.   So for the -- so the gray column, where it says

14   "Callao," that -- above that would be primera llegada or

15   first arrival.  So that would be the first time that that

16   ship, at least on this spreadsheet, arrives or departs that

17   port.

18           So if we look at -- pick the -- the vessel at the

19   top, MSC Beryl, it departs Callao on the 10th of September,

20   continues on its voyage going to different ports, dropping

21   off merchandise or picking up merchandise, both, until it

22   comes back to Callao for the second arrival on the 27th of

23   September.

24   Q.   Thank you.

25           And is one of the columns on the spreadsheet

```
1    Manzanillo?

2    A.  It is.  The far right column, Manzanillo is -- is on

3    there, yes, in orange.

4    Q.  Okay.  And do you know whether or not this was an image

5    that was sent to BBM 33?

6    A.  It was sent to BBM 33, yes.

7    Q.  And on this particular spreadsheet, is there a ship

8    called CMA CGM Tigris?

9    A.  Yes, there is.

10   Q.  And you can probably use the touch screen on your

11   monitor.  Can you just point that out for us, please?

12   A.  (Witness complies.)

13   Q.  Thank you.  And can you please erase it.

14   A.  I am not sure how to do that.

15   Q.  Got it.

16            And, again, looking at this spreadsheet, can you

17   tell whether -- or what the route for that particular vessel

18   was supposed to be, starting with on or about November 1st?

19   A.  So for --

20   Q.  As it relates to Peru.

21   A.  Okay.  So for this, the Tigris -- sorry.

22            What date did you want me to start with for it?

23   Q.  November 1st.

24   A.  Okay.  So November 1st, arrival Callao, so Lima.  Then

25   the next arrival would be on the 8th, November, for Lazaro
```

1    Cardenas.  And then the 9th for the Port of Manzanillo, 9th

2    of November.

3              MS. ALSWORTH:  Mr. Velado, if you could now please

4    pull up Government's Exhibit 21.

5              (Whereupon, an exhibit was published.)

6    BY MS. ALSWORTH:

7    Q.  And if you could briefly just tell us what we're seeing

8    here.

9    A.  So this is intercepted communications between the

10   defendant using BBM 33 and Luminux that begins on

11   October 25th, 2016, at around 9:52 p.m.

12   Q.  Okay.  Based on your training and experience as a DEA

13   agent, have you in the past reviewed wiretaps of individuals

14   and seen different types of phrases that they use?

15   A.  I have, yes.

16   Q.  I am not asking this very clearly.  I think you

17   understand the point.

18             Can you explain what the purpose is of not being

19   direct in a communication?

20   A.  Yes.  So in the -- in numerous investigations that I

21   have been involved in, whether involving BBM interceptions

22   or recorded phone calls or text messages or anything like

23   that, I -- I know that drug traffickers utilize coded

24   language or cryptic talk in order to conceal their illicit

25   activity.  They will use code words for locations, drugs,

1    movements, things like that.

2    Q.  And what are some of the terms that you have seen in

3    your experience as a DEA agent for drugs?

4    A.  For drugs?  So, for example, cocaine I have seen snow,

5    or the -- the Spanish word for snow as well; blanco, so

6    Spanish word for white; girls -- girls, like women.  Yeah.

7    Yayo, perico.  Those are a few.

8    Q.  And what about locations?

9    A.  For locations, most of these have been in Spanish, so I

10   will say this, the -- the term there, but El Humo, which

11   would be like Mexico City, spelled H-U-M-O.  Los Torres, or

12   the Spanish word for towers would be like New York.  Los

13   Angeles is commonly referred to as "Los" or L-O-S.  Those

14   are a few that I have seen.

15   Q.  Okay.  And if you could read the first entry, please.

16   A.  So Luminux -- Luminux says:  Tio, I am just waiting for

17   the men to tell me which day the girls are leaving and how

18   many there are, and I'm going to give them the information

19   that I have and the way they should go.

20   Q.  Is there anything in that that stands out to you as

21   coded language?

22   A.  Yeah.  The -- the use of the -- the term "the girls,"

23   and that -- that they're leaving.

24   Q.  Okay.  And is your understanding that that term is coded

25   language based solely on what you just read to us?

1    A.   No.  So it -- it's based on the entirety of the

2    investigation at that point and facts that are learned after

3    as well.  So it's not based solely at the meeting of "girls"

4    or seeing "girls" at this point in time specifically.

5    Q.   Okay.  And if you could jump down to what's marked as

6    line 3, and read that as well.

7    A.   So Luminux says:  Tio, I just left.  Very serious

8    people, but they have a commitment, and they'll give us from

9    Tuesday on, in other words, next Tuesday and tomorrow -- oh,

10   sorry -- next Tuesday and tomorrow we're going to meet to

11   coordinate which day we can with the names that we have.

12   And if it works for Tuesday then we'll go, and there are 5P.

13   Q.   And what does line 4 says?

14   A.   And then line 4 says:  50 girls.

15   Q.   Okay.  And if you could please jump down to line 6 and

16   read that, and let us know who it's attributed to.

17   A.   So on line 6 the defendant says:  Okay.  Tell the

18   friend.  Because he says that there are 70.

19   Q.   Okay.  And can you tell us how you have interpreted this

20   language?

21   A.   As being coded language indicating that -- in box 3,

22   that Luminux had returned from a meeting with the

23   individuals that Flores and Luminux are dealing with, and

24   that they'll have -- on next Tuesday they'll know or they'll

25   be able to -- to get the exit or leave; and that they're

1    going to know tomorrow, which would be the following day,

2    the 26th, the names, so meaning the vessels, that they have

3    available.  And if it works for Tuesday, then they'll --

4    there are 50 girls, so 50 kilograms.

5    Q.  Okay.  And can you tell us the date of this exchange of

6    messages?

7    A.  So box 3, that -- that conversation that I just

8    explained, is on October 25th, the same day.  And that's at

9    11:47 p.m., followed quickly, right after, with box 4 at

10   11:47 as well, same day.

11           And then box 6 is on the same day, October 25th,

12   and that's at 11:50 p.m.

13   Q.  Okay.  And sticking with Box No. 3 for just a moment,

14   they discuss an arrival from next Tuesday; is that correct?

15   A.  From next Tuesday, correct.

16   Q.  Okay.  And do you know what next Tuesday -- what that

17   date would have been?

18   A.  So next Tuesday, based off the date of that

19   conversation, October 25th, next Tuesday would have been

20   November 1st.

21           MS. ALSWORTH:  Mr. Velado, if you could now please

22   pull up Government's Exhibit 18 again, page 2.

23           (Whereupon, an exhibit was published.)

24           MS. ALSWORTH:  And can you highlight the section

25   that says Wednesday, October 26?

1          Thank you.

2     BY MS. ALSWORTH:

3     Q.  Agent Novick, do you recognize this?

4     A.  I do, yes.

5     Q.  What do you recognize it to be?

6     A.  It's two images that were received by the defendant from

7     Luminux trying to coordinate or determine the actual date

8     that the -- that the vessel was going to depart and that the

9     cocaine was going to leave.

10    Q.  And have you compared these images to the one that

11    Mr. Flores previously received on, I believe,

12    September 28th, at the end of the month?

13    A.  I have.  And the agents that were involved in the

14    investigation at that time, when they initially saw the

15    intercepts, did the same as well.

16    Q.  And do they appear to be the same?

17    A.  I'm sorry?  What was the question?

18    Q.  Do they appear to be the same?

19    A.  They appear to be similar images, yes.

20          MS. ALSWORTH:  Okay.  Thank you.

21          Thank you, Mr. Velado.  You can exit out of that.

22    BY MS. ALSWORTH:

23    Q.  Did this individual, Luminux, and Mr. Flores also

24    exchange a series of text messages on November 1st?

25    A.  They did, yes.

1    Q.  Okay.  And in those text messages on November 1, do you

2    know whether or not they discussed this shipment?

3    A.  On November 1st, yes, they did.

4    Q.  Okay.  And do you know whether or not those messages

5    indicated there might be a problem with the cocaine?

6    A.  It did, yes.

7           MS. ALSWORTH:  Mr. Velado, if you could go to

8    page 1 again of this document, Government's 18.  Highlight

9    the schedule, please, at the top.

10          (Whereupon, an exhibit was published.)

11   BY MS. ALSWORTH:

12   Q.  In reviewing the snapshot of this spreadsheet, do you

13   know whether or not there was another boat that was leaving

14   Callao after November 1st and would eventually arrive in

15   Manzanillo?

16   A.  There was, yes.

17   Q.  And which ship was this?

18   A.  It's the ship just below the -- the CGM Tigris.  It

19   would be the MSC Faustina that would depart Callao on

20   November 8.

21          MS. ALSWORTH:  Mr. Velado, please pull up

22   Government's Exhibit 54.

23          (Whereupon, an exhibit was published.)

24   BY MS. ALSWORTH:

25   Q.  Do you recognize this also to be a series of

1    interceptions between Luminux and Mr. Flores?

2    A.  Yes.

3    Q.  And what date did these occur on?

4    A.  They begin on November 4, 2016, at 4:06 p.m.

5    Q.  And have you reviewed these before coming to court

6    today?

7    A.  I have, yes.

8    Q.  Do you see any language in there that could be coded

9    language for a location?

10   A.  Yes.

11   Q.  And can you tell us where?

12   A.  I see in Box 1, about halfway down, it says:  It arrives

13   in Manza, which would be short for Manzanillo, which is

14   listed on the shipping list as well.

15   Q.  Okay.  If you could read what's in the box on line 1.

16   A.  Line 1 says:  Tio, I am with Tonio.  And he tells me

17   that the thing he used to do with the gas is there, but it's

18   with minerals, and if it can be done like that?  It arrives

19   in Manza.  He wants me to ask you if you can.  But it's that

20   kind of -- or it's that kind of a device with a diver.  But

21   the diver from here doesn't want to go.  He wants you all to

22   get a diver over there.

23   Q.  Do you have any idea what this means?

24   A.  Yes.

25   Q.  Do you have prior experience working in the Coast Guard?

1    A.  I do.  So based off of the -- the language there, I

2    believe they're describing what would be called a parasitic

3    device.  It's something that attaches to the outer hull of a

4    vessel, usually a larger shipping vessel and below the water

5    line.  And it's used to conceal contraband, in this case

6    cocaine, so that it can avoid being detected by customs,

7    because if it was in a container or placed with legitimate

8    cargo there's a possibility it would be inspected by customs

9    upon arriving at its port of call.  By having it unloaded

10   underneath the water while the vessel is docked at the pier,

11   it can be done in secret, and then taken off in secret as

12   well without law enforcement knowing.

13   Q.  And having reviewed the interceptions in this case, can

14   you explain why they might be talking about this particular

15   method when you have testified that, in fact, they found

16   cocaine in duffle bags?

17   A.  Yeah.  I know it's common for drug traffickers to try

18   and diversify or talk about different methods in order to

19   see which one is actually going to happen.

20        So you have several plans as far as, okay, we have

21   option A, option B, and option C all occurring around the

22   same time; and whichever one the logistics come through or

23   are able to pay the right people at the right time, then

24   that's the option that will end up going.

25   Q.  Okay.  And in reviewing these interceptions, did you see

1    anything on Mr. Flores's phone that indicated they had

2    agreed on a date of November 8 or that he had that

3    information?

4    A.  On -- could you -- could you repeat the question?

5    Q.  Yes.

6            From these particular sets of interceptions, do

7    you know whether or not the cocaine was scheduled to arrive

8    on November 8?

9    A.  From this set here, I don't -- I don't recall from here.

10   But from other intercepts with other people, I know it was

11   supposed to arrive on the 8th as well.

12   Q.  Okay.  And was that information documented in reports?

13   A.  It was, yes.

14   Q.  And can you tell us what that was?

15   A.  So intercepts over the defendant's son's BBM indicated

16   that the son confirmed with other parties that the departure

17   was going to happen on the 8th.  And then, in a separate

18   investigation that was related --

19           MR. FEITEL:  Your Honor, I am going to object

20   subject to connection.  I am not sure the government has

21   laid --

22           THE COURT:  Microphone.

23           MR. FEITEL:  We turn it off because we don't

24   really want anyone to be able to hear what we are saying

25   during testimony.

```
 1              THE COURT:  I understand.

 2              MR. FEITEL:  I object subject to some proof of

 3     connection.  I assume the government's theory is that

 4     they're coconspirator statements of some sort, but I haven't

 5     heard any connection between the two sufficient, I think, to

 6     warrant their admissibility, at least as to this event.

 7              THE COURT:  And are you talking about -- I mean, I

 8     think that he is just laying -- he is not giving us sort of

 9     the substance, I think, of BBM messages from the defendant's

10     son.

11              MR. FEITEL:  Then I'll --

12              THE COURT:  I think he is just saying that that is

13     how I knew some other information about this.

14              MR. FEITEL:  All right.

15              THE COURT:  So, I mean, they're not trying to

16     introduce BBM messages from the defendant's son, as I

17     understand it.

18              Is that right, Ms. Alsworth?

19              MS. ALSWORTH:  That's correct, Your Honor.

20              MR. FEITEL:  Okay.  And that was clarified.  Thank

21     you, Your Honor.

22              THE COURT:  Is the defendant's son charged or

23     being extradited?

24              MS. ALSWORTH:  Not in this case.

25              THE COURT:  Okay.  All right.
```

```
 1    BY MS. ALSWORTH:

 2    Q.  Based on the totality of the information that the DEA

 3    San Ysidro office had, what course of action was taken?

 4    A.  So based off of all of the information known at that

 5    time or at -- you know, at the beginning of -- beginning of

 6    November or around November 8th, 9th, and events leading up

 7    to that, DEA San Ysidro coordinated with DEA Tucson as well

 8    as DEA in Lima and CBP liaison -- liaison officer located in

 9    Lima as well, to coordinate with Peruvian law enforcement to

10    identify the container that held the -- the 79.75 kilograms

11    of cocaine that were seized.

12              MS. ALSWORTH:  Okay.  May I have just a moment?

13              THE COURT:  Yes.

14              MS. ALSWORTH:  I have no further questions.

15              THE COURT:  Okay.  Mr. Feitel, would you like to

16    take a ten-minute break?

17              MR. FEITEL:  That would be the greatest gift.

18              THE COURT:  Okay.  I love to be a gift giver.  We

19    are going to take a ten-minute break.

20              (Whereupon, a recess was taken.)

21              THE COURT:  All right.  Mr. Feitel, are you ready

22    to proceed?

23              MR. FEITEL:  Thank you, Your Honor.

24                          CROSS-EXAMINATION

25    BY MR. FEITEL:
```

1    Q.  Special Agent Novick, you were testifying about

2    investigative techniques for law enforcement actions

3    involving international drug trafficking on direct

4    examination, yes?

5    A.  Correct, yes.

6    Q.  And one of the things that happens in cases where there

7    is the use of telephones is that the DEA and other law

8    enforcement agencies want to try to figure out who is using

9    the phone.  That's, like, one of the first steps, yes?

10   A.  Correct.  Yeah, trying to identify the user.

11   Q.  And you talked in this case about how you were able to,

12   in your mind, identify Mr. Flores as the user of a phone in

13   part by his birth date, correct?

14   A.  Yes.  By his birthday, as well as the -- the name "Tio"

15   that was being used, yes.

16   Q.  So let's try to break that out.

17          With respect to Mr. Flores's birth date, you

18   testified that you learned about it when he came to the

19   United States via extradition and you asked him some general

20   questions about his birth date, correct?

21   A.  Correct.  Yes.

22   Q.  So that conversation was after Mr. Flores was arrested,

23   correct?

24   A.  Yes.  That conversation occurred here in D.C., yes.

25   Q.  All right.  So it was after he was brought to the

1    United States, correct?

2    A.  Yes.

3    Q.  So you couldn't have used that particular piece of birth

4    date information back at the time the wiretap was operating

5    to have identified Mr. Flores, yes?

6            MS. ALSWORTH:  Objection, Your Honor.  That

7    mischaracterizes his testimony.  He didn't testify that that

8    was what he used to establish --

9            THE COURT:  Okay.  No one can hear you because you

10   are not using your microphone.

11           I understand your objection.  Your objection is

12   overruled.

13           If you need to clarify something, you can on

14   redirect.

15           MS. ALSWORTH:  Thank you.

16           THE COURT:  Proceed, Mr. Feitel.

17   BY MR. FEITEL:

18   Q.  Okay.  So we'll move on.

19           So the other thing about telephones is that

20   they're mobile, correct?

21   A.  Yes.

22   Q.  So in addition to trying to figure out who the phone

23   sort of belongs to, there is always the issue of who is

24   actually using it, correct?

25   A.  Correct.

1    Q.  And in this case, government's exhibits were identified

2    that attribute one of the phones to Mr. Flores, correct?

3    A.  Yes.

4    Q.  Were you involved in making the decision about who to

5    attribute the phones to in the transcripts that were

6    prepared for the court hearing or that were prepared in this

7    case?

8    A.  No.  The agents that were involved in the active

9    investigation at that time believed the defendant to be the

10   user of the device based off of those factors.

11   Q.  And in your role as a witness today, you just accepted

12   their conclusions about it, correct?

13   A.  I read their reports and -- and formulated my own

14   opinion, but yes, I did read the reports.  Yeah.

15   Q.  Okay.  During the break do you recall you and I spoke,

16   and I showed you some documents that had also been provided

17   in discovery in this case?

18   A.  Yes.

19              MR. FEITEL:  Your Honor, I have turned them over

20   to the government; they're marked Defense Exhibits 10 to 20.

21              I am just going to show Special Agent Novick a

22   couple of them.  I know that it's old fashioned, but we have

23   the ELMO around --

24              THE COURT:  Love the ELMO.

25              MR. FEITEL:  It seems easier.

1           THE COURT:  Yeah.

2    BY MR. FEITEL:

3    Q.  So I am going to show you what has been marked as

4    Defendant's Exhibit 11 --

5           (Whereupon, an exhibit was published.)

6           THE COURT:  Mr. Coates, we just need to have the

7    Elmo turned on to our screens here.

8           MR. FEITEL:  We did practice before, though.

9           THE COURT:  There we go.

10          MR. FEITEL:  Is it legible, or do I need to play

11   with the --

12          THE COURT:  You need to refocus the lens.  The

13   lens up above you.  Do you see what I mean?

14          MR. FEITEL:  I know that it goes up and down.  I

15   thought there was a button that did so.

16          THE COURT:  Don't break my ELMO.

17   BY MR. FEITEL:

18   Q.  Agent Novick, can you see the part that's highlighted in

19   green highlighter?

20   A.  Yes, I can.

21   Q.  And it says, on the very bottom:  Flaco using Flores

22   Senior's BBM.

23          Yes?

24   A.  It does, yes.

25   Q.  And these are documents that were provided by the

1     government to the defense in discovery in this case?

2     A.   Yes.

3     Q.   Okay.  I'll show you just another one, Exhibit 14.

4              THE COURT:  And the government has no objection to

5     introducing --

6              MS. ALSWORTH:  I have no objection.

7              THE COURT:  -- Defense Exhibits 10 through 20?

8              They will be admitted, just so the record is clear.

9              (Defense Exhibits 10 through 20, admitted.)

10             (Whereupon, an exhibit was published.)

11    BY MR. FEITEL:

12    Q.   And without belaboring the point, this one says, on the

13    bottom:  Unknown using Flaco's phone, Flaco using Flores

14    Senior phone.

15             Correct?

16    A.   It does.  However, neither one of those PINs are the

17    PINs that I was discussing, BBM 33.  Those are different

18    PINs that were being used there.

19    Q.   So you think -- it's your response that it was the case

20    that other people were using each other's -- people were

21    using each other's phones but not for the phones that you

22    were talking about with respect to your testimony on direct?

23    A.   I would say drug traffickers do use different phones or

24    use other people's phones.  However, from my review of the

25    reports and line sheet summaries and line sheets, if the

1   agents that were actively involved in the investigation at

2   that time believed the phone was being used by a different

3   individual other than who they had identified or who

4   primarily used that device, it was noted as such, from what

5   I saw.

6          So in it -- like, for example, in those line

7   sheets it says "possibly used by" or "believed to be used

8   by" -- whoever -- to the extent that they could, it -- it

9   was annotated.  Yeah.

10  Q.  Well, do you know if the line sheets that came with the

11  government's exhibits that were introduced in your direct

12  examination also had references that other people were using

13  phones?

14  A.  For that specific seizure, I did not see anything that

15  indicated somebody else was using BBM 33.

16         Additionally, off of an intercept by an individual

17  using the screen name Morro (phonetic) that was related to a

18  Tucson DEA investigation.  Morro was the individual who

19  originally sent the user BBM 33, or the defendant, the

20  screenshot of the vessel list.

21         After the seizure occurred, an individual that

22  Morro was in contact with asked how the individual could get

23  in contact with Morro, and Morro provided a phone number --

24  a Mexican phone number that in the report indicated it was

25  linked to the defendant.

1    Q.  But none of that would prove who is actually typing the

2    BBMs in the exhibits that were introduced in your direct

3    examination, correct?

4    A.  Correct.  I did not see anything that said the defendant

5    was explicit -- somebody had visual eyes on the defendant

6    typing, correct.

7    Q.  Before I forget, you had said the other way you

8    identified the defendant during the investigation was by his

9    nickname, correct?

10   A.  Correct, yes.

11   Q.  And the nickname he used was "Tio"?

12   A.  Yes, sir.

13   Q.  And since your Spanish fluency is good, what does the

14   word "Tio" in Spanish mean in English?

15   A.  Uncle.

16   Q.  And that is a fairly common nickname among Mexican and

17   Central and South American drug traffickers; is it not?

18   A.  Yes, sir.

19   Q.  Actually, it's a very common name, yeah?

20   A.  It is used often, yes.

21   Q.  So I wanted to ask you about the seizure that you talked

22   about.  In the BBMs that were introduced during your direct

23   examination in Government's Exhibit 21, there is a reference

24   to 50.

25              Do you remember that?

1    A.  Yes.

2    Q.  Okay.  Then there is a reference later to 70, correct?

3    A.  Yes.

4    Q.  And your interpretation of the 50 was that that was the

5    amount of kilos that were being moved, correct?

6    A.  Yes.

7    Q.  And the 50 kilos -- the number 50 came from Luminux,

8    correct?

9    A.  Yes.  It came from -- there were several people in

10   multiple interceptions that indicated 50.

11   Q.  Okay.  In fact, 50 kilos was not the amount that was

12   seized, correct?

13   A.  Correct.

14   Q.  Okay.  And there is a discussion in Government's

15   Exhibit 54 that you talked about on direct about they're

16   using some kind of device that attached to the hull of a

17   vehicle?

18   A.  Yes, sir.

19   Q.  Okay.  That's a pretty specific reference; is it not?

20   A.  As far as a means to secrete narcotics, something like

21   that?  Or like --

22   Q.  Yes, exactly.

23   A.  Okay.  Yeah.  Yes.

24   Q.  So it wasn't like someone said:  Oh, we're hiding it in

25   a secret place.

1          They were pretty specific.  Your interpretation is

2     that they were using some kind of device that attached to

3     the hull?

4     A.  My interpretation of it was that it was a -- an avenue

5     or a route that they were exploring using.

6          From a lot of these investigations that I have

7     been involved in, multiple means of concealing narcotics are

8     discussed, especially given a particular load, or

9     similarly -- you know, utilizing different vessels or things

10    like that.  And then whichever one is the one that actually

11    works out or that -- that the -- the stars align and

12    logistics line up is the one that is used.

13    Q.  So, in fact, the cocaine that was seized on this ship,

14    as you mentioned, was found in duffle bags, correct?

15    A.  It was found in two black duffle bags located in a

16    container that was supposed to be loaded onto the ship, is

17    my understanding, yes.

18    Q.  And that's a far cry from it being hidden underneath the

19    ship in some kind of portable device, correct?

20    A.  Yes.

21    Q.  When the ship pulled into port, did someone look under

22    the ship to see if there was some kind of portable device,

23    you know, hidden underneath it?

24    A.  Not that I am aware of.  Not that I saw in any reports.

25    Q.  So it is possible that the seizure of the 79.9 kilo s is

1    completely unrelated to anything having to do with these

2    intercepts, yes?

3    A.  There is a possibility, yes.  However, based on the --

4    based on the totality of the circumstances, the

5    conversations, the -- the phone number being provided that

6    was linked to the defendant in the Tucson investigation and

7    all of those circumstances, I believe it was -- it was

8    linked.

9         But is it possible?  Yes.

10   Q.  Okay.  And then finally, you were present in court on --

11   listening to Mr. Ramirez -- listening to Mr. Elpidio Mojarro

12   Ramirez testify?

13   A.  Yes, sir.

14   Q.  Okay.  Remember that he said that he intercepted or he

15   recorded a conversation with Mr. Flores in January of 2017?

16   A.  Yes, I remember that.

17   Q.  Okay.  From your review of the case file and in general

18   and in preparation for testifying, do you recall that

19   Mr. Flores was not indicted until March of 2017?

20   A.  Correct.  That is correct.

21   Q.  And do you recall, from your review of the same matters,

22   that Mr. Flores did not have a provisional arrest warrant

23   issued for him until the end of June of 2017?

24   A.  That is correct, yes.

25   Q.  Generally speaking, DEA agents do not advise

1    confidential informants about the status of ongoing criminal

2    investigations, do they?

3    A.  We do not.  But what I believe --

4    Q.  I'm sorry.  I appreciate you would like to explain on

5    his behalf --

6    A.  Yes, sir.

7    Q.  -- but you understood that I was just asking the general

8    question, yes?

9           You don't tell cooperators:  Oh, we're in the

10   grand jury and we're going to indict somebody, do you?

11   A.  Correct.  We tell them to collect evidence or direct

12   them to collect evidence.

13   Q.  Okay.  So in your experience, confidential informants

14   sometimes have credibility problems, yes?

15   A.  Some do, yes.

16   Q.  Well, a lot of times the people that the DEA recruits

17   are people who are involved in criminal activity, correct?

18   A.  Yeah.  I mean, there are -- there are sources and

19   witnesses that were involved in criminal activity at some

20   point, yes.

21   Q.  Well, that would include Mr. Elpidio Mojarro, correct?

22   He was involved in criminal activity, yes?

23   A.  He was, yes.

24   Q.  And that's what made him useful to the DEA?

25   A.  Yes.  It's that access to that network and his

1    credibility as being a criminal that makes him useful.

2    Q.  I'm sorry, I didn't catch the last --

3    A.  I'm sorry.  It's his -- it's his reputation, his

4    credibility as being a criminal or being involved in

5    criminal activity that sometimes makes them very useful

6    sources because they have that reliability or that -- that

7    credibility as a criminal within their -- that group that

8    they're operating.

9    Q.  Yeah.

10        Well, Agent Novick, just to let you know -- you

11   know that people involved in international drug trafficking

12   and even domestic drug trafficking, they lie to each other

13   all the time, don't they?

14   A.  They -- they do, yes.

15   Q.  Yeah.

16        And one of the things that agents have to be wary

17   about is that the people they are using as informants are

18   lying to them, correct?

19   A.  We -- we try to corroborate all the -- the information

20   that is provided independently as well.

21   Q.  Well, talking about corroboration, when Mr. Elpidio

22   Mojarro went to meet with Mr. Flores, nobody went to surveil

23   the meeting, did they?

24   A.  To my understanding, no.  But it also took place in

25   Mexico where -- and depending on the time and the location,

1    the -- the relationship between DEA offices in Mexico and

2    trusted Mexican law enforcement can be touch and go.

3    Q.  Well, since you mentioned it, back in 2017, the

4    United States Drug Enforcement Administration had what was

5    called special investigative units that worked with the DEA

6    in Mexico, didn't you?

7    A.  I believe so.  I can't -- I couldn't say with

8    100 percent confidence, but I believe so, yes.

9    Q.  But generally, these special investigative units, they

10   are referred to as SIUs, aren't they?

11   A.  Yes.

12   Q.  SIUs are foreign law enforcement agents who are vetted

13   by the United States Drug Enforcement Administration and

14   then basically become subagents of the DEA in foreign

15   countries, correct?

16   A.  We work with them in -- on investigations, yes.

17   Q.  Is it the case that they work for you?

18   A.  They are members -- they are sworn officers of their

19   agency in whatever country or agency that they work for, and

20   we have a partnership with them.  That's -- that's what I

21   know, yes.

22   Q.  Well, just to discuss the partnership really briefly.

23   The DEA pays for -- pays additional salary to SIU law

24   enforcement agencies from foreign countries, don't they?

25   A.  I believe so --

```
1              MS. ALSWORTH:  Objection.  Foundation.

2              THE COURT:  Foundation?

3              MS. ALSWORTH:  My microphone wasn't on.

4         It's not clear whether the witness knows that

5    information.

6              THE COURT:  And he will say what he knows and what

7    he doesn't know.  I don't really appreciate how this is not

8    just a waste of time, to be quite honest.

9              MR. FEITEL:  I will move it along.

10             THE COURT:  You know, I am just going to let him

11   ask as much as he wants about a partnership that may or may

12   not exist in Mexico that may or may not have played any role

13   here whatsoever.  We haven't heard evidence about it, and

14   DEA didn't surveil him.

15             Mr. Feitel, where are you going?

16             MR. FEITEL:  I think I am going to sit down, if

17   Ms. Rhee says I have nothing left to ask, Your Honor.

18             THE COURT:  I didn't mean that.

19             MR. FEITEL:  No, no, no.  Not at all.

20             THE COURT:  I can sit here and rule on objections

21   about foundation about something that's, like, why?

22             MR. FEITEL:  I know that you forget

23   sometimes where you are.  If you would give me one moment,

24   Your Honor.  I appreciate --

25             THE COURT:  Of course.
```

```
 1                    MR. FEITEL:  I appreciate the flexibility Your

 2        Honor has shown.

 3                    Your Honor, that's all the questions we have for

 4        Special Agent Novick, subject to redirect examination.

 5                    THE COURT:  And so you have only talked -- out of

 6        Defense Exhibits 10 through 20 -- about Defense Exhibit 10

 7        and 14?

 8                    MR. FEITEL:  Yes.  I moved them.  I only --

 9                    THE COURT:  You will use them for argument later?

10                    MR. FEITEL:  Exactly.

11                    THE COURT:  Got it.  Okay.

12                    MR. FEITEL:  Enough is enough.  I get your point.

13                    THE COURT:  No.  I am here as long as, you know,

14        necessary.

15                    MS. ALSWORTH:  I will be brief.

16                    May I approach the witness?

17                    THE COURT:  Yes.  With what?  So we all know what

18        you are doing.

19                    MS. ALSWORTH:  Defense Exhibits 10 through 20.

20                    THE COURT:  Okay.

21                         REDIRECT EXAMINATION

22        BY MS. ALSWORTH:

23        Q.  Agent Novick, if you can take a look at those really

24        briefly and let me know when you are done.

25        A.  (Witness complies.)
```

1    Q.  Let me ask another question just to speed this along.

2             Can you take a look at the dates of the line

3    sheets that you have been given.

4    A.  Yes.

5    Q.  Are all those line sheets dated 2015?

6    A.  Yes.  They appear all to be from 2015.

7    Q.  Are they a completely different device from BBM 33 that

8    we were talking about earlier?

9    A.  That -- from what I can tell, yes.  From quickly

10   glancing through them, yes.

11   Q.  The interceptions we discussed earlier were from 2016?

12   A.  Correct, yes.

13   Q.  And was there any interception where there was some

14   reference made to Mr. Flores's identity?

15   A.  What I remember is the use of "Tio."

16            MS. ALSWORTH:  Thank you.

17            I have no further questions.

18            THE COURT:  Okay, then.  So I take it that even

19   though in the summary of the witness -- of what Agent Novick

20   was going to testify about, including a seizure and

21   purview of -- seizure of cocaine in Peru of 79 kilograms,

22   you also said something about 80 sacks of cocaine in

23   Veracruz, you are not going into the Veracruz?

24            MS. ALSWORTH:  We are not, Your Honor.

25            THE COURT:  Okay.  I just wanted to make sure I

1    hadn't blinked and missed something.

2              MS. ALSWORTH:  You did not.

3              THE COURT:  All right.  So I think at this point I

4    am going to see you again September 18th.  But the

5    government is going to keep track of the status of the last

6    witness with COVID so that, if it's possible, maybe towards

7    the end of next week -- you know, if he has been testing

8    negative.  Otherwise, I will see you on September 18th, on

9    Monday, at -- we'll do it at 9:30.

10             MS. ALSWORTH:  And just briefly, I understood that

11   the defendant might have two witnesses that they plan to

12   call?

13             MS. RHEE:  Yes, Your Honor.

14             I am going to have to reassess the evidence that

15   was heard to see whether we're going to put on other

16   witnesses or put on witnesses of our own, but I think we

17   may.  But, also, we would like to see what mister -- but I

18   have already alerted the government to who and -- who might

19   testify and what they might testify to.

20             THE COURT:  Okay.  Well, the case I had scheduled

21   starting next Monday that was supposed to go for two weeks

22   settled.  So I could hear you guys all the rest of the week

23   of September 18th, if necessary.  Hopefully, it won't be

24   that, but there you go.

25             Ms. Alsworth, don't bite your tongue.  What do you

```
1    have to say?

2               MS. ALSWORTH:  We have tomorrow, too, Your Honor.

3    I believe that we were scheduled for three days.

4               THE COURT:  Yes.  Well, tomorrow afternoon because

5    I have a full criminal calendar tomorrow.  But -- what are

6    you saying, Ms. Alsworth, that you want Ms. Rhee to sort of

7    jump the gun and put on her witnesses tomorrow?

8               MS. ALSWORTH:  No, Your Honor.  I am not asking.

9    I'm just -- if the Court is available --

10              THE COURT:  Okay.  Well, I am glad.  She can wait

11   and see the entire government's case before she decides

12   which witnesses, if any, to put on.

13              All right.  Mr. Feitel.

14              MR. FEITEL:  Just a housekeeping matter.

15              THE COURT:  Yes.

16              MR. FEITEL:  I don't want to forget.  We'd asked

17   to move Defense Exhibits 1 through 20 into evidence to the

18   extent that they have not already been moved.

19              THE COURT:  Defense Exhibits 1 through 20.

20              MR. FEITEL:  And we are going to prepare a more

21   formal list of identifying --

22              THE COURT:  Okay.  I haven't actually kept track

23   because I think some of them have been a little out of

24   order.  Why don't we just wait for Mr. Coates.

25              MR. FEITEL:  Okay.  We would be glad to submit a
```

1    pleading with exhibits identified for the Court to make

2    everybody -- I think it would be easier, as opposed to us

3    going through them one at a time here in court.

4              THE COURT:  Okay.  Fine.  We will do that.

5              Also, I have obtained from the U.S. Marshals,

6    which have been very responsive, the camera from the court

7    from earlier today.  What I am going to do is I am going to

8    give it to the government because it's on a CD.  I'd ask the

9    government to make a copy of whatever it is the Marshals

10   gave me to give to the defense so that we can see whether a

11   particular signal urging a witness not to testify was made

12   or not made.  All right?

13             So, Mr. Coates, could you turn that CD over to the

14   government.

15             THE COURTROOM DEPUTY:  Okay.

16             MR. HANDRICH:  Judge, while we're waiting to get

17   the CD, one matter I just wanted to go back to from

18   yesterday morning before we got started with the testimony.

19             There were several issues raised by Mr. Feitel and

20   Ms. Rhee about discovery and related issues.  The one issue

21   that I think was unclear on the record yesterday was did the

22   government comply with the Court's order as it related to

23   our *ex parte* motion where we were supposed to turn over the

24   Court's memorandum opinion and order two weeks before the

25   sentencing date.

1          There may have been confusion on Mr. Feitel and

2     Ms. Rhee's part, but we did pass that June 20, 2023, two

3     weeks before in our disclosure -- discovery disclosure.

4          THE COURT:  Oh, you did disclose it?

5          MR. HANDRICH:  We did.

6          THE COURT:  Because I thought Ms. Alsworth said

7     that it hadn't been disclosed, and Mr. Feitel said:  It

8     doesn't matter, we're ready to go forward.

9          So I thought that was no longer an issue at all.

10          MR. HANDRICH:  Yeah.  It's not an issue.  But we

11     did -- we looked at all of the paperwork and what

12     Ms. Alsworth sent to Mr. Feitel.  And I don't know if

13     Mr. Feitel hadn't looked at everything because he had just

14     entered the case, was your order ordering us -- your

15     July 17th order ordering us to turn over the June 20th order

16     two weeks prior.

17          THE COURT:  Okay.  Well, you have lost me.  I

18     don't think it's an issue.

19          MR. HANDRICH:  Okay.

20          THE COURT:  And if you think that you have

21     clarified a record that needed clarifying, you have just

22     done your job.  I'm confused about what you are trying to

23     say, but it's neither here nor there.

24          MR. HANDRICH:  Okay.

25          THE COURT:  I don't believe it's an issue that I

```
 1    need to decide anything about.  So there you go.

 2              I think that that decision should be released

 3    unsealed.  I think it was a week after the testimony?

 4              MS. ALSWORTH:  Within a week.

 5              THE COURT:  Within a week.

 6              Is there any reason why it can't just be unsealed

 7    now?

 8              MR. HANDRICH:  Well, we need to take another look

 9    at it.  But I think it also, the way the order reads is that

10    at the completion of the sentencing hearing, which we're

11    still --

12              THE COURT:  Okay.  But I'm changing my order right

13    now.

14              MR. HANDRICH:  Okay.

15              THE COURT:  Why shouldn't it be unsealed this very

16    minute?

17              MR. HANDRICH:  Well, there is personal information

18    on there; I don't know if all of that was elicited in the

19    testimony, so I would like to review --

20              THE COURT:  Yes.  But there is actually -- no name

21    was given or otherwise associated with it.  You can take a

22    look at it.  You can let me know by, let's say, 2 p.m.

23    tomorrow afternoon whether any redactions are necessary

24    before it's posted tomorrow by 5:00.  Okay?

25              MR. HANDRICH:  Okay.
```

1          THE COURT:  Meaning, posted publicly.

2          THE COURTROOM DEPUTY:  All rise.

3          (Whereupon, the proceeding concludes, 4:02 p.m.)

4                      *** INDEX ***

5    **WITNESS**                           **PAGE**

6    Elpidio Mojarro Ramirez               8, 57

7    Kevin Novick                          101, 129, 144

8

9    **EXHIBIT**                           **PAGE**

10   Government's 1, 2, 3                   44

11   Defense 6, 7, 8                        88

12   Government's 18, 21, 31, 46           115
     Government's 50, 54, 58, 62
13
     Defense 10 through 20                 134
14

15

16                      * * * * *

17                   **CERTIFICATE**

18        I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby
     certify that the foregoing constitutes a true and accurate
19   transcript of my stenographic notes, and is a full, true,
     and complete transcript of the proceedings to the best of my
20   ability.
          This certificate shall be considered null and void
21   if the transcript is disassembled and/or photocopied in any
     manner by any party without authorization of the signatory
22   below.

23
          Dated this 17th day of September, 2023.
24
     /s/ Elizabeth Saint-Loth, RPR, FCRR
25   Official Court Reporter

## $

**$1,000** [1] - 15:7
**$500** [1] - 15:7
**$600,000** [1] - 31:14

## '

**'80s** [1] - 17:2
**'86** [3] - 55:25, 56:1, 57:25
**'90s** [1] - 17:2

## /

**/s** [1] - 151:24

## 0

**01490** [1] - 113:9

## 1

**1** [16] - 15:21, 35:5, 42:21, 44:16, 44:20, 60:2, 65:22, 116:4, 124:1, 124:8, 125:12, 125:15, 125:16, 147:17, 147:19, 151:10
**1,000** [10] - 15:22, 26:2, 26:11, 47:16, 47:17, 47:23, 48:1, 48:2, 48:4, 48:10
**1,500** [1] - 31:8
**10** [9] - 96:19, 96:21, 132:20, 134:7, 134:9, 144:6, 144:19, 151:13
**10,000** [1] - 108:3
**100** [10] - 51:25, 52:3, 52:7, 52:12, 52:14, 142:8
**100,000** [1] - 47:17
**101** [1] - 151:7
**10th** [1] - 117:19
**11** [7] - 53:10, 54:2, 54:8, 54:14, 98:24, 133:4
**115** [1] - 151:12
**11:47** [2] - 122:9, 122:10
**11:50** [1] - 122:12
**12** [1] - 54:9
**129** [1] - 151:7
**13** [3] - 49:2, 50:16, 53:3
**1300** [1] - 2:4
**134** [1] - 151:13
**13th** [1] - 43:24

**14** [3] - 51:10, 134:3, 144:7
**144** [1] - 151:7
**145** [1] - 1:13
**15** [1] - 100:5
**15-minute** [1] - 55:15
**15th** [1] - 63:7
**16** [6] - 28:7, 46:18, 97:14, 97:20, 98:3
**16th** [1] - 41:10
**17** [1] - 48:20
**17-051** [2] - 1:3, 3:3
**17th** [4] - 43:10, 43:18, 149:15, 151:23
**18** [13] - 6:21, 7:1, 7:15, 46:18, 48:20, 112:14, 115:13, 115:21, 115:24, 116:2, 122:22, 124:8, 151:12
**18,000** [1] - 107:16
**18th** [4] - 6:20, 146:4, 146:8, 146:23
**19** [1] - 49:2
**1952** [1] - 109:19
**1975** [3] - 64:3, 75:9, 75:24
**1985** [2] - 55:24, 57:24
**1987** [1] - 63:5
**1988** [3] - 63:8, 64:5, 64:9
**1990** [1] - 60:24
**1990s** [1] - 108:8
**1990s-to-2000** [1] - 108:9
**1993** [3] - 62:23, 68:9, 68:13
**1:00** [4] - 3:23, 4:1, 4:2, 4:5
**1RA** [1] - 116:20
**1st** [7] - 118:18, 118:23, 118:24, 122:20, 123:24, 124:3, 124:14

## 2

**2** [13] - 35:6, 42:21, 44:16, 44:20, 48:19, 61:18, 86:5, 90:23, 90:25, 113:9, 122:22, 150:22, 151:10
**20** [14] - 10:23, 44:8, 85:15, 100:5, 108:10, 132:20, 134:7, 134:9, 144:6, 144:19, 147:17, 147:19, 149:2, 151:13

**20-week** [1] - 102:7
**20-year** [2] - 74:22, 74:25
**200** [4] - 51:25, 52:3, 52:7, 52:12
**2000** [6] - 11:13, 72:10, 98:23, 108:1, 108:2, 108:8
**20008** [1] - 2:5
**2000s** [3] - 17:3, 17:11, 68:10
**2002** [2] - 68:10, 72:10
**2003** [1] - 11:13
**2006** [4] - 29:19, 29:20, 32:9, 32:13
**2007** [4] - 29:19, 29:20, 32:9, 32:13
**2009** [11] - 19:20, 20:20, 22:4, 22:16, 23:16, 23:19, 24:1, 25:1, 25:2, 25:12, 25:13
**2010** [14] - 23:22, 24:2, 24:10, 25:15, 27:20, 33:22, 98:3, 98:13, 106:25, 107:3, 107:12, 107:16, 108:1, 108:2
**2010s** [2] - 107:3, 107:16
**2011** [5] - 28:11, 28:12, 98:7, 98:8, 98:24
**2014** [2] - 31:2, 111:6
**2015** [10] - 31:2, 31:4, 32:16, 32:24, 33:1, 39:7, 111:6, 111:16, 145:5, 145:6
**2016** [13] - 79:20, 79:21, 79:24, 80:24, 106:4, 112:5, 113:4, 113:13, 113:22, 119:11, 125:4, 145:11
**2017** [22] - 34:18, 37:22, 41:10, 43:24, 79:20, 79:21, 79:24, 80:24, 82:1, 84:13, 90:10, 102:3, 106:2, 106:3, 106:4, 106:25, 107:3, 107:12, 139:15, 139:19, 139:23, 142:3
**202** [2] - 1:14, 2:5
**2023** [3] - 1:5, 149:2, 151:23
**20530** [1] - 1:13
**20th** [1] - 149:15
**21** [6] - 115:13,

115:21, 115:24, 119:4, 136:23, 151:12
**22314** [1] - 1:23
**228** [1] - 1:22
**24** [1] - 46:18
**255-6637** [1] - 2:5
**25th** [4] - 119:11, 122:8, 122:11, 122:19
**26** [1] - 122:25
**26,000** [2] - 107:17, 108:3
**26th** [1] - 122:2
**27** [2] - 74:18
**27th** [1] - 117:22
**28th** [1] - 123:12
**29** [1] - 56:5
**2BE** [1] - 113:9
**2DA** [1] - 116:23

## 3

**3** [16] - 35:7, 42:21, 44:16, 44:20, 50:16, 64:17, 65:7, 65:10, 65:17, 109:19, 113:4, 121:6, 121:21, 122:7, 122:13, 151:10
**30** [4] - 56:5, 57:20
**30,000** [1] - 108:10
**30-minute** [1] - 36:20
**300** [1] - 1:22
**31** [4] - 115:13, 115:22, 115:24, 151:12
**33** [19] - 74:18, 111:21, 112:4, 112:10, 112:12, 112:17, 112:20, 113:3, 113:5, 113:8, 114:9, 116:12, 118:5, 118:6, 119:10, 134:17, 135:15, 135:19, 145:7
**33-year** [1] - 74:18
**3500** [2] - 41:6, 87:13
**3rd** [3] - 112:13, 112:14, 112:15

## 4

**4** [13] - 15:20, 53:10, 64:18, 65:5, 65:13, 65:22, 94:6, 121:13, 121:14, 122:9, 125:4
**40** [1] - 57:25
**400** [3] - 51:1, 52:13, 95:7

115:21, 115:24, 119:4, 136:23, 151:12

**41** [1] - 74:12
**44** [1] - 151:10
**450** [2] - 27:24, 58:12
**46** [4] - 115:13, 115:22, 115:24, 151:12
**4:02** [1] - 151:3
**4:06** [1] - 125:4
**4th** [1] - 63:8

## 5

**5** [4] - 15:20, 71:5, 95:3, 96:20
**5-minute** [1] - 36:20
**50** [15] - 15:23, 27:25, 115:13, 115:22, 115:24, 121:14, 122:4, 136:24, 137:4, 137:7, 137:10, 137:11, 151:12
**500** [7] - 23:19, 26:4, 27:21, 51:1, 57:1, 57:5, 95:7
**500-kilo** [1] - 57:1
**514-0917** [1] - 1:14
**54** [6] - 115:13, 115:22, 115:24, 124:22, 137:15, 151:12
**546-8874** [1] - 1:19
**57** [1] - 151:6
**571** [1] - 1:23
**58** [4] - 115:13, 115:22, 115:24, 151:12
**5:00** [1] - 150:24
**5P** [1] - 121:12

## 6

**6** [8] - 51:9, 87:17, 88:2, 95:20, 121:15, 121:17, 122:11, 151:11
**619** [1] - 1:19
**62** [4] - 115:13, 115:22, 115:25, 151:12

## 7

**7** [5] - 1:5, 87:17, 88:2, 96:5, 151:11
**70** [2] - 121:18, 137:2
**79** [1] - 145:21
**79.75** [2] - 113:24, 129:10
**79.9** [1] - 138:25

2

## 8

**8** [9] - 51:19, 87:17, 88:2, 124:20, 127:2, 127:8, 151:6, 151:11
**80** [1] - 145:22
**800-6900** [1] - 1:23
**85** [1] - 56:2
**86** [1] - 56:2
**88** [1] - 151:11
**880** [1] - 1:18
**8:20** [1] - 52:18
**8th** [4] - 118:25, 127:11, 127:17, 129:6

## 9

**9** [9] - 34:18, 43:15, 43:22, 53:3, 90:8, 90:10, 90:18, 91:3, 113:22
**92101-8807** [1] - 1:18
**950** [1] - 15:23
**97** [3] - 58:25, 59:19, 65:1
**97-month** [1] - 92:6
**9:30** [2] - 7:15, 146:9
**9:31** [1] - 1:5
**9:52** [1] - 119:11
**9th** [6] - 37:22, 41:9, 113:12, 119:1, 129:6

## A

**a.m** [1] - 1:5
**ability** [2] - 38:1, 151:20
**able** [9] - 7:21, 26:10, 106:12, 112:23, 121:25, 126:23, 127:24, 130:11
**absolutely** [1] - 37:15
**accepted** [2] - 112:11, 132:11
**access** [4] - 25:24, 36:12, 78:18, 140:25
**account** [1] - 13:3
**accountant** [10] - 12:3, 12:4, 12:17, 12:20, 14:4, 15:12, 19:18, 73:17, 73:18, 99:24
**accounting** [3] - 13:1, 13:2, 15:15
**accounts** [3] - 13:4, 13:6, 13:7
**accurate** [2] - 114:21, 151:18
**acknowledge** [1] -

36:15
**acted** [1] - 38:11
**acting** [1] - 19:17
**action** [1] - 129:3
**Action** [1] - 1:3
**actions** [1] - 130:2
**active** [5] - 20:14, 28:17, 28:18, 110:13, 132:8
**actively** [1] - 135:1
**activities** [1] - 91:19
**activity** [5] - 119:25, 140:17, 140:19, 140:22, 141:5
**actual** [1] - 123:7
**adamant** [1] - 5:25
**addition** [2] - 33:23, 131:22
**additional** [4] - 11:24, 40:13, 102:15, 142:23
**additionally** [3] - 112:16, 112:19, 135:16
**address** [2] - 80:17, 84:2
**Administration** [3] - 101:25, 142:4, 142:13
**admissibility** [2] - 36:23, 128:6
**admission** [3] - 87:23, 115:12, 115:18
**admit** [2] - 42:20, 115:7
**admitted** [9] - 41:22, 44:17, 44:20, 87:25, 88:2, 115:21, 115:25, 134:8, 134:9
**advance** [1] - 48:4
**advice** [2] - 82:9, 91:21
**advise** [2] - 3:23, 139:25
**advised** [1] - 4:10
**affidavits** [2] - 110:25, 111:18
**afternoon** [8] - 86:25, 87:1, 88:24, 88:25, 101:12, 101:13, 147:4, 150:23
**afterwards** [1] - 59:2
**agencies** [2] - 130:8, 142:24
**agency** [2] - 142:19
**Agent** [13] - 3:18, 39:24, 40:11, 85:22, 101:12, 102:18, 123:3, 130:1, 132:21, 133:18,

141:10, 144:4, 145:19
**agent** [35] - 39:17, 43:6, 43:7, 43:12, 43:16, 43:18, 44:6, 44:11, 81:2, 81:14, 81:19, 82:9, 82:15, 85:14, 85:23, 91:21, 93:3, 93:10, 101:7, 101:24, 102:2, 102:3, 102:7, 102:9, 102:14, 104:15, 105:24, 106:5, 106:10, 107:5, 108:17, 116:8, 119:13, 120:3, 144:23
**agents** [14] - 10:6, 81:6, 93:2, 106:15, 107:4, 108:15, 108:21, 109:11, 123:13, 132:8, 135:1, 139:25, 141:16, 142:12
**ago** [3] - 28:3, 43:3, 57:25
**agree** [2] - 10:3, 91:24
**agreed** [5] - 58:22, 64:11, 65:21, 66:1, 127:2
**agreement** [12] - 4:19, 4:20, 4:21, 10:12, 58:2, 58:11, 58:19, 74:11, 76:16, 87:4, 87:21, 88:7
**ahead** [3] - 53:2, 64:1, 91:22
**aided** [1] - 2:12
**air** [2] - 22:9, 105:5
**Air** [1] - 53:8
**aircraft** [2] - 9:23, 105:6
**airfields** [2] - 105:7, 105:8
**airplanes** [1] - 11:21
**airport** [5] - 54:19, 55:4, 55:5, 108:22, 109:7
**alerted** [1] - 146:18
**Alex** [3] - 2:8, 3:14, 49:1
**Alexandria** [1] - 1:23
**alias** [1] - 25:3
**align** [2] - 99:8, 138:11
**aligned** [1] - 68:5
**allegedly** [2] - 79:16, 79:23
**allowed** [1] - 61:11
**allows** [1] - 38:2
**almost** [2] - 43:18,

63:6
**ALSO** [1] - 2:8
**Alsworth** [9] - 3:13, 8:7, 44:25, 55:17, 128:18, 146:25, 147:6, 149:6, 149:12
**ALSWORTH** [163] - 1:11, 3:11, 4:15, 4:21, 5:3, 5:12, 5:15, 5:21, 6:7, 6:13, 6:24, 7:2, 7:23, 8:1, 8:8, 8:13, 8:18, 8:20, 14:2, 14:3, 14:13, 14:14, 16:18, 16:21, 22:3, 22:13, 23:10, 23:23, 23:25, 25:9, 25:11, 27:19, 30:25, 31:18, 31:20, 31:25, 32:5, 35:4, 37:5, 37:10, 37:12, 37:15, 37:18, 37:19, 37:23, 39:13, 39:15, 41:2, 41:16, 41:20, 42:22, 43:11, 43:20, 44:3, 44:15, 44:19, 44:21, 45:2, 45:8, 45:13, 45:16, 45:19, 46:7, 46:10, 46:13, 46:17, 46:21, 46:22, 47:15, 48:18, 48:22, 48:24, 49:1, 49:4, 49:5, 49:16, 49:19, 50:15, 50:18, 50:19, 51:7, 51:12, 51:13, 51:18, 51:21, 52:16, 52:20, 52:21, 53:2, 53:5, 53:6, 53:9, 53:12, 53:13, 54:1, 54:5, 54:12, 54:16, 55:12, 55:18, 55:19, 57:7, 63:16, 63:22, 65:14, 65:18, 68:7, 87:24, 88:3, 88:15, 88:20, 90:15, 90:22, 100:24, 101:8, 101:10, 101:14, 101:16, 101:18, 102:25, 103:2, 103:5, 103:10, 103:11, 103:21, 103:24, 113:20, 115:6, 115:10, 115:23, 116:1, 116:7, 119:3, 119:6, 122:21, 122:24, 123:2, 123:20, 123:22, 124:7, 124:11, 124:21, 124:24, 128:19, 128:24, 129:1, 129:12, 129:14,

131:6, 131:15, 134:6, 143:1, 143:3, 144:15, 144:19, 144:22, 145:16, 145:24, 146:2, 146:10, 147:2, 147:8, 150:4
**alterations** [1] - 38:24
**alternative** [1] - 4:25
**alternatively** [1] - 4:22
**AMERICA** [1] - 1:3
**America** [6] - 3:3, 23:3, 25:22, 104:13, 105:4, 105:9
**American** [2] - 77:12, 136:17
**amount** [5] - 14:6, 66:19, 92:2, 137:5, 137:11
**Andares** [3] - 34:6, 34:8
**Andean** [4] - 103:16, 104:6, 104:11, 105:3
**Angeles** [11] - 102:1, 107:15, 107:18, 107:19, 107:21, 108:5, 108:6, 108:9, 108:16, 108:21, 120:13
**annotated** [1] - 135:9
**answer** [6] - 72:23, 79:23, 92:23, 94:23, 95:11, 95:12
**answered** [1] - 96:12
**answering** [1] - 18:8
**anyway** [2] - 40:7, 66:6
**apologize** [2] - 54:10, 109:8
**appeal** [2] - 61:25, 62:4
**appealed** [3] - 59:2, 59:6, 59:10
**appear** [5] - 114:21, 123:16, 123:18, 123:19, 145:6
**appearance** [4] - 90:19, 108:24, 109:1, 109:10
**Appearances** [1] - 1:25
**APPEARANCES** [2] - 1:9, 2:1
**appearing** [1] - 3:13
**application** [4] - 38:2, 85:9, 85:10, 85:11
**appreciate** [4] - 140:4, 143:7, 143:24, 144:1
**approach** [6] - 59:5, 59:20, 61:19, 64:16,

3

91:4, 144:16
**appropriate** [1] - 90:5
**April** [1] - 111:16
**area** [12] - 29:2, 29:12, 29:15, 104:7, 104:8, 104:10, 105:3, 105:13, 107:19, 108:5, 108:7, 110:20
**areas** [1] - 104:11
**argue** [2] - 36:19, 36:22
**argument** [1] - 144:9
**arms** [1] - 74:7
**arose** [2] - 76:18, 76:21
**arrange** [1] - 31:9
**arranged** [1] - 34:4
**arrangements** [13] - 6:14, 14:24, 14:25, 15:1, 15:2, 15:4, 21:8, 23:5, 23:14, 30:17, 31:11, 31:12, 31:15
**arranging** [1] - 21:4
**arrest** [3] - 93:7, 93:21, 139:22
**arrested** [12] - 25:1, 25:12, 25:13, 25:16, 63:10, 75:9, 75:21, 75:22, 91:18, 92:12, 92:14, 130:22
**arrests** [2] - 63:17, 63:18
**arrival** [7] - 116:21, 116:24, 117:15, 117:22, 118:24, 118:25, 122:14
**arrive** [4] - 54:18, 124:14, 127:7, 127:11
**arrived** [5] - 17:21, 68:12, 98:22, 98:23, 108:22
**arrives** [3] - 117:16, 125:12, 125:18
**arriving** [3] - 26:9, 55:4, 126:9
**articles** [3] - 78:24, 79:8, 115:2
**assets** [1] - 89:8
**assigned** [3] - 101:25, 107:21, 108:15
**assistance** [1] - 9:15
**assisted** [1] - 77:7
**associated** [2] - 110:25, 150:21
**assume** [3] - 48:10, 83:19, 128:3
**attached** [3] - 103:6, 137:16, 138:2

**attaches** [1] - 126:3
**attachment** [1] - 44:12
**attempt** [1] - 93:16
**attempted** [1] - 11:23
**attempting** [2] - 26:13, 92:10
**attended** [2] - 83:4, 102:7
**attention** [7] - 58:15, 86:11, 94:5, 95:20, 96:19, 96:20, 113:11
**attorney** [1] - 88:15
**attribute** [2] - 132:2, 132:5
**attributed** [1] - 121:16
**audio** [6] - 35:5, 35:8, 36:11, 36:24, 42:3, 44:22
**August** [1] - 112:5
**Augustine** [11] - 9:1, 68:15, 68:24, 69:3, 69:18, 70:9, 70:13, 70:16, 70:20, 70:24, 71:24
**authentication** [1] - 35:16
**authorities** [1] - 20:17
**authorization** [1] - 151:21
**available** [7] - 4:16, 6:23, 7:14, 14:5, 107:9, 122:3, 147:9
**avenue** [1] - 138:4
**Avenue** [1] - 2:4
**avoid** [1] - 126:6
**aware** [6] - 14:11, 14:16, 20:21, 34:24, 91:12, 138:24

## B

**background** [2] - 62:20, 62:21
**bags** [5] - 55:7, 113:25, 126:16, 138:14, 138:15
**balance** [3] - 15:19, 15:21, 15:23
**balances** [3] - 13:3, 15:17, 15:18
**Barranca** [1] - 9:11
**based** [18] - 36:22, 73:25, 103:12, 103:25, 107:10, 114:2, 114:21, 119:12, 120:25, 121:1, 121:3, 122:18, 126:1, 129:2, 129:4, 132:10, 139:3, 139:4

**basic** [1] - 102:7
**basis** [2] - 7:13, 74:9
**battle** [1] - 99:19
**BBM** [14] - 111:21, 114:9, 118:5, 118:6, 119:10, 119:21, 127:15, 128:9, 128:16, 133:22, 134:17, 135:15, 135:19, 145:7
**BBMs** [2] - 136:2, 136:22
**became** [3] - 20:21, 28:3, 106:9
**become** [6] - 11:11, 14:16, 99:22, 99:23, 105:24, 142:14
**becomes** [1] - 20:16
**BEFORE** [1] - 1:8
**began** [4] - 17:10, 17:22, 106:3, 111:5
**begin** [6] - 19:24, 44:22, 52:18, 125:4
**beginning** [9] - 31:2, 32:16, 36:7, 46:14, 50:16, 51:10, 51:19, 129:5
**begins** [1] - 119:10
**behalf** [4] - 11:7, 100:13, 100:15, 140:5
**belaboring** [1] - 134:12
**belong** [2] - 26:3, 68:10
**belonged** [5] - 17:14, 17:23, 18:1, 26:2, 28:14
**belonging** [1] - 80:2
**belongs** [2] - 18:14, 131:23
**below** [4] - 74:25, 124:18, 126:4, 151:22
**Beltrán** [1] - 29:9
**Beltráns** [1] - 29:5
**benefit** [1] - 94:2
**benefits** [1] - 92:4
**BERYL** [1] - 1:8
**Beryl** [1] - 117:19
**best** [2] - 17:8, 151:19
**betray** [1] - 99:10
**better** [1] - 48:24
**between** [10] - 32:24, 33:1, 56:21, 73:4, 74:18, 107:16, 119:9, 125:1, 128:5, 142:1
**bigger** [1] - 57:2
**biographical** [1] -

109:13
**birth** [9] - 69:20, 71:17, 71:18, 100:18, 109:16, 130:13, 130:17, 130:20, 131:3
**birthday** [10] - 79:18, 81:7, 82:25, 83:2, 112:13, 112:15, 113:5, 113:6, 113:7, 130:14
**bit** [1] - 107:24
**bite** [1] - 146:25
**black** [2] - 113:25, 138:15
**Blackberry** [12] - 110:24, 112:4, 112:8, 112:10, 112:12, 112:17, 112:20, 113:2, 113:5, 113:8, 116:11
**blacked** [1] - 94:9
**blanco** [1] - 120:5
**blind** [1] - 16:15
**blinked** [1] - 146:1
**bloody** [1] - 46:5
**blue** [1] - 116:22
**blunt** [1] - 19:11
**board** [1] - 9:23
**boards** [1] - 22:21
**boat** [3] - 95:22, 96:6, 124:13
**body** [1] - 36:1
**bodyguards** [2] - 74:5, 82:20
**Bolivia** [4] - 25:23, 25:24, 103:18
**bombs** [2] - 55:2, 55:4
**booking** [2] - 109:12
**border** [3] - 67:25, 68:1, 107:23
**boss** [2] - 12:8, 18:24
**bosses** [2] - 84:5, 100:6
**bottom** [6] - 95:4, 95:5, 95:6, 95:21, 133:21, 134:13
**box** [5] - 121:21, 122:7, 122:9, 122:11, 125:15
**Box** [2] - 122:13, 125:12
**boy** [1] - 113:9
**break** [13] - 4:5, 4:6, 26:21, 26:22, 55:15, 86:2, 86:5, 129:16, 129:19, 130:16, 132:15, 133:16
**bribe** [1] - 70:1
**brief** [2] - 46:17,

99:13, 144:15
**briefly** [10] - 18:7, 53:3, 86:11, 87:5, 87:6, 89:18, 119:7, 142:22, 144:24, 146:10
**bring** [4] - 57:5, 86:11, 86:16, 86:22
**brings** [1] - 7:5
**broke** [3] - 98:12, 99:2, 99:7
**brother** [15] - 62:14, 62:16, 66:12, 66:16, 66:21, 67:3, 67:5, 67:12, 72:13, 82:22, 83:7, 83:9, 83:10, 83:11
**brother's** [1] - 83:14
**brother-in-law** [8] - 62:14, 62:16, 66:12, 66:16, 66:21, 67:3, 67:5, 67:12
**brought** [5] - 57:6, 75:18, 79:10, 109:9, 130:25
**brutal** [1] - 99:19
**Bureau** [2] - 65:3, 66:8
**bus** [2] - 75:23, 76:1
**business** [7] - 19:4, 19:5, 19:7, 19:9, 19:23, 73:9
**businesses** [3] - 71:23, 89:1, 89:5
**button** [3] - 38:11, 38:12, 133:15
**BY** [49] - 8:20, 14:3, 14:14, 16:21, 22:3, 23:10, 31:20, 50:19, 51:21, 52:21, 53:13, 54:16, 55:19, 57:12, 59:11, 60:4, 61:4, 61:22, 64:19, 65:20, 67:22, 68:11, 71:1, 71:15, 73:15, 74:3, 77:11, 86:24, 88:23, 91:7, 98:1, 99:16, 101:18, 103:11, 103:24, 113:20, 116:7, 119:6, 123:2, 123:22, 124:11, 124:24, 129:1, 129:25, 131:17, 133:2, 133:17, 134:11, 144:22

## C

**C90** [2] - 53:7, 53:8
**CA** [1] - 1:18
**cafeteria** [1] - 67:11

**calculated** [1] - 66:19
**calendar** [2] - 6:18, 147:5
**California** [2] - 3:17, 110:7
**Callao** [10] - 114:4, 114:5, 116:19, 116:22, 117:14, 117:19, 117:22, 118:24, 124:14, 124:19
**camera** [2] - 36:3, 148:6
**camp** [7] - 66:4, 67:2, 67:3, 67:8, 67:9, 67:10, 67:20
**Cancun** [2] - 54:18, 55:5
**cannot** [1] - 99:6
**captain** [1] - 54:24
**car** [4] - 52:23, 66:23, 67:4, 67:24
**card** [1] - 80:13
**Cardenas** [1] - 119:1
**care** [1] - 109:5
**cargo** [4] - 105:12, 116:14, 117:7, 126:8
**Carlos** [6] - 25:3, 25:13, 25:15, 28:10, 72:13, 99:17
**carnitas** [2] - 83:6, 83:12
**Caro** [7] - 78:22, 78:24, 78:25, 79:2, 79:8, 79:13, 79:14
**carry** [5] - 12:19, 12:25, 13:2, 27:16, 74:7
**cars** [3] - 34:14, 66:25, 67:9
**Cartel** [37] - 11:10, 11:12, 11:25, 12:9, 12:13, 14:10, 14:15, 14:20, 15:12, 17:14, 17:16, 17:20, 17:21, 18:15, 18:17, 18:25, 19:17, 28:4, 28:6, 28:9, 28:16, 28:23, 29:3, 29:4, 29:6, 29:21, 72:9, 72:25, 74:5, 98:3, 98:7, 98:11, 99:2, 99:7, 99:18, 99:20, 99:21
**cartel** [19] - 11:14, 11:22, 12:5, 16:6, 17:15, 17:25, 18:17, 25:17, 25:19, 26:6, 26:24, 28:14, 29:1, 32:17, 33:21, 68:6, 68:10, 99:8, 99:11

**cartels** [1] - 17:20
**case** [41] - 5:8, 5:18, 7:23, 9:24, 16:3, 58:2, 58:8, 58:17, 58:19, 59:7, 61:24, 74:12, 75:12, 75:14, 75:18, 85:15, 88:5, 88:9, 88:14, 88:17, 93:10, 102:21, 108:15, 110:11, 110:13, 110:15, 126:5, 126:13, 128:24, 130:11, 132:1, 132:7, 132:17, 134:1, 134:19, 139:17, 142:17, 146:20, 147:11, 149:14
**Case** [1] - 3:3
**cases** [2] - 117:5, 130:6
**Castro** [1] - 79:12
**catch** [2] - 20:17, 141:2
**category** [1] - 74:17
**caught** [3] - 94:18, 94:19, 96:1
**caution** [1] - 86:21
**caveat** [1] - 88:3
**CBP** [1] - 129:8
**CD** [3] - 148:8, 148:13, 148:17
**Central** [4] - 104:13, 105:4, 105:8, 136:17
**certain** [4] - 12:23, 66:16, 66:17, 66:22
**certainly** [1] - 5:13
**CERTIFICATE** [1] - 151:17
**certificate** [4] - 69:20, 71:18, 100:18, 151:20
**certify** [1] - 151:18
**CGM** [2] - 118:8, 124:18
**chance** [1] - 95:22
**change** [3] - 45:20, 53:22, 53:23
**changing** [2] - 112:7, 150:12
**Chapo** [9] - 18:18, 18:22, 18:23, 18:24, 50:10, 50:13, 96:7, 96:10, 96:11
**chapo** [1] - 50:12
**characterize** [1] - 56:6
**charge** [17] - 12:1, 12:6, 14:21, 20:23, 21:7, 23:14, 25:2, 25:4, 25:14, 25:16,

25:19, 25:21, 32:14, 49:9, 58:15, 63:14, 100:9
**charged** [5] - 14:23, 14:24, 62:25, 64:5, 128:22
**charges** [2] - 10:1, 63:9
**chart** [1] - 116:4
**Chava** [1] - 76:7
**check** [1] - 88:16
**checks** [2] - 100:12, 100:14
**Chiapas** [6] - 28:24, 28:25, 29:2, 29:4, 29:13, 29:15
**Chicago** [2] - 66:14, 75:23
**children** [4] - 77:4, 77:12, 77:25, 78:6
**Chile** [1] - 25:25
**Chino** [1] - 26:5
**Chiquito** [6] - 50:3, 50:9, 95:22, 96:8, 96:10, 96:12
**chitchat** [1] - 46:3
**Chivito** [6] - 20:24, 21:4, 23:13, 25:19, 26:6, 56:22
**Chivo** [2] - 49:6, 49:8
**choose** [1] - 34:9
**circles** [2] - 17:4, 17:6
**Circuit** [1] - 5:8
**circumstances** [6] - 36:19, 36:22, 106:12, 113:13, 139:4, 139:7
**citizens** [2] - 77:5, 77:13
**City** [3] - 11:20, 84:1, 120:11
**CJNG** [1] - 49:14
**clandestine** [1] - 105:7
**clarification** [2] - 65:15, 73:4
**clarified** [2] - 128:20, 149:21
**clarify** [13] - 13:9, 23:11, 37:5, 37:10, 41:5, 42:23, 44:16, 46:10, 51:5, 54:6, 54:8, 114:23, 131:13
**clarifying** [1] - 149:21
**classroom** [1] - 102:13
**clean** [1] - 54:19
**clear** [9] - 5:17, 7:7, 31:21, 41:6, 72:22, 88:11, 90:17, 134:8,

143:4
**clearly** [3] - 42:12, 48:6, 119:16
**client** [1] - 5:24
**client's** [1] - 6:9
**close** [1] - 107:22
**closer** [1] - 8:12
**CMA** [1] - 118:8
**Coast** [2] - 107:6, 125:25
**Coates** [4] - 3:11, 133:6, 147:24, 148:13
**cocaine** [49] - 9:20, 9:23, 11:6, 11:12, 11:15, 11:18, 11:21, 13:14, 14:11, 14:16, 22:16, 23:19, 27:24, 50:8, 51:4, 51:17, 55:11, 58:13, 58:23, 64:7, 92:7, 103:13, 103:16, 103:20, 104:1, 104:9, 104:10, 104:17, 104:23, 105:13, 105:25, 106:24, 107:11, 107:15, 107:23, 108:3, 113:12, 113:24, 120:4, 123:9, 124:5, 126:6, 126:16, 127:7, 129:11, 138:13, 145:21, 145:22
**cocoa** [2] - 103:18, 103:19
**coconspirator** [1] - 128:4
**code** [1] - 119:25
**coded** [5] - 119:23, 120:21, 120:24, 121:21, 125:8
**coke** [2] - 50:7, 50:8
**collect** [2] - 140:11, 140:12
**collected** [1] - 21:13
**collecting** [2] - 32:2, 105:16
**Colombia** [1] - 103:17
**Colombian** [1] - 97:3
**color** [1] - 16:15
**COLUMBIA** [1] - 1:1
**column** [5] - 116:14, 116:19, 116:22, 117:13, 118:2
**columns** [4] - 116:15, 116:25, 117:1, 117:25
**comfortable** [2] - 9:14, 115:2

**coming** [11] - 25:22, 25:23, 26:1, 26:4, 27:20, 30:8, 93:13, 110:14, 110:23, 114:14, 125:5
**commander** [3] - 27:7, 27:15
**commanders** [1] - 15:10
**commercial** [1] - 105:6
**commissaries** [2] - 89:14, 89:15
**commit** [1] - 65:23
**commitment** [1] - 121:8
**committed** [1] - 65:2
**common** [4] - 112:18, 126:17, 136:16, 136:19
**commonly** [2] - 104:6, 120:13
**communication** [1] - 119:19
**communications** [1] - 119:9
**compadre** [1] - 84:9
**company** [7] - 20:1, 20:3, 20:14, 20:16, 53:17
**compared** [2] - 107:25, 123:10
**compartment** [1] - 105:2
**compartments** [1] - 11:20
**complaining** [1] - 48:3
**complete** [5] - 36:14, 36:16, 42:3, 151:19
**completed** [1] - 89:7
**completely** [4] - 73:10, 73:14, 139:1, 145:7
**completion** [1] - 150:10
**complies** [2] - 118:12, 144:25
**comply** [1] - 148:22
**comprises** [1] - 103:17
**computer** [1] - 2:12
**computer-aided** [1] - 2:12
**conceal** [2] - 119:24, 126:5
**concealing** [1] - 138:7
**conceding** [1] - 42:13
**concludes** [1] - 151:3
**conclusions** [1] - 132:12

**condition** [2] - 42:25, 66:1
**conditions** [2] - 65:10, 65:21
**conduct** [2] - 102:9, 112:24
**conducted** [2] - 41:13, 110:1
**conducting** [1] - 105:21
**confer** [4] - 54:4, 71:12, 99:14, 115:8
**conference** [2] - 3:24, 4:3
**conferred** [1] - 115:10
**confidence** [1] - 142:8
**confidential** [4] - 105:20, 106:17, 140:1, 140:13
**confirm** [2] - 41:18, 61:16
**confirmed** [2] - 4:15, 127:16
**confronted** [1] - 30:16
**confused** [1] - 149:22
**confusing** [2] - 40:17, 92:24
**confusion** [1] - 149:1
**connection** [5] - 56:21, 56:24, 127:20, 128:3, 128:5
**consider** [1] - 56:18
**consideration** [1] - 74:14
**considered** [1] - 151:20
**conspiracy** [3] - 9:19, 9:22, 64:6
**constitutes** [1] - 151:18
**contact** [11] - 17:10, 17:11, 17:12, 33:24, 77:23, 77:25, 78:1, 92:11, 92:17, 135:22, 135:23
**container** [8] - 26:11, 26:15, 26:18, 105:11, 113:25, 126:7, 129:10, 138:16
**containers** [6] - 22:8, 22:24, 23:1, 23:7, 23:17, 26:9
**contested** [1] - 102:19
**context** [5] - 39:12, 40:14, 45:17, 46:4, 86:13
**continue** [1] - 28:16
**Continued** [2] - 1:25, 2:1

**continued** [1] - 25:14
**continues** [1] - 117:20
**contraband** [1] - 126:5
**contracts** [1] - 100:14
**controlled** [5] - 29:2, 29:4, 104:17, 104:24, 106:13
**convenience** [1] - 35:8
**conversation** [22] - 4:18, 36:20, 36:21, 38:9, 40:20, 41:1, 42:5, 42:17, 47:8, 50:25, 82:19, 85:5, 85:6, 85:16, 115:3, 122:7, 122:19, 130:22, 130:24, 139:15
**conversational** [1] - 115:1
**conversations** [3] - 42:25, 84:2, 139:5
**conveyance** [2] - 104:25, 105:5
**convicted** [4] - 9:19, 9:22, 64:3, 64:5
**convictions** [2] - 63:19, 63:21
**cooking** [2] - 83:9, 83:10
**cooperate** [1] - 10:4
**cooperating** [6] - 63:15, 75:4, 88:11, 91:14, 105:20, 106:18
**cooperation** [6] - 10:7, 10:9, 10:16, 76:10, 80:24, 94:2
**cooperators** [1] - 140:9
**coordinate** [3] - 121:11, 123:7, 129:9
**coordinated** [2] - 112:22, 129:7
**coordinating** [1] - 109:6
**copies** [2] - 65:19, 89:20
**copy** [5] - 59:9, 89:22, 89:23, 103:4, 148:9
**corner** [1] - 94:7
**correct** [197] - 5:8, 5:12, 10:5, 10:14, 10:25, 15:10, 16:7, 17:7, 20:12, 20:19, 21:3, 22:18, 23:8, 23:22, 24:8, 28:20, 32:23, 35:3, 38:16, 39:4, 39:10, 40:8,

42:15, 47:4, 48:14, 49:15, 50:24, 57:16, 57:17, 57:22, 58:5, 58:9, 58:10, 58:13, 58:14, 58:20, 58:23, 58:24, 58:25, 59:1, 59:2, 59:13, 59:15, 59:16, 61:9, 61:24, 62:6, 63:16, 65:11, 65:24, 66:2, 66:4, 66:5, 66:6, 66:9, 67:6, 67:13, 67:14, 68:17, 69:5, 70:6, 70:10, 70:19, 71:22, 71:25, 72:1, 72:2, 72:12, 72:14, 72:15, 72:20, 73:1, 73:2, 74:5, 74:12, 74:13, 74:15, 74:16, 74:19, 74:20, 74:22, 74:23, 75:1, 75:2, 75:4, 75:5, 75:7, 76:2, 76:18, 77:13, 77:14, 77:16, 77:18, 77:21, 77:24, 77:25, 78:14, 78:18, 79:24, 79:25, 80:6, 80:9, 80:10, 80:22, 81:1, 81:17, 82:1, 82:7, 82:10, 82:11, 82:13, 82:14, 82:16, 83:22, 84:3, 84:11, 85:7, 85:8, 89:11, 91:12, 91:15, 91:19, 91:22, 91:23, 92:4, 92:7, 92:8, 92:10, 93:2, 93:4, 93:11, 93:12, 93:20, 93:24, 93:25, 94:3, 94:4, 94:8, 94:11, 94:14, 94:21, 95:1, 95:7, 95:16, 96:4, 96:14, 96:23, 97:18, 98:7, 98:12, 98:25, 99:3, 103:2, 106:11, 108:6, 110:12, 111:18, 111:19, 115:14, 115:17, 122:14, 122:15, 128:19, 130:5, 130:10, 130:13, 130:20, 130:21, 130:23, 131:1, 131:20, 131:24, 131:25, 132:2, 132:12, 134:15, 136:3, 136:4, 136:6, 136:9, 136:10, 137:2, 137:5, 137:8, 137:12, 137:13, 138:14, 138:19, 139:20, 139:24,

140:11, 140:17, 140:21, 141:18, 142:15, 145:12
**Correct** [4] - 91:13, 91:16, 98:4, 98:8
**corrected** [2] - 43:23, 96:12
**correction** [5] - 28:11, 47:25, 55:1, 56:25, 98:18
**correctly** [1] - 109:5
**corroborate** [1] - 141:19
**corroboration** [1] - 141:21
**cost** [1] - 97:22
**costs** [1] - 14:11
**counsel** [3] - 3:10, 4:18, 54:4
**counting** [1] - 98:10
**countries** [4] - 103:17, 104:2, 142:15, 142:24
**country** [7] - 29:23, 32:9, 64:4, 69:6, 75:10, 75:16, 142:19
**counts** [1] - 58:20
**couple** [10] - 12:16, 27:1, 27:3, 28:21, 32:24, 49:2, 52:17, 55:14, 99:13, 132:22
**coupled** [1] - 107:5
**course** [28] - 8:17, 8:24, 13:8, 13:18, 15:13, 16:9, 27:12, 30:3, 33:25, 34:3, 37:18, 57:10, 57:23, 58:18, 69:1, 70:3, 71:3, 78:23, 83:1, 83:4, 84:8, 84:19, 98:16, 102:7, 106:5, 129:3, 143:25
**court** [14] - 16:10, 16:19, 74:25, 75:18, 90:13, 108:25, 110:14, 110:23, 114:14, 125:5, 132:6, 139:10, 148:3, 148:6
**Court** [8] - 2:10, 2:10, 4:17, 5:10, 86:7, 147:9, 148:1, 151:25
**COURT** [215] - 1:1, 1:8, 3:19, 4:1, 4:4, 4:8, 4:13, 4:20, 4:24, 5:11, 5:13, 5:18, 5:22, 6:3, 6:6, 6:8, 6:11, 6:15, 6:21, 7:1, 7:3, 7:12, 7:24, 8:6, 8:10, 8:16, 16:20,

21:18, 22:2, 22:14, 22:20, 22:23, 23:1, 23:5, 23:9, 23:16, 23:24, 27:17, 30:23, 31:1, 31:3, 31:6, 31:9, 31:17, 31:19, 35:9, 35:12, 35:22, 35:24, 36:13, 36:17, 36:25, 37:6, 37:11, 37:14, 37:16, 37:22, 39:2, 39:5, 39:8, 39:11, 39:14, 40:13, 40:25, 41:12, 41:18, 41:25, 42:4, 42:6, 42:19, 43:4, 43:13, 44:1, 44:4, 44:10, 44:14, 44:18, 44:24, 45:4, 45:9, 45:14, 45:17, 46:3, 46:8, 46:12, 46:16, 46:19, 47:13, 54:11, 55:14, 55:17, 57:8, 57:10, 59:8, 59:17, 59:21, 59:24, 60:6, 60:9, 60:12, 60:15, 60:18, 60:21, 60:25, 61:17, 61:20, 62:19, 62:24, 63:5, 63:9, 63:12, 63:14, 63:17, 63:24, 64:9, 64:12, 64:15, 65:17, 67:17, 67:19, 68:8, 71:4, 71:9, 71:14, 73:3, 86:4, 86:14, 86:19, 86:23, 87:8, 87:10, 87:15, 87:19, 87:22, 87:25, 88:8, 88:18, 88:22, 89:25, 90:3, 90:9, 90:14, 90:17, 91:2, 91:6, 100:23, 100:25, 101:4, 101:6, 101:9, 101:12, 101:15, 102:24, 103:1, 103:3, 103:8, 103:23, 113:19, 115:9, 115:14, 115:17, 115:21, 127:22, 128:1, 128:7, 128:12, 128:15, 128:22, 129:12, 129:13, 129:15, 129:18, 129:21, 131:9, 131:16, 132:24, 133:1, 133:6, 133:9, 133:12, 133:16, 134:4, 134:7, 143:2, 143:6, 143:10, 143:18, 143:20, 143:25, 144:5,

6

144:9, 144:11,
144:13, 144:17,
144:20, 145:18,
145:25, 146:3,
146:20, 147:4,
147:10, 147:15,
147:19, 147:22,
148:4, 149:4, 149:6,
149:17, 149:20,
149:25, 150:5,
150:12, 150:15,
150:20, 151:1
**Court's** [3] - 35:8,
148:22, 148:24
**courtroom** [1] - 86:3
**COURTROOM** [6] -
3:2, 6:19, 8:4, 86:7,
148:15, 151:2
**cover** [1] - 14:22
**COVID** [4] - 4:14, 5:25,
6:8, 146:6
**created** [1] - 37:6
**credentials** [1] -
102:14
**credibility** [4] -
140:14, 141:1,
141:4, 141:7
**crime** [1] - 65:24
**Criminal** [3] - 1:3,
1:17, 3:3
**criminal** [12] - 74:15,
74:17, 75:6, 140:1,
140:17, 140:19,
140:22, 141:1,
141:4, 141:5, 141:7,
147:5
**Cristóbal** [1] - 9:11
**CRM** [1] - 1:12
**CROSS** [2] - 57:11,
129:24
**cross** [8] - 4:25, 5:7,
5:19, 63:19, 63:25,
64:15, 67:11, 115:19
**cross-examination** [2]
- 63:19, 115:19
**CROSS-
EXAMINATION** [2] -
57:11, 129:24
**cross-examine** [3] -
4:25, 5:7, 5:19
**crossed** [1] - 94:15
**cry** [1] - 138:18
**cryptic** [1] - 119:24
**CTF** [1] - 78:17
**Cuinis** [8] - 72:15,
72:16, 72:19, 73:1,
73:5, 73:9, 73:14,
99:8
**cultivate** [1] - 104:9
**custody** [3] - 65:2,

111:14, 111:15
**customs** [2] - 126:6,
126:8
**cutting** [1] - 25:5

**D**

**D.C** [7] - 1:6, 5:8,
78:17, 108:22,
109:4, 109:7, 130:24
**daily** [2] - 7:13, 74:9
**Dakota** [3] - 66:9,
66:10, 66:25
**dangerous** [4] - 40:5,
81:16, 83:24
**Dangerous** [2] - 3:15,
3:17
**date** [31] - 5:4, 6:16,
6:17, 6:25, 7:3,
37:21, 41:9, 43:23,
71:16, 71:18, 82:2,
82:3, 82:4, 109:16,
113:19, 113:21,
113:24, 118:22,
122:5, 122:17,
122:18, 123:7,
125:3, 127:2,
130:13, 130:17,
130:20, 131:4,
148:25
**Dated** [1] - 151:23
**dated** [2] - 41:10,
145:5
**dates** [3] - 116:17,
117:1, 145:2
**daughter** [5] - 77:1,
77:8, 77:20, 77:22,
77:23
**daughters** [3] - 77:17,
77:19, 78:1
**days** [6] - 6:16, 7:5,
7:6, 26:17, 114:12,
147:3
**DC** [2] - 1:13, 2:5
**de** [1] - 9:11
**DEA** [62] - 2:8, 38:22,
38:25, 39:3, 39:6,
39:9, 39:16, 40:18,
40:22, 40:24, 40:25,
43:6, 43:7, 44:6,
44:10, 81:2, 81:14,
81:19, 82:9, 85:14,
91:15, 91:21, 93:1,
93:3, 93:6, 93:19,
101:25, 102:2,
102:3, 102:6,
104:15, 105:24,
106:2, 106:5, 106:9,
110:1, 110:4, 110:9,
110:17, 110:18,

110:19, 111:4,
112:19, 112:22,
112:23, 119:12,
120:3, 129:2, 129:7,
129:8, 130:7,
135:18, 139:25,
140:16, 140:24,
142:1, 142:5,
142:14, 142:23,
143:14
**DEA-6** [1] - 41:14
**deal** [11] - 18:18,
18:20, 19:4, 19:5,
19:7, 19:9, 31:12,
56:11, 56:14
**dealers** [1] - 56:12
**dealing** [1] - 121:23
**dealings** [4] - 30:2,
30:4, 73:9, 73:13
**debriefing** [2] -
105:20, 115:3
**December** [1] - 63:7
**decide** [1] - 150:1
**decides** [2] - 11:4,
147:11
**decision** [4] - 24:3,
40:7, 132:4, 150:2
**declaration** [1] - 4:22
**defendant** [32] - 3:21,
16:25, 34:17, 39:9,
39:19, 39:25, 40:3,
41:7, 41:19, 42:1,
42:8, 42:10, 42:11,
65:23, 71:12, 99:14,
108:11, 111:12,
112:6, 112:18,
112:25, 119:10,
121:17, 123:6,
132:9, 135:19,
135:25, 136:4,
136:5, 136:8, 139:6,
146:11
**DEFENDANT** [2] -
1:21, 2:3
**Defendant** [1] - 1:6
**Defendant's** [1] -
133:4
**defendant's** [7] -
62:20, 111:9, 113:5,
127:15, 128:9,
128:16, 128:22
**Defense** [20] - 60:2,
61:18, 64:17, 65:5,
87:17, 88:2, 90:8,
90:17, 91:2, 132:20,
134:7, 134:9, 144:6,
144:19, 147:17,
147:19, 151:11,
151:13
**defense** [6] - 4:18,

41:11, 87:15, 90:4,
134:1, 148:10
**delineate** [1] - 13:15
**deliver** [6] - 12:22,
13:23, 53:15, 53:22,
73:23
**delivering** [1] - 12:6
**demand** [1] - 104:11
**demonstrative** [1] -
90:21
**depart** [2] - 123:8,
124:19
**departing** [2] - 114:4,
117:3
**department** [1] - 70:19
**Department** [1] -
70:22
**departs** [2] - 117:16,
117:19
**departure** [2] - 104:7,
127:16
**deported** [5] - 62:8,
64:4, 75:17, 75:20,
75:24
**DEPUTY** [6] - 3:2,
6:19, 8:4, 86:7,
148:15, 151:2
**describe** [7] - 11:16,
16:12, 17:8, 9:11,
56:8, 104:5, 104:21
**described** [4] - 18:13,
32:20, 104:2, 114:16
**describing** [1] - 126:2
**desperate** [1] - 92:3
**despite** [1] - 91:24
**destination** [2] -
105:14, 114:3
**destroyed** [2] - 15:16,
15:24
**detail** [1] - 34:11
**detained** [1] - 70:14
**detected** [1] - 126:6
**determine** [2] -
106:13, 123:7
**device** [15] - 111:20,
111:24, 111:25,
112:1, 112:5, 113:2,
125:20, 126:3,
132:10, 135:4,
137:16, 138:2,
138:19, 138:22,
145:7
**Device** [9] - 112:4,
112:10, 112:12,
112:17, 112:20,
113:3, 113:5, 113:8,
116:12
**Diego** [2] - 1:18, 110:9
**difference** [1] - 72:18
**different** [29] - 13:17,

30:20, 32:1, 63:14,
71:16, 75:24, 78:7,
86:13, 90:1, 90:2,
90:13, 90:19, 90:23,
90:25, 105:17,
106:21, 112:4,
116:15, 117:1,
117:8, 117:20,
119:14, 126:18,
134:17, 134:23,
135:2, 138:9, 145:7
**DIRECT** [2] - 8:19,
101:17
**direct** [11] - 63:20,
81:13, 113:11,
119:19, 130:3,
134:22, 135:11,
136:2, 136:22,
137:15, 140:11
**direction** [1] - 39:9
**disagree** [1] - 88:20
**disassembled** [1] -
151:21
**disclose** [1] - 149:4
**disclosed** [1] - 149:7
**disclosure** [2] - 149:3
**discontinued** [1] -
97:22
**discover** [1] - 81:23
**discovery** [6] - 41:3,
43:3, 132:17, 134:1,
148:20, 149:3
**discretion** [2] - 58:4,
58:8
**discuss** [3] - 14:8,
122:14, 142:22
**discussed** [5] - 40:23,
113:1, 124:2, 138:8,
145:11
**discussing** [3] -
49:11, 49:13, 134:17
**discussion** [2] -
51:14, 137:14
**discussions** [1] -
106:15
**dismissed** [1] - 58:20
**dispute** [4] - 35:17,
41:22, 42:1, 42:2
**disputing** [1] - 42:10
**distribute** [4] - 9:19,
9:22, 13:21, 64:7
**distributing** [1] - 11:6
**distribution** [2] -
11:11, 58:12
**District** [2] - 3:16,
58:16
**DISTRICT** [3] - 1:1,
1:1, 1:8
**diver** [3] - 125:20,
125:21, 125:22

7

**diversify** [1] - 126:18
**division** [2] - 102:1, 110:10
**Division** [1] - 1:17
**Dixon** [11] - 30:13, 30:21, 30:24, 41:10, 31:11, 31:12, 31:14, 31:23, 32:3, 33:7
**docked** [1] - 126:10
**docket** [1] - 59:6
**Document** [1] - 65:10
**document** [10] - 59:17, 60:21, 65:5, 65:7, 65:16, 70:22, 91:5, 94:5, 100:17, 124:8
**documentation** [1] - 69:19
**documented** [1] - 127:12
**documents** [14] - 59:25, 63:13, 64:13, 64:20, 69:20, 69:22, 88:4, 88:7, 100:12, 106:19, 111:21, 115:3, 132:16, 133:25
**DOJ** [2] - 1:12, 1:17
**DOJ-CRM** [1] - 1:12
**DOJ-USAO** [1] - 1:17
**domestic** [1] - 141:12
**Don** [1] - 9:8
**done** [8] - 19:23, 78:4, 78:6, 88:18, 125:18, 126:11, 144:24, 149:22
**down** [12] - 30:18, 32:21, 38:13, 49:16, 94:17, 96:25, 121:5, 121:15, 125:12, 133:14, 143:16
**download** [1] - 85:11
**drive** [3] - 67:9, 80:22, 80:23
**driver's** [2] - 69:8, 100:18
**drop** [2] - 54:18, 55:2
**dropped** [1] - 55:4
**dropping** [1] - 117:20
**drove** [1] - 67:25
**drug** [31] - 19:2, 19:9, 19:18, 20:2, 27:22, 27:23, 55:20, 56:7, 56:11, 57:15, 57:18, 57:21, 64:5, 68:3, 68:6, 68:12, 84:5, 91:19, 100:14, 104:8, 104:12, 104:16, 106:18, 107:4, 119:23,

126:17, 130:3, 134:23, 136:17, 141:11, 141:12
**Drug** [5] - 3:16, 3:18, 101:24, 142:4, 142:13
**drug-trafficking** [1] - 91:19
**drugs** [10] - 20:2, 20:4, 20:10, 57:24, 72:19, 73:1, 106:21, 119:25, 120:3, 120:4
**duffle** [3] - 126:16, 138:14, 138:15
**dumped** [1] - 55:6
**dumping** [1] - 37:8
**during** [7] - 29:20, 34:1, 40:9, 127:25, 132:15, 136:8, 136:22

# E

**early** [2] - 67:16, 111:6
**easier** [2] - 132:25, 148:2
**easy** [1] - 6:12
**eat** [1] - 4:11
**Ecuador** [1] - 103:17
**efe** [6] - 49:20, 50:20, 94:14, 94:19, 94:20, 95:1
**effectively** [1] - 12:20
**effectivo** [2] - 95:18, 97:18
**either** [5] - 12:22, 62:8, 76:14, 84:4, 107:8
**El** [19] - 12:12, 16:24, 20:24, 21:4, 23:13, 49:6, 49:8, 56:22, 72:11, 72:13, 75:23, 78:9, 78:13, 78:18, 98:15, 99:8, 100:11, 109:22, 120:10
**electronic** [1] - 105:21
**elements** [1] - 98:11
**elephant** [1] - 113:9
**elicited** [1] - 150:18
**Elizabeth** [2] - 2:10, 151:24
**ELIZABETH** [1] - 151:18
**ELMO** [3] - 132:23, 132:24, 133:16
**Elmo** [1] - 133:7
**Elpidio** [7] - 8:1, 8:22, 69:16, 139:11, 140:21, 141:21, 151:6

**ELPIDIO** [1] - 8:2
**elsewhere** [2] - 105:23, 107:25
**Email** [6] - 1:14, 1:15, 1:15, 1:19, 1:24, 2:6
**email** [3] - 44:12, 80:13, 85:22
**employed** [2] - 101:23, 101:24
**EMR1** [1] - 87:14
**en** [1] - 25:20
**end** [7] - 7:17, 11:23, 13:4, 15:24, 38:19, 102:3, 111:16, 123:12, 126:24, 139:23, 146:7
**ended** [1] - 56:16
**enforcement** [1] - 81:6, 105:22, 105:23, 113:16, 126:12, 129:9, 130:2, 130:8, 142:2, 142:12, 142:24
**Enforcement** [3] - 101:25, 142:4, 142:13
**English** [8] - 9:12, 50:7, 55:25, 60:3, 60:13, 64:22, 90:19, 136:14
**entered** [1] - 149:14
**entire** [5] - 38:7, 38:9, 57:19, 94:9, 147:11
**entirety** [1] - 121:1
**entities** [1] - 107:9
**entitled** [1] - 5:5
**entry** [2] - 15:9, 120:15
**ephedrine** [6] - 23:20, 27:25, 49:24, 50:23, 51:5, 51:6
**era** [1] - 80:24
**erase** [1] - 118:13
**err** [1] - 86:20
**escape** [1] - 68:2
**escaped** [3] - 61:8, 62:12, 62:16
**escaping** [2] - 62:18, 117:12
**especially** [1] - 138:8
**essentially** [2] - 105:11, 114:5
**establish** [1] - 131:8
**estimate** [1] - 107:10
**event** [1] - 128:6
**events** [1] - 129:6
**eventually** [1] - 124:14
**evidence** [10] - 36:10, 37:17, 92:10, 93:16, 102:21, 140:11,

140:12, 143:13, 146:14, 147:17
**evidentiary** [2] - 5:20, 6:16
**ex** [1] - 148:23
**exactly** [5] - 29:18, 102:22, 137:22, 144:10
**EXAMINATION** [5] - 8:19, 57:11, 101:17, 129:24, 144:21
**examination** [7] - 63:19, 115:19, 130:4, 135:12, 136:3, 136:23, 144:4
**examine** [3] - 4:25, 5:7, 5:19
**example** [11] - 11:18, 12:21, 15:7, 15:19, 17:16, 17:21, 18:3, 18:18, 55:5, 120:4, 135:6
**Excel** [1] - 116:13
**except** [1] - 68:5
**exchange** [3] - 11:2, 122:5, 123:24
**exculpatory** [1] - 36:11
**excuse** [5] - 21:18, 65:6, 83:20, 112:19, 115:16
**excused** [2] - 101:1, 101:5
**EXHIBIT** [1] - 151:9
**Exhibit** [24] - 35:5, 35:6, 35:7, 60:2, 61:18, 64:17, 65:5, 65:17, 87:13, 90:8, 90:18, 90:23, 90:25, 91:3, 116:2, 119:4, 122:22, 124:22, 133:4, 134:3, 136:23, 137:15, 144:6
**exhibit** [25] - 44:23, 47:20, 49:3, 49:18, 50:17, 51:11, 51:20, 52:19, 53:4, 53:11, 54:15, 61:17, 71:4, 71:5, 87:11, 87:15, 90:4, 90:5, 116:6, 119:5, 122:23, 124:10, 124:23, 133:5, 134:10
**exhibits** [6] - 115:7, 115:12, 132:1, 135:11, 136:2, 148:1
**Exhibits** [4] - 42:21, 44:16, 44:20, 87:17, 88:2, 115:13,

115:24, 132:20, 134:7, 134:9, 144:6, 144:19, 147:17, 147:19
**exist** [1] - 143:12
**existed** [1] - 17:12
**exit** [2] - 121:25, 123:21
**exits** [3] - 34:14, 34:16, 82:13
**expect** [1] - 41:14
**experience** [8] - 102:21, 102:22, 103:12, 103:25, 119:12, 120:3, 125:25, 140:13
**expert** [1] - 6:2
**explain** [12] - 41:18, 31:23, 37:20, 37:25, 43:4, 99:5, 99:6, 112:1, 117:10, 119:18, 126:14, 140:4
**explained** [2] - 96:16, 122:8
**explicit** [1] - 136:5
**exploring** [1] - 138:5
**export** [1] - 21:5
**exported** [2] - 104:3, 104:10
**exporting** [2] - 19:22, 19:23
**exports** [1] - 20:23
**extent** [3] - 42:9, 135:8, 147:18
**extradited** [2] - 63:9, 128:23
**extradition** [3] - 108:18, 108:20, 130:19
**eye** [3] - 20:17, 26:14, 26:18
**eyes** [1] - 136:5

# F

**face** [3] - 33:23, 35:18
**face-to-face** [1] - 33:23
**facility** [2] - 62:17, 66:9
**facing** [3] - 10:20, 91:17, 92:3
**fact** [7] - 42:2, 76:25, 91:24, 113:23, 126:15, 137:11, 138:13
**factors** [1] - 132:10
**facts** [3] - 87:4, 87:21, 121:2

131:22
**file** [3] - 4:23, 74:24, 139:17
**filed** [2] - 59:22, 59:23
**finally** [1] - 139:10
**fine** [8] - 60:24, 61:3, 61:5, 61:23, 62:5, 90:14, 91:2, 148:4
**finish** [2] - 7:22, 76:22
**finished** [1] - 67:15
**finishes** [1] - 86:22
**First** [1] - 48:12
**first** [32] - 3:10, 11:11, 16:25, 17:9, 19:11, 20:3, 20:20, 27:20, 33:19, 35:12, 36:5, 40:23, 42:16, 43:1, 46:20, 57:2, 68:12, 84:10, 92:21, 94:13, 94:16, 96:22, 97:10, 104:25, 112:5, 116:2, 116:21, 117:10, 117:15, 120:15, 130:9
**five** [4] - 7:5, 33:5, 63:6, 76:13
**flaco** [1] - 133:21
**Flaco** [1] - 134:13
**Flaco's** [1] - 134:13
**fled** [1] - 61:10
**flexibility** [1] - 144:1
**flooring** [3] - 22:8, 22:19, 22:20
**floors** [2] - 22:22, 22:23
**Flores** [96] - 3:4, 16:8, 16:22, 17:1, 17:4, 18:6, 18:13, 18:20, 19:2, 19:19, 20:21, 24:6, 26:3, 27:22, 30:5, 31:21, 31:24, 32:25, 33:4, 33:8, 33:10, 33:24, 34:4, 36:4, 38:14, 41:24, 42:13, 47:2, 47:3, 47:16, 47:23, 47:25, 48:2, 48:8, 48:12, 50:25, 51:22, 52:22, 53:14, 54:17, 56:18, 56:22, 57:3, 71:6, 71:11, 77:3, 79:12, 80:2, 80:12, 81:4, 81:15, 81:25, 82:6, 82:10, 82:25, 83:3, 83:8, 83:17, 83:22, 84:2, 84:11, 84:18, 85:2, 91:11, 91:22, 92:9, 92:14, 93:1, 93:6, 93:11, 93:16, 94:23, 95:25, 96:8,

97:11, 97:17, 108:12, 108:13, 109:16, 109:20, 110:2, 121:23, 123:11, 123:23, 125:1, 130:12, 130:22, 131:5, 132:2, 133:21, 134:13, 139:15, 139:19, 139:22, 141:22
**FLORES** [1] - 1:5
**Flores's** [11] - 26:3, 26:13, 34:1, 78:21, 79:18, 81:7, 81:10, 92:19, 127:1, 130:17, 145:14
**Flores-Hernandez** [8] - 3:4, 16:8, 18:6, 81:4, 82:25, 83:3, 108:12, 108:13
**FLORES-HERNANDEZ** [1] - 1:5
**Flores-Hernandez's** [1] - 42:13
**fluctuate** [1] - 14:18
**fluency** [1] - 136:13
**fluent** [1] - 114:25
**focus** [1] - 32:7
**follow** [7] - 27:1, 31:25, 35:8, 39:13, 43:22, 43:25, 45:3
**follow-up** [4] - 27:1, 43:22, 43:25, 45:3
**followed** [3] - 80:23, 90:5, 122:9
**following** [4] - 22:14, 95:3, 115:12, 122:1
**FOR** [4] - 1:1, 1:10, 1:21, 2:3
**foregoing** [1] - 151:18
**foreign** [3] - 142:12, 142:14, 142:24
**forget** [4] - 62:3, 136:7, 143:22, 147:16
**form** [3] - 84:3, 84:7, 89:7
**formal** [2] - 102:13, 147:21
**format** [5] - 89:21, 90:2, 90:13, 90:23, 91:1
**formulated** [1] - 132:13
**forward** [6] - 3:8, 14:2, 24:3, 27:16, 32:24, 149:8
**fought** [1] - 99:19

**foundation** [4] - 37:7, 143:1, 143:2, 143:21
**four** [2] - 63:6, 112:25
**frame** [2] - 108:9, 111:6
**friend** [4] - 76:12, 78:22, 79:12, 121:18
**front** [2] - 3:23, 88:10
**Front** [1] - 1:18
**frustrated** [1] - 96:13
**fugitive** [1] - 70:12
**full** [4] - 8:21, 45:23, 147:5, 151:19
**future** [1] - 94:2

## G

**game** [1] - 71:8
**Garza** [11] - 9:1, 68:16, 68:25, 69:3, 69:18, 70:9, 70:13, 70:16, 70:20, 70:24, 71:24
**gas** [1] - 125:17
**gears** [1] - 45:20
**Generación** [1] - 26:7
**general** [3] - 130:19, 139:17, 140:7
**generally** [4] - 104:1, 139:25, 142:9
**generals** [1] - 31:13
**Generation** [3] - 26:7, 26:24, 33:22
**gentleman** [2] - 16:14, 81:22
**gift** [2] - 129:17, 129:18
**Giglio** [2] - 64:2, 77:7
**girls** [8] - 120:6, 120:17, 120:22, 121:3, 121:4, 121:14, 122:4
**given** [7] - 11:18, 12:7, 12:22, 93:3, 138:8, 145:3, 150:21
**giver** [1] - 129:18
**glad** [2] - 147:10, 147:25
**glancing** [1] - 145:10
**go-fast** [1] - 105:12
**godfamily** [1] - 84:8
**Gonzalez** [2] - 98:15, 102:20
**goodness** [1] - 46:16
**government** [49] - 3:10, 3:13, 10:4, 10:12, 22:12, 35:19, 36:10, 36:13, 42:24, 54:4, 58:3, 58:6, 58:7, 58:20, 59:9, 62:9, 69:18, 72:5,

74:24, 76:16, 76:21, 76:25, 77:7, 77:15, 77:17, 79:11, 80:8, 80:25, 83:19, 83:21, 87:3, 89:22, 90:12, 90:20, 93:24, 102:20, 106:20, 107:9, 115:13, 127:20, 132:20, 134:1, 134:4, 146:5, 146:18, 148:8, 148:9, 148:14, 148:22
**Government** [3] - 8:2, 87:13, 90:25
**government's** [5] - 115:12, 128:3, 132:1, 135:11, 147:11
**Government's** [18] - 35:5, 35:6, 35:7, 42:21, 44:20, 90:22, 101:11, 115:24, 116:2, 119:4, 122:22, 124:8, 124:22, 136:23, 137:14, 151:10, 151:24
**GPS** [2] - 54:21, 55:6
**graduated** [1] - 106:3
**grand** [1] - 140:10
**graph** [1] - 116:4
**gray** [2] - 116:18, 117:13
**great** [1] - 102:24
**greatest** [1] - 129:17
**green** [1] - 133:19
**greet** [1] - 84:19
**greeted** [2] - 84:24, 84:25
**greeting** [1] - 84:20
**group** [4] - 29:5, 99:25, 109:4, 141:7
**grow** [2] - 48:13, 48:16
**Guadalajara** [16] - 11:20, 17:2, 17:17, 17:19, 17:20, 17:22, 32:4, 33:20, 40:6, 43:8, 80:5, 81:10, 83:24, 112:22, 112:23
**guaranteed** [1] - 10:15
**Guard** [2] - 107:6, 125:25
**Guatemala** [2] - 11:19, 29:24
**guess** [1] - 86:21
**guideline** [1] - 74:12
**guidelines** [1] - 59:18

9

**guilty** [7] - 10:1, 10:3, 58:22, 62:25, 63:2, 63:8, 64:24
**gun** [1] - 147:7
**guy** [1] - 97:3
**guys** [1] - 146:22
**Guzmán** [5] - 18:23, 50:14, 57:4

## H

**H-U-M-O** [1] - 120:11
**half** [1] - 102:4
**halfway** [2] - 45:14, 125:12
**hand** [8] - 73:16, 89:22, 89:23, 91:5, 94:7, 100:11, 116:13, 116:14
**handed** [1] - 15:22
**handling** [2] - 32:15, 88:16
**Handrich** [1] - 3:15
**HANDRICH** [10] - 1:11, 148:16, 149:5, 149:10, 149:19, 149:24, 150:8, 150:14, 150:17, 150:25
**hands** [1] - 44:2
**hang** [1] - 66:21
**happy** [3] - 61:23, 113:6, 113:7
**hard** [1] - 18:10
**head** [6] - 33:13, 46:9, 98:2, 99:19, 99:23
**hear** [31] - 8:9, 18:10, 21:5, 21:24, 28:19, 35:12, 47:18, 47:21, 47:23, 48:5, 48:12, 48:21, 48:22, 48:24, 49:6, 49:20, 49:25, 50:20, 50:25, 51:22, 52:22, 53:14, 54:17, 68:19, 73:3, 86:15, 90:24, 96:7, 127:24, 131:9, 146:22
**heard** [6] - 22:17, 43:1, 97:1, 128:5, 143:13, 146:15
**hearing** [10] - 5:14, 5:20, 6:16, 8:11, 8:14, 21:20, 21:22, 98:6, 132:6, 150:10
**HEARING** [1] - 1:7
**hearings** [1] - 10:9
**hearsay** [1] - 35:15
**heart** [1] - 103:8
**held** [6] - 75:21, 75:22, 80:1, 102:8, 108:23,

129:10
**help** [4] - 33:9, 62:9, 76:22, 77:17
**helped** [4] - 72:5, 73:22, 76:25, 108:22
**helps** [1] - 46:1
**hereby** [1] - 151:18
**HERNANDEZ** [1] - 1:5
**Hernandez** [10] - 3:4, 16:8, 18:6, 41:23, 81:4, 82:25, 83:3, 108:11, 108:12, 108:13
**Hernandez's** [1] - 42:13
**hidden** [3] - 105:2, 138:18, 138:23
**hiding** [1] - 137:24
**high** [1] - 59:15
**higher** [1] - 104:11
**highlight** [2] - 122:24, 124:8
**highlighted** [1] - 133:18
**highlighter** [1] - 133:19
**Hinojosa** [1] - 65:8
**historical** [1] - 106:7
**history** [2] - 74:15, 74:17
**hitchhike** [1] - 67:2
**holding** [1] - 115:3
**Honduras** [7] - 11:19, 29:24, 30:9, 31:5, 70:12, 70:14, 70:16
**honest** [1] - 143:8
**Honor** [115] - 3:2, 3:5, 3:12, 3:20, 3:23, 4:7, 4:15, 5:15, 5:23, 6:7, 6:13, 6:19, 6:24, 7:11, 8:5, 8:8, 16:18, 21:19, 22:1, 23:23, 25:5, 30:22, 31:25, 35:4, 35:10, 35:23, 36:16, 37:12, 37:18, 40:16, 41:3, 41:17, 42:22, 43:12, 43:20, 44:15, 45:2, 45:13, 45:19, 46:1, 46:7, 46:17, 46:21, 47:11, 54:5, 55:13, 55:18, 57:9, 59:5, 61:1, 61:14, 62:23, 63:3, 63:11, 63:23, 64:10, 64:17, 65:14, 67:18, 67:21, 70:21, 71:6, 71:13, 74:2, 77:6, 77:10, 86:1, 86:6, 86:10, 86:22, 87:2, 87:9, 87:16, 87:18,

87:21, 88:1, 88:3, 88:21, 89:20, 89:22, 90:7, 90:8, 90:15, 90:24, 91:1, 91:5, 99:12, 100:22, 100:24, 101:8, 101:13, 101:14, 102:17, 102:23, 103:7, 103:22, 113:22, 115:6, 115:10, 115:16, 115:23, 127:19, 128:19, 128:21, 129:23, 131:6, 132:19, 143:17, 143:24, 144:2, 144:3, 145:24, 146:13, 147:2, 147:8
**HONORABLE** [1] - 1:8
**Honorable** [1] - 86:7
**hope** [2] - 7:23, 67:21
**hopefully** [2] - 6:22, 146:23
**hoping** [1] - 11:1
**Hornok** [1] - 3:17
**HORNOK** [1] - 1:12
**hour** [1] - 36:21
**hour-long** [1] - 36:21
**hours** [1] - 55:15
**house** [3] - 82:16, 82:17, 82:18
**housekeeping** [1] - 147:14
**HOWELL** [1] - 1:8
**HSI** [2] - 110:19, 110:21
**hull** [1] - 126:3, 137:16, 138:3
**Humo** [1] - 120:10
**hunting** [1] - 74:8
**husher** [1] - 86:15

## I

**ID** [1] - 68:24
**ID'd** [1] - 112:25
**idea** [6] - 36:9, 37:1, 62:20, 72:7, 92:15, 125:23
**identification** [3] - 16:19, 70:2, 70:4
**identified** [10] - 111:21, 111:24, 111:25, 112:2, 112:3, 131:5, 132:1, 135:3, 136:8, 148:1
**identify** [4] - 3:9, 129:10, 130:10, 130:12
**identifying** [1] -

147:21
**identity** [1] - 145:14
**II** [1] - 97:24
**III** [1] - 105:18
**illegal** [5] - 21:14, 31:7, 64:4, 75:9, 75:15
**illicit** [1] - 119:24
**illicitly** [1] - 104:2
**image** [3] - 116:11, 116:12, 118:4
**images** [3] - 123:6, 123:10, 123:19
**imagine** [2] - 54:17, 102:22
**immediate** [1] - 43:9
**immediately** [7] - 38:23, 40:12, 43:5, 43:17, 44:6, 44:7, 84:17
**immigration** [1] - 76:1
**impeach** [1] - 5:13
**import** [1] - 104:17
**importation** [2] - 9:20, 58:12
**importer** [1] - 21:5
**imports** [3] - 14:23, 21:6, 23:15
**in-court** [1] - 16:19
**incarcerated** [3] - 9:17, 66:8, 99:18
**inclined** [1] - 5:10
**include** [5] - 10:9, 105:11, 105:18, 109:13, 140:21
**including** [2] - 100:1, 145:20
**incoming** [1] - 113:6
**incomplete** [2] - 35:18, 42:25
**incorrect** [1] - 42:12
**incriminating** [2] - 92:10, 93:16
**independent** [1] - 68:14
**independently** [7] - 18:2, 18:4, 18:14, 18:16, 32:19, 32:22, 141:20
**INDEX** [1] - 151:4
**indicated** [6] - 124:5, 127:1, 127:15, 135:15, 135:24, 137:10
**indicating** [4] - 49:17, 71:20, 112:14, 121:21
**indict** [1] - 140:10
**indicted** [1] - 139:19
**indictment** [1] - 87:3

**individual** [13] - 40:19, 49:11, 49:13, 76:3, 96:22, 98:14, 112:7, 123:23, 135:3, 135:16, 135:18, 135:21, 135:22
**individuals** [4] - 15:5, 36:6, 119:13, 121:23
**informants** [4] - 115:4, 140:1, 140:13, 141:17
**information** [27] - 12:19, 13:22, 17:18, 26:8, 27:4, 27:15, 27:23, 36:11, 37:3, 41:5, 41:16, 43:11, 81:24, 87:20, 105:16, 107:10, 109:13, 120:18, 127:3, 127:12, 128:13, 129:2, 129:4, 131:4, 141:19, 143:5, 150:17
**initial** [4] - 28:1, 108:23, 108:25, 109:10
**initiated** [1] - 111:11
**inmates** [3] - 78:2, 78:3, 78:7
**inspected** [1] - 126:8
**instead** [1] - 26:23
**intelligence** [1] - 27:10
**intent** [1] - 64:6
**intercept** [1] - 135:16
**intercepted** [3] - 116:11, 119:9, 139:14
**intercepting** [1] - 105:19
**interception** [1] - 145:13
**interceptions** [10] - 114:9, 114:11, 114:15, 119:21, 125:1, 126:13, 126:25, 127:6, 137:10, 145:11
**intercepts** [10] - 105:18, 110:24, 110:25, 111:3, 112:16, 112:20, 123:15, 127:10, 127:15, 139:2
**interdiction** [1] - 107:7
**interested** [1] - 87:11
**international** [2] - 130:3, 141:11

10

**interpret** [2] - 43:16, 66:24
**interpretation** [3] - 137:4, 138:1, 138:4
**interpreted** [1] - 121:19
**INTERPRETER** [18] - 9:10, 14:12, 21:23, 21:25, 23:21, 24:21, 25:5, 30:12, 32:18, 33:17, 52:9, 60:16, 60:22, 66:24, 73:6, 73:12, 79:1, 97:23
**interpreter** [9] - 9:10, 9:15, 14:12, 18:9, 21:20, 23:21, 24:21, 30:12, 32:18, 33:17, 52:9, 60:20, 60:22, 73:6, 73:12, 79:1, 97:23
**Interpreters** [1] - 3:5
**interprets** [1] - 60:20
**interrupt** [2] - 63:25, 65:14
**interrupted** [1] - 84:15
**interview** [2] - 43:23, 43:25
**interviews** [1] - 115:4
**introduce** [6] - 32:3, 33:10, 35:5, 87:5, 87:6, 128:16
**introduced** [3] - 135:11, 136:2, 136:22
**introducing** [3] - 36:7, 87:3, 134:5
**introduction** [1] - 3:22
**introductory** [1] - 102:20
**inventors** [1] - 13:22
**invest** [1] - 52:5
**investigating** [1] - 104:20
**investigation** [20] - 70:15, 106:16, 108:16, 109:23, 110:2, 110:13, 110:20, 110:23, 111:4, 111:11, 112:3, 121:2, 123:14, 127:18, 132:9, 135:1, 135:18, 136:8, 139:6
**investigations** [14] - 27:8, 102:6, 102:10, 104:16, 105:15, 106:7, 107:5, 109:25, 110:5, 117:6, 119:20, 138:6, 140:2, 142:16

**investigative** [4] - 105:17, 130:2, 142:5, 142:9
**investor** [2] - 13:6, 14:7
**investors** [6] - 13:17, 13:21, 13:23, 13:24, 14:5, 14:20
**invitation** [2] - 80:13, 81:7
**invite** [1] - 82:18
**invited** [12] - 80:6, 80:7, 80:8, 80:11, 80:12, 80:16, 81:3, 81:20, 81:22, 82:20, 82:24, 83:1
**involved** [25] - 11:11, 19:2, 19:19, 20:11, 20:21, 23:17, 24:7, 106:15, 106:18, 107:4, 107:7, 108:18, 108:20, 109:11, 119:21, 123:13, 132:4, 132:8, 135:1, 138:7, 140:17, 140:19, 140:22, 141:4, 141:11
**involvement** [2] - 31:21, 109:23
**involves** [2] - 19:23, 57:3
**involving** [3] - 104:16, 119:21, 130:3
**issue** [7] - 5:16, 131:23, 148:20, 149:9, 149:10, 149:18, 149:25
**issued** [2] - 69:6, 139:23
**issues** [3] - 33:21, 148:19, 148:20
**Item** [1] - 116:4
**itself** [1] - 116:12

**J**

**Jack** [2] - 6:5, 6:6
**Jackson** [1] - 66:25
**Jail** [2] - 108:23, 109:7
**jail** [6] - 76:6, 76:10, 78:15, 91:18, 105:10, 111:12
**jails** [3] - 78:2, 78:7, 78:14
**Jairo** [1] - 76:12
**Jalisco** [5] - 9:11, 26:6, 26:24, 33:21, 34:8
**Janet** [1] - 3:6

**January** [13] - 34:18, 37:21, 37:22, 41:9, 41:10, 43:10, 43:15, 43:18, 43:22, 82:1, 84:13, 90:10, 139:15
**Joaquín** [5] - 18:23, 50:14, 57:4
**job** [4] - 57:21, 102:11, 102:12, 149:22
**joining** [1] - 102:6
**joint** [1] - 110:20
**JONATHAN** [1] - 1:12
**Jonathan** [1] - 3:17
**jonathan.hornok@ usdoj.gov** [1] - 1:15
**Jose** [4] - 9:1, 33:11, 68:18, 70:5
**Juan** [6] - 25:2, 25:13, 25:15, 28:10, 72:13, 99:17
**judge** [7] - 11:5, 23:11, 58:6, 58:8, 65:6, 65:7, 148:16
**Judge** [2] - 3:24, 65:7
**JUDGE** [1] - 1:8
**July** [1] - 149:15
**jump** [5] - 52:17, 53:2, 121:5, 121:15, 147:7
**June** [6] - 24:10, 28:11, 28:12, 139:23, 149:2, 149:15
**Junior** [2] - 78:22, 79:12, 83:7
**jury** [1] - 140:10
**justice** [1] - 75:6

**K**

**K-95** [1] - 7:18
**keep** [9] - 15:11, 15:16, 26:14, 26:18, 27:14, 54:6, 71:6, 77:20, 146:5
**keeping** [1] - 13:16
**KENNETH** [1] - 1:11
**kept** [1] - 147:22
**Kevin** [3] - 101:10, 101:21, 151:7
**KEVIN** [1] - 101:11
**kidnapped** [3] - 26:5, 26:7, 49:14
**kilo** [5] - 15:7, 108:3, 108:4, 138:25
**kilogram** [3] - 14:11, 14:16, 107:17
**kilograms** [6] - 52:14, 58:12, 113:24, 122:4, 129:10, 145:21

**kilos** [24] - 15:22, 23:19, 26:2, 26:4, 26:11, 27:21, 27:24, 27:25, 31:8, 48:1, 48:2, 48:10, 51:4, 52:12, 52:13, 55:7, 55:9, 57:1, 57:5, 57:6, 137:5, 137:7, 137:11
**kind** [10] - 19:15, 37:6, 41:15, 70:1, 125:20, 137:16, 138:2, 138:19, 138:22
**King** [1] - 53:8
**KIRK** [1] - 1:11
**Kirk** [1] - 3:15
**kirk.handrich@ usdoj.gov** [1] - 1:15
**knowing** [1] - 126:12
**knowledge** [4] - 28:1, 106:16, 107:6, 109:25
**known** [6] - 17:1, 20:25, 79:12, 98:15, 104:6, 129:4
**knows** [3] - 97:13, 143:4, 143:6
**KYLE** [1] - 1:16
**Kyle** [5] - 2:8, 3:16, 39:17, 81:14, 85:15
**kyle.martin@usdoj. gov** [1] - 1:19

**L**

**L-O-S** [1] - 120:13
**L.A** [1] - 110:3
**lady** [1] - 16:17
**laid** [1] - 127:21
**land** [2] - 22:9, 104:25
**language** [10] - 45:24, 48:5, 119:24, 120:21, 120:25, 121:20, 121:21, 125:8, 125:9, 126:1
**larger** [1] - 126:4
**last** [10] - 4:18, 45:22, 68:19, 68:20, 68:21, 99:15, 101:21, 141:2, 146:5
**lastly** [1] - 113:4
**laugh** [1] - 77:3
**laughing** [1] - 71:7
**law** [22] - 5:8, 5:18, 62:14, 62:16, 66:4, 66:12, 66:16, 66:21, 67:3, 67:5, 67:12, 81:6, 105:22, 113:16, 126:12, 129:9, 130:2, 130:7,

142:2, 142:12, 142:23
**lawyer** [1] - 59:21
**laying** [1] - 128:8
**Lazaro** [1] - 118:25
**leader** [8] - 12:13, 28:4, 28:6, 28:8, 28:15, 73:19, 98:6, 99:21
**leaders** [1] - 56:16
**leading** [3] - 30:22, 114:12, 129:6
**leaf** [2] - 103:18, 103:19
**leap** [1] - 42:12
**learn** [5] - 14:4, 16:25, 17:24, 19:18, 102:8
**learned** [7] - 19:1, 27:20, 103:13, 104:1, 109:24, 121:2, 130:18
**learning** [1] - 40:23
**least** [4] - 30:19, 112:25, 117:16, 128:6
**leave** [8] - 25:25, 30:17, 31:4, 31:10, 31:14, 101:3, 121:25, 123:9
**leaving** [4] - 30:18, 120:17, 120:23, 124:13
**lectern** [1] - 3:9
**led** [2] - 25:22, 111:4
**left** [23] - 15:21, 25:2, 25:3, 25:14, 25:16, 25:19, 31:6, 44:8, 62:7, 62:14, 62:15, 66:23, 67:4, 85:21, 86:1, 90:18, 96:6, 116:13, 116:14, 116:15, 117:2, 121:7, 143:17
**left-hand** [2] - 116:13, 116:14
**leftover** [1] - 7:19
**legal** [4] - 21:14, 21:15, 35:13, 69:11
**legally** [1] - 69:11
**legible** [1] - 133:10
**legitimate** [4] - 20:18, 37:9, 69:23, 126:7
**lens** [2] - 133:12, 133:13
**less** [3] - 20:17, 21:16, 85:18
**letter** [1] - 77:7
**level** [6] - 56:8, 56:10, 56:11, 58:11, 74:12, 114:24

11

**Leyvas** [1] - 29:9
**liaison** [2] - 129:8
**license** [1] - 69:8
**licenses** [1] - 100:18
**lie** [1] - 141:12
**lies** [1] - 6:10
**life** [3] - 10:23, 10:24, 57:19
**light** [1] - 36:3
**likely** [1] - 20:17
**Lima** [6] - 114:4, 114:5, 116:19, 118:24, 129:8, 129:9
**limit** [1] - 58:22
**line** [20] - 54:10, 100:1, 111:1, 111:2, 111:18, 121:6, 121:13, 121:14, 121:15, 121:17, 125:15, 125:16, 126:5, 134:25, 135:6, 135:10, 138:12, 145:2, 145:5
**lines** [3] - 46:18, 48:20, 49:2
**link** [1] - 4:17
**linked** [3] - 135:25, 139:6, 139:8
**list** [9] - 70:19, 70:23, 72:1, 72:3, 72:6, 89:10, 125:14, 135:20, 147:21
**listed** [3] - 89:11, 117:8, 125:14
**listen** [1] - 35:11
**listened** [1] - 34:22
**listening** [2] - 139:11
**live** [3] - 5:5, 5:7, 5:16
**lived** [1] - 67:10
**living** [2] - 66:12, 83:25
**llegada** [5] - 116:20, 116:21, 116:23, 116:24, 117:14
**load** [10] - 24:4, 24:6, 24:9, 24:15, 24:20, 27:20, 31:15, 31:22, 56:25, 138:8
**loaded** [1] - 138:16
**loads** [6] - 19:19, 25:14, 25:21, 48:16, 52:3, 57:2
**Lobo** [19] - 12:12, 12:13, 13:5, 14:6, 14:8, 19:3, 19:12, 25:12, 72:11, 73:8, 73:13, 73:20, 73:21, 73:25, 84:14, 84:16, 100:12, 100:15
**Lobo's** [1] - 73:16

**Lobos** [1] - 18:5
**local** [2] - 6:12, 65:23
**locate** [1] - 77:9
**located** [9] - 92:16, 110:6, 110:9, 110:19, 113:25, 114:6, 117:2, 129:8, 138:15
**location** [8] - 26:19, 66:11, 66:20, 67:2, 80:22, 113:1, 125:9, 141:25
**locations** [3] - 119:25, 120:8, 120:9
**Loera** [3] - 18:24, 54:14, 57:4
**logistics** [3] - 23:15, 126:22, 138:12
**look** [15] - 45:10, 63:23, 64:21, 91:8, 92:3, 110:22, 114:8, 114:11, 114:15, 117:18, 138:21, 144:23, 145:2, 150:8, 150:22
**looked** [3] - 35:2, 149:11, 149:13
**looking** [5] - 46:18, 74:17, 74:18, 92:18, 118:16
**looks** [4] - 48:19, 50:16, 51:8, 116:13
**Los** [3] - 102:1, 107:15, 107:17, 107:19, 107:21, 108:5, 108:6, 108:9, 108:16, 108:21, 120:11, 120:12, 120:13
**lost** [2] - 30:15, 149:17
**LOTH** [1] - 151:18
**Loth** [2] - 2:10, 151:24
**love** [2] - 129:18, 132:24
**lower** [1] - 107:24
**Luminux** [10] - 119:10, 120:16, 121:7, 121:22, 121:23, 123:7, 123:23, 125:1, 137:7
**lunch** [3] - 4:5, 4:6, 4:11
**luncheon** [1] - 86:9
**lying** [1] - 141:18

---

# M

**ma'am** [1] - 60:16
**machine** [1] - 2:12
**machines** [1] - 15:3

**magazine** [2] - 78:9, 78:18
**magazines** [2] - 78:13, 78:16
**maintain** [2] - 13:3, 77:25
**mall** [3] - 34:6, 34:7, 34:9
**man** [4] - 30:9, 37:1, 73:16, 100:11
**mandatory** [2] - 74:22, 74:25
**manner** [1] - 151:21
**manufacture** [1] - 104:8
**manufactured** [3] - 103:16, 103:19, 104:1
**Manza** [2] - 125:13, 125:19
**Manzanillo** [9] - 23:3, 24:10, 27:18, 114:6, 118:1, 118:2, 119:1, 124:15, 125:13
**March** [2] - 102:3, 139:19
**marijuana** [1] - 13:14
**maritime** [1] - 105:10
**marked** [5] - 65:18, 90:3, 121:5, 132:20, 133:3
**market** [1] - 17:22
**Marshals** [2] - 109:2, 109:4, 148:5, 148:9
**Marshals'** [1] - 61:15
**Martin** [2] - 3:6, 3:16
**MARTIN** [1] - 1:16
**mask** [2] - 7:8, 7:10
**masked** [1] - 7:18
**masks** [1] - 7:19
**material** [2] - 41:6, 64:3
**matter** [5] - 3:7, 86:10, 147:14, 148:17, 149:8
**matters** [1] - 139:21
**maximum** [1] - 10:24
**McAllen** [1] - 63:10
**McFadden** [1] - 3:6
**mean** [36] - 13:2, 13:13, 16:2, 16:6, 19:25, 21:7, 21:12, 37:6, 44:6, 47:6, 48:15, 49:23, 51:3, 52:2, 52:8, 52:10, 52:25, 53:19, 53:24, 54:23, 56:8, 62:21, 75:13, 77:4, 84:22, 90:6, 95:10, 95:18, 106:9, 115:19,

128:7, 128:15, 133:13, 136:14, 140:18, 143:18
**meaning** [3] - 50:22, 122:2, 151:1
**means** [16] - 7:7, 43:14, 47:10, 50:7, 50:8, 50:12, 60:11, 61:2, 84:23, 84:24, 104:24, 105:5, 117:12, 125:23, 137:20, 138:7
**mechanisms** [1] - 104:21
**meet** [16] - 10:6, 33:6, 34:4, 34:9, 34:12, 39:18, 39:24, 40:2, 44:10, 81:14, 82:5, 82:6, 82:10, 84:20, 121:10, 141:22
**meeting** [21] - 34:17, 34:20, 38:7, 38:20, 39:8, 39:19, 39:21, 39:22, 40:9, 42:17, 81:25, 83:16, 83:22, 84:17, 92:22, 93:9, 93:10, 113:1, 121:3, 121:22, 141:23
**meetings** [6] - 32:25, 33:4, 33:23, 34:5, 80:16, 112:21
**MELANIE** [1] - 1:11
**Melanie** [1] - 3:13
**melanie.alsworth2@ usdoj.gov** [1] - 1:14
**member** [1] - 17:15
**members** [1] - 142:18
**memorandum** [1] - 148:24
**men** [1] - 120:17
**Mencho** [1] - 99:9
**mention** [4] - 29:7, 94:16, 95:1, 96:22
**mentioned** [13] - 19:3, 20:15, 20:20, 27:2, 47:7, 76:15, 80:16, 96:9, 96:11, 97:12, 111:17, 138:14, 142:3
**mentions** [3] - 94:14, 94:21, 95:15
**merchandise** [37] - 11:15, 12:2, 12:7, 12:21, 13:12, 13:24, 14:5, 15:22, 17:17, 17:21, 20:1, 21:9, 21:10, 21:15, 21:17, 22:5, 25:20, 26:10, 26:12, 26:16, 29:22, 29:24, 30:9, 31:7,

48:9, 49:10, 55:2, 55:3, 55:6, 55:9, 56:17, 56:20, 73:8, 73:23, 117:21
**merged** [1] - 35:8
**messaged** [1] - 112:6
**messages** [9] - 105:19, 113:6, 119:22, 122:6, 123:24, 124:1, 124:4, 128:9, 128:16
**Messenger** [1] - 110:24
**met** [8] - 36:6, 42:8, 76:6, 79:11, 84:11, 91:22, 92:9, 93:6
**method** [2] - 13:16, 126:15
**methods** [1] - 126:18
**Mexican** [7] - 69:17, 104:16, 105:4, 112:23, 135:24, 136:16, 142:2
**Mexico** [32] - 9:11, 11:20, 23:4, 28:25, 34:8, 39:22, 62:13, 67:23, 68:13, 69:7, 69:21, 71:24, 77:22, 79:3, 84:1, 89:1, 89:3, 89:5, 104:13, 105:9, 105:23, 105:25, 111:13, 111:14, 111:15, 112:22, 114:6, 120:11, 141:25, 142:1, 142:6, 143:12
**mic** [1] - 25:5
**microphone** [5] - 18:8, 21:22, 127:22, 131:10, 143:3
**middle** [3] - 7:5, 67:1, 67:10
**might** [11] - 4:9, 25:23, 28:21, 43:14, 43:17, 86:12, 124:5, 126:14, 146:11, 146:18, 146:19
**Milenio** [36] - 11:10, 11:12, 11:25, 12:8, 12:13, 14:10, 14:15, 14:20, 15:12, 17:16, 17:20, 19:17, 23:15, 28:4, 28:6, 28:8, 28:16, 28:23, 29:3, 29:21, 32:14, 72:9, 72:25, 74:4, 98:3, 98:7, 98:11, 98:18, 98:19, 98:22, 98:23, 99:7, 99:18, 99:20, 99:21, 100:2

12

**million** [3] - 15:20, 15:21
**mind** [1] - 130:12
**mine** [1] - 65:18
**minerals** [1] - 125:18
**minimum** [5] - 66:10, 67:9, 67:20, 74:22, 75:1
**minute** [4] - 103:21, 129:16, 129:19, 150:16
**minutes** [12] - 44:9, 48:19, 51:19, 53:3, 53:10, 54:2, 54:9, 64:21, 85:15, 99:13, 112:9
**mischaracterizes** [1] - 131:7
**missed** [1] - 146:1
**mistake** [1] - 96:9
**mister** [1] - 146:17
**misunderstanding** [1] - 32:12
**misunderstood** [1] - 42:6
**mobile** [1] - 131:20
**mode** [1] - 22:7
**Mojarro** [31] - 8:1, 8:22, 37:20, 46:23, 49:20, 50:20, 51:14, 51:22, 52:22, 53:14, 54:17, 55:20, 57:13, 64:20, 69:16, 71:16, 82:24, 84:10, 86:13, 86:21, 86:25, 88:24, 91:9, 92:24, 94:10, 99:15, 100:25, 139:11, 140:21, 141:22, 151:6
**MOJARRO** [1] - 8:2
**Mojarro's** [1] - 87:3
**Molca** [5] - 98:15, 99:25, 100:1, 100:3
**Molca's** [1] - 99:8
**moment** [9] - 33:17, 44:24, 54:3, 55:12, 63:22, 115:7, 122:13, 129:12, 143:23
**moments** [1] - 28:3
**Monday** [5] - 6:17, 6:25, 7:1, 146:9, 146:21
**money** [10] - 12:7, 13:21, 32:3, 48:4, 48:8, 52:6, 73:23, 89:13, 89:15, 97:17
**monitor** [1] - 118:11
**month** [7] - 13:4, 15:15, 15:19, 15:25,

43:24, 112:15, 123:12
**months** [6] - 28:7, 58:25, 59:19, 65:1, 98:3, 98:10
**Moray** [8] - 39:17, 39:24, 40:11, 44:9, 81:14, 85:15, 85:22, 92:17
**morning** [9] - 3:10, 3:12, 3:20, 5:23, 7:15, 43:1, 57:13, 57:14, 148:18
**Morro** [5] - 135:17, 135:18, 135:22, 135:23
**most** [2] - 109:22, 120:9
**motion** [2] - 88:6, 148:23
**move** [14] - 14:2, 24:3, 35:5, 56:17, 61:1, 62:3, 67:17, 67:18, 73:22, 103:1, 103:8, 131:18, 143:9, 147:17
**moved** [10] - 26:19, 56:20, 59:12, 72:19, 73:1, 102:20, 102:25, 137:5, 144:8, 147:18
**movements** [1] - 120:1
**moves** [2] - 56:19
**movie** [1] - 34:15
**moving** [6] - 17:17, 32:24, 37:16, 87:5, 115:6, 115:20
**MR** [46] - 3:20, 4:2, 4:7, 4:10, 102:17, 115:16, 115:19, 127:19, 127:23, 128:2, 128:11, 128:14, 128:20, 129:17, 129:23, 129:25, 131:17, 132:19, 132:25, 133:2, 133:8, 133:10, 133:14, 133:17, 134:11, 143:9, 143:16, 143:19, 143:22, 144:1, 144:8, 144:10, 144:12, 147:14, 147:16, 147:20, 147:25, 148:16, 149:5, 149:10, 149:19, 149:24, 150:8, 150:14, 150:17,

150:25
**MS** [252] - 3:11, 4:15, 4:21, 5:3, 5:12, 5:15, 5:21, 5:23, 6:4, 6:7, 6:9, 6:13, 6:24, 7:2, 7:11, 7:23, 8:1, 8:8, 8:13, 8:18, 8:20, 14:2, 14:3, 14:13, 14:14, 16:18, 16:21, 21:19, 21:24, 22:1, 22:3, 22:13, 23:10, 23:23, 23:25, 25:9, 25:11, 27:19, 30:22, 30:25, 31:18, 31:20, 31:25, 32:5, 35:4, 35:10, 35:17, 35:23, 35:25, 36:15, 36:18, 37:5, 37:10, 37:12, 37:15, 37:18, 37:19, 37:23, 39:13, 39:15, 40:16, 41:2, 41:16, 41:20, 42:2, 42:5, 42:15, 42:22, 43:11, 43:20, 44:3, 44:15, 44:19, 44:21, 45:2, 45:8, 45:13, 45:16, 45:19, 46:7, 46:10, 46:13, 46:17, 46:21, 46:22, 47:11, 47:15, 48:18, 48:22, 48:24, 49:1, 49:4, 49:5, 49:16, 49:19, 50:15, 50:18, 50:19, 51:7, 51:12, 51:13, 51:18, 51:21, 52:16, 52:20, 52:21, 53:2, 53:5, 53:6, 53:9, 53:12, 53:13, 54:1, 54:5, 54:12, 54:16, 55:12, 55:18, 55:19, 57:7, 57:9, 57:12, 59:5, 59:9, 59:11, 59:20, 59:23, 60:2, 60:4, 60:8, 61:1, 61:3, 61:4, 61:14, 61:18, 61:22, 62:23, 63:2, 63:7, 63:10, 63:13, 63:16, 63:22, 64:2, 64:10, 64:13, 64:16, 64:19, 65:14, 65:18, 65:20, 67:18, 67:21, 67:22, 68:7, 68:11, 70:21, 71:1, 71:5, 71:10, 71:13, 71:15, 73:11, 73:15, 74:2, 74:3, 77:6, 77:11, 86:1, 86:6, 86:10, 86:17, 86:20, 86:24, 87:2, 87:9, 87:13, 87:16, 87:20, 87:24, 88:1, 88:3, 88:15,

88:20, 88:21, 88:23, 89:20, 90:2, 90:7, 90:11, 90:15, 90:22, 90:24, 91:4, 91:7, 97:25, 98:1, 99:12, 99:15, 99:16, 100:22, 100:24, 101:8, 101:10, 101:14, 101:16, 101:18, 102:25, 103:2, 103:5, 103:10, 103:11, 103:21, 103:24, 113:20, 115:6, 115:10, 115:23, 116:1, 116:7, 119:3, 119:6, 122:21, 122:24, 123:2, 123:20, 123:22, 124:7, 124:11, 124:21, 124:24, 128:19, 128:24, 129:1, 129:12, 129:14, 131:6, 131:15, 134:6, 143:1, 143:3, 144:15, 144:19, 144:22, 145:16, 145:24, 146:2, 146:10, 146:13, 147:2, 147:8, 150:4
**MSC** [2] - 117:19, 124:19
**multiple** [4] - 112:16, 113:6, 137:10, 138:7

# N

**N-O-V-I-C-K** [1] - 101:22
**name** [49] - 6:4, 8:21, 16:8, 20:24, 20:25, 21:1, 30:13, 30:14, 33:12, 33:16, 49:6, 53:23, 53:24, 68:15, 68:18, 68:20, 68:24, 69:3, 69:8, 69:15, 69:18, 70:2, 70:4, 70:9, 70:12, 70:16, 70:20, 71:17, 71:24, 76:3, 76:6, 80:5, 83:14, 88:12, 94:10, 97:6, 98:14, 100:19, 100:20, 101:19, 101:21, 112:11, 130:14, 135:17, 136:19, 150:20
**named** [3] - 30:10, 31:10, 96:22
**names** [4] - 8:23, 70:7, 121:11, 122:2

**narcotic** [1] - 107:7
**Narcotic** [2] - 3:15, 3:17
**narcotics** [5] - 24:4, 102:5, 102:9, 137:20, 138:7
**narcotics-related** [1] - 102:9
**nation** [1] - 105:22
**native** [1] - 114:25
**nature** [1] - 106:7
**Nava** [10] - 12:10, 25:1, 25:3, 25:15, 28:10, 72:11, 72:13, 84:6, 99:17
**Navy** [2] - 24:23, 26:14
**NE** [1] - 1:13
**near** [2] - 29:12, 29:13
**necessary** [3] - 144:14, 146:23, 150:23
**need** [14] - 3:23, 4:11, 12:19, 13:22, 17:18, 60:13, 76:18, 76:21, 131:13, 133:6, 133:10, 133:12, 150:1, 150:8
**needed** [2] - 53:22, 149:21
**needy** [1] - 15:2
**negative** [3] - 7:4, 7:6, 146:8
**Nelson** [1] - 97:5
**nephews** [1] - 80:18
**network** [1] - 140:25
**never** [18] - 19:8, 32:11, 42:8, 60:17, 60:23, 67:19, 70:14, 73:7, 74:6, 78:12, 82:24, 83:2, 84:25, 85:2, 85:5, 100:1
**New** [6] - 26:6, 26:24, 33:21, 77:21, 77:22, 120:12
**new** [2] - 19:23, 112:10
**news** [1] - 115:2
**newspapers** [1] - 78:15
**next** [16] - 7:6, 7:17, 7:24, 16:16, 100:1, 118:25, 121:9, 121:10, 121:24, 122:14, 122:15, 122:16, 122:18, 122:19, 146:7, 146:21
**nexus** [1] - 107:22
**Nicaragua** [1] - 29:25
**nice** [1] - 84:20

13

**Nichols** [1] - 3:24
**nickname** [9] - 12:11, 18:24, 21:2, 76:6, 109:22, 112:18, 136:9, 136:11, 136:16
**nicknames** [6] - 9:5, 9:7, 13:20, 16:23, 109:21
**night** [1] - 45:22
**nineteen** [2] - 63:2, 63:8
**nobody** [2] - 20:25, 141:22
**none** [3] - 77:19, 87:24, 136:1
**normal** [1] - 105:7
**normally** [3] - 13:23, 14:23
**north** [2] - 105:4, 105:13
**North** [2] - 66:9, 66:10
**noted** [1] - 135:4
**notes** [4] - 41:7, 41:9, 43:13, 151:19
**nothing** [2] - 100:22, 143:17
**noticed** [1] - 71:9
**notified** [1] - 42:24
**November** [20] - 25:2, 106:4, 113:12, 113:22, 118:18, 118:23, 118:24, 118:25, 119:2, 122:20, 123:24, 124:1, 124:3, 124:14, 124:20, 125:4, 127:2, 127:8, 129:6
**Novick** [15] - 2:8, 3:18, 101:10, 101:21, 102:18, 116:8, 123:3, 130:1, 132:21, 133:18, 141:10, 144:4, 144:23, 145:19, 151:7
**NOVICK** [1] - 101:11
**null** [1] - 151:20
**Number** [1] - 65:22
**number** [14] - 60:1, 61:17, 71:4, 80:18, 92:15, 92:20, 92:25, 93:4, 94:17, 113:8, 135:23, 135:24, 137:7, 139:5
**numbers** [5] - 13:4, 54:7, 54:10, 87:12, 94:7
**numerous** [1] - 119:20

**NW** [1] - 2:4

## O

**o'clock** [1] - 86:8
**object** [2] - 127:19, 128:2
**objecting** [2] - 102:18, 115:20
**objection** [21] - 7:9, 30:22, 35:9, 35:12, 35:14, 37:1, 40:14, 40:15, 42:20, 47:11, 68:7, 87:6, 87:23, 115:11, 115:17, 131:6, 131:11, 134:4, 134:6, 143:1
**objections** [2] - 37:9, 143:20
**obligate** [1] - 10:12
**obtained** [1] - 148:5
**obviously** [2] - 91:11, 95:25
**occasion** [2] - 106:6, 106:23
**occasions** [1] - 112:25
**occur** [2] - 31:1, 125:3
**occurred** [4] - 108:17, 113:12, 130:24, 135:21
**occurring** [2] - 112:21, 126:21
**October** [10] - 63:8, 98:7, 98:24, 109:19, 113:4, 119:11, 122:8, 122:11, 122:19, 122:25
**OF** [3] - 1:1, 1:3, 1:7
**OFAC** [5] - 70:19, 70:23, 72:1, 72:3, 72:6
**offense** [1] - 74:21
**office** [3] - 110:9, 112:22, 129:3
**officer** [2] - 107:6, 129:8
**officers** [1] - 142:18
**offices** [5] - 110:1, 110:4, 110:6, 110:8, 142:1
**official** [1] - 151:25
**Official** [1] - 2:10
**often** [2] - 106:6, 136:20
**old** [6] - 56:4, 56:5, 57:20, 67:1, 84:5, 132:22
**older** [1] - 84:4
**Omar** [6] - 78:22,

78:24, 79:2, 79:8, 79:13, 79:14
**on-the-job** [2] - 102:11, 102:12
**once** [3] - 31:15, 32:2, 114:8
**one** [79] - 5:2, 6:8, 8:9, 8:10, 10:10, 11:9, 13:10, 19:3, 20:21, 21:8, 21:11, 21:18, 24:22, 25:3, 26:2, 26:4, 26:16, 26:19, 26:20, 26:24, 27:8, 30:16, 33:17, 36:1, 36:2, 41:14, 42:23, 45:6, 45:12, 45:15, 47:3, 49:9, 57:1, 58:7, 63:15, 65:21, 68:14, 68:21, 70:18, 75:22, 77:17, 78:1, 79:10, 80:15, 80:18, 83:12, 88:3, 90:1, 94:1, 94:15, 94:21, 99:15, 100:10, 103:5, 104:12, 108:15, 108:21, 109:11, 110:8, 112:13, 117:25, 123:10, 126:19, 126:22, 130:6, 130:9, 131:9, 132:2, 134:3, 134:12, 134:16, 138:10, 138:12, 141:16, 143:23, 148:3, 148:17, 148:20
**ones** [4] - 26:7, 51:23, 52:3, 52:4
**ongoing** [1] - 140:1
**open** [3] - 55:1, 70:15, 107:9
**opened** [1] - 55:2
**operates** [1] - 18:14
**operating** [2] - 131:4, 141:8
**operative** [1] - 18:17
**opinion** [2] - 132:14, 148:24
**opposed** [1] - 148:2
**option** [4] - 126:21, 126:24
**orange** [2] - 16:15, 118:3
**order** [16] - 12:22, 28:22, 48:8, 69:14, 69:17, 73:25, 119:24, 126:18, 147:24, 148:22, 148:24, 149:14, 149:15, 150:9,

150:12
**ordered** [2] - 12:25, 24:22
**ordering** [2] - 149:14, 149:15
**orders** [3] - 73:21, 73:22, 111:18
**organization** [6] - 11:7, 29:1, 72:19, 72:25, 73:19, 110:5
**organizations** [5] - 104:8, 104:12, 104:17, 104:20, 106:20
**organizing** [1] - 57:1
**originally** [1] - 135:19
**originated** [1] - 106:9
**Oscar** [5] - 12:10, 25:1, 72:11, 84:6, 99:17
**otherwise** [3] - 46:8, 146:8, 150:21
**outer** [1] - 133:6
**overnight** [1] - 108:23
**overruled** [5] - 30:23, 42:20, 47:13, 68:8, 131:12
**own** [4] - 71:23, 88:12, 132:13, 146:16
**Oxo** [1] - 80:19

## P

**p.m** [11] - 3:23, 4:1, 4:2, 4:5, 86:8, 119:11, 122:9, 122:12, 125:4, 150:22, 151:3
**Pacer** [2] - 59:6, 64:14
**PAGE** [2] - 151:5, 151:9
**page** [22] - 54:7, 54:9, 54:14, 65:13, 65:22, 94:6, 94:9, 94:13, 95:3, 95:4, 95:20, 96:5, 96:19, 96:20, 96:21, 97:14, 97:15, 97:20, 116:2, 122:22, 124:8
**paid** [4] - 12:24, 14:20, 15:20, 21:9
**painful** [1] - 4:8
**papers** [1] - 65:19
**paperwork** [7] - 40:18, 40:21, 53:22, 69:1, 109:9, 109:12, 149:11
**paralegal** [1] - 3:15
**Paralegal** [1] - 2:8
**parasitic** [1] - 126:2

**parking** [1] - 34:14
**part** [15] - 10:3, 10:7, 17:24, 24:2, 47:22, 58:2, 58:19, 68:19, 76:16, 84:20, 88:6, 130:13, 133:18, 149:2
**parte** [1] - 148:23
**participate** [2] - 110:11, 110:12
**participated** [1] - 104:15
**particular** [15] - 11:7, 22:4, 22:7, 88:9, 88:17, 106:13, 110:15, 114:12, 118:7, 118:17, 126:14, 127:6, 131:3, 138:8, 148:11
**parties** [2] - 3:8, 127:16
**partner** [1] - 105:22
**partnership** [3] - 142:20, 142:22, 143:11
**parts** [1] - 36:9
**party** [18] - 79:14, 79:16, 79:17, 79:19, 79:23, 80:1, 80:9, 81:3, 81:7, 81:10, 81:18, 82:16, 82:21, 82:25, 83:2, 83:5, 83:6, 151:21
**Paso** [1] - 75:23
**pass** [2] - 12:25, 149:2
**passport** [7] - 69:1, 69:3, 69:6, 69:10, 69:11, 69:17, 100:17
**past** [1] - 119:13
**pause** [7] - 45:21, 49:4, 50:18, 51:12, 52:20, 53:5, 53:12
**pauses** [1] - 25:8
**pay** [8] - 14:25, 15:6, 21:11, 21:16, 23:6, 30:19, 31:14, 126:23
**paying** [3] - 27:7, 27:11, 27:13
**payment** [1] - 12:7
**payments** [5] - 12:24, 12:25, 13:21, 15:8, 73:24
**pays** [2] - 142:23
**penitentiary** [1] - 67:8
**Pennsylvania** [1] - 2:4
**people** [40] - 12:23, 15:2, 15:8, 18:2, 18:3, 26:2, 26:14, 27:2, 27:11, 29:12, 30:20, 33:20, 34:13,

14

56:6, 56:9, 56:11, 56:14, 56:15, 56:17, 57:5, 70:1, 73:22, 73:24, 78:19, 82:13, 82:17, 84:4, 96:11, 100:7, 121:8, 126:23, 127:10, 134:20, 135:12, 137:9, 140:16, 140:17, 141:11, 141:17

**people's** [3] - 89:13, 89:15, 134:24

**per** [6] - 15:7, 62:21, 107:17, 108:3

**percent** [1] - 142:8

**percentage** [5] - 14:21, 14:22, 14:24, 15:6, 18:19

**perhaps** [1] - 71:7

**perico** [3] - 50:5, 94:20, 120:7

**period** [3] - 29:20, 34:2, 107:12

**perito** [2] - 49:25, 94:19

**Perito** [1] - 50:2

**permission** [1] - 66:24

**person** [17] - 6:1, 16:10, 17:1, 17:25, 25:2, 31:9, 34:4, 34:17, 53:20, 84:22, 84:23, 84:24, 92:18, 94:13, 94:14

**personal** [2] - 32:25, 150:17

**personally** [1] - 23:12

**Peru** [9] - 103:18, 105:23, 113:12, 113:19, 114:5, 116:19, 118:20, 145:21

**Peruvian** [1] - 129:9

**phone** [27] - 33:23, 37:24, 38:4, 38:12, 38:13, 43:22, 80:13, 80:18, 85:7, 85:9, 86:12, 92:15, 92:25, 93:4, 93:15, 105:19, 119:22, 127:1, 130:9, 130:12, 131:22, 134:13, 134:14, 135:2, 135:23, 135:24, 139:5

**phones** [7] - 132:2, 132:5, 134:21, 134:23, 134:24, 135:13

**phonetic** [1] - 135:17

**photo** [1] - 71:20

**photocopied** [1] - 151:21

**phrases** [1] - 119:14

**physical** [2] - 17:11, 105:21

**physically** [1] - 44:11

**Pichardo** [4] - 9:1, 68:21, 68:23, 70:5

**pick** [10] - 29:22, 29:24, 55:7, 66:13, 66:16, 66:17, 67:6, 80:19, 80:20, 117:18

**picked** [2] - 62:14, 80:21

**picking** [1] - 117:21

**piece** [1] - 131:3

**pier** [1] - 126:10

**Pilo** [2] - 9:8

**PIN** [6] - 112:7, 112:8, 112:10, 112:11, 113:8

**pincharro** [1] - 68:22

**PINs** [3] - 134:16, 134:17, 134:18

**place** [7] - 23:2, 34:5, 38:4, 80:5, 137:25, 141:24

**placed** [6] - 12:1, 55:6, 67:20, 100:9, 114:1, 126:7

**places** [2] - 34:16, 104:12

**plan** [7] - 45:18, 45:23, 66:15, 66:18, 93:19, 93:23, 146:11

**plane** [15] - 30:8, 30:15, 30:17, 30:19, 31:3, 31:10, 31:13, 32:20, 53:1, 53:8, 53:21, 97:18, 97:21

**planes** [6] - 32:13, 32:15, 33:8, 33:9, 54:25, 55:1

**plans** [1] - 126:20

**play** [10] - 45:23, 47:18, 50:15, 51:8, 51:18, 53:3, 53:9, 54:1, 81:21, 133:10

**played** [2] - 86:12, 143:12

**playing** [1] - 44:22

**plaza** [1] - 100:5

**plea** [10] - 10:3, 58:2, 58:11, 58:19, 58:22, 74:11, 76:16, 87:4, 87:21, 88:7

**plead** [2] - 10:1, 62:25

**pleading** [1] - 148:1

**pled** [5] - 58:11, 59:10,

63:2, 63:8, 64:24

**point** [20] - 7:17, 28:3, 28:13, 29:14, 38:17, 38:22, 40:17, 42:23, 47:3, 70:18, 75:7, 92:2, 118:11, 119:17, 121:2, 121:4, 134:12, 140:20, 144:12, 146:3

**points** [1] - 106:21

**police** [1] - 16:4

**Police** [1] - 112:24

**Port** [2] - 114:6, 119:1

**port** [14] - 14:24, 22:12, 23:6, 24:10, 24:18, 26:13, 27:2, 27:7, 27:9, 27:17, 117:3, 117:17, 126:9, 138:21

**portable** [2] - 138:19, 138:22

**portion** [1] - 47:8

**ports** [4] - 15:8, 116:16, 117:8, 117:20

**position** [4] - 6:9, 36:5, 42:7, 42:16

**positive** [1] - 7:14

**possession** [1] - 64:6

**possibility** [4] - 40:19, 40:24, 126:8, 139:3

**possible** [4] - 88:8, 138:25, 139:9, 146:6

**possibly** [1] - 135:7

**post** [1] - 102:13

**posted** [2] - 150:24, 151:1

**poster** [1] - 61:15

**pounds** [4] - 58:23, 64:7, 64:24, 92:7

**power** [2] - 100:3, 100:7

**Pozos** [1] - 98:15

**practice** [2] - 59:22, 133:8

**practiced** [1] - 45:21

**preference** [1] - 46:2

**preferred** [1] - 26:23

**prefers** [1] - 4:17

**preparation** [1] - 139:18

**prepare** [2] - 83:12, 147:20

**prepared** [3] - 83:7, 132:6

**presence** [1] - 64:4

**present** [2] - 96:11, 139:10

**PRESENT** [1] - 2:8

**presentation** [1] - 45:23

**presented** [2] - 5:14, 5:20

**presently** [1] - 63:15

**pressed** [3] - 38:10, 38:11, 38:12

**presumed** [1] - 42:9

**pretrial** [3] - 3:24, 4:2, 89:7

**pretty** [5] - 41:21, 57:18, 109:3, 137:19, 138:1

**previously** [6] - 37:21, 92:6, 98:5, 112:6, 113:2, 123:11

**price** [9] - 14:11, 14:16, 14:18, 105:25, 106:13, 106:24, 107:11, 107:15, 108:2

**prices** [4] - 14:8, 106:16, 106:20, 107:24

**primarily** [1] - 135:4

**primary** [1] - 104:24

**primera** [2] - 116:21, 117:14

**priors** [3] - 19:24, 20:22, 47:7

**prison** [11] - 10:20, 28:11, 61:8, 61:12, 62:10, 62:17, 66:3, 67:5, 67:13

**Prisons** [2] - 65:3, 66:8

**private** [2] - 82:18, 105:6

**pro** [1] - 59:23

**Pro** [1] - 59:24

**problem** [2] - 4:4, 124:5

**problems** [1] - 140:14

**proceed** [14] - 8:7, 22:2, 23:23, 25:9, 31:18, 44:14, 46:11, 57:9, 64:15, 71:13, 88:21, 101:14, 129:22, 131:16

**proceeding** [2] - 25:8, 151:3

**proceedings** [3] - 3:25, 4:12, 151:19

**Proceedings** [1] - 2:12

**Proceso** [3] - 78:9, 78:13, 78:18

**produced** [4] - 2:12, 41:7, 41:10, 103:13

**proffer** [4] - 35:20,

41:7, 41:9, 43:13

**promised** [2] - 10:15, 76:19

**pronounce** [1] - 6:4

**proof** [1] - 128:2

**properties** [3] - 70:10, 89:3, 89:11

**prosecutors** [2] - 10:7, 58:7

**protect** [1] - 16:6

**protected** [1] - 18:16

**prove** [1] - 136:1

**provide** [3] - 38:22, 69:19, 71:16

**provided** [11] - 27:3, 80:17, 90:12, 107:8, 132:16, 133:25, 135:23, 139:5, 141:20

**providing** [1] - 39:11

**provisional** [1] - 139:22

**public** [2] - 19:14, 82:6

**publicly** [1] - 151:1

**published** [18] - 44:23, 47:20, 49:3, 49:18, 50:17, 51:11, 51:20, 52:19, 53:4, 53:11, 54:15, 116:6, 119:5, 122:23, 124:10, 124:23, 133:5, 134:10

**pull** [4] - 116:2, 119:4, 122:22, 124:21

**pulled** [1] - 138:21

**purchase** [1] - 21:9

**purchased** [1] - 73:7

**pure** [1] - 6:10

**purpose** [5] - 20:13, 27:13, 46:6, 93:15, 119:18

**purview** [1] - 145:21

**put** [16] - 22:24, 38:12, 38:13, 54:21, 75:22, 83:19, 86:12, 89:17, 99:25, 100:3, 100:7, 106:20, 146:15, 146:16, 147:7, 147:12

**putting** [2] - 89:13, 97:17

**puzzled** [1] - 35:16

# Q

**Quantico** [3] - 102:8, 106:3

**quantities** [1] - 51:25

**quantity** [2] - 52:11,

58:23
**quarters** [1] - 94:17
**questions** [16] - 12:16, 18:8, 27:2, 28:21, 32:7, 45:3, 45:24, 57:7, 72:23, 89:24, 92:23, 109:12, 129:14, 130:20, 144:3, 145:17
**quickly** [3] - 13:9, 122:9, 145:9
**Quintero** [5] - 18:5, 78:25, 79:2, 79:9, 79:14
**quite** [1] - 143:8

## R

**raid** [1] - 16:4
**raised** [2] - 42:24, 148:19
**Ramirez** [7] - 8:1, 8:22, 37:20, 69:16, 139:11, 139:12, 151:6
**RAMIREZ** [1] - 8:2
**Ramiro** [1] - 98:15
**ranch** [2] - 80:2, 81:10
**rather** [1] - 31:23
**RAUL** [1] - 1:5
**Raul** [7] - 3:3, 16:8, 17:1, 56:18, 79:12, 108:11, 108:13
**ray** [1] - 15:3
**read** [12] - 46:8, 78:13, 78:20, 78:21, 110:21, 120:15, 120:25, 121:6, 121:16, 125:15, 132:13, 132:14
**reading** [2] - 109:8, 115:2
**reads** [1] - 150:9
**ready** [5] - 4:23, 25:9, 55:17, 129:21, 149:8
**real** [4] - 30:13, 30:14, 57:21, 69:15
**really** [17] - 13:9, 22:14, 55:21, 75:6, 81:8, 81:12, 85:13, 85:20, 85:24, 86:17, 86:20, 94:23, 100:10, 127:24, 142:22, 143:7, 144:23
**reason** [1] - 150:6
**reasons** [1] - 94:1
**reassess** [1] - 146:14
**receipt** [1] - 40:25
**receive** [7] - 11:1,

11:4, 12:21, 48:9, 48:10, 78:19, 102:5
**received** [14] - 40:18, 40:21, 43:21, 61:24, 62:6, 81:7, 92:6, 102:11, 102:12, 102:16, 112:9, 113:6, 123:6, 123:11
**receiving** [4] - 12:2, 12:7, 102:13, 112:20
**recess** [2] - 55:16, 86:8, 86:9, 129:20
**recipient** [2] - 112:9, 112:12
**recognize** [10] - 16:8, 34:1, 46:20, 46:23, 60:21, 64:20, 116:8, 123:3, 123:5, 124:25
**recognizes** [3] - 41:21, 60:7, 60:9
**recollection** [1] - 17:8
**recommended** [1] - 91:25
**record** [21] - 3:5, 3:9, 8:4, 16:18, 16:20, 34:20, 37:8, 38:1, 38:2, 39:19, 39:20, 39:21, 40:20, 54:6, 90:4, 90:17, 101:20, 134:8, 148:21, 149:21
**recorded** [11] - 20:16, 36:4, 38:8, 41:1, 42:14, 81:25, 83:17, 85:6, 119:22, 139:15
**recording** [50] - 34:22, 34:24, 35:6, 35:18, 36:7, 37:2, 37:21, 38:5, 38:17, 38:19, 38:22, 38:24, 39:2, 40:9, 40:19, 40:21, 40:24, 41:8, 41:18, 41:23, 42:1, 42:10, 42:18, 43:1, 43:2, 43:5, 43:9, 43:21, 43:25, 44:1, 44:5, 44:6, 44:11, 45:21, 45:23, 45:25, 46:15, 46:24, 50:16, 84:17, 85:14, 85:22, 89:18, 90:21, 91:11, 91:12, 92:9, 93:15, 93:23
**records** [3] - 15:11, 15:14, 15:24
**recruits** [1] - 140:16
**recuperated** [1] - 6:22
**redactions** [1] - 150:23
**redirect** [3] - 100:23, 131:14, 144:4

**REDIRECT** [1] - 144:21
**reduced** [1] - 75:4
**reduction** [4] - 11:1, 58:4, 58:9, 60:17
**refer** [4] - 12:4, 20:24, 84:4, 84:6
**reference** [11] - 41:8, 49:20, 50:9, 50:20, 50:22, 52:22, 53:7, 136:23, 137:2, 137:19, 145:14
**referenced** [1] - 43:14
**references** [1] - 135:12
**referred** [3] - 112:17, 120:13, 142:10
**referring** [6] - 45:6, 47:22, 53:1, 55:10, 65:16, 90:16
**reflect** [3] - 8:4, 16:18, 16:20
**refocus** [1] - 133:12
**refuse** [1] - 81:22
**regarding** [2] - 104:23, 112:21
**region** [4] - 104:2, 104:6, 105:3, 105:8
**registered** [2] - 9:23, 20:3
**registration** [1] - 53:24
**regularly** [1] - 77:24
**regulated** [1] - 105:7
**related** [6] - 102:9, 110:21, 127:18, 135:17, 148:20, 148:22
**relates** [1] - 118:20
**relating** [1] - 114:7
**relationship** [5] - 27:6, 73:4, 84:9, 109:3, 142:1
**released** [4] - 28:10, 111:14, 111:15, 150:2
**relevance** [2] - 35:15, 107:20
**reliability** [1] - 141:6
**relying** [1] - 5:18
**rem** [1] - 81:11
**remain** [3] - 76:17, 76:22, 77:1
**remarks** [1] - 102:20
**remember** [32] - 17:9, 28:1, 29:18, 30:1, 30:7, 38:9, 38:18, 57:3, 58:16, 76:5, 76:8, 76:9, 76:14, 80:4, 80:15, 81:8,

81:9, 81:11, 81:12, 81:19, 81:21, 82:15, 85:10, 85:13, 85:20, 85:24, 89:12, 109:5, 136:25, 139:14, 139:16, 145:15
**remotely** [1] - 5:11
**renew** [1] - 40:14
**repeat** [7] - 32:18, 52:9, 60:22, 67:7, 73:6, 73:12, 127:4
**repetition** [6] - 9:10, 14:12, 24:21, 30:12, 33:18, 97:23
**rephrase** [1] - 79:1
**replay** [3] - 45:3, 45:11, 49:2
**report** [6] - 7:12, 40:25, 41:2, 41:4, 41:14, 135:24
**reported** [1] - 2:12
**Reporter** [3] - 2:10, 2:10, 151:25
**reports** [15] - 36:2, 40:18, 40:22, 110:15, 110:17, 110:18, 110:21, 113:16, 114:2, 114:7, 127:12, 132:13, 132:14, 134:25, 138:24
**represent** [2] - 116:25, 117:1
**reputation** [1] - 141:3
**request** [2] - 39:3, 58:6
**requesting** [1] - 58:4
**requests** [6] - 9:10, 14:12, 24:21, 30:12, 66:24, 97:23
**required** [1] - 10:6
**reschedule** [1] - 7:17
**research** [2] - 106:23, 107:2
**Resistencia** [2] - 99:2, 99:5
**resources** [1] - 107:8
**respect** [2] - 130:17, 134:22
**respond** [2] - 97:4, 98:9
**response** [1] - 134:19
**responsibility** [1] - 48:11
**responsible** [1] - 21:4
**responsive** [1] - 148:6
**rest** [2] - 35:20, 146:22
**restarts** [1] - 45:21
**result** [1] - 24:11
**resumption** [1] - 6:15

**return** [2] - 10:15, 46:14
**returned** [1] - 121:22
**revealed** [1] - 88:13
**review** [4] - 134:24, 139:17, 139:21, 150:19
**reviewed** [1] - 90:13, 90:21, 110:15, 110:24, 111:17, 113:16, 114:2, 114:7, 119:13, 125:5, 126:13
**reviewing** [2] - 124:12, 126:25
**Reyes** [11] - 9:1, 68:16, 68:24, 69:3, 69:18, 70:9, 70:13, 70:16, 70:20, 70:24, 71:24
**rf@rfeitellaw.com** [1] - 2:6
**Rhee** [18] - 3:21, 3:25, 4:10, 5:22, 35:14, 41:21, 42:23, 57:8, 60:1, 63:25, 64:1, 67:17, 71:12, 99:14, 115:15, 143:17, 147:6, 148:20
**RHEE** [91] - 1:21, 5:23, 6:4, 6:9, 7:11, 21:19, 21:24, 22:1, 30:22, 35:10, 35:17, 35:23, 35:25, 36:15, 36:18, 40:16, 42:2, 42:5, 42:15, 47:11, 57:9, 57:12, 59:5, 59:9, 59:11, 59:20, 59:23, 60:2, 60:4, 60:8, 61:1, 61:3, 61:4, 61:14, 61:18, 61:22, 62:23, 63:2, 63:7, 63:10, 63:13, 64:2, 64:10, 64:13, 64:16, 64:19, 65:20, 67:18, 67:21, 67:22, 68:11, 70:21, 71:1, 71:5, 71:10, 71:13, 71:15, 73:11, 73:15, 74:2, 74:3, 77:6, 77:11, 86:1, 86:6, 86:10, 86:17, 86:20, 86:24, 87:2, 87:9, 87:13, 87:16, 87:20, 88:1, 88:21, 88:23, 89:20, 90:2, 90:7, 90:11, 90:24, 91:4, 91:7, 91:25, 98:1, 99:12, 99:15, 99:16, 100:22, 146:13

16

Rhee's [1] - 149:2
Ridge [4] - 103:17, 104:6, 104:11, 105:3
right-hand [3] - 73:16, 94:7, 100:11
rise [1] - 151:2
risk [1] - 52:6
Rivera [4] - 9:1, 33:11, 68:18, 70:5
rob [1] - 26:24
ROBERT [1] - 2:4
Robert [1] - 3:21
role [6] - 11:14, 12:17, 12:20, 81:21, 132:11, 143:12
roles [3] - 11:24, 11:25
Roman [1] - 3:6
roughly [3] - 102:4, 107:17, 108:10
route [4] - 25:20, 105:10, 118:17, 138:5
RPR [3] - 2:10, 151:18, 151:24
rule [1] - 143:20
rules [1] - 5:6
run [6] - 15:3, 17:4, 17:6, 20:8, 20:10, 86:3
runs [4] - 23:18, 24:1, 47:7, 49:9

## S

sacks [2] - 55:7, 145:22
safely [2] - 31:10, 31:14
safer [1] - 34:12
safety [4] - 16:1, 16:2, 16:6, 34:10
Saint [2] - 2:10, 151:24
SAINT [1] - 151:18
Saint-Loth [2] - 2:10, 151:24
SAINT-LOTH [1] - 151:18
salary [1] - 142:23
Salvador [1] - 76:3
Samora [1] - 76:3
san [1] - 9:11
San [8] - 1:18, 110:8, 110:9, 110:19, 111:4, 112:19, 129:3, 129:7
Sanchezes [1] - 18:5
Sandi [1] - 3:21
SANDI [1] - 1:21

sandirheelaw@ gmail.com [1] - 1:24
satisfactory [1] - 5:1
save [1] - 46:2
saw [4] - 36:1, 123:14, 135:5, 138:24
schedule [1] - 124:9
scheduled [4] - 4:3, 127:7, 146:20, 147:3
school [1] - 79:2
scratch [1] - 46:9
screen [3] - 112:11, 118:10, 135:17
screens [1] - 133:7
screenshot [1] - 135:20
se [3] - 59:23, 59:24, 62:21
sea [2] - 22:9, 25:24
seal [3] - 88:5, 88:9
sealed [1] - 88:6
seaworthy [1] - 105:11
second [13] - 21:18, 25:6, 32:6, 45:11, 68:19, 71:10, 74:2, 74:21, 88:10, 116:23, 116:24, 117:11, 117:22
seconds [6] - 51:10, 51:19, 52:17, 53:3, 53:10, 54:10
secret [4] - 11:20, 126:11, 137:25
secretary [1] - 24:23
secrete [1] - 137:20
Section [2] - 3:16, 3:18
section [1] - 122:24
security [3] - 66:11, 67:9, 67:20
see [31] - 16:10, 59:24, 62:24, 65:8, 71:20, 88:16, 90:5, 90:15, 94:19, 94:24, 95:8, 95:23, 96:2, 96:18, 97:7, 116:18, 125:8, 125:12, 126:19, 126:25, 133:13, 133:18, 135:14, 136:4, 138:22, 146:4, 146:8, 146:15, 146:17, 147:11, 148:10
seeing [9] - 17:9, 41:2, 41:3, 79:3, 82:22, 84:23, 87:11, 119:7, 121:4
seeks [1] - 33:17
seem [1] - 77:8

seize [3] - 17:24, 24:22, 26:22
seized [12] - 24:10, 24:12, 24:15, 24:20, 26:23, 26:25, 30:8, 113:23, 113:24, 129:11, 137:12, 138:13
seizure [13] - 24:11, 113:11, 113:14, 113:19, 113:21, 114:8, 114:12, 135:14, 135:21, 136:21, 138:25, 145:20, 145:21
seizures [1] - 27:16
sell [3] - 12:23, 53:14, 53:21
selling [2] - 17:22, 53:20
SEMAR [2] - 24:22
semisubmersibles [1] - 105:12
send [12] - 4:17, 29:21, 48:1, 48:3, 48:4, 48:8, 48:9, 85:22, 85:23, 100:14, 112:23
sending [3] - 48:16, 49:10, 112:8
Senior [1] - 134:14
Senior's [1] - 133:22
sense [2] - 56:10, 90:4
sent [14] - 23:19, 27:23, 29:23, 32:9, 32:11, 33:7, 44:9, 44:11, 85:14, 85:25, 118:5, 118:6, 135:19, 149:12
sentence [19] - 11:1, 11:4, 58:4, 59:2, 59:7, 59:12, 59:15, 61:24, 62:6, 62:7, 62:10, 64:25, 67:13, 67:16, 74:19, 75:3, 75:14, 76:23, 92:6
sentenced [3] - 10:18, 58:25, 63:7
sentencing [6] - 5:6, 5:14, 64:9, 102:19, 148:25, 150:10
separate [3] - 73:10, 73:14, 127:17
separately [2] - 18:1, 27:14
September [11] - 1:5, 6:21, 7:1, 7:15, 117:19, 117:23, 123:12, 146:4, 146:8, 146:23,

151:23
series [2] - 123:24, 124:25
serious [2] - 71:8, 121:7
serve [2] - 75:17, 76:13
served [2] - 63:6, 83:6
services [1] - 89:7
serving [4] - 60:24, 61:5, 61:23, 67:12
set [4] - 6:15, 7:3, 39:8, 127:9
sets [1] - 127:6
settle [1] - 13:4
settled [2] - 15:15, 146:22
several [9] - 33:25, 58:20, 100:5, 110:4, 112:4, 115:7, 126:20, 137:9, 148:19
shaking [1] - 33:13
shall [3] - 65:23, 86:2, 151:20
shape [1] - 96:7
share [1] - 84:8
sheet [1] - 134:25
sheets [8] - 111:1, 111:2, 111:18, 134:25, 135:7, 135:10, 145:3, 145:5
ship [14] - 20:1, 22:11, 23:6, 114:1, 114:3, 117:16, 118:7, 124:17, 124:18, 138:13, 138:16, 138:19, 138:21, 138:22
shipment [3] - 20:2, 23:2, 124:2
shipments [2] - 20:4, 20:15, 23:16
shipping [2] - 125:14, 126:4
ships [4] - 22:10, 23:17, 25:25, 105:12
shopping [3] - 34:6, 34:7, 34:9
short [2] - 50:12, 125:13
shorter [1] - 4:6
shorthand [1] - 2:12
shot [2] - 30:18, 32:20
show [10] - 59:17, 59:25, 61:14, 63:13, 64:14, 70:21, 70:22, 132:21, 133:3, 134:3
showed [2] - 16:4, 132:16

showing [1] - 70:23
shown [1] - 144:2
shows [8] - 59:6, 60:5, 64:25, 65:2, 65:5, 65:7, 65:10, 65:21
shred [1] - 15:16
sic [12] - 12:13, 26:5, 30:10, 30:13, 47:9, 49:21, 50:5, 76:4, 76:12, 80:19, 94:14, 95:18
sic] [3] - 9:1, 47:9, 94:19
side [2] - 21:21, 86:21
sign [4] - 100:12, 100:13, 100:15
signal [1] - 148:11
signatory [1] - 151:21
significant [1] - 91:18
similar [3] - 117:4, 117:7, 123:19
similarly [1] - 138:9
Sinaloa [8] - 17:14, 17:21, 18:15, 18:17, 18:25, 29:4, 29:6, 29:14
Sinuhe [2] - 6:5, 6:6
sit [3] - 45:10, 143:16, 143:20
sitting [4] - 16:13, 16:14, 16:16, 38:10
SIU [1] - 142:23
SIUs [2] - 142:10, 142:12
six [1] - 102:4
skeptical [1] - 37:17
small [5] - 48:12, 48:16, 51:23, 52:3, 52:4
smuggled [1] - 107:23
snapshot [1] - 124:12
snow [2] - 120:4, 120:5
social [1] - 17:6
sole [2] - 58:3, 58:8
solely [2] - 120:25, 121:3
someone [12] - 18:13, 18:14, 23:12, 29:7, 56:19, 56:20, 76:9, 80:21, 83:5, 137:24, 138:21
someplace [1] - 82:6
sometimes [6] - 15:7, 18:9, 78:19, 140:14, 141:5, 143:23
somewhere [4] - 29:21, 74:18, 81:10, 81:15
son [9] - 78:22, 78:24,

79:15, 82:23, 111:8, 127:16, 128:10, 128:16, 128:22
**son's** [1] - 127:15
**soon** [2] - 76:10, 112:8
**sorry** [36] - 6:24, 17:5, 21:5, 21:19, 22:14, 23:13, 23:21, 26:6, 28:18, 29:7, 49:12, 50:1, 60:8, 61:7, 63:3, 73:11, 77:6, 77:15, 83:9, 84:15, 85:1, 88:8, 92:13, 93:22, 98:9, 108:6, 111:2, 114:5, 117:11, 118:21, 121:10, 123:17, 140:4, 141:2, 141:3
**sort** [8] - 12:2, 12:19, 15:4, 105:1, 128:4, 128:8, 131:23, 147:6
**source** [4] - 105:3, 105:13, 107:9
**sources** [5] - 105:20, 106:17, 107:2, 140:18, 141:6
**South** [4] - 23:3, 25:22, 66:25, 136:17
**southern** [1] - 28:25
**Southern** [2] - 3:16, 58:16
**southwest** [1] - 107:22
**Spanish** [11] - 9:15, 90:18, 114:23, 114:24, 115:1, 120:5, 120:6, 120:9, 120:12, 136:13, 136:14
**spare** [1] - 87:10
**speaker** [1] - 114:25
**speaking** [3] - 9:15, 54:24, 139:25
**speaks** [1] - 78:3
**special** [9] - 85:11, 101:24, 102:5, 102:9, 102:14, 107:5, 108:17, 142:5, 142:9
**Special** [4] - 3:18, 130:1, 132:21, 144:4
**specialized** [1] - 102:15
**specific** [9] - 12:16, 19:18, 43:20, 45:24, 116:16, 117:2, 135:14, 137:19, 138:1
**specifically** [6] -

11:16, 13:13, 37:25, 107:15, 111:7, 121:4
**specified** [1] - 107:19
**speed** [1] - 145:1
**spelled** [2] - 101:21, 120:11
**spent** [1] - 85:4
**spoken** [7] - 5:24, 84:23, 84:25, 85:2, 97:11, 107:3
**spreadsheet** [8] - 116:12, 116:13, 117:8, 117:16, 117:25, 118:7, 118:16, 124:12
**spreadsheets** [2] - 117:4, 117:7
**St** [1] - 1:22
**stamp** [8] - 48:19, 50:16, 51:19, 52:18, 53:10, 54:2, 54:6, 54:7
**stamped** [1] - 51:9
**stand** [1] - 43:23
**standard** [1] - 65:10
**stands** [1] - 120:20
**stars** [1] - 138:11
**start** [6] - 3:9, 37:16, 39:5, 48:16, 84:17, 118:22
**started** [12] - 11:14, 17:9, 53:17, 54:24, 56:4, 56:15, 57:24, 72:8, 83:8, 99:2, 106:2, 148:18
**starting** [3] - 7:15, 118:18, 146:21
**starts** [2] - 7:4, 103:18
**stashes** [1] - 7:19
**state** [3] - 8:21, 65:23, 101:19
**statement** [2] - 87:4, 87:20
**statements** [1] - 128:4
**States** [22] - 3:3, 9:20, 9:23, 65:3, 76:18, 76:22, 77:1, 77:8, 77:18, 104:14, 104:18, 105:25, 106:22, 106:24, 107:11, 107:24, 107:25, 108:2, 130:19, 131:1, 142:4, 142:13
**states** [1] - 77:7
**STATES** [4] - 1:1, 1:3, 1:8, 1:10
**status** [4] - 7:16, 111:9, 140:1, 146:5
**steal** [2] - 26:10, 26:20

**stenographic** [1] - 151:19
**step** [1] - 8:12
**steps** [1] - 130:9
**sticking** [1] - 122:13
**still** [8] - 7:13, 7:19, 72:3, 88:4, 88:9, 89:3, 89:5, 150:11
**stipulate** [1] - 102:22
**stolen** [1] - 26:15
**stop** [3] - 28:8, 38:17, 44:24
**stopped** [3] - 38:19, 98:6, 100:2
**store** [1] - 80:19
**story** [1] - 24:25
**Street** [2] - 1:13, 1:18
**street** [2] - 56:11, 67:11
**street-level** [1] - 56:11
**strike** [1] - 13:15
**struggling** [1] - 21:24
**stuff** [3] - 37:8, 37:16, 45:10
**subagents** [1] - 142:14
**subject** [4] - 115:19, 127:20, 128:2, 144:4
**submit** [2] - 4:22, 147:25
**subscription** [1] - 78:11
**subsequent** [1] - 116:15
**substance** [2] - 60:19, 128:9
**substances** [3] - 104:17, 104:24, 106:14
**successful** [1] - 31:16
**sufficient** [1] - 128:5
**Suite** [1] - 1:22
**summaries** [1] - 134:25
**summary** [1] - 145:19
**supervision** [1] - 65:11
**supply** [2] - 104:7
**supposed** [8] - 31:3, 31:4, 114:3, 118:18, 127:11, 138:16, 146:21, 148:23
**supposedly** [2] - 31:13, 33:8
**surreptitiously** [1] - 41:1
**surrounding** [1] - 113:13
**surveil** [2] - 141:22, 143:14

**surveillance** [5] - 41:13, 41:14, 41:17, 105:21, 112:24
**Susana** [1] - 3:6
**sustain** [2] - 36:25, 37:4
**sworn** [5] - 3:7, 8:3, 8:5, 101:11, 142:18
**system** [1] - 75:7

**T**

**table** [1] - 38:6
**tail** [1] - 54:25
**Tamaulipas** [1] - 29:11
**tape** [3] - 42:14, 45:1, 45:5
**targeting** [2] - 111:7, 111:8
**tariff** [1] - 21:13
**tariffs** [5] - 21:11, 21:12, 21:15, 22:11, 23:6
**tax** [4] - 21:13, 21:14
**technical** [1] - 6:1
**techniques** [3] - 104:21, 105:18, 130:2
**telephone** [3] - 36:3, 66:20, 92:20
**telephones** [2] - 130:7, 131:19
**ten** [8] - 6:16, 58:23, 64:7, 64:24, 92:6, 112:9, 129:16, 129:19
**ten-minute** [2] - 129:16, 129:19
**Teresa** [1] - 3:6
**term** [5] - 13:10, 13:12, 120:10, 120:22, 120:24
**term's** [1] - 117:11
**terminology** [3] - 19:5, 19:15, 20:6
**terms** [2] - 28:22, 120:2
**test** [2] - 20:8, 20:10
**tested** [2] - 7:5, 7:6
**testified** [19] - 28:3, 32:8, 41:20, 57:15, 64:8, 72:8, 81:13, 82:5, 82:12, 83:21, 88:12, 89:19, 91:9, 91:14, 98:2, 98:5, 102:18, 126:15, 130:18
**testify** [8] - 4:16, 7:8, 131:7, 139:12,

145:20, 146:19, 148:11
**testifying** [8] - 7:9, 9:14, 10:9, 86:22, 88:10, 92:19, 130:1, 139:18
**testimony** [10] - 6:10, 11:2, 20:10, 113:17, 127:25, 131:7, 134:22, 148:18, 150:3, 150:19
**testing** [3] - 7:4, 7:13, 146:7
**tests** [1] - 47:3
**Texas** [3] - 58:16, 63:10, 75:23
**text** [7] - 80:14, 85:23, 85:25, 105:19, 119:22, 123:24, 124:1
**THE** [289] - 1:1, 1:8, 1:10, 1:21, 2:3, 3:2, 3:19, 4:1, 4:4, 4:8, 4:13, 4:20, 4:24, 5:11, 5:13, 5:18, 5:22, 6:3, 6:6, 6:8, 6:11, 6:15, 6:19, 6:21, 7:1, 7:3, 7:12, 7:24, 8:4, 8:6, 8:9, 8:10, 8:12, 8:15, 8:16, 8:17, 9:10, 14:12, 16:20, 21:18, 21:23, 21:25, 22:2, 22:14, 22:18, 22:20, 22:21, 22:23, 22:25, 23:1, 23:3, 23:5, 23:8, 23:9, 23:16, 23:18, 23:21, 23:24, 24:21, 25:5, 25:7, 25:10, 27:17, 27:18, 30:12, 30:23, 31:1, 31:2, 31:3, 31:5, 31:6, 31:8, 31:9, 31:11, 31:17, 31:19, 32:2, 32:18, 33:17, 35:9, 35:11, 35:12, 35:22, 35:24, 36:13, 36:17, 36:25, 37:6, 37:11, 37:14, 37:16, 37:22, 39:2, 39:4, 39:5, 39:7, 39:8, 39:10, 39:11, 39:14, 40:13, 40:25, 41:12, 41:18, 41:25, 42:4, 42:6, 42:19, 43:4, 43:13, 44:1, 44:4, 44:8, 44:10, 44:13, 44:14, 44:18, 44:24, 45:4, 45:9, 45:14, 45:17, 46:3, 46:8,

46:12, 46:16, 46:19,
47:13, 47:14, 48:21,
48:23, 48:25, 50:7,
52:9, 54:11, 55:14,
55:17, 55:25, 57:8,
57:10, 59:8, 59:10,
59:17, 59:18, 59:21,
59:24, 60:6, 60:9,
60:11, 60:12, 60:14,
60:15, 60:16, 60:17,
60:18, 60:21, 60:22,
60:23, 60:25, 61:2,
61:17, 61:20, 61:21,
62:19, 62:24, 63:5,
63:6, 63:9, 63:12,
63:14, 63:17, 63:24,
64:9, 64:12, 64:15,
65:17, 66:24, 67:17,
67:19, 68:8, 68:9,
70:25, 71:4, 71:6,
71:9, 71:14, 73:3,
73:6, 73:7, 73:12,
73:13, 79:1, 86:4,
86:7, 86:14, 86:19,
86:23, 87:8, 87:10,
87:15, 87:19, 87:22,
87:25, 88:8, 88:18,
88:22, 89:25, 90:3,
90:9, 90:14, 90:17,
91:2, 91:6, 97:23,
97:24, 100:23,
100:25, 101:2,
101:4, 101:6, 101:9,
101:12, 101:13,
101:15, 102:24,
103:1, 103:3, 103:8,
103:23, 113:19,
115:9, 115:14,
115:17, 115:21,
127:22, 128:1,
128:7, 128:12,
128:15, 128:22,
128:25, 129:13,
129:15, 129:18,
129:21, 131:9,
131:16, 132:24,
133:1, 133:6, 133:9,
133:12, 133:16,
134:4, 134:7, 143:2,
143:6, 143:10,
143:18, 143:20,
143:25, 144:5,
144:9, 144:11,
144:13, 144:17,
144:20, 145:18,
145:25, 146:3,
146:20, 147:4,
147:10, 147:15,
147:19, 147:22,
148:4, 148:15,
149:4, 149:6,

149:17, 149:20,
149:25, 150:5,
150:12, 150:15,
150:20, 151:1, 151:2
**the..** [1] - 87:19
**theaters** [1] - 34:15
**themselves** [1] - 36:8
**theory** [2] - 69:23,
128:3
**thinking** [2] - 5:2, 45:9
**third** [1] - 96:25
**thousand** [4] - 39:7,
47:9, 106:24, 107:11
**thousands** [1] - 57:6
**three** [7] - 23:18, 78:4,
78:6, 89:20, 94:17,
104:24, 147:3
**three-quarters** [1] -
94:17
**three-way** [2] - 78:4,
78:6
**throughout** [3] - 3:25,
4:11, 106:22
**Tigre** [2] - 25:3, 72:13
**Tigris** [3] - 118:8,
118:21, 124:18
**timing** [1] - 28:22
**Tio** [7] - 16:24,
109:22, 112:11,
112:17, 120:16,
121:7, 125:16,
130:14, 136:11,
136:14, 145:15
**Title** [1] - 105:18
**title** [1] - 60:18
**today** [15] - 3:22, 4:23,
7:22, 9:14, 10:10,
11:2, 16:10, 75:25,
110:14, 110:23,
113:17, 114:14,
125:6, 132:11, 148:7
**together** [3] - 38:15,
72:19, 73:1
**tomorrow** [9] - 121:9,
121:10, 122:1,
147:2, 147:4, 147:5,
147:7, 150:23,
150:24
**tongue** [1] - 146:25
**Tonio** [1] - 125:16
**took** [5] - 68:1, 68:15,
75:23, 109:5, 141:24
**top** [7] - 96:5, 97:14,
97:15, 97:20,
116:18, 117:19,
124:9
**Torres** [1] - 120:11
**totality** [2] - 129:2,
139:4
**touch** [4] - 77:20,

92:13, 118:10, 142:2
**toward** [3] - 95:4,
95:6, 95:21
**towards** [2] - 18:9,
146:6
**towers** [1] - 120:12
**town** [1] - 63:25
**track** [2] - 146:5,
147:22
**tractor** [1] - 105:1
**trafficker** [4] - 55:21,
57:16, 57:18, 68:12
**traffickers** [5] -
100:14, 119:23,
126:17, 134:23,
136:17
**trafficking** [18] - 19:2,
19:10, 56:7, 57:21,
57:24, 64:6, 68:3,
68:6, 84:5, 91:19,
104:8, 104:12,
104:16, 106:18,
107:4, 130:3,
141:11, 141:12
**trailers** [1] - 105:1
**training** [9] - 102:5,
102:7, 102:11,
102:12, 102:13,
102:15, 103:12,
103:25, 119:12
**transaction** [1] - 22:4
**transcribed** [1] -
114:18
**TRANSCRIPT** [1] - 1:7
**transcript** [18] - 2:12,
34:24, 35:2, 35:6,
35:7, 36:24, 46:9,
51:9, 88:6, 89:24,
90:1, 90:10, 90:18,
90:20, 91:8, 151:19,
151:19, 151:21
**transcription** [1] -
2:12
**transcripts** [3] - 35:21,
35:25, 132:5
**translate** [1] - 60:15
**translated** [1] - 60:13
**translations** [1] -
114:15
**transport** [6] - 11:19,
11:21, 105:8,
105:12, 108:22,
108:25
**transportation** [4] -
22:7, 51:14, 51:16,
109:6
**transported** [7] -
11:15, 21:17, 22:5,
22:16, 23:1, 104:14
**transporter** [1] - 11:16

**transporting** [3] -
73:8, 104:23, 105:2
**travel** [7] - 6:14, 69:10,
69:13, 69:24, 74:4,
82:20, 112:21
**traveled** [1] - 74:5
**Treasury** [1] - 70:23
**treaty** [1] - 25:25
**trial** [6] - 23:18, 24:1,
47:7, 49:9, 88:15,
102:19
**trip** [1] - 56:25
**trips** [1] - 26:1
**trouble** [4] - 8:14,
21:20, 21:22, 45:22
**trucks** [2] - 11:19,
105:1
**true** [6] - 33:12, 33:16,
83:3, 93:17, 151:18,
151:19
**trusted** [1] - 142:2
**truth** [4] - 10:13,
82:24, 83:2, 84:10
**try** [8] - 18:7, 20:5,
76:17, 92:3, 126:17,
130:8, 130:16,
141:19
**trying** [8] - 92:11,
92:13, 93:1, 123:7,
128:15, 130:10,
131:22, 149:22
**Tucson** [3] - 129:7,
135:18, 139:6
**Tuesday** [11] - 121:9,
121:10, 121:12,
121:24, 122:3,
122:14, 122:15,
122:16, 122:18,
122:19
**turn** [16] - 38:1, 44:11,
58:15, 93:19, 93:21,
93:23, 94:5, 94:6,
95:20, 96:19, 96:21,
97:14, 127:23,
148:13, 148:23,
149:15
**turned** [9] - 36:3,
38:25, 40:11, 43:5,
43:9, 43:15, 43:18,
132:19, 133:7
**turning** [3] - 18:9,
81:23, 112:14
**two** [21] - 7:22, 17:20,
25:21, 26:1, 30:20,
34:14, 36:6, 39:7,
71:23, 86:8, 104:24,
107:11, 113:25,
123:6, 128:5,
138:15, 146:11,
146:21, 148:24,

149:2, 149:16
**type** [2] - 27:22, 27:23
**types** [2] - 56:14,
119:14
**typically** [3] - 103:13,
103:16, 107:23
**typing** [2] - 136:1,
136:6

---

## U

**U.S** [8] - 61:15, 62:9,
70:18, 70:22, 77:5,
109:2, 109:4, 148:5
**ultimately** [1] - 11:4
**unavailable** [1] - 5:4
**uncle** [1] - 136:15
**unclear** [1] - 148:21
**under** [12] - 5:6, 43:24,
70:4, 70:9, 70:12,
70:20, 88:4, 88:5,
88:9, 88:12, 116:3,
138:21
**underneath** [3] -
126:10, 138:18,
138:23
**understood** [7] -
37:12, 46:7, 48:7,
66:3, 96:15, 140:7,
146:10
**uniform** [1] - 16:15
**unintelligible** [1] -
96:6
**unit** [3] - 25:6, 67:10,
112:24
**UNITED** [4] - 1:1, 1:3,
1:8, 1:10
**United** [22] - 3:3, 9:20,
9:23, 65:3, 76:18,
76:22, 77:1, 77:8,
77:18, 104:14,
104:18, 105:25,
106:22, 106:24,
107:11, 107:24,
107:25, 108:2,
130:19, 131:1,
142:4, 142:13
**units** [2] - 142:5,
142:9
**university** [1] - 67:1
**unknown** [1] - 134:13
**unless** [1] - 46:5
**unloaded** [1] - 126:9
**unmarked** [1] - 65:19
**unrelated** [1] - 139:1
**unsealed** [4] - 88:14,
150:3, 150:6, 150:15
**up** [42] - 13:9, 13:16,
16:4, 26:1, 27:1,
29:22, 29:24, 31:25,

39:8, 39:13, 43:22,
43:25, 45:3, 55:7,
56:16, 62:14, 63:23,
66:13, 66:16, 66:17,
67:6, 72:22, 79:10,
80:19, 80:20, 80:21,
83:7, 86:16, 86:22,
89:22, 108:3,
114:12, 116:2,
117:21, 119:4,
122:22, 124:21,
126:24, 129:6,
133:13, 133:14,
138:12
**updated** [1] - 27:14
**upper** [1] - 94:7
**urging** [1] - 148:11
**USAO** [1] - 1:17
**USDOJ** [1] - 2:8
**useful** [3] - 140:24,
141:1, 141:5
**user** [11] - 111:23,
111:25, 112:1,
112:3, 112:12,
112:17, 113:5,
130:10, 130:12,
132:10, 135:19
**usted** [2] - 84:3, 84:6
**utilize** [3] - 105:17,
106:19, 119:23
**utilizing** [4] - 105:1,
105:6, 105:19, 138:9

## V

**VA** [1] - 1:23
**vacate** [1] - 59:12
**Valde** [1] - 30:10
**Valderrama** [9] -
30:10, 30:11, 48:1,
48:3, 96:23, 97:1,
97:5, 97:13
**Valencia** [12] - 12:10,
25:1, 25:3, 25:15,
28:10, 57:4, 72:11,
72:13, 84:6, 99:17,
102:19
**varied** [2] - 14:19,
108:3
**variety** [1] - 105:17
**vehicle** [1] - 137:17
**vehicles** [2] - 105:1,
105:2
**Velado** [20] - 2:8, 3:14,
44:21, 46:14, 48:18,
49:16, 50:15, 51:8,
51:18, 52:17, 53:2,
53:9, 54:1, 54:13,
116:1, 119:3,
122:21, 123:21,

124:7, 124:21
**Venezuela** [11] - 30:1,
30:2, 30:9, 30:17,
30:18, 31:4, 31:6,
31:10, 31:13, 32:10,
32:11
**Veracruz** [3] - 29:12,
145:23
**version** [2] - 90:9,
90:11
**versus** [1] - 3:3
**vessel** [10] - 105:11,
116:16, 117:2,
117:18, 118:17,
123:8, 126:4,
126:10, 135:20
**vessels** [6] - 105:12,
107:7, 116:14,
117:7, 122:2, 138:9
**vetted** [1] - 142:12
**via** [3] - 44:12, 85:25,
130:19
**video** [1] - 5:9
**Villa** [1] - 18:5
**Villa-Lobos** [1] - 18:5
**violation** [1] - 66:4
**violent** [1] - 68:5
**Virginia** [1] - 102:8
**visa** [2] - 77:1, 77:18
**visual** [1] - 136:5
**voice** [3] - 34:1, 41:21,
42:14
**voices** [2] - 46:20,
46:23
**void** [1] - 151:20
**voyage** [1] - 117:20
**vs** [1] - 1:4

## W

**wait** [2] - 147:10,
147:24
**waiting** [2] - 120:16,
148:16
**walk** [1] - 61:11
**walking** [3] - 62:10,
62:14, 66:3
**wants** [4] - 6:10,
125:19, 125:21,
143:11
**War** [1] - 97:24
**war** [1] - 29:14
**warrant** [2] - 128:6,
139:22
**wary** [1] - 141:16
**Washington** [4] - 1:6,
1:13, 1:22, 2:5
**waste** [2] - 46:5, 143:8
**water** [3] - 25:7, 126:4,
126:10

**ways** [1] - 112:4
**wearing** [1] - 16:12
**website** [2] - 61:15,
70:23
**Wednesday** [1] -
122:25
**week** [10] - 6:17, 7:6,
7:17, 7:18, 4:19,
146:7, 146:22,
150:3, 150:4, 150:5
**weeks** [5] - 114:12,
146:21, 148:24,
149:3, 149:16
**weight** [3] - 36:23,
52:7, 52:11
**well-known** [1] - 17:1
**whatsoever** [2] -
40:18, 143:13
**whichever** [2] -
126:22, 138:10
**white** [1] - 120:6
**whole** [1] - 60:18
**Wilson** [1] - 97:9
**wire** [1] - 36:1
**wiretap** [3] - 111:17,
114:8, 131:4
**wiretaps** [1] - 119:13
**wishes** [1] - 113:6
**withdraw** [1] - 40:14
**WITNESS** [48] - 8:9,
8:12, 8:15, 8:17,
22:18, 22:21, 22:25,
23:3, 23:8, 23:18,
25:7, 25:10, 27:18,
31:2, 31:5, 31:8,
31:11, 32:2, 35:11,
39:4, 39:7, 39:10,
44:8, 44:13, 47:14,
48:21, 48:23, 48:25,
50:7, 55:25, 59:10,
59:18, 60:11, 60:14,
60:17, 60:23, 61:2,
61:21, 63:6, 68:9,
70:25, 71:6, 73:7,
73:13, 97:24, 101:2,
101:13, 151:5
**witness** [42] - 4:14,
4:23, 4:25, 5:5, 5:7,
5:14, 5:16, 5:24, 6:1,
6:2, 6:3, 6:12, 7:14,
7:25, 8:2, 8:5, 37:13,
42:8, 42:9, 43:5,
45:15, 46:6, 59:6,
59:20, 61:19, 63:21,
64:16, 86:14, 86:19,
88:10, 89:23, 91:4,
101:5, 101:11,
118:12, 132:11,
143:4, 144:16,
144:25, 145:19,

146:6, 148:11
**witness's** [1] - 47:11
**witnesses** [10] - 5:20,
7:22, 105:20,
106:18, 140:19,
146:11, 146:16,
147:7, 147:12
**woman** [2] - 79:2,
82:22
**women** [1] - 120:6
**wonder** [1] - 21:21
**wondered** [1] - 43:7
**wood** [8] - 22:6, 22:8,
22:17, 22:18, 22:20,
22:24, 23:6, 23:17
**word** [6] - 49:25, 50:5,
120:5, 120:6,
120:12, 136:14
**words** [2] - 119:25,
121:9
**works** [4] - 75:7,
121:12, 122:3,
138:11
**world** [3] - 56:7,
69:24, 106:22
**World** [1] - 97:24
**written** [2] - 13:3,
15:11

## X

**X-ray** [1] - 15:3

## Y

**yayo** [1] - 120:7
**year** [3] - 63:1, 68:2,
72:9
**years** [10] - 32:25,
56:5, 56:7, 57:20,
57:25, 63:6, 76:13,
98:25, 102:4
**yesterday** [3] - 3:14,
148:18, 148:21
**York** [3] - 77:21,
77:22, 120:12
**you-all** [2] - 7:9, 17:6,
62:21
**yourself** [7] - 12:4,
33:10, 68:5, 74:7,
81:25, 92:4, 99:8
**yourselves** [2] - 3:9,
6:23
**Ysidro** [6] - 110:8,
110:19, 111:5,
112:19, 129:3, 129:7

## Z

**Zapopan** [2] - 34:8,

80:4
**Zetas** [2] - 29:10,
29:14
**zone** [3] - 104:7, 105:3
**zoom** [1] - 116:3
**Zoom** [1] - 4:17