```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA

  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
UNITED STATES OF AMERICA,        )  Criminal Action
                                 )  No. 17-051
vs.                              )
                                 )
RAUL FLORES-HERNANDEZ,           )  September 18, 2023
                                 )  9:44 a.m.
              Defendant.         )  Washington, D.C.
  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

**TRANSCRIPT OF HEARING**
**BEFORE THE HONORABLE BERYL A. HOWELL,**
**UNITED STATES DISTRICT COURT JUDGE**

**APPEARANCES**:

FOR THE UNITED STATES:
                    MELANIE ALSWORTH
                    KIRK KENNETH HANDRICH
                    JONATHAN R. HORNOK
                    DOJ-CRM
                    145 N Street NE
                    Washington, DC 20530
                    (202) 514-0917
                    Email: melanie.alsworth2@usdoj.gov
                    Email: kirk.handrich@usdoj.gov
                    Email: jonathan.hornok@usdoj.gov

                    KYLE MARTIN
                    DOJ-USAO
                    Criminal Division
                    880 Front Street
                    San Diego, CA 92101-8807
                    (619) 546-8874
                    Email: kyle.martin@usdoj.gov


FOR THE DEFENDANT:
                    SANDI RHEE
                    228 S Washington St.
                    Suite 300
                    Alexandria, VA 22314
                    (571) 800-6900
                    Email:  sandirheelaw@gmail.com

*(Appearances Continued)*

**APPEARANCES** (Continued):


FOR THE DEFENDANT:

                    ROBERT FEITEL
                    1300 Pennsylvania Avenue NW
                    Washington, DC 20008
                    (202) 255-6637
                    Email: rf@rfeitellaw.com




ALSO PRESENT:  Alex Velado, USDOJ, Paralegal
               Trent Shaffer, Agent
               Teresa Roman, Spanish Language Interpreter
               Matilde Farren, Spanish Language Interpreter

Court Reporter: Elizabeth Saint-Loth, RPR, FCRR
                Official Court Reporter


        Proceedings reported by machine shorthand.
      Transcript produced by computer-aided transcription.

**P R O C E E D I N G S**

1          THE COURTROOM DEPUTY:  Your Honor, this is

2   Criminal Case 17-051, United States of America versus Raul

3   Flores Hernandez.

4          Also, for the record, Your Honor, Interpreters

5   Teresa Roman and Matilde Farren have been sworn for this

6   matter.

7          Would the parties please come forward to the

8   lectern and identify yourselves for the record.  We'll start

9   with government counsel first this morning.

10          MS. ALSWORTH:  Good morning, Your Honor.

11          Melanie Alsworth for the United States.  Joining

12   me is Kirk Handrich from the Narcotic and Dangerous Drug

13   Section; Kyle Martin from the Southern District of

14   California; Jonathan Hornok from the Narcotic and Dangerous

15   Drug Section; our paralegal, Alex Velado and our DEA agent,

16   Trent Shaffer.

17          THE COURT:  Thank you.

18          MS. RHEE:  Good morning, Your Honor.

19          Sandi Rhee for Mr. Raul Flores and Mr. Rob Feitel

20   at the defense table.  Thank you.

21          THE COURT:  Good morning.

22          All right.  I think we have one witness left for

23   the government for the evidentiary hearing, and I am

24   presuming that's the person Jack Sinuhe.

```
 1                    Is that person out?

 2              MS. ALSWORTH:  He is, Your Honor, and he is here

 3      today.

 4              THE COURT:  All right.  Are there any preliminary

 5      matters to take up before we proceed to the evidentiary part

 6      of the hearing?

 7              MS. ALSWORTH:  Not from the government.

 8              THE COURT:  Why don't you call your witness,

 9      fourth witness.

10              MR. MARTIN:  The government would call Jack Sinuhe

11      Almaguer-Ramirez.  He has told us that he prefers to be

12      referred to as Mr. Almaguer, for the record.

13              Kyle Martin for the United States.

14              THE COURT:  And you are from the Northern District

15      of California?

16              MR. MARTIN:  Southern District of California, yes.

17      San Diego.

18              THE COURT:  Good morning.

19              THE WITNESS:  Good morning.

20              THE COURT:  Just raise your right hand and take

21      the oath.

22              Good morning.

23              (JACK SINUHE ALMAGUER-RAMIREZ, Government's

24      witness, sworn.)

25                            DIRECT EXAMINATION
```

```
 1    BY MR. MARTIN:

 2    Q.  Would you state and spell your full name, please.

 3    A.  Yes.  My name is Jack Sinuhe Almaguer-Ramirez.

 4    Q.  Could you spell that for us too.

 5    A.  Yes.  My first name is J-A-C-K.  My middle name is

 6    S-I-N-U-H-E.  My last name is A-L-M-G-U-E-R [sic].  My

 7    second last name is R-A-M-I-R-E-Z.

 8    Q.  Mr. Almaguer, are you comfortable testifying in English

 9    today?

10    A.  Yes.  I do.

11    Q.  And where are you from?

12    A.  I was born in Mexico City.

13    Q.  And how long have you lived there?

14    A.  I lived there from -- 1977 to 2001.

15    Q.  Where did you move after that?

16    A.  Sorry?

17    Q.  Where did you move after that?

18    A.  To Guadalajara.

19    Q.  When you were in Mexico City did you meet someone named

20    Raul Flores Hernandez?

21    A.  Yes.

22    Q.  Do you see him in this courtroom?

23    A.  Yes.

24    Q.  Can you, for the record, indicate where he is?

25    A.  Yes.
```

```
 1    Q.  Can you maybe say one thing that he is wearing?

 2    A.  (Pointing.)  He is there.

 3              MR. MARTIN:  Your Honor, for the record, can we

 4    speed this up and indicate that he has identified the

 5    defendant?

 6              THE COURT:  Could you describe what the person you

 7    have identified as Raul Flores-Hernandez is wearing, please?

 8              THE WITNESS:  Is what?  Sorry.

 9              THE COURT:  What is he wearing?

10              THE WITNESS:  Orange shirt, glasses, and white

11    undershirt.

12              THE COURT:  Let the record so reflect the witness

13    has identified the defendant.

14              MR. MARTIN:  Thank you.

15    BY MR. MARTIN:

16    Q.  Now, how did you meet Mr. Flores?

17    A.  How?

18    Q.  Yes.

19    A.  I meet him in 1997.  He was introduced to my stepfather.

20    Q.  Okay.  Where was this?

21    A.  I think it was in Mexico City.

22              THE COURT:  You say you met him through your

23    father?

24              THE WITNESS:  Yes.

25              THE COURT:  What do you mean by that?  Did your
```

1    father introduce you to him?

2             THE WITNESS:  Yes.  My stepfather.

3             THE COURT:  Stepfather?

4             THE WITNESS:  Yes.

5    BY MR. MARTIN:

6    Q.  What is your stepfather's name?

7    A.  Oscar Lopez Sanchez.

8             THE COURT:  Could you say that more slowly,

9    please.

10            THE WITNESS:  Oscar Lopez Sanchez.

11            THE COURT:  Proceed.

12   BY MR. MARTIN:

13   Q.  Why did your stepfather -- well, first of all, when had

14   your stepfather met Mr. Flores?

15   A.  The same year, 1997.

16   Q.  Do you know what the nature of their relationship was?

17   A.  Yeah.  They were start to do business.

18   Q.  Okay.  What kind of business?

19   A.  Drug business.  Drug-related business.

20   Q.  How do you know that?

21   A.  Because my dad told me, my stepfather told me.

22   Q.  What exactly did your stepfather do at the time?

23   A.  He was selling cocaine in small quantities.  So he was

24   growing up so far -- so fast, so he needs someone else to

25   grow the business.

1    Q.  When you say small quantities, what do you mean by that?

2    A.  Ten kilos maximum.

3              THE COURT:  How old were you in 1997?

4              THE WITNESS:  Sorry?

5              MR. COURT:  How old were you in 1997?

6              THE WITNESS:  Almost 20.

7    BY MR. MARTIN:

8    Q.  Okay.  And you say your father wanted to grow his

9    business?

10   A.  Uh-uhm.

11             THE COURT REPORTER:  Is that a yes?

12             THE WITNESS:  Yes.

13   BY MR. MARTIN:

14   Q.  Mr. Almaguer, when you answer questions, if you can do

15   it with a yes or no, instead of indicating --

16   A.  I got it.  Sorry about that.

17   Q.  It's just for the record.

18   A.  Yes, I understand.

19   Q.  Why would he be introduced to Raul Flores-Hernandez to

20   grow that business?

21   A.  I don't remember specifically why but I know, because my

22   stepfather told me, he was very well connected by that time.

23   Q.  And what do you mean by "well connected"?

24   A.  He could buy in bigger quantities.

25   Q.  Would buy what in bigger quantities?  Would buy what in

1    bigger quantities?

2    A.  Cocaine.

3    Q.  What kind of quantities did you understand that to mean?

4    A.  More than 50 kilos.

5    Q.  More than how many kilos?

6    A.  Fifty.

7    Q.  Okay.  So this is in 1997?

8    A.  Yes.

9    Q.  What happened after that between your stepfather and

10   Mr. Flores?

11   A.  I mean, they started to do good business together, and

12   the business grew up and grew up and grew up.

13   Q.  Okay.  So, starting out, what kind of business did they

14   start to do together?

15   A.  Sending the product to the U.S., send it here.

16   Q.  And again, when you say "the product"?

17   A.  Cocaine.

18   Q.  Cocaine.  How did they do that?

19   A.  Trailers, in fuel tanks.

20   Q.  Okay.  So by "trailers" you mean trailers that are

21   pulled behind trucks?

22   A.  Yes.

23   Q.  Okay.  How would they move -- how would they transport

24   cocaine in trailers that were pulled behind trucks?

25   A.  Hidden in the floor of the trailer.

1    Q.  So was it in a compartment in the floor?

2    A.  Yes.  A hidden compartment.

3    Q.  Okay.  How many kilos of cocaine could you put in these

4    compartments?

5    A.  100.

6    Q.  In each compartment --

7              MS. RHEE:  Objection, Your Honor.  Basis of

8    knowledge.

9              MR. MARTIN:  I am happy to round out the

10   foundation here.

11             THE COURT:  Yes.  Either you will do it or I will

12   do it.

13             MR. MARTIN:  Sure.  I will do it.  If it's

14   insufficient for you, you'll finish it off.

15             THE COURT:  So let's get to --

16   BY MR. MARTIN:

17   Q.  Mr. Almaguer, how do you know this?

18   A.  What?

19   Q.  That he was working with your father to transport

20   cocaine?

21   A.  Well, we went so many times to Guadalajara with him to

22   talk about this business that my stepfather shared this

23   information with me.  But, yes, we saw him many times in

24   Guadalajara to make all these plans.

25   Q.  Did you speak to Mr. Flores?

1    A.  Not directly, but I was there.  I was there in the

2    meetings or probably in the -- you know, in a meal or in a

3    dinner.  I was at the same table.

4    Q.  Just to be clear, were you physically present when they

5    spoke about moving cocaine?

6    A.  Yes.

7    Q.  Okay.  And is this also a time when they spoke about how

8    they were moving cocaine?

9    A.  Yes.

10   Q.  This is how you are aware of the methods they used to

11   transport cocaine?

12   A.  Yes.

13   Q.  Did you ever see cocaine?

14   A.  Yes.

15   Q.  When did you see cocaine?

16   A.  Well, the first time that I see cocaine was in 1994.

17   Q.  Okay.  And that wasn't Mr. Flores's cocaine, correct?

18   A.  That was -- indirectly, yes.  But my stepfather had a

19   provider prior to meet Mr. Flores.

20   Q.  Okay.

21   A.  But this provider was client from Mr. Flores.

22   Q.  All right.  After 1997, when --

23             THE COURT:  I'm sorry.  Could you say that again?

24             In 1994 --

25             THE WITNESS:  Yes.

```
 1                THE COURT:  -- when you first saw cocaine, it was
 2       your stepfather's cocaine; is that right?
 3                THE WITNESS:  Yes.
 4                THE COURT:  And your stepfather got that cocaine,
 5       you said, from a provider?
 6                THE WITNESS:  From a provider who was a client for
 7       Mr. Flores-Hernandez.
 8                THE COURT:  How do you know that?
 9                THE WITNESS:  Because this provider was the person
10       who introduced Mr. Flores to my stepfather.
11                THE COURT:  That was several years later, in 1997?
12                THE WITNESS:  No.  Just three years, several.
13                THE COURT:  Okay.  All right.  Proceed.
14       BY MR. MARTIN:
15       Q.  Okay.  So to be clear, when you first saw the cocaine in
16       1994, it wasn't cocaine that your father was working with
17       Mr. Flores on; is that what you are testifying?
18       A.  No.  No.  Not at that time.  No, no, no.  They started
19       to do business in 1997.
20       Q.  And then how are you aware of the specific transport
21       methods that Mr. Flores was using after 1997?
22       A.  Because I hear from them directly.  I spoke with
23       Mr. Flores once to see cutter [sic].  They wanted to buy
24       cutter to send to the U.S., but that was just the legal
25       business; it wasn't a legal business.  The real business was
```

1    the cocaine inside of the hidden compartment.

2    Q.  Okay.  So why would they discuss this in front of you?

3    A.  It was normal for them to talk about the business in

4    front of the family.  For them it's normal.

5                THE COURT:  You used the word "cutter."  What are

6    you talking about?

7                THE WITNESS:  Cows and bulls.

8                THE COURT:  Cattle?

9                THE WITNESS:  Yes.

10               THE COURT:  Not "cutter," cattle.

11               THE WITNESS:  Yes.

12   BY MR. MARTIN:

13   Q.  Cows and bulls, was that a legitimate product they were

14   sending to the United States?

15   A.  Yes.

16   Q.  Yes or no?

17   A.  Yes.

18   Q.  Were they also, in those loads of cows and bulls,

19   including cocaine in the trailer?

20   A.  Yes.

21   Q.  Okay.  Now, were there any other methods that Mr. Flores

22   used to send cocaine to the United States at that time?

23   A.  Yes, in fuel tanks and in vehicles.

24   Q.  Do you know how Mr. Flores used fuel tanks to send

25   cocaine?

1    A.   They prepared the fuel tanks, cut it in half.  Half of

2    the tank was cocaine, the other half was gasoline.

3    Q.   Okay.  Sorry.  I don't think I totally understood you.

4         So half was what?

5    A.   Cocaine, and the other half was filled with gasoline.

6    Q.   Okay.  How did they keep it separate?

7    A.   They opened the tank, the actual tank.  Then -- the half

8    that was filled with cocaine was covered with a special

9    treatment, then the other part was sealed.  We seal up on

10   the tank, and they weld the tank again and put it back in

11   the vehicle.

12             THE COURT:  Did you ever see them fix a tank --

13             THE WITNESS:  Yes.

14             THE COURT:  -- with compartments to hold cocaine?

15             THE WITNESS:  Yes.

16             THE COURT:  And when you say that they covered the

17   cocaine with a special material, what are you talking about?

18             THE WITNESS:  It's in a special component [sic].

19   The vasene [sic] and other stuff to avoid -- the gasoline

20   came into the hidden compartment -- right? -- to seal

21   perfectly the side of the actual fuel tank.

22             THE COURT:  So in the fuel tank the oil and the

23   cocaine were all in the same compartment.

24             THE WITNESS:  Yes, but the tank was divided in

25   two.  One compartment was completely sealed to receive the

1    fuel, the gasoline; and the other half was prepared to get

2    cocaine.

3    BY MR. MARTIN:

4    Q.  If you know, how many kilograms of cocaine could they

5    fit in one of those compartments?

6    A.  More than 20.  I don't have that fresh in my memory, but

7    more than 20.

8    Q.  Okay.  Do you know how often Mr. Flores and your father

9    were sending cocaine to the United States?

10   A.  No.  With those vehicles, probably once in a week with

11   those vehicles.

12   Q.  You are talking about the fuel vehicles?

13   A.  Yes.

14   Q.  What about in the trailers?

15   A.  In the trailers?  I don't know.  Probably once in a

16   month.

17   Q.  And what -- for how many years did they utilize these

18   two types of transportation?

19   A.  In the vehicles it wasn't long -- too long, because they

20   lost that way to send the cocaine because I think the border

21   patrol found one of those vehicles with the cocaine inside

22   of the fuel tank.

23           With the trailers, for years.  I really don't

24   know.  I can't recall.  I can't recall for how long.  Four

25   years, five years.

```
1    Q.   Okay.  So they started in 1997.  When did your father

2    stop working with Mr. Flores on sending cocaine to the

3    United States?

4    A.   Okay.  They never stopped.  I mean, not just stop.  My

5    stepfather introduced to Mr. Flores a guy from Veracruz.

6    And so when this guy started to make business with

7    Mr. Flores-Hernandez my stepfather was useless.  So they

8    just cut my stepfather and they started to do business.

9    They keep going with the business but not with the same

10   amounts or not so often, like before.

11   Q.   So to expand on that, who did your stepfather introduce

12   Mr. Flores to in Veracruz?

13   A.   A friend.  A friend of him.

14   Q.   A friend.  But what was the point of introducing him to

15   this friend?

16   A.   At that time he was managing shipments from Panama.

17   Q.   To where?

18   A.   To Mexico.

19   Q.   To Veracruz?

20   A.   Through Veracruz.

21   Q.   Why was he able to assist with managing shipments from

22   Panama to Veracruz?

23   A.   He had some special arrangement with Panama harbor and

24   with Veracruz harbor.

25                   THE COURT:  When you say he had a special
```

 1    arrangement, who are you talking about?

 2            THE WITNESS:  The guy that was introduced to

 3    Mr. Flores-Hernandez by my stepfather.

 4            THE COURT:  The Veracruz guy?

 5            THE WITNESS:  Yes.

 6            THE COURT:  Do you know that person's name?

 7            THE WITNESS:  Yes.

 8            THE COURT:  What was his name?

 9            THE WITNESS:  His name is Luis Leija.  I need to

10    remember the other last name.

11            THE COURT:  What was the first last name?

12            THE WITNESS:  Leija.

13            THE COURT:  L E --

14            THE WITNESS:  L-E-I-J-A.

15    BY MR. MARTIN:

16    Q.  Did Mr. Leija have any formal job in Veracruz?

17    A.  Yes, he owned a big ranch there.  I don't remember if

18    they were farming or cattling [sic].  I really don't

19    remember.

20    Q.  If you know, why did he have connections that would

21    allow him to import into that port at Veracruz?

22    A.  He was living there, but I don't know how that started,

23    no.

24    Q.  So when you say -- maybe to clarify, when you say that

25    he had connections in Veracruz that allowed him to import

1    into Veracruz, what do you mean by that?  Who did he have

2    connections with?

3    A.  Customs and -- customs, police, harbor manager.  He was

4    bribing all the people.

5    Q.  Again, you are talking about the man -- Mr. Leija?

6    A.  Yes.

7    Q.  Is it necessary to bribe people to move large shipments

8    of cocaine into Mexico?

9    A.  Yes, of course.  Everybody wants a piece.  Everybody

10   wants a cut.

11   Q.  Did Mr. Flores bribe anyone?

12   A.  I really don't know.  I really don't know if he was

13   involved with that because -- it's like a company; you are

14   taking care of this department; you are taking care of this

15   department; you are taking care of this department.  Right?

16   So Luis Leija was in charge of that department.

17         But you asked me if my stepfather and Mr. Flores

18   was involved to giving money to Mr. Leija to bribe the

19   harbor guys, yeah, probably.  For sure.

20   Q.  Aside from Mr. Leija, did -- well, if you know, did you

21   ever see Mr. Flores with government officials?

22   A.  Yes.

23   Q.  Okay.  And do you know whether he was working with

24   government officials in order to move cocaine?

25   A.  Yes.  I mean, he mentioned that at his house.  This guy

1    is coming from Bolivia; this guy is coming from Colombia to

2    see me and talk about this, about that.

3    Q.  Okay.  Do you know any of the officials in Mexico who

4    worked with Mr. Flores?

5    A.  I mean, the actual governor from Jalisco, I saw him many

6    times at his home.

7    Q.  At whose home?  At whose home?

8    A.  Mr. Flores.

9    Q.  What was his name?

10   A.  His last name is Alfaro.

11   Q.  His last name is -- excuse me?

12   A.  Alfaro.

13   Q.  Alfaro?

14   A.  Yes.  He is the actual governor from Jalisco right now.

15   Q.  At the time when you saw him, what was his position?

16   A.  At that time, he was only a Alfarito, little Alfaro --

17   right? -- Alfarito was doing all kind of stuff, like

18   bringing food --

19            MS. RHEE:  Your Honor, I don't understand.  I

20   don't understand --

21            THE COURT:  Could you -- Mr. Almaguer, could you

22   please move the microphone.

23            THE WITNESS:  Like that?

24            THE COURT:  Speak slowly --

25            THE WITNESS:  Yes.

```
 1                THE COURT:  -- and as clearly as possible.  I,
 2      too, am having trouble understanding you.
 3                THE WITNESS:  Okay.
 4                THE COURT:  So you have to speak slowly and very
 5      clearly.  Do you want to go back over that because I didn't
 6      understand it, just like Ms. Rhee.
 7      BY MR. MARTIN:
 8      Q.  If you could expand on Alfaro --
 9                THE COURT:  No.  Let's go back.
10                You said that you saw a guy from Bolivia and a guy
11      from Colombia --
12                THE WITNESS:  Yes.
13                THE COURT:  -- at Mr. Flores-Hernandez's house.
14      Did you say that?
15                THE WITNESS:  Yes.  Yes.
16                THE COURT:  Do you know anything about who the guy
17      from Bolivia or the guy from Colombia --
18                THE WITNESS:  They were members of the military.
19                THE COURT:  They were --
20                THE WITNESS:  Members.
21                THE COURT:  -- military personnel?
22                THE WITNESS:  Yes.
23                THE COURT:  How do you know that?
24                THE WITNESS:  Because he told us.
25                THE COURT:  Did you meet these two individuals?
```

```
 1                    THE WITNESS:  I was there.  I was in the same
 2       place.
 3                    THE COURT:  Were they wearing uniforms?
 4                    THE WITNESS:  No, of course not.
 5                    THE COURT:  Do you know whether they were
 6       low-ranking people or high-ranking people in the Bolivian
 7       and/or Colombian military?
 8                    THE WITNESS:  I don't know.  Other person are from
 9       the Bolivian government.  He mentioned there were high-rank
10       officials.
11                    THE COURT:  Government officials or military
12       officials?
13                    THE WITNESS:  Military.
14                    THE COURT:  Proceed.
15                    And when was that?  Do you remember?
16                    THE WITNESS:  Those were in the early 2000s.
17                    THE COURT:  When was it that you saw Mr. Alfaro
18       who was a government official in Jalisco at the defendant's
19       home?
20                    THE WITNESS:  At the same time.  So many times.
21                    THE COURT:  It was in the early 2000s?
22                    THE WITNESS:  Yes.
23                    THE COURT:  Do you know how to spell Mr. Alfaro's
24       name?
25                    THE WITNESS:  Alfaro is his last name.  I don't
```

1    have the first name in my head right now but you can -- it's

2    the actual governor for Jalisco right now.  It's A-L-F-A-R-O.

3             MS. RHEE:  Your Honor, I understand that my client

4    is having trouble hearing.

5             THE COURT:  Thank you for bringing that to my

6    attention.  It may be that the battery ran out.  We'll try

7    another headphone.

8             Alfaro -- could you spell that again, please.

9             THE WITNESS:  A-L-F-A-R-O.

10            THE COURT:  Alfaro.  Got it.  All right.  Please

11   proceed.

12            MR. MARTIN:  Your Honor, I have the Wikipedia page

13   for someone named Enrique Alfaro Ramirez that refers to him

14   as the governor of Jalisco.

15            Would the Court take judicial notice of that if we

16   were to submit this at a later time?

17            THE COURT:  Okay.  Possibly.

18            MR. MARTIN:  For what it's worth.

19            THE COURT:  Let's proceed.

20   BY MR. MARTIN:

21   Q.  Now, when you saw Mr. Alfaro, he was not the governor of

22   Jalisco?

23   A.  No.

24   Q.  Do you know what his position was at the time?

25   A.  He was already an attorney, a lawyer.  I am not exactly

1    know what he was doing at that time for them, but he was

2    their, like, errand boy.  In my opinion, he was just an

3    errand boy.

4    Q.  Okay.  Did he work for the government at the time?

5    A.  I don't think so.  Probably yes, but I am not sure.  I

6    am not sure.

7    Q.  When you say errand boy -- first of all, what do you

8    mean by an "errand boy"?

9    A.  Just doing errands.  Please bring us this; please bring

10   us that; food, beverage, buy some cigars.

11   Q.  Okay.  Did he help them in any way with their business?

12   A.  That I recall, I don't know.  He was trying to make it

13   through, you know, go -- go in the stairways of the...

14   Q.  How could Mr. Flores help him with that?

15   A.  Sorry?

16   Q.  How could Mr. Flores help him with that?

17        MS. RHEE:  Objection, Your Honor.  Speculation.

18        THE COURT:  I don't understand what the stairway

19   is.

20   BY MR. MARTIN:

21   Q.  When you say that there was a stairway, do you mean that

22   he was -- well, what do you mean by that?

23   A.  Climbing into the organization, winning more important

24   positions.

25        THE COURT:  So what you are saying is that in the

1    early 2000s this Mr. Alfaro was trying to get a bigger

2    position?

3              THE WITNESS:  Yes.

4              THE COURT:  And a bigger position within the

5    Jalisco cartel, within drug dealing generally?  Bigger

6    position in what?

7              THE WITNESS:  With Mr. Flores organization.

8              THE COURT:  Mr. Flores-Hernandez's organization?

9              THE WITNESS:  Yes.

10             THE COURT:  What was the name of that

11   organization?

12             THE WITNESS:  Doesn't have a name.

13             THE COURT:  All right.

14   BY MR. MARTIN:

15   Q.  Aside from the people from South America that you talked

16   about -- Mr. Alfaro -- did you ever see Mr. Flores with any

17   other individuals from the government in Jalisco or the

18   government of Mexico?

19   A.  Just his nephew, local deputy, local senator.

20   Q.  What was his nephew's name?

21   A.  He was running for the local government position at that

22   time.

23   Q.  Do you remember his nephew's name?

24   A.  No.  It's also "Flores," but I really don't remember his

25   first name right now.

1  Q.  Were there any other -- other than them, were there any

2  other officials that Mr. Flores was familiar with or that

3  you saw at his house?

4  A.  Not that I recall right now.

5  Q.  Okay.  Now, you were living in Mexico City and your

6  father met Mr. Flores.  Did you eventually move with your

7  family?

8  A.  Yes.

9  Q.  Where did you move to?

10  A.  To Guadalajara, in 2001.

11  Q.  Okay.  What did you do in Guadalajara when you moved?

12  A.  I started college there, and I started my own business

13  also.

14  Q.  What did your dad do when he moved there?

15  A.  Exporting cocaine.

16  Q.  Was he exporting cocaine with Mr. Flores?

17  A.  Yes.  That's why we moved to Guadalajara, to stay closer

18  to him.

19  Q.  So after you guys moved to Guadalajara, what happened

20  with the cocaine business after that?

21  A.  Again, please.

22  Q.  After you, your family, including your father --

23  stepfather -- moved to Guadalajara, what happened with the

24  cocaine business with Mr. Flores?

25  A.  As I told you, he met Luis Leija.  My dad became not an

1    important person in the organization so my dad took a

2    separate way.

3    Q.  So at that point --

4            THE COURT:  So your father did what?  Could you

5    say that again.  I didn't understand that.  Your father --

6            THE WITNESS:  Began separate ways.

7            THE COURT:  Okay.  Took -- did your father stay in

8    the cocaine business?

9            THE WITNESS:  No.

10           THE COURT:  Okay.  Your father left the cocaine

11   business?

12           THE WITNESS:  No, no, no.  Just they don't -- they

13   took separate ways.  My stepfather continued with his

14   business, with his own organization; and then Mr. Flores

15   also with his own business, but in his own way, in a

16   different way.

17           THE COURT:  Okay.  All right.

18   BY MR. MARTIN:

19   Q.  And what year was this?

20   A.  What year was this --

21   Q.  When they went separate ways?

22   A.  Around 2004, probably.

23   Q.  Okay.  So you moved to Guadalajara in 2001.  Between

24   2001 and 2004 did they continue to --

25   A.  Yes.

1    Q.  -- transport cocaine?

2    A.  Um-hum.

3    Q.  Did they use the same methods that they had been using

4    with the trailers?

5             MS. RHEE:  Objection.  Leading.

6    A.  Yes.

7             THE COURT:  Overruled.

8    BY MR. MARTIN:

9    Q.  So yes was your testimony?

10   A.  Yes.

11   Q.  Did they start transporting in any other way or did they

12   continue doing the exact same thing?

13   A.  I am trying to remember, but it doesn't come to my mind

14   now any other way.  They were always looking for different

15   methods because it's just -- it's just a cycle.  It can't be

16   one way always because police or a snitch or something is

17   going to happen so they need to continue to find different

18   ways.

19   Q.  After they separated in the business, did they remain

20   close in their personal life?

21   A.  Yes.  Completely.

22   Q.  Okay.  After that point, did you still spend time with

23   the family?

24   A.  Yes.  Yes.  We were still close.  Our families still

25   being so close.

1    Q.  For instance, what is your relationship with the Flores

2    family?

3    A.  His son, Raul Flores, Junior, is godfather of my son.

4    He's godfather of my son, and he was one of my best friends.

5    Q.  Do you know any of the other family members?

6    A.  Yes.  All of them.  All of them.  His daughters, the

7    other boys, his wife, his mother when she was alive,

8    cousins, sisters.  All the family.  We went to so many

9    parties with the Flores family.

10   Q.  And did your father continue to have a relationship?

11   A.  Yes.  They are still close.  My father was his best man

12   at his wedding.

13   Q.  Do you believe that your stepfather still has a

14   relationship with Mr. Flores?

15   A.  Absolutely.

16   Q.  In fact, has your stepfather -- have you talked to your

17   stepfather about the fact that you are coming here to

18   testify in a case about Mr. Flores?

19   A.  Yes.  He sent me a text message a couple of weeks ago.

20   Q.  What did he say?

21   A.  Remember your values, remember your loyalties.  Don't

22   forget you're a man, something like that.

23   Q.  What do you take that to mean?

24          MS. RHEE:  Objection.  Relevance.

25          THE COURT:  Overruled.

1          THE WITNESS:  He tried to convince me with that

2     text message to not to come and testify.

3     BY MR. MARTIN:

4     Q.  He's trying to convince you to what?

5     A.  To persuade [sic] me to come here and testify.

6     Q.  He wants you to come and testify?

7     A.  No.  He tried to persuade me.

8     Q.  He wants --

9     A.  To avoid.

10    Q.  Okay.  Why would he not want you to testify?

11    A.  Because he is his friend.

12    Q.  Is this difficult for you?

13    A.  It's difficult to me?

14    Q.  Yes.

15    A.  Kind of.

16    Q.  Why would it be difficult for you to testify in a case

17    against Mr. Flores?

18    A.  Because I grew up with them.

19          THE COURT:  Have you talked to Raul

20    Flores-Hernandez, Junior, about the fact that you are

21    testifying here today?

22          THE WITNESS:  No.

23          THE COURT:  Does he know, if you know?

24          THE WITNESS:  I mean, I don't have any proof, but

25    I am sure he knows.

```
1    BY MR. MARTIN:
2    Q.  When is the last time you spoke with Mr. Flores, with
3    Raul Flores, Junior?  I mean, if you remember.  You can
4    estimate.
5    A.  2018.
6    Q.  2018?
7    A.  Yes.
8    Q.  Now, during this time when your family is separated in
9    business but continued to interact socially --
10   A.  Yes.
11   Q.  -- did you continue to talk about business with the
12   family?
13   A.  Yes.
14   Q.  Okay.  And what did you learn about what was happening
15   after this 2004 period?
16   A.  Well, from time to time, I mean, my stepfather and the
17   rest of my family go -- went back to Mexico City.  But I
18   stayed at Guadalajara because I get married; I continued
19   with my business; I continued with my family.
20            From time to time, when I saw my stepfather, he
21   saw me so many times they still doing business.  Not as
22   before, but still doing business.
23            THE COURT:  What was your business in Guadalajara?
24            THE WITNESS:  I opened up a bar.  And I was a
25   student; I was in college.
```

```
 1              MR. MARTIN:  Your Honor, can our agent be
 2      excused --
 3              THE COURT:  I'm sorry?
 4              MR. MARTIN:  -- from the courtroom?
 5              MR. HANDRICH:  If I may, Judge.
 6              The agent has an obligation, he has to go down to
 7      the cell block.  We just want to ask if he can be excused
 8      for a period of time.
 9              THE COURT:  Yes.  Yes.
10              You don't have to ask my permission for that.
11              MR. HANDRICH:  Sorry.
12              THE COURT:  I just want to make sure there is
13      someone here from the government who is talking, and that
14      that person stays here.  Everyone else can do as they like.
15              MR. MARTIN:  I will stay here until further
16      notice.
17      BY MR. MARTIN:
18      Q.  And what else did they talk about when they talked about
19      the business going forward in 2004?
20      A.  As I told you, they continued with the business.  Not as
21      often as before, but they continued with the business.
22              From time to time, when I talk with my father
23      or -- he told me:  We are doing this or we are doing that.
24      Not -- I didn't know so much at that time, but they
25      continued with the business.
```

```
 1    Q.  Did your father ever ask you to help him with the
 2    business after this?
 3    A.  Yes.  From time to time I went to Mexico to help him.
 4    Q.  When you say "Mexico," you mean Mexico City?
 5    A.  Mexico City, yes.  Mexico City.
 6              From time to time, I went to Mexico City to help
 7    my father with the business, yes.
 8    Q.  Did you at any point after this travel with Mr. Flores?
 9    A.  No.  No.  Just that time back in the late '90s when we
10    went to see the cutter.
11    Q.  To see the --
12              THE COURT:  Cattle.
13              MR. MARTIN:  Cattle.
14              THE WITNESS:  The cattle.  Sorry.
15              THE COURT:  Not "cutter," cattle.
16              MR. MARTIN:  Cattle.  Very good.
17    BY MR. MARTIN:
18    Q.  Did you help either Mr. Flores or your father in Morelos
19    in 2012?
20    A.  No.  That was before.  That was in the early 2000s when
21    I drive with him to see the cattle.
22    Q.  Okay.  So that's what you are talking about?
23    A.  Yes.
24    Q.  In this time between, I guess, 2004 and -- well, when is
25    the next time you actually saw Mr. Flores himself after
```

1    2004?

2    A.  I saw him many times in parties at his home, in reunions

3    at his home.  I visit him with my stepfather:  Please come

4    with me, let's meet Raul, he is waiting for us; spend a

5    couple of hours there.

6    Q.  Okay.  And did you help either your father or Mr. Flores

7    with their money?

8    A.  Yes.  Yes.  Back in -- I think that was in 2011, 2012, I

9    went to Mexico City to help -- to my father, because one of

10   his guys was absent.  So he called me to go there and help

11   him with --

12   Q.  What did you do?

13   A.  They were collecting money.  They were collecting money,

14   lots of money.  And I ask my father:  Who is this money?

15   And he said it's Raul.

16   Q.  And by "Raul" he meant Mr. Flores?

17   A.  Yes.

18   Q.  Do you know how much -- first of all, tell me what you

19   were doing.  You say you saw a lot of money.  What

20   specifically was happening?

21   A.  So we had a little warehouse and the warehouse has some

22   rooms.  In many of the rooms were in many sport bags with

23   big amounts of money, dollars, bills, 20s, 50s, 100s.

24   Q.  What were you doing with that money?

25   A.  Then a pickup truck with a flatbed arrived, and we

1    started to load in it.

2    Q.  Were you personally -- did you personally see the money?

3    A.  Yes.  Yes.

4    Q.  Did you personally load the money?

5    A.  Yes.

6    Q.  All right.  So describe -- what kind of -- were you just

7    loading the money -- by the way, what kind of currency is

8    this?

9    A.  Dollars, U.S. dollars.

10   Q.  U.S. dollars.  Were you just loading the currency

11   into -- straight into the pickup truck or was it in other

12   containers?

13   A.  No.  Directly into the flatbed.  In a compartment inside

14   of the flatbed, a hidden compartment.

15   Q.  Okay.  It's hard to approximate this.  But when you are

16   looking at it, are we talking a stack of money that's six

17   inches tall or are we talking lots of stacks of money?

18   A.  Those were -- the packages were in the amount of

19   10,000s.

20   Q.  How did you know that?

21   A.  Because it was like a rule.  Right?  It was like a rule

22   because it's easier to count them in bigger amounts, in

23   thousands, in 10,000s, 10,000, 10,000.  So you are -- if you

24   have ten packages of 10,000 you have 100.  So it's 100, 100,

25   100,000, 100,000, until a million, and continue and goes.

```
 1              THE COURT:  Mr. Almaguer, when you went to the
 2    warehouse did you see the money already packaged?
 3              THE WITNESS:  Yes.  I went there for the whole
 4    week.  They were counting money and preparing these
 5    packages.
 6              THE COURT:  So you were there for a whole week,
 7    you said, working in this warehouse?
 8              THE WITNESS:  Yes.
 9              THE COURT:  And during that time other people were
10    there?
11              THE WITNESS:  Yes.
12              THE COURT:  And those were other workers of your
13    stepfather?
14              THE WITNESS:  Yes.
15              THE COURT:  And what were they doing?
16              THE WITNESS:  Counting.  Counting money.  Counting
17    money, bill by bill.  My stepfather doesn't like the
18    counting machines, and it was bill by bill, facing up.
19              THE COURT:  And then, once they counted bills,
20    what would they then do with the stack of bills?
21              THE WITNESS:  They put it back in the sport bags
22    and --
23              THE COURT:  In the what?
24              THE WITNESS:  In the sport bags.
25              THE COURT:  Sport bags?
```

1          THE WITNESS:  Yes.

2          THE COURT:  Would they bundle them in any way?

3          THE WITNESS:  No.  They were just in the rooms, in

4    the rooms of the warehouse.

5          THE COURT:  Okay.

6    BY MR. MARTIN:

7    Q.  Did your stepfather tell you how much money it was?

8    A.  Yes.  It was 14 million, I believe.  15 million.

9    Q.  Is that an approximation?

10   A.  I am doubtful [sic] -- it was between 14 and -- I know

11   it maybe sounds weird, but it was between 15 and 17 million.

12   But I am pretty sure it was 14 million.

13   Q.  And do you know whose money this was?

14   A.  Yes.  My stepfather told us let's get done -- ready

15   quickly because -- he mentioned Chicklin (phonetic) was one

16   of the nicknames of Mr. Flores workers.  So let's get ready

17   quickly because Chicklin is coming for the vehicle.

18   Q.  And what was your understanding when Chicklin came?

19   What was going to happen?

20   A.  Chicklin was going to pick up the truck and deliver it

21   to Mr. Flores.

22          THE COURT:  Did you get paid for your work that

23   week?

24          THE WITNESS:  Did I get -- not really, Your Honor.

25   It was my family business so not really.  I wasn't in the

1    payroll per se.  It was for my stepfather's business.

2           It's like when your dad has a convenience store

3    and you go for two or three hours and help him or stay, and

4    then go back home.  You are not expecting any payment, at

5    least not me.

6           THE COURT:  Did your stepfather help give you

7    funds to start your own bar business?

8           THE WITNESS:  No.  I sold my car.  I sold my car

9    to start that bar at that time.

10          THE COURT:  Okay.  Proceed.

11   BY MR. MARTIN:

12   Q.  Do you know what that cash, that 14 to $17 million, was

13   from?

14   A.  Yes.  It was the profit.

15   Q.  From what?

16   A.  From selling cocaine.

17   Q.  How do you know that?

18   A.  Because that was their business; they weren't doing

19   anything else.

20   Q.  It couldn't have been profit from falluca or some other

21   business?

22   A.  Falluca?  No.

23   Q.  So as far as you are aware, was cocaine Mr. Flores's

24   only business?

25   A.  Yes.

1   Q.  Do you know once Chicklin -- by the way, do you know

2   Chicklin's real name?

3   A.  No.  No, I don't know his name.  He was always Chicklin.

4   He was always Chicklin.

5   Q.  What did Chicklin do for Mr. Flores?

6   A.  Like everything.  A little bit of everything.

7   Q.  Do you know what he was going to do with that cash after

8   he picked it up?

9   A.  Not really.  I think just deliver and pay to -- I really

10  don't know.

11  Q.  So you know that there was a lot of cash there.

12          Do you know what Mr. Flores did with cash after he

13  got it?

14  A.  It's a chain.  You receive the profit from yourselves

15  and you need to pay your providers and your bills, or

16  whatever.  It's just another business, the way that I see.

17  It's another business.

18  Q.  Do you have any idea how Mr. Flores paid his providers?

19  A.  At that time everything was in cash.  At that time

20  everything was in cash.  Everything in cash.

21  Q.  Did Mr. Flores ever, that you are aware of, own any

22  businesses?

23  A.  Did what?

24  Q.  Did Mr. Flores own any businesses that you are aware of?

25  A.  I mean, they own a venue in Guadalajara.  A venue, a

1    concert hall.

2    Q.  A concert hall?

3    A.  Yes.  And a casino.  I don't know if that belongs to

4    Mr. Flores or Junior.

5            I know about a soccer team in Bolivia; I know

6    because one of my friends was a player from that team.  I

7    can't recall other business.

8    Q.  Did they own that soccer team in Bolivia for the purpose

9    of transporting drug proceeds?

10   A.  I am not sure.

11           I mean, I know about this team because, as I told

12   you, one of my friends was a soccer player there, and he

13   told me he was there.  I say, Okay, why are you there?

14   Because Mr. Raul send me there to play.

15   Q.  Are you aware of any method that Mr. Flores used to

16   either transfer funds other than cash or to conceal funds?

17   A.  To conceal funds?  Listen, it's -- in this business it's

18   well-known, the changos [sic].

19   Q.  Can you explain that?

20   A.  Yes.

21           So let's say one person has money here in the

22   U.S., okay, and another person has money to sell something

23   in Colombia; the guy in Colombia needs to buy legit

24   merchandise in the U.S. but it will cost a lot because all

25   of the taxes and everything to send that money in a

1    legitimate way to the U.S. to buy his merchandise.  So the

2    drug dealer has the profits of his business in the U.S.  So

3    they have an intermediate guy or legitimate guy that:  I

4    have the money that you need in the U.S., you can use it to

5    buy your merchandise, and I need the money that you have in

6    Colombia to buy again more product.  So they just swap the

7    money and get clear.

8    Q.  Are you aware of whether Mr. Flores used that --

9    A.  Everybody was -- is doing that kind of method.

10   Q.  Do you know if Mr. Flores used soccer teams in a similar

11   way?

12   A.  I mean, I am not -- I am not aware of that.  I am not

13   sure.  But probably yes because it's well-known that you

14   send a player to a team and you sell that player for

15   $10 million, but it's not; that player is only 2 million and

16   the other 8 million will be clear, right?

17   Q.  Directly from Mr. Flores's mouth did he ever tell you

18   how much cocaine he was moving into the United States?

19   A.  No.

20   Q.  Did he ever tell you how much -- you described the load

21   sizes that he was moving in trailers.  Is that information

22   you got from him or just from listening in at dinners with

23   your father?  How did you get that information?

24   A.  Directly from my stepfather and also from -- to be in

25   the same -- in the same room, at the same table at dinner.

1    Q.  So you heard them talking about it?

2    A.  Um-hum.  Yes.

3    Q.  After this time in 2012, do you know when you next saw

4    Mr. Flores?

5    A.  Who me?

6    Q.  Yes.

7    A.  The last time that I saw him was at one of his birthday

8    parties.

9    Q.  Do you remember when approximately that was?

10              First of all, do you know what year it was?

11   A.  I think that was 2015 or '16.

12   Q.  Do you remember approximately the time of year or the

13   month?

14   A.  It was in his birthday, on his birthday.

15   Q.  Can you describe approximately where it was?

16   A.  It was outside of Guadalajara metropolitan area.

17   Q.  Do you know the name of the town?

18   A.  It was close to a town named Santanita.

19   Q.  Can you describe going to this party?

20              Let's back up.  Who invited you to the party, if

21   you remember?

22   A.  I don't remember if he or Junior?

23   Q.  Do you remember what method was used to invite you to

24   the party?  Was it word of mouth?

25   A.  I was in Guadalajara that week visiting my mother-in-law

1    and I -- no, no, no.

2              Yes.  My father-in-law died that week so I asked

3    them for a car for my wife --

4    Q.  You asked who?

5    A.  Huh?

6    Q.  You asked who for a car for your wife?

7    A.  Yes.  I asked them for a car for my wife.

8    Q.  Who did you ask?

9    A.  To Junior.

10   Q.  Okay.  Sorry.  Go on.

11   A.  Yes.  I think Junior:  Hey, my dad's birthday party is

12   coming.  Why don't you come?  Please bring your mother and

13   your wife and everything.  And I said:  Yes, we will be

14   there.  But my mother didn't make it, and it was only me and

15   my wife.

16   Q.  So did you actually go to the party then?

17   A.  Um-hum.

18   Q.  Can you describe -- did you drive to the party?

19   A.  Yes.

20   Q.  Can you describe what it was like arriving there?

21   A.  I mean Santarita is like an old town.  It's like in the

22   country, like those old movies from Mexico, a lonely town.

23   They were -- we found some police cars trying to see who is

24   who, who is what.

25             That day we arrived to the party, it was all

1    crowded.  It was a huge, huge party, probably 500 guests

2    with a big stage and lots of food, lots of people.

3    Q.  Where did you see the police cars?

4    A.  What's that?

5    Q.  Where did you see the police cars?

6    A.  Outside the party, on the streets.  The streets.

7    Q.  Do you know why they were there?

8    A.  Maybe they were doing security, security posts.

9    Q.  Was there any other security at the party?

10   A.  Not the uniforms, but civilians watching everything,

11   yes.

12   Q.  How do you know they're security if they're civilians

13   and not in uniform?

14   A.  Because in another party, three or four years before

15   that, there was -- suddenly the police came into that party,

16   so probably they want to be aware this time.

17   Q.  Okay.  But you say you saw other people guarding the

18   party that were civilians.  How do you know they were

19   guarding the party and not just guests at the party?

20   A.  If you see them you know.  If you see them -- if you see

21   them you know they are not guests.

22   Q.  Did they have weapons?

23   A.  They were always using a cross bag, and inside of the

24   bag, for sure, there would be a firearm.

25   Q.  Okay.  You said there were around 500 people at the

1    party.  Did you see anyone there other than Mr. Flores?  Was

2    there anyone else at the party you knew?

3    A.   Yeah.  So many friends.  So many friends, and other

4    members of the family and -- family, friends of family, and

5    associates.

6    Q.   What do you mean by "associates"?

7    A.   I mean other members of another organizations.

8    Q.   Again, by "organizations," what do you mean?

9    A.   Cartels.  Other members from another cartels.

10   Q.   Who did you see that you knew were members of cartels?

11   A.   One of the members of those cartels was a very close

12   friend of my dad, but at that time he was working with that

13   cartel.  So that's why I know him and I know he was working

14   with them; it was part of that cartel.

15   Q.   Who was that?

16   A.   The cartel?

17   Q.   Yes.

18   A.   The Filipinis.

19   Q.   Who are the Filipinis?

20   A.   They are from Michoacán, Michoacán state.  They were

21   there.

22   Q.   They are from Michoacán.  What did they do?

23   A.   The Filipinis?

24   Q.   Yes.

25   A.   They were well known for selling drugs also, and they

1    were doing that.  I mean, it is well-known in Mexico.

2    Q.  Okay.  Which of the Filipinis -- is this a family, the

3    Filipinis?

4    A.  It's a family, yes.

5    Q.  Which of the Filipinis was at this party?

6    A.  There were, like, the four most important members of the

7    family.

8    Q.  Do you remember their names?

9    A.  No.

10   Q.  Were there any other members of cartels or drug

11   trafficking organizations at this party?

12   A.  Yes.  But I don't know if they are part of any

13   organizations.

14   Q.  Okay.  Who else was at the party?

15   A.  Other associates of Mr. Flores.

16   Q.  Was anyone there from -- that provided -- was there

17   anyone there that provided drugs to Mr. Flores?

18   A.  I am not sure if there was guys from South America, but

19   I think yes.  I mean, it was 15 years ago.

20   Q.  I realize it was several years ago.  But to the best of

21   your recollection, were there people from South America that

22   sold Mr. Flores drugs there?

23   A.  Yes.

24   Q.  How did you know that that is who they were?

25   A.  Because I meet them from before so they were again

1   there.

2   Q.   Where had you met them before?

3   A.   In other parties; in other meetings at his home.

4   Q.   Okay.  How did you know that they were sources of supply

5   for Mr. Flores?

6   A.   Because he mentioned that to my stepfather and my

7   stepfather told me, or probably he mentioned that to some

8   people around him at that time when he introduce these guys

9   to us.

10  Q.   Okay.  Was there anyone else at this party that was

11  involved in any way in the drug business that you remember?

12  A.   Many of them.  I mean --

13  Q.   Anyone in particular that you remember as you sit here?

14  A.   No.

15  Q.   Okay.  So this party occurred in 2015.  At that point

16  were you already cooperating with the United States

17  government?

18  A.   Yes.

19  Q.   Okay.  Can you describe how you came to start

20  cooperating with the DEA?

21  A.   Yes.

22  Q.   Go ahead.

23  A.   My dad was -- my stepfather was in prison at that time.

24  So I was trying --

25  Q.   Which time is this?  I'm sorry.  If you can, tell us

 1    when it was.

 2    A.  He was arrested December -- 2014.

 3    Q.  Okay.

 4    A.  So I was trying to look for a solution for him.

 5            So I thought if I reach the agency probably I

 6    could help him to get out of there -- if he cooperate with

 7    you to get someone else instead of him.

 8    Q.  Where was your father in prison, was it in Mexico?

 9    A.  Yes, in Mexico.

10    Q.  And when you say "the agency," are you referring to the

11    DEA?

12    A.  Yes.

13    Q.  What did you do next?

14    A.  Well, I exposed what I had at that time.  I was -- I

15    knew a girl that was money laundering, and I talk about that

16    girl.  And -- but they say:  We're not interested in that

17    girl -- so we could not help with that -- for your father.

18    We are not sure if your stepfather cooperate with us.

19            So then when I was arrested -- I was arrested in

20    2019 for a fraud case.  And they say:  We don't need that

21    girl, but probably you know a person that we need.  And it

22    was --

23    Q.  Let's back up.  How did you even get in touch with the

24    DEA?

25    A.  A friend of mine was cooperating with the agency already

 1   so she came with that scenario for me.  So I said, okay, why

 2   not; let's try it.

 3   Q.  And that's how you reached out to try to contact the

 4   DEA?

 5   A.  Yes.

 6   Q.  Do you remember approximately when you first met with

 7   him?

 8   A.  Who?

 9   Q.  With the DEA.

10   A.  It was in Guadalajara at the beginning of 2015, probably

11   in January, February.

12   Q.  Do you remember who you met with?

13        You met with DEA agents?  Not names, but do you

14   remember you met with DEA agents?

15   A.  Yes.

16   Q.  Did you have further meetings later that year?

17   A.  That what?

18   Q.  Did you have more meetings in 2015 with the DEA --

19   A.  Yes.

20        THE COURT:  Let me stop you for a second.

21        Your stepfather had been arrested and was in

22   prison in Mexico.  Do I understand that correctly?

23        THE WITNESS:  Yes.

24        THE COURT:  Was your father -- stepfather arrested

25   on Mexican charges or on U.S. charges?

1              THE WITNESS:  Mexican charges.

2              THE COURT:  Okay.  Were you or your father

3      expecting that he might face U.S. charges and be extradited

4      to the U.S.?

5              THE WITNESS:  No.

6              THE COURT:  So if your stepfather was arrested on

7      Mexican charges, why did you decide to reach out to a United

8      States law --

9              THE WITNESS:  Because the charges was -- several,

10     were a lot.

11             THE COURT:  Say that again.

12             THE WITNESS:  The charge -- the charge was

13     several, several charges.

14             THE COURT:  Several charges?

15             THE WITNESS:  Yes.  At that time -- I don't think

16     he would make it at that time, so I was desperate about his

17     situation because --

18             THE COURT:  Why would you go to federal U.S. --

19     why would you go to an American law enforcement agency

20     rather than a Mexican law enforcement agency to deal with

21     Mexican charges?

22             THE WITNESS:  Because his relationship with so

23     many people probably, I thought -- I was desperate.  I

24     thought probably it could help them to get some info or

25     something about any big guy, and they will help to get out

1    of there -- and why not to bring him to the U.S. and live

2    with me.  I really miss him a lot.  I haven't seen him since

3    that, since 2018 [sic].

4              THE COURT:  All right.

5    BY MR. MARTIN:

6    Q.  All right.  So you went to DEA in 2014, you started

7    working then in 2015.  What -- do you live in the

8    United States now?

9    A.  Yes.

10   Q.  When did you move to the United States?

11   A.  January 2015.

12   Q.  Were you allowed to move to the United States because

13   you were cooperating with DEA?

14   A.  No.  No, I --

15   Q.  Why were you allowed to move to the United States?

16   A.  I came here because I wanted at that time to invest.  My

17   plan was to buy a gas station.

18   Q.  Okay.  Did DEA help you with immigration?

19   A.  No.

20   Q.  They didn't help you?

21   A.  No.  I came with my B-2 -- B-1, B-2 visa.

22   Q.  Okay.  So since then, what -- well, what benefits have

23   you received for coming forward to cooperate with the DEA?

24   A.  Just to stay here, be safe.  I am almost a citizen, I

25   just don't have the right to vote yet.

1    Q.  Okay.  So to stay here -- so initially you came here on

2    your own.  But has the DEA helped you have the right to stay

3    in the United States?

4    A.  Yes.

5    Q.  Okay.  Has the DEA also helped your family stay in the

6    United States?

7    A.  Yes.

8    Q.  What specifically has the DEA done to help your family?

9    A.  We're under deferred action so we don't need a visa to

10   stay here.  We're allowed to work, to study.  We are allowed

11   to do almost everything, just not to vote.

12   Q.  As you understand it, you are allowed to do all of these

13   things, your family is allowed to do all of these things

14   because you have been cooperating with the DEA; is that

15   right?

16   A.  Yeah.  Yes.

17   Q.  And by the way, when did your family come to the

18   United States?  How long have they been in the

19   United States?

20   A.  Same year.  We are together since January 2015.

21   Q.  January 2018 [sic].  So over five years you have been in

22   the United States?

23   A.  No, eight.

24   Q.  I am not going to force you to do the math.  Since about

25   January 2018?

1    A.  Yeah.

2              THE COURT:  Did you say 2018 or 2015?  Have you

3    been here since 2015 or 2018?

4              THE WITNESS:  We arrived here January 1st, 2015.

5              MR. MARTIN:  I'm sorry.  I misheard.

6              THE COURT:  I didn't know who was mishearing.

7              MR. MARTIN:  It was me apparently.

8    BY MR. MARTIN:

9    Q.  So when did the DEA -- so, specifically, when did the

10   DEA start helping you stay in the United States, start

11   giving you immigration benefits?

12   A.  In 2019.

13   Q.  2019?

14   A.  Yes.

15   Q.  At the same time did they also help your family get

16   benefits?

17   A.  Yes.  First me, and then they.

18   Q.  So since 2019 it's your understanding that these

19   benefits are contingent on the fact that you cooperated with

20   the United States; is that right?

21   A.  Yes.

22   Q.  Okay.  Have you also been paid by the DEA?

23   A.  Yes, but not for this case.

24   Q.  Okay.  So you have done other cases with the DEA?

25              Do you have any idea approximately how much the

```
 1    DEA --
 2                THE COURT:  He has to answer.
 3                THE WITNESS:  Yes.
 4                MR. MARTIN:  I'm sorry.  Yes.  Please answer orally.
 5                THE WITNESS:  Yes.
 6    BY MR. MARTIN:
 7    Q.  So you have worked on other cases with the DEA and --
 8    A.  Yes.
 9    Q.  Do you know how much you have been paid for those cases?
10    A.  No.  I have to do the math.  No, I am not sure.  I am
11    not close to know.
12    Q.  Okay.  I mean, are we talking more than $10,000?
13    A.  I don't think so.
14    Q.  Not more than $10,000?
15    A.  No.
16                THE COURT:  Has the DEA paid you enough money
17    since you have been here to support yourself with that
18    money?
19                THE WITNESS:  No.  No, not at all.  Not at all.
20                THE COURT:  When DEA has paid you, has that money
21    been to reimburse you for expenses or reimburse you for
22    expenses plus extra payment?
23                THE WITNESS:  Mostly it's just reimbursement.  I
24    received a couple of checks from another case, and that's
25    it.  But, yes, it's mostly reimbursement.
```

 1    BY MR. MARTIN:

 2    Q.  But including those reimbursements, DEA has paid you

 3    thousands and thousands of dollars since you have been in

 4    the United States; is that right?

 5    A.  Yes.

 6    Q.  Okay.  In addition to these benefits that you got with

 7    immigration with your family?

 8    A.  Yes.

 9            THE COURT:  Well, when you say thousands and

10    thousands of dollars, is that more than $30,000 or less than

11    $30,000?

12            THE WITNESS:  No.  Less than $30,000.

13            THE COURT:  Is it more than $10,000 or less than

14    $10,000?

15            THE WITNESS:  More than 10,000.

16            THE COURT:  And that has been over how many years?

17            THE WITNESS:  Since 2018 probably.

18            THE COURT:  Since 2019 [sic].  Okay.

19    BY MR. MARTIN:

20    Q.  Okay.  Are there any other benefits that you have

21    received from the United States government in exchange for

22    your cooperation in any case, not just against Mr. Flores?

23    A.  Not so far.

24    Q.  Are you hoping in the future to stay in the

25    United States?

1    A.   Yes.   That's the plan.

2    Q.   Okay.   Are you hoping that you and your entire family

3    can stay in the United States because of your cooperation

4    with the DEA?

5    A.   Yes.

6    Q.   Have you ever been arrested in the United States?

7    A.   No.

8    Q.   Have you ever been arrested in Mexico?

9    A.   Yes.

10   Q.   When was that?

11   A.   In 2018.

12   Q.   Why were you arrested?

13   A.   The charge was fraud.   I sold a land who has another

14   owner, but I didn't know about that.   So the person that

15   bought the land from me accused me from fraud.   So I went to

16   jail, I spent two nights.   This person only wants his money

17   back.   My mother pays him back, and I was released, free of

18   charges.

19   Q.   Okay.   Were you convicted of any offense in Mexico?

20   A.   No.

21   Q.   To your knowledge, have you ever been convicted of a

22   criminal offense anywhere?

23   A.   No.

24            THE COURT:   When you were in Mexico did you know

25   Mr. Raul Flores-Hernandez by any other name or nickname?

```
 1                    THE WITNESS:  No.  He was always Raul, Señor Raul.
 2       That's it.
 3                    THE COURT:  You said, if I understand you
 4       correctly, that you have been to Mr. Flores-Hernandez's
 5       house in Guadalajara; is that correct?
 6                    THE WITNESS:  Yes.
 7                    THE COURT:  Can you describe what the inside of
 8       his house looked like or the nature of his house?
 9                    THE WITNESS:  Well, it was a beautiful house.
10       Huge house with -- it was a soccer field inside of the
11       house.
12                    THE COURT:  Inside of the house?
13                    THE WITNESS:  Yes.  A pool, with a water slide.
14       It was a game room with billiard table, all that kind of
15       stuff.
16                    THE COURT:  Could you describe the entryway to the
17       house?
18                    THE WITNESS:  The entrance?
19                    There was a small pedestrian at the middle --
20                    THE COURT:  Say that again.
21                    THE WITNESS:  Small pedestrian door, pedestrian,
22       and two huge gates on each side of the house.  So there was
23       a driveway, you can enter from one of the gates and get out
24       from the other gate, right?
25                    There was a little discotheque inside of the house
```

1    with all of the equipment from the discotheque, good sound,

2    video, everything.  The dining room, a huge dining room,

3    beautiful kitchen.  Huge house, beautiful house.

4    BY MR. MARTIN:

5    Q.  Mr. Almaguer, are you aware that the DEA started paying

6    you in 2018?

7    A.  I'm sorry?

8            MS. RHEE:  Objection.  Leading.

9    Q.  Do you know when the DEA started paying you, sir?

10           MR. MARTIN:  I will withdraw the question.

11   BY MR. MARTIN:

12   Q.  Do you know what year the DEA started paying you?

13   A.  Maybe in 2018 or '17.  But I can't recall.

14   Q.  So let's start then, and break it down.

15           In the first year they're paying you, including

16   expenses that they would have reimbursed you -- right? --

17   plus payments, do you know approximately how much they would

18   have paid you?

19   A.  So far probably --

20   Q.  Well, let's start with that year.  How much do you think

21   they paid you the first year that they paid you?

22   A.  I received a check for 8,000, and some payments in cash

23   from around 2000, probably five payments of 2000s.

24   Q.  So that's the first year.  Okay.  So that, to me, looks

25   about $18,000.

1           Let's go to the second year.  Do you know how much

2      you were paid in the second year that you were paid by the

3      DEA?

4      A.  No.  It was less.

5      Q.  Okay.  Do you remember -- can you estimate how much it

6      was?

7      A.  Not really.  Not really.  They told me:  If you don't

8      have anything else, we can't pay you anymore.  I said okay.

9      That's all.  I don't have anything else.

10     Q.  Do you remember, did they cut you any checks in that

11     year?

12     A.  I remember only one check.

13     Q.  Do you remember approximately how much --

14     A.  That must have been 8,000.

15     Q.  Okay.  So this is the original check you are talking

16     about?

17     A.  Yes.

18     Q.  Do you remember in the next year any agents coming to

19     you with cash to hand you?

20     A.  Probably I received three payments in 2019, probably.  I

21     am not sure.

22     Q.  If you are estimating, how much was in each payment, do

23     you think?

24     A.  It was always 2000s.

25     Q.  So you always got cash payments of $2,000?

1    A.  Yes.  But it was on a regular basis?  No.  From time to

2    time.

3    Q.  Just kind of sporadic?

4    A.  Yes.

5    Q.  Okay.  So let's go into 2020.  Did you continue to get

6    cash payments in 2020?

7    A.  No.  I moved -- I was in one city, then I moved to

8    another city.  When I moved to the other city, I stopped to

9    receive more money.  I completely stopped to receive money.

10   Q.  Did the DEA pay for any of your expenses for moving?

11   A.  No.  Nothing.

12   Q.  Did the DEA reimburse you for any travel that you did

13   that year?

14   A.  No.

15   Q.  Did the DEA not, as far as you recall, give you any

16   money in that year, 2020?

17   A.  No.  I received money when I was living in the other

18   city, and then I moved to the other city in 2019; I stopped

19   to receive.

20   Q.  Okay.  And then moving on to 2021, did you receive any

21   money in that year?

22   A.  No.

23   Q.  So has the DEA been -- typically, how does the DEA pay

24   you.  Other than that one check, the DEA, you testified,

25   typically gives you payments of approximately $2,000 in

```
 1    cash.  Have they continued to do that?

 2    A.  No.

 3    Q.  Have you done any other travel for the DEA?

 4    A.  No.  No.  Just for this travel.  They pay me for the

 5    trip, that's it.

 6    Q.  So they are paying for this trip; is that correct?

 7    A.  Yes.

 8    Q.  Have they paid for any other travel that you have done?

 9    A.  No.  Not anymore.  Nothing.

10    Q.  Again, I want to be clear, we're talking about for your

11    cooperation.  Not for your cooperation on Mr. Flores --

12    A.  Yes.

13    Q.  -- any cooperation.

14    A.  Okay.  I received a payment one year ago, for 2021,

15    that's it.

16    Q.  One more payment of 2000?

17    A.  Yes.

18    Q.  Now, prior to -- okay.  So that was in 2022 [sic]?

19    A.  Yeah.

20    Q.  Have you received any payments that you recall in this

21    year?

22    A.  Unh-unh.  No.

23              MR. MARTIN:  Can I have one moment, Your Honor?

24    I apologize.

25              (Whereupon, government counsel confer.)
```

```
 1    BY MR. MARTIN:
 2    Q.  Now, since this party in 2015, in October 2015, did you
 3    see Mr. Flores again?
 4               MS. RHEE:  Objection.
 5               THE COURT:  Sustained for leading.  I think he
 6    said the party was in 2015 or 2016.
 7               MR. MARTIN:  I'm sorry.
 8               THE COURT:  No date and no --
 9               MR. MARTIN:  I'm sorry.
10    BY MR. MARTIN:
11    Q.  Since this party that you attended have you seen
12    Mr. Flores Senior again?
13    A.  In person, no.
14    Q.  Okay.  Well, did you see him in any way?
15    A.  Yes.  I saw him in a picture when he was arrested.
16    Q.  Okay.  But you had not had any communication with him
17    during that time?
18    A.  No.
19    Q.  What about with his son or other members of his
20    organization?
21    A.  With Junior --
22               MS. RHEE:  Objection, Your Honor.  He hasn't
23    connected his son to any organization other than the fact
24    that he is his son, Mr. Flores's son.
25               THE COURT:  That's not what he is -- okay.  So do
```

1    you want to break down your question?

2    BY MR. MARTIN:

3    Q.  Did you have any communication with -- well, did you

4    have any communication at all with Mr. Flores, Junior --

5    Flores Castro, Junior, since 2015 on?

6    A.  Yes.

7    Q.  Did you have any conversation about drug trafficking?

8    A.  Yes.

9    Q.  Okay.  And what were the nature of those?

10            THE COURT:  And this person is Raul Junior?

11   BY MR. MARTIN:

12   Q.  Do you know Mr. Flores's son's name?

13   A.  Yes.  Raul Flores Castro.

14            MS. RHEE:  Your Honor, can we have a side bar,

15   Your Honor?  I am not sure, there is no phone here --

16            THE COURT:  No.  You may not have a side bar.

17            You know -- the defendant's son who you referred

18   to before as Raul Junior, who is the godfather of your son,

19   his full name is what?

20            THE WITNESS:  Raul Flores-Castro.

21            THE COURT:  Astro or Castro?

22            THE WITNESS:  Castro.

23            THE COURT:  With a C?

24            THE WITNESS:  Yes.

25            THE COURT:  And you have had communication with

 1    Raul Flores Castro since 2015?

 2              THE WITNESS:  Yes.

 3              THE COURT:  All right.  So please proceed.

 4    BY MR. MARTIN:

 5    Q.  Sir, I am going to limit this to a very narrow time

 6    frame.  In approximately 2015, did you talk to Mr. -- in

 7    approximately 2015, while Mr. Flores -- let me withdraw

 8    that.

 9              Did you talk to Mr. Flores-Castro, Mr. Flores's

10    son, while Mr. Flores was in custody in Mexico?

11    A.  Yes.

12    Q.  Okay.  And what did you talk about?

13    A.  I don't remember, but yes, we have some phone

14    conversations.

15    Q.  Did you talk about drug trafficking or anything related

16    to that?

17    A.  Yes.  We did a shipment from Guadalajara to

18    Indianapolis, but I don't remember the name of the product.

19    It was another drug.

20    Q.  Well, to your knowledge, did Mr. Flores continue to be

21    involved in drug trafficking while he was in custody in

22    Mexico?

23    A.  Yes.

24    Q.  And why do you think that?  Or how do you know that?

25    A.  No, no, no.  I don't know.  I don't know.  But it's not

1    difficult to know that the gang continue controlling the

2    organizations from jail in Mexico.

3              I mean, in Mexico you can do whatever you want

4    inside of the jail, it's not -- you can have cell phones;

5    you can have TVs; you can have whatever you want; there is

6    no restrictions.  If you can bribe the guards you can do

7    whatever you want.

8              THE COURT:  Okay.  Mr. Almaguer, you said that you

9    did a shipment from Guadalajara to Minneapolis?

10             THE WITNESS:  Indianapolis.

11             THE COURT:  And what was that shipment of?

12             THE WITNESS:  Pills.

13             THE COURT:  Pills?

14             THE WITNESS:  I don't remember the name of those

15   pills.

16             THE COURT:  Was it a legal shipment or illegal?

17             THE WITNESS:  No, no.  It was illegal.  The DEA

18   was aware of that.  The DEA was aware of that.

19             THE COURT:  Okay.

20             MR. MARTIN:  One moment.

21             Nothing further from the government at this time,

22   Your Honor.

23             MS. RHEE:  Your Honor, can we have a short break?

24             THE COURT:  Yes, of course.  We can take a

25   15-minute break.  Thank you for reminding me.

```
 1              (Whereupon, a recess was taken.)
 2              THE COURT:  Please proceed, Ms. Rhee.
 3              MS. RHEE:  Thank you, Your Honor.
 4                        CROSS-EXAMINATION
 5    BY MS. RHEE:
 6    Q.  Good afternoon, Mr. Almaguer.
 7    A.  Good afternoon.
 8    Q.  Sir, before coming to testify today you prepared an
 9    affidavit; isn't that correct?
10    A.  Did I prepare for?
11    Q.  You prepared an affidavit?
12    A.  No.
13    Q.  Did you not write --
14    A.  Oh.
15    Q.  -- swear out an affidavit?
16    A.  Yes.  Yes.  Because two weeks ago I was contagious by
17    COVID, so I didn't make it; so I signed that statement.
18    Q.  So I have the affidavit here.  Did you write this
19    affidavit by yourself?
20    A.  No.
21    Q.  Who wrote this affidavit for you?
22    A.  I think the prosecutor.
23    Q.  You don't know who wrote this affidavit for you?
24    A.  No.  I just read it.  I give -- I give my testimony on a
25    phone call; and they send it to me, and I signed it.
```

1    Q.  So you had a phone conversation with a government

2    official, and they wrote this affidavit for you?

3    A.  Yes.

4    Q.  And then they sent it to you for you to sign, correct?

5    A.  Yes.  Because I was -- I was sick.

6    Q.  Okay.  According to this affidavit, you were a drug

7    trafficker from at least 2007 until 2017, correct?

8              MR. MARTIN:  Objection, Your Honor.  Misstates the

9    affidavit.

10             THE COURT:  If you could move the microphone

11   closer to the AUSA who is going to be objecting.

12             I am going to overrule the objection.  We'll see

13   if the witness says it's correct as relayed by Ms. Rhee or

14   not.

15             So what's the answer to the question.

16             THE WITNESS:  Can you ask again, please.

17   BY MS. RHEE:

18   Q.  You stated in your affidavit or the affidavit that you

19   signed that from 2007 until 2017 you worked with Mr. Flores

20   and his drug trafficking organization coordinating cocaine

21   shipments to Mexico; isn't that correct?

22   A.  I didn't work for him.

23   Q.  You didn't work for him?

24   A.  No.

25   Q.  Did you read this affidavit before you signed it?

```
1    A.  Now I am not sure.

2    Q.  You are not sure?

3              THE COURT:  You are not sure whether you read the

4    affidavit before you signed --

5              THE WITNESS:  No.  I mean, they told me that

6    was -- our conversation on phone was put on paper, and I

7    signed it.

8              THE COURT:  Well, do you understand that there is

9    a difference between working with someone and working for

10   someone?

11             THE WITNESS:  Yes.

12             THE COURT:  And would you say that you worked with

13   Mr. Flores-Hernandez but you did not work for him?

14             THE WITNESS:  No.  I didn't work for him, never.

15             THE COURT:  But did you work with him and other of

16   his associates?

17             THE WITNESS:  With one of his associates, yes.

18   But, listen, I did not have a role inside the organization,

19   okay?

20             As I told you before, it's my full example:  Your

21   dad has a convenience store.  You go to the convenience

22   store and probably organize some of the fridges and probably

23   help to clean, but you don't receive -- you are not in the

24   payroll for that convenience store or for the family

25   business.  You just go there and time to time help because
```

1    you grow up there.

2             THE COURT:  I understand the distinction you are

3    making.  But as a legal matter, if you are helping you are

4    involved.

5             THE WITNESS:  Yes.

6             THE COURT:  Ms. Rhee, proceed.

7    BY MS. RHEE:

8    Q.  So just to clarify, you were helping your father or your

9    stepfather with drug trafficking, correct?

10   A.  Time to time, yes.

11   Q.  Time to time, okay.

12   A.  Once in a while.

13   Q.  Once in a while, okay.  And you said that you were never

14   paid for helping your father with drug trafficking?

15   A.  No.  Yes.

16           No.

17   Q.  Are you sure about that?

18   A.  Yes.

19   Q.  Okay.  But for the time to time, once in a while,

20   helping your father -- stepfather with drug trafficking, you

21   were never prosecuted by the U.S. government, were you?

22   A.  No.

23   Q.  Okay.  And you also stated in your affidavit -- but you

24   also stated previously, when you spoke to law enforcement

25   and prosecutors, that you also laundered money, correct?

1    A.  For -- for the DEA.  The DEA was aware of this.

2    Q.  Okay.  So when you were -- okay.  When did you start

3    cooperating with the DEA, did you say?

4    A.  In 2015.

5    Q.  2015, okay.  So I understand from your testimony, in

6    2012 you went to some ranch or some farm and you helped your

7    father for approximately a week counting money, packaging

8    money?

9    A.  No.  I was there.  I was there.

10   Q.  Yes.

11   A.  I was there.  That's it.

12            THE COURT:  Was this at a ranch or --

13            THE WITNESS:  No.  It was a warehouse.  It was a

14   warehouse.

15            THE COURT:  Was this in 2012?

16            THE WITNESS:  Yes.

17   BY MS. RHEE:

18   Q.  And you weren't a --

19            THE COURT:  Excuse me.  Just one second.

20            MS. RHEE:  I'm sorry.

21            THE COURT:  Was this at a warehouse -- where was

22   the warehouse?

23            THE WITNESS:  In Mexico City.

24            THE COURT:  In Mexico City.  So it wasn't at a

25   ranch?

1           THE WITNESS:  No.

2           THE COURT:  Ms. Rhee.

3   BY MS. RHEE:

4   Q.  So in 2012, when you were helping your father out at

5   this warehouse, you weren't in cooperation, were you?

6   A.  No.

7   Q.  Okay.  You were never prosecuted for your activities at

8   your dad's warehouse, were you?

9   A.  No.

10  Q.  So you said that you have deferred action in this

11  country?

12  A.  Yes.

13  Q.  Did you get an immigration attorney to help you with

14  that?

15  A.  No.  It was directly with the DEA.

16  Q.  It was it was directly with the DEA.  So you didn't have

17  to pay for an attorney to help you with any of the

18  paperwork, nothing like that?

19  A.  No.

20  Q.  So the DEA took care of you, correct?

21  A.  Yes.

22  Q.  And that same status is for your wife, correct?

23  A.  Yes.

24  Q.  And your children?

25  A.  Yes.

1    Q.  And you recently had a daughter that was also paroled

2    [sic] in the United States, correct?

3    A.  No.

4    Q.  You didn't have a daughter who was paroled into the

5    United States in March 2023 who is now waiting the results

6    of her deferred action?

7    A.  No.  No.  My daughter is studying in Mexico.  She is

8    studying there.  She is in college.  She is not here.

9    Q.  So for your deferred action, that has to be renewed

10   every year, correct?

11   A.  Yes.

12   Q.  Each year.  So you have to produce in order to receive

13   deferred action, correct?

14   A.  Yes.

15   Q.  Because it's not a gift by the DEA?

16   A.  No, it's not a gift.

17   Q.  So when law enforcement or DEA agents contact you and

18   say:  Hey, you need to come over here to meet with us -- or

19   they call you for an interview -- you can't say:  No, I

20   don't want to meet with you?

21   A.  I can't say no.

22   Q.  You can say no?

23   A.  I can't say no.

24   Q.  You can't say no.

25          So when you meet with DEA agents or law

1    enforcement do you have an attorney with you?

2    A.  No.

3    Q.  Because you are not concerned about being prosecuted,

4    correct?

5    A.  Yes.

6    Q.  If the government doesn't renew your deferred action,

7    you and your family could lose status in this country,

8    correct?

9    A.  Yes.

10   Q.  And then you can be deported, correct?

11   A.  Yes.

12   Q.  So you stated that not only did you get deferred action

13   status in this country -- and you can do everything in this

14   country but vote, correct?

15   A.  Yes.

16   Q.  So you have work permits for your wife and your

17   children, correct?

18   A.  Yes.

19   Q.  And how often do those other benefits need to be

20   renewed?

21   A.  Every year, everything.

22   Q.  Again, you have to produce --

23   A.  Yes.

24   Q.  -- in order to receive that because it's not a gift from

25   the DEA, correct?

1   A.  Yes.

2   Q.  So the government asked you earlier -- the prosecutor

3   asked you earlier how much you had been paid by the DEA,

4   correct?

5   A.  Yes.

6   Q.  And you testified it was less than 30,000 but more than

7   10,000, correct?

8   A.  Yes.

9   Q.  Would it surprise you if what you were actually paid was

10  $98,600 by the DEA?

11  A.  I was surprised.  Yes, I was surprised.

12  Q.  So how many times do you think you met with DEA agents?

13  A.  I mean, when I started to cooperate, I meet them a lot.

14  Then, when I moved to other city, never again; just by call,

15  always phone calls.

16  Q.  So when did you say the last time you were paid?

17  A.  That was last year.

18  Q.  Last year.  Would it surprise you if I told you that you

19  met with agents more than 50 times?

20  A.  No.

21  Q.  No.  So the payments that you received -- other than the

22  one $8,000 check that you got, were they always in cash?

23  A.  Yes.

24  Q.  Okay.  And so each time you met with them they gave you

25  approximately $2,000 in cash?

1    A.  Yes.

2    Q.  And what did you do with the cash?

3    A.  To pay my bills.

4    Q.  Did you report it?

5    A.  What?

6    Q.  Did you report it to the IRS?

7    A.  I'm always -- I am always paying my taxes, yes.

8    Q.  But the question is:  Did you report the money that you

9    received as income on your tax forms?

10   A.  Yes.

11   Q.  Yes, you did.  Okay.  So now I want to turn to the case

12   that you had in Mexico.  It was a fraud case, correct?

13   A.  Yes.

14   Q.  And I think you testified that what happened was you

15   sold property that you didn't know wasn't yours?

16   A.  Correct.

17   Q.  Okay.  So explain how it happens that you don't know

18   whether you own property or not.

19   A.  I only signed the documents of that property.  My dad --

20   my stepfather bought at that time, like, 12 different lots

21   in the same area, okay?

22   Q.  Okay.

23   A.  So then my dad put -- I don't remember how many lots

24   to -- on the name of one person and other lots to another

25   person.  So they told me -- he told me:  Please sell this

1    one.  So I started to sell it.

2    Q.  Your father asked you to sell property and you started

3    to sell it?

4    A.  Yes.  So I found a buyer so the transaction was

5    complete, and that's it.  That's all I know.

6          Then I tried to -- when I tried to go to Mexico in

7    2018 I was arrested, and I didn't know why.  I never --

8    until I -- they signed me up and everything; they told me it

9    was because of fraud.  I said why?  Why fraud?  They

10   explained me.  They explained me what this was all about and

11   we found a solution.  The buyer only wants his money back.

12   My mother paid him back, and he retrieved [sic] the charge.

13   Q.  So the property was, when you sold it, in the name of

14   your father, correct?

15   A.  The property was bought by my stepfather, okay?  But I

16   signed the papers.  The title of that land was under me.

17   And then we sold the land, and we received the money.  Then

18   I noticed that that land was a fraud one.

19          MS. RHEE:  I want to show you what I have marked

20   as Defense Exhibit 21.  And I have it both -- 21 in

21   Spanish -- 21 is in English and 21A is in Spanish.

22          May I approach the bench, Your Honor?

23          May I approach the witness, Your Honor?

24          THE COURT:  Yes, you may.

25   BY MS. RHEE:

1    Q.  So feel free to use either copy, one is in Spanish and
2    one is in English.
3              So if you turn to the fourth page --
4    A.  All right.
5    Q.  -- this was a complete file by Pedro Gonzalez Baptist
6    (phonetic), correct?
7    A.  Yes.
8    Q.  It says, in the middle of that page, that the
9    presumptive owners of the lot and now accused.  Is that your
10   name there, Jack Sinuhe Almaguer and Alejandra Elizabeth
11   Torres Vazquez?
12   A.  Yes.  It's my name.  The first one is my name.
13   Q.  It says -- you don't see your father's name anywhere on
14   this document?
15   A.  No, it's not.
16   Q.  Right?
17   A.  Yes.
18   Q.  So your father had nothing to do with this case,
19   correct?
20   A.  Legally not.  Legally not, but it was his money who
21   bought this land.  It was his money who bought this land and
22   he just asked me to sign the document.
23   Q.  In this document it says that the property was -- it was
24   agreed that the money would be handed over to Alejandra
25   Elizabeth Torres Vazquez.  Was that your girlfriend at the

1   time?

2   A.  Yes.

3   Q.  And it also says that, right after that, the check was

4   endorsed to you, correct?

5   A.  Yes.

6   Q.  So you are saying this was one of the lots that your

7   father purchased --

8   A.  Um-hum.

9   Q.  -- and gave to you --

10  A.  To sell them.  Uh-uhm.

11  Q.  -- to sell?

12          And that's how you described the incident to the

13  prosecutors and agents in this case when you were arrested?

14  A.  Yes.

15  Q.  What you told the government is that you were trying to

16  help out a friend --

17  A.  Yes.

18  Q.  -- who was trying to get a vehicle to the United States,

19  correct?

20  A.  Yes.

21  Q.  And so you thought you would put the property in her

22  name so that it would look like she has assets, correct?

23  A.  Yes.

24  Q.  So you were helping a friend commit visa fraud, correct?

25  A.  Yes.

1    Q.  Is the friend that you were trying to help out the young

2    lady who was listed in here, Alejandra Elizabeth?

3    A.  Yes.

4    Q.  So when the actual owners of the property complained,

5    you were arrested, correct?

6    A.  Yes.

7    Q.  And your mom had to pay off the actual owners of the

8    property so they wouldn't go after you, correct?

9    A.  No.  My mother paid to the buyer, to Pedro -- to

10   Mr. Pedro, Pedro Gonzalez.

11   Q.  So he is the victim?

12   A.  Yes.  He was a victim.

13   Q.  Who bought a piece of property from you --

14   A.  Yes.

15   Q.  -- that didn't belong to you?

16   A.  Yes.

17   Q.  And so your mom paid him off so he wouldn't prosecute

18   you?

19   A.  Yes.

20   Q.  So when you were arrested in Guadalajara for this crime,

21   it wasn't just a property dispute, it was a case -- a

22   criminal case of fraud, correct?

23   A.  Yes.

24   Q.  So I am going to turn to this affidavit and some of what

25   you testified earlier.

1              You said that you saw cocaine being loaded onto a

2     trailer, correct?

3     A.  I saw cocaine loaded into the trailer?

4     Q.  Yes.

5     A.  No, I didn't.

6     Q.  You didn't see cocaine being loaded?

7     A.  No.

8     Q.  Okay.  Did you say that cocaine was loaded onto trailers

9     with cattle?

10    A.  No.  I didn't see that.

11    Q.  You didn't see it.  Okay.  But you just know about it

12    from general knowledge of how cocaine is transported?

13    A.  No.  No.  I listened to them talking about that.

14    Q.  Okay.  So when you said there was a special treatment

15    and a seal, it's not from your own knowledge, it's just from

16    what you heard people talking about, correct?

17    A.  Not "people."  Not general people.  Specifically, I

18    spoke about my stepfather and Mr. Raul.

19    Q.  Okay.  When you were cooperating with the government

20    since 2015, you never mentioned these trailers with

21    livestock that your stepfather and Mr. Flores was using, did

22    you?

23    A.  I don't remember.

24    Q.  And it wasn't until May of 2023, this year, that you

25    mentioned it for the first time?

1    A.  I don't remember.  I meet the agent so many times so I

2    don't remember all the meetings and what we were talking

3    about.

4    Q.  Okay.  Again, you mentioned the money, for the first

5    time, we're talking about -- I think you said somewhere

6    between possibly 14 million, maybe $16 million -- you

7    mentioned it for the first time to agents in May of this

8    year; isn't that correct?

9    A.  No, it's not correct.

10   Q.  It's not correct?

11   A.  No.

12   Q.  When did you mention it before?

13   A.  May- -- I don't know.  Maybe two years ago, three years

14   ago.

15   Q.  And who did you mention it to?  Who was there?

16   A.  The agents.

17   Q.  Which agents?  DEA agents?

18   A.  DEA agents.  DEA agents.

19   Q.  Do you remember which ones?

20   A.  No.  I meet so many.  Probably 20 agents.  Different

21   agents.  No, no.  Not 20.

22   Q.  When you talked about it in the reports, because I have

23   reviewed all of the reports, the first time you said it was

24   in May of 2023 you mentioned it was 20 million, correct?

25   A.  No.

1    Q.  You didn't say it was 20 million?

2    A.  No.

3    Q.  And then -- okay.  In the affidavit you stated it was

4    17 million, correct?

5    A.  I told them it was between 14 and 17.

6    Q.  Okay.  Are you as sure about that quantity as the

7    quantity of money that you received from the DEA?

8    A.  What money?

9    Q.  The payments that you received --

10   A.  Excuse me.  You are talking about the millions?  Are you

11   talking about my payment?

12              Those are two separate things.

13   Q.  Okay.  So I want to talk about the money that you

14   testified about earlier.  Were you there to count the money?

15   A.  What?

16   Q.  Were you there to count the money?

17   A.  What money?

18   Q.  When you said that you went to your father's warehouse

19   because he doesn't like using counting machines and you

20   helped out, were you there to count the money?

21   A.  I didn't count the money.  I didn't count the money.

22   Q.  You didn't count the money.

23              So how was the money packaged?  Was it rubber

24   bands?

25   A.  Rubber bands.

1    Q.  And they had -- explain how they were packaged.

2    A.  In packages -- little packages of 2000s, and then in

3    10,000s, and then they wrap them up with plastic wrap.

4    Q.  With plastic wrap.  And then they threw it in -- you

5    called it sports bags?  Is it like a duffle bag?

6    A.  Yeah.

7    Q.  And how many of these duffle bags were there?

8    A.  I can't -- I don't recall that.  I mean, those were so

9    many bags.  So many bags.

10   Q.  Okay.  Do you know how much went into each duffle bag?

11   A.  No.  It all depends upon the bill, 20s, 50s or 100s, but

12   no.  No.  As I told you, I was there but I wasn't working

13   actually there.

14   Q.  What were you doing there then?  You said you went to

15   help your dad.

16   A.  Yes.  I was there.  I was there.

17   Q.  You were just there?

18   A.  Yes.

19   Q.  Okay.  You testified that your dad had an employee that

20   was absent so you were there to fill in for that employee,

21   weren't you?

22   A.  Yeah.

23   Q.  So did that employee -- if he were there he was just

24   going to be there?

25   A.  No.  It's different because I was the boss son so nobody

1    is going to obligate me to do something.  So I was just

2    there.

3    Q.  You were just there, okay.  You testified about going to

4    a birthday party, correct?

5    A.  Yeah.

6    Q.  Do you remember when the birthday party was now?

7    A.  No.  It was his birthday week, but I don't remember

8    exactly the date.

9    Q.  Do you remember where the party was held?

10   A.  Yes.

11   Q.  Where did you say it was?

12   A.  Santanita.

13   Q.  Where is Santanita?

14   A.  It is the surrounded metropolitan area of Guadalajara.

15   Surrounded area.  It's outside from the metropolitan area.

16   Q.  Of Guadalajara?

17   A.  Yes.

18   Q.  And you previously testified that there were about 500

19   people, correct?

20   A.  Yes.

21   Q.  When you mentioned this party to the agents before, you

22   told them there were more than a thousand people; isn't that

23   correct?

24   A.  I don't remember that.

25   Q.  You don't remember that?

1    A.   No.

2    Q.   You testified that there were not just undercover police

3    officers or police officers without uniform, but that there

4    were armed guards everywhere?

5    A.   Armed guards, no, no, no.  I told you -- I told them

6    they were just -- they were using a cross bag; and inside of

7    the cross bag there is always a fire weapon.

8    Q.   I'm sorry.  What is a cross bag?

9    A.   Those little pouches you are using with a strip.

10   Q.   Okay.  You also previously told the government that

11   Chapo Guzman would frequent these parties, didn't you?

12   A.   No.

13   Q.   You never said that?

14   A.   No.

15   Q.   No?

16   A.   No.  El Chapo wasn't there, no, never.

17   Q.   Let me ask you about the soccer player who was your

18   friend.  What was his name?

19   A.   His name is Jorge.  I don't remember his last name.

20   Listen, this happened 20 years ago.

21   Q.   Is Jorge Mexican?

22   A.   Yes.

23   Q.   And he was a friend of yours, right?

24   A.   Yes.  He studied in high school with me.

25   Q.   You testified that Jorge, this Mexican soccer player,

1    went to Bolivia to play on a Bolivian soccer team?

2    A.  Yes.

3    Q.  And that was because Mr. Flores sent him there?

4    A.  Yes.

5    Q.  How did he get him qualified to be on a professional

6    soccer team?

7    A.  He was already a soccer player.  He was playing for

8    another of his teams in Mexico.

9    Q.  And so Mr. Flores was able -- so maybe you can explain

10   how Mr. Flores was able to launder money -- isn't that what

11   you are saying?  It's well-known in business, a triangle?

12           Can you explain how this soccer player laundered

13   money for Mr. Flores?

14   A.  No.  That has nothing to do with the triangle.

15   That's -- I just mentioned that this player went to play in

16   Bolivia's team, that's it.

17   Q.  Okay.  But you have previously told the prosecutors that

18   this was a way that Mr. Flores laundered money, right?

19   A.  No.

20   Q.  Sir, you didn't say that he used player transactions and

21   other transactions between these teams to transport drug

22   proceeds?

23   A.  I didn't say that today.  I said it's well known that

24   that is the way that many people is laundering money in

25   Mexico and in South America.

1    Q.  So how do you know that Jorge, your friend from high

2    school who is a professional soccer player, went to Bolivia

3    on behalf of Mr. Flores?

4    A.  Because he told me.

5    Q.  Jorge told you?

6    A.  Yes.

7    Q.  And what was the purpose of Jorge being moved to Bolivia

8    by Mr. Flores then?

9    A.  I don't know.  Probably make more money.  I don't know.

10   I am not sure.  I lost --

11   Q.  What does it have to do with money laundering?

12   A.  I lost contact with him.

13   Q.  So you testified that at the birthday party there were

14   other drug dealers, correct?

15   A.  Yes.

16   Q.  How do you know they're drug dealers?  Are they famous?

17   A.  They're famous, yes.

18   Q.  So who are they?

19   A.  The name of the gang is the Filipinis.  The name of the

20   cartel is Filipinis.  They are like three, four brothers; I

21   can't recall right now.

22   Q.  Aside from the Filipinis -- the Filipinis are, even

23   today, police officers, aren't they?

24   A.  Yes.  Some of them.

25   Q.  And their organization transports cigarettes illegally,

1      correct?

2      A.   No.  I mean, I knew they were exporting cocaine also.

3      Q.   Okay.  You also testified there were drug dealers from

4      South America, correct?

5      A.   No, not drug dealers.  I didn't say that.

6      Q.   You didn't say that?

7      A.   No.

8      Q.   Okay.  Let me ask you about your visa when you first

9      came to the United States.

10            You said you came to get a gas station; that was

11     what you wanted to purchase, correct?

12     A.   Yes.

13     Q.   And that was in 2015?

14     A.   Yes.

15     Q.   And so you came with a B-1 or a B-2 visa?

16     A.   Yes.

17     Q.   And that's sort of like an investment visa, isn't it?

18     A.   B-1/B-2.

19     Q.   Um-hum.

20     A.   No.  It's a tourist visa.

21     Q.   So how long were you here on that tourist visa?

22     A.   In 2015?

23     Q.   '15, when you first came.

24     A.   Just came here for two months, probably.

25     Q.   To look for a gas station?

1    A.  Yes.

2    Q.  Do they generally allow tourists to buy property in the

3    United States?

4    A.  No.  No.  I came here to meet the guy who was selling

5    the gas station to see what I need to do to obtain my visa.

6    I spoke with a lawyer.  The lawyer explained everything

7    first to me, and then I went back to Mexico.

8            MS. RHEE:  Your Honor, if I can have just a

9    moment.

10            I have nothing further, Your Honor.

11            THE COURT:  Any more redirect?

12            MR. MARTIN:  Nothing further from the government,

13    Your Honor.  Thank you.

14            THE COURT:  All right.  Thank you, Mr. Almaguer.

15    You are excused.

16            THE WITNESS:  Thank you, Your Honor.

17            (Whereupon, the witness exits the courtroom.)

18            THE COURT:  All right.  Does the government have

19    any other witnesses to present?

20            MR. HANDRICH:  Judge, we have no further

21    witnesses.

22            I would like to mark and move in evidence several

23    exhibits, that would be Government Exhibits 72 through 77.

24            I will start with 77; that is the video from the

25    morning session from September 6, 2023 from Your Honor's

 1    courtroom.  We have that entire video that was a disk which

 2    was given to us by the Court.  We made copies, obviously,

 3    and everyone has a copy, so that was of the morning session.

 4    So we will mark that, and ask to move that in.

 5            And then there are four screenshots starting with

 6    Government's Exhibit 72.

 7            On the video player the time is 1:17; that's the

 8    first screenshot.  Just to note, for the record, what you

 9    see is -- you actually see myself, at the same podium here

10    where the lawyers ask questions.  You can see the courtroom

11    deputy standing in front of the witness stand, his back is

12    to the -- towards the gallery of the courtroom.  This is

13    when Mr. Pinedo was being sworn in to testify.

14            Government Exhibit 73 is at the 1:20 mark on the

15    video player.  At this point you can see now the courtroom

16    deputy has walked in front of Your Honor and is close to his

17    seat at the front of the courtroom.

18            Next is Government Exhibit 74, that's at 1:21.  At

19    this time you can see the courtroom deputy turning to sit

20    down.  At this time you can also see where Mr. Flores is

21    seated in the same seat as he is here in the courtroom.  You

22    can see his left hand and a finger extended going up halfway

23    towards his face on Government Exhibit 74.

24            Then Government Exhibit 75 is the 1:22 mark.  At

25    this point you can see, on this frame, the deputy sitting

1    down; I am still standing at the podium.  And Mr. Flores

2    is -- what appears to be his finger extended into his mouth.

3    This is obviously, as we know from the times of the video,

4    several seconds after the witness was sworn in and the first

5    question was being posed to the witness.

6              The final exhibit is Government Exhibit 76.  This

7    is at the 6 minute and 46-second mark.  This is during the

8    questioning.  Mr. Flores, on this still shot, is caught

9    making a similar motion with his left hand, his finger

10   extended towards his mouth.

11             I would ask to move Government Exhibits 72 to 77

12   into evidence.

13             THE COURT:  What is 77?

14             MR. HANDRICH:  The video itself.  The entire

15   video.

16             THE COURT:  I see.

17             MR. HANDRICH:  If I may just check if we have any

18   other exhibits that we need to move in before we rest.

19             THE COURT:  Any objection to 72 through 77?

20             MS. RHEE:  No objection, Your Honor.

21             THE COURT:  It will be admitted.

22             (Government's Exhibits 72 to 77 admitted.)

23             MR. HANDRICH:  I do have a copy for Your Honor's

24   binder.

25             THE COURT:  Thank you.

1          Ms. Rhee, while the government is checking about

2     whether they have any other exhibits, did you -- you talked

3     about Defense Exhibits 21 and 21A but you didn't move them

4     into evidence for purposes of the hearing.

5          Do you want to do that?

6          MR. FEITEL:  Move any in?

7          THE COURT:  Move Defense Exhibits 21 and 21A into

8     evidence for purposes of the hearing.

9          MR. FEITEL:  Yes.  We would at this time, Your

10    Honor.

11         THE COURT:  Any objection?

12         MR. HANDRICH:  No objection, Your Honor.

13         THE COURT:  Those will be admitted too.

14         (Defense Exhibits 21 and 21A admitted.)

15         THE COURT:  All right.  Anything further from the

16    government?

17         MR. HANDRICH:  No.  With that, Your Honor, we have

18    no further exhibits to move in so we rest for purposes of

19    the sentencing hearing.

20         THE COURT:  Okay.

21         Mr. Feitel.

22         MR. FEITEL:  Your Honor, I want to give you a

23    brief preview of what we are going to do in our defense

24    case.  I think it's always useful for the Court to know

25    where people are going.  You figure it out ultimately, but a

1     guidepost sometimes helps.

2                    THE COURT:  Always helpful.

3                    We are lawyers, we don't like surprises.  Go ahead.

4                    MR. FEITEL:  We are going to call, as a defense

5     witness, a Mexican attorney named Jorge Murillo.

6                    THE COURT:  Say the person's name again.

7                    MR. FEITEL:  First name is Jorge --

8                    THE COURT:  Jorge.

9                    MR. FEITEL:  -- and his last name is Murillo,

10    M-U-R-I-L-L-O.

11                   THE COURT:  Murillo, okay.

12                   MR. FEITEL:  He is Mr. Flores's criminal defense

13    attorney and he is also his friend.  I had explained to the

14    government before court this morning that we were going to

15    be calling him.

16                   Ms. Rhee is going to do a direct and she is going

17    to try to narrowly lead him through things to rebut what we

18    think are important points of the government's case.  It's

19    not going to be a full-fledged, like, "we're here forever"

20    kind of discussion.  The witness was not in court for the

21    other witness's testimony so we don't think it will be

22    disjointed.  But I just want Your Honor to know we are going

23    to try to move through certain points to get us in so that

24    we can all leave here.

25                   The other part of the defense case --

1          THE COURT:  It's always unusual to have a criminal

2     defense attorney testify, but okay.

3          MR. FEITEL:  I think he knows things that are of

4     importance, and he is also a friend.

5          The other part of our case, we are going to ask

6     for leave of the Court to submit after the close of the

7     evidence formally in court.  We received last week, after we

8     adjourned on Friday, copies of the recordings of the

9     government's witness Elpidio Mojarro; there are a lot of

10    them.  We have been trying to listen to all of them.  When I

11    say "we," I don't mean me.  We have identified some calls

12    that we think shed doubt on the witness's credibility.

13         What we have spoken to the government about is as

14    follows.  We have proposed --

15         THE COURT:  These are recordings from D.C. jail or

16    from another jail?

17         MR. FEITEL:  I'm sorry, Your Honor.  Alexandria

18    jail, where he was right before.

19         We propose that we will try to limit -- identify

20    and then limit the calls that we think are relevant; share

21    them with the government, transcriptions and translations.

22    The government will have a chance to review them.

23    Hopefully, we can reach some accommodation or agreement

24    about what is the status of those.

25         We don't need to be in court to read them to Your

1   Honor.  The Court can read them, I think, just as well as

2   anyone else in English.  I note that Your Honor said that

3   earlier at one of the hearings.

4           With that, we would reserve our right to

5   supplement the record with those matters.  And we think that

6   will be all that we will do in the defense case.

7           THE COURT:  How many recordings are we talking

8   about?

9           MR. FEITEL:  Excuse me?  How many --

10          THE COURT:  How many recordings are we talking

11  about?

12          MR. FEITEL:  I believe that we have identified two

13  or three that are relevant.

14          THE COURT:  Okay.

15          MR. FEITEL:  But I would say that we haven't

16  completed the review because Mr. Mojarro was extraordinarily

17  talkative on the phone.

18          We are going to try to limit what we do and we

19  will try to present that to the Court as part of our

20  post-hearing submission.

21          With that, Ms. Rhee is going to call Mr. Murillo.

22  If I can be excused, I will go look for him outside.

23          THE COURT:  Okay.  Well, while we are on the

24  subject of the copies of the recordings from the jail of

25  Mr. Pinedo, why don't I hear from the government.

1              Any objection to having the record of the

2      evidentiary hearing supplemented at some point while you-all

3      are preparing your post-hearing briefing with recordings,

4      the jail recordings?

5              MS. ALSWORTH:  May I have just a second, Your

6      Honor?

7              THE COURT:  Of course.

8              MR. FEITEL:  I will say I did mention this before

9      we came to court.  I did not --

10             THE COURT:  You did not what?

11             MR. FEITEL:  I did speak to government counsel

12     before we came to court this morning about this idea.  No

13     one seemed to really object to it.

14             I will also mention to Your Honor that

15     Mr. Mojarro, in the most rapid re-sentencing I have seen in

16     a while, got time served.  He is currently in immigration

17     custody.  If the government didn't know that before, I

18     wanted to put them on notice in case they feel the need to

19     get a material witness warrant for him to try to explain

20     some of what went on in those phone calls at the jail.  It's

21     not for me to say.

22             MS. ALSWORTH:  The government would have no

23     objection to the request to supplement with the jail calls

24     presuming that we're provided with copies, and, obviously,

25     we can agree to the authenticity of the calls.

```
1              I will note, for the record, that the defense
2    attorneys sent the link to the government for the audio and
3    the link had expired so we have no audio of these jail
4    calls.  So if we can iron out some of these details there is
5    no objection.
6              THE COURT:  That should be easy.  I mean, we can
7    go back to regular old CDs; that's always concrete, clear,
8    and usable.
9              MR. FEITEL:  We will fix this.  There is a person
10   at the jail who sent us the link; we will just contact them
11   again.
12             THE COURT:  Did you download all of the calls from
13   the link?
14             MR. FEITEL:  Yes, we did.
15             THE COURT:  I hope you did because the links
16   always collapse.
17             MR. FEITEL:  We did download them.  There is a
18   huge number of files.  We had to load them onto a separate
19   computer, I think, in order to do so.  We will fix that for
20   sure.
21             THE COURT:  I am sure the government can supply
22   you with a hard drive, in a switch, for you to download onto
23   their hard drive whatever evidence you think it is that you
24   have got.
25             All right.  Do you want to call your witness?
```

```
1               How long do you think Mr. Murillo will be?

2               MS. RHEE:  I can't imagine more than 45 minutes,

3     Your Honor.

4               THE COURT:  Okay.  So it may be that we should

5     perhaps break for lunch.  I think that some of the

6     interpreters have to go to magistrate judge court?

7               THE INTERPRETER:  Yes, Your Honor.

8               THE COURT:  So for the interpreters, would it be

9     better to break for lunch now while you are covering

10    magistrate judge court?

11              I'm sorry.  Mr. Feitel just went to get the

12    witness.  But I think -- why don't we break for lunch now

13    until 1:30, and then we'll be able to return and have

14    interpreters also.

15              Mr. Feitel, I'm sorry, we're going to break for

16    lunch right now.  The interpreters have to cover magistrate

17    judge court so we're going to resume at 1:30.

18              MR. FEITEL:  Yes, Your Honor.

19              THE COURT:  Thank you.

20              (Whereupon, a luncheon recess was taken.)

21              THE INTERPRETER:  Thank you, Your Honor.

22              THE COURT:  All right.  We started about 15

23    minutes late this morning and we're starting about 25

24    minutes late now.

25              Could the marshals tell me what the holdup has
```

1    been both this morning and today?  I am losing so much time

2    in this hearing.  Do you know what is going on?

3              There was a delay this morning, and I was supposed

4    to start at 1:30 this afternoon.  I understand there was a

5    problem with the marshals.

6              DEPUTY MARSHAL:  The deputy who was here with me

7    this morning had a medical emergency.  I was just finding

8    out when I came up.  I had to get somebody to bring him up

9    for me.  I had no idea she had a medical emergency at the

10   last minute.

11             THE COURT:  This morning was also an issue.  Okay.

12   I do like to be as punctual as possible.  All right.

13             Mr. Feitel, do you want to call your witness --

14             MR. FEITEL:  Ms. Rhee.

15             THE COURT:  -- or Ms. Rhee.

16             MS. RHEE:  Thank you, Your Honor.

17             Before we start, Mr. Murillo is or was

18   Mr. Flores's attorney.  And I just want to be clear that

19   Mr. Flores is not waiving any attorney-client privilege and

20   we are not eliciting any hearsay.  We are not going to be

21   going into any matters that regard attorney-client privilege

22   because, in addition to being his attorney, they are also --

23   they have been friends for years and years and years.

24             THE COURT:  Okay.  We'll see.  I know that is your

25   intent.

1          MS. RHEE:  Your Honor, he is in the courtroom now.

2     His name is Jorge Arturo Santos Murillo.

3          THE COURT:  Mr. Murillo, could you please step

4     forward to the witness stand.

5          MS. RHEE:  Your Honor, he doesn't speak any

6     English at all.  I spoke to the interpreters.  They are

7     going to interpret loudly.  He is going to speak loudly into

8     the microphone, and they're going to interpreter out loud.

9          (JORGE ARTURO SANTOS MURILLO, Defense witness,

10    sworn.)

11                    DIRECT EXAMINATION

12    BY MS. RHEE:

13    Q.  Good afternoon, Mr. Murillo.

14    A.  Good afternoon, Attorney.

15    Q.  Could you please introduce yourself to the judge.

16    A.  Yes.  Your Honor, my name is Jorge Arturo Santos Murillo

17    at your service, Your Honor.

18    Q.  What type of law do you practice?

19    A.  Criminal law.

20    Q.  Do you know Mr. Raul Flores-Hernandez?

21    A.  Yes.  I do know him.  He is across from me, and he is

22    wearing an orange top.

23    Q.  How long have you known Mr. Flores?

24    A.  Since the end of the '80s, so it's been many years.

25          MS. RHEE:  I want to show you what's been marked

1      as Defense Exhibit 24.

2                  I would like to approach the witness, Your Honor.

3                  THE COURT:  You may.

4      BY MS. RHEE:

5      Q.  Mr. Murillo, do you recognize this?

6      A.  Yes.

7      Q.  What is it?

8      A.  Yes.  It is a photo of the '80s where you see

9      Mr. Murillo, myself, and other friends when we used to play

10     soccer on Thursdays and Saturdays in Jalisco.

11     Q.  Did you say that you were in that photo?

12     A.  Yes.

13     Q.  Can you take the pen that I just gave you and, above

14     your head, could you put a little -- put your name, write

15     your name above that?

16     A.  Of course.

17     Q.  Do you see Mr. Flores in that photo?

18     A.  Yes.

19     Q.  And above his photo can you write the initials RFH?

20     A.  Yes.

21                 MS. RHEE:  Your Honor, I'd move to introduce this

22     photo into evidence, Defense Exhibit 24.

23                 MR. HORNOK:  No objection, Your Honor.

24                 THE COURT:  Hearing no objection, Defense Exhibit

25     24 will be admitted.

```
 1                    (Defense Exhibit 24 admitted.)

 2    BY MS. RHEE:

 3    Q.  Mr. Murillo, did you represent Mr. Flores at one point?

 4    A.  Yes.  In our country, in Mexico, I represented him in

 5    two trials.

 6    Q.  And in addition to representing Mr. Flores in the past,

 7    you two are friends, correct?

 8    A.  That's correct.

 9    Q.  Do you think that your representation of Mr. Flores or

10    your long-standing friendship would affect, in any way, your

11    ability to truthfully answer all of the questions that are

12    made to you?

13    A.  No.  I would have no problems.  I have sworn to say the

14    truth.  And we met in Mexico, and I will say the truth.

15    Q.  So if we can talk about the criminal case that you

16    represented Mr. Flores in in Mexico...

17    A.  Yes.

18    Q.  Was he arrested?

19    A.  Yes.  He was arrested.

20    Q.  When was he arrested?

21    A.  In -- the first time he was arrested in 2013.  In

22    October of 2013 for organized crime and dealing with

23    illicit -- operations with illicit gangs and money

24    laundering, and that was in 2015.  I'm sorry, in 2013.

25                    MS. RHEE:  If I can remind you to speak in short
```

```
1    little sentences so that they can interpret.

2              THE WITNESS:  Sure.  I'm sorry.

3              MS. RHEE:  I think it will go easier and faster

4    for all of us.

5              THE WITNESS:  Perfect.

6    BY MS. RHEE:

7    Q.  Did you represent him in those two cases?

8    A.  Yes.

9              THE COURT:  I'm sorry.  What two cases?  I heard

10   one case when he was arrested in October 2013.

11             MS. RHEE:  Yes, Your Honor.  I believe he said

12   money laundering and some kind of --

13             THE COURT:  Why don't I just stop right there.

14             When the defendant was arrested in October of

15   2013, was he arrested for one case or in two separate cases?

16             THE WITNESS:  For two cases.

17             THE COURT:  And could you clearly tell me what

18   were the charges in the first case and then what were the

19   charges in the second case?

20             THE WITNESS:  In the first case, the crime in

21   Mexico is called:  Operations with illegal resources,

22   illegal gains resources and money laundering; and the second

23   charge was organized crime.

24             MS. RHEE:  May I proceed?

25             Thank you, Your Honor.
```

 1    BY MS. RHEE:

 2    Q.  I think I misspoke.

 3          There was one case with two charges, correct?

 4    A.  That's correct.

 5    Q.  And after he was arrested was Mr. Flores detained

 6    pending -- while the charges were pending?

 7    A.  Yes.  He was detained.

 8    Q.  And where was he held?

 9    A.  He was detained for two years.  At the beginning he was

10    detained in Tepic in Nayarit, in a federal institution; and

11    then he was transferred to another federal facility in

12    Ocampo in Guanajuato.

13    Q.  While he was incarcerated how did you communicate with

14    Mr. Flores?

15    A.  I visited him.  I would visit him directly at the place

16    of his incarceration.

17    Q.  So you visited him in person?

18    A.  Yes, in person.

19    Q.  Was it through glass?  Was it in person?

20    A.  It was in a location for interviews.  There was a glass

21    between us.  It was a high-security prison and no physical

22    contact is allowed, so it was behind a glass.

23    Q.  So all of your visits with him were through glass?

24    A.  Yes, all.

25    Q.  Did he ever call you on a phone?

1    A.   No.   There are no phones on federal facilities; in fact,

2    there is no signal.   There are devices that ban the signal

3    so there is no phones.

4    Q.   Do you know, as his attorney in that case in Mexico,

5    what the factual basis for the criminal charges were?

6    A.   Yes.   There is -- for the crime of organized crime a

7    memo is drawn up when the person is arrested.

8    Q.   Please continue.

9    A.   And so the question is asked from -- to the governments

10   of Bolivia and to the United States regarding information on

11   Raul Flores-Hernandez because cash was seized from him.

12            And there is a memo, an official document from the

13   U.S. Embassy in Mexico that says that Raul Flores-Hernandez

14   does money laundering for the cartels, and it says that he

15   does money laundering for the cartel of the Jalisco New

16   Generation, the cartel of the Beltrán Leyvas, and for the

17   Sinaloa cartel.   And it was based on these facts that the

18   charge for organized crime was made.

19   Q.   Just so I am clear, there was a report from the U.S.

20   Embassy accusing Mr. Flores of being affiliated with all of

21   the cartels you listed; is that what you are saying?

22   A.   Well, I wouldn't say the word "affiliated," but that he

23   was a member of those cartels; he was doing money laundering

24   for them.

25   Q.   And that was the accusation?

1   A.  Yes.  That was the document in which the charge was

2   based on accusing him of participating in organized crime

3   with those cartels.

4   Q.  Did you say there was also a seizure?

5   A.  Yes.  The second charge, the charge of money laundering,

6   there was a seizure made in a home of Mr. Raul Flores where

7   $6.4 billion [sic] were seized in cash.

8   Q.  What was your defense in that case?

9   A.  First we have to identify that that money did not come

10  from drug trafficking.

11  Q.  Were you able to do that?

12  A.  Yes.

13  Q.  Where were you able to prove the money came from?

14  A.  Mr. Flores-Hernandez was known in Mexico as a smuggler;

15  he would bring in products since the '80s.

16  Q.  And what kind of products did he smuggle into Mexico?

17  A.  Mainly electronics.

18  Q.  Was there a defense to why the money was in cash?

19  A.  Yes.  Because the money was not being reported to tax

20  authorities it could not be held in banks.

21           MS. RHEE:  I am going to show you what's been

22  marked as Defense Exhibit 35.  If I may approach?

23           THE COURT:  Yes.

24           Have you shown this to the government already?

25           MS. RHEE:  Yes, Your Honor.

1          MR. HORNOK:  Your Honor, my objection is that

2     Ms. Rhee brought these three volumes, opened them up --

3     opened one of them up here at the table:  Here, see this.  I

4     intend to use this about ten minutes before the hearing.  I

5     said, Oh, is this mine that I can keep and look through?

6     She said, No, these three volumes are completely different.

7     I don't have a copy.  We didn't receive a copy before the

8     hearing.  And I have had no time to verify what is in these

9     documents so I have no idea what this witness is about to be

10    shown.

11         THE COURT:  What are these documents?

12         MS. RHEE:  They are receipts of Mr. Flores

13    purchasing the electronics from a company.  And my

14    understanding, from speaking with the supplier, is that

15    these documents, all 7500 pages, which I just received over

16    the weekend myself, were provided to the government several

17    years ago.  I had asked for these documents, these receipts;

18    and the government had no record of having received these.

19         But these are just receipts of Mr. Flores's

20    falluca [sic] business.  And it shows -- these are dated

21    from 1991 where he purchased -- he made purchases -- I

22    honestly -- they are item numbers, the price, and how much

23    he paid for them.

24         THE COURT:  Is Exhibit 35 just Volume 1, and then

25    you are going to go through Volume 2 and 3?  What's your

```
1     plan here?

2               MS. RHEE:  No, Your Honor.  I am just going to

3     show him this one and ask him to look at them and ask him --

4               THE COURT:  Are those three volumes identical --

5               MS. RHEE:  They are not, Your Honor.

6               THE COURT:  -- or are they all unique receipts in

7     all of them?

8               MS. RHEE:  It's just three volumes, Your Honor.

9     There are boxes that Attorney Murillo brought me over the

10    weekend.  And I just didn't know how to photocopy them or

11    scan them to get to the government -- to get them to the

12    government.  But they are all unique, Your Honor.

13              THE COURT:  So Mr. Murillo brought you, over the

14    weekend, boxes of receipts?

15              MS. RHEE:  Yes, Your Honor.

16              THE COURT:  You took those receipts and you put

17    them into those three volumes that I am looking at.

18              MS. RHEE:  No, Your Honor.  He brought me binders

19    of receipts.

20              My understanding -- and I was going to ask him

21    about these -- is these were presented to the court in

22    Mexico; that's why he has them.

23              THE COURT:  Okay.  I am still not understanding

24    what the difference is between -- you're holding three

25    volumes.  I have got Exhibit 35, which is Volume 1.  I still
```

1    am not understanding what is different about Volumes 2 and 3

2    and even whether you are planning on admitting them.

3              MS. RHEE:  I am not planning on admitting them,

4    Your Honor.

5              THE COURT:  What is in the next two volumes?

6              MS. RHEE:  The exact same things, Your Honor.

7    Different receipts of purchases that Mr. Flores made of the

8    electronics that he smuggled into Mexico.

9              THE COURT:  Okay.  I appreciate that the

10   government hasn't seen these.  I am going to overrule any

11   objection to admission.

12             I am going to -- for whatever they're worth -- I

13   guess, Volume 1 of what I am looking at of three volumes is

14   Exhibit 35.  You can show that to the witness.

15             MS. RHEE:  I am only going to show him one, Your

16   Honor.  I am actually just going to use one.  I should have

17   used a smaller volume.

18             THE COURT:  Do you know what the date range is in

19   that one or are they in any kind of chronological order in

20   Volumes 1, 2, and 3?

21             MS. RHEE:  No, I myself have not gone over --

22   other than that they're receipts.  Some of them are upside

23   down.  They're just receipts of purchases.  They are all,

24   pretty much, fungible.

25             The date range -- this one, it looks like from

```
1    2000 -- I'm sorry, '86, '85.  These are from '89; these are

2    from '91.  I just picked the first three -- when I left my

3    house this morning, I picked the top three because they're

4    all pretty much exactly the same.

5           The only thing I am going to ask him is if these

6    are some of the documents he presented --

7           THE COURT:  Between 1983, I think you said, and

8    1991 the receipts all look identical --

9           MS. RHEE:  '85 through '86.

10          THE COURT:  '85 and '86, all the way through to

11   1991, all of the receipts look exactly the same?

12          MS. RHEE:  They do, Your Honor.  They actually

13   look -- they are all from this one company Jett Racing and

14   Sales, Inc.  I spoke to the owner of the company.

15          When I first spoke to him, I asked him:  Do you

16   have receipts?  And he said very angrily that he had turned

17   over 7500 pages to the government, why am I asking for them

18   now?  And that's when I reached out to Attorney Murillo.

19          THE COURT:  All right.  Go ahead, Ms. Rhee.

20          MS. RHEE:  If I may approach.

21          THE COURT:  Yes.

22          MR. HORNOK:  Your Honor, since we won't be able --

23   unless we crowd around the witness to see what the witness

24   is looking at, I wonder if it makes sense for her to present

25   it over the ELMO so at least we all have the benefit of
```

1    seeing what we're asking questions about.

2              MS. RHEE:  That's fine, Your Honor.

3              I will just turn to any random page.

4              THE COURT:  The ELMO is working.

5              MS. RHEE:  My screen is not working, Your Honor.

6    BY MS. RHEE:

7    Q.  Mr. Murillo, do you recognize these documents?

8    A.  Yes, I do.

9    Q.  And what are they?

10   A.  This is one of the invoices that I showed in the trial

11   in Mexico, trial of Mr. Raul Flores-Hernandez.  This is one

12   of the invoices of business that he did with the company in

13   Laredo, Texas.

14   Q.  So if you see here -- and I don't know if you can see

15   very clearly on that page.  It's better here, on this page.

16   Do you see this little stamp and the signature?

17   A.  Yes, I do.

18   Q.  What is that?

19   A.  This was an invoice that was issued by the dealer in

20   Laredo, Texas, and it was then legalized so that it can be

21   used in the legal system in Mexico.

22   Q.  Do you see the top there?  What does that say up there?

23   A.  This is Jett Sales.  This is one of the companies where

24   Mr. Flores would buy merchandise to bring to Mexico.

25   Q.  So what did you say this document represented?

1    A.  This is an invoice for purchases made.

2            THE COURT:  And what specifically is being -- I

3    see 60 million items and 55 million items.  What are those

4    two items in the millions?

5            THE WITNESS:  Well, Mr. Flores introduced large

6    amounts of merchandise into Mexico, merchandise that at the

7    time was not available in Mexico.

8            THE COURT:  And I am asking you what is that

9    merchandise?  I can't read or understand what that says.

10            THE WITNESS:  Well, in some instances the supplier

11    would describe in detail what the merchandise was; in other

12    cases he would not, he would just write a number.  For

13    example, he would write 20,000 televisions and not explain

14    beyond that.

15            THE COURT:  Okay.  And so just looking at this

16    document, it says 5 million and then a number 12999.  Do you

17    know what that stands for?

18            THE WITNESS:  No, I do not know.

19            THE COURT:  All right.  And then the next line has

20    something written and 60 million of whatever is next to

21    that.  Do you know what is written there?

22            THE WITNESS:  Well, my understanding is -- I am

23    not totally sure about this.  What my understanding is that

24    this invoice was for 60 million but that 15 million are

25    still to be paid; in other words, that Mr. Flores still owed

1   55 million out of the 60.

2         THE COURT:  Okay.  But we don't know what actually

3   was being purchased of the 55 million?

4         THE WITNESS:  No, I don't know.

5         THE COURT:  And this was accepted as proof at a

6   Mexican trial?

7         THE WITNESS:  Yes.  Reports were requested from --

8   an investigation was requested from -- sorry -- by the

9   Attorney General in Mexico and invoices were compared and

10  audited -- the company was audited, and the amounts

11  coincided or agreed, so they were accepted in Mexico.

12        THE COURT:  Without knowing what was being

13  purchased for 60 million?

14        THE WITNESS:  Well, the owner of the company that

15  issued these -- each invoice appeared in Mexico in front of

16  the authorities and the invoices were compared, the items

17  and figures agreed, and so they were accepted.  And he

18  also -- he appeared before the Attorney General.

19        THE COURT:  And this is the owner of Jett Racing

20  and Sales, Inc.?

21        THE WITNESS:  Yes.  He -- yes.  He owns two

22  companies.  And he appeared before the Attorney General in

23  Mexico and he compared invoices which agreed and were then

24  accepted.

25        THE COURT:  Well, you understand my puzzlement of

1    how anybody could audit or compare any invoices based on the

2    minimal information reflected on this single document out of

3    those three volumes which doesn't even tell us what was

4    being bought.

5            That's not a question; that's an observation of

6    how much more time, Ms. Rhee, you want to spend on these

7    documents.

8            MS. RHEE:  I don't want to spend any more time on

9    this document at all, Your Honor.  I am done with this

10   document.

11           THE COURT:  Because I don't know how this doesn't

12   prove money laundering of some kind; my own observation.

13           Proceed.

14   BY MS. RHEE:

15   Q.  Well, Mr. Murillo, was there any evidence in the case

16   that you represented Mr. Flores of actual money laundering?

17   A.  No, there wasn't.

18   Q.  What evidence did the Government of Mexico provide in

19   the case against Mr. Flores?

20   A.  For money laundering, they didn't have any.

21   Q.  So what happened to his criminal case?

22   A.  The way -- how I explained it to you yesterday, the case

23   was based on two facts; the fact that the cash was found in

24   one of his residences, and the other was a document that the

25   director of the embassy in Mexico presented that stated that

1    Raul Flores belonged to three Mexican cartels.

2    Q.  I'm sorry.  I didn't understand the last -- that

3    Mr. Flores was what?

4    A.  The document from the embassy, the U.S. Embassy in

5    Mexico, stated that Mr. Flores belonged to three Mexican

6    cartels.

7    Q.  So apart from the letter from the American Embassy, what

8    evidence did the government have that Mr. Flores was

9    affiliated or a member of a Mexican cartel?

10                THE INTERPRETER:  Excuse me.

11                Maybe the interpreter misspoke.

12                It's the U.S. Embassy in Mexico.

13   A.  I guess aside -- they didn't have any other evidence;

14   that's why he was absolved.

15   Q.  And what happened to the money that was seized from

16   Mr. Flores's home?

17   A.  After a trial -- after 13 years, the money was able to

18   be recovered by order of a federal judge.

19   Q.  So what happened to the money?

20   A.  As I said before, the money was recovered and it was

21   given back to Mr. Flores in 2022.

22                THE COURT:  Mr. Murillo, out of those three

23   notebooks that Ms. Rhee is holding of which only one,

24   Defense Exhibit 35, has been admitted -- but are there a

25   number of receipts that are similar to the one at page

1      002503, that Ms. Rhee put up on the machine and on the

2      computers, that only have numbers with no identification of

3      items associated with those invoice numbers?

4             THE WITNESS:  There are many invoices; some of

5      them have the product identified, others do not.

6             THE COURT:  Do you think it unusual that an

7      invoice is given without identifying the item being

8      purchased?

9             THE WITNESS:  I don't -- I don't know how things

10     are sold in the United States, so I don't know.  But in

11     Mexico, yes, it would be very unusual not to identify the

12     article being purchased.  But I don't know anything about

13     the United States, how it sells.

14             As a defense attorney, in order to prove that

15     invoices were legal and faithful, that is why I asked the

16     owner of the companies to appear in Mexico so that he could

17     identify each article by -- identify each invoice and say

18     whether they were truthful and it contained truthful

19     information and if it was something that Mr. Raul Flores had

20     purchased during that time frame.

21             In the absence of evidence presented by the

22     government that that money came from illegal activities,

23     that's why we were able to eventually recover the money.

24             MS. RHEE:  May I move on?

25     BY MS. RHEE:

1    Q.  Mr. Murillo, I would now like to discuss with you the

2    social interactions you had with Mr. Flores, okay?

3              THE INTERPRETER:  The Interpret misspoke.

4    A.  Yes.

5    Q.  Do you know where Mr. Flores lived?

6    A.  Yes.  He lived in Zapopan in Jalisco, Mexico.

7    Q.  And what kind of home did he have?

8    A.  He had a large -- a very big house; it included a soccer

9    field.

10   Q.  And do you know how he bought that home?

11   A.  Yes.  In Mexico we have plots of land that go under the

12   name of a ejidal [sic], which are lots that are outside

13   metropolitan areas.

14   Q.  Okay.

15   A.  That land is given by the government or allocated to

16   people who work the land or have cattle.  It is not that

17   they owned the land but they can have possession of the land

18   and use it.  When the cities grow there comes a time when

19   the city sort of touches or invades these farmlands.

20   Q.  Can you explain how Mr. Flores bought the home, please?

21   A.  That's why I needed to give you the background.

22              Those pieces of land are very inexpensive because

23   there is no writ of possession of the land, and that's why

24   it is very accessible to people.  He, at the beginning, just

25   bought the land.

1   Q.  And then what happened?

2   A.  The first thing he does is clear the four -- four areas,

3   and he builds a soccer field and sets up some bathroom

4   facilities.

5   Q.  Are you saying that he built his home?

6   A.  Yes.  At the beginning it was just a soccer -- a small

7   soccer field and the restrooms.  And then it took him nine

8   years to build the house because he would start

9   construction, ran out of money, stopped, and then start

10  again; so it was nine years before the house was completed.

11  Q.  Okay.  So let's just move on to:  Have you ever been to

12  any parties at Mr. Flores's house?

13  A.  Yes, several.

14  Q.  How many parties do you think you attended?

15  A.  Well, along the 20 years that I -- we played soccer

16  together in his house, and then he would also do one large

17  party per year for his birthday.

18  Q.  And how many people would attend those parties?

19  A.  Raul has a very large family, extended family, has many

20  brothers, cousins, close friends.  I don't know, 300 to 400

21  people would get together there by the soccer field.

22  Q.  I want to show you what's been marked as Defense

23  Exhibit 25.  What is that?

24  A.  This is a party on a date that was not his birthday

25  party; it was for Raul Flores's mother's birthday.  All the

1    people here in this picture are Floreses.  They came either

2    from the United States or from other little towns in

3    Jalisco.

4    Q.  Were there any famous or infamous drug traffickers at

5    any of these parties?

6    A.  No.  No.  No, it was just family members, family to Raul

7    Flores.  And this photograph, in fact, is at his house.

8    This is close to the soccer field.

9    Q.  At any of the parties that you attended were there

10   bodyguards?

11   A.  No.

12   Q.  At any of the parties that you attended were there men

13   with weapons?

14   A.  No, that either.

15   Q.  Do you know a person named Jack Sinuhe Almaguer Ramirez?

16   A.  Yes.  I know him, yes.

17   Q.  Did you ever see him at any of Mr. Flores's parties?

18   A.  No.

19   Q.  So in addition to knowing Mr. Flores, do you know other

20   members of Mr. Flores's family?

21   A.  Yes, his entire family.

22   Q.  How many children does he have?

23   A.  Eight.

24   Q.  Were his children baptized?

25   A.  Yes.

```
 1                    MS. RHEE:  I want to show you what's been marked

 2        as 27, Defense Exhibit 28, Defense Exhibit 29, and Defense

 3        Exhibit 30.

 4                    May I approach the witness, Your Honor.

 5                    THE COURT:  You may.

 6        BY MS. RHEE:

 7        Q.  What are those?

 8        A.  These are the christening certificates from the Catholic

 9        church of four of Raul Flores's children.

10        Q.  Do you know someone by the name of Mario Pinedo?

11        A.  No.

12        Q.  Do you know someone by the name of Samuel Pinedo?

13        A.  No.

14        Q.  Do you know if Samuel Pinedo is a godfather of any of

15        Raul Flores's children?

16        A.  No.

17        Q.  Is it possible that someone can be an informal godfather

18        to Mr. Flores's children?

19        A.  I don't know what you mean by "informal."

20        Q.  Well, the role of godfather -- is it an important one or

21        a no big deal kind of role?

22        A.  No.  In Mexico, the godfather is the one who stands in

23        for the parents if their absence is there, so you educate

24        and you maintain them if that is a need.  So in Mexico when

25        you select someone to be the godfather.  It is somebody who
```

1    is very close to you and who is in a very loving

2    relationship with you.

3    Q.  So it's a very serious and formal role, correct?

4    A.  Yes.

5    Q.  You talked about Mr. Flores's falluca business.  Aside

6    from his falluca business did he have any other businesses?

7    A.  No.

8    Q.  Did he own a hotel?

9    A.  No.

10   Q.  Casino?

11   A.  No.

12   Q.  Restaurants?

13   A.  No.

14   Q.  Gentlemen's clubs?

15   A.  No.

16   Q.  Sir, you testified that you and Mr. Flores played soccer

17   together, yes?

18   A.  That's right.

19   Q.  Does Mr. Flores own any soccer teams in Bolivia?

20   A.  No.

21   Q.  Would you have known if he owned any soccer teams in

22   Bolivia?

23   A.  Yes, of course.

24   Q.  How would you have known?

25   A.  Well, to have a team in Mexico it cost a lot of money;

1    and if he would have one it would be to help the people in

2    town.  As I said, it's very expensive.  So if he couldn't

3    afford to have one, a team in Mexico, he definitely wouldn't

4    afford one in Bolivia.

5    Q.  Was Mr. Flores also on the OFAC list?

6              THE INTERPRETER:  Interpreter requests repetition.

7    Q.  Was Mr. Flores also on the OFAC list?  O-F-A-C.

8    A.  Yes.  That's the blacklist of the Department of the

9    Treasury.

10   Q.  Would you -- were there any soccer teams in Bolivia

11   seized on the OFAC list?

12   A.  No, none.

13   Q.  You testified earlier that you met a Jack Sinuhe

14   Almaguer Ramirez, correct?

15   A.  That's right.

16   Q.  When did you meet him?

17   A.  In 2017.

18   Q.  How is it -- under what circumstances did you meet him?

19   A.  He was arrested in Jalisco, in Mexico.

20   Q.  And what had he been charged with?

21   A.  Fraud and bribery, for selling property that did not

22   belong to him.

23   Q.  And how do you know about this case?

24   A.  Because I helped him.

25   Q.  Who asked you to help him?

1    A.  I didn't understand.

2    Q.  Who asked you to help him?

3    A.  His mother.

4    Q.  Can you tell the Court about the fraud charge?

5    A.  Yes.  Mr. Sinuhe, jack and his wife back then -- or

6    partner, I don't know whether they were married or not --

7    but they sold a property to someone with documents that did

8    not agree with the documents of the plot of land, and they

9    sold it for $2.5 million.  Million --

10             THE INTERPRETER:  Interpreter will request

11   clarification.

12   A.  2.5 million pesos; and in U.S. dollars it would be

13   $25,000.

14             THE COURT:  Did you represent Jack in that case?

15             THE WITNESS:  Yes.

16             I started representing him.  And this was not a

17   serious case in Mexico.  He was freed if he put a bond; and

18   he put 2.5 million pesos as a bond.

19   BY MS. RHEE:

20   Q.  I am going to show you what's been marked as Defense

21   Exhibit 21.  It's 21 and 21A.

22             What are those documents?

23   A.  In Mexico this is called a constitutional term.  It is

24   where they name him a probable -- responsible for the crime.

25   Q.  What happened in that case did you say?

1    A.  As I said, in Mexico this is an asset crime.  And a

2    first offense, if the victim gives their forgiveness or

3    pardon and the person provides repairs for what they have

4    done, then the case can be concluded.  And in this case it

5    was Sinuhe's mother who paid the 2.5 million pesos and he

6    was given that pardon, and the case concluded.

7               MS. RHEE:  I have nothing further, Your Honor.

8               THE COURT:  Any cross?

9               MR. HORNOK:  Yes, Your Honor.

10                        CROSS-EXAMINATION

11   BY MR. HORNOK:

12   Q.  Mr. Murillo, you are a licensed attorney in Mexico?

13   A.  Yes.

14   Q.  And are you still a licensed attorney in Mexico?

15   A.  Yes.

16   Q.  Are you licensed in any United States jurisdictions?

17   A.  No, none.

18   Q.  How about in any other countries?

19   A.  No.

20   Q.  And you live and work in Guadalajara, Jalisco?

21   A.  Yes, sir.

22   Q.  Do you also do work in Mexico City?

23   A.  Yes.  In several parts of the republic and the city, and

24   Mexico City.

25   Q.  What kind of work do you do in Mexico City?

1    A.   As I said earlier, I am a criminal attorney.

2    Q.   Do you work anywhere outside of Mexico?

3    A.   No.

4    Q.   How long have you lived in Guadalajara?

5    A.   My whole life, 64 years.

6    Q.   Have you been an attorney for most of your adult career?

7    A.   Yes, since 1987.

8    Q.   And during that time have you always been a criminal

9    defense attorney?

10   A.   Yes.  This is the only type of law that I have worked in.

11   Q.   What kind of crimes do you represent people for

12   committing or having been accused of committing?

13   A.   All types of criminal cases with the exception of sexual

14   crimes, and this is a matter of ethics on my part.

15   Q.   Do you represent or have you had the opportunity to

16   represent people accused of trafficking drugs?

17   A.   Yes.

18   Q.   Many or a few?

19   A.   Many.

20   Q.   There was or has been a lot of violence in Guadalajara

21   in the past 20 to 30 years; is that correct?

22   A.   Yes.  Unfortunately, yes.

23   Q.   And what is the source of that violence?

24           MS. RHEE:  Objection, Your Honor.  Relevance.

25   Outside the scope.

```
1                    THE COURT:  Overruled.

2                    You may answer.

3      BY MR. HORNOK:

4      Q.  What is the source of the violence in Guadalajara over

5      the last 20 or 30 years?

6      A.  I believe that there is various sources; among many,

7      drug trafficking.

8      Q.  Are you familiar with cocaine trafficking and how the

9      cocaine trafficking business works?

10     A.  I don't understand the question very well.

11     Q.  Have you represented people who were accused of

12     trafficking in cocaine?

13     A.  I don't remember.  Most of the cases that I remember

14     have been for drug possession, not for drug traffic.

15     Q.  Having lived in Guadalajara, do you generally understand

16     how the cocaine trafficking works?

17     A.  Well, the fact that I live in Mexico doesn't necessarily

18     mean that I would know how drug trafficking works.  Perhaps

19     you can be more precise in your question.

20     Q.  You understand that cocaine generally comes from Central

21     and South America, correct?

22     A.  Yes.

23     Q.  And you would agree with me that that cocaine comes to

24     Mexico?

25     A.  Yes, of course.
```

1    Q.  And that the people engaged in that drug trafficking

2    have to use measures to keep that cocaine secret and hide it

3    from the police?

4    A.  Yes.  Sure.

5    Q.  You would agree with me that much of that cocaine then

6    is smuggled into the United States, correct?

7    A.  That's correct.

8    Q.  When drug traffickers disagree, violence can erupt,

9    correct?

10            MS. RHEE:  Objection.  Relevance.

11            THE COURT:  All right.  This is getting a little

12   bit further afield from where I thought you were going.  I

13   mean, everything he is testifying to everybody can read

14   about in the newspapers.  I am not sure where we're going

15   with that, so sustained.

16            MR. HORNOK:  Thank you, Your Honor.

17            May I ask one more question because it is leading

18   somewhere and I want to ask one more question pertaining to

19   this that I believe the relevance of which will be seen

20   shortly.

21            THE COURT:  No.  Unless you want to explain what

22   the relevance is.

23            MR. HORNOK:  What I would like to understand -- he

24   has seen Mr. Flores and seen Mr. Flores's business, and he

25   has now established that he understands how drug trafficking

```
 1    works.  And I want to question him about what he observed

 2    pertaining to his relationship with Mr. Flores and whether

 3    that matches up with what his knowledge is of drug

 4    trafficking.

 5            THE COURT:  Well, if you are asking him

 6    specifically questions about this particular defendant

 7    that's relevant, you can ask those questions.  But general

 8    information that's available reading newspapers on a

 9    generally regular basis is not particularly relevant.  So if

10    you are asking specifically about this defendant you can

11    proceed.

12            MR. HORNOK:  Thank you.

13    BY MR. HORNOK:

14    Q.  In the course of your practice as an attorney, do you

15    deal with government officials?

16    A.  No.

17    Q.  You said that you have known Mr. Flores for how long?

18    A.  Since the late '80s.

19    Q.  And have you ever known Mr. Flores to use any nicknames?

20    A.  In soccer we know him as caballo, or horse, because he

21    runs a lot.  He never gets tired.

22    Q.  What about off of the soccer field?

23    A.  Among our group of friends, no.

24            In the news I have seen that they call him "El

25    Tio."  But in the photograph that you saw it's just either
```

1    Raul -- the photograph that you saw with the whole family

2    and friends is either Raul or caballo.

3    Q.  Did you ever hear anyone refer to him as "El Tio" when

4    you were with him?

5    A.  No.

6    Q.  How often did you see Mr. Flores?

7    A.  Well, at soccer we played Thursdays and Saturdays and,

8    after that, there was always a barbecue.  So I would say

9    that the group would be maybe 30, 40 people once a week.

10   Q.  And these groups would be at his house?

11   A.  Yes, sir.  It was at his house on Thursdays.  He had a

12   small soccer field.  On Saturdays we played elsewhere, at a

13   larger field.

14   Q.  The small soccer field at his house, what did it look

15   like?

16   A.  Well, it's the kind -- you can play there.  It was

17   called Soccer 7 because only 7 players can play rather than

18   the usual 11.

19   Q.  Was this soccer field in his backyard or was it in the

20   middle of his house or inside of his house?

21   A.  It was in his backyard.

22   Q.  How many houses did Mr. Flores have?

23   A.  Just that one.

24   Q.  Mr. Flores's house, did it have any kind of physical

25   security, like a wall or a fence around it?

1   A.   It was fenced in like all houses in Mexico.

2   Q.   Did it have barbed wire or any kind of sharp objects at

3   the top of the fence?

4   A.   Around the field itself, in the backyard it was high

5   wires so that the ball would not go out of the field.

6   Q.   Did Mr. Flores have a pool at his house?

7   A.   Yes.

8   Q.   Did he have a water slide at that pool?

9   A.   Yes.

10   Q.   Did he have a game room?

11   A.   It was not a game room as such.  It was a room with

12   couches all around where people could sit down; it was a

13   private room.

14   Q.   How about a billiard room?

15   A.   I don't recall the upstairs.  But downstairs, not that I

16   remember.

17   Q.   You never went upstairs in his house?

18   A.   No, because all our social life took place around the

19   soccer field.  There was a terrace there, there were

20   bathrooms.  There was no reason to go into the house.

21   Q.   Did you ever have dinner at Mr. Flores's house?

22   A.   Not in the house itself; outside in the patio, yes.

23   Q.   Did you ever have the opportunity to see his dining

24   room?

25   A.   Yes, of course.

1    Q.  And what did that look like?

2    A.  It was a regular dining room, like a dining room in a

3    large house.  I don't understand.

4    Q.  How was it decorated?

5    A.  I would say that the furniture was a classic style.  Not

6    modern.  Traditional perhaps.

7    Q.  Were there any paintings?

8    A.  Yes.

9    Q.  What were the paintings of?

10   A.  I do not remember the subject of those paintings, but

11   there was a dome that was painted, the subject was creation.

12   Q.  The dome to the room?

13   A.  Yes.  Yes.  That could be, yes.

14   Q.  So it was a painted ceiling?

15   A.  Indeed.

16   Q.  You said a classic style.  Could you maybe consider it a

17   medieval-style painting or a Baroque style, is that what you

18   are describing?

19   A.  No.  I don't know how to explain this.  When we say

20   "classic," I mean not very modern.

21           MR. HORNOK:  Your Honor, I would like to ask some

22   questions that I think would put the defendant [sic] in a

23   situation where he may incriminate himself.  I wonder if the

24   Court would be willing to instruct him regarding his rights

25   under the Fifth Amendment at this time.

 1                    THE COURT:  All right.  Mr. Murillo, you are

 2          testifying under oath here.  It's probably the same as in

 3          Mexico, in terms of you have promised to tell the truth.

 4                    I am not familiar with Mexican law.  But under our

 5          Constitution you cannot be forced to provide testimony that

 6          would incriminate yourself.  So if you are asked a question

 7          where you think, if you answer truthfully to the question,

 8          you would be incriminating yourself, you can decline to

 9          answer the question and say it is because of your right

10          against self-incrimination.

11                    If you give false testimony here -- and I am

12          giving you this caution without understanding whether you

13          have or haven't; but if you give false testimony it could be

14          used against you in a prosecution here for perjury or making

15          a false statement.

16                    Do you understand that?

17                    THE WITNESS:  Yes.  It's clear to me.

18                    THE COURT:  So he has been cautioned.

19                    MR. HORNOK:  Thank you, Your Honor.

20                    THE COURT:  You may proceed.

21                    MS. RHEE:  What's the basis for this line of

22          questioning?

23                    THE COURT:  He hasn't alerted us.  I guess we're

24          going to hear next why he thinks there was a reason to

25          advise a witness who may not be familiar with our law that

1    he has a right to decline to answer a question if he thinks

2    it would incriminate himself, and that would be a better

3    choice than to give false testimony.  So we'll see where

4    this goes.

5              Please proceed.

6              MR. HORNOK:  Thank you, Your Honor.

7    BY MR. HORNOK:

8    Q.  As Mr. Flores's attorney, you were familiar with the

9    business that he was engaged in, correct?

10   A.  No.

11   Q.  Well, didn't you just testify that you presented the

12   case, his defense, based on his business and business

13   records?

14   A.  Yes.  However, by "familiar" I understand to mean that I

15   knew how he made his purchases, how he introduced them into

16   the country because he was evading taxes.  So I don't know

17   the logistics of his operation, if that's what you are

18   asking me.

19             All that pertained to me was demonstrate that that

20   money did not come from drug trafficking, but I don't

21   understand the mechanism of how he introduced the

22   merchandise into Mexico.

23   Q.  But you understood that for decades he had been

24   evading -- he had been committing tax fraud; is that

25   correct?

1    A.  But I learned that when I defended him.

2    Q.  Who did you hear that from?

3    A.  Well, when he was arrested for operations with resources

4    of illegal means or illegal resources, my obligation as an

5    attorney was to say where does that money come from.  And he

6    responds that it comes from importing -- illegally importing

7    merchandise as contraband into Mexico, smuggling.  So I

8    asked him:  So how can we prove that?  And he tells me we

9    can prove that with the invoices of the merchandise I

10   brought into Mexico.  And before that I didn't know whether

11   he did or did not pay his taxes.  Taxes are something that

12   is very personal.

13   Q.  Did you learn after whether he paid his taxes?

14   A.  I learned that he did not pay his taxes when he was

15   arrested.

16   Q.  So your testimony is that the defendant, Mr. Flores,

17   cheated on his taxes for many years?

18   A.  In Mexico that is called smuggling.

19   Q.  So your testimony is that Mr. Flores made all his money

20   through illegal smuggling?

21   A.  That is what the invoices say.

22   Q.  And that's the defense that, as his defense attorney,

23   you put together and presented to the government to get this

24   money released?

25   A.  That was one of the defenses.  In addition to that

1   was -- it was proven that the search that was conducted into

2   his house was an illegal search.

3   Q.  Let me direct your attention to what was previously

4   shown to you, it's Defense Exhibit 35.

5          And I also have picked at random -- do you

6   recognize this?

7   A.  Yes.

8   Q.  And this is one of the pages from one of the books that

9   you brought to the defense attorney this weekend, correct?

10  A.  I never said I brought them this weekend.

11  Q.  When did you bring them to the defense attorney?

12  A.  Are you asking me?

13         I did not understand.

14  Q.  Did you give this to the defense attorney?

15  A.  That's right.

16  Q.  When?

17  A.  Over the weekend.

18  Q.  Where did this come from?

19  A.  These are invoices that were obtained in Laredo, Texas.

20  These are copies of the originals that are kept in Mexico.

21  Q.  And who obtained them from Laredo, Mexico [sic]?

22  A.  These invoices were obtained by the legal representative

23  or owner of the companies.  They are invoices of the

24  products that were sold to Mr. Raul Flores, and he provided

25  them to us so that we could submit them in trial in Mexico.

1    Q.  So you submitted this document, or a copy of this

2    document, to the court in Mexico on behalf of Mr. Flores as

3    his attorney, correct?

4    A.  That's right.

5    Q.  And tell me, what was sold here for $33,672.73?

6            It looks like 100 million something.  Do you know?

7    A.  This -- as I said before, the person who sold these

8    things came to Mexico and clarified how they were written.

9    I said that I didn't know how the things were sold to

10   Mr. Flores.

11   Q.  Earlier on direct examination --

12           THE COURT:  Could I just interrupt you for one

13   second.

14           All of these 7500 pages of invoices are all from

15   the same company, correct?

16           THE WITNESS:  There are two companies, but from

17   the same owner.

18           THE COURT:  Okay.

19           THE WITNESS:  My only responsibility in this was

20   to bring -- interpreter correction -- my only work in here

21   was to bring the owner of the company and show -- to show

22   the invoices so that he could compare the invoices.  He also

23   did the apostille so that they could be submitted to court

24   in Mexico and explain each one of them.

25   BY MR. HORNOK:

1    Q.  Do you see this line right here that says "cash"?

2    A.  I don't understand.

3    Q.  Do you see this word right here that my pen is

4    underneath?

5    A.  Yes.

6    Q.  This is an English word, and the English word is "cash"?

7    A.  All right.

8    Q.  What do you understand this receipt to mean?

9    A.  As I said, I did not create this document.  I cannot

10   explain documents that I did not create.

11   Q.  But you submitted the document to the court and used

12   them as a basis for your defense of Mr. Flores, correct?

13   A.  On their own they would not have any value.  They had to

14   be accompanied by the owner of the company that generated

15   these invoices.  And he said:  All of these invoices come

16   from my company, and all these invoices were issued to

17   Mr. Flores-Hernandez.

18            THE COURT:  How long did he testify in Mexican

19   court?

20            THE WITNESS:  He testified in Tepic, Nayarita --

21   Tepic, Nayarit.  He was called on to provide his testimony

22   in Reynosa, and this was in Tamaulipas.  And during his

23   testimony he said that, yes, all these were invoices coming

24   from his company and they were issued to

25   Mr. Flores-Hernandez.  He was also called on by the office

1     of the attorney general to testify about these invoices.

2     And I understand, although I don't have a way to check, that

3     the treasury department also looked at these invoices.

4              THE COURT:  Were you present when this owner

5     testified in any of those venues?

6              THE WITNESS:  When he came before the judge in

7     Tamaulipas I was there in attendance.  When he testified

8     before the PGR; that is, the office of the attorney general,

9     I was not.

10             THE COURT:  When he testified before the judge,

11    how many minutes did his testimony take?

12             THE WITNESS:  An entire morning.

13    BY MR. HORNOK:

14    Q.  Can you explain to us why this part of the receipt is

15    redacted?

16    A.  No.  I can't explain it.

17    Q.  During direct examination you demonstrated that you -- I

18    believe your statement was:  What my understanding was.  And

19    then you explained how, on one of these pages, it showed

20    that Mr. Flores had paid some but owed -- still owed some

21    money on the particular receipt.

22             Do you recall that testimony?

23    A.  Yes.  It was the one that was shown to me, correct?

24    Q.  That's correct.

25             How did you come to that understanding?

1    A.  Because it was explained to me.

2    Q.  Who explained it to you?

3    A.  The prosecutor.  I don't understand.  I didn't

4    understand.  You are asking about the previous invoice,

5    right?

6    Q.  Yes.  The previous invoice when you were testifying and

7    the defense attorney was asking you questions, you said, "I

8    understood"; and then you explained what your understanding

9    of the receipt was.

10              Do you remember that?

11   A.  I'm sorry.  I don't understand the question.

12   Q.  Do you recall being asked questions by Ms. Rhee, the

13   defense attorney?

14   A.  Yes.  Of course.

15   Q.  Do you remember her asking you questions about a page in

16   this book?

17   A.  That's right.

18   Q.  Do you recall answering one of her questions with this

19   phrase:  What my understanding was; and then you explained

20   what you understood about the page.

21   A.  What I understood?

22   Q.  That's what you said.  You said:  What I understood is;

23   and then you explained that you understood that the receipt

24   showed that Mr. Flores had paid some money and owed some

25   money for whatever products were sold.

1    A.  All right.  Yes.  All right.

2    Q.  Do you recall that?

3    A.  Yes, of course.

4    Q.  How did you come to that understanding?

5    A.  Because it was there on the page.  There was a word in

6    Spanish there, and it was clear one.  But the other one was

7    not clear, so that's why I said:  I suppose it says that.

8              THE COURT:  Well, do you want to show him that

9    page?  It's page 002503.  I don't know if they're

10   chronological.

11             MR. HORNOK:  You've discovered page numbers.

12   BY MR. HORNOK:

13   Q.  In reviewing these sheets, Mr. Flores helped you

14   understand what they said, didn't he?

15             MS. RHEE:  Objection, Your Honor.  Assumes facts

16   not in evidence.

17             THE COURT:  Overruled.

18             THE WITNESS:  No.

19   BY MR. HORNOK:

20   Q.  Wasn't it your testimony that the defendant, Mr. Flores,

21   was the one who said:  Let's go get the receipts from Jett

22   Sales?

23   A.  Yes, but I went to Laredo.

24             What he told me is to go there because he didn't

25   know whether those invoices existed or not.

1   Q.  And he told you to go there because he explained to you

2   what his business was and what he thought his defense should

3   be, didn't he?

4   A.  Yes.  Yes.  We were to find -- to explain what the

5   source of the money was, that it was merchandise that he

6   would buy in the United States and bring to Mexico.  So he

7   asked me to travel to see what -- to travel to Laredo to see

8   whether those invoices existed and if they could be brought

9   down or brought in order to be submitted for trial.  But he

10  wasn't sure whether they existed or not.

11  Q.  And he explained to you what his theory of what his

12  business was?

13          MS. RHEE:  Objection, Your Honor.  Attorney-client

14  privilege --

15          THE COURT:  He's already talked about that.

16  Overruled.

17          THE WITNESS:  No.  I don't understand when you say

18  theory.

19  BY MR. HORNOK:

20  Q.  Mr. Flores explained to you that he was smuggling things

21  into Mexico, correct?

22  A.  I find out that he was not paying taxes when he was

23  arrested.  So when he was detained I told him:  We need to

24  show that this money does not come from drug trafficking.

25  And he tells me that all his -- all the money that he has

1    comes from merchandise that he brings down from Laredo.  And

2    so I traveled to Laredo; I find out that the invoices do

3    exist.  And I also explain the legal process in order for

4    them to be admitted, that they have to be ratified by the

5    person who wrote them or who owns the location where they

6    were sold.

7    Q.  So at Mr. Flores's direction you went to Laredo and

8    picked up documents and you had them admitted in the court

9    in Mexico and, as a result of what you did, Mr. Flores got

10   $6.4 million back from the government, correct?

11   A.  No.  As I said before, that was to prove that the money

12   did not come from drug trafficking.  And as I said here

13   before also, the way in which his home was entered and the

14   money was seized was an illegal search.

15        THE COURT:  Did the court find that it was an

16   illegal search?

17        THE WITNESS:  That's right.

18        THE COURT:  Well, then why, if the Court found

19   that it was an illegal search, did you need the person from

20   Jett Sales to come in and testify, because -- if it was an

21   illegal search, did he need a defense?

22        THE WITNESS:  It was declared an illegal search

23   after Mr. Flores was arrested.  My defense had to focus on

24   the two things:  Prove that the money did not come from drug

25   trafficking and that the search was illegal, but it was

1    declared an illegal search afterwards.  We were not certain

2    whether the court and the judges were going to declare that

3    the search was illegal.  So first the invoices were ratified

4    and explained, and then the judges declared that the search

5    was illegal.  That's how it happened, Your Honor.

6    BY MR. HORNOK:

7    Q.  You would agree with me that if somebody is shipping

8    large quantities of drugs to the United States they would

9    end up with large quantities of United States currency,

10   correct?

11            MS. RHEE:  Objection, Your Honor.

12            THE COURT:  Overruled.

13            THE WITNESS:  Yes.

14   BY MR. HORNOK:

15   Q.  You would agree with me that somebody engaged in that

16   kind of business would need some kind of cover to explain

17   how he came up with so much U.S. currency in his house,

18   correct?

19   A.  Yes.

20   Q.  And one way to do that would be to produce pages and

21   pages of receipts, correct?

22   A.  I don't know.  I don't know how a drug trafficker would

23   operate in order to conceal his money.

24   Q.  You would agree with me that if a drug trafficker were

25   attempting to conceal his money with fictitious receipts,

1    those receipts would probably not have very many details on

2    them, correct?

3    A.  Let me repeat again.  I am not familiar how a drug

4    trafficker would work to conceal this.  I am not familiar

5    with that.

6    Q.  Isn't it true that if Mr. Flores was selling black

7    market goods in Mexico that the proceeds of that crime would

8    be in pesos, not dollars?

9              THE INTERPRETER:  Could the interpreter have a

10   repetition?  I'm sorry.

11   BY MR. HORNOK:

12   Q.  Wouldn't you agree with me that if Mr. Flores was

13   selling black market goods in Mexico that his proceeds from

14   that crime would be in pesos, not in dollars?

15   A.  I didn't understand very well.

16             Could you repeat it?

17   Q.  When somebody purchases something in Mexico in 1991 --

18   let me rephrase it this way.

19             In 1991, when you purchased things in Mexico, did

20   you use U.S. dollars or did you use pesos?

21   A.  I buy it in pesos.

22   Q.  Did most people buy things in pesos in Mexico?

23   A.  Yes.  That's the currency, current currency.

24   Q.  When people are buying illegal things in Mexico do they

25   tend to buy in pesos?

1    A.  I don't know.  I wouldn't know.  If somebody buys

2    something illegal they buy it in pesos or dollars, I don't

3    know about that.

4    Q.  You have been a criminal defense attorney for something

5    like 40 years, correct?

6    A.  That's right.

7    Q.  During that time you had the opportunity to speak with

8    people who have engaged in crimes, have you not?

9    A.  Obviously.

10   Q.  And the people -- specifically, you talked about people

11   who possessed drugs.  Do you recall that?

12   A.  That's right.

13   Q.  And the people who possessed drugs in Mexico who are

14   charged with drug possession, do they particularly pay for

15   those drugs in pesos or in dollars?

16   A.  I don't know how they would have acquired; I start

17   defending them when they have the drugs in their possession.

18   Q.  You would agree with me that it's a more likely

19   explanation that Mr. Flores had 6.4 million U.S. dollars in

20   his house because he was selling drugs to people in the

21   United States, not to people in Mexico?

22            THE INTERPRETER:  Interpreter would request a

23   repetition.

24   BY MR. HORNOK:

25   Q.  You would agree with me that it makes more sense that

1    Mr. Flores had $6.4 million in his house because he was

2    selling drugs to people in the United States, not selling

3    TVs to people in Mexico?

4    A.   What I know about this case and what was proven in the

5    courts is that the government -- and as an attorney I say

6    that the government in Mexico was never able to prove that

7    Mr. Flores had sold one marijuana cigarette in Mexico.

8              And we're talking about the 13 years in which this

9    trial regarding the money lasted.   In Mexico it was -- the

10   money was returned because of the invoices, because the

11   search that was conducted was illegal because the owner of

12   the company testified and at no time during this long period

13   did Bolivia -- did the government of Bolivia, the government

14   of the United States or even the Mexican government were

15   able to present any evidence that proved that Mr. Flores had

16   engaged in drug trafficking.

17   Q.   When did you first suspect that Mr. Flores was a cocaine

18   trafficker?

19   A.   I never suspected that he was a drug trafficker.   The

20   first time that I learned about it was when he pled guilty

21   here.

22   Q.   You would agree with me that you know now that he is a

23   drug trafficker, correct?

24   A.   I learned when he pled guilty here in the United States.

25              THE COURT:   Mr. Murillo, are you being paid for

```
 1     your time today?
 2                THE WITNESS:  No.
 3                THE COURT:  Are your travel expenses being
 4     reimbursed?
 5                THE WITNESS:  Yes.
 6                THE COURT:  And by whom?
 7                THE WITNESS:  His family.  I have been his friend
 8     for 40 years; and even if I were not being paid I would
 9     still be here.
10     BY MR. HORNOK:
11     Q.  Do you believe that he is a narco trafficker?
12     A.  Now I know it.
13     Q.  And now that you know it, what kind of things did you
14     see that now make sense that he was a narcotic trafficker
15     and not just selling TVs?
16     A.  I cannot blame him for something that I don't know and
17     something that I didn't know.
18                What I can tell you is that in all the years where
19     I represented him in this long trial in Mexico there never
20     was any indication that he might have been a drug dealer.
21     Q.  You said that you have been a friend of Mr. Flores's for
22     40 years; is that right?
23     A.  About that, yes.
24     Q.  And you said that he has eight children; is that
25     correct?
```

1    A.  Yes.

2    Q.  Could you explain to us why, in Mr. Flores's PSR, he

3    claimed he had ten children, not eight children?

4    A.  I believe I can explain that.  He acknowledges to -- he

5    acknowledges stepchildren; two of them do not have his name.

6    To me, from a legal point of view, unless the name is there,

7    that child is not his; that's what I say.

8           He says that those are his children but they don't

9    bear his name.  Legally going by last name, he has eight

10   children.

11          THE COURT:  Do you know the two children who do

12   not bear his name?

13          THE WITNESS:  Yes.  I know them, too.  They are

14   adults now; their names are Daniela and Omar.

15   BY MR. HORNOK:

16   Q.  Did you ever talk to Mr. Flores about his cocaine

17   trafficking?

18   A.  No.

19   Q.  When Mr. Flores was in prison from 2013 to 2015 you knew

20   him and were representing him at the time; is that correct?

21   A.  Yes.

22   Q.  And the money that was released in March of 2022 --

23   that's the $6.4 million -- that was deposited into your

24   account, correct?

25   A.  Yes.  He was in jail at that point.  And in Mexico a

1    jail will issue to the attorney a power of attorney, which I

2    received so that I could receive the funds.

3            What happened was that his family could not have

4    access to any of that money because starting in 2009, and

5    until this day, all of his assets are in banks and are

6    insured; so his family could not have access to that money

7    because it was a cashier's check.

8    Q.  So where did the $6.4 million go?

9    A.  To a bank account in my name.

10   Q.  Is it still in a bank account in your name?

11   A.  No.

12   Q.  Where did it go after that?

13   A.  Well, that money was not mine.  So Mr. Flores, at one

14   time, was going through hard economic -- hard financial

15   times, so he gave me an instruction.  He owed a lot of

16   money.  Well -- so he gave me a letter of instruction for me

17   to pay for -- pay to people who had given him loans, and the

18   rest of the money went to his children.

19   Q.  The people who had given him loans -- in fact, those

20   were members of other drug cartels, were they not?

21   A.  This was all done through money transfers.  If this had

22   been drug money -- drug cartels, they couldn't have been

23   operating in that way.  No money exchanged hands in cash; it

24   was all through money transfers.  And I don't know the names

25   of the people to whom he and his family owed money.

1    Q.  But you paid the debts, Mr. Flores's debts with that

2    money?

3    A.  Well, I received written orders about how to pay off the

4    money that he owed and I transferred to bank accounts to

5    people that he and his family owed money.

6              THE COURT:  So did you have the names of the

7    people to whom you transferred the money or just bank

8    account numbers?

9              THE WITNESS:  Well, I have all of those names.  I

10   have bank accounts, I have numbers.  I have proof of

11   deposit, proof of receipt.  I have to show all of this

12   before a judge.  I have to demonstrate that I have made all

13   of the necessary deposits and the names of all of the

14   businesses the money went.

15             I have everything.  That money wasn't mine.

16             THE COURT:  I have one other question before -- I

17   don't know whether you are coming back to this, but about

18   all of the three volumes of invoices.

19             I know, in the case you had and were handling for

20   Mr. Flores-Hernandez, you wanted enough invoices to show

21   proof of the source of the $6.4 million seized from his

22   house; is that correct?

23             THE WITNESS:  Yes.

24             THE COURT:  How much was the total of all of the

25   invoices that you got from the Laredo Jett Ski [sic] place.

1          THE WITNESS:  Well, the amounts were added up in

2     Mexico and the figures calculated, and they added up to over

3     $100 million.  But we have to realize of these $100 million

4     he had to pay for them.  The merchandise had been given to

5     him in trust but he had to pay for it.

6          THE COURT:  But that's how much all of the

7     invoices added up, over $100 million?

8          THE WITNESS:  I have to say that this

9     $100 million -- and I don't have the figures exactly in my

10    mind, I have them on paper somewhere.  This $100 million was

11    not earnings for Mr. Flores; this is what the company

12    owed -- sorry, what the company -- merchandise that the

13    company gave, but it was not earnings for Mr. Flores.

14          At that time there were no video cassettes; there

15    were no color televisions; there were no -- virtually, no

16    electronics in Mexico.  So this kind of smuggling was

17    tolerated because it did not represent competition against

18    established companies because nobody was selling that.  You

19    could see this kind of smuggling -- this kind of dealing in

20    the streets, it's in markets, because, as I say, the

21    competition didn't -- established stores were not selling

22    this.  People were not competing with them.

23          THE COURT:  But, Mr. Murillo, you were expecting

24    to get invoices to show the source of $6.4 million.

25          Were you surprised when the invoices showed that

1    there was over $100 million in transactions with a single

2    owner of two companies in Laredo?

3              THE WITNESS:  100 million.

4              THE INTERPRETER:  Interpreter interpreted wrong.

5    100 million.

6              THE WITNESS:  But, yes, at that time you could go

7    into almost every home in Mexico and find something that had

8    been smuggled.  People did not have tennis -- Converse

9    tennis shoes; people did not have Levis pants; none of that

10   existed there.

11             THE COURT:  Okay.  $100 million.  Okay.

12   BY MR. HORNOK:

13   Q.  Sir, to make sure that we understand your testimony,

14   these receipts demonstrated that Mr. Flores purchased

15   $100 million worth of goods to bring to Mexico, correct?

16   A.  Yes.

17   Q.  In the process of building Mr. Flores's defense, did he

18   take you to any warehouses where he had millions of dollars'

19   worth of counterfeit or illegal goods?

20   A.  No.

21   Q.  So your defense was he purchased $100 million worth of

22   goods that he smuggled illegally into Mexico but we haven't

23   seen any of the goods in Mexico or any of the facilities in

24   Mexico he used to do that crime?

25   A.  No.

1    Q.  And you said that the problem with the case was that

2    they had not shown that Mr. Flores had engaged in drug

3    trafficking including in Mexico or Bolivia; is that right?

4            THE INTERPRETER:  Would you say it again, please.

5    BY MR. HORNOK:

6    Q.  The problem was the government had not shown that

7    Mr. Flores was a drug trafficker buying drugs from Bolivia

8    and elsewhere, correct?

9    A.  That is what the federal courts decided in Mexico.  That

10   was -- the presumption of innocence is the one that ended up

11   counting -- they were not able to prove that he had been --

12           THE COURT:  Could you repeat what you said?  I

13   think my court reporter needed to hear it from you again.

14           THE INTERPRETER:  I requested the answer be given

15   again, please.

16           THE WITNESS:  Well, the attorney general's office

17   for 13 years kept saying that they were waiting for

18   information coming from the United States to demonstrate

19   that that money had not -- was illegal, and that proof never

20   arrived.

21           MR. HORNOK:  Let me direct your attention to

22   Exhibit 71.

23           Your Honor, this is the document from the Court

24   records.  I'd ask that it be admitted.

25           THE COURT:  That's fine.

1           MR. HORNOK:  Thank you.

2               (Government's Exhibit 71 admitted.)

3    BY MR. HORNOK:

4    Q.  Have you seen this document?

5    A.  Yes.

6    Q.  Tell me what this document is.

7    A.  If I am not mistaken, this is the extradition request.

8    Q.  That's incorrect.

9           This document says here, at the top, Defendant

10   Raul Flores-Hernandez Statement of Facts.

11   A.  I don't understand.  I thought it was the extradition

12   document.  I'm sorry.

13   Q.  Would it surprise you if I told you that, in English,

14   this document says:  From in or about 2007, within the

15   countries of Bolivia, Peru, Brazil, Mexico -- or in Mexico,

16   the defendant, Raul Flores-Hernandez, did knowingly engage

17   in drug trafficking?

18   A.  Yes.

19   Q.  That would surprise you?

20   A.  Yes, of course.

21   Q.  Do you recognize that signature there?

22   A.  Yes.  It's Mr. Raul's signature.

23   Q.  And if I told you that this signature was Mr. Flores

24   admitting that he had been trafficking drugs -- cocaine from

25   Bolivia, Peru, Brazil, and Mexico, would that come as a

1    surprise to you?

2    A.  Yes.  It would surprise me, but I don't understand why

3    this was not sent to Mexico.

4    Q.  If it had been sent to Mexico would you agree that the

5    case probably would have come out differently?

6    A.  Possibly it would, yes.

7    Q.  Who was running Mr. Flores's drug trafficking

8    organization while he was in prison?

9    A.  I don't know.

10   Q.  In fact, it was you that was helping Mr. Flores run his

11   drug trafficking business while he was in prison, wasn't it?

12           MS. RHEE:  Objection, Your Honor.  Basis.

13           THE COURT:  I want to hear the answer to that.

14           Overruled.

15           THE WITNESS:  Well, if you are saying that, you

16   know, prove it.

17           I have been -- I am a trial attorney.  I have

18   worked as a trial attorney.  I have no need to do anything

19   illegal.  If this is a joke, it is in very poor taste.

20   BY MR. HORNOK:

21   Q.  It's a yes-or-no question.

22           Did you help Mr. Flores run his drug trafficking

23   organization while he was in prison?  Yes or no?

24   A.  Definitely no.  I didn't know he was a drug trafficker.

25           MR. HORNOK:  No further questions, Your Honor.

1          THE COURT:  I don't know how long your redirect

2    will take.

3          MS. RHEE:  Very briefly, Your Honor.

4          THE COURT:  We're going to take a five-minute

5    break.

6          (Whereupon, a recess was taken.)

7          THE COURT:  Ms. Rhee.

8          MS. RHEE:  Thank you, Your Honor.

9                    REDIRECT EXAMINATION

10   BY MS. RHEE:

11   Q.  Good afternoon, Mr. Murillo.

12   A.  Good afternoon.

13   Q.  Sir, I just want to confirm a few things.

14          You said that when Mr. Flores was arrested you

15   were looking for defenses in his case, and that's why you

16   went to Laredo, Texas to see if there were any receipts,

17   correct?

18          THE INTERPRETER:  Just a minute, please.

19          (Proceeding pauses, technical difficulty.)

20          THE WITNESS:  That's correct.

21   BY MS. RHEE:

22   Q.  You didn't know they existed, correct?

23   A.  No.  I did not know.

24   Q.  Who produced the receipts?

25   A.  Gulf [sic].  Gulf.  That's the name of the owner of the

1   businesses.

2              THE COURT:  What is -- it's a "he"?

3              THE WITNESS:  It's a man.  It's a he.

4              THE COURT:  And his full name is Gulf, what?

5              THE WITNESS:  Wolf, like the animal.

6              THE COURT:  Do you know the person's full name?

7              THE WITNESS:  That's his first name.  Last name I

8   do not remember.  I remember his first name, Wolf.

9              MR. RHEE:  That's the individual I had mentioned

10  earlier, Your Honor, the individual -- his name is Wolf

11  Hoffman.

12  BY MS. RHEE:

13  Q.  And the prosecutor asked you about the fact that the

14  transactions represented on the receipt were in dollars.  Do

15  you remember that?

16  A.  Yes.

17  Q.  Do you know any company in the United States that

18  accepts Mexican pesos for its products?

19  A.  Not that I know of.

20  Q.  You testified earlier on cross that the receipts

21  amounted to over $100 million, right?

22  A.  I believe that it was even more than that.  I do not

23  remember the exact amount, but there was an official number

24  given.

25  Q.  But that amount wasn't for one giant shipment of

 1    products, was it?

 2    A.   No.   That amount came to over -- over 20 years of

 3    operations.

 4    Q.   And you testified that Mr. Murillo -- Mr. Flores didn't

 5    have a warehouse, correct?

 6    A.   A warehouse.   I don't know what you mean by that.

 7    Q.   Bodega?

 8    A.   I don't know whether he had a warehouse.

 9    Q.   Sir, do you know, once the smuggled electronics came to

10    Mexico, how it was sold or dispersed among Mr. Flores's

11    customers?

12    A.   Well, he did not sell a unit at a time, he sold in large

13    amounts.   So the way I understand it -- that it worked --

14    was that when the trailer arrived, the owners -- because he

15    sold ahead of time so the merchandise already had an owner

16    by the time it arrived.   So when the truck arrived, the

17    owners took possession of their property and the truck went

18    back to Laredo.

19              MS. RHEE:   If I can have just one minute, Your

20    Honor.

21              THE COURT:   And that was your understanding based

22    on your conversations with your client,

23    Mr. Flores-Hernandez?

24              THE WITNESS:   Yes.

25              THE COURT:   And that was before you understood

1    that he was a narco trafficker?

2              THE WITNESS:  Yes.  In 2013, when I defended him,

3    he explained to me where the money came from, and at that

4    time there was no drug trafficking charge.

5              THE COURT:  All right.

6              MS. RHEE:  I have nothing further, Your Honor.

7              I just am going to ask to move some exhibits into

8    evidence.

9              THE COURT:  All right.  Mr. Murillo, you are

10   excused.

11             THE WITNESS:  Thank you.

12             May I leave the courtroom?

13             THE COURT:  Yes.  You may leave the courtroom.

14             You wanted to introduce more exhibits.

15             Do you want all three volumes of your receipts?

16   The first one was so interesting, Volume 1.

17             MS. RHEE:  No, Your Honor.  I am just going to be

18   moving in some of the other exhibits that I introduced

19   earlier.

20             Defense Exhibit 21 and 21A, those are the property

21   records.  The Spanish is 21A and the English is --

22             THE COURT:  Those have been admitted already.

23             MS. RHEE:  There is Defense Exhibit 24, it's a

24   photo of Mr. Murillo with Mr. Flores.

25             THE COURT:  Any objection?

```
 1                    MR. HORNOK:  No, Your Honor.

 2                    THE COURT:  Hearing no objection, that will be

 3        admitted.

 4                    MS. RHEE:  Defense Exhibit No. 25, it's a portrait

 5        of a very large Flores family at Mr. Flores's mother's

 6        birthday party.

 7                    THE COURT:  Any objection?

 8                    MR. HORNOK:  No, Your Honor.

 9                    THE COURT:  Hearing no objection, that will be

10        admitted.

11                    (Defense Exhibit 25 admitted.)

12                    MS. RHEE:  27, 28, 29, and 30 are baptism records

13        for several of the children.

14                    MR. HORNOK:  Your Honor, my concern with those is

15        they contain the personally identifiable information of

16        Mr. Flores's children.  I mean, I don't object to them being

17        admitted but I am concerned that maybe we're admitting into

18        the record their personal identifying information of a third

19        party who isn't present.

20                    THE COURT:  Well, the personally identifiable

21        information will be redacted.

22                    MS. RHEE:  I will take care of that, Your Honor.

23                    THE COURT:  So they'll be admitted.

24                    And 35?

25                    (Defense Exhibits 27, 28, 29, and 30 admitted.)
```

```
 1              MS. RHEE:  Yes, Your Honor.  35.

 2              THE COURT:  Any objection to 35?

 3              MR. HORNOK:  Which one is 35?

 4              THE COURT:  That's the very interesting Volume 1.

 5              MR. HORNOK:  Yes.  I have no objection to 35 being

 6    admitted.  I would also actually have no objection to all

 7    three volumes being admitted as 35.

 8              THE COURT:  So we can count up the 100 million

 9    ourselves?

10              MR. HORNOK:  I think we probably need the boxes

11    from Ms. Rhee's office as well.  We may need to do a little

12    adding.

13              THE COURT:  Okay.  All three volumes.  It will

14    be -- 35A, B, and C will be admitted.  No objection.  Okay.

15              I think that's everything on my list.

16              Ms. Rhee, are you done?

17              (Defense Exhibits 35A, 35B, 35C, admitted.)

18              MS. RHEE:  I think so, Your Honor.  We rest.

19    Defense rests, Your Honor.

20              THE COURT:  All right.  I guess the government

21    doesn't have any other additional witnesses?

22              MR. HORNOK:  That is correct, Your Honor.

23              THE COURT:  So we already have post hearing

24    briefing schedule and the sentencing hearing already

25    scheduled for November 3.
```

1          I know that I have a motion for entry of order of

2    forfeiture with the preliminary order of forfeiture

3    attached.  That motion, I guess, has been pending since

4    September 5th.

5          Is there any objection to entering the preliminary

6    order of forfeiture?  Because I haven't heard from the

7    defense about it.

8          It's just the preliminary order.

9          MR. FEITEL:  We don't object at this time.  We'd

10   just reserve our right to respond before the form becomes

11   final, Your Honor.

12         THE COURT:  All right.  So I will enter the

13   preliminary order of forfeiture as proposed pending further

14   briefing as to the amount of drugs because it is asking for

15   a forfeiture of money judgment in the amount of 280 million.

16   If it was 100 million it would be close to the invoices, but

17   it's 280 million which seems a lot.

18         Okay.  I would hope in the briefing we could have

19   a little bit more analysis done of all three volumes of

20   those invoices totaling to over $100 million in terms of the

21   time frame.  The witness said it was over 20 years.  But

22   based on the dates that Ms. Rhee provided, it seemed like it

23   was just from the mid-1980s to 1991, so it seemed like a

24   much shorter period of time than what the witness said.

25         MR. FEITEL:  What we plan to do is we're going to

 1     invite the prosecutors to come to Ms. Rhee's office and have

 2     them look at the -- remember they used to sell the

 3     encyclopedia Britannicas on, like, the TV, a 14-volume set?

 4     We'll make the volumes available to the government to come

 5     and look at.  They can bring whoever they'd like.  They have

 6     financial analysts; they can take a hard look at them.

 7     We'll make them available to the government that way.

 8              We'll see if we can have some kind of response

 9     that reflects a joint sense of how much money it is, and the

10     like.  We'll make whatever arguments we think are

11     appropriate.  We'll have lunch together, Your Honor.

12              THE COURT:  Since it is an awful lot of additional

13     discovery, you-all will let me know if there needs to be a

14     change in the schedule to accommodate the counting up of all

15     of the invoices.

16              MR. FEITEL:  We might have an agreement on

17     something in that regard.  I believe Ms. Alsworth wants to

18     address, Your Honor.

19              MS. ALSWORTH:  I had not considered at the time

20     that we were going to have additional volumes of receipts

21     made available to us, so maybe I should confer with

22     Mr. Feitel.

23              But I was going to ask the Court to just extend

24     the deadlines one week so that the government's supplemental

25     would be due on October 6, instead of September 29th, the

1    defense's October 20th, and the reply October 27th, but keep

2    the sentencing date the same.

3              THE COURT:  So that the final post-hearing briefs

4    would be ripe October 27th --

5              MS. ALSWORTH:  Correct, Your Honor.

6              THE COURT:  -- so that I could have a couple of

7    days to review all of them before the sentencing hearing, I

8    don't think so.

9              MS. ALSWORTH:  Okay, Your Honor.

10             THE COURT:  I mean, October 27 and November 3, is

11   that less than a week?

12             MS. ALSWORTH:  The government is free the entire

13   month of November -- whenever is good for the Court -- if we

14   need to reschedule the sentencing hearing.

15             THE COURT:  This is what I am going to suggest.  I

16   am not going to change the schedule piecemeal like this.

17             I want you-all to see how much more work you are

18   all going to have to do to look to these documents and then

19   make a joint proposal for any changes in the schedule.  I

20   would like at least a week, not less than a week, to review

21   all of the post-hearing briefing, probably two to three

22   weeks given everything else on my schedule.  Just keep that

23   in mind.

24             MR. FEITEL:  We will.

25             Of course, Your Honor, we will remember -- I will

1    remember if we submit a joint motion to continue the

2    sentencing that the longer we have, the shorter our

3    pleadings will be because we can be more concise if we have

4    more time to edit.  That's my final comment.

5              THE COURT:  So you-all will propose a modification

6    in the post-hearing briefing schedule and proposed date for

7    sentencing.

8              MR. FEITEL:  Yes.

9              THE COURT:  I will leave it to you to control your

10   own destinies before I intervene.

11             MR. HORNOK:  Thank you, Your Honor.

12             Just one thing that plays into that in particular

13   is the transcripts.  We haven't received transcripts yet

14   from the last batch of hearings; it will take another week

15   to get the transcripts from today.

16             THE COURT:  At least.

17             I think all of the court reporters in the building

18   are slammed right now; even the Court of Appeals is waiting

19   for transcripts.

20             MR. HORNOK:  That is going to be a big factor in

21   that discussion.

22             THE COURT:  All right.  Anything further from the

23   government?

24             MS. ALSWORTH:  No, Your Honor.

25             THE COURT:  Anything further from the defense,

1        Ms. Rhee?

2              MS. RHEE:  Just really briefly, Your Honor.

3              We are going to be filing a motion to get the

4    video of the courtroom for the subsequent day because --

5    just to show Mr. Flores.  He has this habit of touching his

6    tongue repeatedly.  And I think that if Your Honor can

7    compare what he is doing and what he did on the first day,

8    Your Honor will see that this is just a nervous habit he

9    has, touching his mustache, touching his tongue.  We are

10   going to be filing a motion to request the videos of the

11   subsequent days that we were in court.

12             THE COURT:  Okay.  Well, marshal service, you are

13   on alert.  And I will also have my courtroom deputy contact

14   the people in the marshals office that had to scrounge to

15   find the video -- the last video over a particular time

16   period.

17             So do you want a particular time period?  I think

18   it's hard for them to get a whole day.  If I give them a

19   precise time period --

20             MS. RHEE:  Your Honor, I will take as much as the

21   marshals can provide so that we can have comparison of

22   his --

23             THE COURT:  Okay.  I will ask -- I just know that

24   it's not an easy task for them to do that, but I will alert

25   them that this request is coming in and we'll figure out

1      what the parameters are.

2                 MS. RHEE:  Thank you, Your Honor.

3                 THE COURT:  All right.  If that's it, you are all

4      excused.

5                 (Whereupon, the proceeding concludes, 4:47 p.m.)

6
                              *** INDEX ***
7
       **WITNESS**                              **PAGE**
8
       Jack Sinuhe Almaguer-Ramirez             5, 65
9
       Jorge Arturo Santos Murillo              99, 123, 155
10

11     **EXHIBIT**                              **PAGE**

12     Government's 72 through 77               90
       Defense 21-21A                          91
13     Defense 24                              101
       Government's 71                         153
14     Defense 25                              159
       Defense 27 through 30                   159
15     Defense 35A, 35B, and 35C               160

16

17                            **CERTIFICATE**

18          I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby
       certify that the foregoing constitutes a true and accurate
19     transcript of my stenographic notes, and is a full, true,
       and complete transcript of the proceedings to the best of my
20     ability.
                 This certificate shall be considered null and void
21     if the transcript is disassembled and/or photocopied in any
       manner by any party without authorization of the signatory
22     below.

23
            Dated this 21st day of September, 2023.
24
            /s/ Elizabeth Saint-Loth, RPR, FCRR
25          Official Court Reporter

## $

**$10** [1] - 40:15
**$10,000** [4] - 53:12, 53:14, 54:13, 54:14
**$100** [11] - 150:3, 150:7, 150:9, 150:10, 151:1, 151:11, 151:15, 151:21, 156:21, 161:20
**$16** [1] - 80:6
**$17** [1] - 37:12
**$18,000** [1] - 57:25
**$2,000** [3] - 58:25, 59:25, 73:25
**$25,000** [1] - 122:13
**$30,000** [3] - 54:10, 54:11, 54:12
**$33,672.73** [1] - 135:5
**$8,000** [1] - 73:22
**$98,600** [1] - 73:10

## '

**'15** [1] - 87:23
**'16** [1] - 41:11
**'17** [1] - 57:13
**'80s** [4] - 99:24, 100:8, 105:15, 127:18
**'85** [3] - 109:1, 109:9, 109:10
**'86** [3] - 109:1, 109:9, 109:10
**'89** [1] - 109:1
**'90s** [1] - 32:9
**'91** [1] - 109:2

## /

**/s** [1] - 166:24

## 0

**002503** [2] - 115:1, 139:9

## 1

**1** [6] - 106:24, 107:25, 108:13, 108:20, 158:16, 160:4
**10,000** [5] - 34:23, 34:24, 54:15, 73:7
**10,000s** [3] - 34:19, 34:23, 82:3
**100** [9] - 10:5, 34:24, 135:6, 151:3, 151:5, 160:8, 161:16
**100,000** [1] - 34:25

**100s** [2] - 33:23, 82:11
**101** [1] - 166:13
**11** [1] - 128:18
**12** [1] - 74:20
**123** [1] - 166:9
**12999** [1] - 111:16
**13** [3] - 114:17, 145:8, 152:17
**1300** [1] - 2:4
**14** [6] - 36:8, 36:10, 36:12, 37:12, 80:6, 81:5
**14-volume** [1] - 162:3
**145** [1] - 1:13
**15** [5] - 36:8, 36:11, 45:19, 97:22, 111:24
**15-minute** [1] - 64:25
**153** [1] - 166:13
**155** [1] - 166:9
**159** [2] - 166:14, 166:14
**160** [1] - 166:15
**17** [3] - 36:11, 81:4, 81:5
**17-051** [2] - 1:3, 3:3
**18** [1] - 1:5
**1977** [1] - 5:14
**1983** [1] - 109:7
**1987** [1] - 124:7
**1991** [6] - 106:21, 109:8, 109:11, 143:17, 143:19, 161:23
**1994** [3] - 11:16, 11:24, 12:16
**1997** [10] - 6:19, 7:15, 8:3, 8:5, 9:7, 11:22, 12:11, 12:19, 12:21, 16:1
**1:17** [1] - 89:7
**1:20** [1] - 89:14
**1:21** [1] - 89:18
**1:22** [1] - 89:24
**1:30** [3] - 97:13, 97:17, 98:4
**1st** [1] - 52:4

## 2

**2** [4] - 40:15, 106:25, 108:1, 108:20
**2.5** [4] - 122:9, 122:12, 122:18, 123:5
**20** [13] - 8:6, 15:6, 15:7, 80:20, 80:21, 80:24, 81:1, 84:20, 117:15, 124:21, 125:5, 157:2, 161:21
**20,000** [1] - 111:13
**2000** [3] - 57:23,

60:16, 109:1
**20008** [1] - 2:4
**2000s** [7] - 21:16, 21:21, 24:1, 32:20, 57:23, 58:24, 82:2
**2001** [4] - 5:14, 25:10, 26:23, 26:24
**2004** [6] - 26:22, 26:24, 30:15, 31:19, 32:24, 33:1
**2007** [3] - 66:7, 66:19, 153:14
**2009** [1] - 148:4
**2011** [1] - 33:8
**2012** [6] - 32:19, 33:8, 41:3, 69:6, 69:15, 70:4
**2013** [7] - 101:21, 101:22, 101:24, 102:10, 102:15, 147:19, 158:2
**2014** [2] - 47:2, 50:6
**2015** [24] - 41:11, 46:15, 48:10, 48:18, 50:7, 50:11, 51:20, 52:2, 52:3, 52:4, 61:2, 61:6, 62:5, 63:1, 63:6, 63:7, 69:4, 69:5, 79:20, 87:13, 87:22, 101:24, 147:19
**2016** [1] - 61:6
**2017** [3] - 66:7, 66:19, 121:17
**2018** [12] - 30:5, 30:6, 50:3, 51:21, 51:25, 52:2, 52:3, 54:17, 55:11, 57:6, 57:13, 75:7
**2019** [7] - 47:20, 52:12, 52:13, 52:18, 54:18, 58:20, 59:18
**202** [2] - 1:14, 2:5
**2020** [3] - 59:5, 59:6, 59:16
**2021** [2] - 59:20, 60:14
**2022** [3] - 60:18, 114:21, 147:22
**2023** [6] - 1:5, 71:5, 79:24, 80:24, 88:25, 166:23
**20530** [1] - 1:13
**20s** [2] - 33:23, 82:11
**20th** [1] - 163:1
**21** [9] - 75:20, 75:21, 91:3, 91:7, 91:14, 122:21, 158:20
**21-21A** [1] - 166:12
**21A** [7] - 75:21, 91:3, 91:7, 91:14, 122:21,

158:20, 158:21
**21st** [1] - 166:23
**22314** [1] - 1:23
**228** [1] - 1:22
**24** [6] - 100:1, 100:22, 100:25, 101:1, 158:23, 166:13
**25** [5] - 97:23, 117:23, 159:4, 159:11, 166:14
**255-6637** [1] - 2:5
**27** [5] - 119:2, 159:12, 159:25, 163:10, 166:14
**27th** [2] - 163:1, 163:4
**28** [3] - 119:2, 159:12, 159:25
**280** [2] - 161:15, 161:17
**29** [3] - 119:2, 159:12, 159:25
**29th** [1] - 162:25

## 3

**3** [5] - 106:25, 108:1, 108:20, 160:25, 163:10
**30** [7] - 119:3, 124:21, 125:5, 128:9, 159:12, 159:25, 166:14
**30,000** [1] - 73:6
**300** [2] - 1:22, 117:20
**35** [12] - 105:22, 106:24, 107:25, 108:14, 114:24, 134:4, 159:24, 160:1, 160:2, 160:3, 160:5, 160:7
**35A** [2] - 160:14, 160:17, 166:15
**35B** [2] - 160:17, 166:15
**35C** [2] - 160:17, 166:15

## 4

**40** [4] - 128:9, 144:5, 146:8, 146:22
**400** [1] - 117:20
**45** [1] - 97:2
**46-second** [1] - 90:7
**4:47** [1] - 166:5

## 5

**5** [2] - 111:16, 166:8
**50** [2] - 9:4, 73:19

**500** [3] - 43:1, 43:25, 83:18
**50s** [2] - 33:23, 82:11
**514-0917** [1] - 1:14
**546-8874** [1] - 1:19
**55** [3] - 111:3, 112:1, 112:3
**571** [1] - 1:23
**5th** [1] - 161:4

## 6

**6** [3] - 88:25, 90:7, 162:25
**6.4** [8] - 105:7, 141:10, 144:19, 145:1, 147:23, 148:8, 149:21, 150:24
**60** [5] - 111:3, 111:20, 111:24, 112:1, 112:13
**619** [1] - 1:19
**64** [1] - 124:5
**65** [1] - 166:8

## 7

**7** [2] - 128:17
**71** [3] - 152:22, 153:2, 166:13
**72** [6] - 88:23, 89:6, 90:11, 90:19, 90:22, 166:12
**73** [1] - 89:14
**74** [2] - 89:18, 89:23
**75** [1] - 89:24
**7500** [3] - 106:15, 109:17, 135:14
**76** [1] - 90:6
**77** [7] - 88:23, 88:24, 90:11, 90:13, 90:19, 90:22, 166:12

## 8

**8** [1] - 40:16
**8,000** [2] - 57:22, 58:14
**800-6900** [1] - 1:23
**880** [1] - 1:18

## 9

**90** [1] - 166:12
**91** [1] - 166:12
**92101-8807** [1] - 1:18
**99** [1] - 166:9
**9:44** [1] - 1:5

# A

**A-L-F-A-R-O** [2] - 22:2, 22:9
**a.m** [1] - 1:5
**ability** [2] - 101:11, 166:20
**able** [12] - 16:21, 85:9, 85:10, 97:13, 105:11, 105:13, 109:22, 114:17, 115:23, 145:6, 145:15, 152:11
**absence** [2] - 115:21, 119:23
**absent** [2] - 33:10, 82:20
**absolutely** [1] - 28:15
**absolved** [1] - 114:14
**accepted** [4] - 112:5, 112:11, 112:17, 112:24
**accepts** [1] - 156:18
**access** [2] - 148:4, 148:6
**accessible** [1] - 116:24
**accommodate** [1] - 162:14
**accommodation** [1] - 93:23
**accompanied** [1] - 136:14
**according** [1] - 66:6
**account** [4] - 147:24, 148:9, 148:10, 149:8
**accounts** [2] - 149:4, 149:10
**accurate** [1] - 166:18
**accusation** [1] - 104:25
**accused** [5] - 55:15, 76:9, 124:12, 124:16, 125:11
**accusing** [2] - 104:20, 105:2
**acknowledges** [2] - 147:4, 147:5
**acquired** [1] - 144:16
**action** [7] - 51:9, 70:10, 71:6, 71:9, 71:13, 72:6, 72:12
**Action** [1] - 1:3
**activities** [2] - 70:7, 115:22
**actual** [8] - 14:7, 14:21, 19:5, 19:14, 22:2, 78:4, 78:7, 113:16
**added** [3] - 150:1,

150:2, 150:7
**adding** [1] - 160:12
**addition** [5] - 54:6, 98:22, 101:6, 118:19, 133:25
**additional** [3] - 160:21, 162:12, 162:20
**address** [1] - 162:18
**adjourned** [1] - 93:8
**admission** [1] - 108:11
**admitted** [22] - 90:21, 90:22, 91:13, 91:14, 100:25, 101:1, 114:24, 141:4, 141:8, 152:24, 153:2, 158:22, 159:3, 159:10, 159:11, 159:17, 159:23, 159:25, 160:6, 160:7, 160:14, 160:17
**admitting** [4] - 108:2, 108:3, 153:24, 159:17
**adult** [1] - 124:6
**adults** [1] - 147:14
**advise** [1] - 131:25
**affect** [1] - 101:10
**affidavit** [17] - 65:9, 65:11, 65:15, 65:18, 65:19, 65:21, 65:23, 66:2, 66:6, 66:9, 66:18, 66:25, 67:4, 68:23, 78:24, 81:3
**affiliated** [3] - 104:20, 104:22, 114:9
**afford** [2] - 121:3, 121:4
**afield** [1] - 126:12
**afternoon** [7] - 65:6, 65:7, 98:4, 99:13, 99:14, 155:11, 155:12
**afterwards** [1] - 142:1
**agency** [5] - 47:5, 47:10, 47:25, 49:19, 49:20
**Agent** [1] - 2:8
**agent** [4] - 3:16, 31:1, 31:6, 80:1
**agents** [17] - 48:13, 48:14, 58:18, 71:17, 71:25, 73:12, 73:19, 77:13, 80:7, 80:16, 80:17, 80:18, 80:20, 80:21, 83:21
**ago** [9] - 28:19, 45:19, 45:20, 60:14, 65:16,

80:13, 80:14, 84:20, 106:17
**agree** [12] - 95:25, 122:8, 125:23, 126:5, 142:7, 142:15, 142:24, 143:12, 144:18, 144:25, 145:22, 154:4
**agreed** [4] - 76:24, 112:11, 112:17, 112:23
**agreement** [2] - 93:23, 162:16
**ahead** [4] - 46:22, 92:3, 109:19, 157:15
**aided** [1] - 2:13
**Alejandra** [3] - 76:10, 76:24, 78:2
**alert** [2] - 165:13, 165:24
**alerted** [1] - 131:23
**Alex** [2] - 2:8, 3:16
**Alexandria** [2] - 1:23, 93:17
**Alfarito** [2] - 19:16, 19:17
**Alfaro** [13] - 19:10, 19:12, 19:13, 19:16, 20:8, 21:17, 21:25, 22:8, 22:10, 22:13, 22:21, 24:1, 24:16
**Alfaro's** [1] - 21:23
**alive** [1] - 28:7
**allocated** [1] - 116:15
**allow** [2] - 17:21, 88:2
**allowed** [8] - 17:25, 50:12, 50:15, 51:10, 51:12, 51:13, 103:22
**Almaguer** [16] - 4:11, 4:12, 5:3, 5:8, 8:14, 10:17, 19:21, 35:1, 57:5, 64:8, 65:6, 76:10, 88:14, 118:15, 121:14, 166:8
**ALMAGUER** [1] - 4:23
**Almaguer-Ramirez** [3] - 4:11, 5:3, 166:8
**ALMAGUER-RAMIREZ** [1] - 4:23
**ALMGUER** [1] - 5:6
**almost** [4] - 8:6, 50:24, 51:11, 151:7
**ALSO** [1] - 2:8
**Alsworth** [2] - 3:12, 162:17
**ALSWORTH** [11] - 1:11, 3:11, 4:2, 4:7, 95:5, 95:22, 162:19,

163:5, 163:9, 163:12, 164:24
**Amendment** [1] - 130:25
**America** [7] - 3:3, 24:15, 45:18, 45:21, 85:25, 87:4, 125:21
**AMERICA** [1] - 1:3
**American** [2] - 49:19, 114:7
**amount** [6] - 34:18, 156:23, 156:25, 157:2, 161:14, 161:15
**amounted** [1] - 156:21
**amounts** [7] - 16:10, 33:23, 34:22, 111:6, 112:10, 150:1, 157:13
**analysis** [1] - 161:19
**analysts** [1] - 162:6
**angrily** [1] - 109:16
**animal** [1] - 156:5
**answer** [8] - 8:14, 53:2, 53:4, 66:15, 101:11, 125:2, 131:7, 131:9, 132:1, 152:14, 154:13
**answering** [1] - 138:18
**apart** [1] - 114:7
**apologize** [1] - 60:24
**apostille** [1] - 135:23
**Appeals** [1] - 164:18
**appear** [1] - 115:16
**APPEARANCES** [2] - 1:9, 2:1
**Appearances** [1] - 1:25
**appeared** [3] - 112:15, 112:18, 112:22
**appreciate** [1] - 108:9
**approach** [6] - 75:22, 75:23, 100:2, 105:22, 109:20, 119:4
**appropriate** [1] - 162:11
**approximate** [1] - 34:15
**approximation** [1] - 36:9
**area** [5] - 41:16, 74:21, 83:14, 83:15
**areas** [2] - 116:13, 117:2
**arguments** [1] - 162:10
**armed** [2] - 84:4, 84:5
**arrangement** [2] -

16:23, 17:1
**arrested** [29] - 47:2, 47:19, 48:21, 48:24, 49:6, 55:6, 55:8, 55:12, 61:15, 75:7, 77:13, 78:5, 78:20, 101:18, 101:19, 101:20, 101:21, 102:10, 102:14, 102:15, 103:5, 104:7, 121:19, 133:3, 133:15, 140:23, 141:23, 155:14
**arrived** [7] - 33:25, 42:25, 52:4, 152:20, 157:14, 157:16
**arriving** [1] - 42:20
**article** [2] - 115:12, 115:17
**Arturo** [3] - 99:2, 99:16, 166:9
**ARTURO** [1] - 99:9
**aside** [5] - 18:20, 24:15, 86:22, 114:13, 120:5
**asset** [1] - 123:1
**assets** [2] - 77:22, 148:5
**assist** [1] - 16:21
**associated** [1] - 115:3
**associates** [5] - 44:5, 44:6, 45:15, 67:16, 67:17
**assumes** [1] - 139:15
**Astro** [1] - 62:21
**attached** [1] - 161:3
**attempting** [1] - 142:25
**attend** [1] - 117:18
**attendance** [1] - 137:7
**attended** [4] - 61:11, 117:14, 118:9, 118:12
**attention** [3] - 22:6, 134:3, 152:21
**Attorney** [6] - 99:14, 107:9, 109:18, 112:9, 112:18, 112:22
**attorney** [38] - 22:25, 70:13, 70:17, 72:1, 92:5, 92:13, 93:2, 98:18, 98:19, 98:21, 98:22, 104:4, 115:14, 123:12, 123:14, 124:1, 124:6, 124:9, 127:14, 132:8, 133:5, 133:22,

134:9, 134:11,
134:14, 135:3,
137:1, 137:8, 138:7,
138:13, 140:13,
144:4, 145:5, 148:1,
152:16, 154:17,
154:18
**attorney-client** [3] -
98:19, 98:21, 140:13
**attorneys** [1] - 96:2
**audio** [2] - 96:2, 96:3
**audit** [1] - 113:1
**audited** [2] - 112:10
**AUSA** [1] - 66:11
**authenticity** [1] -
95:25
**authorities** [2] -
105:20, 112:16
**authorization** [1] -
166:21
**available** [5] - 111:7,
127:8, 162:4, 162:7,
162:21
**Avenue** [1] - 2:4
**avoid** [2] - 14:19, 29:9
**aware** [13] - 11:10,
12:20, 37:23, 38:21,
38:24, 39:15, 40:8,
40:12, 43:16, 57:5,
64:18, 69:1
**awful** [1] - 162:12

## B

**B-1** [2] - 50:21, 87:15
**B-1/B-2** [1] - 87:18
**B-2** [3] - 50:21, 87:15
**background** [1] -
116:21
**backyard** [3] - 128:19,
128:21, 129:4
**bag** [7] - 43:23, 43:24,
82:5, 82:10, 84:6,
84:7, 84:8
**bags** [8] - 33:22,
35:21, 35:24, 35:25,
82:5, 82:7, 82:9
**ball** [1] - 129:5
**ban** [1] - 104:2
**bands** [2] - 81:24,
81:25
**bank** [5] - 148:9,
148:10, 149:4,
149:7, 149:10
**banks** [2] - 105:20,
148:5
**baptism** [1] - 159:12
**Baptist** [1] - 76:5
**baptized** [1] - 118:24
**bar** [5] - 30:24, 37:7,

37:9, 62:14, 62:16
**barbecue** [1] - 128:8
**barbed** [1] - 129:2
**Baroque** [1] - 130:17
**based** [7] - 104:17,
105:2, 113:1,
113:23, 132:12,
157:21, 161:22
**basis** [7] - 10:7, 59:1,
104:5, 127:9,
131:21, 136:12,
154:12
**batch** [1] - 164:14
**bathroom** [1] - 117:3
**bathrooms** [1] -
129:20
**battery** [1] - 22:6
**bear** [2] - 147:9,
147:12
**beautiful** [3] - 56:9,
57:3
**became** [1] - 25:25
**becomes** [1] - 161:10
**BEFORE** [1] - 1:8
**began** [1] - 26:6
**beginning** [4] - 48:10,
103:9, 116:24, 117:6
**behalf** [2] - 86:3,
135:2
**behind** [3] - 9:21,
9:24, 103:22
**belong** [2] - 78:15,
121:22
**belonged** [2] - 114:1,
114:5
**belongs** [1] - 39:3
**below** [1] - 166:22
**Beltrán** [1] - 104:16
**bench** [1] - 75:22
**benefit** [1] - 109:25
**benefits** [7] - 50:22,
52:11, 52:16, 52:19,
54:6, 54:20, 72:19
**BERYL** [1] - 1:8
**best** [4] - 28:4, 28:11,
45:20, 166:19
**better** [3] - 97:9,
110:15, 132:2
**between** [12] - 9:9,
26:23, 32:24, 36:10,
36:11, 67:9, 80:6,
81:5, 85:21, 103:21,
107:24, 109:7
**beverage** [1] - 23:10
**beyond** [1] - 111:14
**big** [7] - 17:17, 33:23,
43:2, 49:25, 116:8,
119:21, 164:20
**bigger** [7] - 8:24, 8:25,
9:1, 24:1, 24:4, 24:5,

34:22
**bill** [5] - 35:17, 35:18,
82:11
**billiard** [2] - 56:14,
129:14
**billion** [1] - 105:7
**bills** [5] - 33:23, 35:19,
35:20, 38:15, 74:3
**binder** [1] - 90:24
**binders** [1] - 107:18
**birthday** [12] - 41:7,
41:14, 42:11, 83:4,
83:6, 83:7, 86:13,
117:17, 117:24,
117:25, 159:6
**bit** [3] - 38:6, 126:12,
161:19
**black** [2] - 143:6,
143:13
**blacklist** [1] - 121:8
**blame** [1] - 146:16
**block** [1] - 31:7
**bodega** [1] - 157:7
**bodyguards** [1] -
118:10
**Bolivia** [19] - 19:1,
20:10, 20:17, 39:5,
39:8, 85:1, 86:2,
86:7, 104:10,
120:19, 120:22,
121:4, 121:10,
145:13, 152:3,
152:7, 153:15,
153:25
**Bolivia's** [1] - 85:16
**Bolivian** [3] - 21:6,
21:9, 85:1
**bond** [2] - 122:17,
122:18
**book** [1] - 138:16
**books** [1] - 134:8
**border** [1] - 15:20
**born** [1] - 5:12
**boss** [1] - 82:25
**bought** [10] - 55:15,
74:20, 75:15, 76:21,
78:13, 113:4,
116:10, 116:20,
116:25
**boxes** [3] - 107:9,
107:14, 160:10
**boy** [4] - 23:2, 23:3,
23:7, 23:8
**boys** [1] - 28:7
**Brazil** [2] - 153:15,
153:25
**break** [9] - 57:14,
62:1, 64:23, 64:25,
97:5, 97:9, 97:12,
97:15, 155:5

**bribe** [4] - 18:7, 18:11,
18:18, 64:6
**bribery** [1] - 121:21
**bribing** [1] - 18:4
**brief** [1] - 91:23
**briefing** [6] - 95:3,
160:24, 161:14,
161:18, 163:21,
164:6
**briefly** [2] - 155:3,
165:2
**briefs** [1] - 163:3
**bring** [13] - 23:9,
42:12, 50:1, 98:8,
105:15, 110:24,
134:11, 135:20,
135:21, 140:6,
151:15, 162:5
**bringing** [2] - 19:18,
22:5
**brings** [1] - 141:1
**Britannicas** [1] -
162:3
**brothers** [2] - 86:20,
117:20
**brought** [9] - 106:2,
107:9, 107:13,
107:18, 133:10,
134:9, 134:10,
140:8, 140:9
**build** [1] - 117:8
**building** [2] - 151:17,
164:17
**builds** [1] - 117:3
**built** [1] - 117:5
**bulls** [3] - 13:7, 13:13,
13:18
**bundle** [1] - 74:21
**business** [67] - 7:17,
7:18, 7:19, 7:25, 8:9,
8:20, 9:11, 9:12,
9:13, 10:22, 12:19,
12:25, 13:3, 16:6,
16:8, 16:9, 23:11,
25:12, 25:20, 25:24,
26:8, 26:11, 26:14,
26:15, 27:19, 30:9,
30:11, 30:19, 30:21,
30:22, 30:23, 31:19,
31:20, 31:21, 31:25,
32:2, 32:7, 36:25,
37:1, 37:7, 37:18,
37:21, 37:24, 38:16,
38:17, 39:7, 39:17,
40:2, 46:11, 67:25,
85:11, 106:20,
110:12, 120:5,
120:6, 125:9,
126:24, 132:9,
132:12, 140:2,

140:12, 142:16,
154:11
**businesses** [5] -
38:22, 38:24, 120:6,
149:14, 156:1
**buy** [17] - 8:24, 8:25,
12:23, 23:10, 39:23,
40:1, 40:5, 40:6,
50:17, 88:2, 110:24,
140:6, 143:21,
143:22, 143:25,
144:2
**buyer** [3] - 75:4,
75:11, 78:9
**buying** [2] - 143:24,
152:7
**buys** [1] - 144:1
**BY** [73] - 5:1, 6:15, 7:5,
7:12, 8:7, 8:13,
10:16, 12:14, 13:12,
15:3, 17:15, 20:7,
22:20, 23:20, 24:14,
26:18, 27:8, 29:3,
30:1, 31:17, 32:17,
36:6, 37:11, 50:5,
52:8, 53:6, 54:1,
54:19, 57:4, 57:11,
61:1, 61:10, 62:2,
62:11, 63:4, 65:5,
66:17, 68:7, 69:17,
70:3, 75:25, 99:12,
100:4, 101:2, 102:6,
103:1, 110:6,
113:14, 115:25,
119:6, 122:19,
123:11, 125:3,
127:13, 132:7,
135:25, 137:13,
139:12, 139:19,
140:19, 142:6,
142:14, 143:11,
144:24, 146:10,
147:15, 151:12,
152:5, 153:3,
154:20, 155:10,
155:21, 156:12

## C

**CA** [1] - 1:18
**caballo** [2] - 127:20,
128:2
**calculated** [1] - 150:2
**California** [3] - 3:15,
4:15, 4:16
**cannot** [1] - 131:5,
136:9, 146:16
**car** [5] - 37:8, 42:3,
42:6, 42:7
**care** [5] - 18:14, 18:15,

70:20, 159:22
**career** [1] - 124:6
**cars** [3] - 42:23, 43:3, 43:5
**cartel** [9] - 24:5, 44:13, 44:14, 44:16, 86:20, 104:15, 104:16, 104:17, 114:9
**cartels** [13] - 44:9, 44:10, 44:11, 45:10, 104:14, 104:21, 104:23, 105:3, 114:1, 114:6, 148:20, 148:22
**case** [44] - 28:18, 29:16, 47:20, 52:23, 53:24, 54:22, 74:11, 74:12, 76:18, 77:13, 78:21, 78:22, 91:24, 92:18, 92:25, 93:5, 94:6, 95:18, 101:15, 102:10, 102:15, 102:18, 102:19, 102:20, 103:3, 104:4, 105:8, 113:15, 113:19, 113:21, 113:22, 121:23, 122:14, 122:17, 122:25, 123:4, 123:6, 132:12, 145:4, 149:19, 152:1, 154:5, 155:15
**Case** [1] - 3:3
**cases** [10] - 52:24, 53:7, 53:9, 102:7, 102:9, 102:15, 102:16, 111:12, 124:13, 125:13
**cash** [23] - 37:12, 38:7, 38:11, 38:12, 38:19, 38:20, 39:16, 57:22, 58:19, 58:25, 59:6, 60:1, 73:22, 73:25, 74:2, 104:11, 105:7, 105:18, 113:23, 136:1, 136:6, 148:23
**cashier's** [1] - 148:7
**casino** [2] - 39:3, 120:10
**cassettes** [1] - 150:14
**Castro** [7] - 62:5, 62:13, 62:20, 62:21, 62:22, 63:1, 63:9
**Catholic** [1] - 119:8
**cattle** [10] - 13:8, 13:10, 32:12, 32:13, 32:14, 32:15, 32:16,

32:21, 79:9, 116:16
**cattling** [1] - 17:18
**caught** [1] - 90:8
**caution** [1] - 131:12
**cautioned** [1] - 131:18
**CDs** [1] - 96:7
**ceiling** [1] - 130:14
**cell** [2] - 31:7, 64:4
**Central** [1] - 125:20
**certain** [2] - 92:23, 142:1
**CERTIFICATE** [1] - 166:17
**certificate** [1] - 166:20
**certificates** [1] - 119:8
**certify** [1] - 166:18
**chain** [1] - 38:14
**chance** [1] - 93:22
**change** [2] - 162:14, 163:16
**changes** [1] - 163:19
**changos** [1] - 39:18
**Chapo** [2] - 84:11, 84:16
**charge** [12] - 18:16, 49:12, 55:13, 75:12, 102:23, 104:18, 105:1, 105:5, 122:4, 158:4
**charged** [2] - 121:20, 144:14
**charges** [15] - 48:25, 49:1, 49:3, 49:7, 49:9, 49:13, 49:14, 49:21, 55:18, 102:18, 102:19, 103:3, 103:6, 104:5
**cheated** [1] - 133:17
**check** [9] - 57:22, 58:12, 58:15, 59:24, 73:22, 77:3, 90:17, 137:2, 148:7
**checking** [1] - 91:1
**checks** [2] - 53:24, 58:10
**Chicklin** [8] - 36:15, 36:17, 36:18, 36:20, 38:1, 38:3, 38:4, 38:5
**Chicklin's** [1] - 38:2
**child** [1] - 147:7
**children** [16] - 70:24, 72:17, 118:22, 118:24, 119:9, 119:15, 119:18, 146:24, 147:3, 147:8, 147:10, 147:11, 148:18, 159:13, 159:16
**choice** [1] - 132:3

**christening** [1] - 119:8
**chronological** [2] - 108:19, 139:10
**church** [1] - 119:9
**cigarette** [1] - 145:7
**cigarettes** [1] - 86:25
**cigars** [1] - 23:10
**circumstances** [1] - 121:18
**cities** [1] - 116:18
**citizen** [1] - 50:24
**City** [15] - 5:12, 5:19, 6:21, 25:5, 30:17, 32:4, 32:5, 32:6, 33:9, 69:23, 69:24, 123:22, 123:24, 123:25
**city** [8] - 59:7, 59:8, 59:18, 73:14, 116:19, 123:23
**civilians** [3] - 43:10, 43:12, 43:18
**claimed** [1] - 147:3
**clarification** [1] - 122:11
**clarified** [1] - 135:8
**clarify** [2] - 17:24, 68:8
**classic** [3] - 130:5, 130:16, 130:20
**clean** [1] - 67:23
**clear** [12] - 11:4, 12:15, 40:7, 40:16, 60:10, 96:7, 98:18, 104:19, 117:2, 131:17, 139:6, 139:7
**clearly** [4] - 20:1, 20:5, 102:17, 110:15
**client** [7] - 11:21, 12:6, 22:3, 98:19, 98:21, 140:13, 157:22
**climbing** [1] - 23:23
**close** [13] - 27:20, 27:24, 27:25, 28:11, 41:18, 44:11, 53:11, 89:16, 93:6, 117:20, 118:8, 120:1, 161:16
**closer** [2] - 25:17, 66:11
**clubs** [1] - 120:14
**cocaine** [65] - 7:23, 9:2, 9:17, 9:18, 9:24, 10:3, 10:20, 11:5, 11:8, 11:11, 11:13, 11:15, 11:16, 11:17, 12:1, 12:2, 12:4, 12:15, 12:16, 13:1, 13:19, 13:22, 13:25, 14:2, 14:5, 14:8, 14:14, 14:17, 14:23, 15:2, 15:4, 15:9,

15:20, 15:21, 16:2, 18:8, 18:24, 25:15, 25:16, 25:20, 25:24, 26:8, 26:10, 27:1, 37:16, 37:23, 40:18, 66:20, 79:1, 79:3, 79:6, 79:8, 79:12, 87:2, 125:8, 125:9, 125:12, 125:16, 125:20, 125:23, 126:2, 126:5, 145:17, 147:16, 153:24
**coincided** [1] - 112:11
**collapse** [1] - 96:16
**collecting** [2] - 33:13
**college** [3] - 25:12, 30:25, 71:8
**Colombia** [6] - 19:1, 20:11, 20:17, 39:23, 40:6
**Colombian** [1] - 21:7
**color** [1] - 150:15
**COLUMBIA** [1] - 1:1
**comfortable** [1] - 5:8
**coming** [2] - 19:1, 28:17, 36:17, 42:12, 50:23, 58:18, 65:8, 136:23, 149:17, 152:18, 165:25
**comment** [1] - 164:4
**commit** [1] - 77:24
**committing** [3] - 124:12, 132:24
**communicate** [1] - 103:13
**communication** [4] - 61:16, 62:3, 62:4, 62:25
**companies** [7] - 110:23, 112:22, 115:16, 134:23, 135:16, 150:18, 151:2
**company** [17] - 18:13, 106:13, 109:13, 109:14, 110:12, 112:10, 112:14, 135:15, 135:21, 136:14, 136:16, 136:24, 145:12, 150:11, 150:12, 150:13, 156:17
**compare** [3] - 113:1, 135:22, 165:7
**compared** [3] - 112:9, 112:16, 112:23
**comparison** [1] - 165:21
**compartment** [9] -

10:1, 10:2, 10:6, 13:1, 14:20, 14:23, 14:25, 34:13, 34:14
**compartments** [3] - 10:4, 14:14, 15:5
**competing** [1] - 150:22
**competition** [2] - 150:17, 150:21
**complained** [1] - 78:4
**complete** [3] - 75:5, 76:5, 166:19
**completed** [2] - 94:16, 117:10
**completely** [4] - 14:25, 27:21, 59:9, 106:6
**component** [1] - 14:18
**computer** [2] - 2:13, 96:19
**computer-aided** [1] - 2:13
**computers** [1] - 115:2
**conceal** [5] - 39:16, 39:17, 142:23, 142:25, 143:4
**concern** [1] - 159:14
**concerned** [2] - 72:3, 159:17
**concert** [2] - 39:1, 39:2
**concise** [1] - 164:3
**concluded** [2] - 123:4, 123:6
**concludes** [1] - 166:5
**concrete** [1] - 96:7
**conducted** [2] - 134:1, 145:11
**confer** [2] - 60:25, 162:21
**confirm** [1] - 155:13
**connected** [3] - 8:22, 8:23, 61:23
**connections** [3] - 17:20, 17:25, 18:2
**consider** [1] - 130:16
**considered** [2] - 162:19, 166:20
**constitutes** [1] - 166:18
**Constitution** [1] - 131:5
**constitutional** [1] - 122:23
**construction** [1] - 117:9
**contact** [6] - 48:3, 71:17, 86:12, 96:10, 103:22, 165:13
**contagious** [1] - 65:16

**contain** [1] - 159:15
**contained** [1] - 115:18
**containers** [1] - 34:12
**contingent** [1] - 52:19
**continue** [11] - 26:24, 27:12, 27:17, 28:10, 30:11, 34:25, 59:5, 63:20, 64:1, 104:8, 164:1
**Continued** [2] - 1:25, 2:1
**continued** [8] - 26:13, 30:9, 30:18, 30:19, 31:20, 31:21, 31:25, 60:1
**contraband** [1] - 133:7
**control** [1] - 164:9
**controlling** [1] - 64:1
**convenience** [4] - 37:2, 67:21, 67:24
**conversation** [3] - 62:7, 66:1, 67:6
**conversations** [2] - 63:14, 157:22
**Converse** [1] - 151:8
**convicted** [2] - 55:19, 55:21
**convince** [2] - 29:1, 29:4
**cooperate** [4] - 47:6, 47:18, 50:23, 73:13
**cooperated** [1] - 52:19
**cooperating** [7] - 46:16, 46:20, 47:25, 50:13, 51:14, 69:3, 79:19
**cooperation** [6] - 54:22, 55:3, 60:11, 60:13, 70:5
**coordinating** [1] - 66:20
**copies** [5] - 89:2, 93:8, 94:24, 95:24, 134:20
**copy** [6] - 76:1, 89:3, 90:23, 106:7, 135:1
**correct** [88] - 11:17, 56:5, 60:6, 65:9, 66:4, 66:7, 66:13, 66:21, 68:9, 68:25, 70:20, 70:22, 71:2, 71:10, 71:13, 72:4, 72:8, 72:10, 72:14, 72:17, 72:25, 73:4, 73:7, 74:12, 74:16, 75:14, 76:6, 76:19, 77:4, 77:19, 77:22, 77:24, 78:5, 78:8, 78:22, 79:2, 79:16, 80:8, 80:9, 80:10,

80:24, 81:4, 83:4, 83:19, 83:23, 86:14, 87:1, 87:4, 87:11, 101:7, 101:8, 103:3, 103:4, 120:3, 121:14, 124:21, 125:21, 126:6, 126:7, 126:9, 132:9, 132:25, 134:9, 135:3, 135:15, 136:12, 137:23, 137:24, 140:21, 141:10, 142:10, 142:18, 142:21, 143:2, 144:5, 145:23, 146:25, 147:20, 147:24, 149:22, 151:15, 152:8, 155:17, 155:20, 155:22, 157:5, 160:22, 163:5
**correction** [1] - 135:20
**correctly** [2] - 48:22, 56:4
**cost** [2] - 39:24, 120:25
**couches** [1] - 129:12
**counsel** [3] - 3:10, 60:25, 95:11
**count** [8] - 34:22, 81:14, 81:16, 81:20, 81:21, 81:22, 160:8
**counted** [1] - 35:19
**counterfeit** [1] - 151:19
**counting** [9] - 35:4, 35:16, 35:18, 69:7, 81:19, 152:11, 162:14
**countries** [2] - 123:18, 153:15
**country** [7] - 42:22, 70:11, 72:7, 72:13, 72:14, 101:4, 132:16
**couple** [4] - 28:19, 33:5, 53:24, 163:6
**course** [13] - 18:9, 21:4, 64:24, 95:7, 100:16, 120:23, 125:25, 127:14, 129:25, 138:14, 139:3, 153:20, 163:25
**court** [20] - 92:14, 92:20, 93:7, 93:25, 95:9, 95:12, 97:6, 97:10, 97:17, 107:21, 135:2, 135:23, 136:11, 136:19, 141:8,

141:15, 142:2, 152:13, 164:17, 165:11
**COURT** [292] - 1:1, 1:8, 3:18, 3:22, 4:4, 4:8, 4:14, 4:18, 4:20, 6:6, 6:9, 6:12, 6:22, 6:25, 7:3, 7:8, 7:11, 8:3, 8:5, 8:11, 10:11, 10:15, 11:23, 12:1, 12:4, 12:8, 12:11, 12:13, 13:5, 13:8, 13:10, 14:12, 14:14, 14:16, 14:22, 16:25, 17:4, 17:6, 17:8, 17:11, 17:13, 19:21, 19:24, 20:1, 20:4, 20:9, 20:13, 20:16, 20:19, 20:21, 20:23, 20:25, 21:3, 21:5, 21:11, 21:14, 21:17, 21:21, 21:23, 22:5, 22:10, 22:17, 22:19, 23:18, 23:25, 24:4, 24:8, 24:10, 24:13, 26:4, 26:7, 26:10, 26:17, 27:7, 28:25, 29:19, 29:23, 30:23, 31:3, 31:9, 31:12, 32:12, 32:15, 35:1, 35:6, 35:9, 35:12, 35:15, 35:19, 35:23, 35:25, 36:2, 36:5, 36:22, 37:6, 37:10, 48:20, 48:24, 49:2, 49:6, 49:11, 49:14, 49:18, 50:4, 52:2, 52:6, 53:2, 53:16, 53:20, 54:9, 54:13, 54:16, 54:18, 55:24, 56:3, 56:7, 56:12, 56:16, 56:20, 61:5, 61:8, 61:25, 62:10, 62:16, 62:21, 62:23, 62:25, 63:3, 64:8, 64:11, 64:13, 64:16, 64:19, 64:24, 65:2, 66:10, 67:3, 67:8, 68:6, 69:12, 69:15, 69:19, 69:21, 69:24, 70:2, 75:24, 88:11, 88:14, 88:18, 90:13, 90:16, 90:19, 90:21, 90:25, 91:7, 91:11, 91:13, 91:15, 91:20, 92:2, 92:6, 92:8, 92:11, 93:1, 93:15, 94:7, 94:10, 94:14, 94:23, 95:7, 95:10, 96:6, 96:12, 96:15,

96:21, 97:4, 97:8, 97:19, 97:22, 98:11, 98:15, 98:24, 99:3, 100:3, 100:24, 102:9, 102:13, 102:17, 105:23, 106:11, 106:24, 107:4, 107:6, 107:13, 107:16, 107:23, 108:5, 108:9, 108:18, 109:7, 109:10, 109:19, 109:21, 110:4, 111:2, 111:8, 111:15, 111:19, 112:2, 112:5, 112:12, 112:19, 112:25, 113:11, 114:22, 115:6, 119:5, 122:14, 123:8, 125:1, 126:11, 126:21, 127:5, 131:1, 131:18, 131:20, 131:23, 135:12, 135:18, 136:18, 137:4, 137:10, 139:8, 139:17, 140:15, 141:15, 141:18, 142:12, 145:25, 146:3, 146:6, 147:11, 149:6, 149:16, 149:24, 150:6, 150:23, 151:11, 152:12, 152:25, 154:13, 155:1, 155:4, 155:7, 156:2, 156:4, 156:6, 157:21, 157:25, 158:5, 158:9, 158:13, 158:22, 158:25, 159:2, 159:7, 159:9, 159:20, 159:23, 160:2, 160:4, 160:8, 160:13, 160:20, 160:23, 161:12, 162:12, 163:3, 163:6, 163:10, 163:15, 164:5, 164:9, 164:16, 164:22, 164:25, 165:12, 165:23, 166:3
**Court** [16] - 2:10, 2:11, 22:15, 89:2, 91:24, 93:6, 94:1, 94:19, 122:4, 130:24, 141:18, 152:23, 162:23, 163:13,

164:18, 166:25
**courtroom** [15] - 5:22, 31:4, 88:17, 89:1, 89:10, 89:12, 89:15, 89:17, 89:19, 89:21, 99:1, 158:12, 158:13, 165:4, 165:13
**COURTROOM** [1] - 3:2
**courts** [2] - 145:5, 152:9
**cousins** [2] - 28:8, 117:20
**cover** [2] - 97:16, 142:16
**covered** [2] - 14:8, 14:16
**covering** [1] - 97:9
**COVID** [1] - 65:17
**cows** [3] - 13:7, 13:13, 13:18
**create** [2] - 136:9, 136:10
**creation** [1] - 130:11
**credibility** [1] - 93:12
**crime** [13] - 78:20, 101:22, 102:20, 102:23, 104:6, 104:18, 105:2, 122:24, 123:1, 143:7, 143:14, 151:24
**crimes** [3] - 124:11, 124:14, 144:8
**criminal** [12] - 55:22, 78:22, 92:12, 93:1, 99:19, 101:15, 104:5, 113:21, 124:1, 124:8, 124:13, 144:4
**Criminal** [3] - 1:3, 1:17, 3:3
**CRM** [1] - 1:12
**CROSS** [2] - 65:4, 123:10
**cross** [6] - 43:23, 84:6, 84:7, 84:8, 123:8, 156:20
**CROSS-EXAMINATION** [2] - 65:4, 123:10
**crowd** [1] - 109:23
**crowded** [1] - 43:1
**currency** [6] - 34:7, 34:10, 142:9, 142:17, 143:23
**current** [1] - 143:23
**custody** [3] - 63:10, 63:21, 95:17

6

**customers** [1] - 157:11
**customs** [2] - 18:3
**cut** [4] - 14:1, 16:8, 18:10, 58:10
**cutter** [6] - 12:23, 12:24, 13:5, 13:10, 32:10, 32:15
**cycle** [1] - 27:15

## D

**D.C** [2] - 1:6, 93:15
**dad** [12] - 7:21, 25:14, 25:25, 26:1, 37:2, 44:12, 46:23, 67:21, 74:19, 74:23, 82:15, 82:19
**dad's** [2] - 42:11, 70:8
**Dangerous** [2] - 3:13, 3:15
**Daniela** [1] - 147:14
**date** [7] - 61:8, 83:8, 108:18, 108:25, 117:24, 163:2, 164:6
**dated** [1] - 106:20
**Dated** [1] - 166:23
**dates** [1] - 161:22
**daughter** [3] - 71:1, 71:4, 71:7
**daughters** [1] - 28:6
**days** [2] - 163:7, 165:11
**DC** [2] - 1:13, 2:4
**DEA** [57] - 3:16, 46:20, 47:11, 47:24, 48:4, 48:9, 48:13, 48:14, 48:18, 50:6, 50:13, 50:18, 50:23, 51:2, 51:5, 51:8, 51:14, 52:9, 52:10, 52:22, 52:24, 53:1, 53:7, 53:16, 53:20, 54:2, 55:4, 57:5, 57:9, 57:12, 58:3, 59:10, 59:12, 59:15, 59:23, 59:24, 60:3, 64:17, 64:18, 69:1, 69:3, 70:15, 70:16, 70:20, 71:15, 71:17, 71:25, 72:25, 73:3, 73:10, 73:12, 80:17, 80:18, 81:7
**deadlines** [1] - 162:24
**deal** [3] - 49:20, 119:21, 127:15
**dealer** [3] - 40:2, 110:19, 146:20
**dealers** [4] - 86:14, 86:16, 87:3, 87:5

**dealing** [3] - 24:5, 101:22, 150:19
**debts** [2] - 149:1
**decades** [1] - 132:23
**December** [1] - 47:2
**decide** [1] - 49:7
**decided** [1] - 152:9
**declare** [1] - 142:2
**declared** [3] - 141:22, 142:1, 142:4
**decline** [2] - 131:8, 132:1
**decorated** [1] - 130:4
**Defendant** [2] - 1:6, 153:9
**defendant** [9] - 6:5, 6:13, 102:14, 127:6, 127:10, 130:22, 133:16, 139:20, 153:16
**DEFENDANT** [2] - 1:21, 2:2
**defendant's** [2] - 21:18, 62:17
**defended** [2] - 133:1, 158:2
**defending** [1] - 144:17
**Defense** [27] - 75:20, 91:3, 91:7, 91:14, 99:9, 100:1, 100:22, 100:24, 101:1, 105:22, 114:24, 117:22, 119:2, 122:20, 134:4, 158:23, 159:4, 159:11, 159:25, 160:17, 166:12, 166:13, 166:14, 166:14, 166:15
**defense** [31] - 3:21, 91:23, 92:4, 92:12, 92:25, 93:2, 94:6, 96:1, 105:8, 105:18, 115:14, 124:9, 132:12, 133:22, 134:9, 134:11, 134:14, 136:12, 138:7, 138:13, 140:2, 141:21, 141:23, 144:4, 151:17, 151:21, 158:20, 160:19, 163:7, 164:25
**defense's** [1] - 163:1
**defenses** [2] - 133:25, 155:15
**deferred** [7] - 51:9, 70:10, 71:6, 71:9, 71:13, 72:6, 72:12
**definitely** [2] - 121:3,

154:24
**delay** [1] - 98:3
**deliver** [2] - 36:20, 38:9
**demonstrate** [3] - 132:19, 149:12, 152:18
**demonstrated** [2] - 137:17, 151:14
**department** [5] - 18:14, 18:15, 18:16, 137:3
**Department** [1] - 121:8
**deported** [1] - 72:10
**deposit** [1] - 149:11
**deposited** [1] - 147:23
**deposits** [1] - 149:13
**deputy** [7] - 24:19, 89:11, 89:16, 89:19, 89:25, 98:6, 165:13
**DEPUTY** [2] - 3:2, 98:6
**describe** [10] - 6:6, 34:6, 41:15, 41:19, 42:18, 42:20, 46:19, 56:7, 56:16, 111:11
**described** [2] - 40:20, 77:12
**describing** [1] - 130:18
**desperate** [2] - 49:16, 49:23
**destinies** [1] - 164:10
**detail** [1] - 111:11
**details** [2] - 96:4, 143:1
**detained** [5] - 103:5, 103:7, 103:9, 103:10, 140:23
**devices** [1] - 104:2
**died** [1] - 42:2
**Diego** [2] - 1:18, 4:17
**difference** [2] - 67:9, 107:24
**different** [9] - 26:16, 27:14, 27:17, 74:20, 80:20, 82:25, 106:6, 108:1, 108:7
**differently** [1] - 154:5
**difficult** [4] - 29:12, 29:13, 29:16, 64:1
**difficulty** [1] - 155:19
**dining** [5] - 57:2, 129:23, 130:2
**dinner** [3] - 11:3, 40:25, 129:21
**dinners** [1] - 40:22
**direct** [5] - 92:16, 134:3, 135:11, 137:17, 152:21

**DIRECT** [2] - 4:25, 99:11
**direction** [1] - 141:7
**directly** [8] - 11:1, 12:22, 34:13, 40:17, 40:24, 70:15, 70:16, 103:15
**director** [1] - 113:25
**disagree** [1] - 126:8
**disassembled** [1] - 166:21
**discotheque** [2] - 56:25, 57:1
**discovered** [1] - 139:11
**discovery** [1] - 162:13
**discuss** [2] - 13:2, 116:1
**discussion** [2] - 92:20, 164:21
**disjointed** [1] - 92:22
**disk** [1] - 89:1
**dispersed** [1] - 157:10
**dispute** [1] - 78:21
**distinction** [1] - 68:2
**DISTRICT** [3] - 1:1, 1:1, 1:8
**District** [3] - 3:14, 4:14, 4:16
**divided** [1] - 14:24
**Division** [1] - 1:17
**document** [22] - 76:14, 76:22, 76:23, 104:12, 105:1, 110:25, 111:16, 113:2, 113:9, 113:10, 113:24, 114:4, 135:1, 135:2, 136:9, 136:11, 152:23, 153:4, 153:6, 153:9, 153:12, 153:14
**documents** [14] - 74:19, 106:9, 106:11, 106:15, 106:17, 109:6, 110:7, 113:7, 122:7, 122:8, 122:22, 136:10, 141:8, 163:18
**DOJ** [2] - 1:12, 1:17
**DOJ-CRM** [1] - 1:12
**DOJ-USAO** [1] - 1:17
**dollars** [14] - 33:23, 34:9, 34:10, 54:3, 54:10, 122:12, 143:8, 143:14, 143:20, 144:2, 144:15, 144:19, 156:14

**dollars'** [1] - 151:18
**dome** [2] - 130:11, 130:12
**done** [10] - 36:14, 51:8, 52:24, 60:3, 60:8, 113:9, 123:4, 148:21, 160:16, 161:19
**door** [1] - 56:21
**doubt** [1] - 93:12
**doubtful** [1] - 36:10
**down** [9] - 31:6, 57:14, 62:1, 89:20, 90:1, 108:23, 129:12, 140:9, 141:1
**download** [3] - 96:12, 96:17, 96:22
**downstairs** [1] - 129:15
**drawn** [1] - 104:7
**drive** [4] - 32:21, 42:18, 96:22, 96:23
**driveway** [1] - 56:23
**Drug** [2] - 3:13, 3:16
**drug** [54] - 7:19, 24:5, 39:9, 40:2, 45:10, 46:11, 62:7, 63:15, 63:19, 63:21, 66:6, 66:20, 68:9, 68:14, 68:20, 85:21, 86:14, 86:16, 87:3, 87:5, 105:10, 118:4, 125:7, 125:14, 125:18, 126:1, 126:8, 126:25, 127:3, 132:20, 140:24, 141:12, 141:24, 142:22, 142:24, 143:3, 144:14, 145:16, 145:19, 145:23, 146:20, 148:20, 148:22, 152:2, 152:7, 153:17, 154:7, 154:11, 154:22, 154:24, 158:4
**drug-related** [1] - 7:19
**drugs** [14] - 44:25, 45:17, 45:22, 124:16, 142:8, 144:11, 144:13, 144:15, 144:17, 144:20, 145:2, 152:7, 153:24, 161:14
**due** [1] - 162:25
**duffle** [3] - 82:5, 82:7, 82:10
**during** [10] - 30:8,

35:9, 61:17, 90:7, 115:20, 124:8, 136:22, 137:17, 144:7, 145:12

**E**

**early** [4] - 21:16, 21:21, 24:1, 32:20
**earnings** [2] - 150:11, 150:13
**easier** [4] - 34:22, 102:3
**easy** [2] - 96:6, 165:24
**economic** [1] - 148:14
**edit** [1] - 164:4
**educate** [1] - 119:23
**eight** [4] - 51:23, 146:24, 147:3, 147:9
**Eight** [1] - 118:23
**either** [9] - 10:11, 32:18, 33:6, 39:16, 76:1, 118:1, 118:14, 127:25, 128:2
**ejidal** [1] - 116:12
**El** [3] - 84:16, 127:24, 128:3
**electronics** [2] - 105:17, 106:13, 108:8, 150:16, 157:9
**eliciting** [1] - 98:20
**ELIZABETH** [1] - 166:18
**Elizabeth** [5] - 2:10, 76:10, 76:25, 78:2, 166:24
**ELMO** [2] - 109:25, 110:4
**Elpidio** [1] - 93:9
**elsewhere** [2] - 128:12, 152:8
**Email** [6] - 1:14, 1:15, 1:15, 1:19, 1:24, 2:5
**embassy** [2] - 113:25, 114:4
**Embassy** [5] - 104:13, 104:20, 114:4, 114:7, 114:12
**emergency** [2] - 98:7, 98:9
**employee** [3] - 82:19, 82:20, 82:23
**encyclopedia** [1] - 162:3
**end** [2] - 99:24, 142:9
**ended** [1] - 152:10
**endorsed** [1] - 77:4
**enforcement** [5] - 49:19, 49:20, 68:24, 71:17, 72:1

**engage** [1] - 153:16
**engaged** [6] - 126:1, 132:9, 142:15, 144:8, 145:16, 152:2
**English** [9] - 5:8, 75:21, 76:2, 94:2, 99:6, 136:6, 153:13, 158:21
**Enrique** [1] - 22:13
**enter** [2] - 56:23, 161:12
**entered** [1] - 141:13
**entering** [1] - 161:5
**entire** [6] - 55:2, 89:1, 90:14, 118:21, 137:12, 163:12
**entrance** [1] - 56:18
**entry** [1] - 161:1
**entryway** [1] - 56:16
**equipment** [1] - 57:1
**errand** [4] - 23:2, 23:3, 23:7, 23:8
**errands** [1] - 23:9
**erupt** [1] - 126:8
**established** [3] - 126:25, 150:18, 150:21
**estimate** [2] - 30:4, 58:5
**estimating** [1] - 58:22
**ethics** [1] - 124:14
**evading** [2] - 132:16, 132:24
**eventually** [2] - 25:6, 115:23
**everywhere** [1] - 84:4
**evidence** [15] - 88:22, 90:12, 91:4, 91:8, 93:7, 96:23, 100:22, 113:15, 113:18, 114:8, 114:13, 115:21, 139:16, 145:15, 158:8
**evidentiary** [3] - 3:24, 4:5, 95:2
**exact** [3] - 27:12, 108:6, 156:23
**exactly** [6] - 7:22, 22:25, 83:8, 109:4, 109:11, 150:9
**EXAMINATION** [5] - 4:25, 65:4, 99:11, 123:10, 155:9
**examination** [2] - 135:11, 137:17
**example** [2] - 67:20, 111:13
**exception** [1] - 124:13
**exchange** [1] - 54:21
**exchanged** [1] -

148:23
**excuse** [5] - 19:11, 69:19, 81:10, 94:9, 114:10
**excused** [6] - 31:2, 31:7, 88:15, 94:22, 158:10, 166:4
**exhibit** [1] - 90:6
**Exhibit** [28] - 75:20, 89:6, 89:14, 89:18, 89:23, 89:24, 90:6, 100:1, 100:22, 100:24, 101:1, 105:22, 106:24, 107:25, 108:14, 114:24, 117:23, 119:2, 119:3, 122:21, 134:4, 152:22, 153:2, 158:20, 158:23, 159:4, 159:11
**EXHIBIT** [1] - 166:11
**exhibits** [7] - 88:23, 90:18, 91:2, 91:18, 158:7, 158:14, 158:18
**Exhibits** [8] - 88:23, 90:11, 90:22, 91:3, 91:7, 91:14, 159:25, 160:17
**exist** [1] - 141:3
**existed** [5] - 139:25, 140:8, 140:10, 151:10, 155:22
**exits** [1] - 88:17
**expand** [2] - 16:11, 20:8
**expecting** [3] - 37:4, 49:3, 150:23
**expenses** [5] - 53:21, 53:22, 57:16, 59:10, 146:3
**expensive** [1] - 121:2
**expired** [1] - 96:3
**explain** [19] - 39:19, 74:17, 82:1, 85:9, 85:12, 95:19, 111:13, 116:20, 126:21, 130:19, 135:24, 136:10, 137:14, 137:16, 140:4, 141:3, 142:16, 147:2, 147:4
**explained** [16] - 75:10, 88:6, 92:13, 113:22, 137:19, 138:1, 138:2, 138:8, 138:19, 138:23, 140:1, 140:11, 140:20, 142:4, 158:3

**explanation** [1] - 144:19
**exporting** [3] - 25:15, 25:16, 87:2
**exposed** [1] - 47:14
**extend** [1] - 162:23
**extended** [4] - 89:22, 90:2, 90:10, 117:19
**extra** [1] - 53:22
**extradited** [1] - 49:3
**extradition** [2] - 153:7, 153:11
**extraordinarily** [1] - 94:16

**F**

**face** [2] - 49:3, 89:23
**facilities** [3] - 104:1, 117:4, 151:23
**facility** [1] - 103:11
**facing** [1] - 35:18
**fact** [12] - 28:16, 28:17, 29:20, 52:19, 61:23, 104:1, 113:23, 118:7, 125:17, 148:19, 154:10, 156:13
**factor** [1] - 164:20
**Facts** [1] - 153:10
**facts** [3] - 104:17, 113:23, 139:15
**factual** [1] - 104:5
**faithful** [1] - 115:15
**falluca** [5] - 37:20, 37:22, 106:20, 120:5, 120:6
**false** [4] - 131:11, 131:13, 131:15, 132:3
**familiar** [8] - 25:2, 125:8, 131:4, 131:25, 132:8, 132:14, 143:3, 143:4
**families** [1] - 27:24
**family** [41] - 13:4, 25:7, 25:22, 27:23, 28:2, 28:5, 28:8, 28:9, 30:8, 30:12, 30:17, 30:19, 36:25, 44:4, 45:2, 45:4, 45:7, 51:5, 51:8, 51:13, 51:17, 52:15, 54:7, 55:2, 67:24, 72:7, 117:19, 118:6, 118:20, 118:21, 121:1, 146:7, 148:3, 148:6, 148:25, 149:5, 159:5
**famous** [3] - 86:16,

86:17, 118:4
**far** [5] - 7:24, 37:23, 54:23, 57:19, 59:15
**farm** [1] - 69:6
**farming** [1] - 17:18
**farmlands** [1] - 116:19
**Farren** [2] - 2:9, 3:6
**fast** [1] - 7:24
**faster** [1] - 102:3
**father** [37] - 6:23, 7:1, 8:8, 10:19, 12:16, 15:8, 16:1, 25:6, 25:22, 26:4, 26:5, 26:7, 26:10, 28:10, 28:11, 31:22, 32:1, 32:7, 32:18, 33:6, 33:9, 33:14, 40:23, 42:2, 47:8, 47:17, 48:24, 49:2, 68:8, 68:14, 68:20, 69:7, 70:4, 75:2, 75:14, 76:18, 77:7
**father's** [2] - 76:13, 81:18
**father-in-law** [1] - 42:2
**FCRR** [3] - 2:10, 166:18, 166:24
**February** [1] - 48:11
**federal** [9] - 49:18, 103:10, 103:11, 104:1, 114:18, 152:9
**FEITEL** [25] - 2:3, 91:6, 91:9, 91:22, 92:4, 92:7, 92:9, 92:12, 93:3, 93:17, 94:9, 94:12, 94:15, 95:8, 95:11, 96:9, 96:14, 96:17, 97:18, 98:14, 161:9, 161:25, 162:16, 163:24, 164:8
**Feitel** [6] - 3:20, 91:21, 97:11, 97:15, 98:13, 162:22
**fence** [2] - 128:25, 129:3
**fenced** [1] - 129:1
**few** [2] - 124:18, 155:13
**fictitious** [1] - 142:25
**field** [14] - 56:10, 116:9, 117:3, 117:7, 117:21, 118:8, 127:22, 128:12, 128:13, 128:14, 128:19, 129:4, 129:5, 129:19
**Fifth** [1] - 130:25
**fifty** [1] - 9:6
**figure** [2] - 91:25,

8

165:25
**figures** [3] - 112:17, 150:2, 150:9
**file** [1] - 76:5
**files** [1] - 96:18
**filing** [2] - 165:3, 165:10
**Filipinis** [10] - 44:18, 44:19, 44:23, 45:2, 45:3, 45:5, 86:19, 86:20, 86:22
**fill** [1] - 82:20
**filled** [2] - 14:5, 14:8
**final** [4] - 90:6, 161:11, 163:3, 164:4
**financial** [2] - 148:14, 162:6
**fine** [2] - 110:2, 152:25
**finger** [3] - 89:22, 90:2, 90:9
**finish** [1] - 10:14
**fire** [1] - 84:7
**firearm** [1] - 43:24
**first** [43] - 3:10, 5:5, 7:13, 11:16, 12:1, 12:15, 17:11, 22:1, 23:7, 24:25, 33:18, 41:10, 48:6, 52:17, 57:15, 57:21, 57:24, 76:12, 79:25, 80:4, 80:7, 80:23, 87:8, 87:23, 88:7, 89:8, 90:4, 92:7, 101:21, 102:18, 102:20, 105:9, 109:2, 109:15, 117:2, 123:2, 142:3, 145:17, 145:20, 156:7, 156:8, 158:16, 165:7
**fit** [1] - 15:5
**five** [4] - 15:25, 51:21, 57:23, 155:4
**five-minute** [1] - 155:4
**fix** [3] - 14:12, 96:9, 96:19
**flatbed** [3] - 33:25, 34:13, 34:14
**fledged** [1] - 92:19
**floor** [2] - 9:25, 10:1
**FLORES** [1] - 1:5
**Flores** [187] - 3:4, 3:20, 5:20, 6:7, 6:16, 7:14, 8:19, 9:10, 10:25, 11:19, 11:21, 12:7, 12:10, 12:17, 12:21, 12:23, 13:21, 13:24, 15:8, 16:2, 16:5, 16:7, 16:12, 17:3, 18:11, 18:17,

18:21, 19:4, 19:8, 20:13, 23:14, 23:16, 24:7, 24:8, 24:16, 24:24, 25:2, 25:6, 25:16, 25:24, 26:14, 28:1, 28:3, 28:9, 28:14, 28:18, 29:17, 29:20, 30:2, 30:3, 32:8, 32:18, 32:25, 33:6, 33:16, 36:16, 36:21, 38:5, 38:12, 38:18, 38:21, 38:24, 39:4, 39:15, 40:8, 40:10, 41:4, 44:1, 45:15, 45:17, 45:22, 46:5, 54:22, 55:25, 56:4, 60:11, 61:3, 61:12, 62:4, 62:5, 62:13, 62:20, 63:1, 63:7, 63:9, 63:10, 63:20, 66:19, 67:13, 79:21, 85:3, 85:9, 85:10, 85:13, 85:18, 86:3, 86:8, 89:20, 90:1, 90:8, 98:19, 99:20, 99:23, 100:17, 101:3, 101:6, 101:9, 101:16, 103:5, 103:14, 104:11, 104:13, 104:20, 105:6, 105:14, 106:12, 108:7, 110:11, 110:24, 111:5, 111:25, 113:16, 113:19, 114:1, 114:3, 114:5, 114:8, 114:21, 115:19, 116:2, 116:5, 116:20, 118:7, 118:19, 120:16, 120:19, 121:5, 121:7, 126:24, 127:2, 127:17, 127:19, 128:6, 128:22, 129:6, 133:16, 133:19, 134:24, 135:2, 135:10, 136:12, 136:17, 136:25, 137:20, 138:24, 139:13, 139:20, 140:20, 141:9, 141:23, 143:6, 143:12, 144:19, 145:1, 145:7, 145:15, 145:17, 147:16, 147:19, 148:13, 149:20, 150:11, 150:13, 151:14,

152:2, 152:7, 153:10, 153:16, 153:23, 154:10, 154:22, 155:14, 157:4, 157:23, 158:24, 159:5, 165:5
**Flores's** [31] - 11:17, 37:23, 40:17, 61:24, 62:12, 63:9, 92:12, 98:18, 106:19, 114:16, 117:12, 117:25, 118:17, 118:20, 119:9, 119:15, 119:18, 120:5, 126:24, 128:24, 129:21, 132:8, 141:7, 146:21, 147:2, 149:1, 151:17, 154:7, 157:10, 159:5, 159:16
**Flores-Castro** [2] - 62:20, 63:9
**FLORES-HERNANDEZ** [1] - 1:5
**Flores-Hernandez** [19] - 6:7, 8:19, 12:7, 16:7, 17:3, 29:20, 55:25, 67:13, 99:20, 104:11, 104:13, 105:14, 110:11, 136:17, 136:25, 149:20, 153:10, 153:16, 157:23
**Flores-Hernandez's** [3] - 20:13, 24:8, 56:4
**Floreses** [1] - 118:1
**focus** [1] - 141:23
**follows** [1] - 93:14
**food** [3] - 19:18, 23:10, 43:2
**FOR** [4] - 1:1, 1:10, 1:21, 2:2
**force** [1] - 51:24
**forced** [1] - 131:5
**foregoing** [1] - 166:18
**forever** [1] - 92:19
**forfeiture** [5] - 161:2, 161:6, 161:13, 161:15
**forget** [1] - 28:22
**forgiveness** [1] - 123:2
**form** [1] - 161:10
**formal** [2] - 17:16, 120:3
**formally** [1] - 93:7
**forms** [1] - 74:9
**forward** [4] - 3:8,

31:19, 50:23, 99:4
**foundation** [1] - 10:10
**four** [8] - 15:24, 43:14, 45:6, 86:20, 89:5, 117:2, 119:9
**fourth** [2] - 4:9, 76:3
**frame** [4] - 63:6, 89:25, 115:20, 161:21
**fraud** [12] - 47:20, 55:13, 55:15, 74:12, 75:9, 75:18, 77:24, 78:22, 121:21, 122:4, 132:24
**free** [3] - 55:17, 76:1, 163:12
**freed** [1] - 122:17
**frequent** [1] - 84:11
**fresh** [1] - 15:6
**Friday** [1] - 93:8
**fridges** [1] - 67:22
**friend** [17] - 16:13, 16:14, 16:15, 29:11, 44:12, 47:25, 77:16, 77:24, 78:1, 84:18, 84:23, 86:1, 92:13, 93:4, 146:7, 146:21
**friends** [12] - 28:4, 39:6, 39:12, 44:3, 44:4, 98:23, 100:9, 101:7, 117:20, 127:23, 128:2
**friendship** [1] - 101:10
**front** [6] - 13:2, 13:4, 89:11, 89:16, 89:17, 112:15
**Front** [1] - 1:18
**fuel** [9] - 9:19, 13:23, 13:24, 14:1, 14:21, 14:22, 15:1, 15:12, 15:22
**full** [7] - 5:2, 62:19, 67:20, 92:19, 156:4, 156:6, 166:19
**full-fledged** [1] - 92:19
**funds** [5] - 37:7, 39:16, 39:17, 148:2
**fungible** [1] - 108:24
**furniture** [1] - 130:5
**future** [1] - 54:24

**G**

**gains** [1] - 102:22
**gallery** [1] - 89:12
**game** [3] - 56:14, 129:10, 129:11
**gang** [2] - 64:1, 86:19
**gangs** [1] - 101:23
**gas** [4] - 50:17, 87:10,

87:25, 88:5
**gasoline** [4] - 14:2, 14:5, 14:19, 15:1
**gate** [1] - 56:24
**gates** [2] - 56:22, 56:23
**General** [3] - 112:9, 112:18, 112:22
**general** [5] - 79:12, 79:17, 127:7, 137:1, 137:8
**general's** [1] - 152:16
**generally** [5] - 24:5, 88:2, 125:15, 125:20, 127:9
**generated** [1] - 136:14
**Generation** [1] - 104:16
**gentlemen's** [1] - 120:14
**giant** [1] - 156:25
**gift** [3] - 71:15, 71:16, 72:24
**girl** [4] - 47:15, 47:16, 47:17, 47:21
**girlfriend** [1] - 76:25
**given** [11] - 89:2, 114:21, 115:7, 116:15, 123:6, 148:17, 148:19, 150:4, 152:14, 156:24, 163:22
**glass** [4] - 103:19, 103:20, 103:22, 103:23
**glasses** [1] - 6:10
**godfather** [8] - 28:3, 28:4, 62:18, 119:14, 119:17, 119:20, 119:22, 119:25
**Gonzalez** [2] - 76:5, 78:10
**goods** [6] - 143:7, 143:13, 151:15, 151:19, 151:22, 151:23
**government** [63] - 3:10, 3:24, 4:7, 4:10, 18:21, 18:24, 21:9, 21:11, 21:18, 23:4, 24:17, 24:18, 24:21, 31:13, 46:17, 54:21, 60:25, 64:21, 66:1, 68:21, 72:6, 73:2, 77:15, 79:19, 84:10, 88:12, 88:18, 91:1, 91:16, 92:14, 93:13, 93:21, 93:22, 94:25, 95:11, 95:17, 95:22, 96:2, 96:21, 105:24,

9

106:16, 106:18, 107:11, 107:12, 108:10, 109:17, 114:8, 115:22, 116:15, 127:15, 133:23, 141:10, 145:5, 145:6, 145:13, 145:14, 152:6, 160:20, 162:4, 162:7, 163:12, 164:23

**Government** [8] - 88:23, 89:14, 89:18, 89:23, 89:24, 90:6, 90:11, 113:18

**government's** [3] - 92:18, 93:9, 162:24

**Government's** [6] - 4:23, 89:6, 90:22, 153:2, 166:12, 166:13

**governments** [1] - 104:9

**governor** [5] - 19:5, 19:14, 22:2, 22:14, 22:21

**grew** [4] - 9:12, 29:18

**group** [2] - 127:23, 128:9

**groups** [1] - 128:10

**grow** [5] - 7:25, 8:8, 8:20, 68:1, 116:18

**growing** [1] - 7:24

**Guadalajara** [26] - 5:18, 10:21, 10:24, 25:10, 25:11, 25:17, 25:19, 25:23, 26:23, 30:18, 30:23, 38:25, 41:16, 41:25, 48:10, 56:5, 63:17, 64:9, 78:20, 83:14, 83:16, 123:20, 124:4, 124:20, 125:4, 125:15

**Guanajuato** [1] - 103:12

**guarding** [2] - 43:17, 43:19

**guards** [3] - 64:6, 84:4, 84:5

**guess** [6] - 32:24, 108:13, 114:13, 131:23, 160:20, 161:3

**guests** [3] - 43:1, 43:19, 43:21

**guidepost** [1] - 92:1

**guilty** [2] - 145:20, 145:24

**gulf** [1] - 155:25

**Gulf** [2] - 155:25, 156:4

**guy** [15] - 16:5, 16:6, 17:2, 17:4, 18:25, 19:1, 20:10, 20:16, 20:17, 39:23, 40:3, 49:25, 88:4

**guys** [5] - 18:19, 25:19, 33:10, 45:18, 46:8

**Guzman** [1] - 84:11

## H

**habit** [2] - 165:5, 165:8

**half** [7] - 14:1, 14:2, 14:4, 14:5, 14:7, 15:1

**halfway** [1] - 89:22

**hall** [2] - 39:1, 39:2

**hand** [4] - 4:20, 58:19, 89:22, 90:9

**handed** [1] - 76:24

**handling** [1] - 149:19

**HANDRICH** [9] - 1:11, 31:5, 31:11, 88:20, 90:14, 90:17, 90:23, 91:12, 91:17

**Handrich** [1] - 3:13

**hands** [1] - 148:23

**happy** [1] - 10:9

**harbor** [4] - 16:23, 16:24, 18:3, 18:19

**hard** [7] - 34:15, 96:22, 96:23, 148:14, 162:6, 165:18

**head** [2] - 22:1, 100:14

**headphone** [1] - 22:7

**hear** [7] - 12:22, 94:25, 128:3, 131:24, 133:2, 152:13, 154:13

**heard** [4] - 41:1, 79:16, 102:9, 161:6

**hearing** [22] - 3:24, 4:6, 22:4, 91:4, 91:8, 91:19, 94:20, 95:2, 95:3, 98:2, 100:24, 106:4, 106:8, 159:2, 159:9, 160:23, 160:24, 163:3, 163:7, 163:14, 163:21, 164:6

**HEARING** [1] - 1:7

**hearings** [2] - 94:3, 164:14

**hearsay** [1] - 98:20

**held** [3] - 83:9, 103:8,

105:20

**help** [31] - 23:11, 23:14, 23:16, 32:1, 32:3, 32:6, 32:18, 33:6, 33:9, 33:10, 37:3, 37:6, 47:6, 47:17, 49:24, 49:25, 50:18, 50:20, 51:8, 52:15, 67:23, 67:25, 70:13, 70:17, 77:16, 78:1, 82:15, 121:1, 121:25, 122:2, 154:22

**helped** [6] - 51:2, 51:5, 69:6, 81:20, 121:24, 139:13

**helpful** [1] - 92:2

**helping** [8] - 52:10, 68:3, 68:8, 68:14, 68:20, 70:4, 77:24, 154:10

**helps** [1] - 92:1

**hereby** [1] - 166:18

**Hernandez** [21] - 3:4, 5:20, 6:7, 8:19, 12:7, 16:7, 17:3, 29:20, 55:25, 67:13, 99:20, 104:11, 104:13, 105:14, 110:11, 136:17, 136:25, 149:20, 153:10, 153:16, 157:23

**HERNANDEZ** [1] - 1:5

**Hernandez's** [3] - 20:13, 24:8, 56:4

**hidden** [5] - 9:25, 10:2, 13:1, 14:20, 34:14

**hide** [1] - 126:2

**high** [6] - 21:6, 21:9, 84:24, 86:1, 103:21, 129:4

**high-rank** [1] - 21:9

**high-ranking** [1] - 21:6

**high-security** [1] - 103:21

**himself** [3] - 32:25, 130:23, 132:2

**Hoffman** [1] - 156:11

**hold** [1] - 14:14

**holding** [2] - 107:24, 114:23

**holdup** [1] - 97:25

**home** [16] - 19:6, 19:7, 21:19, 33:2, 33:3, 37:4, 46:3, 105:6, 114:16, 116:7, 116:10, 116:20, 117:5, 141:13, 151:7

**honestly** [1] - 106:22

**Honor** [111] - 3:2, 3:5, 3:11, 3:19, 4:2, 6:3, 10:7, 19:19, 22:3, 22:12, 23:17, 31:1, 36:24, 60:23, 61:22, 62:14, 62:15, 64:22, 64:23, 65:3, 66:8, 75:22, 75:23, 88:8, 88:10, 88:13, 88:16, 89:16, 90:20, 91:10, 91:12, 91:17, 91:22, 92:22, 93:17, 94:1, 94:2, 95:6, 95:14, 97:3, 97:7, 97:18, 97:21, 98:16, 99:1, 99:5, 99:16, 99:17, 100:2, 100:21, 100:23, 102:11, 102:25, 105:25, 106:1, 107:2, 107:5, 107:8, 107:12, 107:15, 107:18, 108:4, 108:6, 108:16, 109:12, 109:22, 110:2, 110:5, 113:9, 119:4, 123:7, 123:9, 124:24, 126:16, 130:21, 131:19, 132:6, 139:15, 140:13, 142:5, 142:11, 152:23, 154:12, 154:25, 155:3, 155:8, 156:10, 157:20, 158:6, 158:17, 159:1, 159:8, 159:14, 159:22, 160:1, 160:18, 160:19, 160:22, 161:11, 162:11, 162:18, 163:5, 163:9, 163:25, 164:11, 164:24, 165:2, 165:6, 165:8, 165:20, 166:2

**Honor's** [2] - 88:25, 90:23

**HONORABLE** [1] - 1:8

**hope** [2] - 96:15, 161:18

**hopefully** [1] - 93:23

**hoping** [2] - 54:24, 55:2

**Hornok** [1] - 3:15

**HORNOK** [43] - 1:12, 100:23, 106:1, 109:22, 123:9, 123:11, 125:3,

126:16, 126:23, 127:12, 127:13, 130:21, 131:19, 132:6, 132:7, 135:25, 137:13, 139:11, 139:12, 139:19, 140:19, 142:6, 142:14, 143:11, 144:24, 146:10, 147:15, 151:12, 152:5, 152:21, 153:1, 153:3, 154:20, 154:25, 159:1, 159:8, 159:14, 160:3, 160:5, 160:10, 160:22, 164:11, 164:20

**horse** [1] - 127:20

**hotel** [1] - 120:8

**hours** [2] - 33:5, 37:3

**house** [39] - 18:25, 20:13, 25:3, 56:5, 56:8, 56:9, 56:10, 56:11, 56:12, 56:17, 56:22, 56:25, 57:3, 109:3, 116:8, 117:8, 117:10, 117:12, 117:16, 118:7, 128:10, 128:11, 128:14, 128:20, 128:24, 129:6, 129:17, 129:20, 129:21, 129:22, 130:3, 134:2, 142:17, 144:20, 145:1, 149:22

**houses** [2] - 128:22, 129:1

**HOWELL** [1] - 1:8

**huge** [7] - 43:1, 56:10, 56:22, 57:2, 57:3, 96:18

**hum** [5] - 27:2, 41:2, 42:17, 77:8, 87:19

## I

**idea** [5] - 38:18, 52:25, 95:12, 98:9, 106:9

**identical** [2] - 107:4, 109:8

**identifiable** [2] - 159:15, 159:20

**identification** [1] - 115:2

**identified** [6] - 6:4, 6:7, 6:13, 93:11, 94:12, 115:5

**identify** [6] - 3:9,

93:19, 105:9,
115:11, 115:17
**identifying** [1] - 115:7,
159:18
**illegal** [24] - 64:16,
64:17, 102:21,
102:22, 115:22,
133:4, 133:20,
134:2, 141:14,
141:16, 141:19,
141:21, 141:22,
141:25, 142:1,
142:3, 142:5,
143:24, 144:2,
145:11, 151:19,
152:19, 154:19
**illegally** [3] - 86:25,
133:6, 151:22
**illicit** [2] - 101:23
**imagine** [1] - 97:2
**immigration** [5] -
50:18, 52:11, 54:7,
70:13, 95:16
**import** [2] - 17:21,
17:25
**importance** [1] - 93:4
**important** [5] - 23:23,
26:1, 45:6, 92:18,
119:20
**importing** [2] - 133:6
**Inc** [2] - 109:14,
112:20
**incarcerated** [1] -
103:13
**incarceration** [1] -
103:16
**inches** [1] - 34:17
**incident** [1] - 77:12
**included** [1] - 116:8
**including** [5] - 13:19,
25:22, 54:2, 57:15,
152:3
**income** [1] - 74:9
**incorrect** [1] - 153:8
**incriminate** [3] -
130:23, 131:6, 132:2
**incriminating** [1] -
131:8
**incrimination** [1] -
131:10
**indeed** [1] - 130:15
**INDEX** [1] - 166:6
**Indianapolis** [2] -
63:18, 64:10
**indicate** [2] - 5:24, 6:4
**indicating** [1] - 8:15
**indication** [1] - 146:20
**indirectly** [1] - 11:18
**individual** [2] - 156:9,
156:10

**individuals** [2] -
20:25, 24:17
**inexpensive** [1] -
116:22
**infamous** [1] - 118:4
**info** [1] - 49:24
**informal** [2] - 119:17,
119:19
**information** [11] -
10:23, 40:21, 40:23,
104:10, 113:2,
115:19, 127:8,
152:18, 159:15,
159:18, 159:21
**initials** [1] - 100:19
**innocence** [1] -
152:10
**inside** [12] - 13:1,
15:21, 34:13, 43:23,
56:7, 56:10, 56:12,
56:25, 64:4, 67:18,
84:6, 128:20
**instance** [1] - 28:1
**instances** [1] - 111:10
**instead** [3] - 8:15,
47:7, 162:25
**institution** [1] - 103:10
**instruct** [1] - 130:24
**instruction** [2] -
148:15, 148:16
**insufficient** [1] - 10:14
**insured** [1] - 148:6
**intend** [1] - 106:4
**intent** [1] - 98:25
**interact** [1] - 30:9
**interactions** [1] -
116:2
**interested** [1] - 47:16
**interesting** [2] -
158:16, 160:4
**intermediate** [1] - 40:3
**interpret** [2] - 99:7,
102:1
**Interpret** [1] - 116:3
**interpreted** [1] - 151:4
**INTERPRETER** [12] -
97:7, 97:21, 114:10,
116:3, 121:6,
122:10, 143:9,
144:22, 151:4,
152:4, 152:14,
155:18
**Interpreter** [3] - 2:9,
2:9, 122:10
**interpreter** [7] - 99:8,
114:11, 121:6,
135:20, 143:9,
144:22, 151:4
**Interpreters** [1] - 3:5
**interpreters** [5] - 97:6,

97:8, 97:14, 97:16,
99:6
**interrupt** [1] - 135:12
**intervene** [1] - 164:10
**interview** [1] - 71:19
**interviews** [1] - 103:20
**introduce** [6] - 7:1,
16:11, 46:8, 99:15,
100:21, 158:14
**introduced** [9] - 6:19,
8:19, 12:10, 16:5,
17:2, 111:5, 132:15,
132:21, 158:18
**introducing** [1] -
16:14
**invades** [1] - 116:19
**invest** [1] - 50:16
**investigation** [1] -
112:8
**investment** [1] - 87:17
**invite** [2] - 41:23,
162:1
**invited** [1] - 41:20
**invoice** [9] - 110:19,
111:1, 111:24,
112:15, 115:3,
115:7, 115:17,
138:4, 138:6
**invoices** [36] - 110:10,
110:12, 112:9,
112:16, 112:23,
113:1, 115:4,
115:15, 133:9,
133:21, 134:19,
134:22, 134:23,
135:14, 135:22,
136:15, 136:16,
136:23, 137:1,
137:3, 139:25,
140:8, 141:2, 142:3,
145:10, 149:18,
149:20, 149:25,
150:7, 150:24,
150:25, 161:16,
161:20, 162:15
**involved** [5] - 18:13,
18:18, 46:11, 63:21,
68:4
**iron** [1] - 96:4
**IRS** [1] - 74:6
**issue** [2] - 98:11,
148:1
**issued** [4] - 110:19,
112:15, 136:16,
136:24
**item** [2] - 106:22,
115:7
**items** [5] - 111:3,
111:4, 112:16, 115:3
**itself** [3] - 90:14,

129:4, 129:22

**J**

**J-A-C-K** [1] - 5:5
**Jack** [8] - 3:25, 4:10,
5:3, 76:10, 118:15,
121:13, 122:14,
166:8
**jack** [1] - 122:5
**JACK** [1] - 4:23
**jail** [14] - 55:16, 64:2,
64:4, 93:15, 93:16,
93:18, 94:24, 95:4,
95:20, 95:23, 96:3,
96:10, 147:25, 148:1
**Jalisco** [14] - 19:5,
19:14, 21:18, 22:2,
22:14, 22:22, 24:5,
24:17, 100:10,
104:15, 116:6,
118:3, 121:19,
123:20
**January** [6] - 48:11,
50:11, 51:20, 51:21,
51:25, 52:4
**Jett** [6] - 109:13,
110:23, 112:19,
139:21, 141:20,
149:25
**job** [1] - 17:16
**joining** [1] - 3:12
**joint** [3] - 162:9,
163:19, 164:1
**joke** [1] - 154:19
**JONATHAN** [1] - 1:12
**Jonathan** [1] - 3:15
**jonathan.hornok@
usdoj.gov** [1] - 1:15
**Jorge** [12] - 84:19,
84:21, 84:25, 86:1,
86:5, 86:7, 92:5,
92:7, 92:8, 99:2,
99:16, 166:9
**JORGE** [1] - 99:9
**JUDGE** [1] - 1:8
**judge** [9] - 88:20,
97:6, 97:10, 97:17,
99:15, 114:18,
137:6, 137:10,
149:12
**Judge** [1] - 31:5
**judges** [2] - 142:2,
142:4
**judgment** [1] - 161:15
**judicial** [1] - 22:15
**Junior** [12] - 28:3,
29:20, 30:3, 39:4,
41:22, 42:9, 42:11,
61:21, 62:4, 62:5,

62:10, 62:18
**jurisdictions** [1] -
123:16

**K**

**keep** [6] - 14:6, 16:9,
106:5, 126:2, 163:1,
163:22
**KENNETH** [1] - 1:11
**kept** [2] - 134:20,
152:17
**kilograms** [1] - 15:4
**kilos** [4] - 8:2, 9:4, 9:5,
10:3
**kind** [29] - 7:18, 9:3,
9:13, 19:17, 29:15,
34:6, 34:7, 40:9,
56:14, 59:3, 92:20,
102:12, 105:16,
108:19, 113:12,
116:7, 119:21,
123:25, 124:11,
128:16, 128:24,
129:2, 142:16,
146:13, 150:16,
150:19, 162:8
**Kirk** [1] - 3:13
**KIRK** [1] - 1:11
**kirk.handrich@
usdoj.gov** [1] - 1:15
**kitchen** [1] - 57:3
**knowing** [2] - 112:12,
118:19
**knowingly** [1] -
153:16
**knowledge** [6] - 10:8,
55:21, 63:20, 79:12,
79:15, 127:3
**known** [12] - 39:18,
40:13, 44:25, 45:1,
85:11, 85:23, 99:23,
105:14, 120:21,
120:24, 127:17,
127:19
**knows** [2] - 29:25,
93:3
**KYLE** [1] - 1:16
**Kyle** [2] - 3:14, 4:13
**kyle.martin@usdoj.
gov** [1] - 1:19

**L**

**L-E-I-J-A** [1] - 17:14
**lady** [1] - 78:2
**land** [16] - 55:13,
55:15, 75:16, 75:17,
75:18, 76:21,
116:11, 116:15,

116:16, 116:17, 116:22, 116:23, 116:25, 122:8
**Language** [2] - 2:9, 2:9
**Laredo** [13] - 110:13, 110:20, 134:19, 134:21, 139:23, 140:7, 141:1, 141:2, 141:7, 149:25, 151:2, 155:16, 157:18
**large** [10] - 18:7, 111:5, 116:8, 117:16, 117:19, 130:3, 142:8, 142:9, 157:12, 159:5
**larger** [1] - 128:13
**last** [22] - 5:6, 5:7, 17:10, 17:11, 19:10, 19:11, 21:25, 30:2, 41:7, 73:16, 73:17, 73:18, 84:19, 92:9, 93:7, 98:10, 114:2, 125:5, 147:9, 156:7, 164:14, 165:15
**lasted** [1] - 145:9
**late** [4] - 32:9, 97:23, 97:24, 127:18
**launder** [1] - 85:10
**laundered** [3] - 68:25, 85:12, 85:18
**laundering** [13] - 47:15, 85:24, 86:11, 101:24, 102:12, 102:22, 104:14, 104:15, 104:23, 105:5, 113:12, 113:16, 113:20
**law** [13] - 41:25, 42:2, 49:8, 49:19, 49:20, 68:24, 71:17, 71:25, 99:18, 99:19, 124:10, 131:4, 131:25
**lawyer** [3] - 22:25, 88:6
**lawyers** [2] - 89:10, 92:3
**lead** [1] - 92:17
**leading** [4] - 27:5, 57:8, 61:5, 126:17
**learn** [2] - 30:14, 133:13
**learned** [4] - 133:1, 133:14, 145:20, 145:24
**least** [5] - 37:5, 66:7, 109:25, 163:20, 164:16

**leave** [5] - 92:24, 93:6, 158:12, 158:13, 164:9
**lectern** [1] - 3:9
**left** [5] - 3:23, 26:10, 89:22, 90:9, 109:2
**legal** [9] - 12:24, 12:25, 64:16, 68:3, 110:21, 115:15, 134:22, 141:3, 147:6
**legalized** [1] - 110:20
**legally** [3] - 76:20, 147:9
**legit** [1] - 39:23
**legitimate** [3] - 13:13, 40:1, 40:3
**Leija** [8] - 17:9, 17:12, 17:16, 18:5, 18:16, 18:18, 18:20, 25:25
**less** [7] - 54:10, 54:12, 54:13, 58:4, 73:6, 163:11, 163:20
**letter** [2] - 114:7, 148:16
**Levis** [1] - 151:9
**Leyvas** [1] - 104:16
**licensed** [3] - 123:12, 123:14, 123:16
**life** [3] - 27:20, 124:5, 129:18
**likely** [1] - 144:18
**limit** [4] - 63:5, 93:19, 93:20, 94:18
**line** [3] - 111:19, 131:21, 136:1
**link** [4] - 96:2, 96:3, 96:10, 96:13
**links** [1] - 96:15
**list** [4] - 121:5, 121:7, 121:11, 160:15
**listed** [2] - 78:2, 104:21
**listen** [4] - 39:17, 67:18, 84:20, 93:10
**listened** [1] - 79:13
**listening** [1] - 40:22
**live** [4] - 50:1, 50:7, 123:20, 125:17
**lived** [6] - 5:13, 5:14, 116:5, 116:6, 124:4, 125:15
**livestock** [1] - 79:21
**living** [3] - 17:22, 25:5, 59:17
**load** [4] - 34:1, 34:4, 40:20, 96:18
**loaded** [4] - 79:1, 79:3, 79:6, 79:8
**loading** [2] - 34:7, 34:10

**loads** [1] - 13:18
**loans** [2] - 148:17, 148:19
**local** [3] - 24:19, 24:21
**location** [2] - 103:20, 141:5
**logistics** [1] - 132:17
**lonely** [1] - 42:22
**long-standing** [1] - 101:10
**look** [15] - 47:4, 77:22, 87:25, 94:22, 106:5, 107:3, 109:8, 109:11, 109:13, 128:14, 130:1, 162:2, 162:5, 162:6, 163:18
**looked** [2] - 56:8, 137:3
**looking** [7] - 27:14, 34:16, 107:17, 108:13, 109:24, 111:15, 155:15
**looks** [3] - 57:24, 108:25, 135:6
**Lopez** [2] - 7:7, 7:10
**lose** [1] - 72:7
**losing** [1] - 98:1
**lost** [3] - 15:20, 86:10, 86:12
**LOTH** [1] - 166:18
**Loth** [2] - 2:10, 166:24
**loud** [1] - 99:8
**loudly** [1] - 99:7
**loving** [1] - 120:1
**low** [1] - 21:6
**low-ranking** [1] - 21:6
**loyalties** [1] - 28:21
**Luis** [3] - 17:9, 18:16, 25:25
**lunch** [5] - 97:5, 97:9, 97:12, 97:16, 162:11
**luncheon** [1] - 97:20

## M

**M-U-R-I-L-L-O** [1] - 92:10
**machine** [2] - 2:13, 115:1
**machines** [2] - 35:18, 81:19
**magistrate** [3] - 97:6, 97:10, 97:16
**maintain** [1] - 119:24
**man** [4] - 18:5, 28:11, 28:22, 156:3
**manager** [1] - 18:3
**managing** [2] - 16:16, 16:21

**manner** [1] - 166:21
**March** [2] - 71:5, 147:22
**marijuana** [1] - 145:7
**Mario** [1] - 119:10
**mark** [5] - 88:22, 89:4, 89:14, 89:24, 90:7
**marked** [6] - 75:19, 99:25, 105:22, 117:22, 119:1, 122:20
**market** [2] - 143:7, 143:13
**markets** [1] - 150:20
**married** [2] - 30:18, 122:6
**marshal** [1] - 165:12
**MARSHAL** [1] - 98:6
**marshals** [4] - 97:25, 98:5, 165:14, 165:21
**Martin** [2] - 3:14, 4:13
**MARTIN** [59] - 1:16, 4:10, 4:16, 5:1, 6:3, 6:14, 6:15, 7:5, 7:12, 8:7, 8:13, 10:9, 10:13, 10:16, 12:14, 13:12, 15:3, 17:15, 20:7, 22:12, 22:18, 22:20, 23:20, 24:14, 26:18, 27:8, 29:3, 30:1, 31:1, 31:4, 31:15, 31:17, 32:13, 32:16, 32:17, 36:6, 37:11, 50:5, 52:5, 52:7, 52:8, 53:4, 53:6, 54:1, 54:19, 57:4, 57:10, 57:11, 60:23, 61:1, 61:7, 61:9, 61:10, 62:2, 62:11, 63:4, 64:20, 66:8, 88:12
**matches** [1] - 127:3
**material** [2] - 14:17, 95:19
**math** [2] - 51:24, 53:10
**Matilde** [2] - 2:9, 3:6
**matter** [3] - 3:7, 68:3, 124:14
**matters** [3] - 4:5, 94:5, 98:21
**maximum** [1] - 8:2
**meal** [1] - 11:2
**mean** [45] - 6:25, 8:1, 8:23, 9:3, 9:11, 9:20, 16:4, 18:1, 18:25, 19:5, 23:8, 23:21, 23:22, 28:23, 29:24, 30:3, 30:16, 32:4, 38:25, 39:11, 40:12,

42:21, 44:6, 44:7, 44:8, 45:1, 45:19, 46:12, 53:12, 64:3, 67:5, 73:13, 82:8, 87:2, 93:11, 96:6, 119:19, 125:18, 126:13, 130:20, 132:14, 136:8, 157:6, 159:16, 163:10
**means** [1] - 133:4
**meant** [1] - 33:16
**measures** [1] - 126:2
**mechanism** [1] - 132:21
**medical** [2] - 98:7, 98:9
**medieval** [1] - 130:17
**medieval-style** [1] - 130:17
**meet** [14] - 5:19, 6:16, 6:19, 11:19, 20:25, 33:4, 45:25, 71:18, 71:20, 71:25, 73:13, 80:1, 80:20, 88:4, 121:16, 121:18
**meetings** [5] - 11:2, 46:3, 48:16, 48:18, 80:2
**MELANIE** [1] - 1:11
**Melanie** [1] - 3:12
**melanie.alsworth2@ usdoj.gov** [1] - 1:14
**member** [2] - 104:23, 114:9
**members** [14] - 20:18, 20:20, 28:5, 44:4, 44:7, 44:9, 44:10, 44:11, 45:6, 45:10, 61:19, 118:6, 118:20, 148:20
**memo** [2] - 104:7, 104:12
**memory** [1] - 15:6
**men** [1] - 118:12
**mention** [4] - 80:12, 80:15, 95:8, 95:14
**mentioned** [13] - 18:25, 21:9, 36:15, 46:6, 46:7, 79:20, 79:25, 80:4, 80:7, 80:24, 83:21, 85:15, 156:9
**merchandise** [16] - 39:24, 40:1, 40:5, 110:24, 111:6, 111:9, 111:11, 132:22, 133:7, 133:9, 140:5, 141:1, 150:4, 150:12,

157:15
**message** [2] - 28:19, 29:2
**met** [14] - 6:22, 7:14, 25:6, 25:25, 46:2, 48:6, 48:12, 48:13, 48:14, 73:12, 73:19, 73:24, 101:14, 121:13
**method** [3] - 39:15, 40:9, 41:23
**methods** [5] - 11:10, 12:21, 13:21, 27:3, 27:15
**metropolitan** [4] - 41:16, 83:14, 83:15, 116:13
**Mexican** [16] - 48:25, 49:1, 49:7, 49:20, 49:21, 84:21, 84:25, 92:5, 112:6, 114:1, 114:5, 114:9, 131:4, 136:18, 145:14, 156:18
**Mexico** [123] - 5:12, 5:19, 6:21, 16:18, 18:8, 19:3, 24:18, 25:5, 30:17, 32:3, 32:4, 32:5, 32:6, 33:9, 42:22, 45:1, 47:8, 47:9, 48:22, 55:8, 55:19, 55:24, 63:10, 63:22, 64:2, 64:3, 66:21, 69:23, 69:24, 71:7, 74:12, 75:6, 85:8, 85:25, 88:7, 101:4, 101:14, 102:21, 104:4, 104:13, 105:14, 105:16, 107:22, 108:8, 110:11, 110:21, 110:24, 111:6, 111:7, 112:9, 112:11, 112:15, 112:23, 113:18, 113:25, 114:5, 114:12, 115:11, 115:16, 116:6, 116:11, 119:22, 119:24, 120:25, 121:3, 121:19, 122:17, 122:23, 123:1, 123:12, 123:14, 123:22, 123:24, 123:25, 124:2, 125:17, 125:24, 129:1, 131:3, 132:22, 133:7, 133:10, 133:18, 134:20,
134:21, 134:25, 135:2, 135:8, 135:24, 140:6, 140:21, 141:9, 143:7, 143:13, 143:17, 143:19, 143:22, 143:24, 144:13, 144:21, 145:3, 145:6, 145:7, 145:9, 146:19, 147:25, 150:2, 150:16, 151:7, 151:15, 151:22, 151:23, 151:24, 152:3, 152:9, 153:15, 153:25, 154:3, 154:4, 157:10
**Mexico..** [1] - 101:16
**Michoacán** [3] - 44:20, 44:22
**microphone** [3] - 19:22, 66:10, 99:8
**mid-1980s** [1] - 161:23
**middle** [4] - 5:5, 56:19, 76:8, 128:20
**might** [3] - 49:3, 146:20, 162:16
**military** [5] - 20:18, 20:21, 21:7, 21:11, 21:13
**million** [53] - 34:25, 36:8, 36:11, 36:12, 37:12, 40:15, 40:16, 80:6, 80:24, 81:1, 81:4, 111:3, 111:16, 111:20, 111:24, 112:1, 112:3, 112:13, 122:9, 122:12, 122:18, 123:5, 135:6, 141:10, 144:19, 145:1, 147:23, 148:8, 149:21, 150:3, 150:7, 150:9, 150:10, 150:24, 151:1, 151:3, 151:5, 151:11, 151:15, 151:21, 156:21, 160:8, 161:15, 161:16, 161:17, 161:20
**millions** [3] - 81:10, 111:4, 151:18
**mind** [3] - 27:13, 150:10, 163:23
**mine** [4] - 47:25, 106:5, 148:13, 149:15
**minimal** [1] - 113:2
**Minneapolis** [1] - 64:9
**minute** [5] - 90:7, 98:10, 155:4, 155:18, 157:19
**minutes** [5] - 97:2, 97:23, 97:24, 106:4, 137:11
**misheard** [1] - 52:5
**mishearing** [1] - 52:6
**miss** [1] - 50:2
**misspoke** [3] - 103:2, 114:11, 116:3
**misstates** [1] - 66:8
**mistaken** [1] - 153:7
**modern** [2] - 130:6, 130:20
**modification** [1] - 164:5
**Mojarro** [3] - 93:9, 94:16, 95:15
**mom** [2] - 78:7, 78:17
**moment** [3] - 60:23, 64:20, 88:9
**money** [123] - 18:18, 33:7, 33:13, 33:14, 33:19, 33:23, 33:24, 34:2, 34:4, 34:7, 34:16, 34:17, 35:2, 35:4, 35:16, 35:17, 36:7, 36:13, 39:21, 39:22, 39:25, 40:4, 40:5, 40:7, 47:15, 53:16, 53:18, 53:20, 55:16, 59:9, 59:16, 59:17, 59:21, 68:25, 69:7, 69:8, 74:8, 75:11, 75:17, 76:20, 76:21, 76:24, 80:4, 81:7, 81:8, 81:13, 81:14, 81:16, 81:17, 81:20, 81:21, 81:22, 81:23, 85:10, 85:13, 85:18, 85:24, 86:9, 86:11, 101:23, 102:12, 102:22, 104:14, 104:15, 104:23, 105:5, 105:9, 105:13, 105:18, 105:19, 113:12, 113:16, 113:20, 114:15, 114:17, 114:19, 114:20, 115:22, 115:23, 117:9, 120:25, 132:20, 133:5, 133:19, 133:24, 137:21, 138:24, 138:25, 140:5, 140:24, 140:25, 141:11, 141:14, 141:24,
142:23, 142:25, 145:9, 145:10, 147:22, 148:4, 148:6, 148:13, 148:16, 148:18, 148:21, 148:22, 148:23, 148:24, 148:25, 149:2, 149:4, 149:5, 149:7, 149:14, 149:15, 152:19, 158:3, 161:15, 162:9
**month** [3] - 15:16, 41:13, 163:13
**months** [1] - 87:24
**Morelos** [1] - 32:18
**morning** [18] - 3:10, 3:11, 3:19, 3:22, 4:18, 4:19, 4:22, 88:25, 89:3, 92:14, 95:12, 97:23, 98:1, 98:3, 98:7, 98:11, 109:3, 137:12
**most** [5] - 45:6, 95:15, 124:6, 125:13, 143:22
**mostly** [2] - 53:23, 53:25
**mother** [9] - 28:7, 41:25, 42:12, 42:14, 55:17, 75:12, 78:9, 122:3, 123:5
**mother's** [2] - 117:25, 159:5
**mother-in-law** [1] - 41:25
**motion** [6] - 90:9, 161:1, 161:3, 164:1, 165:3, 165:10
**mouth** [4] - 40:17, 41:24, 90:2, 90:10
**move** [25] - 5:15, 5:17, 9:23, 18:7, 18:24, 19:22, 25:6, 25:9, 50:10, 50:12, 50:15, 66:10, 88:22, 89:4, 90:11, 90:18, 91:3, 91:6, 91:7, 91:18, 92:23, 100:21, 115:24, 117:11, 158:7
**moved** [12] - 25:11, 25:14, 25:17, 25:19, 25:23, 26:23, 59:7, 59:8, 59:18, 73:14, 86:7
**movies** [1] - 42:22
**moving** [7] - 11:5, 11:8, 40:18, 40:21, 59:10, 59:20, 158:18
**MR** [134] - 4:10, 4:16, 5:1, 6:3, 6:14, 6:15, 7:5, 7:12, 8:5, 8:7, 8:13, 10:9, 10:13, 10:16, 12:14, 13:12, 15:3, 17:15, 20:7, 22:12, 22:18, 22:20, 23:20, 24:14, 26:18, 27:8, 29:3, 30:1, 31:1, 31:4, 31:5, 31:11, 31:15, 31:17, 32:13, 32:16, 32:17, 36:6, 37:11, 50:5, 52:5, 52:7, 52:8, 53:4, 53:6, 54:1, 54:19, 57:4, 57:10, 57:11, 60:23, 61:1, 61:7, 61:9, 61:10, 62:2, 62:11, 63:4, 64:20, 66:8, 88:12, 88:20, 90:14, 90:17, 90:23, 91:6, 91:9, 91:12, 91:17, 91:22, 92:4, 92:7, 92:9, 92:12, 93:3, 93:17, 94:9, 94:12, 94:15, 95:8, 95:11, 96:9, 96:14, 96:17, 97:18, 98:14, 100:23, 106:1, 109:22, 123:9, 123:11, 125:3, 126:16, 126:23, 127:12, 127:13, 130:21, 131:19, 132:6, 132:7, 135:25, 137:13, 139:11, 139:12, 139:19, 140:19, 142:6, 142:14, 143:11, 144:24, 146:10, 147:15, 151:12, 152:5, 152:21, 153:1, 153:3, 154:20, 154:25, 156:9, 159:1, 159:8, 159:14, 160:3, 160:5, 160:10, 160:22, 161:9, 161:25, 162:16, 163:24, 164:8, 164:11, 164:20
**MS** [98] - 3:11, 3:19, 4:2, 4:7, 10:7, 19:19, 22:3, 23:17, 27:5, 28:24, 57:8, 61:4, 61:22, 62:14, 64:23, 65:3, 65:5, 66:17, 68:7, 69:17, 69:20, 70:3, 75:19, 75:25, 88:8, 90:20, 95:5,

95:22, 97:2, 98:16, 99:1, 99:5, 99:12, 99:25, 100:4, 100:21, 101:2, 101:25, 102:3, 102:6, 102:11, 102:24, 103:1, 105:21, 105:25, 106:12, 107:2, 107:5, 107:8, 107:15, 107:18, 108:3, 108:6, 108:15, 108:21, 109:9, 109:12, 109:20, 110:2, 110:5, 110:6, 113:8, 113:14, 115:24, 115:25, 119:1, 119:6, 122:19, 123:7, 124:24, 126:10, 131:21, 139:15, 140:13, 142:11, 154:12, 155:3, 155:8, 155:10, 155:21, 156:12, 157:19, 158:6, 158:17, 158:23, 159:4, 159:12, 159:22, 160:1, 160:18, 162:19, 163:5, 163:9, 163:12, 164:24, 165:2, 165:20, 166:2
**Murillo** [29] - 92:5, 92:9, 92:11, 94:21, 97:1, 98:17, 99:2, 99:3, 99:13, 99:16, 100:5, 100:9, 101:3, 107:9, 107:13, 109:18, 110:7, 113:15, 114:22, 116:1, 123:12, 131:1, 145:25, 150:23, 155:11, 157:4, 158:9, 158:24, 166:9
**MURILLO** [1] - 99:9
**must** [1] - 58:14
**mustache** [1] - 165:9

# N

**name** [68] - 5:2, 5:3, 5:5, 5:6, 5:7, 7:6, 17:6, 17:8, 17:9, 17:10, 17:11, 19:9, 19:10, 19:11, 21:24, 21:25, 22:1, 24:10, 24:12, 24:20, 24:23, 24:25, 38:2, 38:3,

41:17, 55:25, 62:12, 62:19, 63:18, 64:14, 74:24, 75:13, 76:10, 76:12, 76:13, 77:22, 84:18, 84:19, 86:19, 92:6, 92:7, 92:9, 99:2, 99:16, 100:14, 100:15, 116:12, 119:10, 119:12, 122:24, 147:5, 147:6, 147:9, 147:12, 148:9, 148:10, 155:25, 156:4, 156:6, 156:7, 156:8, 156:10
**named** [5] - 5:19, 22:13, 41:18, 92:5, 118:15
**names** [7] - 45:8, 48:13, 147:14, 148:24, 149:6, 149:9, 149:13
**narco** [2] - 146:11, 158:1
**Narcotic** [2] - 3:13, 3:15
**narcotic** [1] - 146:14
**narrow** [1] - 63:5
**narrowly** [1] - 92:17
**nature** [3] - 7:16, 56:8, 62:9
**Nayarit** [2] - 103:10, 136:21
**Nayarita** [1] - 136:20
**NE** [1] - 1:13
**necessarily** [1] - 125:17
**necessary** [2] - 18:7, 149:13
**need** [23] - 17:9, 27:17, 38:15, 40:4, 40:5, 47:20, 47:21, 51:9, 71:18, 72:19, 88:5, 90:18, 93:25, 95:18, 119:24, 140:23, 141:19, 141:21, 142:16, 154:18, 160:10, 160:11, 163:14
**needed** [2] - 116:21, 152:13
**needs** [3] - 7:24, 39:23, 162:13
**nephew** [1] - 24:19
**nephew's** [2] - 24:20, 24:23
**nervous** [1] - 165:8
**never** [17] - 16:4, 67:14, 68:13, 68:21, 70:7, 73:14, 75:7,

79:20, 84:13, 84:16, 127:21, 129:17, 134:10, 145:6, 145:19, 146:19, 152:19
**New** [1] - 104:15
**news** [1] - 127:24
**newspapers** [2] - 126:14, 127:8
**next** [9] - 32:25, 41:3, 47:13, 58:18, 89:18, 108:5, 111:19, 111:20, 131:24
**nickname** [1] - 55:25
**nicknames** [2] - 36:16, 127:19
**nights** [1] - 55:16
**nine** [2] - 117:7, 117:10
**nobody** [2] - 82:25, 150:18
**none** [3] - 121:12, 123:17, 151:9
**normal** [2] - 13:3, 13:4
**Northern** [1] - 4:14
**note** [3] - 89:8, 94:2, 96:1
**notebooks** [1] - 114:23
**notes** [1] - 166:19
**nothing** [10] - 59:11, 60:9, 64:21, 70:18, 76:18, 85:14, 88:10, 88:12, 123:7, 158:6
**notice** [3] - 22:15, 31:16, 95:18
**noticed** [1] - 75:18
**November** [3] - 160:25, 163:10, 163:13
**null** [1] - 166:20
**number** [5] - 96:18, 111:12, 111:16, 114:25, 156:23
**numbers** [6] - 106:22, 115:2, 115:3, 139:11, 149:8, 149:10
**NW** [1] - 2:4

# O

**O-F-A-C** [1] - 121:7
**oath** [2] - 4:21, 131:2
**object** [3] - 95:13, 159:16, 161:9
**objecting** [1] - 66:11
**objection** [5] - 10:7, 23:17, 27:5, 28:24, 57:8, 61:4, 61:22,

66:8, 66:12, 90:19, 90:20, 91:11, 91:12, 95:1, 95:23, 96:5, 100:23, 100:24, 106:1, 108:11, 124:24, 126:10, 139:15, 140:13, 142:11, 154:12, 158:25, 159:2, 159:7, 159:9, 160:2, 160:5, 160:6, 160:14, 161:5
**objects** [1] - 129:2
**obligate** [1] - 83:1
**obligation** [2] - 31:6, 133:4
**observation** [2] - 113:5, 113:12
**observed** [1] - 127:1
**obtain** [1] - 88:5
**obtained** [3] - 134:19, 134:21, 134:22
**obviously** [4] - 89:2, 90:3, 95:24, 144:9
**Ocampo** [1] - 103:12
**occurred** [1] - 46:15
**October** [9] - 61:2, 101:22, 102:10, 102:14, 162:25, 163:1, 163:4, 163:10
**OF** [3] - 1:1, 1:3, 1:7
**OFAC** [3] - 121:5, 121:7, 121:11
**offense** [2] - 55:19, 55:22, 123:2
**office** [6] - 136:25, 137:8, 152:16, 160:11, 162:1, 165:14
**officers** [2] - 84:3, 86:23
**official** [5] - 21:18, 66:2, 104:12, 156:23, 166:25
**Official** [1] - 2:11
**officials** [8] - 18:21, 18:24, 19:3, 21:10, 21:11, 21:12, 25:2, 127:15
**often** [5] - 15:8, 16:10, 31:21, 72:19, 128:6
**oil** [1] - 14:22
**old** [5] - 8:3, 8:5, 42:21, 42:22, 96:7
**Omar** [1] - 147:14
**once** [10] - 12:23, 15:10, 15:15, 35:19, 38:1, 68:12, 68:13, 68:19, 128:9, 157:9
**one** [82] - 3:23, 6:1,

14:25, 15:5, 15:21, 27:16, 28:4, 33:9, 36:15, 39:6, 39:12, 39:21, 41:7, 44:11, 56:23, 58:12, 59:7, 59:24, 60:14, 60:16, 60:23, 64:20, 67:17, 69:19, 73:22, 74:24, 75:1, 75:18, 76:1, 76:2, 76:12, 77:6, 94:3, 95:13, 101:3, 102:10, 102:15, 103:3, 106:3, 107:3, 108:15, 108:16, 108:19, 108:25, 109:13, 110:10, 110:11, 110:23, 113:24, 114:23, 114:25, 117:16, 119:20, 119:22, 121:1, 121:3, 121:4, 126:17, 126:18, 128:23, 133:25, 134:8, 135:12, 135:24, 137:19, 137:23, 138:18, 139:6, 139:21, 142:20, 145:7, 148:13, 149:16, 152:10, 156:25, 157:19, 158:16, 160:3, 162:24, 164:12
**ones** [1] - 80:19
**opened** [4] - 14:7, 30:24, 106:2, 106:3
**operate** [1] - 142:23
**operating** [1] - 148:23
**operation** [1] - 132:17
**operations** [4] - 101:23, 102:21, 133:3, 157:3
**opinion** [1] - 23:2
**opportunity** [3] - 124:15, 129:23, 144:7
**orally** [1] - 53:4
**orange** [2] - 6:10, 99:22
**order** [15] - 18:24, 71:12, 72:24, 96:19, 108:19, 114:18, 115:14, 140:9, 141:3, 142:23, 161:1, 161:2, 161:6, 161:8, 161:13
**orders** [1] - 149:3
**organization** [13] - 23:23, 24:7, 24:8, 24:11, 26:1, 26:14,

14

61:20, 61:23, 66:20, 67:18, 86:25, 154:8, 154:23
**organizations** [5] - 44:7, 44:8, 45:11, 45:13, 64:2
**organize** [1] - 67:22
**organized** [5] - 101:22, 102:23, 104:6, 104:18, 105:2
**original** [1] - 58:15
**originals** [1] - 134:20
**Oscar** [2] - 7:7, 7:10
**ourselves** [1] - 160:9
**outside** [8] - 41:16, 43:6, 83:15, 94:22, 116:12, 124:2, 124:25, 129:22
**overrule** [2] - 66:12, 108:10
**overruled** [7] - 27:7, 28:25, 125:1, 139:17, 140:16, 142:12, 154:14
**owed** [9] - 111:25, 137:20, 138:24, 148:15, 148:25, 149:4, 149:5, 150:12
**own** [17] - 25:12, 26:14, 26:15, 37:7, 38:21, 38:24, 38:25, 39:8, 51:2, 74:18, 79:15, 113:12, 120:8, 120:19, 136:13, 164:10
**owned** [3] - 17:17, 116:17, 120:21
**owner** [14] - 55:14, 109:14, 112:14, 112:19, 115:16, 134:23, 135:17, 135:21, 136:14, 137:4, 145:11, 151:2, 155:25, 157:15
**owners** [5] - 76:9, 78:4, 78:7, 157:14, 157:17
**owns** [2] - 112:21, 141:5

**P**

**p.m** [1] - 166:5
**packaged** [3] - 35:2, 81:23, 82:1
**packages** [5] - 34:18, 34:24, 35:5, 82:2
**packaging** [1] - 69:7
**page** [13] - 22:12,

76:3, 76:8, 110:3, 110:15, 114:25, 138:15, 138:20, 139:5, 139:9, 139:11
**PAGE** [2] - 166:7, 166:11
**pages** [7] - 106:15, 109:17, 134:8, 135:14, 137:19, 142:20, 142:21
**paid** [29] - 36:22, 38:18, 52:22, 53:9, 53:16, 53:20, 54:2, 57:18, 57:21, 58:2, 60:8, 68:14, 73:3, 73:9, 73:16, 75:12, 78:9, 78:17, 106:23, 111:25, 123:5, 133:13, 137:20, 138:24, 145:25, 146:8, 149:1
**painted** [2] - 130:11, 130:14
**painting** [1] - 130:17
**paintings** [3] - 130:7, 130:9, 130:10
**Panama** [3] - 16:16, 16:22, 16:23
**pants** [1] - 151:9
**paper** [2] - 67:6, 150:10
**papers** [1] - 75:16
**paperwork** [1] - 70:18
**paralegal** [1] - 3:16
**Paralegal** [1] - 2:8
**parameters** [1] - 166:1
**pardon** [2] - 123:3, 123:6
**parents** [1] - 119:23
**paroled** [2] - 71:1, 71:4
**part** [9] - 4:5, 14:9, 44:14, 45:12, 92:25, 93:5, 94:19, 124:14, 137:14
**participating** [1] - 105:2
**particular** [6] - 46:13, 127:6, 137:21, 164:12, 165:15, 165:17
**particularly** [2] - 127:9, 144:14
**parties** [13] - 3:8, 28:9, 33:2, 41:8, 46:3, 84:11, 117:12, 117:14, 117:18, 118:5, 118:9, 118:12, 118:17
**partner** [1] - 122:6

**parts** [1] - 123:23
**party** [36] - 41:19, 41:20, 41:24, 42:11, 42:16, 42:18, 42:25, 43:1, 43:6, 43:9, 43:14, 43:15, 43:18, 43:19, 44:1, 44:2, 45:5, 45:11, 45:14, 46:10, 46:15, 61:2, 61:6, 61:11, 83:4, 83:6, 83:9, 83:21, 86:13, 117:17, 117:24, 117:25, 159:6, 159:19, 166:21
**past** [2] - 101:6, 124:21
**patio** [1] - 129:22
**patrol** [1] - 15:21
**pauses** [1] - 155:19
**pay** [17] - 38:9, 38:15, 58:8, 59:10, 59:23, 60:4, 70:17, 74:3, 78:7, 133:11, 133:14, 144:14, 148:17, 149:3, 150:4, 150:5
**paying** [7] - 57:5, 57:9, 57:12, 57:15, 60:6, 74:7, 140:22
**payment** [6] - 37:4, 53:22, 58:22, 60:14, 60:16, 81:11
**payments** [10] - 57:17, 57:22, 57:23, 58:20, 58:25, 59:6, 59:25, 60:20, 73:21, 81:9
**payroll** [2] - 37:1, 67:24
**pays** [1] - 55:17
**pedestrian** [3] - 56:19, 56:21
**Pedro** [4] - 76:5, 78:9, 78:10
**pen** [2] - 100:13, 136:3
**pending** [4] - 103:6, 161:3, 161:13
**Pennsylvania** [1] - 2:4
**people** [50] - 18:4, 18:7, 21:6, 24:15, 35:9, 43:2, 43:17, 43:25, 45:21, 46:8, 49:23, 79:16, 79:17, 83:19, 83:22, 85:24, 91:25, 116:16, 116:24, 117:18, 117:21, 118:1, 121:1, 124:11, 124:16, 125:11, 126:1, 128:9,

129:12, 143:22, 143:24, 144:8, 144:10, 144:13, 144:20, 144:21, 145:2, 145:3, 148:17, 148:19, 148:25, 149:5, 149:7, 150:22, 151:8, 151:9, 165:14
**per** [2] - 37:1, 117:17
**perfect** [1] - 102:5
**perfectly** [1] - 14:21
**perhaps** [3] - 97:5, 125:18, 130:6
**period** [7] - 30:15, 31:8, 145:12, 161:24, 165:16, 165:17, 165:19
**perjury** [1] - 131:14
**permission** [1] - 31:10
**permits** [1] - 72:16
**person** [26] - 3:25, 4:1, 6:6, 12:9, 21:8, 26:1, 31:14, 39:21, 39:22, 47:21, 55:14, 55:16, 61:13, 62:10, 74:24, 74:25, 96:9, 103:17, 103:18, 103:19, 104:7, 118:15, 123:3, 135:7, 141:5, 141:19
**person's** [3] - 17:6, 92:6, 156:6
**personal** [3] - 27:20, 133:12, 159:18
**personally** [5] - 34:2, 34:4, 159:15, 159:20
**personnel** [1] - 20:21
**persuade** [2] - 29:5, 29:7
**pertained** [1] - 132:19
**pertaining** [2] - 126:18, 127:2
**Peru** [2] - 153:15, 153:25
**pesos** [12] - 122:12, 122:18, 123:5, 143:8, 143:14, 143:20, 143:21, 143:22, 143:25, 144:2, 144:15, 156:18
**PGR** [1] - 137:8
**phone** [9] - 62:15, 63:13, 65:25, 66:1, 67:6, 73:15, 94:17, 95:20, 103:25
**phones** [2] - 64:4, 104:1, 104:3
**phonetic** [2] - 36:15,

76:6
**photo** [6] - 100:8, 100:11, 100:17, 100:19, 100:22, 158:24
**photocopied** [1] - 166:21
**photocopy** [1] - 107:10
**photograph** [3] - 118:7, 127:25, 128:1
**phrase** [1] - 138:19
**physical** [2] - 103:21, 128:24
**physically** [1] - 11:4
**pick** [1] - 36:20
**picked** [5] - 38:8, 109:2, 109:3, 134:5, 141:8
**pickup** [2] - 33:25, 34:11
**picture** [2] - 61:15, 118:1
**piece** [2] - 18:9, 78:13
**piecemeal** [1] - 163:16
**pieces** [1] - 116:22
**pills** [3] - 64:12, 64:13, 64:15
**Pinedo** [5] - 89:13, 94:25, 119:10, 119:12, 119:14
**place** [4] - 21:2, 103:15, 129:18, 149:25
**plan** [4] - 50:17, 55:1, 107:1, 161:25
**planning** [2] - 108:2, 108:3
**plans** [1] - 10:24
**plastic** [2] - 82:3, 82:4
**play** [6] - 39:14, 85:1, 85:15, 100:9, 128:16, 128:17
**played** [4] - 117:15, 120:16, 128:7, 128:12
**player** [14] - 39:6, 39:12, 40:14, 40:15, 84:17, 84:25, 85:7, 85:12, 85:15, 85:20, 86:2, 89:7, 89:15
**players** [1] - 128:17
**playing** [1] - 85:7
**plays** [1] - 164:12
**pleadings** [1] - 164:3
**pled** [2] - 145:20, 145:24
**plot** [1] - 122:8
**plots** [1] - 116:11
**plus** [2] - 53:22, 57:17

**podium** [2] - 89:9, 90:1
**point** [11] - 16:14, 26:3, 27:22, 32:8, 46:15, 89:15, 89:25, 95:2, 101:3, 147:6, 147:25
**pointing** [1] - 6:2
**points** [2] - 92:18, 92:23
**police** [10] - 18:3, 27:16, 42:23, 43:3, 43:5, 43:15, 84:2, 84:3, 86:23, 126:3
**pool** [3] - 56:13, 129:6, 129:8
**poor** [1] - 154:19
**port** [1] - 17:21
**portrait** [1] - 159:4
**posed** [1] - 90:5
**position** [6] - 19:15, 22:24, 24:2, 24:4, 24:6, 24:21
**positions** [1] - 23:24
**possessed** [2] - 144:11, 144:13
**possession** [6] - 116:17, 116:23, 125:14, 144:14, 144:17, 157:17
**possible** [3] - 20:1, 98:12, 119:17
**possibly** [3] - 22:17, 80:6, 154:6
**post** [6] - 94:20, 95:3, 160:23, 163:3, 163:21, 164:6
**post-hearing** [5] - 94:20, 95:3, 163:3, 163:21, 164:6
**posts** [1] - 43:8
**pouches** [1] - 84:9
**power** [1] - 148:1
**practice** [2] - 99:18, 127:14
**precise** [2] - 125:19, 165:19
**prefers** [1] - 4:11
**preliminary** [5] - 4:4, 161:2, 161:5, 161:8, 161:13
**prepare** [1] - 65:10
**prepared** [4] - 14:1, 15:1, 65:8, 65:11
**preparing** [2] - 35:4, 95:3
**PRESENT** [1] - 2:8
**present** [7] - 11:4, 88:19, 94:19, 109:24, 137:4,

145:15, 159:19
**presented** [6] - 107:21, 109:6, 113:25, 115:21, 132:11, 133:23
**presuming** [2] - 3:25, 95:24
**presumption** [1] - 152:10
**presumptive** [1] - 76:9
**pretty** [3] - 36:12, 108:24, 109:4
**preview** [1] - 91:23
**previous** [2] - 138:4, 138:6
**previously** [5] - 68:24, 83:18, 84:10, 85:17, 134:3
**price** [1] - 106:22
**prison** [8] - 46:23, 47:8, 48:22, 103:21, 147:19, 154:8, 154:11, 154:23
**private** [1] - 129:13
**privilege** [3] - 98:19, 98:21, 140:14
**probable** [1] - 122:24
**problem** [3] - 98:5, 152:1, 152:6
**problems** [1] - 101:13
**proceed** [15] - 4:5, 7:11, 12:13, 21:14, 22:11, 22:19, 37:10, 63:3, 65:2, 68:6, 102:24, 113:13, 127:11, 131:20, 132:5
**proceeding** [2] - 155:19, 166:5
**proceedings** [1] - 166:19
**Proceedings** [1] - 2:13
**proceeds** [4] - 39:9, 85:22, 143:7, 143:13
**process** [2] - 141:3, 151:17
**produce** [3] - 71:12, 72:22, 142:20
**produced** [2] - 2:13, 155:24
**product** [6] - 9:15, 9:16, 13:13, 40:6, 63:18, 115:5
**products** [6] - 105:15, 105:16, 134:24, 138:25, 156:18, 157:1
**professional** [2] - 85:5, 86:2

**profit** [3] - 37:14, 37:20, 38:14
**profits** [1] - 40:2
**promised** [1] - 131:3
**proof** [6] - 29:24, 112:5, 149:10, 149:11, 149:21, 152:19
**property** [17] - 74:15, 74:18, 74:19, 75:2, 75:13, 75:15, 76:23, 77:21, 78:4, 78:8, 78:13, 78:21, 88:2, 121:21, 122:7, 157:17, 158:20
**proposal** [1] - 163:19
**propose** [2] - 93:19, 164:5
**proposed** [3] - 93:14, 161:13, 164:6
**prosecute** [1] - 78:17
**prosecuted** [3] - 68:21, 70:7, 72:3
**prosecution** [1] - 131:14
**prosecutor** [4] - 65:22, 73:2, 138:3, 156:13
**prosecutors** [4] - 68:25, 77:13, 85:17, 162:1
**prove** [10] - 105:13, 113:12, 115:14, 133:8, 133:9, 141:11, 141:24, 145:6, 152:11, 154:16
**proved** [1] - 145:15
**proven** [2] - 134:1, 145:4
**provide** [4] - 113:18, 131:5, 136:21, 165:21
**provided** [6] - 45:16, 45:17, 95:24, 106:16, 134:24, 161:22
**provider** [5] - 11:19, 11:21, 12:5, 12:6, 12:9
**providers** [2] - 38:15, 38:18
**provides** [1] - 123:3
**PSR** [1] - 147:2
**pulled** [2] - 9:21, 9:24
**punctual** [1] - 98:12
**purchase** [1] - 87:11
**purchased** [10] - 77:7, 106:21, 112:3, 112:13, 115:8,

115:12, 115:20, 143:19, 151:14, 151:21
**purchases** [6] - 106:21, 108:7, 108:23, 111:1, 132:15, 143:17
**purchasing** [1] - 106:13
**purpose** [2] - 39:8, 86:7
**purposes** [3] - 91:4, 91:8, 91:18
**put** [15] - 10:3, 14:10, 35:21, 67:6, 74:23, 77:21, 95:18, 100:14, 107:16, 115:1, 122:17, 122:18, 130:22, 133:23
**puzzlement** [1] - 112:25

## Q

**qualified** [1] - 85:5
**quantities** [8] - 7:23, 8:1, 8:24, 8:25, 9:1, 9:3, 142:8, 142:9
**quantity** [2] - 81:6, 81:7
**questioning** [2] - 90:8, 131:22
**questions** [12] - 8:14, 89:10, 101:11, 110:1, 127:6, 127:7, 130:22, 138:7, 138:12, 138:15, 138:18, 154:25
**quickly** [2] - 36:15, 36:17

## R

**R-A-M-I-R-E-Z** [1] - 5:7
**Racing** [2] - 109:13, 112:19
**raise** [1] - 4:20
**Ramirez** [6] - 4:11, 5:3, 22:13, 118:15, 121:14, 166:8
**RAMIREZ** [1] - 4:23
**ran** [2] - 22:6, 117:9
**ranch** [4] - 17:17, 69:6, 69:12, 69:25
**random** [2] - 110:3, 134:5
**range** [2] - 108:18, 108:25
**rank** [1] - 21:9

**ranking** [2] - 21:6
**rapid** [1] - 95:15
**rather** [2] - 49:20, 128:17
**ratified** [1] - 141:4, 142:3
**Raul** [38] - 3:3, 3:20, 5:20, 6:7, 8:19, 28:3, 29:19, 30:3, 33:4, 33:15, 33:16, 39:14, 55:25, 56:1, 62:10, 62:13, 62:18, 62:20, 63:1, 79:18, 99:20, 104:11, 104:13, 105:6, 110:11, 114:1, 115:19, 117:19, 117:25, 118:6, 119:9, 119:15, 128:1, 128:2, 134:24, 153:10, 153:16
**RAUL** [1] - 1:5
**Raul's** [1] - 153:22
**re** [1] - 95:15
**re-sentencing** [1] - 95:15
**reach** [3] - 47:5, 49:7, 93:23
**reached** [2] - 48:3, 109:18
**read** [7] - 65:24, 66:25, 67:3, 93:25, 94:1, 111:9, 126:13
**reading** [1] - 127:8
**ready** [2] - 36:14, 36:16
**real** [2] - 12:25, 38:2
**realize** [2] - 45:20, 150:3
**really** [14] - 15:23, 17:18, 18:12, 24:24, 36:24, 36:25, 38:9, 50:2, 58:7, 95:13, 165:2
**reason** [2] - 129:20, 131:24
**rebut** [1] - 92:17
**receipt** [7] - 136:8, 137:14, 137:21, 138:9, 138:23, 149:11, 156:14
**receipts** [24] - 106:12, 106:17, 106:19, 107:6, 107:14, 107:16, 107:19, 108:7, 108:22, 108:23, 109:8, 109:11, 109:16, 114:25, 139:21, 142:21, 142:25,

143:1, 151:14, 155:16, 155:24, 156:20, 158:15, 162:20
**receive** [11] - 14:25, 38:14, 59:9, 59:19, 59:20, 67:23, 71:12, 72:24, 106:7, 148:2
**received** [19] - 50:23, 53:24, 54:21, 57:22, 58:20, 59:17, 60:14, 60:20, 73:21, 74:9, 75:17, 81:7, 81:9, 93:7, 106:15, 106:18, 148:2, 149:3, 164:13
**recently** [1] - 71:1
**recess** [3] - 65:1, 97:20, 155:6
**recognize** [4] - 100:5, 110:7, 134:6, 153:21
**recollection** [1] - 45:21
**record** [13] - 3:5, 3:9, 4:12, 5:24, 6:3, 6:12, 8:17, 89:8, 94:5, 95:1, 96:1, 106:18, 159:18
**recordings** [7] - 93:8, 93:15, 94:7, 94:10, 94:24, 95:3, 95:4
**records** [4] - 132:13, 152:24, 158:21, 159:12
**recover** [1] - 115:23
**recovered** [2] - 114:18, 114:20
**redacted** [2] - 137:15, 159:21
**redirect** [2] - 88:11, 155:1
**REDIRECT** [1] - 155:9
**refer** [1] - 128:3
**referred** [2] - 4:12, 62:17
**referring** [1] - 47:10
**refers** [1] - 22:13
**reflect** [1] - 6:12
**reflected** [1] - 113:2
**reflects** [1] - 162:9
**regard** [2] - 98:21, 162:17
**regarding** [3] - 104:10, 130:24, 145:9
**regular** [4] - 59:1, 96:7, 127:9, 130:2
**reimburse** [3] - 53:21, 59:12
**reimbursed** [2] -

57:16, 146:4
**reimbursement** [2] - 53:23, 53:25
**reimbursements** [1] - 54:2
**related** [2] - 7:19, 63:15
**relationship** [7] - 7:16, 28:1, 28:10, 28:14, 49:22, 120:2, 127:2
**relayed** [1] - 66:13
**released** [3] - 55:17, 133:24, 147:22
**relevance** [5] - 28:24, 124:24, 126:10, 126:19, 126:22
**relevant** [4] - 93:20, 94:13, 127:7, 127:9
**remain** [1] - 27:19
**remember** [54] - 8:21, 17:10, 17:17, 17:19, 21:15, 24:23, 24:24, 27:13, 28:21, 30:3, 41:9, 41:12, 41:21, 41:22, 41:23, 45:8, 46:11, 46:13, 48:6, 48:12, 48:14, 58:5, 58:10, 58:12, 58:13, 58:18, 63:13, 63:18, 64:14, 74:23, 79:23, 80:1, 80:2, 80:19, 83:6, 83:7, 83:9, 83:24, 83:25, 84:19, 125:13, 129:16, 130:10, 138:10, 138:15, 156:8, 156:15, 156:23, 162:2, 163:25, 164:1
**remind** [1] - 101:25
**reminding** [1] - 64:25
**renew** [1] - 72:6
**renewed** [2] - 71:9, 72:20
**repairs** [1] - 123:3
**repeat** [3] - 143:3, 143:16, 152:12
**repeatedly** [1] - 165:6
**repetition** [3] - 121:6, 143:10, 144:23
**rephrase** [1] - 143:18
**reply** [1] - 163:1
**report** [4] - 74:4, 74:6, 74:8, 104:19
**reported** [2] - 2:13, 105:19
**reporter** [1] - 152:13
**REPORTER** [1] - 8:11
**Reporter** [2] - 2:10, 2:11, 166:25
**reporters** [1] - 164:17

**reports** [3] - 80:22, 80:23, 112:7
**represent** [7] - 101:3, 102:7, 122:14, 124:11, 124:15, 124:16, 150:17
**representation** [1] - 101:9
**representative** [1] - 134:22
**represented** [7] - 101:4, 101:16, 110:25, 113:16, 125:11, 146:19, 156:14
**representing** [3] - 101:6, 122:16, 147:20
**republic** [1] - 123:23
**request** [6] - 95:23, 122:10, 144:22, 153:7, 165:10, 165:25
**requested** [3] - 112:7, 112:8, 152:14
**requests** [1] - 121:6
**reschedule** [1] - 163:14
**reserve** [2] - 94:4, 161:10
**residences** [1] - 113:24
**resources** [4] - 102:21, 102:22, 133:3, 133:4
**respond** [1] - 161:10
**responds** [1] - 133:6
**response** [1] - 162:8
**responsibility** [1] - 135:19
**responsible** [1] - 122:24
**rest** [5] - 30:17, 90:18, 91:18, 148:18, 160:18
**restaurants** [1] - 120:12
**restrictions** [1] - 64:6
**restrooms** [1] - 117:7
**rests** [1] - 160:19
**result** [1] - 141:9
**results** [1] - 71:5
**resume** [1] - 97:17
**retrieved** [1] - 75:12
**return** [1] - 97:13
**returned** [1] - 145:10
**reunions** [1] - 33:2
**review** [4] - 93:22, 94:16, 163:7, 163:20
**reviewed** [1] - 80:23

**reviewing** [1] - 139:13
**Reynosa** [1] - 136:22
**rf@rfeitellaw.com** [1] - 2:5
**RFH** [1] - 100:19
**Rhee** [21] - 3:20, 20:6, 65:2, 66:13, 68:6, 70:2, 91:1, 92:16, 94:21, 98:14, 98:15, 106:2, 109:19, 113:6, 114:23, 115:1, 138:12, 155:7, 160:16, 161:22, 165:1
**RHEE** [90] - 1:21, 3:19, 10:7, 19:19, 22:3, 23:17, 27:5, 28:24, 57:8, 61:4, 61:22, 62:14, 64:23, 65:3, 65:5, 66:17, 68:7, 69:17, 69:20, 70:3, 75:19, 75:25, 88:8, 90:20, 97:2, 98:16, 99:1, 99:5, 99:12, 99:25, 100:4, 100:21, 101:2, 101:25, 102:3, 102:6, 102:11, 102:24, 103:1, 105:21, 105:25, 106:12, 107:2, 107:5, 107:8, 107:15, 107:18, 108:3, 108:6, 108:15, 108:21, 109:9, 109:12, 109:20, 110:2, 110:5, 110:6, 113:8, 113:14, 115:24, 115:25, 119:1, 119:6, 122:19, 123:7, 124:24, 126:10, 131:21, 139:15, 140:13, 142:11, 154:12, 155:3, 155:8, 155:10, 155:21, 156:9, 156:12, 157:19, 158:6, 158:17, 158:23, 159:4, 159:12, 159:22, 160:1, 160:18, 165:2, 165:20, 166:2
**Rhee's** [2] - 160:11, 162:1
**rights** [1] - 130:24
**ripe** [1] - 163:4
**Rob** [1] - 3:20
**ROBERT** [1] - 2:3

**role** [4] - 67:18, 119:20, 119:21, 120:3
**Roman** [2] - 2:9, 3:6
**room** [13] - 40:25, 56:14, 57:2, 129:10, 129:11, 129:13, 129:14, 129:24, 130:2, 130:12
**rooms** [4] - 33:22, 36:3, 36:4
**round** [1] - 10:9
**RPR** [3] - 2:10, 166:18, 166:24
**rubber** [2] - 81:23, 81:25
**rule** [2] - 34:21
**run** [2] - 154:10, 154:22
**running** [2] - 24:21, 154:7
**runs** [1] - 127:21

## S

**S-I-N-U-H-E** [1] - 5:6
**safe** [1] - 50:24
**Saint** [2] - 2:10, 166:24
**SAINT** [1] - 166:18
**Saint-Loth** [2] - 2:10, 166:24
**SAINT-LOTH** [1] - 166:18
**Sales** [5] - 109:14, 110:23, 112:20, 139:22, 141:20
**Samuel** [2] - 119:12, 119:14
**San** [2] - 1:18, 4:17
**Sanchez** [2] - 7:7, 7:10
**Sandi** [1] - 3:20
**SANDI** [1] - 1:21
**sandirheelaw@ gmail.com** [1] - 1:24
**Santanita** [3] - 41:18, 83:12, 83:13
**Santarita** [1] - 42:21
**Santos** [3] - 99:2, 99:16, 166:9
**SANTOS** [1] - 99:9
**Saturdays** [3] - 100:10, 128:7, 128:12
**saw** [22] - 10:23, 12:1, 12:15, 19:5, 19:15, 20:10, 21:17, 22:21, 25:3, 30:20, 30:21, 32:25, 33:2, 33:19,

41:3, 41:7, 43:17, 61:15, 79:1, 79:3, 127:25, 128:1
**scan** [1] - 107:11
**scenario** [1] - 48:1
**schedule** [6] - 160:24, 162:14, 163:16, 163:19, 163:22, 164:6
**scheduled** [1] - 160:25
**school** [2] - 84:24, 86:2
**scope** [1] - 124:25
**screen** [1] - 110:5
**screenshot** [1] - 89:8
**screenshots** [1] - 89:5
**scrounge** [1] - 165:14
**se** [1] - 37:1
**seal** [3] - 14:9, 14:20, 79:15
**sealed** [2] - 14:9, 14:25
**search** [12] - 134:1, 134:2, 141:14, 141:16, 141:19, 141:21, 141:22, 141:25, 142:1, 142:3, 142:4, 145:11
**seat** [2] - 89:17, 89:21
**seated** [1] - 89:21
**second** [10] - 5:7, 48:20, 58:1, 58:2, 69:19, 95:5, 102:19, 102:22, 105:5, 135:13
**seconds** [1] - 90:4
**secret** [1] - 126:2
**Section** [2] - 3:14, 3:16
**security** [6] - 43:8, 43:9, 43:12, 103:21, 128:25
**see** [64] - 5:22, 11:13, 11:15, 11:16, 12:23, 14:12, 18:21, 19:2, 24:16, 32:10, 32:11, 32:21, 34:2, 35:2, 38:16, 42:23, 43:3, 43:5, 43:20, 44:1, 44:10, 61:3, 61:14, 66:12, 76:13, 79:6, 79:10, 79:11, 88:5, 89:9, 89:10, 89:15, 89:19, 89:20, 89:22, 89:25, 90:16, 98:24, 100:8, 100:17, 106:3, 109:23, 110:14, 110:16, 110:22, 111:3,

118:17, 128:6, 129:23, 132:3, 136:1, 136:3, 140:7, 146:14, 150:19, 155:16, 162:8, 163:17, 165:8
**seeing** [1] - 110:1
**seized** [6] - 104:11, 105:7, 114:15, 121:11, 141:14, 149:21
**seizure** [2] - 105:4, 105:6
**select** [1] - 119:25
**self** [1] - 131:10
**self-incrimination** [1] - 131:10
**sell** [10] - 39:22, 40:14, 74:25, 75:1, 75:2, 75:3, 77:10, 77:11, 157:12, 162:2
**selling** [13] - 7:23, 37:16, 44:25, 88:4, 121:21, 143:6, 143:13, 144:20, 145:2, 146:15, 150:18, 150:21
**sells** [1] - 115:13
**senator** [1] - 24:19
**send** [9] - 9:15, 12:24, 13:22, 13:24, 15:20, 39:14, 39:25, 40:14, 65:25
**sending** [4] - 9:15, 13:14, 15:9, 16:2
**Senior** [1] - 61:12
**sense** [4] - 109:24, 144:25, 146:14, 162:9
**sent** [7] - 28:19, 66:4, 85:3, 96:2, 96:10, 154:3, 154:4
**sentences** [1] - 102:1
**sentencing** [8] - 91:19, 95:15, 160:24, 163:2, 163:7, 163:14, 164:2, 164:7
**separate** [8] - 14:6, 26:2, 26:6, 26:13, 26:21, 81:12, 96:18, 102:15
**separated** [2] - 27:19, 30:8
**September** [5] - 1:5, 88:25, 161:4, 162:25, 166:23
**serious** [2] - 120:3, 122:17
**served** [1] - 95:16

**service** [2] - 99:17, 165:12
**session** [2] - 88:25, 89:3
**set** [1] - 162:3
**sets** [1] - 117:3
**several** [13] - 12:11, 12:12, 45:20, 49:9, 49:13, 49:14, 88:22, 90:4, 106:16, 117:13, 123:23, 159:13
**sexual** [1] - 124:13
**Señor** [1] - 56:1
**Shaffer** [2] - 2:8, 3:17
**shall** [1] - 166:20
**share** [1] - 93:20
**shared** [1] - 10:22
**sharp** [1] - 129:2
**shed** [1] - 93:12
**sheets** [1] - 139:13
**shipment** [5] - 63:17, 64:9, 64:11, 64:16, 156:25
**shipments** [4] - 16:16, 16:21, 18:7, 66:21
**shipping** [1] - 142:7
**shirt** [1] - 6:10
**shoes** [1] - 151:9
**short** [2] - 64:23, 101:25
**shorter** [2] - 161:24, 164:2
**shorthand** [1] - 2:13
**shortly** [1] - 126:20
**shot** [1] - 90:8
**show** [17] - 75:19, 99:25, 105:21, 107:3, 108:14, 108:15, 117:22, 119:1, 122:20, 135:21, 139:8, 140:24, 149:11, 149:20, 150:24, 165:5
**showed** [4] - 110:10, 137:19, 138:24, 150:25
**shown** [6] - 105:24, 106:10, 134:4, 137:23, 152:2, 152:6
**shows** [1] - 106:20
**sic** [12] - 14:19, 29:5, 36:10, 60:18, 71:2, 75:12, 105:7, 106:20, 116:12, 130:22, 134:21, 165:5
**sic]** [9] - 5:6, 12:23, 14:18, 17:18, 39:18,

50:3, 51:21, 54:18, 155:25
**sick** [1] - 66:5
**side** [4] - 14:21, 56:22, 62:14, 62:16
**sign** [2] - 66:4, 76:22
**signal** [2] - 104:2
**signatory** [1] - 166:21
**signature** [4] - 110:16, 153:21, 153:22, 153:23
**signed** [9] - 65:17, 65:25, 66:19, 66:25, 67:4, 67:7, 74:19, 75:8, 75:16
**similar** [3] - 40:10, 90:9, 114:25
**Sinaloa** [2] - 104:17
**single** [2] - 113:2, 151:1
**Sinuhe** [8] - 3:25, 4:10, 5:3, 76:10, 118:15, 121:13, 122:5, 166:8
**SINUHE** [1] - 4:23
**Sinuhe's** [1] - 123:5
**sisters** [1] - 28:8
**sit** [3] - 46:13, 89:19, 129:12
**sitting** [1] - 89:25
**situation** [2] - 49:17, 130:23
**six** [1] - 34:16
**sizes** [1] - 40:21
**Ski** [1] - 149:25
**slammed** [1] - 164:18
**slide** [2] - 56:13, 129:8
**slowly** [3] - 7:8, 19:24, 20:4
**small** [7] - 7:23, 8:1, 56:19, 56:21, 117:6, 128:12, 128:14
**smaller** [1] - 108:17
**smuggle** [1] - 105:16
**smuggled** [5] - 108:8, 126:6, 151:8, 151:22, 157:9
**smuggler** [1] - 105:14
**smuggling** [6] - 133:7, 133:18, 133:20, 140:20, 150:16, 150:19
**snitch** [1] - 27:16
**Soccer** [1] - 128:17
**soccer** [31] - 39:5, 39:8, 39:12, 40:10, 56:10, 84:17, 84:25, 85:1, 85:6, 85:7, 85:12, 86:2, 100:10, 116:8, 117:3, 117:6,

117:7, 117:15, 117:21, 118:8, 120:16, 120:19, 120:21, 121:10, 127:20, 127:22, 128:7, 128:12, 128:14, 128:19, 129:19
**social** [2] - 116:2, 129:18
**socially** [1] - 30:9
**sold** [20] - 37:8, 45:22, 55:13, 74:15, 75:13, 75:17, 115:10, 122:7, 122:9, 134:24, 135:5, 135:7, 135:9, 138:25, 141:6, 145:7, 157:10, 157:12, 157:15
**solution** [2] - 47:4, 75:11
**someone** [12] - 5:19, 7:24, 22:13, 31:13, 47:7, 67:9, 67:10, 119:10, 119:12, 119:17, 119:25, 122:7
**sometimes** [1] - 92:1
**somewhere** [3] - 80:5, 126:18, 150:10
**son** [11] - 28:3, 28:4, 61:19, 61:23, 61:24, 62:17, 62:18, 63:10, 82:25
**son's** [1] - 62:12
**sorry** [31] - 5:16, 6:8, 8:4, 11:23, 14:3, 23:15, 31:3, 31:11, 32:14, 42:10, 46:25, 52:5, 53:4, 57:7, 61:7, 61:9, 69:20, 84:8, 93:17, 97:11, 97:15, 101:24, 102:2, 102:9, 109:1, 112:8, 114:2, 138:11, 143:10, 150:12, 153:12
**Sorry** [1] - 8:16
**sort** [2] - 87:17, 116:19
**sound** [1] - 57:1
**sounds** [1] - 36:11
**source** [5] - 124:23, 125:4, 140:5, 149:21, 150:24
**sources** [2] - 46:4, 125:6
**South** [6] - 24:15, 45:18, 45:21, 85:25,

87:4, 125:21
**Southern** [2] - 3:14, 4:16
**Spanish** [7] - 2:9, 2:9, 75:21, 76:1, 139:6, 158:21
**speaking** [1] - 106:14
**special** [6] - 14:8, 14:17, 14:18, 16:23, 16:25, 79:14
**specific** [1] - 12:20
**specifically** [9] - 8:21, 33:20, 51:8, 52:9, 79:17, 111:2, 127:6, 127:10, 144:10
**speculation** [1] - 23:17
**speed** [1] - 6:4
**spell** [4] - 5:2, 5:4, 21:23, 22:8
**spend** [4] - 27:22, 33:4, 113:6, 113:8
**spent** [1] - 55:16
**spoken** [1] - 93:13
**sporadic** [1] - 59:3
**sport** [4] - 33:22, 35:21, 35:24, 35:25
**sports** [1] - 82:5
**St** [1] - 1:22
**stack** [2] - 34:16, 35:20
**stacks** [1] - 34:17
**stage** [1] - 43:2
**stairway** [2] - 23:18, 23:21
**stairways** [1] - 23:13
**stamp** [1] - 110:16
**stand** [2] - 89:11, 99:4
**standing** [3] - 89:11, 90:1, 101:10
**stands** [2] - 111:17, 119:22
**start** [18] - 3:9, 7:17, 9:14, 27:11, 37:7, 37:9, 46:19, 52:10, 57:14, 57:20, 69:2, 88:24, 98:4, 98:17, 117:8, 117:9, 144:16
**started** [18] - 9:11, 12:18, 16:1, 16:6, 16:8, 17:22, 25:12, 34:1, 50:6, 57:5, 57:9, 57:12, 73:13, 75:1, 75:2, 97:22, 122:16
**starting** [4] - 9:13, 89:5, 97:23, 148:4
**state** [2] - 5:2, 44:20
**Statement** [1] - 153:10
**statement** [3] - 65:17,

131:15, 137:18
**STATES** [4] - 1:1, 1:3, 1:8, 1:10
**States** [46] - 3:3, 3:12, 4:13, 13:14, 13:22, 15:9, 16:3, 40:18, 46:16, 49:8, 50:8, 50:10, 50:12, 50:15, 51:3, 51:6, 51:18, 51:19, 51:22, 52:10, 52:20, 54:4, 54:21, 54:25, 55:3, 55:6, 71:2, 71:5, 77:18, 87:9, 88:3, 104:10, 115:10, 115:13, 118:2, 123:16, 126:6, 140:6, 142:8, 142:9, 144:21, 145:2, 145:14, 145:24, 152:18, 156:17
**station** [4] - 50:17, 87:10, 87:25, 88:5
**status** [4] - 70:22, 72:7, 72:13, 93:24
**stay** [12] - 25:17, 26:7, 31:15, 37:3, 50:24, 51:1, 51:2, 51:5, 51:10, 52:10, 54:24, 55:3
**stayed** [1] - 30:18
**stays** [1] - 31:14
**stenographic** [1] - 166:19
**step** [1] - 99:3
**stepchildren** [1] - 147:5
**stepfather** [46] - 6:19, 7:2, 7:3, 7:13, 7:14, 7:21, 7:22, 8:22, 9:9, 10:22, 11:18, 12:4, 12:10, 16:5, 16:7, 16:8, 16:11, 17:3, 18:17, 25:23, 26:13, 28:13, 28:16, 28:17, 30:16, 30:20, 33:3, 35:13, 35:17, 36:7, 36:14, 37:6, 40:24, 46:6, 46:7, 46:23, 47:18, 48:21, 48:24, 49:6, 68:9, 68:20, 74:20, 75:15, 79:18, 79:21
**stepfather's** [3] - 7:6, 12:2, 37:1
**still** [17] - 27:22, 27:24, 28:11, 28:13, 30:21, 30:22, 90:1, 90:8, 107:23, 107:25, 111:25,

123:14, 137:20, 146:9, 148:10
**stop** [4] - 16:2, 16:4, 48:20, 102:13
**stopped** [5] - 16:4, 59:8, 59:9, 59:18, 117:9
**store** [4] - 37:2, 67:21, 67:22, 67:24
**stores** [1] - 150:21
**straight** [1] - 34:11
**Street** [2] - 1:13, 1:18
**streets** [3] - 43:6, 150:20
**strip** [1] - 84:9
**student** [1] - 30:25
**studied** [1] - 84:24
**study** [1] - 51:10
**studying** [2] - 71:7, 71:8
**stuff** [4] - 14:19, 19:17, 56:15
**style** [4] - 130:5, 130:16, 130:17
**subject** [3] - 94:24, 130:10, 130:11
**submission** [1] - 94:20
**submit** [4] - 22:16, 93:6, 134:25, 164:1
**submitted** [4] - 135:1, 135:23, 136:11, 140:9
**subsequent** [2] - 165:4, 165:11
**suddenly** [1] - 43:15
**suggest** [1] - 163:15
**Suite** [1] - 1:22
**supplement** [2] - 94:5, 95:23
**supplemental** [1] - 162:24
**supplemented** [1] - 95:2
**supplier** [2] - 106:14, 111:10
**supply** [2] - 46:4, 96:21
**support** [1] - 53:17
**suppose** [1] - 139:7
**supposed** [1] - 98:3
**surprise** [6] - 73:9, 73:18, 153:13, 153:19, 154:1, 154:2
**surprised** [3] - 73:11, 150:25
**surprises** [1] - 92:3
**surrounded** [2] - 83:14, 83:15
**suspect** [1] - 145:17

**suspected** [1] - 145:19
**sustained** [2] - 61:5, 126:15
**swap** [1] - 40:6
**swear** [1] - 65:15
**switch** [1] - 96:22
**sworn** [6] - 3:6, 4:24, 89:13, 90:4, 99:10, 101:13
**system** [1] - 110:21

---

# T

**table** [5] - 3:21, 11:3, 40:25, 56:14, 106:3
**talkative** [1] - 94:17
**tall** [1] - 34:17
**Tamaulipas** [2] - 136:22, 137:7
**tank** [10] - 14:2, 14:7, 14:10, 14:12, 14:21, 14:22, 14:24, 15:22
**tanks** [4] - 9:19, 13:23, 13:24, 14:1
**task** [1] - 165:24
**taste** [1] - 154:19
**tax** [3] - 74:9, 105:19, 132:24
**taxes** [9] - 39:25, 74:7, 132:16, 133:11, 133:13, 133:14, 133:17, 140:22
**team** [19] - 39:5, 39:6, 39:8, 39:11, 40:14, 85:1, 85:6, 85:16, 120:25, 121:3
**teams** [6] - 40:10, 85:8, 85:21, 120:19, 120:21, 121:10
**technical** [1] - 155:19
**televisions** [2] - 111:13, 150:15
**ten** [4] - 8:2, 34:24, 106:4, 147:3
**tend** [1] - 143:25
**tennis** [2] - 151:8, 151:9
**Tepic** [3] - 103:10, 136:20, 136:21
**Teresa** [2] - 2:9, 3:6
**term** [1] - 122:23
**terms** [2] - 131:3, 161:20
**terrace** [1] - 129:19
**testified** [21] - 59:24, 73:6, 74:14, 78:25, 81:14, 82:19, 83:3, 83:18, 84:2, 84:25, 86:13, 87:3, 120:16,

121:13, 136:20, 137:5, 137:7, 137:10, 145:12, 156:20, 157:4
**testify** [13] - 28:18, 29:2, 29:5, 29:6, 29:10, 29:16, 65:8, 89:13, 93:2, 132:11, 136:18, 137:1, 141:20
**testifying** [6] - 5:8, 12:17, 29:21, 126:13, 131:2, 138:6
**testimony** [16] - 27:9, 65:24, 69:5, 92:21, 131:5, 131:11, 131:13, 132:3, 133:16, 133:19, 136:21, 136:23, 137:11, 137:22, 139:20, 151:13
**Texas** [4] - 110:13, 110:20, 134:19, 155:16
**text** [2] - 28:19, 29:2
**THE** [461] - 1:1, 1:8, 1:10, 1:21, 2:2, 3:2, 3:18, 3:22, 4:4, 4:8, 4:14, 4:18, 4:19, 4:20, 6:6, 6:8, 6:9, 6:10, 6:12, 6:22, 6:24, 6:25, 7:2, 7:3, 7:4, 7:8, 7:10, 7:11, 8:3, 8:4, 8:6, 8:11, 8:12, 10:11, 10:15, 11:23, 11:25, 12:1, 12:3, 12:4, 12:6, 12:8, 12:9, 12:11, 12:12, 12:13, 13:5, 13:7, 13:8, 13:9, 13:10, 13:11, 14:12, 14:13, 14:14, 14:15, 14:16, 14:18, 14:22, 14:24, 16:25, 17:2, 17:4, 17:5, 17:6, 17:7, 17:8, 17:9, 17:11, 17:12, 17:13, 17:14, 19:21, 19:23, 19:24, 19:25, 20:1, 20:3, 20:4, 20:9, 20:12, 20:13, 20:15, 20:16, 20:18, 20:19, 20:20, 20:21, 20:22, 20:23, 20:24, 20:25, 21:1, 21:3, 21:4, 21:5, 21:8, 21:11, 21:13, 21:14, 21:16, 21:17, 21:20, 21:21, 21:22, 21:23, 21:25, 22:5, 22:9, 22:10,

22:17, 22:19, 23:18, 23:25, 24:3, 24:4, 24:7, 24:8, 24:9, 24:10, 24:12, 24:13, 26:4, 26:6, 26:7, 26:9, 26:10, 26:12, 26:17, 27:7, 28:25, 29:1, 29:19, 29:22, 29:23, 29:24, 30:23, 30:24, 31:3, 31:9, 31:12, 32:12, 32:14, 32:15, 35:1, 35:3, 35:6, 35:8, 35:9, 35:11, 35:12, 35:14, 35:15, 35:16, 35:19, 35:21, 35:23, 35:24, 35:25, 36:1, 36:2, 36:3, 36:5, 36:22, 36:24, 37:6, 37:8, 37:10, 48:20, 48:23, 48:24, 49:1, 49:2, 49:5, 49:6, 49:9, 49:11, 49:12, 49:14, 49:15, 49:18, 49:22, 50:4, 52:2, 52:4, 52:6, 53:2, 53:3, 53:5, 53:16, 53:19, 53:20, 53:23, 54:9, 54:12, 54:13, 54:15, 54:16, 54:17, 54:18, 55:24, 56:1, 56:3, 56:6, 56:7, 56:9, 56:12, 56:13, 56:16, 56:18, 56:20, 56:21, 61:5, 61:8, 61:25, 62:10, 62:16, 62:20, 62:21, 62:22, 62:23, 62:24, 62:25, 63:2, 63:3, 64:8, 64:10, 64:11, 64:12, 64:13, 64:14, 64:16, 64:17, 64:19, 64:24, 65:2, 66:10, 66:16, 67:3, 67:5, 67:8, 67:11, 67:12, 67:14, 67:15, 67:17, 68:2, 68:5, 68:6, 69:12, 69:13, 69:15, 69:16, 69:19, 69:21, 69:23, 69:24, 70:1, 70:2, 75:24, 88:11, 88:14, 88:16, 88:18, 90:13, 90:16, 90:19, 90:21, 90:25, 91:7, 91:11, 91:13, 91:15, 91:20, 92:2, 92:6, 92:8, 92:11, 93:1, 93:15, 94:7, 94:10, 94:14, 94:23, 95:7, 95:10, 96:6, 96:12, 96:15, 96:21, 97:4, 97:7, 97:8,

97:19, 97:21, 97:22, 98:11, 98:15, 98:24, 99:3, 100:3, 100:24, 102:2, 102:5, 102:9, 102:13, 102:16, 102:17, 102:20, 105:23, 106:11, 106:24, 107:4, 107:6, 107:13, 107:16, 107:23, 108:5, 108:9, 108:18, 109:7, 109:10, 109:19, 109:21, 110:4, 111:2, 111:5, 111:8, 111:10, 111:15, 111:18, 111:19, 111:22, 112:2, 112:4, 112:5, 112:7, 112:12, 112:14, 112:19, 112:21, 112:25, 113:11, 114:10, 114:22, 115:4, 115:6, 115:9, 116:3, 119:5, 121:6, 122:10, 122:14, 122:15, 123:8, 125:1, 126:11, 126:21, 127:5, 131:1, 131:17, 131:18, 131:20, 131:23, 135:12, 135:16, 135:18, 135:19, 136:18, 136:20, 137:4, 137:6, 137:10, 137:12, 139:8, 139:17, 139:18, 140:15, 140:17, 141:15, 141:17, 141:18, 141:22, 142:12, 142:13, 143:9, 144:22, 145:25, 146:2, 146:3, 146:5, 146:6, 146:7, 147:11, 147:13, 149:6, 149:9, 149:16, 149:23, 149:24, 150:1, 150:6, 150:8, 150:23, 151:3, 151:4, 151:6, 151:11, 152:4, 152:12, 152:14, 152:16, 152:25, 154:13, 154:15, 155:1, 155:4, 155:7, 155:18, 155:20, 156:2, 156:3, 156:4, 156:5, 156:6, 156:7, 157:21, 157:24,

157:25, 158:2, 158:5, 158:9, 158:11, 158:13, 158:22, 158:25, 159:2, 159:7, 159:9, 159:20, 159:23, 160:2, 160:4, 160:8, 160:13, 160:20, 160:23, 161:12, 162:12, 163:3, 163:6, 163:10, 163:15, 164:5, 164:9, 164:16, 164:22, 164:25, 165:12, 165:23, 166:3

**the..** [1] - 23:13
**theory** [2] - 140:11, 140:18
**thinks** [2] - 131:24, 132:1
**third** [1] - 159:18
**thousand** [1] - 83:22
**thousands** [5] - 34:23, 54:3, 54:9, 54:10
**three** [2] - 12:12, 37:3, 43:14, 58:20, 80:13, 86:20, 94:13, 106:2, 106:6, 107:4, 107:8, 107:17, 107:24, 108:13, 109:2, 109:3, 113:3, 114:1, 114:5, 114:22, 149:18, 158:15, 160:7, 160:13, 161:19, 163:21
**threw** [1] - 82:4
**Thursdays** [3] - 100:10, 128:7, 128:11
**Tio** [2] - 127:25, 128:3
**tired** [1] - 127:21
**title** [1] - 75:16
**today** [9] - 4:3, 5:9, 29:21, 65:8, 85:23, 86:23, 98:1, 146:1, 164:15
**together** [8] - 9:11, 9:14, 51:20, 117:16, 117:21, 120:17, 133:23, 162:11
**tolerated** [1] - 150:17
**tongue** [2] - 165:6, 165:9
**took** [8] - 26:1, 26:7, 26:13, 70:20, 107:16, 117:7, 129:18, 157:17
**top** [5] - 99:22, 109:3,

110:22, 129:3, 153:9
**Torres** [2] - 76:11, 76:25
**total** [1] - 149:24
**totaling** [1] - 161:20
**totally** [2] - 14:3, 111:23
**touch** [1] - 47:23
**touches** [1] - 116:19
**touching** [3] - 165:5, 165:9
**tourist** [2] - 87:20, 87:21
**tourists** [1] - 88:2
**towards** [3] - 89:12, 89:23, 90:10
**town** [5] - 41:17, 41:18, 42:21, 42:22, 121:2
**towns** [1] - 118:2
**traditional** [1] - 130:6
**traffic** [1] - 125:14
**trafficker** [12] - 66:7, 142:22, 142:24, 143:4, 145:18, 145:19, 145:23, 146:11, 146:14, 152:7, 154:24, 158:1
**traffickers** [2] - 118:4, 126:8
**trafficking** [32] - 45:11, 62:7, 63:15, 63:21, 66:20, 68:9, 68:14, 68:20, 105:10, 124:16, 125:7, 125:8, 125:9, 125:12, 125:16, 125:18, 126:1, 126:25, 127:4, 132:20, 140:24, 141:12, 141:25, 145:16, 147:17, 152:3, 153:17, 153:24, 154:7, 154:11, 154:22, 158:4
**trailer** [5] - 9:25, 13:19, 79:2, 79:3, 157:14
**trailers** [11] - 9:19, 9:20, 9:24, 15:14, 15:15, 15:23, 27:4, 40:21, 79:8, 79:20
**transaction** [1] - 75:4
**transactions** [4] - 85:20, 85:21, 151:1, 156:14
**transcript** [4] - 2:13, 166:19, 166:19, 166:21

**TRANSCRIPT** [1] - 1:7
**transcription** [1] - 2:13
**transcriptions** [1] - 93:21
**transcripts** [4] - 164:13, 164:15, 164:19
**transfer** [1] - 39:16
**transferred** [3] - 103:11, 149:4, 149:7
**transfers** [2] - 148:21, 148:24
**translations** [1] - 93:21
**transport** [6] - 9:23, 10:19, 11:11, 12:20, 27:1, 85:21
**transportation** [1] - 15:18
**transported** [1] - 79:12
**transporting** [2] - 27:11, 39:9
**transports** [1] - 86:25
**travel** [8] - 32:8, 59:12, 60:3, 60:4, 60:8, 140:7, 146:3
**traveled** [1] - 141:2
**Treasury** [1] - 121:9
**treasury** [1] - 137:3
**treatment** [2] - 14:9, 79:14
**Trent** [2] - 2:8, 3:17
**trial** [10] - 110:10, 110:11, 112:6, 114:17, 134:25, 140:9, 145:9, 146:19, 154:17, 154:18
**trials** [1] - 101:5
**triangle** [2] - 85:11, 85:14
**tried** [4] - 29:1, 29:7, 75:6
**trip** [2] - 60:5, 60:6
**trouble** [2] - 20:2, 22:4
**truck** [5] - 33:25, 34:11, 36:20, 157:16, 157:17
**trucks** [2] - 9:21, 9:24
**true** [3] - 143:6, 166:18, 166:19
**trust** [1] - 150:5
**truth** [3] - 101:14, 131:3
**truthful** [1] - 115:18
**truthfully** [2] - 101:11, 131:7
**try** [9] - 22:6, 48:2,

48:3, 92:17, 92:23, 93:19, 94:18, 94:19, 95:19
**trying** [11] - 23:12, 24:1, 27:13, 29:4, 42:23, 46:24, 47:4, 77:15, 77:18, 78:1, 93:10
**turn** [4] - 74:11, 76:3, 78:24, 110:3
**turned** [1] - 109:16
**turning** [1] - 89:19
**TV** [1] - 162:3
**TVs** [3] - 64:5, 145:3, 146:15
**two** [29] - 14:25, 15:18, 20:25, 37:3, 55:16, 56:22, 65:16, 80:13, 81:12, 87:24, 94:12, 101:5, 101:7, 102:7, 102:9, 102:15, 102:16, 103:3, 103:9, 108:5, 111:4, 112:21, 113:23, 135:16, 141:24, 147:5, 147:11, 151:2, 163:21
**type** [2] - 99:18, 124:10
**types** [2] - 15:18, 124:13
**typically** [2] - 59:23, 59:25

## U

**U.S** [23] - 9:15, 12:24, 34:9, 34:10, 39:22, 39:24, 40:1, 40:2, 40:4, 48:25, 49:3, 49:4, 49:18, 50:1, 68:21, 104:13, 104:19, 114:4, 114:12, 122:12, 142:17, 143:20, 144:19
**ultimately** [1] - 91:25
**um-hum** [5] - 27:2, 41:2, 42:17, 77:8, 87:19
**under** [7] - 51:9, 75:16, 116:11, 121:18, 130:25, 131:2, 131:4
**undercover** [1] - 84:2
**underneath** [1] - 136:4
**undershirt** [1] - 6:11
**understood** [8] - 14:3,

132:23, 138:8, 138:20, 138:21, 138:22, 138:23, 157:25
**unfortunately** [1] - 124:22
**unh** [2] - 60:22
**unh-unh** [1] - 60:22
**uniform** [2] - 43:13, 84:3
**uniforms** [2] - 21:3, 43:10
**unique** [2] - 107:6, 107:12
**unit** [1] - 157:12
**UNITED** [4] - 1:1, 1:3, 1:8, 1:10
**United** [46] - 3:3, 3:12, 4:13, 13:14, 13:22, 15:9, 16:3, 40:18, 46:16, 49:7, 50:8, 50:10, 50:12, 50:15, 51:3, 51:6, 51:18, 51:19, 51:22, 52:10, 52:20, 54:4, 54:21, 54:25, 55:3, 55:6, 71:2, 71:5, 77:18, 87:9, 88:3, 104:10, 115:10, 115:13, 118:2, 123:16, 126:6, 140:6, 142:8, 142:9, 144:21, 145:2, 145:14, 145:24, 152:18, 156:17
**unless** [3] - 109:23, 126:21, 147:6
**unusual** [3] - 93:1, 115:6, 115:11
**up** [36] - 4:5, 6:4, 7:24, 9:12, 14:9, 29:18, 30:24, 35:18, 36:20, 38:8, 41:20, 47:23, 68:1, 75:8, 82:3, 89:22, 98:8, 104:7, 106:2, 106:3, 110:22, 115:1, 117:3, 127:3, 141:8, 142:9, 142:17, 150:1, 150:2, 150:7, 152:10, 160:8, 162:14
**upside** [1] - 108:22
**upstairs** [2] - 129:15, 129:17
**usable** [1] - 96:8
**USAO** [1] - 1:17
**USDOJ** [1] - 2:8
**useful** [1] - 91:24
**useless** [1] - 16:7

**usual** [1] - 128:18
**utilize** [1] - 15:17

## V

**VA** [1] - 1:23
**value** [1] - 136:13
**values** [1] - 28:21
**various** [1] - 125:6
**vasene** [1] - 14:19
**Vazquez** [2] - 76:11, 76:25
**vehicle** [3] - 14:11, 36:17, 77:18
**vehicles** [6] - 13:23, 15:10, 15:11, 15:12, 15:19, 15:21
**Velado** [2] - 2:8, 3:16
**venue** [2] - 38:25
**venues** [1] - 137:5
**Veracruz** [11] - 16:5, 16:12, 16:19, 16:20, 16:22, 16:24, 17:4, 17:16, 17:21, 17:25, 18:1
**verify** [1] - 106:8
**versus** [1] - 3:3
**victim** [3] - 78:11, 78:12, 123:2
**video** [12] - 57:2, 88:24, 89:1, 89:7, 89:15, 90:3, 90:14, 90:15, 150:14, 165:4, 165:15
**videos** [1] - 165:10
**view** [1] - 147:6
**violence** [4] - 124:20, 124:23, 125:4, 126:8
**virtually** [1] - 150:15
**visa** [9] - 50:21, 51:9, 77:24, 87:8, 87:15, 87:17, 87:20, 87:21, 88:5
**visit** [2] - 33:3, 103:15
**visited** [2] - 103:15, 103:17
**visiting** [1] - 41:25
**visits** [1] - 103:23
**void** [1] - 166:20
**Volume** [6] - 106:24, 106:25, 107:25, 108:13, 158:16, 160:4
**volume** [1] - 108:17
**volumes** [16] - 106:2, 106:6, 107:4, 107:8, 107:17, 107:25, 108:5, 108:13, 113:3, 149:18, 158:15, 160:7,

160:13, 161:19, 162:4, 162:20
**Volumes** [2] - 108:1, 108:20
**vote** [3] - 50:25, 51:11, 72:14
**vs** [1] - 1:4

## W

**waiting** [4] - 33:4, 71:5, 152:17, 164:18
**waiving** [1] - 98:19
**walked** [1] - 89:16
**wall** [1] - 128:25
**wants** [7] - 18:9, 18:10, 29:6, 29:8, 55:16, 75:11, 162:17
**warehouse** [15] - 33:21, 35:2, 35:7, 36:4, 69:13, 69:14, 69:21, 69:22, 70:5, 70:8, 81:18, 157:5, 157:6, 157:8
**warehouses** [1] - 151:18
**warrant** [1] - 95:19
**Washington** [4] - 1:6, 1:13, 1:22, 2:4
**watching** [1] - 43:10
**water** [2] - 56:13, 129:8
**ways** [4] - 26:6, 26:13, 26:21, 27:18
**weapon** [1] - 84:7
**weapons** [2] - 43:22, 118:13
**wearing** [5] - 6:1, 6:7, 6:9, 21:3, 99:22
**wedding** [1] - 28:12
**week** [15] - 15:10, 35:4, 35:6, 36:23, 41:25, 42:2, 69:7, 83:7, 93:7, 128:9, 162:24, 163:11, 163:20, 164:14
**weekend** [6] - 106:16, 107:10, 107:14, 134:9, 134:10, 134:17
**weeks** [3] - 28:19, 65:16, 163:22
**weird** [1] - 36:11
**weld** [1] - 14:10
**well-known** [4] - 39:18, 40:13, 45:1, 85:11
**white** [1] - 6:10
**whole** [5] - 35:3, 35:6, 124:5, 128:1, 165:18

**wife** [9] - 28:7, 42:3, 42:6, 42:7, 42:13, 42:15, 70:22, 72:16, 122:5
**Wikipedia** [1] - 22:12
**willing** [1] - 130:24
**winning** [1] - 23:23
**wire** [1] - 129:2
**wires** [1] - 129:5
**withdraw** [2] - 57:10, 63:7
**WITNESS** [155] - 4:19, 6:8, 6:10, 6:24, 7:2, 7:4, 7:10, 8:4, 8:6, 8:12, 11:25, 12:3, 12:6, 12:9, 12:12, 13:7, 13:9, 13:11, 14:13, 14:15, 14:18, 14:24, 17:2, 17:5, 17:7, 17:9, 17:12, 17:14, 19:23, 19:25, 20:3, 20:12, 20:15, 20:18, 20:20, 20:22, 20:24, 21:1, 21:4, 21:8, 21:13, 21:16, 21:20, 21:22, 21:25, 22:9, 24:3, 24:7, 24:9, 24:12, 26:6, 26:9, 26:12, 29:1, 29:22, 29:24, 30:24, 32:14, 35:3, 35:8, 35:11, 35:14, 35:16, 35:21, 35:24, 36:1, 36:3, 36:24, 37:8, 48:23, 49:1, 49:5, 49:9, 49:12, 49:15, 49:22, 52:4, 53:3, 53:5, 53:19, 53:23, 54:12, 54:15, 54:17, 56:1, 56:6, 56:9, 56:13, 56:18, 56:21, 62:20, 62:22, 62:24, 63:2, 64:10, 64:12, 64:14, 64:17, 66:16, 67:5, 67:11, 67:14, 67:17, 68:5, 69:13, 69:16, 69:23, 70:1, 88:16, 102:2, 102:5, 102:16, 102:20, 111:5, 111:10, 111:18, 111:22, 112:4, 112:7, 112:14, 112:21, 115:4, 115:9, 122:15, 131:17, 135:16, 135:19, 136:20, 137:6, 137:12, 139:18, 140:17, 141:17, 141:22, 142:13,

146:2, 146:5, 146:7, 147:13, 149:9, 149:23, 150:1, 150:8, 151:3, 151:6, 152:16, 154:15, 155:20, 156:3, 156:5, 156:7, 157:24, 158:2, 158:11, 166:7

**witness** [29] - 3:23, 4:8, 4:9, 4:24, 6:12, 66:13, 75:23, 88:17, 89:11, 90:4, 90:5, 92:5, 92:20, 93:9, 95:19, 96:25, 97:12, 98:13, 99:4, 99:9, 100:2, 106:9, 108:14, 109:23, 119:4, 131:25, 161:21, 161:24

**witness's** [2] - 92:21, 93:12

**witnesses** [3] - 88:19, 88:21, 160:21

**wolf** [1] - 156:5

**Wolf** [2] - 156:8, 156:10

**wonder** [2] - 109:24, 130:23

**word** [7] - 13:5, 41:24, 104:22, 136:3, 136:6, 139:5

**words** [1] - 111:25

**workers** [2] - 35:12, 36:16

**works** [4] - 125:9, 125:16, 125:18, 127:1

**worth** [5] - 22:18, 108:12, 151:15, 151:19, 151:21

**wrap** [3] - 82:3, 82:4

**writ** [1] - 116:23

**write** [6] - 65:13, 65:18, 100:14, 100:19, 111:12, 111:13

**written** [4] - 111:20, 111:21, 135:8, 149:3

**wrote** [4] - 65:21, 65:23, 66:2, 141:5

## Y

**year** [29] - 7:15, 26:19, 26:20, 41:10, 41:12, 48:16, 51:20, 57:12, 57:15, 57:20, 57:21, 57:24, 58:1, 58:2, 58:11, 58:18, 59:13,

59:16, 59:21, 60:14, 60:21, 71:10, 71:12, 72:21, 73:17, 73:18, 79:24, 80:8, 117:17

**years** [36] - 12:11, 12:12, 15:17, 15:23, 15:25, 43:14, 45:19, 45:20, 51:21, 54:16, 80:13, 84:20, 98:23, 99:24, 103:9, 106:17, 114:17, 117:8, 117:10, 117:15, 124:5, 124:21, 125:5, 133:17, 144:5, 145:8, 146:8, 146:18, 146:22, 152:17, 157:2, 161:21

**yes-or-no** [1] - 154:21

**yesterday** [1] - 113:22

**you-all** [4] - 95:2, 162:13, 163:17, 164:5

**young** [1] - 78:1

**yourself** [5] - 53:17, 65:19, 99:15, 131:6, 131:8

**yourselves** [2] - 3:9, 38:14

## Z

**Zapopan** [1] - 116:6