UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 17 Cr. 51 (BAH) |
| v. : | |
| RAUL FLORES HERNANDEZ : | |
| Defendant. : | |

**DEFENDANT'S UNOPPOSED MOTION FOR
ACCESS TO SEALED DOCKET ENTRIES FOR USE IN APPEAL**

Appellant's brief in this case is currently scheduled to be filed with the United States Court of Appeals for the District of Columbia Circuit on December 2, 2024. Appellant is in the process of preparing a Joint Appendix for the case, but several relevant docket entries remain under seal. D.C. Circuit Rule 47.1(e) provides for the submission of a separate Appendix that contains sealed materials.

Accordingly, the defense respectfully moves this Court for an Order authorizing the clerk's office to provide counsel for the defense and the Government access to the currently sealed pleadings in this case for the limited purpose of copying and filing them under seal with the D.C. Circuit.

Undersigned counsel has consulted with the prosecutor assigned to the appeal and the Government has no objection to the instant motion. A Proposed Order is attached hereto for the Court's consideration.

Respectfully submitted,

*Robert Feitel*
_____
Robert Feitel
1300 Pennsylvania Avenue, N.W.
190-515

Washington, D.C. 20004
(202) 255-6637
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Defendant's Opposition was filed with this Court and served via ECF on Government counsel, this 21st day of October, 2024.

*Robert Feitel*

_____
Robert Feitel